FILED & JUDGMENT ENTERED
David E. Weich

Jun 07 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-31607 |
| **GARLOCK SEALING** ) | Chapter 11 |
| **TECHNOLOGIES, LLC,** ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

## ORDER REASSIGNING CASE

**THIS MATTER** is before the Court on its own motion. This case was assigned to the Honorable J. Craig Whitley by the Court's random assignment system.

It is therefore **ORDERED** that this case and all related proceedings are reassigned to the Honorable George R. Hodges for all further proceedings.

**This Order has been signed electronically.**    United States Bankruptcy Court
**The judge's signature and court's seal**
**appear at the top of the Order.**