**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| In re: | ) Case No. 10-31607 |
| | ) |
| GARLOCK SEALING TECHNOLOGIES LLC, *et al.,* | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP, counsel

for Hartford Accident and Indemnity Company, files this Notice of Appearance and Request for

Service of Papers, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Sections 342 and 1109(b) of title 11 of the United

States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given

or required to be given in this case, be given to and served upon:

> Nancy L. Manzer, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006
> Telephone:  (202) 663-6000
> Facsimile:  (202) 663-6363
> E-mail:  nancy.manzer@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the

Bankruptcy Rules, and section 1109(b) of the Bankruptcy Code, the foregoing request includes

not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions,

pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities,

---

[1]       The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and
the Anchor Packing Company.

statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telecopy or otherwise filed with regard to this case and any proceedings thereon.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of (A) the rights of Hartford Accident and Indemnity Company (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which Hartford Accident and Indemnity Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Hartford Accident and Indemnity Company expressly reserves.

Date:   June 24, 2010

/s/ Nancy L. Manzer
Nancy L. Manzer
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Hartford Accident and Indemnity Company*