UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

**AMENDED NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON WEDNESDAY, JULY 14, 2010 AT 11:00 A.M.**

**UNCONTESTED MATTERS GOING FORWARD**

1.  *Debtors' Motion for Authorization to Continue Ordinary Course Sale and Purchase Transactions with Affiliated Entities (Docket No. 6).*

    A.  Related Pleadings:  Interim Order for Authorization to Continue Ordinary Course Sale and Purchase Transactions with Affiliated Entities (Docket No. 43) was entered by the Court on June 8, 2010.

    B.  Objection Deadline for Final Order:  Friday, June 25, 2010 at 4:30 p.m.

    C.  Status: No objections have been filed as of the filing of this proposed Agenda. The Debtors and the Asbestos Committee have agreed upon changes to the form of Order, which changes are incorporated in proposed Final Order.  Debtors will seek entry of an Order approving relief requested.

2.  *Debtors' Motion for Administrative Order Under 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Docket No. 4).*

    A.  Related Pleadings:  None

    B.  Objection Deadline:  Friday, June 25, 2010 at 4:30 p.m.

    C.  Status: No objections have been filed as of the filing of this proposed Agenda. The Debtors and the Asbestos Committee have agreed upon changes to the form

---

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

      of Order, which changes are incorporated in proposed Final Order. Debtors will seek entry of an Order approving relief requested.

3.    *Motion of Debtors-In-Possession for Interim and Final Orders (I) Authorizing the Debtors-In-Possession (A) to Enter into Post-Petition Loan with Bank of America, N.A. and (B) to Use Cash Collateral and (II) Granting Related Relief (Docket No. 20).*

    A.    <u>Related Pleadings:</u>  Order after Interim Hearing Authorizing Debtors-In-Possession to Obtain Interim Financing, Grant Security Interests and According Priority Status; Modifying Automatic Stay; and Authorizing Use of Cash Collateral (Docket No. 45) was entered by the Court on June 8, 2010.

    B.    <u>Objection Deadline for Final Order:</u>  Friday, June 25, 2010 at 4:30 p.m.

    C.    <u>Status:</u> No objections have been filed as of the filing of this proposed Agenda. The Debtors, the Asbestos Committee, and Bank of America have agreed upon changes to the form of Order, which changes are incorporated in proposed Final Order. Debtors will seek entry of an Order approving relief requested.

4.    *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay for Pre-Petition Services Rendered by Outside Sales Representatives and (II) Ratifying Certain Payments for Pre-Petition Services (Docket No. 182).*

    A.    <u>Related Pleadings</u>:  None

    B.    <u>Objection Deadline for Final Order</u>: Monday, July 12, 2010 at 4:30 p.m.

    C.    <u>Status</u>: No objections have been filed as of the filing of this proposed Agenda. Debtors will seek entry of an Order approving relief requested.

5.    *Debtors' Motion, Pursuant to Sections 105(a), 362, 503(b)(9) and 546(c) of the Bankruptcy Code and Bankruptcy Rule 9019(b), for Entry of an Order (A) Granting Authority to the Debtor to Pay Certain Administrative Expense Obligations Arising From Pre-Petition Operations, (B) Establishing Procedures for Resolving Reclamation Claims and (C) Granting Certain Related Relief (Docket No. 7).*

    A.    <u>Related Pleadings:</u>  Order (A) Granting in Part Authority to the Debtor to Pay Certain Administrative Expense Obligations Arising from Pre-Petition Operations, (B) Establishing Procedures for Resolving Reclamation Claims and (C) Granting Certain Related Relief (Docket No. 179) was entered by the Court on July 1, 2010.

    B.    <u>Objection Deadline for Final Order:</u>  Friday, June 25, 2010 at 4:30 p.m.

    C.    <u>Status:</u> No objections have been filed as of the filing of this proposed Agenda. Debtors will seek entry of an Order approving relief requested.

6.  *Debtors' Motion for (I) Interim Authorization to Continue Performance Under Pre-Petition Services Agreements with Enpro Industries, Inc. and Coltec Industries, Inc. and (II) to Assume Services Agreements (Docket No. 8).*

   A.  Related Pleadings:

      i.  Interim Order Authorizing Debtors to Continue Performance Under Pre-Petition Services Agreements with EnPro Industries, Inc. and Coltec Industries Inc. (Docket No. 44) was entered by the Court on June 8, 2010.

      ii.  Response and Reservation of Rights to Debtors' Motion to Assume Services Agreements (Docket No. 205) filed on July 12, 2010 by the Official Committee of Asbestos Personal Injury Claimants.

   B.  Objection Deadline for Final Order:  Friday, June 25, 2010 at 4:30 p.m.

   C.  Status:  Response filed on July 12, 2010. The Debtors and the Asbestos Committee have agreed upon changes to the form of Order, which changes are incorporated in proposed Final Order. Debtors will seek entry of an Order approving relief requested.

## CONTESTED MATTERS GOING FORWARD

7.  *Motion for Authority to Employ and Compensate Professionals for Specific Services Rendered to the Debtors in the Ordinary Course of Business (Docket No. 5).*

   A.  Related Pleadings:  Limited Objection to Debtors' Motion for Authority to Employ and Compensate Professionals for Specific Services Rendered to the Debtors in the Ordinary Course of Business (Docket No. 206) filed on July 13, 2010 by the Official Committee of Asbestos Personal Injury Claimants.

   B.  Objection Deadline:  Friday, June 25, 2010 at 4:30 p.m.

   C.  Status:  Response filed on July 13, 2010. Debtors will seek entry of an Order approving relief requested.

   *BALANCE OF THIS PAGE IS LEFT INTENTIONALLY BLANK*

This the 14th day of July, 2010.

                                      RAYBURN COOPER & DURHAM, P.A.

By:   /s/ Ashley K. Neal
       Shelley K. Abel
       N.C. State Bar No. 34370
       Ashley K. Neal
       N.C. State Bar No. 38286
       1200 Carillion, 227 West Trade Street
       Charlotte, NC  28202
       (704) 334-0891

*Counsel to the Debtors*