**United States Bankruptcy Court**
**Western District of North Carolina**

IN RE:                                                                 Case No. **10-31607**

**Garlock Sealing Technologies LLC**                                   Chapter **11**
                               Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 18,266,989.96 | | |
| B - Personal Property | Yes | 13 | $ 567,471,490.14 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 9,443,444.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 448,171.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 246 | | $ 381,789,276.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 26 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 300 | $ 585,738,480.10 | $ 391,680,892.30 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only