Form 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

In re:                                              Case No: 10-31607

Garlock Sealing Technologies, LLC, et al            Chapter 11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __n/a__ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __August 5, 2010__.

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| AST Waterjet | Sierra Liquidity Fund, LLC |
| Address of Alleged Transferor | Address of Transferee |
| 1007 North Wildwood | 2699 White Road, Suite 255 |
| Irving, TX  75061 | Irvine, CA 92614 |

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: __08/05/2010__                        David E. Weich
                                            CLERK OF THE COURT