IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **BANKRUPTCY # 10-31607** |
| | ) | **CHAPTER 11** |
| Garlock Sealing Technologies, LLC, et al., | ) | |
| | ) | **NOTICE OF OPPORTUNITY** |
| Debtors. [1] | ) | **FOR HEARING** |
| | ) | (No Protest Notice: No Hearing |
| | ) | Will Be Held Unless Request For |
| | ) | Hearing is Filed) |

**TAKE NOTICE** that Richard M. Mitchell has filed a Motion for Relief from Stay to permit Laverna Roe to proceed with a Workers' Compensation death claim against Debtor. A copy of the motion is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order relief sought in the Motions, or if you want the Court to consider your views on the matter, then on or before, August 25, 2010, you or your attorney must do three (3) things:

1.    **File with the Court a written response <u>requesting that the Court hold a hearing</u>** and explaining your position. File the response at:

U.S. Bankruptcy Court, 401 W. Trade St., Room 111, Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2.    **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Richard M. Mitchell, 1001 Morehead Square Drive, Suite 330, Charlotte, NC 28203

U.S. Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC  28202-1669

3.    **Attend the hearing scheduled for August 26, 2010 at 9:30 a.m.** at the United States Bankruptcy Court, 401 W. Trade Street, Charlotte, NC  28202.

---

[1] These jointly administered cases are those of the following debtors: Garlock Sealing Technologies, LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: 8/11/2010

Richard M. Mitchell, NC Bar 3034
  on behalf of John Ned Lipsitz, Esq.
Mitchell & Culp, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte, North Carolina 28203
Tel: 704-333-0630
Fax: 704-333-4975
Email: rmitchell@mitchellculp.com

John Ned Lipsitz, Esq.
Lipsitz & Ponterio, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202
Tel: 716-849-0701
Fax: 716-849-0708

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES | ) |
| LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## MOTION FOR RELIEF FROM STAY

Movant, Laverna Roe, by and through her attorney, Richard M. Mitchell, bankruptcy

counsel in the above captioned action to Lipsitz & Ponterio, LLC, counsel of record, respectfully

shows to the Court as follows:

1.      On or around June 5, 2010, Debtor, Garlock Sealing Technologies LLC,

commenced this proceeding by filing a voluntary petition under Chapter 11 of Title 11 of the

United States Code.  As such, as of June 5, 2010, Debtor has availed itself of the protections of

the broad automatic stay provisions of 11 U.S.C.A. § 362(a).

2.      On September 16, 2009, Movant's husband, Donald Roe, passed away from

Lung Cancer. *See,* Death Certificate of Donald Roe, attached hereto as **EXHIBIT A**.  Movant

alleges that decedent's illness was caused by asbestos exposure, which occurred between 1962

and 1987, while decedent worked as an employee at the Garlock Packing Company, in Palmyra,

NY, a facility owned and/or under the control of the Debtor. *See,* Social Security Administration

Certification of Extract from Records for Donald Roe, attached hereto as **EXHIBIT B***; See also,*

Medical Reports for Donald Roe, attached hereto as **EXHIBIT C.**

3.      By virtue of the aforementioned facts, Movant, as decedent's surviving spouse,

may assert a Workers' Compensation Death claim against Debtor in New York State. *See,* New

---

[1]      These jointly administered cases are those of the following debtors:  Garlock Sealing Technologies LLC;
Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

1

York Workers' Compensation Law § 16 (West 2010). Thus, Movant is an unsecured creditor of

Debtor. However, Lipsitz & Ponterio, LLC, has reason to believe that there was insurance

coverage in place for this type of claim at the time the cause of action arose.

4.    To initiate a Workers' Compensation death claim against Debtor in New York

State, Movant must file a Workers' Compensation Board Form C-62 (hereinafter referred to as

"Form C-62") with the New York State Workers' Compensation Board. *See,* Matthew Bender.

***New York State Workers' Compensation Handbook*** § 5.70 (LexisNexis 2010). Form C-62

functions to place an "employer and its insurer on notice of the essential facts of [a] claim." *Id.*

5.    This Affidavit is made in support of Movant's motion to lift the aforementioned

automatic stay in order to initiate a Workers' Compensation death claim against Debtor by filing

Form C-62 with the New York State Workers' Compensation Board.

6.    State Workers' Compensation claims are exempt from the automatic stay

provisions of 11 U.S.C.A. § 362(a). *See,* 11 U.S.C.A. § 362(b)(4); *See also, In re Mansfield*

*Tire and Rubber Co.*, 660 F.2d 1108, 1114 (Sixth Circuit, 1981) (explaining, [t]he automatic

stay . . . operates to hinder, delay and deprive . . . injured workers of the benefits to which they

are lawfully entitled and it affects their safety")[2]. However, out of an abundance of caution and a

respect for § 362(a), Movant has chosen to submit the instant application prior to initiating such

a claim.

7.    The date of decedent's death, September 16, 2009, is considered the date of

injury for purposes of a New York State Workers' Compensation death claim. *See,* New York

State Workers' Compensation Law § 28 (West 2005). If decedent is not permitted to file Form-

62 and initiate a Workers' Compensation claim against Debtor prior to September 16, 2011,

---

[2]    U.S. Bankruptcy Courts within the Fourth Circuit and the United States Fourth Circuit Court of Appeals
have looked to the *Mansfield* opinion as guiding precedent. *See, New Neighborhoods, Inc. v. West Virginia*
*Workers' Compensation Fund,* 886 F.2d 714 (Fourth Circuit, 1989); *In re McLean Trucking Co.,* 74 B.R. 820
(Bankr. W.D.N.C., 1987).

2

which is the second anniversary of decedent's death, Movant's claim will be time barred, and Movant will suffer irreparable damage. *Id.*

8.    As Movant's death claim would seek monetary contribution from Debtor's insurance carrier, and not Debtor and/or Debtor's estate, allowing Movant to pursue a Workers' Compensation claim will neither harm Debtor nor prevent Debtor's effective reorganization.

9.    No prior relief similar to the relief requested herein has been requested.

**WHEREFORE,** Laverna Roe respectfully requests that this Court lift the automatic stay so as to allow her to file and proceed with a Workers' Compensation claim against Debtor in New York State, so that she may collect an award from Debtor's Workers' Compensation insurance provider and for such other and further relief as this Court deems just and proper.

This the ⏤11⏤ day of August, 2010.

Richard M. Mitchell, NC Bar 3034
    on behalf of John Ned Lipsitz, Esq.
Mitchell & Culp, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte, North Carolina 28203
Tel: 704-333-0630
Fax: 704-333-4975
Email: rmitchell@mitchellculp.com

John Ned Lipsitz, Esq.
Lipsitz & Ponterio, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202
Tel: 716-849-0701
Fax: 716-849-0708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Relief from Stay and Notice of Opportunity for Hearing was served on the parties listed below by mailing a copy to each party in an envelope addressed as indicated below with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office on the 11ᵗʰ day of August, 2010.

U.S. Bankruptcy Administrator
(via electronic filing)

Albert F. Durham
Rayburn Cooper & Durham, P.A.
1200 Carillon
227 W. Trade Street
Charlotte, North Carolina 28202
*Attorney for Debtor*

John R. Miller, Jr.
Rayburn Cooper & Durham, P.A.
1200 Carillon
227 W. Trade Street
Charlotte, North Carolina 28202
*Attorney for Debtor*

Garland S. Cassada
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, North Carolina 28246
*Attorney for Debtor*

Official Committee of Asbestos Personal Injury Claimants
c/o Richard S. Wright
Hamilton, Moon Stephens Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, North Carolina 28244
*Attorney for Creditor Committee*

Official Committee of Unsecured Creditors
c/o Deborah L. Fletcher
Katten, Munchin Rosenman, LLP
550 S. Tryon Street, Suite 2900
Charlotte, North Carolina 28202-4213
*Attorney for Official Committee of Unsecured Creditors*

Ashley K. Neal
Rayburn Cooper & Durham, P.A.
1200 Carillon
227 W. Trade Street
Charlotte, North Carolina 28202
*Attorney for Debtor*

Shelley Koon Abel
Rayburn Cooper & Durham, P.A.
1200 Carillon
227 W. Trade Street
Charlotte, North Carolina 28202
*Attorney for Debtor*

Jonathan C. Krisko
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, North Carolina 28246
*Attorney for Debtor*

Official Committee of Asbestos Personal Injury Claimants
c/o Travis W. Moon
Hamilton, Moon Stephens Steele & Martin, PLLC
2020 Charlotte Plaza
201 South College Street
Charlotte, North Carolina 28244
*Attorney for Creditor Committee*

Richard M. Mitchell, NC Bar 3034
    on behalf of John Ned Lipsitz, Esq.
Mitchell & Culp, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte, North Carolina 28203
Tel: 704-333-0630
Fax: 704-333-4975
Email: rmitchell@mitchellculp.com

John Ned Lipsitz, Esq.
Lipsitz & Ponterio, LLC
135 Delaware Avenue, 5th Floor
Buffalo, New York 14202
Tel: 716-849-0701
Fax: 716-849-0708

NEW YORK STATE
DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

STATE FILE NUMBER

REGISTER NUMBER  05-2009   61757

| 1. NAME FIRST | MIDDLE | LAST | 2. SEX MALE ☑ | 3. DATE OF DEATH MONTH 09 | DAY 16 | YEAR 2009 | 3A. TIME HOUR 6:15 PM |
|---|---|---|---|---|---|---|---|
| Donald | F. | Roe | | | | | |

4A. PLACE OF DEATH (Check one): Hospital Inpatient ☑ ... Private Residence

4B. NAME OF FACILITY: 5992 Rte. 14A

4D. LOCALITY: TOWN Starkey

4E. COUNTY OF DEATH: Yates

5. STATE OF BIRTH: MONTH 11 DAY 26 YEAR 1930

6A. AGE IN YEARS: 78 yrs.

7A. CITY AND STATE OF BIRTH: Hall, NY

8. SERVED IN U.S. ARMED FORCES: Yes ☑  1951-53

9. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino ☑

10. DECEDENT'S RACE: White/Caucasian ☑

11. DECEDENT'S EDUCATION: High school graduate or GED ☑

13. MARITAL STATUS: Married ☑

14. SURVIVING SPOUSE: LaVerna Ransom

15A. USUAL OCCUPATION: Maintenance Supervisor

15B. KIND OF BUSINESS OR INDUSTRY: Manufacturing

15C. NAME OF COMPANY OR FIRM: Garlock Corp., Palmyra, NY

16A. RESIDENCE: New York   Yates   TOWN Starkey

16D. STREET AND NUMBER OF RESIDENCE: 5992 Rte. 14A, Dundee, NY

16F. ZIP CODE: 14837

| 17. NAME OF FATHER | FIRST Harold | MI | LAST Roe | 18. MAIDEN NAME OF MOTHER | FIRST Ruth | MI | LAST Goundry |
|---|---|---|---|---|---|---|---|

19A. NAME OF INFORMANT: LaVerna Roe

19B. MAILING ADDRESS: 5992 Rte. 14A, Dundee, NY 14837

21A. METHOD OF DISPOSITION: Cremation ☑

21B. DATE: 09 19 2009

22B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: Fingerlakes Crematory

22C. LOCATION: Livonia, NY

23A. NAME AND ADDRESS OF FUNERAL HOME: Kenneth J. Perkins Funeral Home, Inc. 2583 E. Main St. Gorham, NY 14461

23B. REGISTRATION NUMBER: 00978

23C. SIGNATURE OF FUNERAL DIRECTOR: Kenneth J. Perkins

23C. REGISTRATION NUMBER: 02881

24A. SIGNATURE OF REGISTRAR: Sue A. Crans

24B. DATE FILED: 09 17 2009

24C. BURIAL OR REMOVAL PERMIT: Sue A. Crans   09 17 2009

ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.

Certifier's Name: MAGD A DAOUD

Certifier's Title: Attending Physician ☑

License No: 205793

Signature: Magdo Daoud

09 17 2009

26A. Attending physician attended deceased: 12 10 2004  26B. 04 13 2009

26C. Deceased last seen alive by attending physician: 03 13 2009

27. MANNER OF DEATH: Natural Cause ☑

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

PART I. IMMEDIATE CAUSE:
(A) Multiple Organ Failure — 4 weeks
DUE TO OR AS A CONSEQUENCE OF:
(B) Metastatic Lung Carcinoma, Brain Mets — 6 mo — Dx April 09
DUE TO OR AS A CONSEQUENCE OF:
(C) Metastatic non small cell Lung Cancer — 6 mo — April 2009

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):

CONFIDENTIAL     SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH     CONFIDENTIAL

Exhibit A

# SOCIAL SECURITY ADMINISTRATION
### Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this *04th* day of *September* , 2009

Kathryn E. Fox
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (3-96)
Destroy Prior Edition

Exhibit

B

.1826              ITEMIZED STATEMENT OF EARNINGS
ᴿSION 2009.001 * * *     FOR SSN                    *

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND  21290-0300

LIPSITZ & PONTERIO LLC                   NUMBER HOLDER NAME:
                                         DONALD F ROE
135 DELAWARE AVE
15TH FL

BUFFALO                  NY   14202

PERIOD REQUESTED   JANUARY 1946  THRU  DECEMBER 1990

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| EMPLOYER NUMBER: 16-0392420 | | | | | |
| BURTON & ELSIE COOPER | | | | | |
| 226-228 LIBERTY ST | | | | | |
| PENN YAN  NY 00000 | | | | | |
| 1950 | | | | 51.10 | $51.10 |
| 1951 | 7.00 | | | | $7.00 |
| EMPLOYER NUMBER: 16-0701497 | | | | | |
| GLEN I & RICHARD G COLBURN | | | | | |
| THE TOP-KRAFT CO | | | | | |
| 71 SENCECA  ST | | | | | |
| GENEVA  NY 00000 | | | | | |
| 1951 | | 153.33 | | | $153.33 |
| EMPLOYER NUMBER:  16-0720857 | | | | | |
| LEON GALLAGHER | | | | | |
| R D 4 | | | | | |
| PENN YAN NY 14527-0000 | | | | | |
| 1951 | | 347.63 | 375.50 | | $723.13 |
| 1953 | | | | 881.00 | $881.00 |
| 1954 | 828.00 | 1,004.00 | | | $1,832.00 |

PAGE 001

```
 -1826              ITEMIZED STATEMENT OF EARNINGS
 RSION 2009.001 * * *      FOR SSN                    *
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

**EMPLOYER NUMBER: 16-0720857**
LEON GALLAGHER
R D 4
PENN YAN   NY 00000

| 1954 | | | 194.00 | | $194.00 |
|------|--|--|--------|--|---------|

**EMPLOYER NUMBER: 16-0781026**
LEON GALLAGHER & R K O'BRIEN
GALLAGHER & O'BRIEN
BOX 609
GENEVA   NY 00000

| 1954 | | 890.75 | 460.57 | | $1,351.32 |
|------|--|--------|--------|--|-----------|

**EMPLOYER NUMBER: 16-0732333**
JOS ROTHSCHILD & CO INC
BOX 26 MARKET STA
BUFFALO   NY 14203-0000

| 1954 | | | | 435.00 | $435.00 |
|------|--|--|--|--------|---------|

**EMPLOYER NUMBER: 16-0762333**
EARL W & WILLIAM H DOBBIN
GENEVA WELDING SUPPLY CO
37 CANAL ST
GENEVA   NY 14456-0000

| 1955 | 842.00 | 340.72 | 167.86 | | $1,350.58 |
|------|--------|--------|--------|--|-----------|

**EMPLOYER NUMBER: 16-0703026**
VANCE METAL FABRICATORS INC
251 GAMBEE RD
GENEVA   NY 14456-1025

| 1955 | | 566.92 | 1,195.54 | 1,024.37 | $2,786.83 |
|------|--|--------|----------|----------|-----------|
| 1956 | 1,130.65 | 1,233.72 | 1,311.59 | 523.30 | $4,199.26 |
| 1957 | 1,315.07 | 1,344.80 | 1,426.35 | 114.60 | $4,200.82 |
| 1958 | 1,606.65 | 1,159.55 | 1,468.05 | | $4,234.25 |
| 1959 | 1,214.00 | 1,359.62 | 1,698.34 | 528.04 | $4,800.00 |

PAGE 002

```
 1826                ITEMIZED STATEMENT OF EARNINGS
ASION 2009.001 * * *      FOR SSN
```

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1960 | 1,370.36 | 1,279.63 | 1,531.92 | 618.09 | $4,800.00 |
| 1961 | 1,340.73 | 1,440.63 | 1,859.82 | 158.82 | $4,800.00 |
| 1962 | 1,698.15 | 1,904.77 | 520.67 | 204.00 | $4,327.59 |

EMPLOYER NUMBER: 15-0314780
GARLOCK INC
430 PARK AVE
NEW YORK NY 10022-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1962 | | | 745.16 | 1,422.17 | $2,167.33 |
| 1963 | 1,446.19 | 1,561.80 | 1,448.01 | 344.00 | $4,800.00 |
| 1964 | 1,531.95 | 1,718.70 | 1,549.35 | | $4,800.00 |
| 1965 | 1,540.41 | 1,605.69 | 1,502.40 | 151.50 | $4,800.00 |
| 1966 | 1,323.07 | 1,650.42 | 1,748.21 | 1,591.59 | $6,313.29 |
| 1967 | 1,723.56 | 1,963.44 | 1,436.20 | 1,476.80 | $6,600.00 |
| 1968 | 1,793.35 | 1,971.83 | 1,718.53 | 2,138.83 | $7,622.54 |
| 1969 | 1,975.19 | 2,291.29 | 2,033.00 | 1,500.52 | $7,800.00 |
| 1970 | 2,208.05 | 2,541.00 | 2,206.36 | 844.59 | $7,800.00 |
| 1971 | 2,397.23 | 2,752.15 | 2,650.62 | | $7,800.00 |
| 1972 | 2,856.00 | 2,568.00 | 3,024.00 | 552.00 | $9,000.00 |
| 1973 | 3,201.00 | 3,320.26 | 2,850.00 | 1,428.74 | $10,800.00 |
| 1974 | 3,395.40 | 2,838.00 | 3,439.00 | 3,072.00 | $12,744.40 |
| 1975 | 3,584.00 | 3,646.00 | 3,258.00 | | $10,488.00 |

EMPLOYER NUMBER: 16-0841491
INTERNATIONAL ASSOCIATION OF
 MACHINISTS & AEROSPACE WORKERS
588
% DONALD BELLIS JR
109 MARKET ST
PALMYRA NY 14522-1135

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1965 | | | 6.00 | | $6.00 |

EMPLOYER NUMBER: 15-0314780
GARLOCK INC
DIVISION ST
PALMYRA NY 00000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1975 | | | | 3,612.00 | $3,612.00 |

PAGE 003

.-1826             ITEMIZED STATEMENT OF EARNINGS
.RSION 2009.001 * * *       FOR SSN                    * * *


| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|

EMPLOYER NUMBER:  13-2838958
NEW HOMES OF CHARLESTON INC
% ESTATE OF MURRAY B RAYBURN
60 E 42ND ST
NEW YORK NY 10165-0006

| 1976 | 3,783.71 | | | | $3,783.71 |

EMPLOYER NUMBER:  13-2838953
GARLOCK INC
% ENPRO INDUSTRIES INC
2730 W TYVOLA RD
CHARLOTTE  NC 28217-4576

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|-------------|-------------|-----------|-------|
| 1976 | | 3,817.13 | 4,702.83 | 2,996.33 | $11,516.29 |
| 1977 | 3,859.13 | 4,480.38 | 4,075.00 | 4,085.49 | $16,500.00 |
| 1978 | - | - | - | - | $15,204.23 |
| 1979 | - | - | - | - | $20,257.22 |
| 1980 | - | - | - | - | $21,126.55 |
| 1981 | - | - | - | - | $22,224.85 |
| 1982 | - | - | - | - | $23,557.00 |
| 1983 | - | - | - | - | $25,167.88 |
| 1984 | - | - | - | - | $28,532.12 |
| 1985 | - | - | - | - | $28,418.00 |
| 1986 | - | - | - | - | $30,905.73 |
| 1987 | - | - | - | - | $18,218.18 |

EMPLOYER NUMBER:  06-6033492
AETNA LIFE INSURANCE COMPANY
151 FARMINGTON AVE
HARTFORD  CT 06156-0001

| 1987 | - | | - | - | $1,331.52 |

EMPLOYER NUMBER:  13-1846375
COLTEC INDUSTRIES INC
% ENPRO INDUSTRIES
5605 CARNEGIE BLVD 5TH FLOOR
CHARLOTTE  NC 28209-4642

| 1988 | - | - | - | - | $308.86 |

PAGE 004

```
.-1826  ·                 ITEMIZED STATEMENT OF EARNINGS
⊿RSION 2009.001 * * *        FOR SSN      ----        * * *
```

```
YEAR   JAN - MARCH   APRIL -JUNE   JULY - SEPT    OCT - DEC       TOTAL
```

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2007 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                          PAGE 005 END



# SURGICAL PATHOLOGY REPORT

**PATIENT: ROE, DONALD F.**
**AGE/SEX: 78/M**
**DATE OF BIRTH: 11/26/1930**
**LOCATION: ENDO**

**PATHOLOGY NO:** *redacted*
**MED REC NO:** *redacted*
**ACCOUNT NO:** *redacted*
**DATE RECEIVED:** 04/16/09
**DATE OF SURGERY:** 04/16/09

**DOCTOR(S):** TYNER, J RICHARD   IGNACZAK, STEPHEN   MED.REC.
TUMOR REGISTRY

**SPECIMEN: RESPIRATORY TRACT**

## CLINICAL HISTORY AND DIAGNOSIS:
Asbestos exposure, former smoker, RUL tumor with right hilar enlargement, cancer.

## FINAL DIAGNOSIS:
**BRONCHIAL BIOPSY OF LUNG MASS (RUL), CONSISTENT WITH LARGE CELL CARCINOMA (SEE COMMENT)**

## GROSS:
Specimen is labeled bronchial biopsy and consists of three fragments of tan tissue. On average, they measure 0.3 x 0.1 x 0.1 cm and all are submitted in one cap.

## MICROSCOPIC:
Section of bronchial biopsy shows three fragments of bronchial mucosa, one of which shows invasive tumor with mild stromal fibrosis and inflammatory cell reaction. The tumor is composed of large polygonal cells with relatively well delineated cell membrane. The cells have large and hyperchromatic nuclei with abundant amphophilic cytoplasm. Remaining bronchial mucosa shows surface layer of ciliated respiratory type epithelium with mild hyperplasia without atypia.

COMMENT: Histology of the bronchial biopsy is consistent with large cell carcinoma, favor poorly differentiated squamous cell carcinoma.

    &lt;signature on file&gt; PETER LEE 04/17/09



Exhibit

C

Finger Lakes Radiation Oncology Center

**Charles H. Albrecht, M.D.** ■ **Dana P. Hansen, M.D.**

7 Ambulance Drive, Clifton Springs, NY 14432

Ph: 315-462-5711 ■ Fax: 315-462-3041

www.flrocenter.com

April 28, 2009

Stephen Ignaczak, M.D.
Six Ambulance Drive
Clifton Springs, New York   14432

RE:   ROE, Donald
DOB: 11/26/30

Dear Doctor Ignaczak:

Thank you for referring Mr. Roe to me. As you know, he is a 78 year old gentleman who recently presented with a 1 year history of coughing and recent hemoptysis. Chest x-ray showed a right upper lobe and right hilar mass and CT scan confirmed the presence of right upper lobe mass, right hilar mass and subcarinal adenopathy. Biopsy showed large cell carcinoma. Mr. Roe was referred to you and you sent him for a brain CT scan as part of his evaluation. He was discovered to have two brain nodules, as well. You have now referred him to this department to consider palliative radiation treatments. I explained to him that typically brain metastases were treated with radiation and if allowed to progress, people become quite symptomatic very rapidly. I explained also that a course of palliative radiation treatments to his chest would probably alleviate his persistent coughing and hemoptysis and also prevent or delay development of post obstructive pneumonia. I counseled Mr. Roe regarding the risks of both treatments. Mr. Roe understands these issues and has elected to proceed with radiation treatments to the brain and to the thorax. I anticipate delivering 3500 cGy in 14 fractions to the whole brain and to the sites of gross disease in the chest. We will initiate treatments to the brain today and probably initiate treatments to the thorax later on this week. The consultation report is enclosed.

Once again, thank you for referring Mr. Roe to me. I appreciate it.

Sincerely,

Dana P. Hansen, M.D.

DPH:slw

ENCLOSURE

cc:   M. Daoud, MD
J.R. Tyner, MD

*We treat cancer... we care for people*



# FINGER LAKES HEMATOLOGY & ONCOLOGY
6 AMBULANCE DRIVE, CLIFTON SPRINGS, NEW YORK 14432
PHONE (315) 462-1472 FAX (315) 462-2639
WWW.FLHOCANCERCARE.COM

April 27, 2009

Magda Daoud, M.D.
34 Millard Street
Dundee, New York 14837

Re:   Roe, Donald
DOB:  11/26/1930

Dear Magda:

I had the pleasure of seeing Mr. Roe and his family in consultation for newly recognized right upper lobe cancer today. As you know, he is a 78-year-old gentleman who apparently has had a cough for a year initially felt to be secondary to ACE inhibitors and then GERD. He went to Dr. Avanzato. He was found to have polyps in his stomach. He has been back and forth to Strong this past year to have these removed. The cough persisted. He had hemoptysis on 04/13/09. A chest x-ray was done which showed a mass posterior to the right upper lobe with right hilar adenopathy, which was new compared to 03/12/08. A CT scan was done that day which showed a 3.5 x 2.3 x 2.6 centimeter mass, posterior segment of the right upper lobe, as well as a 4.5 x 5.7 x 3.8 centimeter right hilar mass and also some subcarinal lymphadenopathy. He saw Dr. Tyner on 04/16/09 and was discovered to have right upper lobe obstructing tumor. The biopsy shows this to be a non-small cell lung cancer, favor large cell/squamous. He has not had any additional hemoptysis and he is here to discuss additional management.

Other concerning findings today are a 20+ lb. weight loss over the last six weeks, poor appetite and headaches over the last week or so although he has not lost his balance or had any confusion.

## PAST MEDICAL HISTORY:
1.  Hypercholesterolemia.
2.  Hypothyroidism which actually was initially treated with radioactive iodine and then 9 years later became hypothyroid and at the time that he presented with hyperthyroidism he was tachycardiac and he got Inderal for which he developed itching.
3.  GERD.
4.  Gastric and colonic polyps. He had surgery on his bowel for these colonic polyps.
5.  Cholecystectomy.
6.  Hypertension.

He denies diabetes, coronary artery disease or CVA.

STEPHEN M. IGNACZAK, M.D.
BOARD CERTIFIED HEMATOLOGY /
ONCOLOGY / INTERNAL MEDICINE

BRUCE A. YIRINEC, M.D.
BOARD CERTIFIED HEMATOLOGY /
ONCOLOGY / INTERNAL MEDICINE

VIRGINIA HURLEY, A.N.P., M.S.
ADULT NURSE PRACTITIONER
ONCOLOGY CERTIFIED NURSE

TRACY A. MEYER, R.N., M.S.
ADULT NURSE PRACTITIONER
ONCOLOGY CERTIFIED NURSE

LYNN M. SIEVERT, R.N., M.S.
ADULT NURSE PRACTITIONER
ONCOLOGY CERTIFIED NURSE

**ROE,DONALD F.**
Page 2

**MEDICATIONS:**
Levoxyl 0.15 mg daily
Simvastatin 40 mg daily
Avalide 150 mg daily
Prilosec 20 mg daily
Vicodin 5/500 mg
Tessalon Perles
Clarinex

**ALLERGIES:**
Inderal.

**FAMILY HISTORY:**
Unremarkable for cancer. Father died of an MI. Brother had emphysema. Mother lived to almost 100.

**SOCIAL HISTORY:**
He quit smoking in 1994 but smoked cigarettes 30-40 years ago and a pipe up until 1994. Drinks one drink a day. Worked at Garlock and was exposed to asbestos for 25 years. He has been married for 56 years. He has four children who are well. He lives in Dundee.

**REVIEW OF SYSTEMS:**
Weight is down 20 lb. Appetite is poor. Denies any pain. No chest discomfort. Some headaches behind the eyes in the last week or so. No problems with his balance. No dysphagia. No nausea, vomiting, diarrhea or constipation. No shortness of breath. No dyspnea on exertion. No GI or GU symptoms. No lower extremity edema. No lumps or bumps. He does wear glasses. He has his own teeth. He is hard of hearing. He has a hearing aid.

**PHYSICAL EXAMINATION:**
Performance status is 1. Weight 222 lb. 5 feet 11 inches tall. Blood pressure 130/64. Pulse 76. He appears younger than his stated age. He is alert and oriented. Good insight and understanding. The neck is symmetric. He is wearing glasses. He has hearing aids. He does not have cervical, supraclavicular or axillary lymph nodes. I cannot reproduce bony pain along his spine. Lungs were clear to auscultation with slight wheeze that clears with cough. Heart is regular without S3 or gallop. Abdomen is soft throughout. I cannot appreciate any masses or reproduce any discomfort. He has no organomegaly. No evidence for ascites. Normoactive bowel sounds. Extremities without edema and no calf tenderness. Gait is normal. He is alert and oriented. Good insight and understanding. I had him walk a straight line, which he did fine. He does not have a Romberg. His coordination seems okay. He does not appear depressed.

**LAB DATA:**
I do not have recent blood work short of a creatinine.

CT scan and path as mentioned.

**IMPRESSION:**
78-year-old gentleman with right upper lobe non-small cell lung cancer who now has headaches. He has not otherwise been staged.

I spent upwards of an hour with he and his family and explained that:

ROE,DONALD F.
Page 3

1.  Lung cancer is very serious, life threatening and often times our efforts are palliative. I would suggest staging him including a head CT, blood work and a PET scan. If the head CT were abnormal I would pursue radiation to the brain. If he has localized disease to the chest perhaps chemoradiation cisplatin, VP-16 and radiation with curative intent although the chances for that are low and whether he could tolerate treatment I am skeptical but I certainly would like to help. If however he has metastatic disease and our efforts are essentially palliative, chemotherapy could be considered or radiation if he has hemoptysis, intractable cough, pain, etc.

The next visit will be very important and I tried to emphasize that and I think they all know the seriousness of this. Several of the family members had read up on cancer and I did provide the NCCN guidelines and Cancer.Net and gave them a pictorial review of lung cancer and tried to describe where his disease is located and why it is important to know the stage before pursuing treatment.

He and his family are coping fairly well. Hopefully we will have an answer in short order as to a plan. I would also place him on our Tumor Board and I will try to review his pathology with Dr. Lee. Again I tried to answer all of his and his family's questions.

Sincerely,

Stephen Ignaczak, M.D.
SI/tac

Xc:   J. Richard Tyner, M.D.
Radiation Oncology

# STRONG  HEALTH

## UNIVERSITY OF ROCHESTER/STRONG MEMORIAL HOSPITAL
## NEUROPATHOLOGY AND AUTOPSY PATHOLOGY
### 601 Elmwood Avenue
### Rochester, NY 14642-8626
### (585-275-3202)

### FINAL ANATOMIC DIAGNOSES

| | | | |
|---|---|---|---|
| Autopsy Case #: | 09-SAA152 | Brain Removed: | Yes ☐  No ■ |
| | | Brain Microscopic Evaluation: | Yes ☐  No ■ |
| Patient Name: | ROE, DONALD | | |
| Unit (Med Record) No.: | redacted | Expired (Date, Time): | 09/16/2009, 18:15 |
| If OB, mother's name | | Autopsy (Date, Time): | 09/18/2009; 12:30 |
| Date of Birth/Age: | 11/26/1930    78 YEARS | Prosector: | JENNIFER J. PRUTSMAN-PFEIFFER, PhD, PA (ASCP)CM |
| Gender/Race: | WHITE MALE | Neuropath Attending: | |
| Gestational age: | | Attending: | LEON A. METLAY, M.D. |
| NYS Tumor Registry (State Case) (Yes/No): | YES | | |
| ME Case (Yes/No): | NO | ME to issue Death Certificate (Yes/No): | NO |

Source of case (i.e. ward service, home, nursing home / name, other hospital/name/address):

PRIVATE AMBULATORY

Referring physicians (Physicians to get copy of report (include full names & addresses):

MAGDA DAOUD, MD, 34 MILLARD ST, DUNDEE, NY 14837-

**Major Diagnoses:**

ADENOSQUAMOUS CARCINOMA, RIGHT UPPER LOBE
    Extensive ipsilateral intrapulmonary and pleural metastasis
    Hemorrhagic infarct, right upper lobe

CENTRIACINAR EMPHYSEMA

ACUTE BRONCHOPNEUMONIA, LEFT LUNG
    Pulmonary edema, left

**Minor/Incidental Diagnoses:**

Pleural plaque, left

# UNIVERSITY OF ROCHESTER/STRONG MEMORIAL HOSPITAL

## FINAL ANATOMIC DIAGNOSES

Autopsy Case #:    rcclacted                          Page 2

Patient Name:      ROE, DONALD

Cause of Death, Immediate:          PNEUMONIA
Cause of Death, Underlying/Primary: LUNG CARCINOMA
Autopsy Limitation:                 LUNGS ONLY
Embalmed(Yes/No):
Ancillary Studies:                  Brown-Brenn, block 9: Weakly Gram positive cocci in pairs and chains
                                    Block 1: CK7 positive, CK20 negative, B72.3 positive, Ber-EP4 focal
                                    positive, Calretinin cytoplasm positive nuclei negative, Keratin 5/6 positive,
                                    WT-1 negative, p63 cytoplasmic only, TTF-1 cytoplasmic only,
                                    Napsin A negative, Mucicarmine positive intracellular
Intradepartmental Consultations:    Dr. B. Goldman, Dr. F. Li

Snomed Codes:
  SNOMED CODES
M-85603, D2-F1105, D2-F110E, M-80106, D3-40215, D2-50520, D2-50101, D2-61100

### Clinico-Pathologic Correlation

Major autopsy diagnoses not documented in clinical record:
Pneumonia

Major clinical diagnoses not verified at autopsy:
None

Comments:
Pleural plaque was noted, consistent with the patient's history of asbestos exposure. The tumor has gross morphology
that is most consistent with a primary lung carcinoma. The tumor is very poorly differentiated. Special stains show a
mixture of features indicating both squamous (keratin 5/6 +, ttf-1 -) and glandular (keratin 7 +, B72.3 +, mucin +)
differentiation, consistent with adenosquamous carcinoma.

Major diagnoses are defined as those which (a) likely contributed to the patient's death, (b) prompted treatment, or (c)
would likely have required treatment if known. Clinical diagnoses not verified at autopsy included diseases associated
with characteristic or pathognomonic anatomical findings.

### Clinical Summary

Date of Admission: Not applicable
Age/Sex: 78 year old Caucasian male
Reason for Admission: Not applicable
History of present illness (date – diagnosis, treatment, procedure, diagnostic lab result):
4/13/2009: One year history of coughing, hemoptysis of several weeks, imaging at Soldiers and Sailors Hospital (Penn
Yan, NY)
          Chest X-ray and CT scan: RUL paratracheal mass posteriorly in posterior segment 3.5 x 2.3 x 2.8 cm, R hilar
                                   mass 4.5 x 5.7 x 3.8 cm

## UNIVERSITY OF ROCHESTER/STRONG MEMORIAL HOSPITAL

### FINAL ANATOMIC DIAGNOSES

Autopsy Case #:   redacted                    Page 5
Patient Name:     ROE, DONALD

#### Microscopic Slide List

| ORGAN | SLIDE NUMBERS |
|---|---|
| Right Upper Lobe Segmental Bronchus with Tumor | 1 |
| Right Upper Lobe Tumor (satellite) | 2 |
| Right Upper Lobe Parenchyma | 3 |
| Right Upper Lobe Hilum | 4 |
| Right Upper Lobe hemorrhagic Area | 5 |
| Right Upper Lobe and Right Lower Lobe | 6 |
| Right Lower Lobe | 7 |
| Left Upper Lobe, Inferior and Hilum | 8 |
| Left Lower Lobe | 9 |
| Left Lower Lobe | 10 |

| | |
|---|---|
| Date: 11/06/2009 | Resident:<br>JENNIFER PRUTSMAN-PFEIFFER, PH.D., PA<br>(ASCP)<br><br>Reviewing Pathologist's Electronic Signature:<br>LEON METLAY, M.D. |

*The above electronic signature indicates that all work on this case was supervised and evaluated by the Pathologist. The diagnosis was rendered by the reviewing Pathologist.*

## UNIVERSITY OF ROCHESTER/STRONG MEMORIAL HOSPITAL

### FINAL ANATOMIC DIAGNOSES

Autopsy Case #:      Redacted                                    Page 3
Patient Name:      ROE, DONALD

4/16/2009: Bronchoscopy at Clifton Springs Hospital (Clifton Springs, NY): obstructive bulging tumor at takeoff of
RUL from bronchus intermedius, 3 biopsies (Clifton Springs S09-878, large cell carcinoma, favor poorly
differentiated squamous cell carcinoma); narrowed airway of RUL, secretions sent for cytology (Clifton
Springs NG09-81 and NG09-82, few clusters of atypical cells, no evidence of malignancy)

04/28/2009: Seen for palliative radiation treatment at Finger Lakes Radiation Oncology Center \(Clifton Springs, NY)
due to discovery of brain metastases

**Surgical and Other Medical History:**
1. Hypercholesterolemia
2. Hypothyroidism, initially treated with radioactive iodine; 9 years later became hypothyroid, presented with hyperthyroidism, tachycardic, treated with Inderal and developed itching
3. GERD
4. Duodenal polypectomies, multiple 2008 – low grade dysplasia and adenomatous changes
5. Colectomy, partial 2002
6. Cholecystectomy 1194
7. Hypertension
8. Hernia repair 1951

**Family History:**  Father died of myocardial infarction, mother lived to nearly 100 years, brother had emphysema;
paternal uncle who died at age 31 of colon cancer

**Social History:** Married for 56 years, 4 children who are well; Tobacco – quit cigarettes 40 years ago, quit pipe in
1994; Alcohol – one drink per day; Occupation – retired maintenance supervisor for Garlock in Palmyra, NY
(worked 25 years there with exposure to asbestos), boiler repairman all over the country with exposure to
asbestos insulation (worked for schools and industries for 5 years prior to Garlock)

**Medications:** Levoxyl, Simvastatin, Avalide, Prilosec, Vicodin, Tessalon Perles, Clarinex

**Allergies:** Inderal

**Hospital Course (date – diagnosis, treatment, procedure, diagnostic lab result):** Not applicable, died at home

**Date and Time of Death:** 09/16/2009; 18:16

**Clinical Cause of Death:** Multiple organ failure, metastatic lung carcinoma

### Gross Examination

### External Examination

**Height (cm):** 175.5 cm
**Weight (kg or lb from chart):** 222 lb, 5'11" from chart, 2008
**BMI:** 31, obese
**Nutritional state:** Well-nourished
**Skin color:** Tan-white
**Livor mortis:** Present bilateral trunk, upper thighs, back of body and buttocks; fixed and does not blanch to touch
**Rigor mortis:** Minimal in upper extremities
**Jewelry:** None
**Tubes, lines, catheters:** None

## UNIVERSITY OF ROCHESTER/STRONG MEMORIAL HOSPITAL

### FINAL ANATOMIC DIAGNOSES

**Autopsy Case #:** *redacted*                                          Page 4
**Patient Name:**    ROE, DONALD

**Skin lesions, tattoos, etc.:** 0.8 cm raised tan-white papule R groin; well healed scars: 19 cm oblique extending from
    below xiphoid process to R lateral abdomen, 15.5 cm transverse R lateral to mid abdomen superior to
    umbilicus
**Other findings:**

#### Head and Neck
**Hair color/distribution:** Sparse, thin grey-white head hair, male pattern baldness
**Pupil diameter (mm):** R: 4 mm        L: 4 mm
**Eye color:** Blue-green
**Oral cavity/dentition:** Natural teeth with some posterior fillings
**Abnormalities:** None

#### Trunk and extremities
**Chest:** No gross pathologic abnormalities
**Abdomen:** Described above
**External genitalia:** Circumcised penis
**Groin:** Described above
**Anus:** Not assessed
**Back:** Described above
**Extremities:** Bilateral purple coloration of fingernail beds, toenails with onychomycosis

#### Internal Examination
**Incision:** Modified Y
**Body cavities (fluid, adhesions, etc):** Extensive pleural adhesions with white firm metastatic tumor nodules, R lung,
    extend to pleural surface of diaphragm; less than 500 cc of serosanguineous pleural fluid on R

#### Respiratory System

## AUTOPSY LIMITED TO LUNGS ONLY

**Lung weights, unperfused (expected R: 360 – 570g, L: 325 – 480g): R: 1700 g              L: 850 g**
**Fixed by perfusion/immersion:** Both
**Pleurae:** Right lung - densely adherent to parietal pleura by extensive white tan lobulated tumor nodules
**Parenchyma:** Right lung: 6 x 6 x 4 cm white solid central hilar tumor, surrounding main pulmonary artery and main
    bronchus, extends toward upper lobe surrounding segmental bronchus, thickened white-tan bronchial walls; 4
    x 4 x 3 cm tan-white irregular mass, remainder of parenchyma diffusely white and firm with scattered
    anthracotic pigment throughout, 6 x 5 x 4 cm firm circumscribed hemorrhagic mass of RUL (lateral); Left
    lung: hilar region with 4 x 3 x 3 cm abscess area with firm to gritty tan-white tumor at the periphery, focal
    areas of consolidated parenchyma of LUL
**Bronchi:** Mucous plugging, dilated and elongated bronchi (bronchiectasis)
**Arteries/veins:** Right main artery and vein surrounded by mass at hilum (see above)
**Lymph nodes:** Hilar nodes firm and white

#### Gross photographs (list):
#### Lungs