**FILED**
U.S. Bankruptcy Court
Western District of NC

AUG 23 2010

David E. Welch, Clerk
Charlotte Division
CHB

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of North Carolina

In re  GARLOCK SEALING TECHNOLOGIES ,    Case No. 10-BK-31607

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DEBT ACQUISITION CO OF AMERICA | ANGELICA ENTERPRISES INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108

Court Claim # (if known): _____
Amount of Claim: _____$325.00_____
Date Claim Filed: _____

Phone: (619) 220-8900
Last Four Digits of Acct #:  4788

Phone: (585) 466-3131
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____    Date: 08/18/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| | ) Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) |
| | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of ANGELICA ENTERPRISES INC ("Transferor") against the Debtor in the amount of $325.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $325.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
ANGELICA ENTERPRISES INC
5575 COUNTY ROUTE 16 PO BOX 376 ANGELICA, NY 14709

Print Name: Barbara G. Wahl    Title: Corporate Secretary
Signature: [signed]    Date: 8/02/10
Updated Address if needed) _____
Phone (585) 466-3131    Fax (585) 466-3133    E-Mail _____

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signed] Andrew Whatnall

Mail Ref# 1-49
2597154