FILED & JUDGMENT ENTERED
David E. Weich

Aug 30 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 10-31607 |
| GARLOCK SEALING TECHNOLOGIES ) | |
| LLC, et al.. ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS MATTER came before the Court upon motion of Laverna Roe for relief from 11 U.S.C. § 362, the automatic stay. The motion sought relief to allow her to proceed to pursue a New York State Workers' Compensation claim on account of the death of her husband, Donald Roe, an alleged former employee of the Debtor. It appears to the Court that allowing the relief requested is appropriate. It is, therefore,

ORDERED that relief from stay is hereby granted,

FURTHER ORDERED that nothing herein shall be deemed to determine the applicability of or exemption from the automatic stay with regard to other Workers' Compensation claims,

FURTHER ORDERED that Laverna Roe is permitted to file and pursue her workers' compensation claim before the New York State Workers' Compensation Board,

FURTHER ORDERED that Laverna Roe is permitted to receive or collect payment of that claim if the New York State Workers' Compensation Board allows the claim or awards a benefit to her based on such claim, and

      FURTHER ORDERED that the Debtors reserve all their applicable rights, claims, and defenses with regard to Laverna Roe's claims.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court