**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | | |
|---|---|---|
| | ) | |
| In Re: | ) | Chapter 11 |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES LLC, et al. | ) ) | Case No. 10-31607 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**VOLUME I of IV**

**EXHIBITS 1-14
INFORMATION BRIEF OF THE OFFICIAL COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS**