**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

|  |  |  |
|---|---|---|
| _____ | ) | |
| In Re: | ) | Chapter 11 |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES LLC, et al. | ) | Case No. 10-31607 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**APPENDIX TO THE INFORMATION BRIEF OF THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

| Tab | Description |
|---|---|
| 1 | Garlock Asbestos Claims Resolution Process Conference Call Tr. 16, June 7, 2010 (excerpt) |
| 2 | *See In re W.R. Grace & Co.*, Case. No. 01-01139 (Bankr. D. Del. Aug. 29, 2005) (Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 9301] |
| 3 | *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Dec. 21, 2005) (Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires and to Designate Non-Expert Witnesses) [Dkt. No. 11403]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Jan. 10, 2006) (Revised Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires and to Designate Non-Expert Witnesses) [Dkt. No. 11515]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Jan. 31, 2006) (Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 11697]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Feb. 21, 2006) (Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires) [Dkt. No. 11885]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Aug. 27, 2006) (Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities)  [Dkt. No. 12151]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. April 27, 2006) (Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires) [Dkt. No. 12314]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. July 24, 2006) (Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 12858]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Dec. 19, 2006) (Order Regarding Amended Case Management Order for the |

| Tab | Description |
|---|---|
|  | Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 14079]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Dec. 19, 2006) (Order Regarding Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 15078]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. June 1, 2007) (Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 15923]; *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. July 9, 2007) (Modified Second Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 16260] |
| 4 | *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Sept. 25, 2006) (Hearing Transcript) (excerpt) |
| 5 | *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Mar. 26, 2007) (W.R. Grace & Co.'s Response to Emergency Motion of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Production of Complete Navigable Database) [Dkt. No. 14973] |
| 6 | *See In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. July 9, 2007) (Modified Second Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 16260] |
| 7 | *In re W.R. Grace & Co.*, Case No. 01-1139 (Bankr. D. Del. April 1, 2008) (Hearing Transcript) (excerpt) |
| 8 | *In re Babcock & Wilcox Co.*, Case No. 00-cv-558 (E.D. La. Jan. 25, 2002) (Hearing Transcript) (excerpt) |
| 9 | Tim K. Takaro et al., *Letters, Scientists Appeal to Québec Premier Charst to Stop Exporting Asbestos to the Developing World*, 16(2) International Journal of Occupational and Environmental Health 241 (2010) |
| 10 | William J. Nicholson et al., *Occupational Exposure to Asbestos: Population at Risk and Projected Mortality – 1980-2030*, 3 American Journal of Industrial Medicine 259 (1982) |
| 11 | American Thoracic Society, *The Diagnosis of Nonmalignant Diseases Related to Asbestos*, 134 American Review of Respiratory Disease 363 (1986) |
| 12 | American Thoracic Society, *Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos*, 170 American Journal of Respiratory and Critical Care Medicine 691 (2004) |
| 13 | World Health Organization, Elimination of Asbestos-Related Diseases (2006) |
| 14 | Laura Welch et al., *Asbestos Exposure Causes Mesothelioma, But Not This Asbestos Exposure: An Amicus Brief to the Michigan Supreme Court*, 13 International Journal of Occupational & Environmental Health 318 (2007) |
| 15 | Antti Tossavainen et al., *Consensus Report: Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution*, 23 Scandinavian Journal of Work Environment, & Health 311 (1997) |
| 16 | Workers' Compensation Board, State of New York, file for Vera Smith Clemons (1944-1954) |
| 17 | Workers' Compensation Board, State of New York, file for Grace Baylord (1957-58) |
| 18 | Armstrong World Indus., Inc. Form 10 K filed 03/29/2001 (excerpt) |
| 19 | Federal-Mogul Form 10K filed 3/28/2002 (excerpt) |
| 20 | Enpro Industries, Inc. Form 10 K, filed 3/14/2005, at Exhibit 10.20 (excerpt) |

| Tab | Description |
|---|---|
| 21 | Asbestos Textile Institute ("ATI") General Meeting Minutes, attached presentation by Matthew M. Swetonic (June 7, 1973) |
| 22 | *In re Asbestos Litig. Cases Filed by Baron & Budd*, (Case No. ___) (Madison Cnty. Cir. Ct. June 9, 1998) (Deposition Transcript of G. Ellwood Houghton) (excerpt) |
| 23 | ATI Air Hygiene and Manufacturing Committee Meeting Minutes (Mar. 7, 1957) |
| 24 | Garlock, Inc.'s Material Safety Data Sheet 10/03/1991 for Compressed Asbestos Sheets |
| 25 | *Rixse v. Able Supply Co.*, Cause No. 26,653 (Milam Cnty. Dist. Ct. Dec. 10, 1999) (Deposition Transcript of Jimmy Gene Ward) (excerpt) |
| 26 | *Rixse v. Able Supply Co.*, Cause No. 26,653 (Milam Cnty. Dist. Ct. Mar. 15, 2000) (Deposition Transcript of Harry Joe Hyder) (excerpt) |
| 27 | *Hill v. ACandS, Inc.*, Cause No. 2001-CI-06058 (Bexar Cnty. Dist. Ct. May 24, 2001) (Deposition Transcript of Robert Hill) (excerpt) |
| 28 | *Cichocki v. ACandS, Inc.*, Cause No. 18-262 (Nolan Cnty. Dist. Ct. July 17, 2001) (Deposition Transcript of Theodore Cichocki) (excerpt) |
| 29 | *Gilcrease v. ACandS, Inc.*, Cause No. 99-CI-07037 (Bexar Cnty. Dist. Ct. June 1, 2000) (Deposition Transcript of Ronald Isaacs) (excerpt) |
| 30 | The Bureau of Naval Personnel, Navy Training Course Boilerman 3 & 2 Manual (1st ed. rev. 1968) (excerpt) |
| 31 | William E. Longo et al., *Fiber Released During the Removal of Asbestos-Containing Gaskets: A Work Practice Simulation*, 17(1) Applied Occupational & Environmental Hygiene 55 (2002) |
| 32 | *Caffey v. Foster Wheeler Energy Corp.*, No. 01-C-753 (Order Denying the Motion of Garlock to Strike the Testimony of Dr. William Longo) (Cass. Cnty. Dist. Ct. June 19, 2003) |
| 33 | Klaus Rodelsperger et al., *Asbestos and Man-Made Vitreous Fibers as Risk Factors for Diffuse Malignant Mesothelioma: Results from a German Hospital-Based Case-Control Study*, 39 American Journal of Industrial Medicine 262 (2001) |
| 34 | William J. Nicholson & Philip J. Landrigan, *The Carcinogenicity of Chrysotile Asbestos*, found in 22 Advances in Modern Environmental Toxicology, The Identification and Control of Environmental and Occupational Disease: Asbestos and Cancers 407 (Myron A. Mehlman & Arthur Upton eds., Princeton Scientific Publishing Co. 1994) |
| 35 | International Agency on Research for Cancer, Special Report: Policy, *A Review of Human Carcinogens – Part C: Metals, Arsenic, Dust, and Fibres*, 10 The Lancet 453 (2009) |
| 36 | Lu Li et al., *Cohort Studies on Cancer Mortality Among Workers Exposed Only to Chrysotile Asbestos: a Meta-analysis*, 17(4) Biomedical & Environmental Sciences 459 (2004) |
| 37 | Dana Loomis et al., *Lung Cancer Mortality and Fiber Exposures among North Carolina Asbestos Textile Workers*, Journal of Occupational & Environmental Medicine (2009) |
| 38 | M. T. Madkour et al., *Environmental Exposure to Asbestos and the Exposure-Response Relationship with Mesothelioma*, 15(1) Eastern Mediterranean Health Journal 25 (2009) |
| 39 | *All Asbestos-Related Personal Injury or Death Cases Filed in or to be Filed in Harris County, Texas*, Cause No. 2004-03964 (Harris Cnty. Dist. Ct. Sep. 8, 2008) (Defendant Garlock's Third Amended Responses to Plaintiff's Interrogatories and Requests for Production) at Answer to Interrogatory No. 10 & Ex. H (Garlock's Asbestos-Containing |

| Tab | Description |
|---|---|
|  | Product List) |
| 40 | Affidavit of Richard Slate (Wayne Cnty. May 5, 2010) |
| 41 | Letter from Dr. Agnes Kane, Chair of the Asbestos Committee Science Advisory Board, to the Honorable Stephen L. Johnson, the Administrator of the EPA (November 14, 2008) |
| 42 | Letter from the Honorable Stephen L. Johnson, the Administrator of the EPA, to Dr. Agnes Kane, Chair of the Asbestos Committee Science Advisory Board (December 29, 2008) |
| 43 | Y. Iwatsubo et al., *Pleural Mesothelioma: Dose-Response Relation at Low Levels of Asbestos Exposure in a French Population-Based Case-Control Study*, 148(2) American Journal of Epidemiology 133 (1998) |
| 44 | Morris Greenberg & T.A. Lloyd Davies, *Mesothelioma Register 1967-68*, 31 British Journal of Industrial Medicine 91 (1974) |
| 45 | ATI Air Hygiene Committee Meeting Minutes at 1 (Mar. 7, 1956) |
| 46 | ATI Board of Governor's Meeting Minutes at 3 (Oct. 9, 1969) |
| 47 | *Behringer v. Alcoa, Inc.*, Cause No. 2004-23251 (Harris Cnty. Dist. Ct. May 20, 2005) (Affidavit of Victor Roggli, M.D.) |
| 48 | Federal Judicial Center, *Reference Manual on Scientific Evidence*, 395 (2d ed. 2000) (excerpt) |
| 49 | *Anderson v. Alfa Laval, Inc.*, Case No. 760CL06006790-00 (Va. Cir. Ct. Mar. 5, 2010) (Affidavit and Supplemental Report of John C. Maddox, MD) |
| 50 | *Research Methods in Occupational Epidemiology* (Harvey Checkoway et al., eds. 2d ed., Oxford University Press 2004) (excerpt) |
| 51 | *In re Owens-Corning*, Case No. 00-03837 (Bankr. W.D. Pa.) (Notice of Service Notice of Filing Annual Report and Claims Summary Filed by Owens Corning/Fibreboard Asbestos Personal Injury Trust) [Dkt No. 20888] |
| 52 | Enpro Industries Inc. 10-K (Mar. 3, 2010) (excerpt) |
| 53 | *In re Armstrong World Indus.*, Case No. 00-CV-4471 (D. Del. May 23, 2006 Hearing Transcript) (excerpt) |
| 54 | *In re Pittsburgh Corning Corp.*, Case No. 00-22876 (Bankr. W.D. Pa. May 9, 2010) (Deposition of John Turlik, Esq.) (excerpt) |
| 55 | *In re Pittsburgh Corning Corp.*, Case No. 00-22876 (Bankr. W.D. Pa. May 9, 2010) (Deposition of John Turlik, Esq.) at Exhibit 5 |
| 56 | *In re Pittsburgh Corning Corp.*, Case No. 00-22876 (Bankr. W. D. Pa. June 9, 2010) (Hearing Transcript) (excerpt) |
| 57 | Garlock's Pittsburgh Corning Exhibits bates-stamped Garlock 143 and 184 |