IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Charlotte Division**

|  |  |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |

**DEBTORS' MOTION FOR (A) ESTABLISHMENT OF ASBESTOS CLAIMS BAR
DATE, (B) APPROVAL OF ASBESTOS PROOF OF CLAIM FORM; (C) APPROVAL
OF FORM AND MANNER OF NOTICE, (D) ESTIMATION OF ASBESTOS CLAIMS,
AND (E) APPROVAL OF INITIAL CASE MANAGEMENT SCHEDULE**

**EXHIBITS**

**Exhibit A**      Charles E. Bates & Charles H. Mullin, *Having Your Tort and Eating it Too?,* 6 Mealey's Asbestos Bankruptcy Report at 4 (November 2006)

**Exhibit B**      Mark A. Behrens, *What's New in Asbestos Litigation?*, 28 Rev. of Litig. 501 (Spring 2009)

**Exhibit C**      Pending Asbestos Complaints Against Garlock By Year of Filing

**Exhibit D**      Notice of Bar Date For Asbestos Claims

**Exhibit E**      Bar Date Notice Plan

        Exhibit 1      Form Internet Advertisement

        Exhibit 2      Searches That Will Trigger the Garlock Internet Advertisement (generated with the assistance of the Google AdWords Keywords analytic tool)

        Exhibit 3      Summary Bar Date Notice

**Exhibit F**      Asbestos Proof of Claim Form

---

1    The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

3017641v1 17067.00011 CASGAR

**Exhibit G**    Order (A) Fixing Asbestos Claims Bar Date, (B) Approving Asbestos Proof Of Claim Form, (C) Approving Form And Manner Of Notice, (D) Ordering Estimation Of Asbestos Claims, And (E) Approving Initial Case Management Schedule

3017641v1 17067.00011 CASGAR