# EXHIBIT C

EXHIBIT C

Pending Asbestos Complaints
Against Garlock By Filing Year

| Filing year | Mesothelioma | Lung Cancer | Other Cancer | Non-malignant | Unknown | Total |
|---|---|---|---|---|---|---|
| 1984 | 0 | 1 | 0 | 2 | 1 | 4 |
| 1985 | 0 | 0 | 0 | 1 | 6 | 7 |
| 1986 | 0 | 1 | 3 | 5 | 11 | 20 |
| 1987 | 13 | 48 | 22 | 1,143 | 521 | 1,747 |
| 1988 | 35 | 72 | 25 | 1,196 | 952 | 2,280 |
| 1989 | 4 | 10 | 4 | 107 | 143 | 268 |
| 1990 | 6 | 7 | 1 | 100 | 83 | 197 |
| 1991 | 11 | 42 | 16 | 454 | 441 | 964 |
| 1992 | 17 | 44 | 13 | 863 | 519 | 1,456 |
| 1993 | 37 | 82 | 18 | 1,659 | 1,468 | 3,264 |
| 1994 | 40 | 101 | 25 | 1,557 | 2,050 | 3,773 |
| 1995 | 59 | 208 | 78 | 3,033 | 2,600 | 5,978 |
| 1996 | 57 | 221 | 72 | 4,229 | 2,826 | 7,405 |
| 1997 | 41 | 210 | 74 | 2,670 | 3,694 | 6,689 |
| 1998 | 46 | 156 | 63 | 1,806 | 2,596 | 4,667 |
| 1999 | 64 | 188 | 42 | 1,840 | 3,241 | 5,375 |
| 2000 | 110 | 239 | 78 | 2,986 | 3,220 | 6,633 |
| 2001 | 119 | 345 | 131 | 6,072 | 3,291 | 9,958 |
| 2002 | 166 | 515 | 221 | 14,849 | 1,551 | 17,302 |
| 2003 | 246 | 487 | 188 | 11,427 | 3,112 | 15,460 |
| 2004 | 306 | 441 | 133 | 3,561 | 2,953 | 7,394 |
| 2005 | 457 | 1,100 | 534 | 5,694 | 631 | 8,416 |
| 2006 | 408 | 620 | 222 | 2,476 | 192 | 3,918 |
| 2007 | 670 | 487 | 194 | 1,224 | 121 | 2,696 |
| 2008 | 998 | 684 | 216 | 2,443 | 227 | 4,568 |
| 2009 | 1,462 | 661 | 112 | 965 | 543 | 3,743 |
| Missing | 0 | 0 | 0 | 1 | 1 | 2 |
| Total | 5,372 | 6,970 | 2,485 | 72,363 | 36,994 | 124,184 |

| Federal or state | Mesothelioma | Lung Cancer | Other Cancer | Non-malignant | Unknown | Total |
|---|---|---|---|---|---|---|
| Federal | 147 | 632 | 231 | 7,714 | 2,630 | 11,354 |
| State | 5,193 | 6,280 | 2,245 | 64,185 | 34,158 | 112,061 |
| Other | 1 | 2 | 0 | 31 | 11 | 45 |
| Missing | 31 | 56 | 9 | 433 | 195 | 724 |
| Total | 5,372 | 6,970 | 2,485 | 72,363 | 36,994 | 124,184 |

3017636