# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.<br><br>Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF BAR DATE FOR ASBESTOS CLAIMS**

PLEASE TAKE NOTICE THAT on _____, 2010, the Honorable George R. Hodges, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of North Carolina (the "Court"), having jurisdiction over the Chapter 11 cases of Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., and The Anchor Packing Company (collectively, the "Debtors" or "Garlock") entered an Order (A) Fixing Asbestos Claims Bar Date, (B) Approving Asbestos Proof of Claim Form, (C) Approving Form and Manner of Notice, (D) Ordering Estimation of Asbestos Claims, and (E) Approving Initial Case Management Schedule ("Bar Date Order") which, among other things, set a Bar Date for filing proofs of claim against the Debtors for certain Asbestos Claims (as defined on Exhibit 1 attached) against the Debtors.

Under the Bar Date Order, the Court established **JANUARY 17, 2011** at 5:00 p.m. Eastern Time (the "Bar Date") as the last date and time for all persons who have **ANY ASBESTOS CLAIM AGAINST A DEBTOR BASED ON, ARISING FROM, OR RELATING TO AN ASBESTOS-RELATED INJURY, DISEASE, OR DEATH THAT HAS MANIFESTED, BECOME EVIDENT, OR BEEN DIAGNOSED AS OF THE BAR DATE** to file proofs of claim against any of the Debtors.  A copy of the Bar Date Order setting the Bar Date for these claims is enclosed.

1.     **WHO <u>MUST</u> FILE A PROOF OF CLAIM**

On June 5, 2010 (the "Petition Date"), each of the Debtors commenced a case under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

You MUST file a proof of claim if you have **ANY ASBESTOS CLAIM** against the Debtors and your claim **IS BASED ON, ARISES FROM, OR RELATES TO AN ASBESTOS-RELATED INJURY, DISEASE, OR DEATH THAT HAS MANIFESTED, BECOME EVIDENT, OR BEEN DIAGNOSED AS OF THE BAR DATE.** Any person having such a claim against the Debtors must file a proof of claim on or before **January 17,**

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

**2011**, the Bar Date for all such claims, using the Asbestos Proof of Claim Form approved by the Court.

**IN THE EVENT THAT PRIOR TO THE BAR DATE YOU FILED A PROOF OF CLAIM FOR AN ASBESTOS CLAIM, USING OFFICIAL FORM 10 OR ANY OTHER PROOF OF CLAIM FORM, YOU MUST REFILE YOUR CLAIM ON THE COURT-APPROVED ASBESTOS PROOF OF CLAIM FORM ON OR BEFORE THE BAR DATE OR YOUR CLAIM SHALL BE BARRED AND DISALLOWED.**

Any person who filed or files a Proof of Claim for any claim other than an Asbestos Claim may use Official Form 10, and is not subject to the Bar Date.

**Because of the broad definition of an Asbestos Claim, acts or omissions of the Debtors that occurred before the Debtors filed their chapter 11 cases on June 5, 2010 may give rise to claims against them notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date.  Therefore, any person having an Asbestos Claim against the Debtors, no matter how remote or contingent, must file a proof of claim before the bar date, so long as the claim is based on, arises from, or relates to asbestos-related injury that has manifested, become evident, or been diagnosed as of the Bar Date.**

**2.    WHO DOES NOT NEED TO FILE A PROOF OF CLAIM**

The Bar Date and the need to file a proof of claim applies only to holders of Asbestos Claims based on, arising from, or relating to asbestos-related injury that has manifested, become evident, or been diagnosed as of the Bar Date.  You do not need to file a proof of claim as directed in this Notice if you have any other kind of claim, including the following types of claims, however, there may be other Notices given concerning the some of the kinds of claims below that require the filing of claims prior to a separately identified date:

A.    A claim that (i) is listed on the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules"), (ii) is *not* described in the Schedules as "disputed," "contingent," or "unliquidated," *and* (iii) is in the same amount and of the same nature as set forth in the Schedules;

B.    An administrative expense of any of the Debtors' Chapter 11 cases as defined in Sections 503(b) or 507(a) of the Bankruptcy Code as including the actual, necessary costs and expenses of preserving the estate;

C.    A claim of a Debtor or a subsidiary of a Debtor against another Debtor or another subsidiary of a Debtor;

D.    A claim that has been allowed by an order of the Court entered on or before the Bar Date;

2

E. A claim of a present or former employee of the Debtors who is currently receiving, currently has the right to receive, or may in the future have a right to elect to receive, benefits under a state-mandated workers' compensation system on account of any personal injury claims, *but* **not** *a claim based on any right to proceed against the Debtors for asbestos exposure outside of the workers' compensation system*;

F. Any holder of an interest in the Debtors arising solely from its ownership of the common stock or other equity securities of the Debtors need <u>not</u> file a proof of interest;

G. **YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS OR IF THE CLAIM YOU HELD AGAINST THE DEBTORS HAS BEEN PAID IN FULL.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE YOU HAVE A CLAIM.**

**3. WHEN AND WHERE TO FILE**

To file a claim, do the following:

- File the claim on the court-ordered *Asbestos Proof of Claim Form*, a copy of which is enclosed with this notice.

- For additional copies of the *Asbestos Proof of Claim Form*:

    o Contact the [**insert Claims Processing Agent**] toll-free at [**insert toll free number**], 9:00 a.m.-5:00 p.m., Eastern Time, Monday through Friday. Claimants will not be charged for this call.

    o Visit the Garlock chapter 11 website at [**insert website**] to download an *Asbestos Proof of Claim Form* and instructions for completing the *Asbestos Proof of Claim Form*.

- If you are represented by counsel, you must file your *Asbestos Proof of Claim Form* electronically, at [**insert website**]. If you are not represented by counsel, you may file your *Asbestos Proof of Claim Form* electronically, at [**insert website**] or mail your *Asbestos Proof of Claim Form* to the [**Claims Processing Agent**].

- You must file the completed *Asbestos Proof of Claim Form(s)* no later than **January 17, 2011** at 5:00 p.m., Eastern Time. *Asbestos Proof of Claim Forms* will be deemed filed only when ***electronically filed*** or, if you are not represented by counsel and claimant chooses to mail the *Asbestos Proof of Claim Form*, when ***actually received*** by the

[**Claims Processing Agent**].  *Asbestos Proof of Claim Forms* submitted by facsimile or telecopy transmission will *not* be accepted and will not be deemed filed.  If you are returning the *Asbestos Proof of Claim Form* by mail, allow sufficient mailing time so that the *Asbestos Proof of Claim Form* is received on or before **January 17, 2011** at 5:00 p.m., Eastern Time.  *Asbestos Proof of Claim Forms* that are postmarked before that date but are received thereafter will be considered late.

- *Asbestos Proof of Claim Forms* must be electronically filed or (if not represented by counsel and mailed) so as to be received by the [**Claims Processing Agent**] on or before **January 17, 2011**:

   If electronically filed, submitted at:

   **[WEBSITE]**

   If mailed, to:

   **[MAILING ADDRESS OF CLAIMS PROCESSING AGENT]**

- *Asbestos Proof of Claim Forms* will be deemed filed only when actually electronically filed or when received (if mailed).  You must include all attachments and exhibits with each Asbestos Proof of Claim Form and the claim form must be signed by the claimant.

- Do not file or send copies of the Asbestos Proof of Claim Form to the Debtors, counsel for the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, or such Committees' counsel.  Upon receipt of your claim, the claims agent will send an acknowledgement card via electronic mail to claimants filing electronically and with a postcard via mail to those filing by mail.  The acknowledgment will identify your claim number.

**4.   WHAT TO FILE**

If you file a Proof of Claim for an Asbestos Claim, you must use the court-ordered Asbestos Proof of Claim Form supplied with this notice.  If you are filing a proof of claim <u>for any other claim</u>, use Official Form 10.

**If you have previously filed a proof of claim for an Asbestos Claim using Official Form 10 or any other proof of claim form, you must refile your claim using the specialized and appropriate Court-approved Asbestos Proof of Claim Form or your claim may be disallowed.**

If you have previously filed a proof of claim for a claim other than an Asbestos Claim using Official Form 10 or any other proof of claim form, you do not need to refile your claim so long as you have clearly identified the specific Debtor against whom your claim is asserted.

4

If you have an Asbestos Claim against more than one of the Debtors, you do not need to file separate Proof of Claim forms, so long as you clearly designate on the provided form which of the Debtors you intend to assert a claim against.

**5.    PRODUCT INFORMATION**

For your information and assistance in completing the Asbestos Proof of Claim Form, some or all of the Debtors manufactured or distributed certain products that may have contained commercially added asbestos, primarily gaskets and packing for use in sealing applications. A list of products the Debtors manufactured or distributed that may have contained commercially added asbestos (though not necessarily all such products) is attached as Exhibit 2.

**6.    EFFECT OF NOT FILING A CLAIM**

ANY HOLDER OF AN ASBESTOS CLAIM WHO IS REQUIRED TO FILE A PROOF OF CLAIM AND USE THE COURT-APPROVED ASBESTOS PROOF OF CLAIM FORM AND WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE **JANUARY 17, 2011** FOR ANY CLAIMS SUCH CLAIMANT HOLDS AGAINST ANY OF THE DEBTORS OR THEIR PREDECESSORS-IN-INTEREST, AFFILIATES, INSURANCE CARRIERS OR THE DEBTORS' PROPERTY, **SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED** FROM ASSERTING ANY SUCH CLAIMS (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIMS) AGAINST ANY OF THE DEBTORS. IF ANY SUCH CLAIMS ARE SO BARRED, EACH OF THE DEBTORS AND ITS PROPERTY SHALL BE FOREVER DISCHARGED FROM ALL INDEBTEDNESS AND LIABILITIES WITH RESPECT TO SUCH CLAIMS AND THE HOLDERS OF SUCH CLAIMS SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PLANS OF REORGANIZATION OR RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIMS OR REGARDING THESE CHAPTER 11 CASES. *As noted above, present or former employees of the Debtors receiving or having a right to elect to receive workers' compensation benefits on account of asbestos exposure do not need to file a proof of claim to preserve such benefits, but* **must** *file a proof of claim if they seek to preserve a right to proceed against the Debtors for asbestos exposure outside of the workers' compensation system.*

**7.    QUESTIONS REGARDING COMPLETION OF ASBESTOS PROOF OF CLAIM FORM**

If you have any questions concerning whether or not you need to file a proof of claim, you should consult your attorney. If you have questions concerning how to complete an *Asbestos Proof of Claim Form* or for additional information regarding this Notice or to obtain an *Asbestos Proof of Claim Form*, contact the [**Claims Processing Agent**] toll-free at [**insert toll-free number**] between 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, *or* write to: [**Claims Processing Agent**]. You may also download an *Asbestos Proof of Claim Form* and instructions at Garlock's Chapter 11 website, at [**insert website**].

5

**8.    RESERVATION OF RIGHTS**

The Debtors reserve the right to (a) dispute, or to assert offsets, defenses, or counterclaims against, any Asbestos Claim for which a proof of claim is filed as to nature, amount, liability, classification, or otherwise; and (b) subsequently designate any Asbestos Claim (or other claim) as disputed, contingent, or unliquidated.  Nothing contained in this Notice shall preclude the Debtors from objecting to any Asbestos Claim (or other claim), whether scheduled or filed, on any grounds.

BY ORDER OF THE COURT

_____
The Honorable George R. Hodges
United States Bankruptcy Judge

**Exhibit 1 to Bar Date Notice**
**CLAIMS SUJECT TO BAR DATE**

**The Bar Date shall apply to persons having Asbestos Claims against Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company (each a "Debtor" and collectively "Debtors"), based on, arising from, or relating to an asbestos-related injury, disease, or death that has manifested, become evident, or been diagnosed as of the Bar Date.**

**"Asbestos Claim" means any claim (as defined in section 101(5) of the Bankruptcy Code) or demand (as defined in section 524(g)(5) of the Bankruptcy Code), whenever and wherever arising or asserted by any person, that is**
**(a) for, based on, or arising out of, resulting from, or attributable to, directly or indirectly, death, wrongful death, personal or bodily injury (whether physical, emotional, or otherwise), sickness, disease, loss of consortium, survivorship, medical monitoring, or any other injury (whether physical, emotional, or otherwise) or other damages, and**
**(b) for, based on, or arising out of, resulting from, or attributable to, directly or indirectly,**
  **(i) the presence of or exposure at any time to asbestos or any products or materials containing asbestos that were mined, processed, consumed, used, stored, manufactured, designed, sold, assembled, distributed, supplied, produced, specified, selected, disposed of, marketed, installed, removed or dealt with in any manner by any Debtor, or**
  **(ii) services, actions, or operations provided, completed or taken by any Debtor in connection with asbestos or any products or materials containing asbestos, or**
  **(iii) the presence of or exposure to asbestos or any products or materials containing asbestos for which any Debtor is otherwise liable under any applicable law, whether or not arising or allegedly arising, directly or indirectly, from acts or omissions of any Debtor or any other entity for or with which any Debtor is or may be liable.**
**Without limiting the generality of the foregoing, Asbestos Claim includes any claim or demand described in paragraphs (a) or (b) above, whether or not:**
**(1) diagnosable, manifested or resulting from exposure before, on or after the Petition Date;**
**(2) for compensatory damages such as loss of consortium, medical monitoring, personal or bodily injury, wrongful death, survivorship, loss of consortium, proximate damages, consequential damages, general damages or special damages, or for non-compensatory damages such as punitive, punitory, exemplary, vindictive, imaginary, or presumptive damages; or**
**(3) reduced to judgment, liquidated, unliquidated, fixed, settled, contingent, matured, unmatured, disputed, undisputed, legal, equitable, bonded, secured, or unsecured or in the nature of, sounding in or based on tort, contract, warranty, statute, guarantee, contribution, joint and several liability, subrogation, reimbursement or indemnity, or any other theory of law, equity or admiralty.**
**Notwithstanding the foregoing, the right of present or former employees of the Debtors who are currently receiving, currently have the right to receive, or may in the future have a right to elect to receive, benefits under a state-mandated workers' compensation system, shall not be an Asbestos Claim.  However, a right of any such employee that exists outside**

7

**of such state workers' compensation system, and otherwise satisfies the definition of Asbestos Claim, shall be an Asbestos Claim.**

**Exhibit 2 to Bar Date Notice**
**Asbestos-Containing Products Manufactured or Distributed by Debtors**

A list of products that the Debtors manufactured or distributed and that may have contained commercially added asbestos includes, but may not be limited to, the following:

**Garlock**

| Style | Product |
|---|---|
| 7021 | Compressed Sheet |
| 7705 | Compressed Sheet |
| 900T | Compressed Sheet |
| 901 | Compressed Sheet / Gasket |
| 902 | Compressed Sheet / Gasket |
| 903 | Compressed Sheet / Gasket |
| 8038 | Compressed Sheet / Gasket |
| 850 | Compressed Sheet / Gasket |
| 1000W | Compressed Sheet with Wire |
| 7003 | Compressed Sheet |
| 7006 | Compressed Sheet |
| 7008 | Compressed Sheet |
| 7009 | Compressed Sheet |
| 7021T | Compressed Sheet |
| 7022 | Compressed Sheet / Gasket |
| 7028 | Compressed Sheet / Gasket |
| 7226 | Compressed Sheet |
| 7228 | Compressed Sheet |
| 7045 | Compressed Sheet |
| 7735 | Compressed Sheet |
| 7738 | Compressed Sheet |
| 7819 | Compressed Sheet |
| 7844 | Compressed Sheet |
| 8746 | Compressed Sheet |
| 8748 | Compressed Sheet |
| 8048 | Compressed Sheet |
| 8057 | Compressed Sheet |
| 8058 | Compressed Sheet |
| 9532 | Compressed Sheet |
| 9533 | Compressed Sheet |
| 950 | Compressed Sheet / Gasket |
| 961 | Compressed Sheet / Gasket |
| 1674 | Compressed Sheet |
| 7098 | Compressed Sheet |
| 7772 | Compressed Sheet |
| 270 | Compressed Sheet |

| | |
|---|---|
| 300 | Compressed Sheet |
| 400 | Compressed Sheet |
| 200 | Compressed Sheet |
| 424 | Compressed Sheet |
| 425L | Compressed Sheet |
| 450 | Compressed Sheet |
| 459W1 | Compressed Sheet |
| 480 | Compressed Sheet |
| 480L | Compressed Sheet |
| 4101 | Compressed Sheet |
| 4102 | Compressed Sheet |
| 4121 | Compressed Sheet |
| 4122 | Compressed Sheet |
| 4124 | Compressed Sheet |
| 1202 | Compressed Sheet |
| 1400 | Compressed Sheet |
| 7085 | Compressed Sheet |
| 8800 | Compressed Sheet |
| 7070 | Compressed Sheet |
| 7278 | Compressed Sheet |
| 7346 | Compressed Sheet |
| 7486 | Compressed Sheet |
| 7640 | Compressed Sheet |
| 7647 | Compressed Sheet |
| 7860 | Compressed Sheet |
| 7651 | Compressed Sheet |
| 7679 | Compressed Sheet |
| 8500 | Compressed Sheet |
| 8554 | Compressed Sheet |
| 8614 | Compressed Sheet |
| 8688 | Compressed Sheet |
| 9529 | Compressed Sheet |
| 9582 | Compress Asb. Direct |
| 8553 | Compress Asb. Direct |
| 9151 | Compress Asb. Direct / Gasket |
| 9164 | Compress Asb. Direct / Gasket |
| 9055 | Compressed Sheet |
| 9209 | SW Cane Treated Sheet |
| 9256 | Compressed Sheet |
| 8082 | Compressed Sheet |
| 8090 | Compressed Sheet / Gasket |
| 8126 | Compressed Sheet |
| 8285 | Compressed Sheet |
| 804 | Compressed Sheet / Gasket |
| 7904 | Chevron Packing |

| | |
|---|---|
| 8940 | Chevron Packing |
| 8157 | Chevron Packing |
| 555 | Spiral Wound Gasket |
| 17 | Alabostine packing |
| 87 | Extra Diagonal Packing |
| 114 | Wire Wound Coil Packing |
| 115 | Beaver Packing Round |
| 116 | Wire Wound Ring Packing |
| 117 | Beaver Packing Round |
| 127 | Compressor Packing |
| 144 | Palmyra Coil Packing |
| 150 | High Pressure Spiral Packing |
| 176 | Hot Oil Packing |
| 220 | Compressor Coil Packing |
| 221 | Compressor Spiral Packing |
| 222 | Compressor Spiral Packing |
| 230 | Square Braided Packing |
| 233 | Derby Coil Packing |
| 234 | Rolopac Coil Packing |
| 235 | Derby Ring Packing |
| 237 | Thorndyke Coil Packing |
| 238 | Thorndyke Coil Packing |
| 239 | Rolopac Coil Packing |
| 243 | Derby Coil Packing Round |
| 244 | Rolopac Coil Packing |
| 245 | Derby Ring Packing |
| 248 | Mill Coil Packing |
| 249 | Rolopac Ring Packing Wire |
| 251 | Mill Ring Packing |
| 252 | Furnace Door Packing |
| 256 | Expansion Joint Packing |
| 257 | Cold Oil Packing |
| 258 | Blue Asbestos Packing |
| 266 | Rolopac Packing |
| 356 | "O" Center Forged Packing Coil |
| 357 | "O" Center Forged Packing |
| 358 | "O" Center Forged Packing |
| 377 | Metal Marine Packing |
| 530 | Chevron Packing |
| 531 | Chevron Packing |
| 605 | Woven Asbestos Sheet Packing |
| 610 | Asbestos Gasketing Tubular |
| 625 | Autoline Sheet Packing |
| 644 | Pacific Semi Metallic Coil Packing |
| 730 | Lattice Braided Packing |

11

| 734 | Lattice Braided Packing |
|---|---|
| 736 | Lattice Braid Blue Asbestos Packing |
| 900 | Compressed Asbestos Sheet Packing |
| 908 | Dry Plastic Packing |
| 909 | Dry Plastic Packing |
| 910 | Dry Plastic Packing |
| 918 | Lead Fill Packing Asbestos Cord |
| 926 | Plastallic Packing |
| 927 | Plastallic Packing |
| 928 | Plastallic Packing |
| 930 | Plastallic Packing |
| 931 | Plastallic Packing |
| 1700 | Locomotive Cob Look Packing |
| 2200 | Locomotive Air Pump Packing |
| 5008 | Gas Generator Door Packing |
| 5246 | Furnace Door Packing |
| 5336 | Braided Lead Foil Packing |
| 5861 | "Teflon" Treated Asbestos Packing |
| 7085 | Compressed Sheet / Gasket |
| 8035 | Compressed Sheet / Gasket |
| 7130 | Chlorine Valve Ring Packing |
| 7228 | Neoprene Compressed Asbestos Sheet Packing |
| 7815 | Chevron Packing |
| 8240 | Neoprene Asbestos Gasketing |
| 5298 | Asbestos Packing |
| 5299 | Asbestos Packing |
| 5880 | Asbestos Packing |
| 5884 | Asbestos Packing |

**Anchor Packing**

| 101 | Supreme High Pressure Ring Packing |
|---|---|
| 103 | Anchor Cracking Ring Packing |
| 105 | Ring Cushion Back Packing |
| 110 | Ankorite Ring Packing |
| 112 | Capstan Ring Packing |
| 115 | Valve Stem Ring Packing on Spools |
| 116 | Cab Cock Ring Packing on Spools |
| 117 | Sulu Square Plaited Ring Packing without Brass Wire Insert |
| 117-W | Sulu Square Plaited Ring Packing with Brass Wire Insert |
| 118 | Sultan Braid over Braid Squared Ring Packing |
| 119 | Sultan Round Braided Ring Packing |
| 122-AW | Wedge Diagonal Ring Packing |
| 138 | Anchor Tapco Small Ring Packing with Lead |

| | |
|---|---|
| 149 | Anchor Tapco Small Ring Packing without Lead |
| 201 | Supreme Spiral Packing |
| 205 | Superheat Center Core Spiral Packing |
| 210 | Ankorite Spiral Packing |
| 212 | Capstan Spiral Packing |
| 222-AW | Wedge Diagonal Spiral Packing |
| 301 | Supreme Packing Coil |
| 303 | Anchor Cracking Coil Packing |
| 310 | Ankorite Coil Packing |
| 312 | Capstan Coil Packing |
| 314 | Twisted Coil and Reels Packing |
| 315 | Valve Stem Braided & Rubbered Coil Packing |
| 316 | Cab Cock Ring Packing |
| 317 | Sulu Square Plaited Coil Packing with Brass Wire |
| 317-W | Sulu Square Plaited Coil Packing with Brass Wire |
| 317-CA | Sulu Square Plaited Coil Packing |
| 317-K | Sulu Square Plaited Coil Packing |
| 318 | Sultan Braid over Braid Coil Packing |
| 318-W | Sultan Braid over Braid Coil Packing with Brass Wire |
| 318-CA | Sultan Braid over Braid Coil Packing |
| 318-K | Sultan Braid over Braid Coil Packing |
| 319 | Sultan Round Braided Asbestos Coil Packing |
| 322-AW | Wedge Diagonal Coil Packing |
| 400 | Target Compressed Asbestos Sheet |
| 405 | Ankorite White Sheet |
| 406 | Motorite Red and Black Sheet |
| 424 | Ankorite High Pressure Sheet |
| 425 | Ankorite High Pressure Sheet |
| 439 | Ankoprene Special Woven Asbestos Gasket Sheet |
| 450 | Ankoprene Bonded Sheet |
| 459 | Twicorn—Steel Wire Gauze Reinforced Compressed Sheet Packing |
| 480 | Tauril Gaskets |
| 505 | Cut Gaskets from Ankorite White Sheet |
| 506 | Cut Gaskets from Motorite Red-Black Sheet |
| 524 | Cut gaskets from Ankorite High Pressure Sheet |
| 525 | Cut gaskets from Style 425 |
| 550 | Cut Gaskets from Ankoprene Bonded Sheet |
| 600 | Manhole and Hardhole Gaskets Ankorite Folded Asbestos |
| 639 | Ankorite Folded High Pressure Gaskets |
| 650 | Ankotallic Spiral Wound Gaskets |
| 651 | Ankotallic Spiral Wound Oval Gaskets |
| 652 | Ankotallic Spiral Wound Square Gaskets |
| 653 | Ankotallic Spiral Wound Round Gaskets |
| 654 | Ankotallic Spiral Wound Oblate Gaskets |
| 655 | Ankotallic Spiral Wound Pear Gaskets |

| 657 | Ankotallic Spiral Wound Diamond Gaskets |
|---|---|
| 658 | Ankotallic Spiral Wound Gasket |
| 659 | Ankotallic Spiral Wound Gasket |
| 660 | Ankotallic Spiral Wound Gasket |
| 670 | Ankotallic Spiral Wound Gasket |
| 671 | Ankotallic Spiral Wound Gasket |
| 672 | Ankotallic Spiral Wound Gasket |
| 806 | Ankorite High Temperature Plastic Packings |
| 807 | Ankorite High Temperature Plastic Packings |
| 808 | Anchor Carbonite Plastic Type Packing |
| 809 | Ankorite High Temperature Plastic Packing |
| 810 | Ankorite High Temperature Plastic Packing |
| 820 | Carbonite with Ankoprene Binder and Cotton Jacket-Ring Spiral Coil Packing |
| 851 | Ankorite Metallic Braided Core-Ring Spiral |
| 851-TT | Anchor Armored Asbestos Packing-Die Formed Rings, Coils |
| 858 | Carbonite Plastic Core Foil Wrapped Packing |
| 864 | Flexible Asbestos Aluminum Combination Packing |
| 888 | Anchor Braided Packings |
| 900 | AmFlex Heavy Duty Packing Ring |
| 905 | Ankorite Square Braided White Asbestos Ring Coil Packing |
| 909 | Ankorite Square Braided Ring Coil Packing |
| 913 | High Pressure Asbestos Accordion Pleated Spiral Ring Coil |
| 915 | Anchor Conquistador Seals |
| 1101 | Virgin Anklon White Asbestos Braided Packings-Ring and Coil |
| 1102 | Virgin Anklon Packings-Ring and Coil |
| 1106 | Anklon (TFE) Envelope Gaskets |
| 1108 | Virgin Anklon Braided Packings |
| 1109 | Virgin Anklon Braided Packings |
| 110-TA | Ankorflex Packing Ring Set |
| 1188 | Anko-Tetrabest Sheet |
| 1300 | Ankorlok Braid Packing-Ring Coil |
| 1301 | Ankorlok Braid Packing-Ring Coil (Dry) |
| 1302-PSR | Ankorlok Braid Packing-Ring Coil with Petroleum |
| 1304 | Ankorlok Braid Packing-Ring Coil with vegetable and marine oil |
| 1314-AC | Ankorlok Braid Packing-Ring Coil with copper wire inserted |
| 4250 | Blue Asbestos Sheet |

14