# EXHIBIT F

| UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA | GARLOCK SEALING TECHNOLOGIES LLC et al. ASBESTOS PERSONAL INJURY PROOF OF CLAIM |
|---|---|

| Name of Debtor against Whom Making a Claim: ☐ Garlock Sealing Technologies LLC ☐ The Anchor Packing Company | Case Number: 10-31607 |
|---|---|

**NOTE: THIS FORM SHOULD ONLY BE USED IF YOU HAVE AN ASBESTOS PERSONAL INJURY CLAIM (AS DEFINED IN THE "NOTICE OF BAR DATES FOR ASBESTOS PERSONAL INJURY CLAIMS"). THIS FORM SHOULD NOT BE USED TO FILE A CLAIM FOR ANY INJURY UNRELATED TO ASBESTOS, TO RECOVER OTHER DAMAGES, OR TO MAKE A CLAIM ON ANY OTHER BASIS.**

**IF REPRESENTED BY COUNSEL, YOU MUST FILE THIS CLAIM ELECTRONICALLY.**

| Name of Person to whom it is alleged the Debtor(s) owe money ("Creditor"): | | |
|---|---|---|
| Name and address where acknowledgement and notices should be sent: | ☐ Check if you or your counsel has never received any notices from the bankruptcy court in this case. ☐ Check if this claim amends or replaces a previously filed claim, and indicate the date of claim (Mo/Day/Yr)_____. | **THIS SPACE IS FOR COURT USE ONLY** |
| E-mail address where acknowledgement and notices should be sent: | | |

**INJURED PARTY INFORMATION (PERSON WITH ALLEGED ASBESTOS-RELATED INJURY)**

| Injured Party's Last Name | | Injured Party's First Name | | Injured Party's Middle Name | Suffix |
|---|---|---|---|---|---|
| Last four digits of SSN or Foreign Tax ID | Date of birth (Mo/Day/Yr) | | Date of death (Mo/Day/Yr) | Gender: ☐ Male | ☐ Female |
| Mailing Address (Street Address) of current or last place or residence | | | | Daytime Telephone: (___) ___-____ | |
| City | State | ZIP Code | Country | Email Address | |

**CREDITOR INFORMATION  (IF CREDITOR DIFFERENT FROM INJURED PARTY)**

| Last Name | | First Name | | Middle Name | Suffix |
|---|---|---|---|---|---|

Basis for Creditor's Claim if Creditor is not Injured Party:

☐ Personal Representative of Injured Party's Estate  (if Personal Representative, you **MUST ATTACH** a copy of Certificate of Official Capacity)

☐ Other Basis: _____     ☐ Loss of Consortium, Emotional Distress, or other damages suffered directly by Creditor

| Creditor Relationship to Injured Party: | Last Four Digits of SSN or Foreign Tax ID: | Daytime Telephone: (___) ___-____ |
|---|---|---|
| Mailing Address (Street Address) of current or last place or residence: | | |
| City | State | ZIP Code | Country | Email Address |

**LAW FIRM / ATTORNEY INFORMATION (IF REPRESENTED BY COUNSEL)**

| Name of Law Firm | |
|---|---|
| Attorney Last Name | Attorney First Name |
| Direct Telephone: (___) ___-____ | Facsimile: (___) ___-____ | Email Address for purposes of notice: |
| Mailing Address (Street Address) | | |
| City | State | Country |

**NOTE: THIS FORM MUST BE COMPLETED IN ITS ENTIRETY, INCLUDING PART III BELOW.  PART III REQUIRES THE CREDITOR TO IDENTIFY INJURY AND DIAGNOSTIC INFORMATION AND IS SUBMITTED SEPARATELY TO SAFEGUARD MEDICAL INFORMATION. THE FAILURE TO COMPLETE THIS OR ANY OTHER PART OF THE CLAIM FORM WILL RESULT IN THE DENIAL OF THE CLAIM**

**1. Alleged Injury Upon Which Your Claim Is Based:**

☐ Mesothelioma    ☐ Lung Cancer    ☐ Other Cancer    ☐ Pleural Disease

☐ Asbestosis    ☐ Other Asbestos Disease (specify): _____

**2. Lawsuit or Claim Against Debtors.**

Has Creditor filed a lawsuit or civil action against one of the Debtors based on injury?     ☐ Yes   ☐ No

If "Yes," provide the following:

Title of Case: _____   Case Number:_____

Court where filed: _____   Court Where Case Pending June 5, 2010: _____

Date Complaint Filed (Mo/Day/Yr): _____   Judgment entered:   ☐ Yes   ☐ No

Name of your lawyer in case (if different from above): _____   Date of Judgment (Mo/Day/Yr):_____

Address of your lawyer in case (if different from above): _____   Amt. of Judgment: _____

_____   Judgment satisfied:  ☐ Yes   ☐ No

_____

**3. Claim Based on Settlement.**

Is the Creditor's Claim based on a purported settlement agreement with one of the Debtors entered prior to June 5, 2010?   ☐ Yes   ☐ No
If "Yes," provide:  Date of settlement (Mo/Day/Yr): _____   Amt. of settlement: _____   Amt. rec'd pursuant to settlement: _____

**4. Claims Against Asbestos Trusts.**

Identify in **TABLE A** attached, all trusts against whom a claim has been filed on behalf of the Injured Party or against whom a claim may be filed in the future, as well as claim status, amount received, and payment date.  If a trust is not listed, write in the name of the trust and provide the additional information requested.

**5. Other Legal Claims and Payments.**

Identify below all companies, persons, and other parties, except for trusts established to pay for asbestos-related injuries, against whom a lawsuit, civil action, or claim based on alleged asbestos exposure has been filed on behalf of the Injured Party or against whom a claim may be filed in the future, the status of the claim, the amount received, and the payment date.

| Defending Party Name | Claim Status | Def. % Share of Damage | Settlement or Judgment Amt. | Amt. of Payment Received | Payment Date (Mo/Day/Yr) |
|---|---|---|---|---|---|
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |
| | ☐ Pending ☐ Dismissal ☐ Judgment without ☐ Settled payment | | | | |

USE **TABLE B** ATTACHED TO CONTINUE YOUR ANSWER IF THE ABOVE DOES NOT PROVIDE SUFFICIENT SPACE TO COMPLETELY ANSWER THIS QUESTION 5.

**PART II –CAUSE OF INJURY AND EXPOSURE TO ASBESTOS**

**6.  Cause of Injury.**

Does Creditor contend injury was caused by exposure to a product(s) containing asbestos manufactured or distributed by the Debtor(s) ("Product")?

☐ Yes   ☐ No    If "No," identify cause of the injury: _____

**7.  Indirect Exposure.**

Do you allege that the Injured Party was exposed to asbestos through contact with a family member or other exposed person ("Other Exposed Person")?

☐ Yes   ☐ No

**8.  Product Exposure Details.**

If you allege injury based on exposure to asbestos from a Product, for each site ("Site") where you allege exposure to a Product(s) that resulted in asbestos exposure to the Injured Party, either directly or indirectly, complete the following. If you allege that the Injured Party was exposed to asbestos through contact with an Other Exposed Person, complete the following for the Other Exposed Person's work.  Use **TABLE C** to continue your answer if the below does not provide sufficient space to completely answer the question.  Please make additional copies of **TABLE C**, should further space be required to provide a complete answer.

**SITE NO. 1**

Facility name: _____     Industry Code (from instructions): _____

Site Owner: _____     Occupation Code (from instructions): _____

Employer: _____     Date exposure began (Mo/Day/Yr): _____

Site City/State: _____     Date exposure ended (Mo/Day/Yr): _____


Product Name: _____     Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____
_____
_____

Did Injured Party or Other Exposed Person work with a Product at this Site?        ☐ Yes   ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____
_____
_____
_____
_____

Was Injured Party or Other Exposed Person exposed to asbestos products manufactured
or distributed by companies other than Debtors at Site ("Non-Debtor Asbestos Products")?        ☐ Yes   ☐ No

**SITE NO. 2**

Facility name: _____     Industry Code (from instructions): _____

Site Owner: _____     Occupation Code (from instructions): _____

Employer: _____     Date exposure began (Mo/Day/Yr): _____

Site City/State: _____     Date exposure ended (Mo/Day/Yr): _____


Product Name: _____     Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____
_____
_____

Did Injured Party or Other Exposed Person work with a Product at this Site?        ☐ Yes   ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____
_____
_____
_____
_____

Did Injured Party or Other Exposed Person work with Non-Debtor Asbestos Products at Site?        ☐ Yes   ☐ No

**SITE NO. 3**

Facility name: _____     Industry Code (from instructions): _____

Site Owner: _____     Occupation Code (from instructions): _____

Employer: _____     Date exposure began (Mo/Day/Yr): _____

Site City/State: _____     Date exposure ended (Mo/Day/Yr): _____

Product Name: _____     Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____
_____
_____

Did Injured Party or Other Exposed Person work with a Product at this Site?          ☐ Yes   ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____
_____
_____
_____

Did Injured Party or Other Person work with Non-Debtor Asbestos Products at Site?          ☐ Yes   ☐ No

**SITE NO. 4**

Facility name: _____     Industry Code (from instructions): _____

Site Owner: _____     Occupation Code (from instructions): _____

Employer: _____     Date exposure began (Mo/Day/Yr): _____

Site City/State: _____     Date exposure ended (Mo/Day/Yr): _____

Product Name: _____     Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____
_____
_____

Did Injured Party or Other Exposed Person work with a Product at this Site?          ☐ Yes   ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____
_____
_____
_____

Did Injured Party or Other Person work with Non-Debtor Asbestos Products at Site?          ☐ Yes   ☐ No

**SITE NO. 5**

Facility name: _____     Industry Code (from instructions): _____

Site Owner: _____     Occupation Code (from instructions): _____

Employer: _____     Date exposure began (Mo/Day/Yr): _____

Site City/State: _____     Date exposure ended (Mo/Day/Yr): _____

Product Name: _____     Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____
_____
_____

Did Injured Party or Other Exposed Person work with a Product at this Site?          ☐ Yes   ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____
_____
_____
_____

Did Injured Party or Other Person work with Non-Debtor Asbestos Products at Site?          ☐ Yes   ☐ No

USE **TABLE C** ATTACHED TO CONTINUE YOUR ANSWER IF THE ABOVE DOES NOT PROVIDE SUFFICIENT SPACE TO COMPLETELY ANSWER THIS QUESTION 8.

**9. Non-Debtor Asbestos Products to Which Injured Party or Other Exposed Person Was Exposed.**

Identify Non-Debtor Asbestos Products to which the Injured Party or Other Exposed Person was exposed by completing the below. Use **TABLE D** to continue your answer if the below does not provide sufficient space to completely answer the question. Please make additional copies of **TABLE D**, should further space be required to provide a complete answer.

| Site Name, City and State (Site No. if Listed Above) | Product Name | Description of how Injured Party or Other Exposed Person Used Non-Debtor Asbestos Product | Date exposure Began (Mo/Day/Yr) | Date exposure Ended (Mo/Day/Yr) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**USE TABLE D ATTACHED TO CONTINUE YOUR ANSWER IF THE ABOVE DOES NOT PROVIDE SUFFICIENT SPACE TO COMPLETELY ANSWER THIS QUESTION 9.**

**10. Occupational History.**

Provide a listing of your occupational history of the Injured Party by providing a complete listing of the Injured Party's employer, location of employment, dates of employment, occupation code and industry code in the table below.  Use **TABLE E** to continue your answer if the below does not provide sufficient space to completely answer the question.  Please make additional copies of **TABLE E**, should further space be required to provide a complete answer.

| Employer | Location (City, State) | Date (Mo/Yr) Employment Began | Date (Mo/Yr) Employment Ended | Occupation Code (from Inst.) | Industry Code (from Inst.) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**USE <u>TABLE E</u> ATTACHED TO CONTINUE YOUR ANSWER IF THE ABOVE DOES NOT PROVIDE SUFFICIENT SPACE TO COMPLETELY ANSWER THIS QUESTION 10.**

---

**PART III –INJURY AND DIAGNOSTIC INFORMATION**

**IN ORDER TO SAFEGUARD MEDICAL INFORMATION, <u>PART III</u> OF THIS PROOF OF CLAIM FORM APPEARS <u>FOLLOWING</u> THE SIGNATURE AND CERTIFICATION BELOW SO THE CLAIMS AGENT MAY SEGREGATE SUCH INFORMATION FROM OTHER PORTIONS OF THE CLAIM.**
**<u>THE FAILURE TO COMPLETE PART III OF THE CLAIM FORM WILL RESULT IN THE DENIAL OF THE CLAIM</u>**

---

**SIGNATURE AND CERTIFICATION OF ACCURACY**

**Signature:**  The person filing this claim must sign it. If the Creditor is represented by counsel, this claim form must be submitted electronically.  By signing this claim, electronically or otherwise, the Creditor or other person authorized to file this claim certifies, under penalty of perjury that the information contained herein is true, accurate, and complete.   If signed by an attorney, the attorney certifies that he has conferred with the Injured Party, or if not available, the Creditor, and obtained the certification of the Injured Party or Creditor, under penalty of perjury, that the information contained herein is true, accurate, and complete.

| Date: | | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

| PART III –INJURY, DIAGNOSTIC & OTHER INFORMATION |
|---|

**11.  Provide the Full SSN/Foreign Tax ID Number of Injured Party, Other Party, and Creditor (if not Injured Party) as applicable.**

SSN/Foreign Tax ID of Injured Party:          SSN/Foreign Tax ID of Other Exposed Party:          SSN/Foreign Tax ID of Creditor (if not Injured Party):
_____-__-_____                                              _____-__-_____                                                  _____-__-_____

---

**12.  Smoking History of Injured Party.**

Has the Injured Party ever smoked cigarettes, cigars, or pipes?          ☐ Yes    ☐ No

If "Yes," identify the frequency and duration of use.  _____

Has the Injured Party ever used chewing tobacco or snuff?          ☐ Yes    ☐ No

If "Yes," identify the frequency and duration of use.  _____

---

**13.  Diagnosis.**

Please complete the following concerning the alleged diagnosis of injury.  In addition, for your proof of claim to be complete, you **MUST ATTACH** a **DIAGNOSTIC REPORT** that meets <u>all</u> of the following requirements:

(a) it was made by a pathologist, pulmonologist, or internist certified by the American Board of Pathology or the American Board of Internal Medicine

(b) the Diagnostic Report contains a certification that it was made upon a personal examination of the Injured Party

(c) the Diagnostic Report sets forth the factors the diagnosing physician relied upon in making his/her diagnosis

If the **DIAGNOSTIC REPORT** fails to meet any of the above requirements, you **MUST ALSO ATTACH** a statement from the diagnosing physician supplementing the Diagnostic Report to the extent necessary to meet these requirements.

<u>**THE FAILURE TO PROVIDE A DIAGNOSTIC REPORT CONFORMING TO THESE REQUIREMENTS AND/OR A STATEMENT FROM THE DIAGNOSING PHYSICIAN WILL RESULT IN THE DENIAL OF YOUR CLAIM**</u>

---

**14.  Other Medical Information.**

Provide the following additional information concerning the Diagnosis and the Injured Party's medical history:

Name of Earliest Diagnosing Physician: _____

Specialty of Earliest Diagnosing Physician: _____

City/State of Earliest Diagnosing Physician: _____

Date of Earliest Diagnosis (Mo/Day/Yr): _____

If a Second Diagnosis made, provide:

Name of Second Diagnosing Physician: _____

Specialty of Second Diagnosing Physician: _____

City/State of Second Diagnosing Physician:_____

Date of Second Diagnosis (Mo/Day/Yr):_____

Has a certified B-Reader interpreted any chest x-rays of the Injured Party?          ☐ Yes    ☐ No

If "Yes," **ATTACH** International Labour Office (ILO) report of x-ray interpretation.

Has Injured Party undergone pulmonary function test(s)?          ☐ Yes    ☐ No

If "Yes," **ATTACH** results of pulmonary function test(s).

If Injured Party is deceased, **ATTACH** death certificate and autopsy report, and state the cause of death: _____

| TABLE A –TRUSTS AGAINST WHOM CLAIM FOR ASBESTOS EXPOSURE TO INJURED PARTY FILED OR AGAINST WHOM A CLAIM MAY BE FILED IN THE FUTURE (FROM QUESTION 4 IN PART I) | | | | | |
|---|---|---|---|---|---|
| Trust Name | Claim has been filed | Claim may be filed in the future | Claim Status | Amt. of Payment Received | Payment Date (Mo/Day/Yr) |
| A&I Corporation Asbestos Bodily Injury Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| A-Best Asbestos Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| AC&S Asbestos Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Amatex Asbestos Disease Trust Fund | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| APG Asbestos Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| API, Inc. Asbestos Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Armstrong World Industries Asbestos Personal Injury Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| ARTRA 524(g) Asbestos Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| ASARCO LLC Asbestos Personal Injury Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Bartells Asbestos Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Brauer 524(g) Asbestos Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Burns and Roe Asbestos Personal Injury Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| C. E. Thurston & Sons Asbestos Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Celotex Asbestos Settlement Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Combustion Engineering 524(g) Asbestos PI Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Congoleum Plan Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| DII Industries, LLC Asbestos PI Trust | ☐ Yes<br>☐ No | ☐ Yes<br>☐ No | ☐ Pending<br>☐ Denied<br>☐ Paid | | |
| Note: Table Continues Next Page | | | | | |

**TABLE A CONTINUED –TRUSTS OR OTHER PARTIES AGAINST WHOM LAWSUIT, CIVIL ACTION, OR CLAIM FOR ASBESTOS EXPOSURE TO INJURED PARTY FILED OR AGAINST WHOM A CLAIM MAY BE FILED IN THE FUTURE (FROM QUESTION 4 IN PART I)**

| Trust Name | Claim has been filed | Claim may be filed in the future | Claim Status | Amt. of Payment Received | Payment Date (Mo/Day/Yr) |
|---|---|---|---|---|---|
| Eagle-Picher Industries Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Federal Mogul U.S. Asbestos Personal Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Flintkote Company and Flintkote Mines Limited Asbestos Personal Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Forty-Eight Insulations Qualified Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Fuller-Austin Asbestos Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| G-I Asbestos Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| H. K. Porter Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Hercules Chemical Company, Inc. Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| J.T. Thorpe Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| JT Thorpe Company Successor Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Kaiser Asbestos Personal Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Keene Creditors Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Lummus 524(g) Asbestos PI Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Lykes Tort Claims Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| M. H. Detrick Company Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Manville Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Muralo Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| NGC Bodily Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |

**Note: Table Continues Next Page**

| TABLE A CONTINUED –TRUSTS OR OTHER PARTIES AGAINST WHOM LAWSUIT, CIVIL ACTION, OR CLAIM FOR ASBESTOS EXPOSURE TO INJURED PARTY FILED OR AGAINST WHOM A CLAIM MAY BE FILED IN THE FUTURE (FROM QUESTION 4 IN PART I) | | | | | |
|---|---|---|---|---|---|
| **Trust Name** | **Claim has been filed** | **Claim may be filed in the future** | **Claim Status** | **Amt. of Payment Received** | **Payment Date (Mo/Day/Yr)** |
| North American Refractories Company Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Owens Corning Fibreboard Asbestos Personal Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Pittsburgh Corning Corporation Asbestos PI Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| PLI Disbursement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Plibrico Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Porter Hayden Bodily Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Quigley Company, Inc. Asbestos PI Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Raytech Corporation Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Rock Wool Mfg Company Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Rutland Fire Clay Company Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Shook & Fletcher Asbestos Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Skinner Engine Co. Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Stone and Webster Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Swan Asbestos and Silica Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| T H Agriculture & Nutrition, LLC Industries Asbestos Personal Injury Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Thorpe Insulation Company Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| United States Gypsum Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Note: Table Continues Next Page | | | | | |

**TABLE A CONTINUED –TRUSTS OR OTHER PARTIES AGAINST WHOM LAWSUIT, CIVIL ACTION, OR CLAIM FOR ASBESTOS EXPOSURE TO INJURED PARTY FILED OR AGAINST WHOM A CLAIM MAY BE FILED IN THE FUTURE (FROM QUESTION 4 IN PART I)**

| Trust Name | Claim has been filed | Claim may be filed in the future | Claim Status | Amt. of Payment Received | Payment Date (Mo/Day/Yr) |
|---|---|---|---|---|---|
| United States Lines, Inc. and United States Lines (S.A.) Inc. Reorganization Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| United States Mineral Products Company Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| UNR Asbestos-Disease Claims Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Utex Industries, Inc. Successor Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| W.R. Grace & Co. Asbestos Personal Injury Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Wallace & Gale Company Asbestos Settlement Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| Western MacArthur-Western Asbestos Trust | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Pending ☐ Denied ☐ Paid | | |

| TABLE B - CONTINUATION SHEET FOR QUESTION 5 IN PART I | | | | | |
|---|---|---|---|---|---|
| Defending Party Name | Claim Status | Def. % Share of Damage | Settlement or Judgment Amt. | Amt. of Payment Received | Payment Date (Mo/Day/Yr) |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |
| | ☐ Pending  ☐ Dismissal<br>☐ Judgment  without<br>☐ Settled  payment | | | | |

**Note: If more space is required, make the necessary copies of this sheet and continue completing the information of the names of additional parties and the corresponding claim status, settlement amount, amount of payment received, and payment date.**

**TABLE C** – CONTINUATION SHEET FOR QUESTION 8 IN PART II

**SITE NO. __**

Facility name: _____  Industry Code (from instructions): _____

Site Owner: _____  Occupation Code (from instructions): _____

Employer: _____  Date exposure began (Mo/Day/Yr): _____

Site City/State: _____  Date exposure ended (Mo/Day/Yr): _____

Product Name: _____  Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____

_____

_____

Did Injured Party or Other Exposed Person work with a Product at this Site?    ☐ Yes    ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____

_____

_____

_____

Did Injured Party or Other Exposed Person work with Non-Debtor Asbestos Products at Site?    ☐ Yes    ☐ No

**SITE NO. __**

Facility name: _____  Industry Code (from instructions): _____

Site Owner: _____  Occupation Code (from instructions): _____

Employer: _____  Date exposure began (Mo/Day/Yr): _____

Site City/State: _____  Date exposure ended (Mo/Day/Yr): _____

Product Name: _____  Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____

_____

_____

Did Injured Party or Other Exposed Person work with a Product at this Site?    ☐ Yes    ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____

_____

_____

_____

Did Injured Party or Other Exposed Person work with Non-Debtor Asbestos Products at Site?    ☐ Yes    ☐ No

**SITE NO. __**

Facility name: _____  Industry Code (from instructions): _____

Site Owner: _____  Occupation Code (from instructions): _____

Employer: _____  Date exposure began (Mo/Day/Yr): _____

Site City/State: _____  Date exposure ended (Mo/Day/Yr): _____

Product Name: _____  Equipment and Service in which Product used: _____

Describe Product, include Style No. (if known): _____

_____

_____

Did Injured Party or Other Exposed Person work with a Product at this Site?    ☐ Yes    ☐ No

If "Yes," describe how Injured Party or Other Exposed Person worked with Product, including the tasks and tools involved and how many times, on average, Injured Party or Other Exposed Person worked with Product each year:_____

_____

_____

_____

Did Injured Party or Other Exposed Person work with Non-Debtor Asbestos Products at Site?    ☐ Yes    ☐ No

**Note: If more space is required, make the necessary copies of this sheet and continue completing your answer to Question 8.**

**TABLE D** – CONTINUATION SHEET FOR QUESTION 9 IN PART II

| Site Name, City/State (Site No. if Listed Above) | Product Name | Description of how Injured Party or Other Exposed Person Used Non-Debtor Asbestos Product | Date exposure Began (Mo/Day/Yr) | Date exposure Ended (Mo/Day/Yr) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: If more space is required, make the necessary copies of this sheet and continue completing your answer to Question 9.

| TABLE E – CONTINUATION SHEET FOR QUESTION 10 IN PART II | | | | | |
|---|---|---|---|---|---|
| Employer | Location (City, State) | Date (Mo/Yr) Employment Began | Date (Mo/Yr) Employment Ended | Occupation Code (from Inst.) | Industry Code (from Inst.) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Note: If more space is required, make the necessary copies of this sheet and continue completing your answer to Question 10.**