UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

|  |  |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| GARLOCK SEALING TECHNOLOGIES ) | Case No. 10-31607 |
| LLC, et al. ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**EXHIBITS TO**

**MEMORANDUM OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS IN OPPOSITION TO THE DEBTORS' MOTION FOR (A) ESTABLISHMENT OF ASBESTOS CLAIMS BAR DATE, (B) APPROVAL OF ASBESTOS PROOF OF CLAIM FORM, (C) APPROVAL OF FORM AND MANNER OF NOTICE, (D) ESTIMATION OF ASBESTOS CLAIMS, AND (E) APPROVAL OF INITIAL CASE MANAGEMENT SCHEDULE**

**INDEX**

| Exhibit | Description |
|---|---|
| 1 | *In re USG Corp.*, (Bankr. D. Del. June 15, 2006) (Findings of Facts and Conclusions of Law Regarding Confirmation of the First Amended Joint Plan of Reorganization of USG Corporation and its Debtor Subsidiaries, as Modified) [Dkt. No. 11687] |
| 2 | *In re Babcock & Wilcox Co.*, Case No. 00-cv-558 (E.D. La. Jan. 25, 2002) (Hearing Transcript) (excerpt) |
| 3 | *In re W.R. Grace & Co.*, Case. No. 01-01139 (Bankr. D. Del. Aug. 29, 2005) (Case Management Order for the Estimation of Asbestos Personal Injury Liabilities) [Dkt. No. 9301] |
| 4 | *In re W.R. Grace*, No. 01-01139 (Bankr. D. Del. Aug. 24, 2006) (Order as to All Pre-petition Asbestos PI Litigation Claims, Including Settled Claims, (I) Establishing Bar Dates; (II) Approving Proof of Claim Form; and (III) Approving Notice of Prepetition Asbestos Personal Injury Claims Bar Date) [Dkt. No. 13061] |
| 5 | *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Sept. 25, 2006) (Hearing Transcript) (excerpt) |
| 6 | *In re W.R. Grace & Co.*, Case No. 01-01139 (Bankr. D. Del. Mar. 26, 2007) (W.R. Grace & Co.'s Response to Emergency Motion of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Production of Complete Navigable Database) [Dkt. No. 14973] |
| 7 | *In re W.R. Grace & Co.*, No. 01-01139 (Bankr. D. Del. Feb. 27, 2009) (First Am. Joint Plan of Reorganization Under Chapter 11 of the Bankr. Code of W.R. Grace & Co., et al., the Official Comm. of Asbestos Pers. Injury Creditors, the Asbestos PI Future Claimants' Representative, and the Official Comm. of Equity Sec. Holders) [Dkt. No. 20872] (excerpt) |
| 8 | EnPro Industries Inc., 10-K (Mar. 3, 2010) (excerpt) |
| 9 | EnPro Indus., PowerPoint Presentation for EnPro Investor and Analyst Meeting, (June 10, 2010) (excerpt) |
| 10 | Mark. A. Peterson, *Armstrong World Industries, Inc. Projected Liabilities for Asbestos Personal Injury Claims*, Table 12, at 22, and Appendix A, Table A-3, at A-3 (Mar. 29, 2006) (excerpt) |
| 11 | Mark. A. Peterson, Turner and Newall, Inc., *Projected Liabilities for Asbestos Personal Injury Claims*, Table 17, at 23, and Appendix A, Table A-3, at A-3 (Nov. 29, 2004) (excerpt) |
| 12 | Debtor's Consolidated Balance Sheet (Sept. 24, 2010) |
| 13 | Preliminary Estimate of Enterprise Value (Sept. 24, 2010) |
| 14 | EnPro Indus., PowerPoint Presentation on Garlock Sealing Technologies LLC Asbestos Claims Resolution (June 7, 2010) (excerpt) |
| 15 | EnPro Industries Inc., 10-Q (June 30, 2010) (excerpt) |
| 16 | Debtor's Consolidated Balance Sheet (low market value) (Sept. 24, 2010) |
| 17 | Debtor's Consolidated Balance Sheet (high market value) (Sept. 24, 2010) |
| 18 | *In re Armstrong World Indus.*, Case No. 00-CV-4471 (D. Del. May 23, 2006) (Hearing Transcript) (excerpt) |

| Exhibit | Description |
|---|---|
| **19** | *In re W.R. Grace & Co.*, Case No. 01-1139 (Bankr. D. Del. Sept. 15, 2009) (Hearing Transcript) (excerpt) |
| **20** | *In re Owens Corning* Nos. 00-3837-3854 (Bankr. D. Del. Aug. 19, 2004) (Order Regarding Claims Estimation Issues) [Dkt. No. 12520] |
| **21** | *In re Owens Corning* Nos. 00-3837-3854 (Bankr. D. Del. Nov. 22, 2004) (Memorandum and Order Denying Motion to Establish Procedures to Obtain a Sample of Medical Records) [Dkt. No. 13407] |
| **22** | Frederick C. Dunbar, et al., *Estimating Future Claims: Case Studies from Mass Tort and Product Liability* (Andrews Publications 1996) (excerpt) |