# EXHIBIT 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS DATED FEBRUARY 27, 2009**

David M. Bernick, P.C.
Theodore L. Freedman
Deanna D. Boll
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Timothy Cairns (#4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

*Counsel for the Debtors and Debtors in Possession*

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

Right column:

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Philip Bentley
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL & ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200

*Counsel for the Official Committee of Equity Security Holders*

ii

K&E 13758690.21

# TABLE OF CONTENTS

Page

ARTICLE 1 DEFINITIONS, CONSTRUCTION OF TERMS, EXHIBITS AND ANCILLARY DOCUMENTS .................................................................................... 2
   1.1   DEFINED TERMS ........................................................................................... 2
   1.2   OTHER TERMS/INTERPRETATION ......................................................... 40
   1.3   THE PLAN DOCUMENTS ........................................................................... 42
   1.4   ANCILLARY DOCUMENTS ....................................................................... 42
ARTICLE 2 PROVISIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSES AND PRIORITY TAX CLAIMS ........................................................................ 42
   2.1   UNCLASSIFIED CLAIMS ............................................................................. 42
        2.1.1   PAYMENT OF ALLOWED ADMINISTRATIVE EXPENSE CLAIMS ............................................................................................. 42
        2.1.2   PRIORITY TAX CLAIMS ................................................................. 43
ARTICLE 3 CLASSIFICATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS ..................................................................................................... 44
   3.1   SUMMARY ...................................................................................................... 44
        3.1.1   Class 1. Priority Claims ...................................................................... 45
        3.1.2   Class 2. Secured Claims ..................................................................... 45
        3.1.3   Class 3. Employee Benefit Claims .................................................... 46
        3.1.4   Class 4. Workers' Compensation Claims ......................................... 46
        3.1.5   Class 5. Intercompany Claims ........................................................... 47
        3.1.6   Class 6. Asbestos PI Claims .............................................................. 47
        3.1.7   Class 7. Asbestos PD Claims ............................................................ 48
        3.1.8   Class 8. CDN ZAI PD Claims ........................................................... 50
        3.1.9   Class 9. General Unsecured Claims .................................................. 50
        3.1.10  Class 10. Equity Interests in the Parent ............................................ 54
        3.1.11  Class 11. Equity Interests in the Debtors other than the Parent ...... 55
ARTICLE 4 MODIFICATION OR WITHDRAWAL OF THIS PLAN ................................... 55
   4.1   MODIFICATION OF THE PLAN; AMENDMENT OF PLAN DOCUMENTS ................................................................................................. 55
        4.1.1   Modification of the Plan .................................................................... 55
        4.1.2   Post-Effective Date Amendment of Other Plan Documents ........... 56
   4.2   WITHDRAWAL OF THIS PLAN .................................................................. 56

**TABLE OF CONTENTS**
(continued)

Page

|       |       |                                                                                              |      |
|-------|-------|----------------------------------------------------------------------------------------------|------|
|       | 4.2.1 | Right to Withdraw this Plan                                                                  | 56   |
|       | 4.2.2 | Effect of Withdrawal                                                                         | 56   |

ARTICLE 5 PROVISIONS FOR TREATMENT OF DISPUTED CLAIMS AND ASBESTOS CLAIMS GENERALLY ...... 56

| 5.1 | OBJECTION TO CLAIMS (OTHER THAN ASBESTOS PI CLAIMS, ASBESTOS PD CLAIMS, AND CDN ZAI PD CLAIMS); PROSECUTION OF DISPUTED CLAIMS ...... 57 |
| 5.2 | RESOLUTION OF ASBESTOS PI CLAIMS ...... 57 |
| 5.3 | RESOLUTION OF ASBESTOS PD CLAIMS ...... 57 |
| 5.4 | RESOLUTION OF CDN ZAI PD CLAIMS ...... 58 |

ARTICLE 6 ACCEPTANCE OR REJECTION OF THIS PLAN ...... 58

| 6.1 | IMPAIRED CLASSES TO VOTE ...... 58 |
| 6.2 | ACCEPTANCE BY IMPAIRED CLASSES OF CLAIMS ...... 58 |
| 6.3 | PRESUMED ACCEPTANCE OF THIS PLAN ...... 58 |
| 6.4 | ACCEPTANCE PURSUANT TO SECTION 524(G) OF THE BANKRUPTCY CODE ...... 58 |
| 6.5 | NONCONSENSUAL CONFIRMATION ...... 58 |
|     | 6.5.1 Cram Down ...... 58 |
|     | 6.5.2 General Reservation of Rights ...... 59 |

ARTICLE 7 IMPLEMENTATION OF THIS PLAN ...... 59

| 7.1 | CORPORATE GOVERNANCE ...... 59 |
|     | 7.1.1 Amendment of Certificates of Incorporation of the Debtors ...... 59 |
|     | 7.1.2 Amendment of By-Laws of the Parent ...... 60 |
|     | 7.1.3 Precedence of Share Issuance Obligations ...... 60 |
|     | 7.1.4 Warrants ...... 60 |
| 7.2 | THE ASBESTOS PI TRUST ...... 61 |
|     | 7.2.1 Creation of the Asbestos PI Trust ...... 61 |
|     | 7.2.2 Funding of the Asbestos PI Trust ...... 62 |
|     | 7.2.3 Transfer of Claims and Demands to the Asbestos PI Trust ...... 63 |
|     | 7.2.4 Assignment and Enforcement of Asbestos PI Trust Causes of Action 63 |
|     | 7.2.5 Appointment and Termination of Asbestos PI Trustees ...... 64 |

## TABLE OF CONTENTS
(continued)

Page

|   |   |   |   |
|---|---|---|---|
|  | 7.2.6 | Creation and Termination of the Asbestos PI TAC | 64 |
|  | 7.2.7 | Cooperation Agreement | 64 |
|  | 7.2.8 | Institution and Maintenance of Legal and other Proceedings | 64 |
| 7.3 | THE ASBESTOS PD TRUST | | 64 |
|  | 7.3.1 | Creation of the Asbestos PD Trust | 64 |
|  | 7.3.2 | Funding of the Asbestos PD Trust | 65 |
|  | 7.3.3 | Transfer of Claims and Demands to the Asbestos PD Trust | 66 |
|  | 7.3.4 | Assignment and Enforcement of Asbestos PD Trust Causes of Action | 66 |
|  | 7.3.5 | Appointment and Termination of Asbestos PD Trustees | 66 |
|  | 7.3.6 | Creation and Termination of the Zonolite Attic Insulation TAC | 67 |
| 7.4 | PAYMENTS AND DISTRIBUTIONS UNDER THIS PLAN | | 67 |
|  | 7.4.1 | Asbestos PI Trust Payments, Asbestos PD Trust Payments and Plan Distributions | 67 |
|  | 7.4.2 | Timing of Plan Distributions | 68 |
| 7.5 | DELIVERY OF DISTRIBUTIONS AND UNDELIVERABLE OR UNCLAIMED DISTRIBUTIONS | | 68 |
|  | 7.5.1 | Delivery by the Reorganized Debtors of Distributions in General | 68 |
|  | 7.5.2 | Undeliverable Distributions by the Reorganized Debtors | 68 |
| 7.6 | PAYMENTS UNDER THIS PLAN | | 69 |
|  | 7.6.1 | Manner of Cash Payments under this Plan | 69 |
|  | 7.6.2 | Fractional Payments under this Plan | 69 |
| 7.7 | CONDITIONS TO OCCURRENCE OF THE CONFIRMATION DATE | | 69 |
| 7.8 | CONDITIONS TO OCCURRENCE OF THE EFFECTIVE DATE | | 81 |
| 7.9 | MANAGEMENT OF THE REORGANIZED DEBTORS | | 85 |
| 7.10 | CORPORATE ACTION | | 85 |
| 7.11 | EFFECTUATING DOCUMENTS AND FURTHER TRANSACTIONS | | 85 |
| 7.12 | ALLOCATION OF PLAN DISTRIBUTIONS BETWEEN PRINCIPAL AND INTEREST | | 85 |
| 7.13 | NO SUCCESSOR LIABILITY | | 85 |

## TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| 7.14 | DEEMED CONSOLIDATION OF THE DEBTORS FOR PLAN PURPOSES ONLY | 86 |
| 7.15 | INSURANCE NEUTRALITY | 87 |

ARTICLE 8 INJUNCTIONS, RELEASES & DISCHARGE .......................................................... 88

- 8.1 DISCHARGE .......................................................................................................... 88
  - 8.1.1 Discharge of the Debtors and Related Discharge Injunction .................. 88
  - 8.1.2 Discharge of Liabilities to Holders of Asbestos PI Claims ..................... 89
  - 8.1.3 Discharge of Liabilities to Holders of Asbestos PD Claims .................... 89
  - 8.1.4 Discharge of Liabilities to Holders of CDN ZAI PD Claims .................. 89
  - 8.1.5 Disallowed Claims and Disallowed Equity Interests ............................... 89
  - 8.1.6 Non-Dischargeable ERISA Liability ...................................................... 90
- 8.2 THE ASBESTOS PI CHANNELING INJUNCTION ........................................... 90
  - 8.2.1 Asbestos PI Channeling Injunction ......................................................... 90
  - 8.2.2 Reservations from Asbestos PI Channeling Injunction .......................... 91
- 8.3 THE ASBESTOS PD CHANNELING INJUNCTION .......................................... 93
  - 8.3.1 Asbestos PD Channeling Injunction ....................................................... 93
  - 8.3.2 Reservations from Asbestos PD Channeling Injunction ......................... 94
- 8.4 ASBESTOS INSURANCE ENTITY INJUNCTION ............................................. 96
  - 8.4.1 Asbestos Insurance Entity Injunction ...................................................... 96
- 8.5 SUCCESSOR CLAIMS INJUNCTION ................................................................. 97
  - 8.5.1 Injunction ................................................................................................. 97
- 8.6 INJUNCTIONS AND RELEASES RELATED TO THE SEALED AIR INDEMNIFIED PARTIES AND FRESENIUS INDEMNIFIED PARTIES .................................................................................................................. 98
- 8.7 TERM OF CERTAIN INJUNCTIONS AND AUTOMATIC STAY .................... 99
  - 8.7.1 Injunctions and/or Automatic Stays in Existence Immediately prior to Confirmation .................................................................................. 99
  - 8.7.2 Injunctions Provided for in this Plan ....................................................... 99
- 8.8 ADDITIONAL RELEASES AND INDEMNIFICATION .................................... 99
  - 8.8.1 Release of Sealed Air Indemnified Parties .............................................. 99
  - 8.8.2 Reservation of Rights With Respect to Cryovac Transaction Contractual Obligations ........................................................................ 100

K&E 13758690.21

# TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| 8.8.3 | Release of Fresenius Indemnified Parties | 101 |
| 8.8.4 | Assumption of 1998 Tax Sharing Agreement and Section 4.04 of the TSIA | 101 |
| 8.8.5 | Effect of the Fresenius Settlement Agreement, the Fresenius Settlement Order, and the Sealed Air Settlement Agreement | 102 |
| 8.8.6 | Release of Avoidance Actions. | 102 |
| 8.8.7 | Specific Releases by Holders of Claims or Equity Interests | 102 |
| 8.8.8 | Release by Debtors and Estate Parties. | 103 |
| 8.8.9 | Indemnification of Representatives of the Debtors and Non-Debtor Affiliates. | 103 |
| 8.8.10 | Indemnification of Reorganized Debtors and Their Representatives by the Asbestos PI Trust. | 103 |
| 8.8.11 | Indemnification of the Reorganized Debtors and Their Representatives by the Asbestos PD Trust. | 104 |

ARTICLE 9 EXECUTORY CONTRACTS, UNEXPIRED LEASES, LETTERS OF CREDIT, SURETY BONDS, COMPENSATION, INDEMNITY AND BENEFIT PROGRAMS ... 105

| | | |
|---|---|---|
| 9.1 | **ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | **105** |
| | 9.1.1 Assumption Generally. | 105 |
| | 9.1.2 Assumption Procedures. | 105 |
| | 9.1.3 Rejection of Certain Executory Contracts and Unexpired Leases. | 107 |
| 9.2 | **LETTERS OF CREDIT AND SURETY BONDS** | **108** |
| 9.3 | **COMPENSATION, INDEMNITY AND BENEFIT PROGRAM** | **108** |
| | 9.3.1 Employee Benefits. | 108 |
| | 9.3.2 Retiree Benefits. | 109 |
| | 9.3.3 Workers' Compensation Benefits. | 109 |

ARTICLE 10 RETENTION OF JURISDICTION ... 109

| | | |
|---|---|---|
| 10.1 | **PLAN DOCUMENTS** | **109** |
| 10.2 | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | **109** |
| 10.3 | **DISPUTED CLAIMS ALLOWANCE/DISALLOWANCE** | **110** |

# TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---:|
| 10.4 | ENFORCEMENT/MODIFICATION OF THIS PLAN AND THE RELEASES, INJUNCTIONS AND DISCHARGE PROVIDED UNDER THE PLAN | 110 |
| 10.5 | COMPENSATION OF PROFESSIONALS | 111 |
| 10.6 | SETTLEMENTS | 111 |
| 10.7 | TAXES | 111 |
| 10.8 | SPECIFIC PURPOSES | 111 |
| 10.9 | INSURANCE MATTERS | 111 |
| ARTICLE 11 MISCELLANEOUS PROVISIONS | | 112 |
| 11.1 | AUTHORITY OF THE DEBTORS | 112 |
| 11.2 | AUTHORITY OF THE REORGANIZED DEBTORS TO GRANT NEW STOCK INCENTIVE PLAN AND IMPOSE STOCK TRADING RESTRICTIONS | 112 |
| 11.3 | PAYMENT OF STATUTORY FEES | 112 |
| 11.4 | RETAINED CAUSES OF ACTION | 112 |
| | 11.4.1 Maintenance of Causes of Action | 112 |
| | 11.4.2 Preservation of All Causes of Action not Expressly Settled or Released | 113 |
| 11.5 | THIRD-PARTY AGREEMENTS | 114 |
| 11.6 | REQUIREMENTS OF THE FRESENIUS SETTLEMENT AGREEMENT | 114 |
| 11.7 | REQUIREMENTS OF THE SEALED AIR SETTLEMENT AGREEMENT | 114 |
| 11.8 | DISSOLUTION OF THE UNSECURED CREDITORS' COMMITTEE, THE ASBESTOS PI COMMITTEE, THE ASBESTOS PD COMMITTEE AND THE EQUITY COMMITTEE; CONTINUED RETENTION OF THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE AND THE ASBESTOS PD FUTURE CLAIMANTS' REPRESENTATIVE | 114 |
| 11.9 | EXCULPATION | 115 |
| 11.10 | TITLE TO ASSETS; DISCHARGE OF LIABILITIES | 116 |
| 11.11 | ENTIRE AGREEMENT | 116 |
| 11.12 | NOTICES | 116 |
| 11.13 | HEADINGS | 120 |

K&E 13758690.21

## TABLE OF CONTENTS
(continued)

Page

| | | |
|---|---|---|
| 11.14 | GOVERNING LAW | 120 |
| 11.15 | FILING OF ADDITIONAL DOCUMENTS | 120 |
| 11.16 | COMPLIANCE WITH TAX REQUIREMENTS | 120 |
| 11.17 | EXEMPTION FROM TRANSFER TAXES | 120 |
| 11.18 | FURTHER ASSURANCES | 120 |
| 11.19 | FURTHER AUTHORIZATIONS | 121 |

K&E 13758690.21

Class 4 is unimpaired. The Holders of the Workers' Compensation Claims in Class 4 are deemed to have voted to accept this Plan and, accordingly, their separate vote will not be solicited.

### 3.1.5   Class 5.   Intercompany Claims

(a)   <u>Classification</u>

Class 5 consists of all Intercompany Claims.

(b)   <u>Treatment</u>

This Plan leaves unaltered the legal, equitable, and contractual rights to which each such Intercompany Claim entitles the Holder of such Intercompany Claim.

(c)   <u>Impairment and Voting</u>

Class 5 is unimpaired. The Holders of Intercompany Claims in Class 5 are deemed to have voted to accept this Plan and, accordingly, their separate vote will not be solicited.

### 3.1.6   Class 6.   Asbestos PI Claims

(a)   <u>Classification</u>

Class 6 consists of all Asbestos PI Claims against the Debtors.

(b)   <u>Treatment</u>

(i)   All Asbestos PI Claims shall be resolved in accordance with the terms, provisions, and procedures of the Asbestos PI Trust Agreement and the Asbestos PI TDP (unless previously allowed pursuant to an Order of the Court or agreement of the parties).

(ii)   All Asbestos PI Claims shall be paid by the Asbestos PI Trust solely from the Asbestos PI Trust Assets as and to the extent provided in the Asbestos PI TDP. Asbestos PI Claims shall not be deemed Allowed or Disallowed (unless an order or agreement approved by the Court allowing the Claim has been previously entered), but rather shall be resolved by the Asbestos PI Trust pursuant to the terms of the Asbestos PI TDP.

(c)   <u>Asbestos PI Channeling Injunction</u>

<u>The sole recourse of the Holder of an Asbestos PI Claim on account of such Asbestos PI Claim (whether or not such Asbestos PI Claim has been previously allowed pursuant to an Order of the Court or agreement of the parties) shall be to the Asbestos PI Trust pursuant to the provisions of the Asbestos PI Channeling Injunction, the Asbestos PI Trust Agreement, and the Asbestos PI TDP.</u>