# EXHIBIT 9




EnPro Industries

Engineered for Performance

EnPro Investor and Analyst Meeting
June 10, 2010

# Forward Looking Statements

Statements in this presentation that express a belief, expectation or intention, as well as those that are not historical fact, are forward-looking statements under the Private Securities Litigation Reform Act of 1995. The words "may," "hope," "will," "should," "could," "expect," "plan," "anticipate," "intend," "believe," "estimate," "predict," "potential," "continue," and other expressions which are predictions of or indicate future events and developments and which do not relate to historical matters identify forward-looking statements. These forward-looking statements involve a number of risks and uncertainties that may cause actual events and results to differ materially from such forward-looking statements. These risks and uncertainties include, but are not limited to: Garlock's ability to reach acceptable agreements with asbestos claimants and other creditors, Garlock's ability to obtain court approval for a proposed plan and its proposed debtor-in-possession financing, unforeseen developments affecting Garlock's ability to pay creditors in full, operate in the ordinary course and adequately fund a trust to resolve all current and future asbestos claims. Our filings with the Securities and Exchange Commission, including the Form 10-K for the year ended December 31, 2009, and the Form 10-Q for the quarter ended March 31, 2010, describe risks and uncertainties in more detail. We do not undertake to update any forward-looking statement made in this release to reflect any change in management's expectations or any change in the assumptions or circumstances on which such statements are based.

This presentation also contains certain non-GAAP financial measures as defined by the Securities Exchange Commission. A reconciliation of these measures to the most directly comparable GAAP equivalents is included as an appendix to this presentation.

# Today's Agenda

| Time | Item | Presenter |
|---|---|---|
| 8:30 | Welcome | Don Washington<br>*Director, Investor Relations and Corporate Communications* |
| | Opening Remarks | Bill Holland<br>*Non-Executive Chairman of the Board* |
| | EnPro Overview | Steve Macadam<br>*President and CEO* |
| | Asbestos Review | Rick Magee<br>*Sr. VP and General Counsel* |
| | Financial Update | Bill Dries<br>*Sr. VP and CFO* |
| 10:00 | Break | |
| 10:15 | Stemco, GGB | Steve Macadam |
| | Garlock Companies | Dale Herold<br>*President, Garlock Sealing Technologies* |
| | CPI, Fairbanks Morse | Tony Gioffredi<br>*President, Engine Products & Services Segment;*<br>*Division President, CPI* |
| | Acquisition Strategy | Milt Childress<br>*VP, Strategic Planning & Business Development* |
| 11:30 | Summary, Q&A | Steve Macadam |
| 12:00 | Adjourn | |



## Other Assumptions Challenged

- But Garlock payments have *NOT* declined
  - No credit for bankruptcy trust payments

Average Mesothelioma Settlement

| Year | Thousands |
|---|---|
| 1999 | $9.1 |
| 2000 | $23.1 |
| 2001 | $23.4 |
| 2002 | $35.1 |
| 2003 | $30.1 |
| 2004 | $43.5 |
| 2005 | $59.2 |
| 2006 | $78.7 |
| 2007 | $72.4 |
| 2008 | $75.6 |
| 2009 | $74.1 |
| 2010 | $70.7 |

# Reconciliation of Earnings Per Share, 2003-2009

Enpro Industries

|  | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| Reported diluted EPS from continuing operations | $ 1.31 | $ 1.27 | $ 2.26 | $ (8.54) | $ 0.77 | $ 1.56 | $ (7.19) |
| Asbestos expense | 0.30 | 0.31 | 0.34 | 10.68 | 1.91 | 1.55 | 4.23 |
| Goodwill impairment charge | - | - | - | - | - | - | 4.81 |
| Adjustment of liability for retiree medical benefits | - | - | (0.32) | - | - | - | (0.60) |
| Legal and environmental reserve adjustments | (0.02) | - | (0.14) | - | - | - | 0.06 |
| Mark-to-market adjustment for call options | (0.04) | 0.01 | (0.01) | - | - | - | - |
| Other | (0.12) | (0.08) | (0.18) | 0.05 | 0.16 | 0.20 | 0.41 |
| Normalized diluted EPS | $ 1.43 | $ 1.51 | $ 1.95 | $ 2.19 | $ 2.84 | $ 3.31 | $ 1.72 |

# Reconciliation of Earnings Per Share, First Quarter 2010

**EnPro Industries**

For the Quarters Ended March 31, 2010 and 2009

(Stated in Millions of Dollars, Except Per Share Data)

|  | 2010 $ | 2010 Per share | 2009 $ | 2009 Per share |
|---|---|---|---|---|
| Income before asbestos-related expenses and other selected items | $ 15.0 | $ 0.73 | $ 4.0 | $ 0.20 |
| Adjustments (net of tax): |  |  |  |  |
| Asbestos-related expenses | (9.1) | (0.44) | (8.5) | (0.42) |
| Restructuring costs | (0.3) | (0.02) | (1.2) | (0.06) |
| CEO transition costs | - | - | (0.6) | (0.03) |
| Environmental reserve adjustment | - | - | (0.3) | (0.01) |
| Tax accrual adjustments | - | - | 7.7 | 0.38 |
| Impact | (9.4) | (0.46) | (2.9) | (0.14) |
| Net income from continuing operations | $ 5.6 | $ 0.27 | $ 1.1 | $ 0.06 |