# EXHIBIT 10

# Armstrong World Industries, Inc.

# Projected Liabilities for Asbestos Personal Injury Claims

# As of December 2000

## Mark A. Peterson

## Legal Analysis Systems

## March 29, 2006

*Armstrong World Industries, Inc.*                                                                    22

___

**Table 12:** Forecast of Indemnity for Pending Claims

| Disease | Number of Reallocated Claims | Average Resolution | Indemnity ($millions) |
|---|---|---|---|
| Meso | 3,134 | $100,876 | $316.1 |
| Lung | 6,604 | 16,854 | 111.3 |
| Othc | 2,153 | 6,108 | 13.2 |
| Nonm | 124,105 | 2,742 | 340.3 |
| None | 5,180 | 0 | 0.0 |
| Tot | 141,176 | $127,038 | $780.9 |

Note: Average resolution amounts and indemnity are expressed in year 2000 dollars. Average resolution amounts are calculated across all resolved claims (both with and without payment).

Figure 9 compares graphically the amount of indemnity for each type of asbestos disease.

**Figure 9:** Distribution of Indemnity Amounts for Pending Claims, by Disease



## 6.2. Projections of Number And Timing of Future Claims

Like other major asbestos defendants, Armstrong saw substantial increases in asbestos claim filings in the decade 1990-2000 (Figure 10). Taken jointly--increasing claim filings, increasing settlement values (Section 6.1.2.1), and prospects of greater future increases in both--created extraordinary burdens for asbestos defendants, leading to bankruptcy filings for each defendant

*Armstrong World Industries, Inc.*                                                                                          A-3

**Table A3:** Armstrong Forecasts as of December 31, 2001: Number of Filings

| Filing Year | Payment Year | Disease | | | | Total |
|---|---|---|---|---|---|---|
| | | Meso | Lung | Othc | Nonm | |
| Pending | 2002 | 3,134 | 6,604 | 2,153 | 124,105 | 135,996 |
| 2001 | 2003 | 1,624 | 2,365 | 731 | 43,563 | 48,283 |
| 2002 | 2004 | 1,796 | 2,354 | 786 | 42,983 | 47,919 |
| 2003 | 2005 | 1,950 | 2,320 | 827 | 41,995 | 47,092 |
| 2004 | 2006 | 2,102 | 2,283 | 864 | 41,007 | 46,256 |
| 2005 | 2007 | 2,254 | 2,243 | 896 | 40,019 | 45,412 |
| 2006 | 2008 | 2,245 | 2,161 | 861 | 39,031 | 44,298 |
| 2007 | 2009 | 2,235 | 2,080 | 827 | 38,043 | 43,185 |
| 2008 | 2000 | 2,185 | 1,981 | 789 | 36,610 | 41,565 |
| 2009 | 2001 | 2,135 | 1,881 | 751 | 35,177 | 39,944 |
| 2010 | 2012 | 2,084 | 1,782 | 713 | 33,744 | 38,323 |
| 2011 | 2013 | 2,034 | 1,683 | 675 | 32,312 | 36,704 |
| 2012 | 2014 | 1,983 | 1,584 | 637 | 30,879 | 35,083 |
| 2013 | 2015 | 1,897 | 1,491 | 598 | 29,253 | 33,239 |
| 2014 | 2016 | 1,811 | 1,398 | 559 | 27,628 | 31,396 |
| 2015 | 2017 | 1,725 | 1,305 | 520 | 26,002 | 29,552 |
| 2016 | 2018 | 1,638 | 1,211 | 481 | 24,376 | 27,706 |
| 2017 | 2019 | 1,552 | 1,118 | 442 | 22,751 | 25,863 |
| 2018 | 2010 | 1,464 | 1,027 | 407 | 21,165 | 24,063 |
| 2019 | 2011 | 1,377 | 937 | 372 | 19,579 | 22,265 |
| 2020 | 2022 | 1,289 | 846 | 337 | 17,993 | 20,465 |
| 2021 | 2023 | 1,202 | 756 | 302 | 16,407 | 18,667 |
| 2022 | 2024 | 1,114 | 665 | 267 | 14,821 | 16,867 |
| 2023 | 2025 | 1,028 | 601 | 241 | 13,529 | 15,399 |
| 2024 | 2026 | 942 | 536 | 215 | 12,238 | 13,931 |
| 2025 | 2027 | 856 | 472 | 189 | 10,946 | 12,463 |
| 2026 | 2028 | 770 | 407 | 164 | 9,655 | 10,996 |
| 2027 | 2029 | 684 | 343 | 138 | 8,363 | 9,528 |
| 2028 | 2020 | 617 | 305 | 123 | 7,496 | 8,541 |
| 2029 | 2021 | 552 | 269 | 108 | 6,665 | 7,594 |
| 2030 | 2032 | 490 | 237 | 96 | 5,895 | 6,718 |
| 2031 | 2033 | 432 | 206 | 82 | 5,159 | 5,879 |
| 2032 | 2034 | 378 | 178 | 72 | 4,501 | 5,129 |
| 2033 | 2035 | 330 | 168 | 62 | 4,024 | 4,584 |
| 2034 | 2036 | 286 | 131 | 53 | 3,353 | 3,823 |
| 2035 | 2037 | 247 | 110 | 44 | 2,872 | 3,273 |
| 2036 | 2038 | 210 | 92 | 37 | 2,422 | 2,761 |
| 2037 | 2039 | 179 | 77 | 30 | 2,039 | 2,325 |
| 2038 | 2040 | 150 | 62 | 25 | 1,692 | 1,929 |
| 2039 | 2041 | 126 | 50 | 21 | 1,398 | 1,595 |
| Futures | | 47,973 | 39,715 | 15,342 | 777,585 | 880,615 |
| Total | | 51,107 | 46,319 | 17,495 | 901,690 | 1,016,611 |