# EXHIBIT 12

Debtor's Consolidated Balance Sheets
Based on Summary of Schedules Filed in Chapter 11 Bankruptcy Proceedings
Information as of June 4, 2010*

| | Sched Ref | Garlock | Garrison | Anchor | Eliminations | Total |
|---|---|---|---|---|---|---|
| **Assets (1) (2) (3)** | | | | | | |
| Real Property | Sched A | 18,266,990 | - | | | 18,266,990 |
| Personal Property | | | | | | |
|   Cash and Equivalents | Sched B/Lines 1-2 | 26,735,895 | 186 | 25,836 | | 26,761,917 |
|   Security Deposits | Sched B/Line 3 | | 10,000 | | | 10,000 |
|   Investments in Subsidiaries (4) | Sched B/Line 13 | 70,205,000 | | | | 70,205,000 |
|   Affiliate Receivables | Sched B/Line 16 | 5,667,611 | | | (2,046,091) | 3,621,520 |
|   Coltec Promissory Note | Sched B/Line 16 | 76,808,795 | | | | 76,808,795 |
|   Stemco Promissory Note | Sched B/Line 16 | 161,052,390 | | | | 161,052,390 |
|   Coltec Grid Note (5) | Sched B/Line 16 | 3,378,900 | | | | 3,378,900 |
|   Garrison Note | Sched B/Line 16 | 168,998,373 | | | (168,998,373) | 0 |
|   Third Party Trade Receivables | Sched B/Line 16 | 13,685,226 | | | | 13,685,226 |
|   Garlock Note to Garrison | Sched B/Line 16 | | 377,203,767 | | (377,203,767) | 0 |
|   Garlock Intercompany Receivable | Sched B/Line 16 | | 22,286 | | (22,286) | 0 |
|   Anchor Note | Sched B/Line 16 | | 1,324,219 | | (1,324,219) | 0 |
|   Garlock Note Anchor | Sched B/Line 16 | | | 32,526 | (32,526) | - |
|   NYS Redevelopment Tax Credits | Sched B/Line 18 | 3,552,944 | | | | 3,552,944 |
|   Patents, Copyrights, Intellect Prop | Sched B/Line 21 | 258,580 | | | | 258,580 |
|   Goodwill | Sched B/Line 23 | 15,003,329 | | | | 15,003,329 |
|   Vehicles | Sched B/Line 25 | 48,686 | | | | 48,686 |
|   Furniture, Fixtures, Equipment | Sched B/Lines 28-29 | 16,884,310 | 30,662 | | | 16,914,972 |
|   Inventory | Sched B/Line 30 | 4,711,538 | | | | 4,711,538 |
|   Claim Against Equitas Trust | Sched B/Line 35 | | 5,246,257 | | | 5,246,257 |
|   Insurance Claims (3) | Sched B/Line 35 | | 154,147,007 | | | 154,147,007 |
|   Prepaid Expenses | Sched B/Line 35 | 479,913 | 4,885 | | | 484,798 |
| Total Assets | | 585,738,480 | 537,989,269 | 58,362 | (549,627,262) | 574,158,849 |
| | | | | | | |
| **Liabilities (1) (2) (3)** | | | | | | |
|   Secured Claims | Sched D | 9,443,445 | 8,833,323 | | | 18,276,768 |
|   Unsecured Priority Claims | Sched E | 448,171 | | | | 448,171 |
|   Unsecured Claims (3) (6) | Sched F | 381,789,276 | 169,022,092 | 3,349,517 | (168,998,373) | |
| | | | | | (377,203,767) | |
| | | | | | (22,286) | |
| | | | | | (1,324,219) | |
| | | | | | (32,526) | |
| | | | | | (2,046,091) | 4,533,623 |
| | | 391,680,892 | 177,855,416 | 3,349,517 | (549,627,262) | 23,258,563 |
| | | | | | | |
| **Equity** | | 194,057,588 | 360,133,854 | (3,291,155) | - | 550,900,286 |

**Notes**

(1) Global Note 1 to the schedules provides that asset and liability amounts represent book values (note exception in FN 3).
(2) This analysis has not included any amounts for assets or liabilities that have been listed as zero or unknown in the schedules.
(3) Global Note 13 states that some assets and liabilities were unknown and therefore are not reflected in the schedules.
(4) Global Note 14 states that, with one minor exception, the values of investments in subsidiaries was determined by discounted cash flow analyses.
(5) Global Note 9 indicates that the balance of the Coltec Grid Notes was zero as of 6/30/10 (see Note 9).
(6) Global Note 11 states that asbestos claims are disputed, contingent and unliquidated and are therefore deemed to have a zero value in the schedules.

\* This document was prepared on behalf of the ACC.