# **EXHIBIT 13**

Preliminary Estimate of Enterprise Value for Garlock Sealing Technologies, LLC*

| Guideline Companies | LTM Revenues ($ millions) | EV/EBIT Multiple |
|---|---|---|
| Pentair, Inc | 2,868.1 | 13.3 |
| Gardner Denver Inc | 1,751.3 | 14.0 |
| IDEX Corporation | 1,400.7 | 13.2 |
| CLARCOR Inc | 937.7 | 13.9 |
| Watts Water Tech's | 1,270.3 | 9.7 |
| Robbins & Myers | 561.5 | 16.1 |
| CIRCOR International | 616.7 | 11.5 |
| Chart Industries | 510.5 | 9.1 |
| EnPro Industries, Inc. | 891.6 | 8.1 |
| Garlock | 169.4 | NA |

|  | ($ millions) | |
|---|---|---|
|  | Low | High |
| Garlock EV/EBIT Multiple Range | 8.1x | 16.1x |
| Garlock LTM EBIT Estimate | 29.2 | 29.2 |
| Implied Enterprise Value | 236.5 | 470.1 |

* This document was prepared on behalf of the ACC.