# EXHIBIT 17

Debtor's Consolidated Balance Sheets
Based on Summary of Schedules Filed in Chapter 11 Bankruptcy Proceedings
Adjusted for Market Valuation of Garlock (High Case)
Information as of June 4, 2010*

|  | Sched Ref | Garlock | Garrison | Anchor | Eliminations | Total |
|---|---|---:|---:|---:|---:|---:|
| **Assets (1) (2) (3)** | | | | | | |
| EV of Garlock at Low Valuation | | 470,120,000 | | | | 470,120,000 |
| Non-Operating Personal Property | | | | | | |
|   Cash and Equivalents | Sched B/Lines 1-2 | 26,735,895 | 186 | 25,836 | | 26,761,917 |
|   Coltec Promissory Note | Sched B/Line 16 | 76,808,795 | | | | 76,808,795 |
|   Stemco Promissory Note | Sched B/Line 16 | 161,052,390 | | | | 161,052,390 |
|   Coltec Grid Note (4) | Sched B/Line 16 | 3,378,900 | | | | 3,378,900 |
|   Garrison Note | Sched B/Line 16 | 168,998,373 | | | (168,998,373) | 0 |
|   Garlock Note to Garrison | Sched B/Line 16 | | 377,203,767 | | (377,203,767) | 0 |
|   Garlock Intercompany Receivable | Sched B/Line 16 | | 22,286 | | (22,286) | 0 |
|   Anchor Note | Sched B/Line 16 | | 1,324,219 | | (1,324,219) | 0 |
|   Garlock Note Anchor | Sched B/Line 16 | | | 32,526 | (32,526) | - |
|   NYS Redevelopment Tax Credits | Sched B/Line 18 | 3,552,944 | | | | 3,552,944 |
|   Claim Against Equitas Trust | Sched B/Line 35 | | 5,246,257 | | | 5,246,257 |
|   Insurance Claims (3) | Sched B/Line 35 | | 154,147,007 | | | 154,147,007 |
| Total Assets | | 910,647,298 | 537,943,722 | 58,362 | (547,581,171) | 901,068,211 |
| **Liabilities (1) (2) (3)** | | | | | | |
|   Secured Claims | Sched D | 9,443,445 | 8,833,323 | | | 18,276,768 |
|   Unsecured Priority Claims | Sched E | 448,171 | | | | 448,171 |
| | | 9,891,616 | 8,833,323 | - | - | 18,724,940 |
| **Equity** | | 900,755,682 | 529,110,399 | 58,362 | (547,581,171) | 882,343,271 |

**Notes**

(1) Global Note 1 provides that asset and liability amounts represent book values (note exception in FN 3).
(2) This analysis has not included any amounts for assets or liabilities that have been listed as zero or unknown in the schedules.
(3) Global Note 13 states that some assets and liabilities were unknown and therefore are not reflected in the schedules.
(4) Global Note 9  indicates that the balance of the Coltec Grid Notes was zero as of 6/30/10 (see Note 9).
(5) Global Note 11 states that asbestos claims are disputed, contingent and unliquidated and are therefore deemed to have a zero value in the schedules.

\*    This document was prepared on behalf of the ACC.