# EXHIBIT 19

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

IN RE:                        .  Case No.  01-1139 (JKF)
                              .
W.R. GRACE & CO.,             .
et al.,                       .  USX Tower - 54th Floor
                              .  600 Grant Street
                              .  Pittsburgh, PA 15219
            Debtors.          .
                              .  September 15, 2009
. . . . . . . . . . . . . . . .  9:05 a.m.


             TRANSCRIPT OF PLAN CONFIRMATION HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
               UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:         Kirkland & Ellis, LLP
                         By:  DAVID BERNICK, ESQ.
                              LISA G. ESAYIAN, ESQ.
                         200 East Randolph Drive
                         Chicago, IL  60601

For the Asbestos         Caplin & Drysdale, Chartered
Creditors Committee:     By:  NATHAN FINCH, ESQ.
                              PETER V. LOCKWOOD, ESQ.
                         One Thomas Circle, NW
                         Washington, D.C. 20005

For the Future           Orrick, Herrington & Sutcliffe, LLP
Claimants                By:  JONATHAN GUY, ESQ.
Representatives:         Washington Harbour
                         3050 K Street, N.W.
                         Washington, D.C.  20007

Audio Operator:          Cathy Younker

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  [jjcourt@optonline.net](jjcourt@optonline.net)**

**(609)586-2311     Fax No. (609) 587-3599**

2

```
APPEARANCES (CONT'D):

For the Libby Claimants:  Lewis, Slovak & Kovacich, P.C.
                          By:  TOM L. LEWIS, ESQ.
                               MARK KOVACICH, ESQ.
                          725 Third Avenue North
                          Great Falls, MT 59401

For Fireman's Fund        Stevens & Lee
and Allianz Entities:     By:  JOHN D. DEMMY, ESQ.
                          1105 North Market Street
                          Wilmington, DE 19801

For Arrowood:             Wilson, Elser, Moskowitz, Edelman,
                            & Dicker, LLP
                          By:  CARL J. PERNICONE, ESQ.
                          150 East 42nd Street
                          New York, NY 10017

                          O'Melveny & Myers, LLP
                          By:  TANCRED SCHIAVONI, ESQ.
                          Times Square Tower
                          Seven Times Square
                          New York, NY 10036

For BNSF Railway:         Pepper Hamilton, LLP
                          By:  BOB PHILLIPS, ESQ.
                          3000 Two Logan Square
                          Philadelphia, PA  19103

For CNA:                  Goodwin Procter, LLP
                          By:  MICHAEL GIANNOTTO, ESQ.
                          Exchange Place
                          Boston, MA  02109-2881

For Fireman's Fund:       Stevens & Lee
                          By:  MARNIE SIMON, ESQ.
                          600 College Road East, Suite 4400
                          Princeton, NJ 08540

For Maryland Casualty:    Connelly Bove Lodge & Hutz, LLP
                          By:  JEFFREY WISLER, ESQ.
                          The Nemours Building
                          1007 North Orange Street
                          Wilmington, DE  19899
```

**J&J COURT TRANSCRIBERS, INC.**

```
APPEARANCES (CONT'D):

For Ford, Marrin,          Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer           Gleser, LLP
& Gleser, LLP:             By:  ELIZABETH M. DeCRISTOFARO, ESQ.
                           Wall Street Plaza, 23rd Floor
                           New York, NY  10005-1875

For AXA Belgium:           Tucker Arensberg, P.C.
                           By:  MICHAEL A. SHINER, ESQ.
                           1500 One PPG Place
                           Pittsburgh, PA  15222

                           Mendes & Mount
                           By:  EILEEN McCABE, ESQ.
                           750 Seventh Avenue
                           New York, NY  10019

For Kaneb Pipe Line        Gilbert & Renton, LLC
Operating Partnership,     By:  ROBERT GILBERT, ESQ.
LP:                        344 North Main Street
                           Andover, MA 01810

For Garlock Sealing        Robinson, Bradshaw & Hinson, P.A.
Technologies:              By:  GARLAND CASSADA, ESQ.
                                RICHARD WORF, ESQ.
                           101 North Tryon Street
                           Suite 1900
                           Charlotte, NC  28246

                           Morris James, LLP
                           By:  BRETT FALLON, ESQ.
                           500 Delaware Avenue, Suite 1500
                           Wilmington, DE 19801

For Federal Insurance      Cozen O'Connor
Company:                   By:  JACOB C. COHN, ESQ.
                           1900 Market Street
                           Philadelphia, PA  19103

For National Union Fire    Zeichner Ellman & Krause, LLP
Insurance Co.:             By:  MICHAEL DAVIS, ESQ.
                           575 Lexington Avenue
                           New York, NY  10022

For the Unsecured          Strook & Strook & Lavan
Creditors' Committee:      By:  KENNETH PASQUALE, ESQ.
                           180 Maiden Lane
                           New York, NY 10038
```

**J&J COURT TRANSCRIBERS, INC.**

```
APPEARANCES (CONT'D):

For Fireman's Fund          Crowell & Moring LLP
Insurance Co.:              By:  LESLIE A. DAVIS, ESQ.
                                 MARK PLEVIN, ESQ.
                            1001 Pennsylvania Avenue, N.W.
                            Washington, DC  20004

For OneBeacon               Drinker Biddle & Reath LLP
Ins. Co., Geico,            By:  MICHAEL F. BROWN, ESQ.
Seaton Ins. Co.                  JEFFREY M. BOERGER, ESQ.
& Republic Ins. Co:         One Logan Square
                            18th and Cherry Streets
                            Philadelphia, PA  19103

                            Drinker Biddle
                            By:  WARREN PRATT, ESQ.
                            1100 N. Market Street
                            Wilmington, DE 19801-1254

For Longacre Master         Pepper Hamilton
Fund:                       By:  JAMES C. CARIGNAN, ESQ.
                            Hercules Plaza, Suite 5100
                            1313 Market Street
                            Wilmington, DE 19899

TELEPHONIC APPEARANCES:

For the Debtors:            Kirkland & Ellis, LLP
                            By:  JANET BAER, ESQ.
                                 ELLI LEIBENSTEIN, ESQ.
                            200 East Randolph Drive
                            Chicago, IL  60601

For the Debtors:            Kirkland & Ellis, LLP
                            By:  THEODORE FREEDMAN, ESQ.
                                 CHRISTOPHER GRECO, ESQ.
                                 CLEMENT YEE, ESQ.
                            Citigroup Center, 153 East 53rd St.
                            New York, NY  10022

For the Debtors:            Pachulski, Stang, Ziehl &Jones
                            By:  JAMES O'NEILL, ESQ.
                            919 North Market Street, 17th Floor
                            Wilmington, DE  19899-8705

For Various Claimant        Stutzman, Bromberg, Esserman & Plifka
Firms:                      By:  DAVID J. PARSONS, ESQ.
                            2323 Bryan Street,  Suite 2200
                            Dallas, TX  75201
```

**J&J COURT TRANSCRIBERS, INC.**

Peterson - Recross/Bernick                                   284

1  that might have been for values but not propensity to sue.  I
2  don't recall the propensity to sue.
3  Q    Does the calibration period, if she went back to '94,
4  given the curves that you showed that went up precipitously in
5  the '98 to '01 period of time, if she went back all the way to
6  1994, what effect would that have on the calculation in the
7  case of Grace?
8          MR. PASQUALE:  Objection, Your Honor.  The witness
9  said he didn't recall what Dr. Chambers did.
10         MR. BERNICK:  I just said if she did.
11         THE COURT:  He said that he believes she went back to
12 1994 but with respect to values, not propensity to sue.
13         MR. BERNICK:  Same thing.
14 Q    Would that have an impact on the calculation?
15 A    Well, yes.  It would be -- it's an out-of-date era.
16 Asbestos litigation has changed in many ways and repeatedly.
17 It would be like trying to estimate the amount of teenagers
18 using telephones by looking to an era before there were
19 iPhones and such devices.  It just isn't pertinent.  It's not
20 relevant to the task here which is to forecast the future.
21 Q    Okay. So, let's in fairness say, okay, let's focus on Dr.
22 Florence.  The real novelty in the estimation trial, was it or
23 was it not the approach that Dr. Florence took?
24 A    It certainly was novel.  I would say it's the real
25 novelty.  It was the outlier.  It was the --

**J&J COURT TRANSCRIBERS, INC.**

Peterson - Recross/Bernick                                       285

1  Q    It was the outlier.

2  A    It was the unusual.

3  Q    And it was our position, we felt, totally grounded in the

4  law, science in fact, and we said those things and meant those

5  things.  But in the history of estimation --

6  A    Really?

7  Q    Absolutely.  In the history of estimation, has there ever

8  been an asbestos case that adopted the approach that Dr.

9  Florence adopted in connection with his work on the estimation?

10           MR. PASQUALE:  Objection, Your Honor.  Lacks

11 foundation.

12           THE COURT:  Well, if he knows.

13 Q    If you know?

14 A    I know of none.  I know of most estimations, perhaps not

15 every one.  None that I know of have used that method.

16           MR. BERNICK:  Nothing further, Your Honor.

17           THE COURT:  Anyone else?

18           MR. PASQUALE:  No recross from me, Your Honor.

19           THE COURT:  Any recross?

20                     (Pause)

21           THE COURT:  You're excused, Dr. Fleming.  I'm sorry.

22 Dr. Peterson.  I'm sorry.

23           THE WITNESS:  Thank you, Your Honor.

24           THE COURT:  Dr. Peterson.

25           MR. BERNICK:  Farewell.

**J&J COURT TRANSCRIBERS, INC.**