FILED & JUDGMENT ENTERED
Steven T. Salata

May 19 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| IN RE:<br><br>**GARLOCK SEALING TECHNOLOGIES LLC, et al.,**<br><br>**Debtors.**[1] | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING DEBTORS' AMENDED MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS FROM SPECIFIED PAST ASBESTOS CLAIMANTS AND LAW FIRMS**

Upon the Debtors' Amended Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents from Specified Past Asbestos Claimants and Law Firms, filed on April 11, 2011 (Docket No. 1270) (the "Motion"); and upon the Opposition of the Official Committee of Asbestos Personal Injury Claimants to Amended Motion of Debtors for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents from Specified Past Asbestos Claimants, filed on April 29, 2011 (Docket No. 1306); and upon Debtors' Reply in Support of Amended Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents From Specified Past Asbestos Claimants and Law Firms, filed on May 10, 2011 (Docket No. 1322); and upon the hearing held May 12, 2011; and after due deliberation and sufficient cause appearing therefore;

---

[1] The Debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

MWH: 10008.001; 00001303.1

IT IS HEREBY ORDERED THAT:

The Motion is DENIED for the reasons stated in the record of the May 12, 2011 hearing.

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |