FILED & JUDGMENT ENTERED
Steven T. Salata

May 31 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,[1]<br><br>Debtors. | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

## AMENDED THIRD ORDER EXTENDING EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the Debtors' Second Motion for Order Under 11 U.S.C. 1121(d) Extending Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof, filed on January 27, 2011 (Docket No. 1117) (the "Motion"),[2] Garlock Sealing Technologies LLC ("Garlock"), Garrison Litigation Management Group, Ltd. ("Garrison") and The Anchor Packing Company ("Anchor"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors"); and upon the Limited Objection of Joseph W. Grier, III, Future Asbestos Claimants' Representative, to Debtors' Motion to Extend Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof filed on February 14, 2011 (Docket No. 1152); and upon the

---

1  The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.
2  Capitalized terms not defined herein shall have the meaning ascribed to those terms in the Motion.

{00200319 v 1}                                    1

Limited Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Second Motion for Extension of Exclusivity filed on February 14, 2011 (Docket No. 1154); upon the Debtors' Reply in Support of Debtors' Second Motion for Order Under 11 U.S.C. § 1121(d) Extending Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof filed on February 16, 2011 (Docket No. 1166); upon the Supplemental Memorandum of the Official Committee of Asbestos Personal Injury Claimants (A) In Opposition to the Debtors' Second Motion for Order Under 11 U.S.C. § 1121(d) Extending Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof, and (B) In Support of the Official Committee of Asbestos Personal Injury Claimants for Entry of a Scheduling Order for Plan Formulation Purposes, filed on May 9, 2011 (Docket No. 1317); upon the Debtors' Supplemental Reply in Support of Debtors' Second Motion for Order Under 11 U.S.C. § 1121(d) Extending Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof, filed on May 11, 2011 (Docket No. 1328); and upon the arguments of counsel at hearings held on February 18, 2011 and May 12, 2011 (the May 12th Hearing"); the Court having previously extended the exclusive periods as set forth in the Order Extending Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof (Docket No. 1191) entered on February 28, 2011; it appearing that cause exists for a further extension of the deadlines during which the Debtors have the exclusive right to propose a plan of reorganization and disclosure statement and solicit acceptances thereof; and it appearing that sufficient notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

A.   The Motion is GRANTED for the reasons stated on the record at the May 12th Hearing.

B.     The exclusive filing period during which the Debtors may file a plan of reorganization and disclosure statement is extended to November 28, 2011, and the exclusive solicitation period to solicit acceptances of the proposed plan of reorganization is extended to January 26, 2012.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court