# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON THURSDAY, OCTOBER 6, 2011 AT 9:30 A.M.

### UNCONTESTED MATTERS GOING FORWARD

1. *Debtors' Motion for Order Authorizing Debtors to (A) Terminate Debtor-in-Possession Financing Arrangement with Bank of America, N.A., and (B) Enter Into Cash Collateral Agreement with Bank of America, N.A. (Docket No. 1468).*

   A. Related Pleadings: None.

   B. Objection Deadline: Friday, September 16, 2011 at 4:30 p.m., unless otherwise extended by agreement.

   C. Status: Matter going forward.

### CONTESTED MATTERS GOING FORWARD

2. *Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel the Debtor Garrison Litigation Management Group, Ltd. To Produce Paul Grant for Deposition (Docket No. 1489).*

   A. Related Pleadings:

   i. Joinder of the Future Asbestos Claimants' Representative to the Motion of Official Committee of Asbestos Personal Injury Claimants to Compel the Debtor Garrison Litigation Management Group, Ltd. To Produce Paul Grant for Deposition (Docket No. 1504)

   ii. Debtors' Response to the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel the Debtor Garrison Litigation

---

1 The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

{00206414 v 2 }

      Management Group, Ltd. to Produce Paul Grant for Deposition and Motion for Protective Order (Docket No. 1526).

   iii. Reply in Support of Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel the Debtor Garrison Litigation Management Group, Ltd. to Produce Paul Grant for Deposition and Response to Motion for Protective Order (Docket No. 1539).

 B. <u>Objection Deadline</u>:  Tuesday, September 27, 2011.

 C. <u>Status</u>:  Matter going forward.

## STATUS CONFERENCE

3. *Order Authorizing the Debtors to Issue Questionnaire to Holders of Pending Mesothelioma Claims and Governing the Confidentiality of Information Provided in Responses (Docket No. 1390).*

 A. <u>Related Pleadings</u>:  None.

 B. <u>Status</u>:  Debtors' counsel to present information regarding Personal Injury Questionnaire responses and the Rust Consulting website.

This the 4rd day of October, 2011.

           RAYBURN COOPER & DURHAM, P.A.

           By: /s/ Ashley K. Neal
              John R. Miller, Jr.
              N.C. State Bar No. 28689
              Ashley K. Neal
              N.C. State Bar No. 38286
              1200 Carillion, 227 West Trade Street
              Charlotte, NC  28202
              (704) 334-0891

              *Counsel to the Debtors*

{00206414 v 2 }