## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES, | ) | |
| LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## OPPOSITION TO "MOTION OF THE DEBTORS FOR AN ORDER COMPELLING MESOTHELIOMA CLAIMANTS TO COMPLY WITH THIS COURT'S QUESTIONNAIRE ORDER AND OVERRULING OBJECTIONS TO THE QUESTIONNAIRE" FILED ON BEHALF OF CERTAIN CLIENTS OF MOTLEY RICE LLC

COMES NOW, asbestos personal injury and wrongful death claimants represented by Motley Rice LLC, ("Motley Rice") by and through the undersigned counsel, respectfully submits this response and objection ("Objection") to the Debtors' Motion to Compel Mesothelioma Claimants to Comply with This Court's Questionnaire Order and Overruling Objections to the Questionnaire ("Motion"). In support of the Objection, Motley Rice respectfully responds as follows:

### Preliminary Statement

Debtor's or Debtor's agent, Rust Consulting Inc. ("Rust") sent 201 Mesothelioma Questionnaires to Motley Rice or to Motley Rice affiliated co-counsel. None of the Questionnaires included any unique identifier to definitively identify the particular claimant Motley Rice was to respond. In fact, many of the Questionnaires did not even identify the person suffering or who had suffered from mesothelioma: the name of another individual was included. Some questionnaires included "EXEC" after the name with no other explanation or identifier.

1

Our office had a team of two paralegals supervised by an attorney who spent hours looking up each name on the questionnaires received to try to match to a particular mesothelioma claimant. Family member names were searched as well. Disease levels were searched. This process took approximately 3 to 4 days to accomplish. The results were then reviewed by a senior paralegal and associate attorney in order to determine if a questionnaire could be "tagged" to the correct claimant. In some cases, individuals with common names rendered multiple results with numerous cases to review to try to determine if a match existed. In all, it took approximately 5 days to simply identify possible claimants in our system. This did not include any time spent in actually answering the questionnaires.

### General information about Responses

1.  For those claimants who could <u>not</u> be identified with certainty, the questionnaire was not completed. This includes, but is not limited to claimants with the same name.

2.  For those claimants who were not diagnosed with mesothelioma, the questionnaire was not completed, as the questionnaire is to be completed only for individuals suffering from mesothelioma.

3.  For those claimants where the case was closed, settled or dismissed against Debtors, the questionnaire was not completed.

4.  For certain claimants where Motley Rice co-counsel had responsibility for the case (Motley Rice does not represent the client for purposes of the Debtor's bankruptcy) we corresponded with co-counsel and forwarded to them the questionnaires. Co-counsel has, to our knowledge, corresponded with Debtors or Rust as to the status of those claims. Attached is a copy of Co-counsel Janet Ward Black's letter dated October 28, 2011 directed to Rust consulting listing a number of cases, three of which are included in Debtor's Supplemental Exhibit 2: Gordon W.

Forshee, Bennie R. Jordan and George Talbot, whereby she informed Rust that the no proof of

claim would be submitted against Garlock due to lack of product identification. (Exhibit A) Rust

was notified, yet Debtors continue to incorrectly report to this Court that no response has been

received. Rust's ability to transmit information already relayed is obviously flawed.

5.  In certain circumstances Motley Rice has responsibility for the case and co-counsel

forwarded questionnaires to us. We responded to those questionnaires unless they fell into one of

the above categories.    Motley Rice never received a questionnaire for the Siebert matter. This

matter was settled and should not be a part of the Questionnaire process. Motley Rice responded to

questionnaires on behalf of 123 claimants. We did not submit questionnaires on behalf of

mesothelioma claimants who were not provided with a questionnaire by Debtors.

6.  In addition, Motley Rice has prepared supplemental information as to all cases listed in

Debtors Motion and forward same to Rust and Debtors counsel. (Exhibit B).

7.  In each case where a questionnaire was received from Debtors or Rust, or forwarded by co-

counsel and the claimant could be identified with certainty, the questionnaire was responded to.

Certain questions, in particular, many of the 5(A)and 5 (B) Exposure questions could only be

objected to and responded as "Discovery is ongoing", as Discovery has been stayed due to Debtors'

bankruptcy. For those claimants where discovery had been substantially completed or completed,

transcripts of depositions or affidavits were attached. The only information not provided which

Garlock does not already have is the timing of settlements paid by solvent defendants or asbestos

bankruptcy trusts, as to which we objected.   It is impossible to tell from the Debtors' motions

exactly why it thinks Motley Rice's Questionnaire responses are deficient and no one from the

Debtors has ever attempted to meet and confer with us about any deficiencies. In an abundance of

caution, to the extent that the client has been deposed, we have provided the Debtors and Rust by

supplement dated February 8, 2012 with another copy of the client's deposition or applicable

portion of deposition. (Garlock should already have all of these deposition transcripts, as its counsel would have been present at every deposition). As Garlock well knows, the deposition of a mesothelioma victim usually covers in exhaustive detail all the types of work with asbestos products and asbestos exposures that the client knows about, and the complaint (which Garlock also has for each case) lists those defendants which counsel has a good faith basis to believe that exposure to the products of the named defendants has occurred even though the evidence of exposure has not yet been developed.

8. Motley Rice had a team of approximately 10 paralegals researching and completing questionnaires for about two weeks. We reviewed work histories, site information and status of cases. We have reasonably responded to the Questionnaires, given the burdens imposed. Debtors' have their own files and resources and need to review their own information as well. We object to the extent of the burdens imposed to further responding to this process.

### Joinder

Motley Rice claimants hereby and herewith joins in, adopted and incorporates by reference those portions of the Response of the Simmons, Browder, *et al.* law firm, any papers filed by the Garlock ACC, and any papers filed by any other plaintiff law firm to the extent relevant to the issues Garlock raised with us addressing why the Debtors' Motion to Compel should be dismissed.

## Conclusion

For the reasons set forth in this Objection, Motley Rice respectfully submits that the relief requested in the Motion should be denied.

Dated:  February 10, 2012

MOTLEY RICE LLC

*s/ Nathan D. Finch*
Nathan D. Finch
1000 Potomac Street
Suite 150
Washington, DC 20007
Tel: (202)232-5504
Fax: (202)232-5513
E-Mail: nfinch@motleyrice.com

*Johns A. Baden, IV*
John A. Baden, IV
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843)216-9000
Fax: (843)216-9410
E-Mail: jbaden@motleyrice.com

*John D. Hurst*
John D. Hurst
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843)216-9000
Fax: (843)216-9410
E-Mail: jhurst@motleyrice.com

*Counsel to Certain Mesothelioma Claimants*

# EXHIBIT "A"

# WARD BLACK LAW

### PERSONAL INJURY | WORKERS' COMPENSATION
### DANGEROUS DRUGS & PRODUCTS | SOCIAL SECURITY DISABILITY

October 28, 2011

Rust Consulting
PO Box 2512
Faribault, MN 55021-9512

Re:   **Garlock Sealing Technologies LLC, et al., Case No. 10-31607 (Bankr. W.D.N.C.)**
      **Questionnaires for injured parties:**
      **Grogan, Benjamin G. – W.D.N.C., Case No. 98cv92 – xxx-xx-1237**
      **McFarland, Betty H. – E.D.P.A., Case No. 07cv62963 – xxx-xx-0821**
      **Newton, David – E.D.P.A., Case No. 06cv68719 – xxx-xx-3304**
      **Price, Bruce L. – E.D.P.A., Case No. 06cv68997 – xxx-xx-4003**
      **Forshee, Gordon W. – Fulton County, GA, Case No. 04vs064936D – xxx-xx-5347**
      **Jordan, Bennie R. – Fulton County, GA, Case No. 04vs070144D – xxx-xx-2287**
      **Talbot, George – Fulton County, GA, Case No. 03vs055081 – xxx-xx-8075**

To whom it may concern:

My law firm serves as counsel for the individuals named above who were provided
questionnaires for completion.  We no longer have sufficient evidence to complete the
product identification section of these questionnaires for these individuals.  If their actions
were not stayed in the tort system at this time, we would take a dismissal.  As a result, you
will not be receiving completed questionnaires for these individuals and we will not be
submitting any proof of claim against Garlock for them in the future.

Very truly yours,

*Janet Ward Black*

Janet Ward Black

JWB/jdb

JANET WARD BLACK | S. CAMILLE PAYTON | PAUL A. DANIELS | NANCY R. MEYERS

208 West Wendover Avenue, Greensboro NC 27401
info@wardblacklaw.com   wardblacklaw.com   PHONE 336.333.2244   FACSIMILE 336.379.9415

# EXHIBIT "B"

**MotleyRice** ®
LLC
ATTORNEYS AT LAW
www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Jeanette M. Gilbert**
*Licensed in NY, SC*
direct: 843.216.9311
jgilbert@motleyrice.com

February 8, 2012

**VIA USPS Express**
Rust Consulting Inc.
P. O. Box 2512
Faribault, MN 55021-9512

Garland S. Cassada, Esq.
Robinson Bradshaw & Hinson, P.A.
10 North Tryon St., Suite 1900
Charlotte, NC 28246

RE: Garlock Sealing Technologies Questionnaire

Dear Sirs:

Enclosed please find a CD with information supplementing Questionnaires previously filed. A Table of Contents is enclosed which designates each file and the information supplemented.

I have included as Exhibit "A" a spreadsheet of twelve (12) cases listed on Exhibit 2 of the Motion to Compel. Please note that in each case, with the exception of the Robert J. Dion matter, the case is closed, has settled with Garlock, or our co-counsel have advised us that they communicated with Garlock's counsel that the case was closed or not proceeding against Garlock. See also a copy of Ward Black Law firm letter dated October 28, 2011 advising that questionnaires would not be submitted for five cases, three of which (Forshee, Jordan and Talbot) are affiliated with Motley Rice.

We have filed a questionnaire in Robert J. Dion. A duplicate Questionnaire with supplemental information is enclosed for your ready reference.

Also included is a list of thirty eight (38) cases as Exhibit "B". These cases could not be identified in our system, the case was settled or our co-counsel will be responding to the Questionnaire. Due to lack of a unique identifier, the majority of these could not be matched in our system to a client suffering from mesothelioma.



MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA

*Motley Rice LLP operates the California office.*

The remaining one hundred twenty three (123) cases have been supplemented on the CD.  Please note that we have included the Rust claim number in our enclosures, as well as on the CD for each matter.

Motley Rice reserves the right to further supplement as needed.

Yours very truly,

Jeanette M. Gilbert
Encl.

cc. John A. Baden IV
    Nathan Finch

**Exhibit "A"**

| CN from Site | MRID | Last 4 SSN | CLAIMANT'S NAME | Comment |
|---|---|---|---|---|
| 91046 | 13464.000 | 303 | SEIBERT, MILDRED IND EXEX | Did not receive a Garlock questionnaire / Settled with Garlock/closed case |
| 91244 | 420255.000 | 6768 | Dion, Robert J. (dec) | We did submit a questionnaire |
| 91787 | 391211.000 | 2287 | Jordan, Bennie Ray (dec) | Case closed/co-counsel wrote Garlock Counsel not proceeding |
| 91824 | 375680.000 | 5347 | Forshee, Gordon W. (dec) | Case closed/co-counsel wrote Garlock Counsel not proceeding |
| 91855 | 245942.000 | 8075 | Talbot, George | Case closed/co-counsel wrote Garlock Counsel not proceeding |
| 91879 | 233230.000 | 6146 | Stone, Leonard (dec) | Case closed/Questionnaire was mailed to former client |
| 91909 | 150970.000 | 6312 | Burnett, Betty | Case closed/Questionnaire was mailed to former client |
| 92043 | 91164.000 | 5576 | Montegut, Arthur Dr & Ruth | Case closed/Questionnaire was mailed to former client |
| 92128 | 11064.000 | 5405 | Macdonald, Richard | Case closed/co-counsel wrote Garlock Counsel not proceeding |
| 92203 | 13128.000 | 3392 | Harris, Merle | Case closed/co-counsel wrote Garlock Counsel not proceeding |
| 92234 | 19972.000 | 2596 | Lagerstrom, Lennard | Case closed/Questionnaire was mailed to Co-counsel |
| 92258 | 20104.000 | 8551 | Lauer, Paul H. | Case closed/Questionnaire was mailed to Co-counsel |

Exhibit "B"

| CN from Site | MRID | SSN | CLAIMANT'S NAME | Comment |
|---|---|---|---|---|
| 91060 | | | Kelley, John P. | Could not identify client in our firm's file |
| 91145 | 447452.000 | 8635 | Springer, David R (dec) | Co-counsel is handling questionnaire response |
| 91169 | 444410.000 | 9587 | Wood, Robert L. | Co-counsel is handling questionnaire response |
| 91220 | 442231.000 | 5884 | Hensley, Jerome | Case was Settled |
| 91268 | 439138.000 | 3165 | Adams, Lowell Selven | Case was Settled |
| 91275 | 438277.000 | 3720 | Crawford, Cebert Leon | Case was Settled |
| 91312 | 432907.000 | 4165 | Miller, Thomas W. | Case was Settled |
| 91442 | 231321.000 | 4919 | Polk, Jr., Thomas Henry | Case was Settled |
| 91459 | | | Wilson, David | Could not identify client in our firm's file |
| 91596 | | | Nelson, Irvin (dec) | Could not identify client in our firm's file |
| 91633 | 407308.000 | 7332 | Cochran, Tommie | Case was Settled |
| 91916 | 66798.000 | 3475 | Cooper, James | Case was Settled |
| 91978 | 134160.000 | 9085 | Hugo, Gloria | Case was Settled |
| 91992 | 127478.000 | 5730 | McMillan, William F. (dec) | Co-counsel is handling questionnaire response |
| 92067 | | | Gurino, Napoleon L. | Could not identify client in our firm's file |
| 92074 | 66544.000 | 5009 | Carter, Walter H. (dec) | Garlock Settled |
| 92098 | | | Wilson, Charles | Could not identify client in our firm's file |
| 92104 | 40073.000 | 1481 | Martin, Leon M & Bessie | Garlock Settled |
| 92135 | 348232.000 | 8370 | Pope, Charles H. | Could not identify client in our firm's file |
| 92142 | | | Adkins, Bertie (extx) | Could not identify client in our firm's file |
| 92159 | | | Potts, Lowell Jr. (extx) | Could not identify client in our firm's file |
| 92166 | | | Basinger, Russell H. & Eva L. | Could not identify client in our firm's file |
| 92173 | | | Tolliver, Joshua | Could not identify client in our firm's file |
| 92180 | | | Akers, Raymond L. | Could not identify client in our firm's file |
| 92197 | | | Krochta, Andy & Marilyn | Could not identify client in our firm's file |
| 92210 | | | Turreck, James C. & Jane | Could not identify client in our firm's file |
| 92227 | | | Blomberg, Kenneth | Could not identify client in our firm's file |
| 92241 | | | Smith, Raymond E. | Could not identify client in our firm's file |
| 92272 | | | Chladni, Victor Jr. (extr) | Could not identify client in our firm's file |
| 92296 | | | Robertson, Richard W. | Could not identify client in our firm's file |
| 92302 | | | Jackson, Richard | Could not identify client in our firm's file |
| 92319 | | | Pecka, Stanley C. | Could not identify client in our firm's file |
| 92326 | | | Becker, John A. | Could not identify client in our firm's file |
| 92340 | | | Thompson, John P. | Could not identify client in our firm's file |
| 92357 | | | Leos, Leonard | Could not identify client in our firm's file |
| | 425431.000 | 2992 | Lang, Sr., Paul T. (dec) | Case was Settled |
| | | | Tinsley, Samuel James | Could not identify client in our firm's file |

# Table A & C

| Responding / not responding | CN from Site | MRID | SSN | CLAIMANT'S NAME |
|---|---|---|---|---|
| Responding | Martin & Jones | 416985.000 | 693 | Adams, Bruce (dec) |
| Responding | 91268 | 439138.000 | 3165 | Adams, Lowell Selven |
| Responding | 91473 | 416862.000 | 5678 | Adelsflugel, Alberto Bernardo (dec) |
| Responding | 91497 | 24427.000 | 6276 | Akers, John W. |
| Responding | Martin & Jones | 416998.000 | 1780 | Anderson, Grant (dec) |
| Responding | 91688 | 404512.000 | 9372 | Andreoli, Benito J. |
| Responding | 91527 | 414782.000 | 5335 | Arington, Bobby (dec) |
| Responding | 91534 | 418320.000 | 2426 | Bable, Paul (dec) |
| Responding | 91282 | 438218.000 | 9210 | Baker, Leon (dec) |
| Responding | 91121 | 8872.000 | 3869 | Beebe, Glen E. |
| Responding | Martin & Jones | 417003.000 | 4474 | Bergmann, Abram (dec) |
| Responding | 91923 | 106253.000 | 5539 | Blackard, William (dec) |
| Responding | 91961 | 136054.000 | 4763 | Blitch, Velma Ward |
| Responding | Martin & Jones | 417005.000 | 3681 | Boivin, Reval (dec) |
| Responding | Martin & Jones | 417006.000 | 355 | Bondi, Primo (dec) |
| Responding | Martin & Jones | 417139.000 | 9677 | Boucher, Charles (dec) |
| Responding | 91374 | 427064.000 | 641 | Bowers, Vernon R. |
| Responding | 91558 | 413769.000 | 3654 | Bradshaw, Jake W. |
| Responding | 92074 | 66544.000 | 5009 | Carter, Walter H. (dec) |
| Responding | Duke Law Firm | 163319.000 | 9924 | Chandler, Roy |
| Responding | Duke Law Firm | 116943.000 | 2792 | Clarke, George |
| Responding | Duke Law Firm | 224208.000 | 1079 | Coburn, Jack (dec) |
| Responding | 91633 | 407308.000 | 7332 | Cochran, Tommie |
| Responding | Duke Law Firm | 157751.000 | 3630 | Coleman, Richard & Muriel |
| Responding | 91077 | 423339.000 | 6978 | Collins, Betty J. |
| Responding | 91893 | 163197.000 | 120 | Colvin, Thomas Wilburn (dec) |
| Responding | 91916 | 66798.000 | 3475 | Cooper, James |
| Responding | Martin & Jones | 417168.000 | 1311 | Cortan, Milan (dec) |
| Responding | 91275 | 438277.000 | 3720 | Crawford, Cebert Leon |
| Responding | 92012 | 111940.000 | 7985 | Crawford, John V. |
| Responding | Duke Law Firm | 163399.000 | 8623 | Culligan, Walter (dec) |
| Responding | 91725 | 246856.000 | 4828 | DePriest, Donald (dec) |

| | | | | |
|---|---|---|---|---|
| Responding | 91244 | 420255.000 | 6768 | Dion, Robert J. (dec) |
| Responding | 91671 | 406071.000 | 3122 | Doucette, Sr., Gerald |
| Responding | 91404 | 424308.000 | 1313 | Easton, Robert E. |
| Responding | Martin & Jones | 417064.000 | 9228 | Emes, Frank John (dec) |
| Responding | 92029 | 152158.000 | 5346 | Faulkner, Douglas |
| Responding | Martin & Jones | 417072.000 | 2790 | Fell, Keith (dec) |
| Responding | 91572 | 403740.000 | 559 | Fugate, John Sheldon (dec) |
| Responding | 92036 | 89806.000 | 1548 | Garcia, Ambrosia J. (dec) |
| Responding | 91152 | 425064.000 | 5650 | Goddard, David Lee (dec) |
| Responding | 91848 | 166306.000 | 6932 | Greenwood, Jesse Clifford |
| Responding | Ward Keenan & Barrett | 142865.000 | 9830 | Guinn, Julius David (dec) |
| Responding | 91336 | 421707.000 | 2920 | Haizlip, Judson Lee (dec) |
| Responding | 91862 | 234850.000 | 3376 | Harris, Ralph |
| Responding | 91626 | 404006.000 | 6812 | Henderson, Gerald W. (dec) |
| Responding | Martin & Jones | 417091.000 | 535 | Hennings, William (dec) |
| Responding | 91220 | 442231.000 | 5884 | Hensley, Jerome |
| Responding | 91398 | 427446.000 | 3139 | Hern, Beulah (dec) |
| Responding | 91978 | 134160.000 | 9085 | Hugo, Gloria |
| Responding | 91091 | 443261.000 | 8578 | Hunt, George F. (dec) |
| Responding | 91350 | 424956.000 | 8349 | Jandreau, Joseph G. (dec) |
| Responding | 91084 | 450297.000 | 9106 | Johnson, Joni L. |
| Responding | 91701 | 393702.000 | 6448 | Johnston, Deborah |
| Responding | 91114 | 437798.000 | 5772 | Kautz, Dale M (dec) |
| Responding | 91930 | 147851.000 | 2641 | Kelly, Jimmy |
| Responding | 91718 | 375703.000 | 2294 | Kelsey, Donald |
| Responding | 91107 | 448893.000 | 4229 | Kitchen, Jr., Glen E. (dec) |
| Responding | Levin Papantonio | 415611.000 | 5876 | Knight, Edwin J. Sr. |
| Responding | Martin & Jones | 417159.000 | 4118 | Korchi, Brick |
| Responding | Hartley & O'Brien PLLC | 425431.000 | 2992 | Lang, Sr., Paul T. (dec) |
| Responding | 91657 | 165930.000 | 7640 | Langdon, Roy (dec) |
| Responding | Martin & Jones | 417179.000 | 9443 | Larson, Alf (dec) |
| Responding | 91046 | 414806.000 | 2000 | Lesko, Michael Leon |
| Responding | 91756 | 403932.000 | 3518 | Loudermilk, Fred R. |
| Responding | 91138 | 442952.000 | 977 | Lovejoy, Ethel |

| Status | Firm | | | Name |
|---|---|---|---|---|
| Responding | 91466 | 415910.000 | 159 | Lund, Maurice (dec) |
| Responding | 91541 | 416898.000 | 6210 | Mannix, Michael (dec) |
| Responding | 92104 | 40073.000 | 1481 | Martin, Leon M & Bessie |
| Responding | 91510 | 420674.000 | 773 | Mather, Phillip |
| Responding | 91381 | 427159.000 | 3893 | McSwain, Jacque Truett |
| Responding | 91312 | 432907.000 | 4165 | Miller, Thomas W. |
| Responding | Levin Papantonio | 413368.000 | 7081 | Mishoe, George T. |
| Responding | 92081 | 64119.000 | 2984 | Moon, Roy (dec) |
| Responding | 91800 | 110910.000 | 5302 | Myers, Joseph F. |
| Responding | 91183 | 427256.000 | 6673 | Nelson, William T. |
| Responding | 91640 | 397452.000 | 3765 | Odom, Threa |
| Responding | 91695 | 156595.000 | 8441 | Overman, Harvey L |
| Responding | 91213 | 442490.000 | 4622 | Oxley, Charles Benjamin |
| Responding | 93329 | 433408.000 | 2311 | Parnell, Thomas R. |
| Responding | 91442 | 231321.000 | 4919 | Polk, Jr., Thomas Henry |
| Responding | Martin & Jones | 417198.000 | 7960 | Price, Brian (dec) |
| Responding | Martin & Jones | 417212.000 | 9335 | Pruden, Allan Frank (dec) |
| Responding | 91411 | 425271.000 | 7331 | Raynor, Robert L |
| Responding | Martin & Jones | 417216.000 | 6176 | Reid, Donald (dec) |
| Responding | 91770 | 392185.000 | 5469 | Reynolds, Marcia |
| Responding | Martin & Jones | 417221.000 | 9039 | Richardson, William (dec) |
| Responding | 91237 | 427236.000 | 3795 | Roberts, Ralph Randall |
| Responding | 91503 | 420611.000 | 1617 | Rodgers, Homer |
| Responding | 91565 | 287181.000 | 6510 | Rogers, Clinton M. (dec) |
| Responding | 91190 | 150795.001 | 5148 | Rountree, Ronald W |
| Responding | 91749 | 298206.000 | 8518 | Russian, Bernard W. |
| Responding | 91589 | 250449.000 | 5836 | Rutkowski, John (dec) |
| Responding | 92050 | 54841.000 | 8080 | Savage, Lawrence & Janice |
| Responding | 91763 | 270029.000 | 9237 | Short, Ruth Cecilia (dec) |
| Responding | 92111 | 38764.000 | 7216 | Simmonds, Grayson G (Edwin) |
| Responding | Martin & Jones | 417250.000 | 4712 | Sing, George |
| Responding | Duke Law Firm | 163373.000 | 4690 | Smith, Arthur |
| Responding | 92333 | 444235.000 | 6494 | Smith, William R. |
| Responding | Martin & Jones | 417252.000 | 8847 | Sonnenberg, Leander (dec) |

| Responding | Martin & Jones | 417268.000 | 1897 | Sterzik, Paul (dec) |
|---|---|---|---|---|
| Responding | Ward Keenan & Barrett | 139229.000 | 6782 | Stewart, Harper C. (dec) |
| Responding | 91251 | 421244.000 | 6021 | Streib, Mark (dec) |
| Responding | 91053 | 12380.000 | 5089 | Stubblefield, Leroy S. & Evelyn |
| Responding | 91602 | 411803.000 | 5943 | Tant, Phyllis Anne L (dec) |
| Responding | Martin & Jones | 417282.000 | 3432 | Tetz, Andrew (dec) |
| Responding | 91206 | 195426.000 | 2573 | Treadway, Arnold Glenn |
| Responding | Martin & Jones | 417291.000 | 5807 | Trewhella, Gary (dec) |
| Responding | 91428 | 421731.000 | 114 | Trimble, Embry R. |
| Responding | Martin & Jones | 417293.000 | 4466 | Troup, Glenn (dec) |
| Responding | Levin Papantonio | 166120.000 | 2848 | Tucker, R. J. (dec) |
| Responding | 91435 | 414777.000 | 8589 | Walker, Marvin Truman (dec) |
| Responding | Martin & Jones | 417295.000 | 7458 | Ward, Steven Grant (dec) |
| Responding | 91480 | 418475.000 | 8613 | Welch, Donald E (dec) |
| Responding | Martin & Jones | 417297.000 | 953 | Welch, John (dec) |
| Responding | 91176 | 428703.000 | 3599 | Whitmire, Johnny L |
| Responding | 91732 | 396999.000 | 6162 | Williams, Robert Leo |
| Responding | Martin & Jones | 115718.000 | 7244 | Wilson, Gordon (dec) |
| Responding | 92005 | 111347.000 | 1677 | Wrenn, Alferce Earle & Frances |
| Responding | Martin & Jones | 417047.000 | 856 | Young, William (dec) |
| Responding | 91985 | 127359.000 | 8000 | Zaffarano, Richard F. (dec) |
| Responding | 91367 | 427577.000 | 9145 | Zain, Betty |
| Responding | Martin & Jones | 417030.000 | 1630 | Zess, Roger |

| Deposition Disc | | |
| --- | --- | --- |
| QClaim | MRID | Client |
| 91268 | 439138.000 | Adams, Lowell S. |
| 91497 | 024427.000 | Akers, John W. |
| 91282 | 438218.000 | Baker, Leon |
| 91121 | 008872.000 | Beebe, Glen E |
| 91923 | 106253.000 | Blackard, M.D., William Griffith |
| 91961 | 136054.000 | Blitch, Velma Ward |
| 91374 | 427064.000 | Bowers, Vernon Ray |
| 91558 | 413769.000 | Bradshaw, Jake |
| 91633 | 407308.000 | Cochran, Tommie Joe |
| Duke Law Firm | 157751.000 | Coleman, Richard Neville |
| 91916 | 066798.000 | Cooper, James Marion |
| Duke Law Firm | 163399.000 | Culligan, Walter Joseph |
| 92036 | 089806.000 | Garcia, Ambrosia J. |
| 91398 | 427446.000 | Hern, Beulah W. |
| 91978 | 134160.000 | Hugo, Gloria Jean |
| 91350 | 424956.000 | Jandreau, Joseph Grover |
| Levin Papantonio | 415611.000 | Knight, Sr., Edwin Jack |
| Hartley & O'Brien PLLC | 425431.000 | Lang, Sr., Paul T. |
| 91657 | 165930.000 | Langdon, Roy Monroe |
| 91756 | 403932.000 | Loudermilk, Fred Ralph |
| 91138 | 442952.000 | Lovejoy, Ethel M |
| 91510 | 420674.000 | Mather, Jr., Phillip Ralph |
| 91381 | 427159.000 | McSwain, Jacque Truett |
| Levin Papantonio | 413368.000 | Mishoe, George T. |
| 91640 | 397452.000 | Odom, Threa |
| 91695 | 156595.000 | Overman, Harvey Lee |
| 91213 | 442490.000 | Oxley, Charles B. |
| 91329 | 433408.000 | Parnell, Sr., Thomas R |
| 91442 | 231321.000 | Polk, Jr., Thomas Henry |
| 91411 | 425271.000 | Raynor, Robert Lynn |
| 91190 | 150795.001 | Rountree, Ronald Wade |
| Duke Law Firm | 163373.000 | Smith, Arthur Lorne |
| 91053 | 012380.000 | Stubblefield, Leroy S. |
| 91428 | 421731.000 | Trimble, Embry R. |
| 91176 | 428703.000 | Whitmire, Johnny Leon |
| 91367 | 427577.000 | Zain, Betty |