IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES ) | |
| LLC, et al. ) | Chapter 11 |
| ) | |
| Debtors, ) | Jointly Administered |

**BANKRUPTCY RULE 2019 AMENDED VERIFIED STATEMENT**

John A. Baden IV, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law office of Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

2. I make this Verified Statement (the "Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019, and in compliance with the October 25, 2010 Order of this Court. The Exhibits hereto have not been scanned into the docket, but have been submitted to the Clerk and certain parties on CDs, and may be accessed by parties who obtain a Court order authorizing access.

3.  Attached as Exhibit A are exemplars of the retainer agreements or other documents authorizing Motley Rice LLC. to represent the creditors identified in Exhibit B in the above-referenced bankruptcy cases.

3.  Attached as Exhibit B is an excel spreadsheet containing a list of all Asbestos Creditors represented by Motley Rice, for whom Motley Rice has appeared in this bankruptcy against the Debtor(s), as well as

    a)  Name of each creditor;

    b)  the personal address of each such creditor;

    c)  reserved space for the Social Security number or other identifier as may be required by a further order of the Court;

    d)  identification of the form of exemplar referenced in Exhibit A above executed by the creditor;

    e)  the data indicates that all such creditors' claims are unliquidated;

    f)  the date of acquisition of creditor's claim unless such claim was acquired beyond one year prior to filing of the Debtor's petition for relief;

    g)  the type of disease giving rise to the claim; and

    h)  Motley Rice was retained pursuant to pursuant to written contingency fee agreements with each individual creditor.

4.     The address of each such creditor for service and notice purposes hereof is C/O John A. Baden IV, Esq., Motley Rice LLC., 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465

5.     Under its agreements with its clients, Motley Rice LLC is entitled to a payment out of any recovery obtained for the client on his or her tort claim. The law office of Motley Rice LLC does not hold any claims against or interest in the Debtor.

Respectfully submitted,

_____
John A. Baden IV
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000
(843) 216-9450 (fax)

# EXHIBITS FILED WITH COURT