

FILED & JUDGMENT ENTERED
Steven T. Salata

Oct  16  2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_George R Hodges_

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES LLC, et al.,[1] | ) | Case No. 10-31607 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER ON DEBTORS' MOTION FOR ORDER TO SHOW CAUSE WHY BARON & BUDD AND ITS CLIENTS SHOULD NOT BE HELD IN CONTEMPT FOR REFUSING TO COMPLY WITH THE ORDER TO COMPEL COMPLIANCE WITH THE <u>PERSONAL INJURY QUESTIONNAIRE</u>**

This cause came before the Court on October 11, 2012, for a hearing with respect to, among other matters, *Debtors' Motion for an Order to Show Cause Why Baron & Budd and Its Clients Should Not Be Held in Contempt for Refusing to Comply with the Order to Compel Compliance with the Personal Injury Questionnaire* [the "Motion," Doc. 2481].

**IT IS ORDERED, ADJUDGED and DECREED** that, for the reasons stated on the record, the Motion is hereby denied.

| | |
|---|---|
| *This Order has been signed electronically.*<br>*The Judge's signature and Court's seal*<br>*appear at the top of this Order.* | *United States Bankruptcy Court* |

---

[1]  The Debtors in these jointly administered cases are Garlock Sealing Technologies, LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company (collectively, "Debtors").