# Exhibit E-1

# PLAINTIFFS' STATEMENT CONCERNING TESTIMONY OF EXPERT WITNESSES

Rev. 07/14/08



# TABLE OF CONTENTS

(1)   Jerrold L. Abraham, M.D. ................................................................................................4

(2)   Herbert K. Abrams, M.D., M.P.H. .................................................................................5

(3)   Dr. Henry A. Anderson ....................................................................................................6

(4)   Charles Ay ..........................................................................................................................7

(5)   Dr. James W. Ballard .......................................................................................................7

(6)   Dr. David W. Bonham .....................................................................................................8

(7)   Dr. Arnold R. Brody .........................................................................................................8

(8)   Barry I. Castleman, Ph.D. ...............................................................................................9

(9)   Dr. Susan M. Daum, M.D., F.A.C.C.P. ........................................................................10

(10)   Dr. John Dement, CIH, PhD. .......................................................................................10

(11)   Dr. Stephen Dikman .....................................................................................................12

(12)   Dr. Ronald F. Dodson ...................................................................................................13

(13)   Dr. Michael Ellenbecker ..............................................................................................14

(14)   William M. Ewing, CIH ................................................................................................15

(15)   Dr. Alf Fischbein ...........................................................................................................16

(16)   Douglas Fowler, PH.D., C.I.H. .....................................................................................17

(17)   Dr. Arthur Frank ...........................................................................................................18

(18)   Dr. Dominic Gaziano .....................................................................................................19

(19)   Dr. Murray J. Gilman ....................................................................................................20

(20)   Dr. Glenn M. Gomes .....................................................................................................21

## PLAINTIFFS' STATEMENT CONCERNING
## TESTIMONY OF EXPERT WITNESSES

Plaintiffs hereby identify their expert witnesses, offer a statement as to the subject matter on which the experts are expected to testify, a statement of the substance of the facts and opinions to which the experts are expected to testify, and summaries for the grounds for their opinions. The experts and their opinions are listed as follows:

**IMPORTANT NOTICE: Based on their education, experience and background, any and all of these listed experts may be called to testify regarding plaintiff and/or product specific _causation_, including, but not necessarily limited to, responding to hypothetical questions based upon facts specific to any given case.**

(1)   Jerrold L. Abraham, M.D.
Department of Pathology
SUNY Health Science Center
750 E. Adams St.
Syracuse, NY 13210

Dr. Jerrold L. Abraham is a pathologist with the Department of Pathology at the State University of New York. Dr. Abraham may testify as to the physiological design function of the lungs, the effect of asbestos on the lungs and other parts of the body and on the body's defense mechanisms. He may also testify about the biological and toxicological effects of asbestos as evidenced by himself and others, the biological responses to asbestos exposure, the biological effects of different fiber types and mechanisms of asbestos induced diseases including fibrosis and carcinogenesis. Dr. Abraham may also testify regarding the synergism between cigarette smoking and exposure to asbestos.

4

documents of the AAR Medical and Surgical section annual meetings, as well as his own

independent medical research.

(9)    Dr. Susan M. Daum, M.D., F.A.C.C.P.
       16 East 96th Street, #5A
       New York, NY 10128


          Dr. Daum is a Pulmonary Specialist at Environmental and Occupational Medicine.

She specializes in the areas of environmental and occupational health.

          Dr. Daum may testify concerning the risks related to exposure to asbestos. Dr. Daum

may testify on the physiology of the lungs and their reaction to asbestos exposure. She may

describe the functioning of the respiratory system and its relationship to the other organs of

the body. She may testify as to the general medical aspects of the development, diagnosis,

treatment, prognosis and causation of asbestos-related diseases. Dr. Daum may also testify

regarding the synergism between cigarette smoking and exposure to asbestos.

          Dr. Daum will base her testimony on a review of plaintiff's medical records and

history of exposure to asbestos.

          Dr. Daum's testimony will be based on her education, training, experience, review of

medical and scientific literature and case specific materials.


(10)   Dr. John Dement, CIH, PhD.
       Duke University Medical Center
       Div. of Occupational & Environmental Medicine
       Wachovia Building
       2200 West Main, Suite 700
       Durham, NC 27705
       Phone: (919) 286-3232
       Fax:   (919) 286-1021

Dr. John M. Dement is an industrial hygienist and an epidemiologist who has conducted extensive research on the hazards of asbestos. Based on his own study of workers exposed only to chrysotile asbestos as well as his comparison to studies of workers exposed to other types of asbestos and on the general medical literature, Dr. Dement may testify that all forms of asbestos, can cause diseases. Dr. Dement may testify regarding governmental regulation of asbestos. He may further testify that by 1930, the medical, scientific, and industrial community recognized that asbestos could cause serious and often fatal disease. He may further testify that cancer was suspected as a result of exposure to asbestos by 1935 and was recognized as being caused by asbestos no later than 1949.

Dr. Dement has reviewed tests of fiber release from various asbestos products, including those produced by Garlock, John Crane, Westinghouse, W.R. Grace, and other defendants'. Dr. Dement will state that the release of asbestos fibers from these materials, as found by researchers including, but not limited to Dr. James Millette and Dr. William Longo, increases the risk of asbestos-related diseases including cancer.

Dr. Dement may testify concerning methods and procedures involved in industrial hygiene, environmental engineering, occupational health and safety, occupational epidemiology and environmental protection. He may testify concerning fiber measurement and counting techniques, the methodology and limitations of air sampling, asbestos exposure and resultant disease as reflected in his studies and those of others. He may also testify concerning issues surrounding asbestos fiber type and size and the various diseases caused by different asbestos fiber types. He may testify concerning occupational exposure standards for

11

asbestos, their meaning and interpretation. He may further testify concerning various populations at risk for asbestos disease including occupational and non-occupational exposures. Dr. Dement's testimony will be based on his personal experience, his professional education and training, as well as the medical and scientific literature and other sources of information available to him.

(11)     Dr. Stephen Dikman
         Mt. Sinai Medical Center
         Department of Pathology
         One Gustave L. Levy Place
         New York, New York  10029
         (212) 650-8014/7862

Dr. Dikman is a pathologist at the Mount Sinai Medical Center in New York City. He will testify as to the general medical aspects of the development, diagnosis, treatment, prognosis and causation of asbestos-related diseases. He will also testify regarding the pathological effects of asbestos on the lungs.

Dr. Dikman will also use the light and electron microscopy in evaluation of the pathological materials. Dr. Dikman may testify concerning the asbestos fiber counts as found in the pathological materials. Dr. Dikman can discuss the aspect of asbestos fiber in bodies of mineralogic classification.

Dr. Dikman may testify as to the relationship of mesothelioma to asbestos exposure. He will state that mesotheliomas are caused by exposure to asbestos and he will state that all forms of asbestos are capable of producing mesothelioma. Dr. Dickman may also testify regarding the synergism between cigarette smoking and exposure to asbestos.