IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Case No. 10-31607 |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES LLC, et al.,**[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**EIGHTH INTERIM APPLICATION OF MOON WRIGHT & HOUSTON, PLLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

Name of Applicant:   Moon Wright & Houston, PLLC

Authorized to Provide Professional Services to:   Official Committee of Asbestos Personal Injury Claimants

Date of Retention:   July 1, 2010

Period for which compensation
and reimbursement is sought:   September 1, 2013 through December 31, 2013

Amount of compensation sought as
actual, reasonable, and necessary:   $91,262.50

Amount of expense reimbursement sought
as actual, reasonable and necessary:   $ 3,643.66

Total amount of compensation and
Expense reimbursement sought:   $94,906.16

This is a:   ____ monthly   __X__ interim   ____ final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 08/03/11 | 04/11/11 – 07/31/11 | $90,465.00 | 5,826.99 | $90,465.00 | 5,826.99 |
| 01/16/12 | 08/01/11 – 12/31/11 | $113,046.00 | $7,666.35 | $113,046.00 | $7,666.35 |
| 05/15/12 | 01/01/12 – 04/30/12 | $138,125.00 | $7,831.65 | $138,125.00 | $7,831.65 |
| 12/12/12 | 05/01/12 – 08/31/12 | $95,390.00 | $5,010.03 | $95,390.00 | $5,010.03 |
| 01/10/13 | 09/01/12 – 12/31/12 | $79,837.50 | $2,285.23 | $79,837.50 | $2,285.23 |
| 05/06/13 | 01/01/13 – 04/30/13 | $93,222.50 | $5,189.10 | $93,222.50 | $5,189.10 |
| 09/10/13 | 05/01/13 – 08/31/13 | $291,253.00 | $15,558.74 | $291,253.00 | $15,558.74 |

---

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

MWH: 10008.001; 00233627.11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Case No. 10-31607 |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES LLC, et al.,[2]** | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**EIGHTH INTERIM APPLICATION OF MOON WRIGHT & HOUSTON, PLLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

Moon Wright & Houston, PLLC ("MWH") submits this Eighth Interim Application for Allowance of Compensation and Reimbursement of Expenses for professional services rendered as local co-counsel for the Official Committee of Asbestos Personal Injury Claimants (the "Application") for the period September 1, 2013 through December 31, 2013 (the "Interim Period") pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and this Court's Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered July 15, 2010 [docket no. 233] (the "Fee Procedure Order").

By this Application, MWH hereby requests that this Court award it reasonable compensation for the Interim Period for professional services rendered as local co-counsel to the Official Committee of Asbestos Personal Injury Claimants (the "ACC") in the amount of $91,262.50, together with reimbursement for actual and necessary expenses incurred in the amount of $3,643.66 for a total of $94,906.16. In support of this Application, MWH respectfully represents and states as follows:

---

[2] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

## BACKGROUND

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The law firm of Hamilton Moon Stephens Steele & Martin, PLLC was retained to represent the ACC as local co-counsel pursuant to Order entered on August 6, 2010 [docket no. 314]. MWH was authorized to substitute Hamilton Moon Stephens Steele & Martin, PLLC as local co-counsel to the ACC in connection with these chapter 11 cases pursuant to an Order entered by this Court on April 21, 2011 [docket no. 1287].

3. Pursuant to the Fee Procedure Order, professionals may request monthly compensation and reimbursement. Such requests are to be served on certain identified interested parties for review. If no objection is received within ten (10) days of such request the Debtors are authorized to pay 90% of the fees and 100% of the expenses requested. The Fee Procedure Order also requires each retained professional to file, approximately every four months, an application for interim Court approval and allowance of 100% of the compensation and reimbursement expenses for the prior four months pursuant to section 331 of the Bankruptcy Code

## COMPENSATION RECEIVED DURING INTERIM PERIOD

4. All services for which MWH requests compensation were performed for or on behalf of the ACC. During the Interim Period, MWH has served its monthly fee requests upon certain interested parties for review as directed by the Fee Procedure Order. As of the date of this Application, no interested party has objected to any of MWH's fee requests.

| Date of Request | Period Covered | Requested | | Payment Received |
|---|---|---|---|---|
| | | Fees | Expenses | |
| 05/09/11 | 04/09/11 – 05/02/11 | $28,694.00 | $1,938.20 | $27,762.80 |
| 06/03/11 | 05/02/11 – 05/31/11 | $33,662.50 | $2,446.25 | $32,742.50 |
| 07/08/11 | 06/01/11 – 06/30/11 | $15,750.50 | $238.33 | $14,413.78 |

| | | | | |
|---|---|---|---|---|
| 08/03/11 | 07/01/11 – 07/31/11 | $12,358.00 | $1,204.21 | $12,326.41 |
| 09/07/11 | 08/01/11 – 08/31/11 | $22,405.50 | 2,964.45 | $23,129.40 |
| 10/06/11 | 09/01/11 – 09/30/11 | $9,147.50 | $445.03 | $8,677.78 |
| 11/04/11 | 10/01/11 – 10/31/11 | $28,118.50 | $965.75 | $26,272.40 |
| 12/06/11 | 11/01/11 – 11/30/11 | $19,892.00 | $2,917.02 | $20,819.82 |
| 01/09/12 | 12/01/11 – 12/31/11 | $33,482.50 | $374.10 | $30,508.35 |
| 02/08/12 | 01/01/12 – 01/31/12 | $35,045.00 | $1,299.68 | $32,840.18 |
| 03/07/12 | 02/01/12 – 02/29/12 | $32,337.50 | $3,325.58 | $32,429.33 |
| 04/10/12 | 03/01/12 – 03/31/12 | $36,382.50 | $1,223.48 | $33,967.73 |
| 05/10/12 | 04/01/12 – 04/30/12 | $34,360.00 | $1,982.91 | $32,906.91 |
| 6/07/12 | 05/01/12 – 05/31/12 | $26,407.50 | $590.20 | $24,356.95 |
| 07/03/12 | 06/01/12 – 06/30/12 | $18,325.00 | $240.42 | $16,732.92 |
| 08/07/12 | 07/01/12 – 07/31/12 | $19,110.00 | $614.74 | $17,813.74 |
| 08/31/12 | 08/01/12 – 08/29/12 | $31,547.50 | $3,564.67 | $31,957.42 |
| 10/08/12 | 08/30/12 – 09/30/12 | $ 7,512.50 | $1,000.58 | $7,761.83 |
| 11/07/12 | 10/01/12 – 10/31/12 | $20,840.00 | $356.31 | $19,112.31 |
| 11/30/12 | 11/01/12 – 11/29/12 | $20,500.00 | $12.05 | $18,462.05 |
| 01/07/13 | 11/30/12 – 12/31/12 | $30,985.00 | $916.29 | $28,802.79 |
| 02/08/13 | 01/01/13 – 01/31/13 | $23,432.50 | $1,304.11 | $22,393.36 |
| 03/06/13 | 02/01/13 – 02/28/13 | $11,112.50 | $978.63 | $10,979.88 |
| 04/04/13 | 03/01/13 – 03/31/13 | $19,182.50 | $118.65 | $17,382.90 |
| 05/06/13 | 04/01/13 – 04/30/13 | $39,495.00 | $2,787.71 | $38,333.21 |
| 06/06/13 | 05/01/13 – 05/31/13 | $33,042.00 | $1,897.12 | $31,634.92 |
| 07/09/13 | 06/01/13 – 06/30/13 | $54,415.00 | $2,096.06 | $51,069.56 |
| 08/08/13 | 07/01/13 – 07/31/13 | $138,033.50 | $8,926.62 | $133,156.77 |
| 09/10/13 | 08/01/13 – 08/31/13 | $65,762.50 | $2,638.94 | $61,825.19 |
| 10/03/13 | 09/01/13 – 09/30/13 | $25,437.50 | $1,586.93 | $24,480.68 |
| 11/06/13 | 10/01/13 – 10/31/13 | $25,997.50 | $322.01 | $23,716.76 |
| 11/26/13 | 11/01/13 – 11/25/13 | $21,080.00 | $1,380.79 | Pending |
| 01/09/14 | 11/26/13 – 12/31/13 | $18,747.50 | $353.93 | Pending |

## SERVICES RENDERED

5.    Attached hereto as Exhibit A are detailed descriptions of the services performed and expenses incurred by MWH during the Interim Period. In summary, MWH expended 193.70 hours in rendering necessary legal services involving this Chapter 11 proceeding during the Interim Period for fees totaling $91,262.50.

6.    MWH believes that its billing rates for the Interim Period for these cases, which reflect MWH's customary billing rates for the year 2013 (subject to any agreed special reduced rates for this engagement), should be deemed "reasonable billing rates" for purposes of this

Court's determination of the "reasonableness" of the fees for services rendered.

7. Attached hereto as <u>Exhibit B</u> is a summary of the professionals/paraprofessionals that have rendered services to the ACC, which includes each professional's or paraprofessional's title, hourly rate, total number of hours billed and the fees billed during the Interim Period.

8. MWH believes that the services it provided to the ACC during the Interim Period were necessary and were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the task addressed.

## DISBURSEMENTS

9. MWH requests reimbursement for its actual and necessary expenses incurred during the Interim Period totaling $3,643.66. Attached hereto as <u>Exhibit C</u> is MWH's itemization of the costs and expenses incurred on behalf of the ACC that were billed during the Interim Period.

## NOTICE

10. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) counsel for the Debtors, and (c) those parties listed on the Master Service List.

WHEREFORE, MWH respectfully requests that (a) MWH be allowed (i) interim compensation of $91,262.50 as reasonable, actual and necessary professional services rendered by it on behalf of the ACC during the Interim Period and (ii) interim reimbursement of expenses incurred during the Interim Period of $3,643.66 as reasonable, actual and necessary; (b) the Debtors be authorized and directed to pay MWH the amount of $94,906.16, which is equal to the sum of 100% of MWH's allowed interim compensation and 100% of MWH's allowed expense reimbursement for the Interim Period less all previous payments received pursuant to the Fee Procedures Order; and (c) such other relief as is just and proper.

MWH: 10008.001; 00233627.11

Dated: Charlotte, North Carolina
January 9, 2014

        MOON WRIGHT & HOUSTON, PLLC

        */s/ Travis W. Moon*
        Travis W. Moon (Bar No. 3067)
        227 W. Trade Street, Suite 1800
        Charlotte, North Carolina 28202
        Telephone:  (704) 944-6560
        *Local Co-Counsel for the Official Committee of Asbestos Personal Injury Claimants*