# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC,[1] et al.<br><br>Debtors. | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD.;<br><br>Plaintiffs,<br><br>v.<br><br>BELLUCK & FOX, LLP; JOSEPH W. BELLUCK; and JORDAN FOX<br><br>Defendants. | Adversary Proceeding No. 14-AP-_____ |

**COMPLAINT**

**(FILED UNDER SEAL)**

---

[1] The three debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.