UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                          )
                                )
GARLOCK SEALING TECHNOLOGIES )
LLC, et al,                     )      No. 10-BK-31607
                                )
        Debtors.               )      VOLUME IV-B
_____ )      AFTERNOON SESSION

TRANSCRIPT OF ESTIMATION TRIAL
BEFORE THE HONORABLE GEORGE R. HODGES
UNITED STATES BANKRUPTCY JUDGE
JULY 25, 2013

APPEARANCES:

On Behalf of Debtors:

        GARLAND S. CASSADA, ESQ.
        Robinson Bradshaw & Hinson, PA
        101 North Tryon Street, Suite 1900
        Charlotte, North Carolina 28246

        JONATHAN C. KRISKO, ESQ.
        Robinson Bradshaw & Hinson PA
        101 North Tryon Street, Suite 1900
        Charlotte, North Carolina 28246

        LOUIS ADAMS BLEDSOE, III, ESQ.
        Robinson Bradshaw & Hinson PA
        101 North Tryon Street, Suite 1900
        Charlotte, North Carolina 28246

        RICHARD C. WORF, ESQ.
        Robinson Bradshaw & Hinson, PA
        101 North Tryon Street, Suite 1900
        Charlotte, North Carolina 28246

<u>APPEARANCES (Continued)</u>:

On Behalf of the Debtors:

    RAY HARRIS, ESQ.
    Schachter Harris, LLP
    400 East Las Colinas Blvd.
    Irving, Texas 75039

    CARY SCHACHTER, ESQ.
    Schachter Harris, LLP
    400 East Las Colinas Blvd.
    Irving, Texas 75039

    C. RICHARD RAYBURN, JR., ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    SHELLEY KOON ABEL, ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    ALBERT F. DURHAM, ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    ROSS ROBERT FULTON, ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    JOHN R. MILLER, JR., ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    ASHLEY K. NEAL, ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

    WILLIAM SAMUEL SMOAK, JR., ESQ.
    Rayburn Cooper & Durham, PA
    227 West Trade Street, Suite 1200
    Charlotte, North Carolina 28202

APPEARANCES (Continued.):

On Behalf of Interested Parties:

Carson Protwall LP:

    JULIE BARKER PAPE, ESQ.
    Womble Carlyle Sandridge & Rice, PLLC
    P.O. Drawer 84
    Winston-Salem, North Carolina 27102

Coltec Industries Inc.:

    DANIEL GRAY CLODFELTER, ESQ.
    Moore & Van Allen, PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202-4003

    HILLARY B. CRABTREE, ESQ.
    Moore & Van Allen, PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202-4003

    MARK A. NEBRIG, ESQ.
    Moore & Van Allen, PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202-4003

    EDWARD TAYLOR STUKES, ESQ.
    Moore & Van Allen, PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202-4003

Creditor Committees:

Official Committee of Asbestos Personal Injury Claimants:

    LESLIE M. KELLEHER, ESQ.
    Caplin & Drysdale, Chartered
    One Thomas Circle NW, Suite 1100
    Washington, DC 20005

    JEANNA RICKARDS KOSKI, ESQ.
    Caplin & Drysdale, Chartered
    One Thomas Circle NW, Suite 1100
    Washington, DC 20005

APPEARANCES (Continued.):

Official Committee of Asbestos Personal Injury Claimaints:

        JEFFREY A. LIESEMER, ESQ.
        Caplin & Drysdale, Chartered
        One Thomas Circle NW, Suite 1100
        Washington, DC 20005

        KEVIN C. MACLAY, ESQ.
        Caplin & Drysdale, Chartered
        One Thomas Circle NW, Suite 1100
        Washington, DC 20005

        TODD E. PHILLIPS, ESQ.
        Caplin & Drysdale, Chartered
        One Thomas Circle NW, Suite 1100
        Washington, DC 20005

        TREVOR W. SWETT, ESQ.
        Caplin & Drysdale, Chartered
        One Thomas Circle NW, Suite 1100
        Washington, DC 20005

        JAMES P. WEHNER, ESQ.
        Caplin & Drysdale, Chartered
        One Thomas Circle NW, Suite 1100
        Washington, DC 20005

        ELIHU INSELBUCH, ESQ.
        Caplin & Drysdale, Chartered
        600 Lexington Avenue, 21st Floor
        New York, New York 10022

        NATHAN D. FINCH, ESQ.
        Motley Rice, LLC
        1000 Potomac Street, NW, Suite 150
        Washington, DC 20007

        GLENN C. THOMPSON, ESQ.
        Hamilton Stephens Steele & Martin
        201 South College Street, Suite 2020
        Charlotte, North Carolina 28244-2020

        TRAVIS W. MOON, ESQ.
        Moon Wright & Houston, PLLC
        227 West Trade Street, Suite 1800
        Charlotte, North Carolina 28202

APPEARANCES (Continued.):

Official Committee of Asbestos Personal Injury Claimaints:

        RICHARD S. WRIGHT, ESQ.
        Moon Wright & Houston, PLLC
        226 West Trade Street, Suite 1800
        Charlotte, North Carolina 28202

        ANDREW T. HOUSTON, ESQ.
        Moon Wright & Houston, PLLC
        227 West Trade Street, Suite 1800
        Charlotte, North Carolina 28202

        SCOTT L. FROST, ESQ.
        Waters Kraus, LLP
        222 North Sepulveda Boulevard, Suite 1900
        El Segundo, California 90245

        JONATHAN A. GEORGE, ESQ.
        Waters Kraus, LLP
        3219 McKinney Avenue
        Dallas, Texas 75204

Future Asbestos Claimaints:

        KATHLEEN A. ORR, ESQ.
        Orrick, Herrington & Sutcliffe, LLP
        1152 15th Street, N.W., Columbia Center
        Washington, DC 20005-1706

        JONATHAN P. GUY, ESQ.
        Orrick, Herrington & Sutcliffe, LLP
        1152 15th Street, N.W., Columbia Center
        Washington, DC 20005-1706

Official Committee of Unsecured Creditors:

        DEBORAH L. FLETCHER, ESQ.
        FSB Fisher Broyles, LLP
        6000 Fairview Road, Suite 1200
        Charlotte, North Carolina 28210

1                              I N D E X

2     DEBTORS' WITNESSES                              PAGE

3     DAVID WEILL
          Direct Examination By Mr. Schachter           959
4         Cross Examination By Mr. George              1013
          Cross Examination By Mr. Guy                 1105
5         Redirect Examination By Mr. Schachter        1108
          Recross Examination By Mr. George            1117
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    THURSDAY AFTERNOON, JULY 25, 2013

2              (Called to order at 1:48 p.m.)

3              THE COURT:  I'll warn you all that I made a mental

4    note of Mr. Finch's birthday; and if we are here on August 9,

5    we will conclude by singing happy birthday to him.  And I'll

6    offer that as some incentive to move this thing along.

7              Okay.  Mr. Schachter.

8              MR. SCHACHTER:  I'll be as expeditious as possible,

9    Your Honor.

10             We call Dr. David Weill to the stand, please.

11                        DAVID WEILL,

12   being first duly sworn, was examined and testified as follows:

13                     DIRECT EXAMINATION

14   BY MR. SCHACHTER:

15   Q.   Dr. Weill, would you introduce yourself to the court,

16   please.

17   A.   I'm David Weill.

18   Q.   And what's your occupation, sir?

19   A.   I'm a physician at Stanford.

20   Q.   Sir, you followed a witness who has described the

21   culmination of an extensive process:  Information gathered

22   over months and, I guess, years about the current claimants in

23   an effort to understand them, and likely future claimants.

24   This information has been analyzed and evaluated.  And

25   information has been grouped about that.

1       You're aware of that process?

2  A.   I am.

3  Q.   And have you reviewed the results of Mr. Henshaw's

4  evaluation of the exposure, the annual cumulative exposure of

5  the various groups that he described only briefly this

6  morning?

7  A.   I have.

8  Q.   Will you be able to give us the medical understanding of

9  that exposure?

10  A.   Yes, I will.

11  Q.   And the key issue that we're going to focus on, there are

12  two issues, is whether gasket exposure in and of itself is

13  sufficient to be a cause of mesothelioma; and then the larger

14  issue that we contend is raised by the law, the issue of

15  specific causation, whether, in the context of the total

16  lifetime exposure of likely claimants, their gasket exposure

17  from asbestos is a substantial contributing factor.

18      You've understood that to be your role?

19  A.   Yes.

20  Q.   Well, let's find out a little bit about why you're

21  entitled to -- or should be able to talk about that.  Tell us

22  about your certifications.  What are you certified in?

23  A.   I'm boarded in pulmonary medicine and critical care

24  medicine.

25  Q.   And your training you got at what schools?

1   A.   University of Colorado where I did my pulmonary and

2   critical care training in addition to my lung transplant

3   training, and I received my undergraduate and medical degree

4   from Tulane University.

5   Q.   Currently you are at Stanford University Medical Center.

6   Is that the right name for the institution?

7   A.   Yes.

8   Q.   And what do you do there, sir?

9   A.   I direct the Center for Advanced Lung Disease and also am

10  the medical director of the lung and heart/lung transplant

11  program.   I serve as professor of medicine in the division of

12  pulmonary critical care medicine.

13  Q.   And does that involve teaching responsibilities?

14  A.   Yes, it does.

15  Q.   Do you also maintain an active clinical practice, sir?

16  A.   I do.

17  Q.   Tell us just a little about that.

18  A.   Our center is involved, as the name implies, in a variety

19  of lung diseases.   We provide both novel medical therapy for

20  those diseases and also provide an option for surgical therapy

21  such as lung transplantation for certain kinds of lung

22  disease.

23  Q.   Are you a doctor who has hands on regular contact with

24  patients?

25  A.   Yes, almost every day.

1   Q.   Recently there was an unfortunate tragedy up in San

2   Francisco, a plane crash.

3   A.   Yes.

4   Q.   Were you involved in the care of any of the people that

5   were injured in that?

6   A.   In the critical care capacity, yes.

7   Q.   And in terms of your lung transplantation work, what kind

8   of involvement do you have in that process, sir?

9   A.   I direct the program and then the clinical involvement is

10  primarily with regards to deciding who is a candidate for lung

11  transplantation and who is not.  I also pick the lung donors

12  for those patients.  I then also -- and when I say "I," I mean

13  my team as well as myself, takes care of the patients

14  beginning in the intensive care unit and all the way out

15  through the rest of their life.

16  Q.   Can you explain to the court what your background is in

17  issues of asbestos-related lung disease and mesothelioma.

18  A.   Where I went to medical school was interested in

19  occupational lung diseases of all sorts and so became

20  interested at that time.  So this would have been in the late

21  '80s.  And throughout my career, I have taken care of patients

22  with occupational lung diseases in addition to a variety of

23  other lung problems, and have had the opportunity to

24  participate in the writing of book chapters, for instance, and

25  done some original research.

1    Q.   And you've written a book chapter in a book that was

2    recently published by the Oxford University Press on "Asbestos

3    and Its Diseases."  Are you a chapter contributor in that

4    book?

5    A.   Yes, I am.

6    Q.   And there is another book, "Hunter's Diseases of

7    Occupations, 2011."  Are you a chapter contributor to that

8    book on an issue related to asbestos disease?

9    A.   Yes, I am.

10   Q.   Sir, in addition to your -- have you personally been

11   involved in caring for and treating mesothelioma patients?

12   A.   Yes, I have.

13   Q.   Can you give us just some range?  I know it's a rare

14   disease and it's rare for doctors to see it, but how many --

15   A.   Probably over the course of my career, which would

16   include my training as well, I've cared for between 40 and 50

17   of these sorts of patients.

18   Q.   Now, in addition to that, there's sort of a family

19   background in asbestos research and medicine.  We're going to

20   see some names in the asbestos history that we're going to

21   talk about.  Can you explain your connection there.

22   A.   My father led an occupational lung disease group at

23   Tulane University that did a fair amount of the original

24   research on asbestos-related diseases as well as other

25   occupational lung diseases.

1   Q.   So when we talk about some of the luminaries of the

2   asbestos research, Dr. Selikoff and Sir Richard Doll and some

3   of these other people, you actually have met some of these

4   people.

5   A.   I have.

6   Q.   Sir, in brief summary, can you just tell us what your

7   opinions are in summary form.

8   A.   Yeah, I'm going to offer four basic opinions today.

9        One is going to be a discussion and the notion that lung

10  defenses prevent very small asbestos exposures from harming

11  us, and I'll go through the reasons for that.

12       I'm also going to offer the opinion that exposure to

13  gaskets and packing do not elevate the risk of mesothelioma,

14  but instead, asbestos-related mesothelioma cases are caused by

15  amphibole type of asbestos exposure.

16       And then given the assumptions that are out there and the

17  work that's been done by Mr. Henshaw and others, I'm going to

18  opine that Garlock exposure was not a substantial cause in the

19  groups identified by his study.

20  Q.   And thank you.

21       MR. SCHACHTER:  I didn't offer the witness as an

22  expert, but I here -- before getting the basis of his opinions

23  and I apologize to the court.  I hereby offer Dr. Weill as an

24  expert in asbestos disease and pulmonary medicine.

25       MR. GEORGE:  No objection, Your Honor.

1           THE COURT:  He will be admitted as such.

2   Q.   Sir, I'd like to start, if I may, by having you explain

3   to us the anatomy and the nature of the human body's reaction

4   to asbestos disease.  Are you prepared to do that, sir?

5   A.   I am.

6   Q.   Would it help if you came down here to go through your

7   slides so you can explain them to the court?

8   A.   Sure, I think so.

9           (Witness stepped down from the witness stand.)

10  Q.   Dr. Weill, can you explain the lung's or the human body's

11  defenses to mesothelioma and where the disease starts and the

12  orientation of it, please.

13  A.   Sure.  Where we're going to talk about with regards to

14  mesothelioma is really the lining of the lung called the

15  pleura.  The pleura is a surface that encases the lung and

16  it's made up of two parts.  One is called the visceral pleura

17  which is connected physically to the lung.  And one is called

18  the parietal pleura which adheres more closely outside of the

19  lung to the chest wall.

20  Q.   And if we -- then what are the body's defenses?

21  A.   So basically, if you break down the body's defense

22  mechanisms, you talk about two major components.

23       One is the physical defense systems that are in place.

24  Those primarily comprise of physical barriers to things that

25  we inhale from getting down into the deep parts of the lung.

1      And the second broad category of defense systems is the

2  cellular defense systems.  So after the physical defense and

3  only if the physical defense systems are overwhelmed does the

4  cellular defense mechanisms kick into place.

5      So first -- then a discussion of the upper respiratory

6  tract defenses.

7      What you've got is, first, nose and mouth.  So you've got

8  nasal hairs, the tongue itself, turbinates which are bones in

9  the nasal pharynx.  And all of these structures create a

10  situation where hopefully fibers or anything that we inhale

11  will impact on those structures before they get down deep into

12  the lung.

13      There's also, importantly, vocal cords which sit further

14  down which provide us our cough reflex.  So we all know that

15  when something hits our vocal cords it causes us to cough that

16  substance out.

17  Q.   Let me hand you the clicker as you go through it, the

18  next slide.  That way you can control the speed.

19  A.   Sure.  And so as we move through the physical defense

20  systems, we have the trachea, the main airway, dividing into

21  two bronchi, left and right mainstem bronchi.  And all along

22  those structures we've got defense mechanisms in place that

23  help protect us.

24      So what you've got is you go further deeper into the

25  lungs.  The passages narrow and the lung divides 23 times.

 1   And so that in order for a fiber or particle to get deep down

 2   into the lung, the fiber or particle has to navigate these

 3   divisions.

 4   Q.   Before we -- okay.  And you call that what?  Mucociliary

 5   escalator.  What is that, sir?

 6   A.   So the mucociliary escalator sits on the large airways

 7   primarily.  And what the purpose is, as the name implies, is

 8   that you've got a cilia layer that has on top of it mucous.

 9   And so what the cilia does -- and this is oriented upright as

10   if the trachea wall is here, for instance.  The head is up

11   here.  Feet are down here.

12       What you've got is the cilia beating this way.  So they

13   beat from the lower portion of the body, or south, northward

14   toward the mouth and the nose.  And what happens is is that

15   when you inhale something, the mucous layer traps the fibers

16   and particle along that mucous layer and the cilia then beat

17   northward to either cough, sneeze or swallow those fibers and

18   particles out.

19   Q.   So what direction do the fibers move?

20   A.   From the lower part of the airway toward the mouth and

21   the nose and throat.

22   Q.   Okay.  The next slide, and I guess that's a cilia and

23   mucous, and the fiber travels upward.

24   A.   Yes.

25   Q.   Okay.   So the fibers go up on the mucociliary

1   escalator.

2       Now, our anatomy lesson I'd like to interrupt by pointing

3   out a statement.

4       Do you know this man, Irving Selikoff?

5   A.   Yes.

6   Q.   And the court has heard this before.  He has written that

7   "It is fortunate that the greatest part of the asbestos in

8   construction materials has been in products in which the

9   asbestos is locked in - that is, it is bound with cement or

10  plastics or other binder so that there is no release,

11  certainly no significant release, of asbestos fiber in either

12  working areas or general air."

13      And is it clear that science recognizes the difference

14  between encapsulated products and friable products?

15  A.   Yes, and has for some time.

16  Q.   What is that difference?  I shouldn't be explaining it,

17  you should.

18  A.   The real difference from a pulmonologist's perspective is

19  in respirability:  The ability of those fibers to get down

20  into the deep portions of the lung and cause trouble.

21      So I think what Dr. Selikoff -- I think what Dr. Selikoff

22  was trying to point out here is that when you're considering

23  whether or not something is respirable or not, one needs to

24  understand the fiber characteristics as well as you can.  And

25  so that's why he's making a difference between encapsulated

1   and non-encapsulated fibers.

2   Q.   So one difference that he made in the '70s was that there

3   is a very low release of fibers.  But do we know from

4   subsequent research anything about the nature of those fibers

5   as it affects their ability to penetrate into the deep zones

6   of the lung?

7   A.   There's been additional work on that as well.

8        So I think that this photomicrograph shows the morphology

9   of an encapsulated asbestos fiber.  And what you see here is

10  an asbestos fiber that's got associated with it an

11  encapsulating material.  And the point of showing this is that

12  the encapsulation doesn't have to necessarily be complete

13  around the fiber in order for that encapsulation to affect the

14  respirability of that fiber.  And the reason it does so is

15  because the aerodynamic properties of even a partially

16  encapsulated fiber are altered when there's encapsulation

17  around it.

18       And so a fiber typically would go down the airway in a

19  fairly linear fashion and wobble a little bit.

20  Q.   Yeah.

21  A.   When it's got encapsulation around it, whether complete

22  or partial, it wobbles more because it loses it's arrow

23  dynamic properties just as if you were riding a bike and

24  instead of having one of those cool fancy helmets, you have

25  one big bulky helmet going down the road.

1         And so what you've got then is a wobbling of that

2    encapsulated fiber and that limits its ability to be respired

3    deep into the lung.

4    Q.   So as it has to -- what did we say, there were 23

5    branches that it had to get through?

6    A.   Right.

7    Q.   And every time -- is that sort of like making a turn?

8    A.   Yes.

9    Q.   And it's trying to turn with that encapsulating on it and

10   it's more likely to get stuck in the top, is that your point?

11   A.   That's exactly right.

12   Q.   All right.  But obviously, even -- are you saying that

13   every fiber from an encapsulated product is caught in the

14   upper respiratory system?

15   A.   No, not necessarily every fiber.

16   Q.   And then if it makes it past the upper respiratory

17   system, are there any more defenses that protect the body?

18   A.   Yeah.  There's a cellular type defense mechanism that

19   kicks in when a fiber or particle has defeated the physical

20   defense system.

21   Q.   Okay.

22   A.   And so this is work that happens deep in the lung and

23   therefore I've labeled it on the slide deep defenses.

24   Q.   And are there several of those deep defenses?

25   A.   Yes.  And the major player in the deep defenses of the

1   lung is the macrophage.

2   Q.   Okay.  And the macrophage, what is that?  How does that

3   work?

4   A.   The macrophage is a cell that's sort of a Pac-Man like

5   structure that can migrate toward fibers and particles, engulf

6   them, and then use enzymes to break down the fiber or

7   particle.

8   Q.   Okay.  In this diagram where are we in the body?

9   A.   So this is -- this is then, in this case, the left

10  mainstem bronchus dividing off into more minor bronchi, and

11  then you've got alveolar structures, these little sack like

12  structures, that sit in the periphery of the lung.

13  Q.   And where is the pleura in this diagram?

14  A.   The pleura is out here on the edge of the lung.  It's the

15  lining of the lung.

16  Q.   Okay.  So if we are looking here, the individual alveoli,

17  what are they again?

18  A.   So the alveoli is actually the working part of the lung.

19  It's where carbon dioxide is expelled and oxygen is taken up.

20  And so it's way out in the periphery of the lung.  And in each

21  alveoli there is at least one macrophage that's involved in

22  eating fibers and particles that come into contact with it.

23  Q.   And how does that work?

24  A.   It works in really two major ways.  One is macrophage

25  migration.  So a macrophage can sit in the alveolar structure,

1    as it's doing on this slide, and it can be activated by a

2    foreign invader.  And so when that happens, whether it's a

3    particle or fiber like I've shown here, the macrophage can

4    move to these particles and fibers and work on trying to

5    digest it.

6    Q.    And how do they do that, sir?

7    A.    They have certain, what's called chemotactic factors

8    which allow them to move.

9    Q.    Yes, sir.

10   A.    And then once they move to the fiber or particle, they

11   engulf it and then release enzymes which break down the fiber

12   or particle.

13   Q.    And can they do that for all kinds of inhaled particles?

14   A.    They try to do that for all kinds of inhaled particles,

15   but depending on the fiber type, do it less well or well.

16   Q.    We have heard from other witnesses that there are several

17   different distinct minerals that are called asbestos.  What

18   are the most important ones for our analysis here to

19   understand?

20   A.    So the two major groups of asbestos type fibers are the

21   amphiboles and the serpentines.  The amphiboles have six,

22   essentially six variants to it and the serpentines have one,

23   namely chrysotile.

24   Q.    Okay.  And in dealing with these asbestos minerals of

25   different types, does the body react differently to them or is

1   it more or less effective in its defenses against them?

2   A.   It does.   The body reacts similarly, but the end result

3   is different.

4   Q.   How is that, sir?

5   A.   And so I approach the problems that asbestos inhalation

6   can present from a lung perspective since I'm a pulmonologist.

7   Q.   Sure.

8   A.   So the understanding of what happens when a certain type

9   of fiber is inhaled is very important to me and my

10  understanding of these diseases.   So for instance, if the lung

11  macrophage encounters an amphibole like fiber, it's very

12  difficult for that macrophage to defeat, digest, eliminate

13  that amphibole fiber.   And that's why amphiboles are more

14  likely to cause disease than are chrysotile because chrysotile

15  fibers are more easily able to be eliminated or digested by

16  the macrophage system.

17  Q.   Okay.   Now, we've heard that fibers of chrysotile can

18  reach the pleura.   Do fibers of amosite reach the pleura as

19  well?

20  A.   Yes.

21  Q.   Okay.   And is there a difference of how the pleura deals

22  with the fibers when they get to the pleura?

23  A.   I think there is.

24  Q.   How -- would you explain that us to, sir.

25  A.   I think it's the ability of the fiber types and the

 1  differences in the fiber types in their ability to be

 2  eliminated through the lymphatic channels that sit on the

 3  pleura's surface.

 4  Q.   Do you have some slides that illustrate that, sir?

 5  A.   I do.

 6  Q.   What is this?

 7  A.   So just for orientation purposes, the major part of the

 8  lung is out here to the left of the slide.  This is an

 9  alveolar structure that's right next to the visceral pleura

10  which is one of the layers of the pleura.  What you've got in

11  the middle is lymphatic channels running through the pleural

12  surface and then you see a parietal pleura which is that part

13  of the pleura which is next to the chest wall.

14       And the lymphatic system is in charge of eliminating

15  things that come through the alveolar structures and out

16  through these lymphatic channels.  And you can think of them

17  as a canal system to get rid of waste from the lung.

18  Q.   And that canal system, does it work differently with long

19  or short fibers?

20  A.   It does.

21  Q.   And has there been literature that has documented this in

22  the peer reviewed medical literature?

23  A.   There has been.

24  Q.   How does that work?

25  A.   I think the most eloquent description of how this works

1   was in an article by Ken Donaldson in 2010.  And as the

2   schematic shows, you've again got alveolar structures here.

3   You've got the lymphatic channels.  And you've got these

4   smaller particles and fibers which are going out through this

5   canal system easily.  So in other words, they pass from the

6   alveolar structures through the opening in the lymphatic

7   system or the stoma and then out through the lymphatic channel

8   to be eliminated from the lung.

9   Q.   What if they are long fibers that haven't been digested

10  by the macrophages?

11  A.   Different situation.  And so what you see in this

12  schematic is lung fibers that are trying to be eliminated

13  through the stoma in the lymphatic system.  And instead of

14  being eliminated, they essentially can't pass through the

15  stoma because they're too big.  And when that happens, an

16  inflammatory cascade is set up such that reactions in the lung

17  that can be deleterious occur on the pleural surface simply

18  because these amphibole longer fibers can't be eliminated

19  effectively.

20  Q.   We heard something about black spots from Dr. Sporn.

21  A.   Yes.

22  Q.   And we saw a picture of black spots.  Where are the black

23  spots, where do they occur?

24  A.   Well, the black spots, then, would occur right where this

25  inflammatory process occurs on the pleural surface.

1   Q.   Thank you, sir.  So we've gone through the defense

2   mechanisms and that's one explanation for why there's a

3   difference between the longer amphibole fibers and the shorter

4   chrysotile fibers in disease causation; is that correct?

5   A.   Yes.

6   Q.   And of course, the chemical -- we've already heard that

7   there are chemical differences between the fibers.  And from a

8   medical standpoint, being there at Stanford, have they yet

9   figured out all the genetic sequencing by which mesothelioma

10  occurs?

11  A.   No.

12  Q.   Is it even figured out that it's definitely one tumor

13  type or do we know a lot about that?

14  A.   No, that has not been all worked out:  How many genetic

15  mutations have to occur, which ones are the exact ones, and

16  what the impetus for those are.

17  Q.   I think we've heard from witnesses for Garlock and I

18  think that you'll probably hear even from the witnesses for

19  the committee that epidemiology is the key to understanding

20  disease causation for asbestos-related diseases, especially

21  mesothelioma.  Do you agree with that, sir?

22  A.   I do.

23  Q.   We've also heard a lot about different documents and what

24  different scientists or a have said at different times about

25  mesothelioma.  To put that in context, would you be able to

1   track for us the history of the development of knowledge so

2   far about mesothelioma and its causation?

3   A.   Yes, I can.

4   Q.   Where would you like to begin?

5   A.   I think what you can do is start at the pre-1960s era.

6   Q.   Yes.

7   A.   And then we can work by decade up until the current time.

8   Q.   Okay.  Before 1960 was mesothelioma widely reported on

9   or?

10   A.   No.  Most of what you saw in the medical literature

11   before the 1960s involved very high dose exposures and

12   primarily a focus on asbestosis.

13   Q.   All right.  And what happened in 1960 that changed the

14   focus a little?

15   A.   I think it was with Dr. Wagner's case series from South

16   Africa where he saw a large number of pleural mesotheliomas

17   clustering in the South African crocidolite mining population

18   that he studied.

19   Q.   What did he find, sir?

20   A.   He found a total of 33 mesothelioma cases associated

21   with, as the quote says, exposure to crocidolite asbestos,

22   which is an amphibole type asbestos

23   Q.   Okay.  And his statement at that time was that the

24   probable exposure to crocidolite exposure asbestos was the

25   cause, right?

1    A.    That's right.

2    Q.    And he said that it was what, rarely seen elsewhere?

3    A.    That's right.

4    Q.    Now, this was a case series.  Did -- with that case

5    series, did that definitively establish the issue of asbestos

6    relation to mesothelioma or was these words probable important

7    in our understanding of things?

8    A.    I think -- I think he was well advised to use the word

9    probable because a case series is not proof of causation.  But

10   instead, I think it should be an impetus to do further search,

11   which happened over the ensuing decades.

12   Q.    Okay.  And what was one of the next significant facts

13   that occurred in additional research?

14   A.    Not long after Dr. Wagner's discovery, Dr. Selikoff

15   continued to be interested in this area and called for more

16   research.  And so he began in the mid '60s to wonder whether

17   or not there was something else going on to cause mesothelioma

18   other than crocidolite.

19   Q.    Okay.  Did they find in the early '60s additional cases

20   of mesothelioma associated with crocidolite use in other

21   countries?

22   A.    Yes.

23   Q.    And what other countries?

24   A.    In the UK.  In Great Britain.

25   Q.    All right.  And in 1965, what was the conclusion of the

1   scientific community about it?

2   A.   That there was likely a causal relationship between

3   crocidolite and mesothelioma.

4   Q.   All right.  Was there further concern?

5   A.   I think the appropriate question then became -- that Dr.

6   Selikoff then spent the next decade studying is whether or not

7   crocidolite was the only type of fiber associated with an

8   elevated risk of mesothelioma.

9   Q.   All right.  And as a result, there was a big conference,

10  the Selikoff conference in the '60s.

11  A.   Yes.

12  Q.   Did they authorize or suggest that other places where

13  asbestos was used start doing more research into this issue?

14  A.   Yes.

15  Q.   And did research indeed occur?

16  A.   It did.

17  Q.   Okay.  Dr. Selikoff himself by 1972 had discovered what

18  about amosite?

19  A.   There was an interest in this particular amosite

20  insulation manufacturing factory where they found mesothelioma

21  in an amosite-exposed cohort that had nothing to do with

22  crocidolite.  So then the notion became not only is

23  crocidolite a likely cause of it, but amosite probably is as

24  well.

25  Q.   All right.  And were they also beginning a very famous

1   cohort of insulators at that time?

2   A.   They were.

3   Q.   Tell us about that.

4   A.   So the Selikoff insulators, as they're called, ultimately

5   resulted in 17,800 insulators being followed over a period of

6   time, and a number of important discoveries came out of that

7   insulator cohort.

8   Q.   Okay.   Ultimately, what was the death rate in that

9   insulator cohort from mesothelioma alone, sir?

10  A.   Ten percent of the insulator cohort died of mesothelioma.

11  Q.   Did those insulators have high dose exposure to

12  amosite-containing products?

13  A.   They did.

14  Q.   But there was also studies at plants where only amosite

15  was used over time.

16  A.   Yes.

17  Q.   And those studies found what about mesothelioma?

18  A.   That it also seemed to be related to the amosite

19  exposure.

20  Q.   All right.   We've heard a little about Quebec.   Was

21  research begun in Quebec after the conference in the 1960s?

22  A.   So about several years later, then, the Quebec cohort

23  started.

24  Q.   Okay.

25  A.   And the publications began in the early 1970s.   And this

 1   followed a very large number of Quebec chrysotile miners and

 2   millers and found a difference in the number of different

 3   mesothelioma deaths.  And so the question then became are

 4   there differences in fiber type potency as it relates to

 5   mesothelioma?

 6   Q.   But we've heard that the Quebec asbestos mining

 7   association funded some of that early research.

 8   A.   Yes.

 9   Q.   Was the fact that excess deaths were occurring in Quebec

10   widely publicized in the 1970s and the early '70s by this

11   McDonald group?

12   A.   Yes.  They published their finding.

13   Q.   Okay.  And then did they continue to follow their cohort

14   over time for many decades?

15   A.   Many decades.

16   Q.   Would it take several decades before more definitive

17   statements could be made about what the cause was?

18   A.   Absolutely.

19   Q.   In the interim was there also another kind of research

20   going on into the nature of mesothelioma?

21   A.   There was in the 1970s quite a bit of interest in doing

22   animal experimentation on the relationship between asbestos

23   exposure and mesothelioma.

24   Q.   And what -- how did that work?  What did they do?

25   A.   Well, although animal studies are not directly analogous

 1  to human experience because of differences en route of the

 2  administration of the asbestos or differences in dose or, in

 3  fact, just differences in the way animals respond as opposed

 4  to humans, some useful findings began to be elucidated at that

 5  time.  And I put one on the slide here by Dr. Wagner looking

 6  at the inhalational animal experience by fiber type.

 7  Q.   Okay.  In your report in this case, sir, have you dealt

 8  with more of the animal studies?

 9  A.   Yes.

10  Q.   And if we go to that report, is there more detailed

11  discussion that we really don't have time to go through?

12  A.   There is.

13            MR. SCHACHTER:  Your Honor, the report is in

14  evidence but we may be referring to it a few times.  May I

15  give a copy to the court?

16            THE COURT:  Yes.

17            (The document was tendered to the court.)

18  Q.   Could you explain to the judge what the Wagner studies

19  were finding.

20  A.   The Wagner studies were interesting in that they found

21  that -- not surprisingly, that animals produce mesothelioma in

22  reaction to amphibole type inhalations.  They also found,

23  though, that there was a difference in the ability of even

24  chrysotile inhalations in animals to cause tumors.  And in

25  fact, it looked as though from this study that only the

1  Canadian type of chrysotile was causing rat mesotheliomas as

2  opposed to the Rhodesian, called at that time Rhodesia, no

3  tremolite type of chrysotile.

4  Q.   And in those studies, it took them massive exposures to

5  rats in confined cages for a long time to even induce those,

6  right?

7  A.   That's right.

8  Q.   And for these experiments, they used rat strains that

9  were -- had a more suseptibility to get mesothelioma?

10  A.   Yes.

11  Q.   Okay.  Well, let's continue with the epidemiology as it

12  was developing.  There's a study, a famous study by Acheson.

13  Can you tell us about that, sir.

14  A.   So the Acheson study published in 1982 looked at two gas

15  mask manufacturers, gas masks being made in the UK at this

16  time, in two different locations:  One was in Leyland and one

17  was in Blackburn.

18  Q.   And did they make the same product?

19  A.   No.  The one in Leyland made crocidolite-containing gas

20  masks that were used for the military, meeting military

21  specifications.

22  Q.   Right.

23  A.   And the Blackburn factory made gas masks that contained

24  chrysotile.

25  Q.   And although both plants were making gas masks, one was

1   crocidolite and one was chrysotile, did they have equal or

2   different rates of mesothelioma?

3   A.   No, they didn't.  The Leyland plant/factory produced

4   mesothelioma, and I think there was a total of five cases.

5   And the Blackburn experience was that there was one

6   mesothelioma in that factory, but that was attributed by the

7   authors to previous work with crocidolite the individual had

8   done.

9   Q.   Okay.  Just so it's clear, how did the authors explain

10  the difference?

11  A.   They said that the probable explanation for the

12  differences between Leyland and Blackburn lies in the

13  different nature of the exposures in the two factories.  The

14  most obvious difference was that at Leyland crocidolite was

15  the principal type of fiber.

16  Q.   By 1983 when a number of the risk assessments we've heard

17  about were starting to be written, did they have as much

18  information as we have now, 30 years later, about asbestos and

19  mesothelioma?

20  A.   No, not at all.

21       And what I did on this slide, and this will be the first

22  of a few chronology type of slides I use, is I filled in the

23  study setting, the fiber type and the percentage of

24  mesothelioma deaths by fiber type.

25       And so what you've seen in this first effort in 1983 to

1    fill in a matrix like this is that the large percentage of

2    mesothelioma deaths were seen in the amphibole-exposed

3    populations.  And as you got further down toward a mixed

4    exposure or a chrysotile exposure, the number of mesothelioma

5    deaths either diminished or went away all together.

6    Q.   And to continue, by 1987 had there been some more studies

7    that had been done?

8    A.   Yes, and I filled those in.  Some were by Dr. McDonald,

9    others by Dr. Berry.  And they were in different exposure

10   settings, but the message is the same and the sort of gradient

11   that I indicated from the top where amphibole exposures caused

12   a lot of mesothelioma deaths diminished then down to zero when

13   you were looking at the chrysotile cohort.

14   Q.   By 1989 had there been further development in the

15   literature?

16   A.   There had been.  This is an IARC publication where

17   Dr. Sir Richard Doll commented about what would -- what he

18   felt was known at that time about fiber potency differences.

19   Q.   Okay.  And what did he say?

20   A.   He said that "there is a difference between the effects

21   of chrysotile and amphiboles, which is so great in relation to

22   mesothelioma that it is possible to argue that chrysotile does

23   not cause mesothelioma at all and that the relatively few

24   cases that have occurred in men occupationally exposed to

25   chrysotile have been due to the presence of an unintended

 1  contamination with minute amounts of tremolite."

 2  Q.   Who was Sir Richard Doll?

 3  A.   He was a preimminent epidemiologist in his era making a

 4  lot of important contributions.

 5  Q.   In terms of the relationship between smoking and lung

 6  cancer, who's the foremost researcher on that?

 7  A.   Very much Dr. Doll.

 8  Q.   Is there any way you can accuse him of being a shell for

 9  industry as these lawyers have tried to --

10  A.   No, I don't think so.

11  Q.   Okay.   That we've heard about doubt science and other

12  things.   Is that the kind of thing he'd engage in?

13  A.   No, I don't think so.

14  Q.   In the '90s did we have more information gathering as

15  these studies start coming in?

16  A.   Some in the 1990s were new studies that I highlighted in

17  yellow down here.   And then some were simply filling in more

18  established cohorts with mesothelioma death rates.   As I

19  mentioned, the Selikoff insulators, between 9 and 10 percent;

20  and the cigarette -- crocidolite cigarette factory filters and

21  the Talcott study around 18 percent.

22  Q.   Are each of these studies discussed in greater detail in

23  your report, sir?

24  A.   They are.

25  Q.   I'd like to return to Quebec.   By 1997 was there an

1   important update on the Quebec cohort?

2   A.   There was.

3   Q.   And what did it show?

4   A.   So the researchers noticed that there was a difference

5   between the number of mesothelioma cases in the town of

6   Asbestos which was the largest mining community in Canada and

7   the town of Thetford which is a smaller mining community.

8   Q.   Okay.  And what did they find was the usual

9   explanation --

10  A.   So --

11  Q.   -- in asbestos?

12  A.   -- not only was asbestos mined in Asbestos, but there

13  were also -- there was also a crocidolite manufacturing

14  factory in the town of Asbestos and there was a lot of work

15  back and forth between the factory and the mine.

16  Q.   All right.  And so they had some excess cases in the town

17  of Asbestos, but those were attributed to what, sir?

18  A.   To the crocidolite factory.

19  Q.   Okay.  And now, the other town was the town of Thetford

20  Mines.

21  A.   Right.

22  Q.   It was a different mining region in Quebec, right?

23  A.   That's right.

24  Q.   And were there excess cases of mesothelioma there too?

25  A.   There was.  And what was important, I think, about that

1   finding is that there was a difference even within Thetford

2   between the centrally located mines and the more peripheral

3   mines.

4   Q.   And is this an historic diagram that shows the difference

5   between where the central mines and the peripheral mines were?

6   A.   It is.  It shows the physical relationship of the mines.

7   Q.   And what was the conclusion of the McDonald group with

8   regard to that difference?

9   A.   So the group led by Dr. McDonald found that there was

10  really little or no evidence of increased risk for

11  mesothelioma in the peripheral mines.  And their hypothesis at

12  the time is that the central mines, because they had a higher

13  relative content of tremolite, that it was in fact the

14  tremolite that was causing the excess number of cases that

15  they were seeing in relationship to the central mine.

16  Q.   Okay.  Now, I think there's reference in the briefing to

17  the articles by Dr. Lemen and his co-author Stayner when in

18  the late 1990s they surveyed the world literature to try to

19  find every chrysotile-related case they could and what,

20  four-fifths of them or something were all from this one

21  cohort?

22  A.   That's right.

23  Q.   So mesothelioma in chrysotile was rare.  The place it

24  occurred the most was in Quebec.  And once the final studies

25  were done, it was clear that in some mines, what was the real

1    cause?

2    A.    Tremolite, an amphibole type fiber.

3    Q.    I'd like to return to South Africa.  That's where our

4    story of the history began.  Has there been significant

5    research done in South Africa on the issue of the difference

6    between the fiber types in causing mesothelioma?

7    A.    There has.  And I pulled out two studies by Dr. Rees and

8    Dr. White in 2001 and 2008 to demonstrate my point.

9    Q.    Okay.  And what do those studies demonstrate?

10   A.    So South Africa not only had crocidolite mining done,

11   some amosite mining done, it also had quite a bit of

12   chrysotile mining done.  In fact, as the paper indicated,

13   there was large work force and production of a hundred

14   thousand tons per year of chrysotile, yet they saw no

15   mesothelioma cases detected in these South African chrysotile

16   workers.

17   Q.    Okay.  And that heavy chrysotile mining has been going on

18   since the decade of what, the 1920s?

19   A.    I think it was in the '20s, yeah.

20   Q.    Okay.  Plenty of latency for mesothelioma to show up?

21   A.    Yes.

22   Q.    And they weren't getting it by the miners in the same

23   country that mined amosite and crocidolite where there is a

24   high rate.

25   A.    That's right.

1   Q.   All right.  Was there also a series of studies that --

2   back up in Canada different than the McDonald cohort that

3   looked at women who happened to live near the two mines we're

4   talking about, the mine in Asbestos and the mine in Thetford

5   Mines, right?

6   A.   Yes.

7   Q.   Tell us about this.

8   A.   This focused on the asbestos in Thetford Mines again

9   looked at non-occupational type of exposures.  And what they

10  found is that, again, there was a difference between the two

11  mines.  So in Asbestos, the town of Asbestos, there were no

12  cases found.  Yet in the Thetford mine there were ten cases

13  found and all were associated with proximity to the central

14  mine not to the more peripheral mine.

15  Q.   Just so that we understand what the proximity meant,

16  these were people that lived right near the mines, correct?

17  A.   Yeah.  When I say "proximity," I mean proximity.  They

18  were, in fact, living right next to the mine.

19  Q.   All right.  And so people living right next to the mine

20  in Asbestos, the largest chrysotile mine in Canada, those

21  women, they didn't have any excess cases?

22  A.   No excess cases.

23  Q.   But in Thetford Mines, the other city, that's where it

24  was, right?

25  A.   That's right.

1  Q.   And that corresponded with what the other cohort had

2  found, the McDonald cohort?

3  A.   That's right, the occupational cohort and the

4  non-occupational cohort matched up well.

5  Q.   Well, what does that tell us about the chrysotile that's

6  imported from Canada?  Does that mean all chrysotile is or

7  isn't contaminated --

8  A.   No.

9  Q.   -- at the high levels that can cause this problem?

10  A.   No, I don't think you can make that kind of blanket

11  statement.  I think it's clear that some chrysotile has some

12  tremolite contamination at the mining source and some doesn't.

13  Q.   All right.  We're in 2013.  We've made it that far in the

14  history of our lives.  Can you tell us -- can you fill out

15  your chart.

16  A.   So the chart has then been filled out by studies that

17  have occurred in the last decade.  There's been a maturation

18  of the more historical cohorts and the mesothelioma deaths

19  listed here, but there's also been additional information

20  that's come from other studies as well.

21  Q.   All right.  Now, some of these studies I wanted to focus

22  on a little in particular.

23       You've included on your list the Loomis study in 2009.

24  A.   Yes.

25  Q.   The Loomis study.

1   A.   Yes.

2   Q.   And that's been a study we've talked about a little in

3   this case.   It involved how many plants?

4   A.   Four all together.

5   Q.   And one -- and in the study itself it mentioned that one

6   of those plants used amphiboles.   That was plant 3, right?

7   A.   Correct.

8   Q.   And then there was a comment in that study about plant

9   four, the Marshville plant, that said what?

10   A.   That there was essentially no amphibole exposure in that

11   plant.

12   Q.   Okay.   And have you looked at the documents from that?

13   A.   Yes.

14   Q.   And what's the real story there?

15   A.   I think it's reasonable to assume there was amphibole

16   exposure in that plant.

17   Q.   Okay.   What about the other two plants?   Was there even a

18   suggestion that the other two plants that for years used only

19   chrysotile here in North Carolina, was there any mesothelioma

20   in either of those two other plants that even could possibly

21   be attributable?

22   A.   No.   Plant 1 and 2 did not have any mesothelioma deaths.

23   Q.   Okay.   So on this chart, when you mention zero rate, it's

24   uncontroverted that for at least two plants, there's zero

25   mesothelioma in them, right?

1   A.   That's right.

2   Q.   Now, if we have just one study where mesothelioma isn't

3   shown in a population, does that necessarily mean that the

4   agent we're investigating can't cause mesothelioma?

5   A.   No.   I think when you're making these sorts of causal

6   determinations, it's important to consider the whole range of

7   medical literature that's available to us.   And now we have

8   the benefit of having 50-plus years of studies in this area.

9   Q.   All right.   And based upon the currently existing medical

10  literature.   Based on knowledge in 2013, not 1972, is it

11  reasonable scientifically to say that the epidemiology

12  demonstrates that chrysotile fibers cause mesothelioma?

13  A.   I don't think that's reasonable.

14  Q.   Even including tremolite, if you want to include

15  tremolite contaminated or other contaminants, where are the

16  only populations where an excess rate of mesothelioma is being

17  demonstrated?

18  A.   In the mining community.   So at the source of the

19  chrysotile itself.

20  Q.   Okay.

21  A.   And which should always be distinct, and we should always

22  make sure we draw that distinction between that and the end

23  user?

24  Q.   So in a mining community, these people -- we've heard

25  about fibers per CC years, and Mr. Henshaw's chart gives us

1   fibers per CC years numbers.

2       What kinds of cumulative lifetime exposures are miners

3   exposed to in mining any of these asbestos minerals?

4   A.   So in the Quebec mining community, for instance, we're

5   talking about several hundred fiber years of exposures.  And

6   in the Italian chrysotile mining cohort, we're also talking on

7   the order of hundreds of fiber years.  So quite a bit of dose.

8   Q.   All right.  Anything like that dose implicated even

9   arguably for gaskets and packing?

10  A.   No, one can't argue that.

11  Q.   And now, you mentioned that mining populations have a

12  high exposure.  Are there some populations where it has been

13  argued that in manufacturing where people daily are working

14  with the raw materials to make the products, that there may be

15  some cases that could be attributable to the chrysotile?

16  A.   There's been that argument.

17  Q.   Does that exposure equal in quantity the nature of the

18  exposure someone would have as an end user, episodically

19  changing gaskets or doing something like that?

20  A.   No.

21  Q.   Sir, the next topic I'd like to turn to is something that

22  Mr. Henshaw was asked about.  The words were -- when it was

23  shown in the regulatory literature, he said yes, that's based

24  on a linear model, no threshold model.  Can you tell us what

25  that really is.

1    A.    Sure, and I'm going to use the assistance of a slide.

2          So the first concept that has to be understood, and this

3    is very standard dose-response curves.

4          So the basic idea is is that the number of cases of any

5    disease goes up as the exposure amount increases.  So whether

6    or not we're talking about aspirin, alcohol.  I know there are

7    only nondrinkers in here; but if we talk about alcohol in that

8    way, if we talk about asbestos, silica exposure, anything can

9    be very safe at a low dose but kill you at a high dose.  Even

10   aspirin, even coffee, of course, even alcohol.

11   Q.    Okay.  And so you've shown us here a sort of standard

12   dose response curve.  Why does it have this S shape?

13   A.    The S shape comes in because the dose can increase to the

14   right here on the horizontal axis, but that doesn't

15   necessarily mean that the number of diseases increases or the

16   number of cases increase.  And that introduces the concept of

17   a threshold.

18   Q.    Okay.

19   A.    So a threshold is simply an amount of exposure that above

20   which there is no elevation in disease risk -- I'm sorry,

21   below which there is no elevation of disease risk and above

22   which there is.

23   Q.    Okay.  And just to be clear, when we say there is no

24   known safe level, do we yet know exactly where the thresholds

25   are for asbestos?

1   A.   Well, there's always a lot of conversation about the

2   words "no known safe level."

3   Q.   Yeah.

4   A.   That's -- the known part of that is a very important word

5   because there's a difference between being able to comment

6   that there is a threshold versus knowing exactly where it

7   exists.   So the fact that there is no known threshold

8   certainly shouldn't be interpreted that one doesn't exist.

9   Q.   All right.   And in fact, for almost every substance

10   that's ever been investigated enough, sooner or later if you

11   do enough enough work, you'll find those thresholds right?

12   A.   That's right.

13   Q.   Now, we've heard about public health agencies or

14   regulatory agencies like OSHA --

15   A.   Yes.

16   Q.   -- like EPA, and that they have done risk assessments.

17   And can you explain how the assumptions are made

18   scientifically in areas where we don't have data.

19   A.   So this is again a dose response curve or a dose response

20   chart.   So the dose on the bottom, moving to the right

21   increasing; the number of cases on the vertical axis

22   increasing.

23        And so what you've got is two very distinct zones.   One

24   is called the zone of observation.   So the zone of observation

25   becomes the zone of observation because you have actual data

1  to put into that chart.

2  Q.    And where is the data represented in this hypothetical,

3  very hypothetical chart?

4  A.    So these are hypothetical data points where you have

5  essentially got high exposure and you've got a high incidence

6  of disease.

7  Q.    Okay.

8  A.    And if you relate this to the asbestos story, that's

9  where the medical literature informs us.    These historical

10  cohorts that had high exposure, high rates of disease.

11  Q.    I see.    Well, could you tell the court how public health

12  agencies are instructed to and how they do go into the areas

13  where they don't have an observation data.

14  A.    So in not being critical of what they're doing, the

15  regulatory agencies, they're doing something else.    They by

16  necessity have to deal with a zone of inference.    And the zone

17  of inference simply means they don't have data points to fill

18  in down here at very low doses.    They simply don't have the

19  data to make a firm conclusion about, so they have to infer

20  that conclusion and that's why it's called a zone of

21  inference.

22  Q.    And how do they do that?

23  A.    Well, what's been decided from a regulatory standpoint is

24  to simply draw a straight line back from the zone of

25  observation where the actual data exists all the way down to

1   zero.  And I think you heard Mr. Henshaw talking about the

2   linear no threshold model.

3   Q.    Right.

4   A.    That is the linear no threshold model.  You essentially

5   go from what's been observed at high doses and draw a straight

6   line all the way back down to zero.

7   Q.    And does that mean that it is scientifically established

8   that cases will occur on that straight linear model line?

9   A.    No, not at all.

10   Q.    And the true dose response curve may look like that?

11   A.    Sure.

12   Q.    Or that or anything?

13   A.    It could look -- it could look like either one of those

14   depending on the substance that we're talking about where, in

15   fact, at low doses of exposure, there is no excess risk of

16   disease.

17   Q.    And indeed, the EPA, for example, did a risk assessment

18   in the '80s, I think there's a lot of talk about.  When that

19   risk assessment has been compared to actual study populations

20   10 and 20 years later, has it been found to accurately

21   increase, predict the number of cases or not?

22   A.    No, I think it's safe to say that that model

23   overestimated the risk of disease.

24   Q.    All right.  But from a public health standpoint, is that

25   bad?

1  A.   No, not necessarily.  I think they're charged with being

2  conservative in the interest of protecting the public health.

3  And their mission is more of hazard identification rather than

4  establishing the kind of causal relationships that I think

5  we're interested in here.

6  Q.   All right.  Sir, so the regulatory model is a straight

7  line model.

8       In dealing with the OSHA model, what studies were used --

9  you said that the data used to make this -- these models back

10 in the '80s was older data.  What studies were used?

11 A.   So I've listed the six studies that were actually used to

12 be put into the OSHA model.  And I'd also draw your attention

13 to the cumulative exposures that were within those cohorts.

14 And you can see that even at a minimum, the studies used

15 contained 55 years of exposure all the way to a maximum of 600

16 years of exposure.

17 Q.   And we can see the kinds of exposures that occurred in

18 these.  Like Selikoff's study, what's the cohort size?

19 17,800.  Is that the -- what is that, the insulators?

20 A.   Those are the insulator cohorts.  Those are the number of

21 people he studied in his cohort.

22 Q.   And would it be fair to say 25 to 75 percent of that was

23 amosite?

24 A.   Yes.

25 Q.   Your name is on here.  In 1979 were you doing these

1  studies?

2  A.   I was actually a tenth grader, I think, at that time.   So

3  that was not me; that was my father.

4  Q.   All right.   And in that study, tell us a little about it

5  because we don't have the fiber type there.

6  A.   So the -- my father and his group actually studied two

7  different cement factories outside of New Orleans.   Both

8  involved chrysotile exposure, but one had a much heavier

9  exposure to crocidolite as well.

10  Q.   So that was a plant that also used crocidolite?

11  A.   Yes.

12  Q.   Okay.   Were the cases there attributable to the

13  chrysotile or the crocidolite?

14  A.   The cases occurred in the crocidolite-exposed people but

15  not in the chrysotile-exposed people.

16  Q.   All right.   So those were the studies basically that were

17  actually put into the regulatory model, right?

18  A.   That's right.

19  Q.   They don't tell us -- we didn't have data.   The zone of

20  inference here would be below 55 CC cumulative exposure fiber

21  years.

22  A.   That's right.

23  Q.   Sir, we've heard something about potency.   What do we

24  mean when we're talking about fiber potency?

25  A.   So fiber potency is the notion that I've talked about

1   where there is a difference in the propensity of certain fiber

2   types that cause disease.  And that's what the evolution of

3   this medical literature has provided for us:  More information

4   about the different fiber type potency.

5   Q.   All right.  And can you, addressing the court, tell us

6   what the modern quantitive literature has told us about fiber

7   types, sir.

8   A.   So there's been two large studies that have looked at the

9   quantitive relationship between amphibole exposure like

10  crocidolite and amosite to chrysotile exposure.  And the most

11  probably widely quoted one is the one in 2000 by Hodgson and

12  Darnton that looked at a number of cohorts with quantitative

13  exposure information and the incidence of disease and found

14  that the mathematical relationship between crocidolite,

15  amosite, and chrysotile was 500 to 100 to 1.

16      And it's important, I think, to point out that when the

17  authors discussed chrysotile exposure, in this setting they

18  were talking about not the end user but chrysotile miners,

19  assuming that there was some tremolite contamination in that

20  group.

21  Q.   So even assuming that you include the tremolite -- the

22  cases that were tremolite related, the fiber potency that

23  Hodgson and Darnton came up with was 1 for chrysotile, 100 for

24  amosite -- and we've got it in brown.  Is it called brown

25  asbestos sometimes?

1   A.    Yes.

2   Q.    And then crocidolite sometimes called blue asbestos?

3   A.    Right.

4   Q.    And that's 500.  That's the most potent.

5        Is there another peer reviewed published quantitative

6   assessment of the relative potency of the fiber type?

7   A.    There was also a quantitative analysis done by Berman and

8   Crump published in 2008 that looked at a variety of metrics

9   that could either mathematically be rejected or accepted.  And

10  one difference with Hodgson and Darnton is Berman and Crump

11  also used fiber size in their models as well and found that

12  either the notion that chrysotile elevated the risk of

13  mesothelioma which was rejected entirely by some of the metric

14  studies or it was exceedingly uncommon.  And the relationship

15  then drawn between amphibole exposures was in the neighborhood

16  of 900 to 2000 times more likely for amphiboles to cause

17  mesothelioma as opposed to chrysotile which was either zero or

18  one depending on the metric studied.

19  Q.    Now, there's been -- as we sit here today in 2013, is

20  there anyone that in the peer reviewed literature really

21  denies that there's a substantial potency difference between

22  the amphiboles and the chrysotile?

23  A.    No.

24  Q.    Now, there's some old literature that expressed opinions

25  about that, right?

 1   A.    Yes.

 2   Q.    All right.  And we'll get to that in a minute, but if you

 3   factor in the potency difference into the OSHA studies, does

 4   that help us get a better understanding of what the true dose

 5   response curve is?

 6   A.    Yeah.  If you plot the OSHA studies and include ambient

 7   air, for instance, or the Canadian women's study or the

 8   Canadian men's study that I talked about earlier, you've got

 9   this sort of dose relationship.  And what this did -- what

10   this slide depicts is the notion that there was a certain

11   chrysotile content within those OSHA or EPA studies.  They

12   were mixed studies.  They were neither pure amphibole or pure

13   chrysotile.

14        And so if you plug those potency factors in to the total

15   cumulative dose that was established in those studies, you've

16   got a dose response curve to chrysotile that looks something

17   like this.

18   Q.    And that resembles the S curve that is the normal dose

19   response curve.

20   A.    Very much so.

21   Q.    All right.  Sir, on the other fiber studies, we heard

22   about a publication in a Japanese journal in 2001 by Dr.

23   Nicholson.  Are you familiar with that paper?

24   A.    I am.

25   Q.    And have you commented on that paper in your report in

1  detail?

2  A.   I have.   In my rebuttal report I go into some detail

3  about it.

4  Q.   And that was because it was cited by the committee

5  experts?

6  A.   That's right.

7  Q.   And Dr. Nicholson in 2001 talked about -- he agreed that

8  crocidolite was much more potent, but talked about similar

9  potencies for amosite and chrysotile?

10  A.   For amosite and chrysotile, yes.

11  Q.   And he had been the person who had done the risk

12  assessment back in the 1980s --

13  A.   Right.

14  Q.   -- right?

15       And when he did that risk assessment way back in the

16  1980s, what did he assume about potency?

17  A.   He assumed at that time that the potencies were equal

18  between all chrysotiles.

19  Q.   Okay.   And 2001 -- actually, the paper was submitted in

20  2000.   Was there -- had he -- well, I'm sorry.   You've looked

21  at the paper.   Did he cite new data?   Did he do a new

22  quantitive risk assessment?   Did he go through all that?

23  A.   No.   It was mostly the 1980s data once again represented

24  and very much using the regulatory model assumptions that we

25  talked about earlier.

 1   Q.   I see.  And he used three different approaches.  Briefly

 2   can you articulate what his approaches are and why --

 3   A.   Yeah.

 4   Q.   -- they don't hold up based on the modern data.

 5   A.   The basic approach was is that all the asbestos type

 6   fibers were equally potent in causing lung cancer, not

 7   mesothelioma but lung cancer.  And he used then lung cancer as

 8   a surrogate measure of cumulative asbestos exposure.  And he

 9   thought by doing so, you could look at the lung

10   cancer/mesothelioma ratio and unmask the fiber differences

11   using that strategy.

12   Q.   Does that work?

13   A.   Not really.  Lung cancer is multi-factorial.  It's not

14   purely related to dose, although dose is certainly an

15   important parameter.

16   Q.   Yes, sir.

17   A.   It's not entirely related to that.  It would be related

18   to the development of fibrosis in an individual.  It would be

19   related to the length of follow up, whether they smoked or

20   didn't smoke.

21        So in my view you can't just take lung cancer incidence

22   in an asbestos-exposed cohort and use that as a surrogate for

23   asbestos exposure.

24   Q.   And then in that method, he used eight studies, but as

25   your report, I think, explains, the eight studies and the data

 1  from those eight studies were the same data he was using in

 2  the '80s for his risk assessment, right?

 3  A.   Very much so.  And I think the important fact is those

 4  studies were confounded as well.

 5  Q.   What do you mean by confounded, sir?

 6  A.   That there was an amphibole component to those exposures.

 7  So although I think there was an attempt to classify them as

 8  pure chrysotile exposures, they really weren't.  They really

 9  were confounded with an amphibole type exposure which we've

10  talked about is a very important confounder.

11  Q.   Okay.  The second method he used was something called a

12  time course and what was wrong with -- or what has come out in

13  the literature about the assumptions that Dr. Nicholson was

14  making?

15  A.   Dr. Nicholson assumed that there was no amphiboles used

16  before 1937.

17  Q.   In the United States?

18  A.   In the United States.  And by doing so, he was

19  essentially starting a latency clock in 1937 in order to do

20  his modeling of disease incidence.

21  Q.   Okay.

22  A.   Now, there is not a lot of good evidence that that's the

23  case.  In other words, there was amphiboles used before 1937.

24  Q.   Uh-huh.

25  A.   And that was documented in the Langer publication in 1998

1   as well as a discussion in the Hodgson and Darnton paper in

2   2000.

3   Q.   And since the 2001 paper, have there been peer reviewed

4   published documents that have further shed light on this

5   issue?

6   A.   I think so, because I think that further publications by

7   Price and Ware in 2009 and by my father in 2004 show that

8   there is a very close relationship between the amphibole

9   consumption peak in this country and the number of

10   mesothelioma cases showing up after an appropriate latency

11   period.

12   Q.   Okay.  And so if, let's say, the asbestos control

13   procedures that went into effect in the '70s were ultimately

14   effective, is there any reason to believe that there are going

15   to be mesothelioma cases attributable to asbestos exposure

16   that's going to happen after that?

17   A.   No.  I mean, in my view and the view of some of the

18   modeling that's been done in these publications, there's going

19   to be a diminishing number of mesothelioma cases for a period

20   of time that is going to correspond well with the peak in

21   amphibole exposure that we've seen -- or amphibole consumption

22   that we've seen.

23   Q.   Thank you.  Last topic is your view on gaskets.  Are

24   there epidemiological studies on a population that is exposed

25   to higher levels of asbestos, chrysotile asbestos than gasket

 1   workers that can enlighten our view on whether gaskets are a

 2   cause?

 3   A.    Yes.

 4   Q.    What population is that?

 5   A.    This is in the auto mechanic population.  The auto

 6   mechanic is another low dose asbestos kind of exposure where

 7   there's been a number of case control studies, some of which I

 8   have put on this slide that show no elevation in risk in this

 9   occupational cohort.

10   Q.    All right.  And that's -- Mr. Henshaw explained to us

11   that the level is somewhat higher from brake mechanics than

12   gaskets; is that correct?

13   A.    That's correct.

14   Q.    And yet still, there's no exposure -- no increased risk.

15   A.    That's right.

16   Q.    Dr. Selikoff wrote that there is no health hazard in

17   forms used in shipyard applications for gaskets and packing,

18   compressed asbestos sheet packing.

19        Do you agree or do you disagree in a more general sense

20   with the use of gaskets?

21   A.    Yeah, I think that that's what was known in the late

22   1970s when Dr. Selikoff wrote that.

23   Q.    So in terms of just whether chrysotile-containing

24   compressed asbestos sheet gaskets can produce enough exposure

25   to cause mesothelioma, do you have an opinion based on the

1    peer reviewed published literature informed by case control

2    studies?  Do you have an opinion on that?

3    A.   I do.

4    Q.   What's the opinion?

5    A.   I don't think that these sorts of exposures to low dose

6    chrysotile elevate the mesothelioma risk.

7    Q.   And in addition, Garlock made packing.

8    A.   Yes.

9    Q.   And the information we've seen on packing has -- what's

10   your understanding of the level of exposure from packing when

11   it compares to gaskets?

12   A.   Very low.  Very low.

13   Q.   It's even lower than gaskets?

14   A.   That's right.

15   Q.   Does packing -- exposure to packing contribute to cause

16   mesothelioma in anybody?

17   A.   No.

18   Q.   But there's a broader issue that the law defines for us

19   and that is this issue of specific causation by comparative

20   dose.  And you have reviewed the material provided by

21   Dr. Henshaw -- Mr. Henshaw; is that correct?

22   A.   Yes.

23   Q.   And he has examined many sources of exposure that is

24   likely for claimants that will exist now or that may exist in

25   the future; is that correct?

1  A.    Yes.

2  Q.    And based on your knowledge of occupational -- of these

3  occupations of the people you've seen with mesothelioma, the

4  work you've done, the literature, has he looked at the right

5  kinds of exposures?

6  A.    I think so, yes.  I think he's been comprehensive in that

7  way.

8  Q.    And you mentioned in your report that he's made

9  conservative assumptions.  Why do you say it's conservative or

10  what's one implication of that?

11  A.    Well, I think that the main reason is that he also took

12  out letter F here.  He took out the exposures that would be

13  directly handling insulation during tasks that weren't related

14  to work involving gaskets and packing.

15  Q.    And what do you mean by -- what would that be?

16  A.    That could be just removing insulation that's not related

17  to actual work with gasket and packing or doing some other

18  kind of work that isn't directly gasket and packing work but

19  is resulting in an amphibole type exposure.

20  Q.    Okay.  So here were his conclusions by four example

21  occupations within four groups.

22       For group 1, is the gasket exposure when compared with

23  the total lifetime exposure likely for people in that group,

24  is that a substantial cause of mesothelioma?

25  A.    No.  And this slide looks at the total asbestos exposure

1    without regard to fiber type and looks at the comparison

2    between the amount of exposure one gets with an insulation

3    type product versus the amount of exposure one gets from a

4    gasket and packing.

5    Q.    So this -- your opinion on this, is it just in raw terms?

6    Doesn't matter about fiber type?

7    A.    No, I didn't put fiber type into this slide.

8    Q.    Okay.  And Mr. Henshaw didn't put fiber type into the

9    slide.

10         So in your view, is the exposure in group 1

11    occupations -- in any of the groups, a significant

12    contributing cause or substantial cause of mesothelioma when

13    considering the total likely lifetime exposure of people that

14    will be in these groups?

15    A.    No.

16    Q.    Now, you've made the point that you've excluded the fiber

17    type issue.  Scientifically should we be excluding the fiber

18    type issue?

19    A.    No, not at all.  As I tried to point out over the last

20    hour, the fiber type is a very important issue.

21    Q.    Well, if we do what science would require, which is to

22    look at the difference in fiber type, fiber potency difference

23    of 500, 100, and maybe even 2000, if you take that and put

24    it -- let's say even with the highest group, this group 1 on

25    the pipefitters, how graphically could we represent taking

1   into account the potency difference?

2   A.   So if you assume that the insulation that we're talking

3   about contained about 50 percent chrysotile and about

4   50 percent amosite, and you assume that amosite was about a

5   hundred times more potent than chrysotile, we can demonstrate

6   that by fiber type there's quite a big difference between

7   these kinds of exposures.

8   Q.   So how would we have to alter this diagram?  Have you

9   animated this diagram to show us --

10  A.   Yes, I've animated it.

11  Q.   Well, you've animated it, but it hasn't animated.  The

12  best laid plans.

13       Here you go.

14  A.   So if you take into account not just the total amount of

15  asbestos exposure but what kind of fiber they were exposed to,

16  the differences between the exposure quantity from the

17  insulation products is going to be very much different from

18  the gasket and packing products.

19  Q.   So the gasket and packing products remains the same, but

20  you couldn't show it on the previous scale, right?

21  A.   That's right.

22  Q.   So you'd have to multiply the insulation exposure by some

23  factor to take into account potency to be scientifically

24  reliable.

25  A.   That's right.

 1           MR. SCHACHTER:  Thank you, Dr. Weill.

 2           MR. GEORGE:  Your Honor, if you don't mind, can we

 3   take our afternoon break just a little early so I can get

 4   ready?

 5           THE COURT:  Sure.  Let's take a break until ten

 6   minutes after 3:00.

 7           MR. GEORGE:  Thank you.

 8           (Brief recess at 3:00 p.m.)

 9           THE COURT:  All right.  Mr. George.

10                      CROSS EXAMINATION

11   BY MR. GEORGE:

12   Q.   Good afternoon, Dr. Weill.

13   A.   Good afternoon.

14   Q.   This is not our first encounter, correct?

15   A.   No.  I'd rather call it a meeting than an encounter.

16   Q.   We had a meeting --

17   A.   Yes.

18   Q.   -- in October in Los Angeles in a stucco case, correct?

19   A.   Yes.

20   Q.   So you know there's another side to the story than what

21   you just presented, correct?

22   A.   I do.

23   Q.   Okay.  You first began testifying in lawsuits in 2002,

24   correct?

25   A.   Are you talking about asbestos lawsuits?

1  Q.   Any lawsuits.

2  A.   It was actually a bit before that.  I testified on behalf

3  of plaintiffs in the fen-phen litigation.

4  Q.   You've given about 150 depositions.

5  A.   That's about right.

6  Q.   You testified six times in asbestos cases in trial and

7  you testified twice in two different bankruptcies, correct?

8  A.   A bit more now in the asbestoses cases.  I think it's 10

9  or 12.

10  Q.   My updated list only had six, but it's now 10 or 12?

11  A.   Yeah, I think so.

12  Q.   And you were just deposed in an asbestos case about a

13  week ago, correct?

14  A.   That's probably about right.

15  Q.   For a case in Kentucky?

16  A.   Yes.

17  Q.   You've never testified in trial or in a deposition on

18  behalf of an individual claiming injury from exposure to

19  asbestos, correct?

20  A.   That's correct.

21  Q.   Let's talk about your compensation very quickly.  You

22  charge $500 to review records and/or to write a report,

23  correct?

24  A.   Yes.

25  Q.   And then $600 to come to court to testify about what

1    you've written, right?

2    A.    That's correct.

3    Q.    All the fees go to you.  They don't go to Stanford.

4    A.    That's correct.

5    Q.    And you don't sit here as a representative of Stanford.

6    None of the opinions you offer today are offered on behalf of

7    the university, correct?

8    A.    No, I don't.

9    Q.    Over the years from 2002 to the present, projecting

10   through 2013 you've made over $4.5 million as a litigation

11   expert, correct?

12   A.    I think that's a fair estimate.

13   Q.    And these are numbers -- beginning about 2005 you started

14   getting into about the 200 to 250 thousand dollars.  Did that

15   for about four years.  And then it's pretty much gone up every

16   year since.  It was 400 in 2009, 600 in 2010, 800 in 2011, 850

17   in 2012, and you think you're going to do even better than

18   that this year, correct?

19   A.    I think that's probably right.

20   Q.    Now, Garlock's paid you $227,650 for the effort that you

21   put forth to offer your opinions in this case, correct?

22   A.    I've never totaled it up, but I did give you guys the

23   invoices for the depositions.  I'll accept that.

24   Q.    Provided my math is correct, this is a good number.

25   A.    Provided that is correct.

1  Q.    Now of that time, 30 hours of it was spent talking to the

2  lawyers for the debtors, Mr. Schachter and Mr. Harris.

3  A.    That's right.

4  Q.    And that doesn't include the fact that at least on four

5  occasions in July, August, September, and December you had

6  meetings, but you didn't break out how much time those

7  meetings took, correct?

8  A.    That's correct.

9  Q.    So that's about $14,000 of the money you earned was just

10  talking to the lawyers about your opinions.

11  A.    I'll accept that.

12  Q.    And these are opinions that you've been offering for the

13  last decade, correct?

14  A.    I think some of them, but not all of them.

15  Q.    Your qualifications, you're not an epidemiologist.

16  A.    Correct.

17  Q.    We heard from an epidemiologist so I'm not going to talk

18  to you about the epidemiology of brakes because we had that

19  discussion with Dr. Garabrant.  And you wouldn't have anything

20  to offer this court any more than Dr. Garabrant did.

21  A.    I don't think so.  I think he's quite qualified to give

22  those opinions.

23  Q.    You're not an industrial hygienist.  We've already had

24  three of them so I'm not going to ask you too many industrial

25  hygiene questions.

1        You're not an expert in occupational medicine, and there

2   is a field where you can be certified to be an expert in

3   occupational medicine, correct?

4   A.    That's correct.

5   Q.    You can be board certified as an occupational medicine

6   specialist and that's not what you chose to do, right?

7   A.    That's correct.

8   Q.    You've never written an article on mesothelioma.

9   A.    No.

10  Q.    You've had one letter to the editor that deals with

11  non-malignant asbestos disease.

12  A.    Partly.  And partly with mesothelioma as well.

13  Q.    Your two book chapters dealt with the diagnostic and

14  clinical features of asbestos disease but not the causation of

15  meso, correct?

16  A.    I don't know how deeply I got into causation in those

17  chapters.  I haven't read them in some time and I'm not sure

18  if I touched on that or not.  But I would accept they're

19  primarily associated with the clinical aspect of the disease.

20  Q.    You certainly didn't go into any depth about your views

21  on whether chrysotile can or cannot cause mesothelioma,

22  correct?

23  A.    I did not.

24  Q.    And then you have one published article on non-malignant

25  asbestos disease that can or may be caused by exposure to

1  vermiculite, correct?

2  A.   That's correct.

3  Q.   Neither of the senate testimonies that you've given

4  address the issue of whether asbestos causes mesothelioma,

5  correct?

6  A.   I think the second senate testimony did touch on that.

7  Q.   I deposed you -- actually, I took your trial deposition

8  and I think I asked you the very same question.

9       You certainly didn't tell them -- offer the opinions that

10 you offered to the extent you've offered them today.

11 A.   No, I didn't.

12 Q.   You've never consulted with any government agency where

13 you stated your opinion that only extremely heavy exposures to

14 chrysotile could cause mesothelioma, correct?

15 A.   Correct.

16 Q.   And you've done no original research on your own on

17 mesothelioma.

18 A.   That's correct.

19 Q.   Now, you would agree that exposure to chrysotile can

20 cause pleural plaques.

21 A.   I think in the proper exposure setting, yes.

22 Q.   And pleural plaques are a benign scarring in the lining

23 of the lung.

24 A.   That's correct.

25 Q.   Same place where mesothelioma develops.

1   A.   That's correct.

2   Q.   So in order to cause pleural plaques, the chrysotile

3   fibers have to get through all those defense mechanisms that

4   you talked about, then get translocated into the lymphatic

5   system and get to the area of the pleura where they then

6   reside long enough to start the process of scarring, which is

7   a pleural plaque.

8   A.   Well, my opinion, though, regarding chrysotile asbestos,

9   and you're using that term fairly generically, but when I say

10   that it can cause pleural plaques, I'm really talking about

11   the amphibole component of that and that's why I wanted to be

12   sure -- it would have to be an exposure setting that I think

13   would elevate the risk for plaque development.

14   Q.   But you would agree that exposure -- do you agree that

15   exposure to chrysotile fibers without any contamination can

16   cause asbestosis?

17   A.   I don't think it can.  So in settings where we're only

18   talking about chrysotile itself, I don't think that it's been

19   demonstrated that there is an excess risk of asbestosis just

20   because of the lung biologic reasons I outlined earlier.

21   Q.   So if I understand your opinions, you don't believe that

22   exposure to chrysotile, the fiber itself, without any trace

23   contaminants or co-mineralization of an amphibole can cause

24   either pleural plaques, asbestosis, lung cancer or

25   mesothelioma, correct?

1  A.   Not the pure fiber itself, no.

2  Q.   So you think the pure fiber which made, what, 95 percent

3  of the asbestos that was used in the United States --

4  A.   Yes.

5  Q.   -- is totally innocuous?

6  A.   I think so.

7  Q.   Unless you're an asbestos miner.

8  A.   I think if you're an asbestos miner with very high doses

9  and there's known tremolite contamination, so those two

10  instances have to be present.

11  Q.   So you believe that chrysotile if it has tremolite in it

12  can cause lung cancer but it's really the tremolite doing it

13  and not the chrysotile, correct?

14  A.   Yeah, and that's why I think there has to be a lot of

15  attention paid to when one just talks about chrysotile

16  asbestos, really what exactly are you talking about?  Are you

17  talking about chrysotile that is known to be contaminated with

18  tremolite?  Are you talking about chrysotile at the source in

19  the mining communities?  Are you talking about chrysotile at

20  the end product?

21  Q.   Would you agree with me that there are very few, if any,

22  cohorts of workers who have been exposed to pure chrysotile?

23  A.   I don't think there are many.

24  Q.   Okay.  And that's -- that includes all end product users,

25  correct?

1   A.   Yes.

2   Q.   Even end product users that are in environments where

3   they're using chrysotile products, the likelihood is that in

4   making that product, there is some trace tremolitic

5   contamination.

6   A.   That's the likelihood, yes.

7   Q.   Okay.  So it really doesn't matter, then, to you whether

8   it's a pure chrysotile exposure or not because it just doesn't

9   exist is in the real world.

10   A.   Well, I wouldn't say that.  I think if you're asking me

11   as a physician whether these kind of exposures can be

12   considered pure chrysotile exposures, from a technical

13   industrial hygiene setting perspective, the answer is no.

14        But if you're talking about such minute amounts of

15   amphibole contamination, because impurities happen in all

16   substances, from a physician's standpoint, it doesn't make any

17   difference because those kind of exposures don't elevate the

18   risk of disease.

19   Q.   But in your opinion that's true for every time you're

20   confronted with a chrysotile-exposed individual.  You've never

21   testified in a joint compound case that despite the fact that

22   the person could have done the job for 30 years with a product

23   that contains up to 7 percent chrysotile asbestos, that that

24   exposure ever was a contributing cause to their mesothelioma,

25   correct?

1   A.    I don't think it does.

2   Q.    So basically, the only time that you think that

3   chrysotile asbestos can cause mesothelioma is if you were a

4   Canadian miner.

5   A.    A Canadian miner.  And I think the risk has been elevated

6   as well in the Italian mining cohorts.

7   Q.    We'll talk about that in a little bit.

8         Now, these organizations disagree with that conclusion,

9   correct?  All of these organizations, the Canadian Medical

10  Association, the American Public Health Association, the

11  American Cancer Society, the World Health Organization, all of

12  them stand for the proposition that any asbestos fiber type,

13  contaminated or not, can cause mesothelioma, correct?

14  A.    I think that the associations say a lot of different

15  things.  They certainly recognize that there's fiber type

16  potency differences.  And if those statements are that all

17  fiber types can cause mesothelioma, I would then look to the

18  next sentence to see if the cohorts they're talking about are

19  the same cohorts that I'm talking about.

20  Q.    But --

21  A.    And that's why I think it's difficult to take statements

22  such as these and make a blanket application to all kinds of

23  chrysotile exposure.

24  Q.    Except that you don't know of any statements from any

25  organizations where they've agreed with you and said the only

```
 1   exposure to asbestos that doesn't cause any disease is pure
 2   chrysotile?
 3   A.   No, I'm not aware that that statement has been made.
 4   Q.   And you're aware that these organizations, the Canadian
 5   Society for Epidemiology and Biostatistics, the International
 6   Epidemiologic Association, the American College of
 7   Epidemiology, and the National Academy of Sciences, they all
 8   make the same type of statements that every type of
 9   asbestos --
10            MR. SCHACHTER:   Your Honor, may we approach the
11   bench, please?   Well, I guess we don't have to approach the
12   bench, we're not in front of a jury.
13            He just violated an order, being clever like they
14   try to do.   We had -- we tried to do discovery into this joint
15   policy statement by the Society of Epidemiologists written by
16   a non-epidemiologist and the court said you don't get to do
17   that discovery, but they don't get to mention it.   And because
18   these agencies have signed on to that, they're now putting
19   that up before the court.
20            These are just not -- you know, he's violating the
21   court order.   If we had done the discovery to show who
22   actually wrote those things and how they were solicited, we
23   would have shown the nature --
24            THE COURT:   All right.   We'll sustain the objection.
25            MR. GEORGE:   Your Honor, none of this -- just to
```

1   defend myself.  None -- this is from the deposition that he

2   just took two weeks -- a week ago.  None of that has to do

3   with the Societies of Epidemiology.  He was asked about

4   specific organizations and what their position was.  Says

5   nothing about Societies of Epidemiology.  Went through all of

6   the various organizations and that's what his response was.  I

7   wasn't referring to any policy statement.

8           MR. SCHACHTER:  This is indirect.  That's where they

9   have signed on to that policy statement and of course he

10  acknowledged that.

11          THE COURT:  Let's go on to something else.

12  BY MR. GEORGE:

13  Q.   There are other organizations like the National

14  Toxicology Program, the United States Public Health Service,

15  and the World Trade Organization that all disagree with your

16  constricted view of chrysotile as a cause of mesothelioma,

17  correct?

18  A.   I don't know what each one of these says specifically

19  about it.  All these documents say a lot of different things

20  and so I'm not really sure exactly what you're referring to.

21  Q.   But you did just testify last week that those

22  organizations all agreed that all asbestos fiber types,

23  including chrysotile can cause mesothelioma.

24  A.   In parts of their document they say that and in parts of

25  their document they say other types of things.  So I don't

1    want to endorse everything they said in the document.

2    Q.    Well, the World Trade Organization when there was a

3    dispute, when Canada was attempting to sell chrysotile to

4    France and France didn't want it, the panel, after noting that

5    the carcinogenicity of chrysotile asbestos fibers has been

6    acknowledged by international bodies and confirmed by experts,

7    the panel consulted ruled that it has sufficient evidence that

8    there is in fact a serious carcinogenic risk associated with

9    the inhalation of chrysotile fibers.  In fact, the scientific

10   evidence of record for this finding of carcinogenicity of

11   chrysotile asbestos fibers is so clear and voluminous and is

12   confirmed a number of times by a variety of international

13   organizations so as to be practically overwhelming.

14        That's what that panel found, right?

15   A.    That's what it says.

16   Q.    You agree 95 percent -- now, what that means is when we

17   are in a shipyard situation like what's up here, you would

18   agree with me on those pipes, what we have is chrysotile

19   asbestos cloth that's wrapped around the insulation, correct?

20   A.    Yes.

21   Q.    Sealed with chrysotile asbestos cement, correct?

22   A.    Well, I think now we're getting into generalizations

23   about what was present in these kinds of facilities.  I agree

24   when Mr. Henshaw testified this morning that it's very

25   difficult to make generalizations about all the kind of

 1   exposures that are out there.  And so I would be reluctant to

 2   do so.

 3   Q.   But since 95 percent of what was used in the United

 4   States was chrysotile, that would mean 95 percent of the

 5   asbestos that's in that engine room is chrysotile, correct?

 6   A.   I wouldn't jump there because just to say that there's

 7   95 percent chrysotile asbestos as a total consumption in the

 8   U.S., it doesn't say what's in a particular exposure setting

 9   or not.

10   Q.   Let's talk about animal studies because that's something

11   that Dr. Garabrant would not -- didn't have the expertise.

12        You agree that it's been demonstrated that pure

13   chrysotile, I mean, uncontaminated chrysotile can cause

14   mesothelioma in rats.

15   A.   I'm not aware of any study that looked at pure chrysotile

16   and found mesothelioma.  I'm aware of some that don't, for

17   instance, by Ilgren and Muhle and colleagues.

18        I would also, and didn't have time in my direct to talk

19   about the fact that in rats, you can essentially, if given

20   enough dose cause tumors of a variety of sort from a variety

21   of different exposures, including to glass or to wool or to

22   cellulose.

23        So the animal studies can be used to make certain

24   mechanistic conclusions, but I definitely wouldn't make causal

25   associations based on animal studies alone.

1   Q.   You would agree that a good scientist will evaluate the

2   totality of the scientific evidence before making a decision

3   about causation.

4   A.   Yes.

5   Q.   That includes animal studies, in vitro studies,

6   epidemiologic studies, case reports, and any other industrial

7   hygiene studies about dose, all of those are important pieces

8   to the puzzle of does something cause something, correct?

9   A.   Well, there's a couple things in what you said.  One is

10  that that process of evaluating the totality of

11  multi-disciplinary approach is a risk assessment approach.

12       I think what your question implied is that animal studies

13  are part of the causal association determination, and they're

14  not.  That's where epidemiology comes in.

15  Q.   So you think that the scientists that do this type of

16  work are wasting their time?

17  A.   No, not at all.  Not at all.  As a matter of fact, I

18  think there are important mechanistic findings from animal

19  studies that have helped us in a variety of ways in medicine.

20  So I don't think it's a waste of time at all.

21  Q.   When these scientists who do these animal experiments

22  experiment with the substance, they typically use what is

23  known as the UICC samples, correct?

24  A.   Yes.

25  Q.   And you're aware that Dr. Dodson and Dr. Frank took the

1  UICC sample A for chrysotile from Canada and they looked at

2  twenty some thousand consecutive fibers and found no evidence

3  of tremolite.  They published that study.

4  A.   I think UICC-B is from Canada, if I'm not mistaken.

5  Q.   Well, we'll see what the article says.

6  A.   Yeah, I know which article you're talking to.  I haven't

7  reviewed it in some time.

8  Q.   But you will agree that the use of chrysotile in animal

9  inhalation experiments with rats have caused mesothelioma.

10  A.   Yes.  I mean, if you look at the animal studies that I

11  outlined in my report, the propensity of chrysotile to cause

12  tumors in rats is under a couple different circumstances.

13  One, that you have to give the rats a very high dose and you

14  have to give it for a long time.

15       I think the reason I included the animal studies in my

16  report is to show that it's much easier to make mesothelioma

17  in a rat giving them amphibole than it is chrysotile.  And I

18  don't think that's a debatable point.

19  Q.   Well, let's look at the studies.  First of all, you're

20  familiar with the IARC, the International Agency Research on

21  Cancers, 2012 publication on asbestos, correct?

22  A.   Yes.

23  Q.   And in that publication, they went through all the rat

24  studies and other animal studies and said, bronchial

25  carcinomas and pleural mesotheliomas have been observed in

1  rats after exposure to chrysotile, crocidolite, amosite,

2  anthophyllite, and tremolite fibers, correct?

3  A.   Yes.  And in that bland statement, as I mentioned, I

4  couldn't disagree with that.

5  Q.   Now, this is 1974, J.C. Wagner, the guy who in 1964 -- or

6  1960 had found the case of mesothelioma in South Africa, did

7  some animal studies, correct?

8  A.   Yes.

9  Q.   And they found a total of 11 mesotheliomas occurring, 4

10  of which were with crocidolite and 4 of which were with

11  Canadian chrysotile, correct?

12  A.   Yes.

13  Q.   In fact, they went on to say, There was no evidence of

14  either less carcinogenicity or less asbestosis in the groups

15  exposed to chrysotile than those exposed to the amphiboles,

16  even though the amounts of dust in the lungs were so

17  different.  In particular, the UICC Canadian chrysotile

18  produced as many mesotheliomata as the UICC crocidolite.

19  That's what they concluded.

20  A.   Yeah, and I think one of the points I made in my direct

21  is the difference between the Canadian samples and the

22  Rhodesian ones.

23  Q.   Well -- and you in your papers cited to the 1980 Wagner

24  study where he did the comparative effects of three

25  chrysotiles by injection inhalation to say that there was no

 1  chrysotile mesotheliomas there, but there was -- there was

 2  also only one crocidolite mesothelioma, correct?

 3  A.    I think so.  And I think I'm going to refer to my report,

 4  if you don't mind.

 5  Q.    That's the only point I wanted to make about that.

 6        You're familiar with the Davis 1978 study, "Mass and

 7  number of fibers and the pathogenesis of asbestos-related lung

 8  disease in rats"?

 9  A.    Yes.

10  Q.    And there they found that there was one peritoneal

11  mesothelioma in 42 animals exposed to 2 micrograms of

12  chrysotile and there was 1 pleural mesothelioma in the

13  crocidolite animals who actually had 5 micrograms of exposure,

14  correct?

15  A.    The important point, though, that I footnoted in my

16  report was that the Davis study found no mesotheliomas in

17  those exposed to the UICC-A samples.  And so that's the

18  samples without tremolite.  So I think actually that supports

19  my opinion about relative potency.

20  Q.    Well, another study was done by Davis in 1988,

21  "Comparisons of the pathogenicity of long and short fibers of

22  chrysotile asbestos in rats."  You're familiar with that

23  study, correct?

24  A.    I think I've seen it at some time, yes.

25  Q.    And what they found was for the long chrysotile, they

1   found two pleural mesotheliomas and a peritoneal mesothelioma.

2   For the short chrysotile they found one peritoneal

3   mesothelioma, and for the controls they didn't find any

4   mesotheliomas, correct?

5   A.   Again, I would have to look at the exact samples they

6   were using before I could draw any conclusion from it.

7   Q.   Now, in your report you cited the baboon studies that

8   were done by Goldstein and by Hiroshima, correct?

9   A.   Yes.

10  Q.   Now, what you didn't say in your report is in the

11  Goldstein study, they didn't know how much exposure to

12  chrysotile A the baboon was given.  So it was hard to compare

13  the fact that no mesotheliomas developed in that animal

14  because we didn't know how much he had compared to what they

15  got from the amosite and the crocidolite, correct?

16  A.   Right, and I think that actually speaks to the fact that

17  dose is important.

18  Q.   And then for the second baboon study in Hiroshima, the

19  reason why there was no chrysotile mesotheliomas is because he

20  had 8.5 to 24 months of exposure, whereas the amosite one had

21  49 months of exposure which was almost twice as long.  And the

22  crocidolite one had 35 months of exposure which was another

23  half as long as the chrysotile.  You didn't mention that in

24  your report, correct?

25  A.    Well, I think the point of referencing that all together

1  was to demonstrate that it's very difficult to cause

2  mesothelioma from chrysotile exposures in animals, and I think

3  that was a perfect example of it.

4  Q.   Well, it might have been less difficult if they gave that

5  animal as much asbestos exposure as they gave the amosite and

6  the crocidolite one, correct?

7  A.   That's not what the study did, though.

8  Q.   Right, and so you don't know whether, in fact --

9  A.   Well --

10  Q.   -- they had given the chrysotile baboon as much exposure

11  as they gave the one for amphibole, that maybe a mesothelioma

12  would have occurred, correct?

13  A.   Well, I think we can make all sorts of guesses about what

14  might have happened.  However, they did give the animal

15  chrysotile and no tumors were developing.

16  Q.   But the important point is in your report you didn't

17  mention the fact that the reason why that one of the reasons

18  that might explain why the mesothelioma didn't occur is

19  because the chrysotile baboon got a lot less exposure than the

20  amosite or crocidolite baboon.  You didn't mention that,

21  correct?

22  A.   Because we're not doing causal associations based on

23  animal studies I didn't find that it was important to go

24  through every single detail of the animal studies other than

25  to say and to make the point that there is a biologic

1   rationale for the differences in fiber potency.

2   Q.   So the only thing you thought was important about these

3   baboon studies was to mention that there was no mesotheliomas

4   but not the facts surrounding why there was no mesotheliomas.

5   A.   No, I think the important part in mentioning that was to

6   make sure that there was an understanding that the fiber

7   potency differences are real and that it's much more difficult

8   to make a mesothelioma in a rat with chrysotile than it is

9   with amphiboles.

10   Q.   But you can't make potency determinations if you're not

11   giving the same level of exposure to the representative

12   animals, correct?

13   A.   Well, what would be wrong is if I took that information

14   from an animal study and applied it to a human being, which I

15   wasn't doing.  And so if I was making potency assessments in a

16   human being based on that study, I would agree wholeheartedly

17   with you.  But that wasn't the point of what I was doing.

18   Q.   Well, but even making potency determinations in animals,

19   it's not appropriate to say that an animal that got less

20   exposure than other animals, therefore they can't get

21   mesothelioma.  Anyway, I'm beating a dead horse.

22       In vitro studies.  You would agree that in vitro studies

23   have shown that pure chrysotile -- and they don't put

24   contaminated chrysotile on this level, correct?

25   A.   Right.

1    Q.    When we're doing in vitro studies, we're doing cellular

2    reactions and we're very careful that we're using the fiber,

3    correct?

4    A.    Yes.

5    Q.    And you would agree that it can cause damage to DNA.

6    A.    Like a lot of things.  Either spontaneous or exposure

7    related, yes.

8    Q.    But you would agree that in vitro studies have shown that

9    chrysotile can produce a mutagenic event.

10   A.    Yes.

11   Q.    And you agree that chrysotile fibers can cause actual DNA

12   strand breakage.

13   A.    Yes.

14   Q.    Now, you talked about the location of the pleura and you

15   agree that that location is important when we're talking about

16   mesothelioma cases because the asbestos fibers that are

17   translocated into mesothelial tissues play an important role

18   for the induction of an asbestos related serosal disease,

19   correct?

20   A.    Yes.

21   Q.    And you agree it is only the fibers that get to the

22   pleura that are going to cause a mesothelioma, correct?

23   A.    Yes.  That's our current understanding of it.

24   Q.    Sure.  And so the fact that amphiboles have this long

25   half life inside the lung, all the ones that are staying in

1    the lung have nothing to do with the development of a

2    mesothelioma in another body part, correct?

3    A.    Well, I think what it does is it speaks to the difficulty

4    with which the lung has in handling the amphibole fiber.

5    Q.    But you agree with the proposition, and you've said it,

6    that the half lifes for crocidolite and amosite are decades.

7    A.    Uh-huh.

8    Q.    Correct?

9    A.    Yes.

10   Q.    And the fibers that are stuck in that parenchyma tissue

11   for those decades aren't going to cause a mesothelioma in the

12   pleura.

13   A.    I think you might be missing the scientific point.   The

14   scientific point of looking for fibers in the lung is not only

15   to inform about biopersistence, but it's also a way to make a

16   determination what an individual is exposed to.   And the

17   reason that we do that is because you can't readily -- and

18   there's no standards for accessing pleural tissue to do that

19   with.   So we just have to be careful that we're talking about

20   lung tissue studies in one context and we can't necessarily

21   apply that to pleural tissue studies which really haven't been

22   done in large measure.

23   Q.    But from a purely physiological standpoint, you would

24   agree with me, if an asbestos fiber is stuck in the lung

25   parenchyma, it has no causal relationship to a tumor that is

1   arising in the pleura.

2   A.   Not that amphibole fiber.

3   Q.   Correct?

4   A.   But it might have had friends and so that's the part that
5   I'm...

6   Q.   Right, you're using as a surrogate for what other
7   exposures may have been.  And the reason why we can't do that
8   with chrysotile is because chrysotile doesn't remain in the
9   lung for any length of time.

10  A.   Well, that's not true.  That's not true either.  There's
11  chrysotile in the lung of occupationally exposed individuals,
12  non-occupationally exposed individuals.  And it's not
13  scientifically accurate to say that all of the chrysotile is
14  removed from the lung and therefore if we can't find it, it
15  must not have existed.

16  Q.   But it's also scientifically true that the half life of
17  chrysotile in lung tissue borders on the range of months
18  rather than years.

19  A.   It depends on the study, but I would accept it's much
20  shorter than an amphibole.

21  Q.   Much, much shorter than amphiboles.

22  A.   Yes.

23  Q.   And where it's going, some of it is getting eaten up by
24  macrophages.  Some of it is getting into the lymphatic system
25  and getting washed away.  And some of it is getting into the

1  lymphatic system and sticking in the pleura, correct?

2  A.   I'll agree with all of that.

3  Q.   And the reason why you will agree with all that is

4  because there are scientists who looked at that issue,

5  correct?

6  A.   Yes.

7  Q.   And you're aware of that.

8  A.   Yes.

9  Q.   One of them is Sebastien.

10  A.   Yes.

11  Q.   He did asbestos retention in human respiratory tissues,

12  comparative measures in lung parenchyma and in the parietal

13  pleura and what he found was in the cases studied, the

14  proportion of amphibole type fibers within the lung range from

15  0 to 100 percent with a mean of 56.  And on the other hand,

16  when a pleural sample was positive for asbestos, almost all of

17  the fibers encountered were of the chrysotile type.  That's

18  what he found, correct?

19  A.   That's what he wrote.  Again, I don't -- I don't put a

20  lot of emphasis on that to determine causation, but that's

21  what he found pathologically.

22  Q.   He said, This study has demonstrated that the retention

23  of asbestos dusts in the parietal pleura was related to type

24  and size.  Most of the fibers were short chrysotile fibers.

25       And he's not the only researcher who found that.

1   A.    No, actually I quite agree with that mainly because those

2   of us who are not occupationally exposed and, in fact, those

3   who are occupationally exposed most of the chrysotile fiber

4   that's found in the lung, and I would think therefore the

5   pleura, is of the short fiber type and that's a clearance

6   mechanism that I think is not injurious.

7   Q.    But not all of the chrysotile fibers that get to the

8   pleura are short.

9   A.    No, I wouldn't say all, but I would say the majority.

10  Q.    Now, Dr. Suzuki, who is at Mt. Sinai, one of Dr.

11  Selikoff's colleagues, he did a study on "Short, thin asbestos

12  fibers contribute to the development of human malignant

13  mesothelioma:  Pathologic evidence."  And what he found was a

14  disproportion of the type and number of asbestos fibers

15  between the lung and the mesothelial tissues was frequently

16  seen in the malignant mesothelioma cases.  Asbestos fibers in

17  the lung were amphiboles or an add mixture of types,

18  chrysotile and amphiboles, where amphiboles were the majority

19  while those seen in the mesothelial tissues were primarily

20  chrysotile.  And then he cites at least seven studies that

21  support that proposition, correct?

22  A.    Yeah.  The only issue I have with this kind of analysis

23  is that while there's some information about lung tissue

24  burden, there is very little about how much asbestos fibers

25  should be in the pleura in people that aren't exposed, are

1   exposed, have mesothelioma, don't have mesothelioma.  So I'm

2   not really sure what he's comparing the amount of fiber in the

3   pleura to.

4   Q.   Well, you know in Dr. Suzuki's studies, he did have a

5   control population that he compared them to.

6   A.   Yeah, the control population that he has, though,

7   wasn't -- it wasn't clear really who those individuals were

8   and how he was controlling for asbestos exposure.

9   Q.   Now, he says that it was suggested that chrysotile

10  fiber's strong capacity to translocate from the lung into the

11  pleura and/or peritoneal tissue caused the disproportion of

12  the number and types of asbestos fibers between the two

13  tissues.

14       And those tissues, the pleura and the peritoneum, they

15  are basically the same -- composed of the same type of cells,

16  correct?

17  A.   They are.

18  Q.   It's all one serosal layer?

19  A.   Yes.

20  Q.   When we're born embryonically the pericardium, the

21  pleura, the peritoneum are all really one organism.

22  A.   That's right.

23  Q.   Okay.  And you're familiar with this article, "The

24  ticking time bomb of asbestos:  It's insidious role in

25  development of malignant mesothelioma."

1    A.    I've read that at some time, yeah.

2    Q.    It says, The usefulness of lung fiber analysis, however,

3    was again called into question in a study comparing fiber

4    measurements between lung parenchyma and the parietal pleura.

5    The authors revealed evidence of predominantly short

6    chrysotile fibers within the pleura, plaques and pleural

7    fibrotic tissue, despite predominantly amphibolic asbestos

8    being noted in the lung.  This preferential localization to

9    the pleura casts significant doubt on the accuracy of lung

10   fiber analysis in assessing exposure in patients with

11   asbestos-relate diseases.

12        That's what they wrote, correct?

13   A.    That's what they wrote.

14   Q.    And what they meant is you can't really do a lung fiber

15   analysis and say aha, there's very little chrysotile here;

16   therefore, this individual who we are examining his lungs 30

17   or 40 years later was not exposed to chrysotile.

18   A.    Well, I would say it differently.  I think what you can't

19   do is do a lung tissue analysis and make causal associations

20   with it.  And I think that there's a tendency to do that, and

21   I don't think that that's the right way to do it.

22   Q.    So all this lung fiber burden analysis that the judge

23   heard, that's really not proper evidence for determining

24   causation, correct?

25   A.    It depends on how you use it.  I think that what can't be

1  gleaned from that kind of information is fiber type

2  differences.  And so finding amphibole fibers in the lung, for

3  instance, particularly of a certain type, would indicate that

4  somebody was occupationally exposed to them.  Finding a

5  certain amount of chrysotile in the lung, on the other hand,

6  whether it's a lot or a little bit, it doesn't help you a lot.

7  Q.  Let's talk about the historical research that you

8  mentioned in your direct.  First I want to talk to you about

9  Dr. Wagner's article.  You said in 1960 Dr. Wagner found a

10 series of cases in South Africa where not only miners but

11 people living around the mine got mesothelioma and from that

12 evidence he determined that crocidolite was a cause of

13 mesothelioma.  Is that an accurate summary?

14 A.  Not exactly that he considered it a cause.  He

15 certainly -- again, to use the language properly, found that

16 there was a case series that suggested that further research

17 be done.

18 Q.  And what Dr. Wagner did, as any good researcher would do

19 when they find this phenomenon, is he goes and asks his

20 buddies and say, hey, has anybody else come across this.  And

21 what they found was that in 1952, 8 years earlier, Cartier

22 mentioned two cases of diffuse mesothelioma from a Canadian

23 chrysotile mine.  A further three cases were described by Van

24 der Schoot in the Netherlands.  Unfortunately, no indication

25 is given in the literature regarding the type of asbestos to

 1   which the majority of recorded cases of carcinoma were

 2   exposed.  However, discussion with management and medical

 3   officers of two of the factories in which the majority of the

 4   cases reported in Britain were employed, suggests that most of

 5   these workers were handling chrysotile asbestos.  Now, the

 6   possibility that some of these people may have also been

 7   exposed to crocidolite dust cannot be excluded.

 8        What this tells us is that in 1960 Dr. Wagner was aware

 9   that crocidolite wasn't the only substance suspected of

10   causing mesothelioma, correct?

11   A.   I'm not sure that's what he's saying.  I think that

12   instead what he's saying is that some of those individuals who

13   went on to develop mesothelioma handled chrysotile asbestos.

14   I think that's a fairly noncontroversial point.

15        What he wasn't able to do, and you can't with two cases,

16   is try to determine what else those individuals were exposed

17   to.

18   Q.   Well, let's talk about Dr. Selikoff in 1965.  So five

19   years later Dr. Selikoff says, look, if the hypothesis that

20   mesothelioma associated with asbestos contact is a special

21   case of asbestos cancer caused by exposure to one kind of

22   asbestos fiber, crocidolite, it's correct the problem is a

23   rather limited one.  Although it would be important in the

24   areas in which crocidolite is mined, and to those working with

25   it, the United States asbestos industry could be advised to

1    avoid this type of fiber in favor of other forms of asbestos.

2         So what Dr. Selikoff decided to do is test the

3    hypothesis.  Our investigations could serve to test this

4    hypothesis.  Crocidolite has had a small role in the United

5    States asbestos industry and that -- but recently neoplasms

6    associated with asbestos exposure generally occur only 20 to

7    40 years after exposure.  If mesothelioma could be found with

8    increased frequency in association with asbestos in this

9    country, it would demonstrate that this tumor was another

10   neoplastic hazard of asbestos exposure in general and not

11   limited to one area or to one type of fiber.

12        That's what he wrote in 1965, right?

13   A.   Yes.

14   Q.   And in that very same publication he reported the fact

15   that in their study of 307 consecutive deaths among

16   asbestos-insulation workers -- now, those insulation workers

17   weren't exposed to very much crocidolite at all, correct?

18   A.   That's right.

19   Q.   They were exposed to 90 percent chrysotile and maybe

20   10 percent amosite, correct?

21   A.   Well, I don't know the exact proportion and I don't know

22   the percentage of crocidolite in any of these --

23   Q.   But it was predominantly a chrysotile exposed population.

24   A.   Yeah, I think that's right.

25   Q.   Okay.  "They found ten deaths caused by mesothelioma of

1   the pleura (four cases) or peritoneum (six cases).  This is an

2   extraordinarily high incidence for a tumor generally so rare

3   that its not separately coded.

4       "It appears mesothelioma must be added to the neoplastic

5   risks of asbestos inhalation, and joins lung cancer (53 of 307

6   deaths) and probably cancer of the stomach and colon (34 of

7   the 307 deaths) as a significant complication of such

8   industrial exposure in the United States."

9       That's what he wrote, correct?

10  A.   And I think this is exactly the reason why I wanted to be

11  sure to present as comprehensive a picture as possible because

12  to say that somebody was just exposed to chrysotile and

13  therefore that causes mesothelioma is not going through the

14  proper scientific method.  And so while some of these people

15  were certainly exposed to chrysotile.  The fact that they were

16  also exposed to amphibole asbestos and putting that in the

17  context of all the medical literature available makes it very

18  difficult to -- for me to say that chrysotile elevates the

19  risk.

20  Q.   But at this point in time, what you're saying is if I

21  find any amphibole, that must be the cause and you're just

22  ignoring the fact that this population had -- their majority

23  exposure was to chrysotile.

24  A.   I'm not ignoring the fact at all.  As a matter of fact, I

25  think that as a lot of my comments in the direct would

1    indicate, I'm taking into account all the opportunities to

2    study both fiber types and make that determination.  So that

3    includes studying brake workers.  That includes gas mask

4    manufacturers.  That includes mining communities in South

5    Africa.  So if we're trying to get to an honest answer about

6    risk, we have to include all of that literature.

7    Q.    Let's keep on looking at the literature.  So in 1966, a

8    year later, Ward O'Donnell, Richard Mann, and John Grosh wrote

9    their paper, "Asbestos, an extrinsic factor in the

10   pathogenesis of bronchogenic carcinoma and mesothelioma" where

11   they report on 55 asbestos textile workers who had

12   pathologically proven asbestosis and 28 malignant neoplasms

13   were found, 23 bronchogenic carcinomas, and 5 mesothelioma of

14   the peritoneum and the pleura.  Now this is 1966.

15        You're familiar with this article, correct?

16   A.    Yes.

17   Q.    And what they said was, "The plant involved in this study

18   used the chrysotile type of asbestos fiber almost exclusively.

19   The neoplastic hazard results from exposure to asbestos in

20   general rather than to any one particular fiber type."

21        That was what their conclusion was in 1966 in an

22   historical perspective.

23   A.    Yeah, in 1966.  And I think the comment almost

24   exclusively is revealing because, again, we don't know in that

25   particular cohort if there was a mixed exposure setting or

1   not.  And I think that that's the difficulty in going back to

2   a study from 1966 and trying to draw conclusions about it.

3   Q.   That's true about every cohort we're going to talk about

4   today is they're mixed exposure cohorts to a certain extent

5   because you just said in the beginning of this examination

6   that you don't believe that there's anybody in the world

7   that's exposed exclusively to pure chrysotile fibers.

8   A.   Well, I didn't say that.  And --

9   Q.   But would you agree that that's --

10  A.   No.  No.  I wouldn't agree with that.  There is evidence

11  that I presented earlier today that gives you the best

12  opportunity to look at chrysotile exposures.  And so whether

13  or not there's a medically significant amount of tremolite

14  associated with those or not -- you've got the South African

15  mining population.  You've seen the difference in the New

16  Orleans asbestos in those plants.  You've seen the gas mask

17  manufacturers.  You've got the biologic rationale for why the

18  fiber potency differences exist.  And that's why it's very

19  important to look for those opportunities to study the

20  different fiber type rather than draw a conclusion with one

21  particular study or the other.

22  Q.   Now, you know Dr. Lemen is a Ph.D epidemiologist,

23  correct?

24  A.   Yes.

25  Q.   Former assistant surgeon general of the United States

1    Public Health Service.  He wrote a paper on chrysotile

2    asbestos as a cause of mesothelioma where he applied the

3    Bradford Hill causation criteria.  And you're familiar with

4    those criteria, correct?

5    A.    Yes.

6    Q.    And he said that "this paper examines one proposed model

7    for establishing causation as presented by Sir Austin Bradford

8    Hill in 1965.  Many policymakers have relied upon this model

9    in forming public health policy as well as deciding litigation

10   issues."

11        And it's a very well accepted criteria to look at to

12   determine cause and effect, would you agree with that?

13   A.    It is with an important caveat.  That there has been a

14   statistically significant excess risk demonstrated with that

15   particular exposure.

16        So the first thing you need to do if you're going to

17   apply the Bradford Hill criteria is show a statistically

18   significant increased risk and then make the causal

19   association assessment.  Just by showing the statistical

20   increased risk, you're not showing that something causes a

21   disease.

22   Q.    But wasn't Sir Bradford Hill's entire point was not to be

23   a slave to statistical significance; that we have to look at

24   all of the factors.  We have to look at biologic plausibility.

25   We have to look at coherence.  We have to look at animal

1  studies.  We have to look at all of the factors.

2  A.   Couldn't agree more.  Couldn't agree more.

3  Q.   Now, what Dr. Lemen said is "chrysotile asbestos meets

4  Hill's nine proposed criteria, establishing chrysotile

5  asbestos as a cause of mesothelioma."

6      And he explains what we're doing right now.  And what

7  we're doing right now is there a debate.  Correct?  There

8  is a debate in the world science as it applies to human

9  exposure to pure chrysotile-containing products.

10     He says, "It's academic at best as there appear to be few

11 if any pure chrysotile deposits unequivocally identified or

12 reported in the scientific literature; nor has any product

13 purported to contain only chrysotile been conclusively shown

14 to contain uncontaminated pure chrysotile."

15     And you would agree with that, right?  That was your

16 sentence at the beginning of this examination, basically.

17 A.   No.  My comment about the Lemen paper, and I know that

18 there's going to be other experts that have offered an opinion

19 on this specifically about the Lemen paper so I won't belabor

20 the point.  But there is an occupationally exposed cohort that

21 was exposed to low dose chrysotile whether tremolite

22 contaminated or not that showed no excess risk for development

23 of the disease.  And in this paper there was no mention of

24 those many cohort studies in the auto mechanics.

25 Q.   Well, he wrote a separate paper on the fact of causation

1  of asbestos in auto mechanics.  You're aware of that.

2  A.    I am.  And I don't know how one can reach the conclusion

3  if you review all of those epidemiologic studies that working

4  with friction materials, brake work, elevates the risk.

5  Q.    But he's a Ph.D epidemiologist.  He reviewed the evidence

6  and in his opinion he believes that, in fact, there is

7  sufficient evidence, even though the epidemiology is

8  equivocal, that asbestos in brakes cause mesothelioma.

9  A.    That's his opinion.  I don't agree that the epidemiology

10 is equivocal

11 Q.    I understand that, but that's what I'm saying.  It's a

12 debate, correct?

13 A.    I think that's a proper classification of it.

14 Q.    In fact, he goes on to say, "If and when such deposits or

15 products are identified," these pure ones, "the fact remains

16 that chrysotile alone can cause mesothelioma, as demonstrated

17 in this paper, when fitting the existing scientific knowledge

18 into the parameters of the Hill causation model.  The exact

19 potency of chrysotile, per dose, needed to cause mesothelioma,

20 when compared with the amphiboles, remains controversial and

21 has been discussed else where.  However, even when potency on

22 a dose-by-dose basis is considered, the fact remains that

23 chrysotile is capable of causing mesothelioma and that no safe

24 dose has been identified below which a risk of developing

25 mesothelioma no longer exists.

1      That's his opinion, correct?

2   A.    Yes.

3   Q.    He published that opinion.

4   A.    Yes.

5   Q.    And there are others who agree with that opinion.

6   A.    I'm sure there are.

7   Q.    And in fact, I want to talk to you about this Acheson

8   study.  This is the study that you referred to on your direct,

9   correct?

10  A.    Yes.

11  Q.    Mortality of two groups of women who manufactured gas

12  masks for chrysotile and crocidolite asbestos, a 40-year

13  follow up.  You said that the difference between the two

14  groups of workers was one was with chrysotile and one was with

15  crocidolite, but there were some other differences, correct?

16       For example, the population that was manufacturing the

17  chrysotile gas masks began in 1936 and it ended when the war

18  ended.

19       The population of workers that were making the

20  crocidolite gas masks started in 1927 and made them until

21  1969.

22       So we have a significantly longer exposure period between

23  the chrysotile gas mask workers and the crocidolite gas mask

24  workers, correct?

25  A.    I think that's right, but the point I think is is that

 1   it's long enough to -- for latency period to run so that you

 2   would see disease if it was present.

 3   Q.   There was also another difference.  The difference was

 4   the chrysotile process was mechanized, which meant it was done

 5   in a factory.  And factories in England in the 1940s, they

 6   already knew about asbestos through Merriwether and Price and

 7   so they were instituting industrial hygiene controls to

 8   control exposure, correct?

 9   A.   I don't know.

10   Q.   But the crocidolite gas masks were made by hand and so

11   there would have been more exposure if you're hand making

12   something than when it is being mechanized.

13   A.   I don't know about that.

14   Q.   Well, there was mesothelioma in the chrysotile

15   population, correct?

16   A.   Yes.

17   Q.   And they recognized that maybe they had reason to believe

18   that that person might have done some work in another

19   Blackburn factory that had crocidolite, but they don't

20   actually give us any data to support that reason to believe,

21   correct?

22   A.   Correct.

23   Q.   Let's talk about the Canadians.  You talked on direct

24   about the fact that there is more tremolite in one area of

25   Canada than in another.  That information was all taken in

1    consideration by the IARC when they did their 2012 evaluation,

2    correct?

3    A.   I assume so.

4    Q.   In fact, they said, "The fact that chrysotile asbestos

5    mined in Quebec is contaminated with a small percentage of

6    amphibole asbestos has complicated the interpretation of these

7    findings.  McDonald found in a case control study for

8    mesothelioma in the Thetford Mines in Quebec that an

9    association with asbestos exposure was evident in the mines

10   from a region with a higher concentration of tremolite and not

11   in another region with lower concentrations of tremolite."

12        They go on to say, however -- and I never know how to

13   pronounce this in French.  Begin?

14   A.   Begin.

15   Q.   "Noted that although tremolite levels may be 7.5 times

16   higher in Thetford than in asbestos, the incidence of

17   mesothelioma in these two Quebec mining towns was proportional

18   to the size of their work force.  This suggests that the

19   tremolitic content of the ores may not be a determinant of

20   mesothelioma risk in Quebec.  Separate analyses for workers at

21   the Thetford and asbestos mines and mills did not demonstrate

22   a different exposure response relationship for asbestos and

23   mesothelioma in these two mining areas."

24        That's how IARC interpreted the discussion that you did

25   on direct, correct?

 1  A.   I think that's how they interpreted.  There's a lot of
 2  speculation in that comment.
 3  Q.   Let's talk about South Africa.  They say in a
 4  mesothelioma case control study in South Africa, an
 5  association was reported with exposures to crocidolite and
 6  amosite asbestos, but no cases were found to have been
 7  exclusively exposed to chrysotile asbestos.  One possible
 8  explanation for these negative findings for chrysotile is that
 9  South African chrysotile asbestos may contain relatively
10  little tremolite.  Another possible explanation is that
11  chrysotile mining began later."
12       They didn't begin mining chrysotile in South Africa any
13  the mid 1960s, correct?
14  A.   Yes.
15  Q.   And the production levels were lower.  They mined more
16  crocidolite and more amosite than they did chrysotile.
17       And in fact the work force was smaller.  There were less
18  chrysotile miners than there were amphibole miners, correct?
19  A.   That's correct.
20  Q.   And in fact, most of the chrysotile miners were African
21  Africans.
22  A.   Yes.
23  Q.   They were blacks.
24  A.   Yes.
25  Q.   And there has been very little documentation kept about

1   what happened to that work force as it progressed --

2   A.    Well, I think importantly, though, Rees followed up this

3   study in 2001 with lung tissue fiber analysis that did find

4   that there was more risk in the individuals that had amphibole

5   in their lungs.

6   Q.    But cases of mesothelioma have been reported among

7   asbestos miners in Zimbabwe which has been reported to be

8   uncontaminated with tremolite asbestos.  You're aware of that.

9   A.    This is the article which subsequently found

10  anthophyllite in that cohort in 1996.

11  Q.    You're aware of Margaret Becklake, correct?

12  A.    Yes.

13  Q.    She wrote an article in 2007 and she found that in

14  Zimbabwe between the two chrysotile mines of Shibanie and

15  Gaths, they found 36 cases of mesothelioma that were

16  identified.

17  A.    Yes, I'm aware of that study.

18  Q.    Okay.  Now, there are authors, and I know you disagree

19  with this, but Allan Smith is another epidemiologist, correct?

20  A.    Yes.

21  Q.    He's from California.

22  A.    Correct.

23  Q.    You've been in trials where he's been on the other side,

24  correct?

25  A.    I won't hold that against him, the California part.

1    Q.   But he's a Ph.D.

2    A.   I think so, yes.

3    Q.   He wrote a peer reviewed article.

4    A.   Correct.

5    Q.   His conclusion based on his review of the evidence is

6    that chrysotile asbestos is the main cause of pleural

7    mesothelioma, correct?

8    A.   That's what he said.

9    Q.   Okay.  And he -- his conclusion is there's three points.

10   One, chrysotile asbestos is a potent cause of pleural

11   mesothelioma; two, the large majority of mesothelioma is

12   attributable to asbestos exposure; and three, chrysotile

13   asbestos has been the major fiber type used.

14        "Based on this evidence, we conclude that chrysotile

15   asbestos is by far the main contributor to pleural

16   mesothelioma causation in the U.S. and other countries in

17   which it has been the predominant fiber type."

18   A.   I understand that pulling these snippets out is the way

19   things are done, but you have to know how and why he reached

20   that conclusion.

21        The how he reached that conclusion is to consider all of

22   the cohorts that he studied, chrysotile cohorts, quote

23   unquote.  Those were clearly mixed cohorts that he's studying.

24        You also have to understand the point that he excluded

25   all of the cohorts that showed no elevation of risk, i.e., in

1   the auto mechanics studies that simply had no excess risk

2   associated with it.

3       So I would have to wonder why exclude the studies that

4   showed no excess risk and why label the studies that he did

5   include as chrysotile-only studies when they were clearly

6   mixed studies.

7   Q.   But, of course, Dr. Smith is not by himself.   There are

8   other researchers that have reached similar conclusions.   Dr.

9   Landrigan, Nicholson, Suzuki, and Landou from Mt. Sinai, they

10  said that clinical and epidemiologic studies have established

11  beyond all reasonable doubt that chrysotile asbestos causes

12  cancer of the lung, malignant mesothelioma of the pleura and

13  peritoneum, cancer of the larynx, and certain gastrointestinal

14  cancers.   Chrysotile also causes asbestosis, a progressive

15  fibrotic disease of the lung.   The risk of these diseases

16  increases with cumulative exposure to chrysotile and also with

17  time since first exposure.

18      Now, you disagree with that, but that's what those

19  researchers found, correct?

20  A.   They do.

21  Q.   You know Leslie Stayner, correct?

22  A.   I know who Dr. Stayner is.

23  Q.   Another Ph.D.

24  A.   Yeah, another Ph.D.   I haven't met him.

25  Q.   He reviewed this issue.   He called it the "amphibole

1  hypothesis."  There is a group of researchers like yourself

2  who support the hypothesis that it's not the chrysotile

3  causing the disease, it's the contaminant tremolite.  And

4  there's another group of scientists who say, no, we think it's

5  all of it, both the chrysotile and the tremolite, true?

6  A.   That's the debate.

7  Q.   And he says, "Our view of both the toxicologic and

8  epidemiologic literature strongly supports the view that

9  occupational exposure to chrysotile asbestos is associated

10  with increased risk of both lung cancer and mesothelioma.  The

11  hypothesis that these observations may be attributable to

12  trace amounts, less than 1 percent of tremolite contamination

13  may seem to be primarily of an academic interest because

14  chrysotile exposures in workers and in the public are also

15  contaminated with tremolite."

16       That's his view, correct?

17  A.   That's his view.

18  Q.   There was a cohort study, a meta analysis that was done

19  in China where they concluded there are excessive risks of

20  lung cancer and mesothelioma among workers exposed to

21  chrysotile fiber alone, and likely no convincing indication of

22  an etiological association between chrysotile exposure and

23  cancers at other sites."

24       You're familiar with the Lee paper, correct?

25  A.   I am.

1   Q.   That went backwards.

2        They started out, they said, "There's been a heated

3   debate on the carcinogenic effects of exposure only to

4   chrysotile during the recent 20 years."

5        Been going on for two decades, correct?

6   A.   Or more, yes.

7   Q.   Every trial that you've been in, we've had this one

8   side/other side presenting their views of the evidence.

9   A.   That's right.

10  Q.   And you don't believe -- it's not your belief, is it,

11  that somebody like Dr. Smith or somebody like Dr. Lemen or

12  somebody like Dr. Stayner is somehow fraudulent because they

13  have a different view of the same scientific papers that you

14  do?

15  A.   No.

16  Q.   It's a good faith academic exercise, correct?

17  A.   I assume so.  I don't know what an individual's intention

18  is, but I assume so.

19  Q.   And given the extent of that debate, that's why we have

20  juries because they are the ones who evaluate what you say,

21  they evaluate what Dr. Lemen says, and they come to their

22  conclusion on who they believe has the stronger point of view.

23  A.   That's how it works.

24  Q.   So what these guys did -- and again, that amphibole

25  hypothesis postulated that amphiboles are the major cause of

 1   mesotheliomas in asbestos workers.  The lung burden of

 2   chrysotile and non-asbestos fibers bear no relation to the

 3   occurrence of mesotheliomas and lung cancers and that

 4   amphiboles are more potent than chrysotile in inducing

 5   fibrotic lung disease and associated lung cancer.

 6        That's a summary of what the amphibole hypothesis is,

 7   correct?

 8   A.   Correct.

 9   Q.   What they did to test that hypothesis -- well, thus a

10   controversy apparently existed.  They even named the two

11   warring factions.  Those that support the amphibole hypothesis

12   are called the chrysophiles and those that opposed it are the

13   chrysophobes.  And in fact, there was a researcher in England

14   who actually wrote a paper:  "Chrysophiles versus

15   chrysophobes."  You've seen that?

16   A.   No.

17   Q.   The column?

18   A.   No.

19   Q.   I'll give it to you sometime.

20   A.   Thanks.

21   Q.   Our final literature search identified 25 articles

22   reporting 26 cohorts that met their inclusion criteria.  And

23   they identified they were from China, USA, UK, Canada, Italy,

24   Sweden, Denmark.

25        They found that chrysotile constitutes 95 percent.  They

1    also found no threshold.  And they concluded that chrysotile

2    alone has excessive risks of mesothelioma.  A conclusion you

3    disagree with, correct?

4    A.    And the way the paper was done methodologically, yes.

5    Q.    One person you do agree with is Charles Yarborough who

6    did a paper on "Chrysotile as a cause of mesothelioma."  And

7    he, like you, is a litigation expert who comes into court on

8    behalf of companies to argue the chrysophiles' point of view,

9    correct?

10   A.    I suppose that's a fair and accurate...

11   Q.    Let's talk about what level of exposure to asbestos

12   doesn't cause mesothelioma.

13        You're aware of the British Thoracic Society?

14   A.    Yes.

15   Q.    In fact, you're a pulmonary doctor yourself, are you not?

16   A.    I am.

17   Q.    And they come to the conclusion based on their review of

18   the literature that there is no evidence for a threshold dose

19   of asbestos below which there is no risk.  They would disagree

20   with you when you say, hey, you can be exposed to tons of

21   chrysotile and it's not going to cause any problem.  That's

22   not their conclusion, correct?

23   A.    And not exactly what I said.  I think that when you look

24   at statements such as this, there is a difference between

25   saying there is no evidence for a threshold dose and the other

1   statement that would say that there is no known threshold.

2   Those are two very different things.  I think that a lot of

3   times phrases like this get written and it leaves one with the

4   impression that there is no threshold, and that's wrong.

5       I think the issue is is whether or not you can define

6   precisely where that threshold exists and that's a separate

7   scientific matter.

8   Q.   And for 20 years, thousands of publications, no scientist

9   from the peer reviewed literature has been able to convince

10  everybody that there is some measurable amount of asbestos

11  that below that number you're not going to get mesothelioma.

12  That's why these statements exist, correct?

13  A.   Well, I think they exist because the studies that have

14  been published aren't set up to define the threshold.  They're

15  not setting out with the intention that I'm going to find the

16  minimum amount of dose below which no risk exists.  That's not

17  how the studies are set up.  And so that question really won't

18  ever be answered because we're not going to be able to design

19  a study that gives you that kind of precision.

20      All you can do is use what's out there in the medical

21  literature to make the comment that I believe in which is is

22  that there is a threshold.  We just don't know exactly the

23  exact fiber CCs year that it is defined by.

24  Q.   But certainly if it was true that the threshold was you

25  can be exposed to a hundred fibers per CC of chrysotile and

1   not get mesothelioma, if it was that obvious, there would be

2   people that would agree with that and publish that, correct?

3   A.    Not necessarily.  I think that the point really is is

4   that the studies aren't set up to show where there is no risk.

5   The studies are set up to show where there is risk.  And

6   that's been in hundreds of fiber years in the studies that I

7   mentioned during my direct with regards to chrysotile mining.

8   So that's the information that you have.

9        Now, as I mentioned, drawing a straight line from those

10  kind of exposures back to zero makes no scientific sense to

11  me.

12  Q.    There are other researchers out there who have tried to

13  determine how low you can go, including Iwatsubo in France and

14  Rodelsperger in Germany which admittedly are mixed dust

15  exposures, but, again, even as mixed dust exposures, they're

16  predominantly chrysotile exposures, and they found that levels

17  lower than what they were regulating asbestos exposure at was

18  causing significant levels of mesothelioma, correct?

19  A.    Well, as they certainly concede in their papers, they

20  didn't really have a clear understanding about what the dose

21  was at these very low levels.  And in fact, put their exposure

22  estimates in quotations to signal to the reader that they

23  weren't eexactly sure what kind of low exposures we're

24  talking about.

25  Q.    It was a panel of five certified industrial hygienists

```
 1  experts who had to retrospectively construct the exposure
 2  because obviously nobody was taking measurements at the time
 3  of the exposure so that's the best we can do, correct?
 4  A.   I understand that was the best they could do.  I'm just
 5  saying that it wasn't good enough to reach the conclusions
 6  that I think you're suggesting.
 7  Q.   Now, the British Thoracic Society recognizes that there
 8  has been much debate about the etiologic role about the
 9  chrysotile white asbestos.  However, a recent World Health
10  Organization review has concluded that chrysotile asbestos
11  does indeed pose an increased risk of mesothelioma in a
12  dose-dependent manner.  This form of asbestos is also the most
13  widely used.
14       And dose-dependent means, like those response curves,
15  more exposure greater risk.
16  A.   Right.
17  Q.   And we'll talk about that in a little bit more detail.
18       You're familiar with Gunter Hillerdal?
19  A.   Yes.
20  Q.   Very well respected researcher out of Scandinavia.
21  A.   Yes.
22  Q.   He wrote a paper on "Mesothelioma:  Cases associated with
23  non-occupational and low dose exposures."  His conclusion,
24  "There is no evidence of a threshold level below which there
25  is no risk of mesothelioma."
```

 1      He goes on to say, "There is no proof of a threshold

 2   value - that is, a minimal lower limit below which asbestos

 3   fibers cannot cause the tumor - and thus it is plausible that

 4   even such low exposure can cause mesothelioma (even if the

 5   risk is extremely low)."

 6      And when we talk about a dose-dependent disease,

 7   obviously the lower the exposure, the lower the risk; the

 8   higher exposure, the higher the probability you're going to

 9   get the disease, correct?

10   A.   Right.

11   Q.   Okay.  You're familiar with the "Environmental Health

12   Criteria 203" from the World Health Organization and others?

13   A.   No.

14   Q.   You've never seen this book?

15   A.   I don't think so.

16   Q.   Little red book about 500 pages?

17   A.   I may have seen it.  I certainly don't recall what's in

18   it.

19   Q.   I'll skip it.  I'll skip it.

20      Here is the World Health Organization which the British

21   Thoracic Society was referring to.  And they have reached the

22   conclusion that there's no threshold that has been identified

23   for carcinogenic risk of chrysotile.  Bearing in mind that

24   there is no evidence for a threshold for the carcinogenic

25   effect of asbestos.  And that increased cancer risks have been

 1  observed in populations exposed to very low levels.  The most

 2  efficient way to eliminate asbestos-related disease is to stop

 3  using all types of asbestos.

 4       They don't advocate the continued use of chrysotile,

 5  correct?

 6  A.   That's what it looks like.

 7  Q.   You're familiar with the Helsinki criteria.

 8  A.   Yes.

 9  Q.   Bunch of well-respected experts --

10  A.   Yes.

11  Q.   -- got together.  And their position is, "Mesothelioma

12  can occur in cases with low asbestos exposure.  However, very

13  low background environmental exposures carry only an extremely

14  low risk."  Just what we've talked with.  Lower the dose,

15  lower the risk; higher the dose, higher the risk.

16       And they say, "An occupational history of brief or low

17  level exposure should be considered sufficient for

18  mesothelioma to be designated as occupationally related."

19       In your practice that's how you make the connection,

20  correct, is an exposure history that you elicit from your

21  patient?

22  A.   Yes.

23  Q.   That's the sole basis in a lot of cases to say that

24  mesothelioma is asbestos-related or not, the only difference

25  between you're looking solely for exposure to amphibole

1  asbestos.

2  A.    Yes.

3  Q.    These guys say any exposure.  That's the true difference

4  between your opinion and theirs, correct?

5  A.    Looks to be.

6  Q.    Okay.  And you're familiar with Laura Welch and her

7  paper, and this is about brake mechanics.  And these 51

8  scientists disagree with you.  They agree that, in fact, there

9  is sufficient evidence to say that exposure to asbestos from

10  brakes can cause mesothelioma, correct?

11  A.    That's what they say.

12  Q.    Okay.  They also say -- and this is just to show that

13  they have lots of experience, these 51 people.  They're not

14  just Joe Blow off the street.  These are epidemiologists and

15  scientists and toxicologists, correct?

16  A.    Correct.

17  Q.    Very well credentialed, great institutions.

18  A.    I think so.

19  Q.    The scientific community is in the consensus that even

20  brief and low level exposure to asbestos can cause

21  mesothelioma.  The main stream scientific community has long

22  recognized and continues to recognize today that there is no

23  safe level of exposure to asbestos.

24        And they go on to note that NIOSH, the National Institute

25  of Occupational Safety and Health, has said that cancer risks

```
 1   have been demonstrated at all fiber concentrations studied to

 2   date.  Evaluation of all available human data provides no

 3   evidence for a threshold or safe level of asbestos exposure.

 4        That's what those 51 people have concluded, correct?

 5   A.   Yes.

 6   Q.   Okay.  Attempts to postulate thresholds for exposure have

 7   been dismissed as logical nonsense.  The lack of a defined

 8   safe level for exposure to asbestos has been supported by

 9   subsequent research.  For example, a large French study

10   recently concluded that substantial excess mortality occurs at

11   exposure levels below current regulatory levels.  And that's

12   that Iwatsubo study, correct?

13   A.   Yes.

14   Q.   And that's I-w-a-t-s-b-u -- a-b-u.  I'll get you the

15   spelling.

16        You recognize that when OSHA put in its standard of 02

17   fibers per CC back in 1986 they recognized that that wasn't

18   going to prevent mesothelioma cases in some individuals?

19   A.   I think the standards were put in place for non-malignant

20   diseases largely, but...

21   Q.   They were put in for?

22   A.   Non-malignant diseases.

23   Q.   And they recognized that no matter how low we go, we're

24   not going to be able to ensure that some people exposed at

25   that level are not going to get mesothelioma, but that's as
```

1    practically as low as we can regulate it.

2    A.    I think that was their general comment.  I don't know if

3    they explicitly said that, but I think that was their general

4    opninion at the time.

5    Q.    I think they say that leaves a remaining significant

6    risk.  However, as discussed below in an earlier document,

7    OSHA believes that this is the practical lower limit of

8    feasibility for measuring asbestos levels reliably.

9         In other words, the only way we can go any lower is just

10   to ban asbestos and they were reluctant to do that; is that

11   true?

12   A.    Or develop other ways to test the air.

13   Q.    Back to the ticking time bomb.  They agreed that the

14   potency of asbestos fibers to induce mesothelioma may vary to

15   some degree, but there is no safe level established to justify

16   the use of this product.

17        Let's talk about potency.  You agree that there are other

18   potency estimates that you haven't discussed.

19   A.    Yes.

20   Q.    One of them is by Paolo Boffetta?

21   A.    Yes.

22   Q.    He is an epidemiologist?

23   A.    Yes.

24   Q.    World class?

25   A.    Yes.

 1  Q.   Very well respected?

 2  A.   I think so.

 3  Q.   He wrote a paper back in 1998:  "The health effects of

 4  asbestos exposure in humans, a quantitative assessment."  And

 5  he said, "Pleura mesothelioma is a malignant neoplasm which is

 6  specifically associated with asbestos exposure.  The risk is

 7  linked with the cubic power of time since first exposure,

 8  after allowing for a latency period of ten years."  That's the

 9  Peto formula.

10  A.   Yes.

11  Q.   "And depends on fiber type as the risk is about three

12  times higher for amphiboles as compared to chrysotile.

13  Environmental exposure to asbestos is also associated with

14  mesothelioma risk."

15       So based on all the studies that have been published up

16  to 1998, Dr. Boffetta's point of view was there's about a

17  three time differential between the amphiboles and chrysotile.

18  A.   Yeah.  I remember reading that and don't know how he

19  reached that conclusion.  It's not really well referenced.

20  Q.   This is the chart, though, you used in our trial in

21  October.  I noticed you've truncated by taking some out --

22  A.   Yes.

23  Q.   -- so we're down to this chart.

24  A.   Yes.

25  Q.   And what we did is -- this came from the Hodgson and

1   Darnton.

2   A.    Yes.

3   Q.    And that's where they came up with it.

4         And what we did in October and I want to do very quickly

5   here is find out how did they get to this ratio of 1 to 100 to

6   500.  In order to make that ratio, they had to have studies

7   that study chrysotile, studies that studied amosite, and

8   studies that studied crocidolite and then compare them,

9   correct?

10  A.    Right.

11  Q.    And you're aware that for the crocidolite numbers,

12  they've been criticized in letters to the editor that they

13  didn't know what they were doing.  That they were not using

14  proper industrial hygiene protocols for the crocidolite

15  numbers because they were just guesstimates.  And that's

16  actually a word that's in the Hodgson and Darnton paper,

17  correct?

18  A.    I wasn't aware of the criticism.  I remember the

19  guesstimates part in their paper, yes.

20  Q.    But for the crocidolite portion, they looked at only four

21  studies.  That composed the entire amount of material they

22  looked at to make this analysis, correct?

23  A.    Right.

24  Q.    They looked at Carolina.  And the judge has heard

25  something about this Carolina plant in Marshville.  That was

1   one of the four studies they used to come up with this number.

2   Quebec, Balangero, and they used the old one, Piolatto, back

3   in 1990.  They used the old Carolina one in 1994.  And then

4   they used a Connecticut study by McDonald in 1984.

5        So when they did this 1 to 100 to 500, they were using

6   studies that are now almost 20 years out of date in some

7   cases.

8   A.    Yes.

9   Q.    Actually, 30 years if we go down to the Connecticut

10  study.

11  A.    Some of those studies were old.  The paper was published

12  13 years ago so...

13  Q.    And you're aware that there have been updates to these

14  cohorts.

15  A.    Yes.

16  Q.    One of these updates the judge has heard about is the

17  Loomis paper in North Carolina.  That's where they found three

18  mesotheliomas in plant 3 where they didn't work where any of

19  the amphiboles were and four mesotheliomas in plant 4 where

20  there was no record of amphibole asbestos and it might have

21  been underreported.

22       Now, you agree that in some of these studies they're

23  using the international code of disease -- or international

24  disease classification.  I don't know why they call it ICD if

25  it's IDC.

1    A.    I think it's a French.

2    Q.    It's a classification where if somebody dies of diabetes,

3    you look it up.   It's number 106.   And then you can put that

4    on the death certificate and everybody knows what they died

5    of, right?

6    A.    Right.

7    Q.    The problem with mesothelioma is it didn't have its own

8    disease classification until ICD code 10.

9    A.    Right.

10   Q.    Which was sometime in the late '90s --

11   A.    I think that's right.

12   Q.    -- early 2000.

13   A.    Yes.

14   Q.    So if somebody died of mesothelioma, they'd either put it

15   down as a cancer of the pleura or maybe a cancer of the

16   abdomen or carcinomatosis or something.   But if you're going

17   back, the way they do these mortality studies is they thumb

18   through these death certificates and they have to then code

19   them.   And without a pathological evaluation, sometimes it's

20   difficult to tell what the disease is.

21   A.    At times.

22   Q.    And in fact, for mesothelioma there's been plenty of

23   studies that have reported there is an underreporting of

24   mesothelioma because of this coding problem.

25   A.    Actually it's worked both ways, but I think that the

1  classification point is a valid one.

2  Q.   Okay.  You said that you saw these documents that came

3  from the Marshville plant.

4  A.   Yes.

5  Q.   Now -- and I asked Dr. Garabrant this.  There were 7,000

6  of them.  Did you do the individual review of those?

7  A.   No.

8  Q.   Basically what happened is Mr. Schachter and Mr. Harris

9  said, hey, we got all these documents.  We culled it down.

10  Here's what you should look at, right?

11  A.   Yes.

12  Q.   They didn't go to the UNR trust, did they?

13  A.   I don't know.

14  Q.   You didn't see the statement by Erle Plumber who was in

15  1957 promoted to the general sales manager --

16          MR. SCHACHTER:  Excuse me, Your Honor, is this an

17  exhibit?  May I have the exhibit number, please?  What exhibit

18  number is it?

19          MR. GEORGE:  Whatever our next in line is.

20          MR. SCHACHTER:  Well, if it hasn't been produced

21  before --

22          MR. FINCH:  Your Honor, the court's pretrial order

23  said exhibits for purposes of impeachment don't have to be

24  disclosed.

25          MR. SCHACHTER:  Well, I don't know that this is

```
 1   impeachment.  This is --
 2                MR. GEORGE:  Well, let's --
 3                MR. SCHACHTER:  Trying to put in some hearsay.
 4                MR. GEORGE:  Let's just hear what the evidence is.
 5                THE COURT:  Overruled.  Go ahead.
 6   Q.   So he was -- he started out as a sales trainee --
 7                MR. SCHACHTER:  Well, objection, Your Honor.  It
 8   hasn't been offered in evidence yet.  And the witness doesn't
 9   have any knowledge of it so --
10                THE COURT:  Do you know anything about it?
11                THE WITNESS:  No, sir.
12                THE COURT:  Okay.  Let's -- we'll go on to something
13   else.
14   Q.   Well, let me ask you this.  If UNARCO had documents where
15   they said that all of the amosite was in their Bloomington
16   plant and that all that was in their Marshville plant was
17   textiles that contained chrysotile, that's not information
18   that your counsel gave you, correct?
19   A.   I didn't get the information.
20   Q.   Okay.  You haven't gotten anything out of UNARCO.
21   A.   No.
22   Q.   And you know UNR Industries ran that mill, ran that
23   textile plant from the mid '50s until 1963 when they sold it
24   to Johns-Manville.
25   A.   Yes.
```

1  Q.   So all you have seen is the Manville side of things from

2  1963 forward.

3  A.   I brought with me, and I think it's referenced in my

4  report, what exactly I reviewed.

5  Q.   Okay.  Well, one of the things that we do know because we

6  do with Dr. Garabrant is that in answers to interrogatories,

7  UNARCO has said Bloomington is the place where unibestos, pipe

8  insulation, blocks, wovenstone, insutape, insutube and

9  insubestos was made.

10      First of all, let me ask you this.  As a pulmonary doctor

11  in your normal practice, would you ever rely on a bunch of

12  corporate documents handed to you by a patient and said this

13  is what my exposure is?

14  A.   It would depend on the setting.  Obviously, this isn't in

15  my office seeing a patient so it's a different situation.

16      The documents that were provided for me that I referenced

17  in my report were given to me, I think, with the idea that the

18  Marshville plant was important in this case.  I think it was

19  important in that study.  And therefore, I wanted to look at

20  anything that was available to demonstrate that there was

21  amphiboles present in that plant.  And so to my satisfaction

22  those documents that were provided me showed that.

23  Q.   But you would agree with me, you're not an expert, are

24  you, in evaluating what the volume of material was and what

25  the type of material it was in the Marshville plant.

1   A.   No.  All I can do, though, is just take the documents
2   that were provided for me and I can show you where -- what I
3   relied on in those documents.
4   Q.   And what you have relied on is essentially maybe a
5   hundred pages.
6   A.   I don't know.  Maybe, yes.
7   Q.   So whatever else was in that 6,800 pages, be they
8   invoices that show tons of chrysotile being imported to the
9   plant, you don't know what that is because your counsel didn't
10  share those with you, correct?
11  A.   Well, I don't know what they were.
12  Q.   Right.  You got a selective hundred pages out of a 7,000
13  page production.
14  A.   And I made the determination that what I saw was evidence
15  that there was amphiboles in the Marshville plant, so that's
16  sufficed for me.
17  Q.   But you're not a product expert.  You don't know where
18  insubestos was made, do you?
19  A.   No.  All I can do is read the products and make a
20  determination whether it was likely or not that there was
21  amphiboles in that plant, and I think there was.
22  Q.   Would you agree with me that it's likely in a textile
23  mill that you're going to be using mostly chrysotile asbestos?
24  A.   I don't know what the percentage was.  I wouldn't argue
25  with the fact that there was chrysotile in that plant.  The

1   question was was there amphibole as well.

2   Q.   And you don't know what the percentage is because that's

3   not really your area of expertise, is it not?

4   A.   Well, I can certainly understand the numbers if they're

5   provided to me.  I don't go out and find the numbers myself.

6   Q.   What I find that's curious is in looking at the

7   bibliography of your report, I don't see the Dement paper

8   where they did an evaluation of the 39,000 air samples,

9   historic air samples they had from 1964 through the 1970s.  Is

10   that something that you relied on?

11   A.   I've heard about that paper.  I didn't rely on it for

12   this.  I think there was an issue about who owned the plant

13   and what was being manufactured there at a certain time frame,

14   and I understand there was a friction plant at one point and a

15   textile plant later.

16   Q.   Would it be important in formulating opinions about

17   whether there was amphibole present in a plant if somebody had

18   taken a transmission electron microscope with the capacity of

19   selected area defraction and evaluated nearly 40,000 air

20   samples and found only 16 that would have been either

21   tremolite or actinolite?

22   A.   Without having seen the study, it would only be important

23   if those samples were taken at the time that the Loomis paper

24   was evaluated.

25   Q.   Well, the samples were taken.  They say in the paper the

1  samples were taken from 1963 through the 1970s and that

2  encompasses the Loomis cohort, correct?

3  A.   Again, I would just have to see the paper.  I just don't

4  know the answer to that.

5  Q.   So you would agree that at this point in time, you can't

6  really fully -- you can't give an opinion to a reasonable

7  degree of medical certainty that, in fact, amphibole asbestos

8  was used in the Marshville plant.

9  A.   No, I actually agree with Dr. Brodkin, who I believe is

10  an expert for you, that it's very likely that there was

11  amphiboles there based on the documents I reviewed.

12  Q.   Of course, Dr. Brodkin hasn't reviewed some of these

13  other documents as well.

14      Let's go forward.

15      Based on Loomis, based on the fact that there was -- they

16  found an additional mesothelioma from when Hodgson and Darnton

17  did it back in 19, whenever it was, 1994, I believe is what

18  they relied on.  Their reference is 1994.  At that time there

19  were only two in the study, correct?

20  A.   Yes.

21  Q.   And so when Loomis went back, they got eight, correct?

22  That's what Loomis found?

23  A.   Yes.

24  Q.   And based on that, Hodgson and Darnton, the guys that did

25  the 500 to 100 to 1 wrote a letter to the editor, correct?

1   A.    Yes.

2   Q.    And they said, whoa, thank you.  We welcome the

3   appearance of the new analysis of asbestos-related mortality

4   from Loomis which constitutes an important addition to the

5   available evidence.

6         So this issue about whether there is any amphibole there

7   or not is a fairly significant issue, correct?

8   A.    I think it is.  And I think that there is no indication

9   from this letter that Hodgson and Darnton were aware of the

10  possibility that there was amphibole there or not.

11        And further, I think that the letter was quick to say

12  that based on the follow-up in the Connecticut annual and its

13  cohorts, that their statistical and quantitative analysis was

14  still valid.

15  Q.    Well, we'll see what they said, but let me ask you this.

16  Well, it just flew out of my head what I was going to ask you.

17        Oh.  You haven't seen any evidence in any piece of paper

18  from the debtors' attorneys that shows an invoice that says

19  here is amosite asbestos and it's going to the Marshville

20  plant.  You've not seen that.

21  A.    I can show you the information that I have.

22  Q.    I already know what it is because it's in your report.

23  A.    Yeah.

24  Q.    But it's all by inference, correct?

25  A.    Yes, it is.  It has to be.  I mean, that's what we were

 1  looking for when we were looking for evidence.  I mean, this

 2  has to be by inference.

 3  Q.   And a little supposition as well.

 4  A.   I wouldn't say that.  I think that there is good evidence

 5  that there were amphiboles in that plant.

 6  Q.   Good evidence?

 7  A.   I think so.

 8  Q.   Based on Loomis, these authors said, The risk of

 9  mesothelioma derived from these new data is higher by a factor

10  of 10 than what emerged from our meta-analysis, right?

11  A.   Again, they're assuming that Loomis is a non-amphibole

12  cohort in plant 4.

13  Q.   And they're also assuming that there were no mesothelioma

14  cases out of the Connecticut plant.

15  A.   Yes.

16  Q.   And they're assuming there were only four cases out of

17  the Balangero Italian miners, correct?

18  A.   I don't remember how many from Balangero they assumed,

19  but I'll accept that.

20  Q.   Two because it was based on Piolatto.  I think I have a

21  slide here.

22       Now, there are other textile plants where they found lots

23  of mesothelioma cases, correct?

24  A.   Yes.

25  Q.   In fact, here's one where they did friction products and

 1  packing.  That plant, 99 percent of what that plant used over

 2  its working life was chrysotile.  They used upwards of 5 to 6

 3  thousand tons per year of chrysotile.  They used 375 tons of

 4  amosite for three years.  And they used 7,500 pounds of

 5  crocidolite once.  So that's a 99 percent chrysotile-exposed

 6  population.  And they found 17 mesothelioma cases out of that

 7  group, correct?

 8  A.   I don't know.  You flashed rather quickly by the front of

 9  the article.

10  Q.   Oh, it's the Wagoner, Robinson, Lemen.  You're not

11  familiar with that paper?

12  A.   I don't think so, no.

13  Q.   Okay.  Would it be your opinion based on those facts that

14  none of the -- none of those 6 to 7 thousand tons of

15  chrysotile was the cause or contributed to the development of

16  any of these 17 mesotheliomas?

17  A.   I would be reluctant to comment just because I really

18  haven't read all the paper.

19  Q.   Well, here's Dement's paper.  You are familiar with this

20  one.

21  A.   Yes.

22  Q.   This is the other plant, correct?

23  A.   Yes.

24  Q.   And in that plant they had less than 2,000 pounds total

25  of crocidolite was ever processed in that plant compared to 6

1  to 8 million pounds of chrysotile annually over a period from

2  the '50s to 1975, so that's 20 times -- that's

3  120 million pounds against 2,000.  And they found in their

4  subsequent mortality study that there was a case of

5  mesothelioma in that group who worked in that plant for 35

6  years.

7      It's your opinion, is it not, based on what you've told

8  this court earlier, that none of that 6 million or

9  120 million pounds of chrysotile had anything to do with that

10 individual's mesothelioma.  Is that accurate?

11 A.   Well, again, if you look at the totality of what Dement

12 published, there was fiber burden analysis done in these

13 studies.

14 Q.   There was no fiber burden analysis done in this

15 mesothelioma case, was there?

16 A.   Of the one mesothelioma case?

17 Q.   Correct.

18 A.   I don't know.

19 Q.   Okay.  Well, is it your testimony that everybody in the

20 plant had crocidolite in their lungs because they used 2,000

21 pounds of it totally compared to the 120 million pounds of

22 chrysotile?

23 A.   I don't think you have any way of knowing that.  But I

24 think what you can do is look at the fiber burden tissue

25 analysis that I mentioned earlier to see whether or not there

 1   is evidence that there was above background levels of

 2   amphibole in that.

 3   Q.    And you said we shouldn't really be using fiber burdens

 4   for causation, correct?

 5   A.    Well, I said that it wasn't the sole determinative of

 6   causal associations.  I think that you can use fiber burden

 7   analysis to determine whether or not there was amphibole

 8   exposure or not.

 9   Q.    Now, one thing about this study, even though they only

10   found one, the only -- the definition of who was the cohort

11   started in January of 1940 and the cutoff date was 1975.  You

12   would agree that 35 years is just the beginning -- or maybe

13   the mid point of the latency period for mesothelioma.

14   A.    Yeah, I think that's about the mid point, yes.

15   Q.    So this cohort really needs further follow-up to see if,

16   in fact, there is going to be more than one mesothelioma in

17   that group.  You would agree with that.

18   A.    I think so.

19   Q.    Okay.  And the follow-up was done with the fifth through

20   eighth revisions of the International Lists of Diseases and

21   Causes of Death classification, so that death certificates

22   were coded.

23       So there's an issue that there may have been other

24   mesotheliomas in the case in the plant that just were not

25   coded properly.

1   A.   I can't comment.  I just don't know.

2   Q.   Okay.  Now, you know that there -- I think you said on

3   direct that the only people that's ever been reported -- maybe

4   I'm being too general about this, that got mesothelioma from

5   chrysotile exposure were minors miners in Canada and in Italy.

6   A.   Yes.

7   Q.   You are aware that there have been studies, peer reviewed

8   published studies -- here's one from Germany -- where the

9   German Federation State of Saxony had records of 843 asbestos

10  induced mesotheliomas, and they were able to determine a

11  considerable percentage of those mesotheliomas were solely due

12  to exposure to chrysotile asbestos.  You're familiar with this

13  article, correct?

14  A.   I'm familiar with the study.  The only major problem with

15  it is really there was no occupational exposure history which

16  was reliable in these cases, and so you really don't know what

17  these individuals were exposed to.

18  Q.   Well, we know that all the asbestos-based products were

19  made from raw asbestos that was primarily imported from the

20  former Soviet Union.  The Soviet Union had one of the largest

21  chrysotile mines in the world, correct?

22  A.   Right, but jumping to the fact that these individuals

23  were not exposed therefore to amphiboles is very difficult.

24  So the exposure types that happened in the Soviet Union and

25  Eastern Europe at that time, I think it would be safe to say

1   that we really don't know what the exposures were.

2   Q.   Well, we know that the chrysotile came from the Soviet

3   Union and it came from Canada and it was used to manufacture

4   asbestos cement pressure pipes free of amphibole asbestos,

5   according to the authors, correct?

6   A.   That's what it says.

7   Q.   We also know that the authors must have had some

8   occupational information because they were able to categorize

9   people as having amphibole-only exposure, amphibole and

10   chrysotile exposure, chrysotile with possible amphibole

11   exposure, and chrysotile alone exposure.

12       Now, you don't believe that these authors who published

13   this paper in a peer reviewed journal would just make those

14   numbers up, do you?

15   A.   I'm not saying they made it up.   All I'm saying is it's

16   unclear about how they made that determination.   It's just not

17   clear.

18   Q.   But their determination was that out of those 843 cases,

19   67 of them were due solely to exposure to chrysotile with no

20   amphiboles.

21   A.   Again, how they knew that that fiber type was only

22   chrysotile is unclear in the paper.

23   Q.   They're not talking about miners.

24   A.   No.

25   Q.   They're talking about end product users or people that

1   manufactured products, correct?

2   A.   Yes.

3   Q.   So that was the Carolina cohort.  Now, we talked about

4   Quebec.  Let's talk very quickly about Balangero.

5        Now, I understand from Dr. Garabrant that somebody --

6   now, were you the one who uncovered Dr. Gunter's chapter from

7   2007?

8   A.   I've read it.  I don't know that I discovered it, but I

9   read it.

10  Q.   Where did you get it from?

11  A.   I actually had it in another instance I was looking at

12  non-asbestiform minerals exposure and saw it in that context.

13  Q.   So you were just thumbing through a geology textbook --

14  A.   Well --

15  Q.   -- in a 50-page article and you ran across one sentence

16  that talked about the fact that some tailings somewhere in

17  Italy may have had 10 percent tremolite.

18  A.   No, I was actually doing some research on non-asbestiform

19  minerals.  And I have read things as long as 50 pages before.

20  And so found that sentence which I thought was interesting.

21  Q.   And so the WR Grace lawyer in the bankruptcy proceedings

22  that you participated in didn't have any input in you finding

23  that?

24  A.   No.

25  Q.   Now, let's talk about this.  Now, you agree that that one

1   sentence has no citation to it.

2   A.   It has no citation.

3   Q.   You don't know where that dump is located.

4   A.   I don't.

5   Q.   You don't know what was dumped in there.  You don't know

6   where it came from.

7   A.   No.  I mean the statement that Mickey Gunter made stands

8   on its own.  I don't know what reference source he had.

9   Q.   Having -- having investigated non-asbestiform rock

10  formations, do you find it unusual that everybody who studied

11  Balangero from Pira to Piolatto to all those authors, all

12  those Italian authors that found this rock in the late '80s

13  and tested it, they didn't find any amphiboles, correct?

14  A.   No, they didn't.  And I don't find it unusual.  I think

15  that a lot of times the authors are focused on whatever they

16  are focused on and don't necessarily look for other things.

17  Q.   Mirabelli in 2008, they tested the mine tailing.  Their

18  mine tailings --

19       MR. SCHACHTER:  Objection, Your Honor.  He's

20  mistaken.  There was only one test.  It was in 1989.  And

21  they're referring to -- he can't make things up -- well, he's

22  been doing it a lot already, I apologize.

23       MR. GEORGE:  Excuse me.

24       MR. SCHACHTER:  Withdraw the objection.

25       MR. GEORGE:  I take offense at that, Your Honor.  I

1   don't make up anything less than Mr. Schachter did on direct.

2   Q.   Let me ask you this.  This is an uncited statement from

3   the Mirabelli paper, correct?

4   A.   Yes.

5   Q.   It says, "Asbestos and the mine tailings which are

6   crushed serpentine rocks left over after fiber extraction and

7   which still contain up to 1 percent chrysotile fibers by

8   weight, were removed by trains and lories."

9        That's what they said, right?

10   A.   That's what it says, but the Mirabelli paper is

11   interesting in that in one of the tables, I think it's table

12   2, they found tremolite contaminant in talc, and whether or

13   not that is important in saying that something is tremolite

14   free or not is a real question.

15   Q.   You're kind of getting to where I'm going.

16   A.   Thank you.  I was trying to help you along.

17   Q.   These trains and lories, where were they taking the

18   tailings?

19   A.   Where were they taking it to?  I have no idea.

20   Q.   They're taking them to the railroad.  Why?  Because they

21   use them for ballasts on the the railroads throughout Italy.

22   Isn't that what they say?

23   A.   No.

24   Q.   Look.  "The mine tailings from Balangero were used in

25   several areas of Piedmont as a ballast for road and railroad

1    construction and for courtyard paving."

2       So there wouldn't be some big mound of tailings at

3    Balangero, at least through most of the time because they were

4    transporting them throughout Italy.

5    A.    I don't know the answer to that.   I'm not sure.

6    Q.    Now, these authors were aware of the tailings issue,

7    correct?

8    A.    Yes.

9    Q.    This is not something that surprised them, oh, tailings.

10   They say, We looked for people who were asbestos or tailings

11   from the Balangero mine.   They counted people who were living

12   with an employee of the mine and individuals that were

13   reported exposure to the mine tailings.   And the reason why

14   they wanted these people is because they didn't find any

15   amphibole asbestos in those rock places.

16      Three cases were never employed at the Balangero mining

17   site but had worked with asbestos, asbestos ore and mine

18   tailings.   Five cases occurred among persons exposed to mine

19   tailings, three women who lived along with them.

20      In their chart they tell you -- now, here's where the

21   tremolite comes in.   There was a mill that treated tremolite

22   contaminated talc from local mines.   So there's local mines

23   around where this Balangero mine is that has talc that has

24   tremolite in it.   At least according to these authors,

25   correct.

1   A.   Yes.

2   Q.   And they say that not once but twice.

3        You don't know if it's those tailings are the ones that

4   Mickey Gunter was referencing in his book, do you?

5   A.   I have no way of knowing that.

6   Q.   They say, Cases 23 through 27 neither worked at the mine

7   nor reported circumstances responding to our definitions of

8   environmental or household exposure.  However, they were

9   exposed to Balangero mine tailings used as a ballast.

10  Possible exposure to tremolite may have also played a role in

11  cases 23 and 27.  Ballasts from the Balangero was used for the

12  beds of railway lines up to the mid 1970s.

13  A.   Right.

14  Q.   And then it was later replaced by serpentines, some of

15  which were contaminated with tremolite.  That's the tailings

16  that were contaminated with tremolite.

17  A.   Right.  But I think -- and  I don't know if you are

18  making this point or not, that the tailings had nothing to do

19  with the mine itself.

20  Q.   They are the refuse when you go to look for -- when

21  you're looking for chrysotile, which is what the mine was

22  about, you run into rock structures that have contaminants in

23  it.  And if they are visual contaminants, you don't go there.

24  You blow that stuff up and you take it out.  That's the refuse

25  of your mining process.

1  A.   Right, but I don't think anyone would say that all of

2  those tremolite contaminated parts of the rock are removed.   I

3  don't see how that makes logical sense.

4  Q.   Nobody in the world literature other than Mickey Gunter

5  in one uncited sentence in a 50-page chapter has ever found

6  amphibole asbestos in the Balangero mine, correct?

7  A.   Well, I think that there's the Gunter chapter.   And I

8  also wonder about this issue of cattle and I notice that a

9  co-author of Mirabelli, Fornero, mentioned that there was

10 amphibole found in the surrounding areas from the cattle.

11 Q.   Not anything that he's published in the peer reviewed

12 literature, correct?

13 A.   Fornero?

14 Q.   Yeah.

15 A.   Yeah, it's published.

16 Q.   Well, we don't know if those cattle were hanging around

17 by the talc mines, do we?

18 A.   Well, I think that one doesn't have to make a big leap of

19 faith to say that if there was amphiboles in farm animals who

20 were not occupationally exposed, some of these individuals may

21 have been exposed to amphiboles as well.

22 Q.   It seems to me that whenever you are confronted with a

23 situation where you have an extremely large percentage of

24 chrysotile, you believe it's your job to try and find some

25 evidence that there's amphibole.   Is that what you -- is that

1  how you approach the question?

2  A.    No.

3  Q.    Okay.    That changes their -- that updates from the

4  Piolatto 1990 from 2 to 27.    Now, they are not all miners.

5  But even if we stuck to miners, it would go from two to six,

6  correct?

7  A.    Yes.

8  Q.    And then the last one there is the Connecticut friction

9  product plant which today Hodgson and Darnton still says that

10 there was no mesotheliomas in that plant, right?    You know

11 that's not correct.

12 A.    Well, and McDonald says that as well.

13 Q.    Well, what Hodgson and Darnton is relying on is this

14 study, and it was a plant -- it was a Raybestos-Manhattan

15 plant in Connecticut.    They did it by death certificates.    And

16 they didn't find any mesotheliomas.

17      Mary Jane Teta, on the other hand -- and that was a grant

18 from the Quebec Asbestos Mining Association.

19      Mary Jane Teta, on the other hand, in her graduate days

20 at Yale, went to the actual Connecticut tumor registry, right?

21 A.    Yes.

22 Q.    And what did they find in the tumor registry?    Well, they

23 found three cases.    They had a female clerical worker who

24 worked there for 30 years.    They had another male possibly.

25 And then a third case probable mesothelioma.

1        And in fact, since that time it's been reported that

2    there are anywhere from six to seven, you agree that -- I

3    think in your opinion there was five cases of mesothelioma out

4    of that plant.

5    A.   Yes.

6    Q.   That's what you testified to, correct?

7    A.   Yes.

8    Q.   So that would change the ratio if we went to from zero to

9    five, correct?  So that means that three out of the four

10   studies that they relied on to get this 500 to 100 to 1 ratio

11   have been updated and have significantly more mesothelioma

12   cases in them than when they did the original assessment,

13   correct?

14   A.   That wasn't the opinion that Hodgson and Darnton made in

15   their letter.  They thought that it didn't change their

16   quantitative analysis at all.

17   Q.   They don't know about what's in Connecticut, do they?

18   A.   Well, I think what the question then becomes is are those

19   cases in Connecticut attributable to work in that plant or is

20   it attributable to different work?  And that's -- that's a

21   matter of some debate.

22   Q.   But they're the ones to come up with this ratio.  They're

23   the ones who chose that cohort, correct?

24   A.   They chose that cohort.  The question, though, is for

25   so-called new mesothelioma cases, are those mesothelioma cases

 1  attributable to that work and that cohort or to somewhere

 2  else, and that's an important distinction.

 3  Q.    Well, when they commented on the fact that they're off by

 4  a risk of ten-fold, they were only commenting on the update of

 5  the Carolina cohort.  They didn't mention the update of the

 6  Balangero cohort or the Connecticut cohort, correct?

 7  A.    Well, the only two cohorts that they mentioned in their

 8  update statement was regarding Connecticut and New Orleans.

 9  And they said that there was no quantitative change in their

10  analysis.

11  Q.    And where did they do that?

12  A.    I don't have the letter with me.  I could look at it.

13  Q.    Not the letter that I just showed.  The letter I just

14  showed just said thank you, Dr. Loomis, for giving them new

15  information about Carolina.  It doesn't say anything about any

16  other cohort, does it?

17  A.    I think it does.  I just don't have the letter.

18  Q.    All right.  Well, let's go to it, then.

19        There it is.  Welcome, the new appearance.  That's it.

20  Risk derived.

21  A.    Well, that's not --

22             MR. SCHACHTER:  That's not the whole letter.

23  Q.    That is the whole letter.  The whole letter is only one

24  page.

25  A.    Well, I understand that, but you put two sentences up --

 1   Q.   I'll be happy to give it to you.  You tell me when you

 2   read this letter if there is any other cohort discussed.

 3   A.   Let me read it and I'll tell you.

 4               MR. GEORGE:  May I approach, Your Honor?

 5               THE COURT:  Yes.

 6               MR. GEORGE:  In fact, Your Honor, I'll give you a

 7   copy of it as well if you'd like.

 8               You don't want it?

 9               THE COURT:  No.

10               MR. GEORGE:  That gives me an insight into your

11   interest in this line of query so --

12               THE COURT:  I'll wait to hear what he says.

13               (The document was tendered to the witness.)

14   Q.   Dr. Weill, it shouldn't take you very long to read since

15   this is only --

16   A.   Well, you handed it to me about five seconds ago, so if I

17   can just have one more minute --

18   Q.   -- six paragraphs.

19   A.   One more minute, I would appreciate it.

20   Q.   Sure.  That will give me enough time to click back to

21   where I was.

22   A.   Would you like me to read?

23   Q.   You don't have to read it out loud, but you would agree

24   with me --

25   A.   No, it actually -- I would like to read it out loud.

1           THE COURT:  Read the part that you want.

2           THE WITNESS:  Yes, sir.  "The absence of

3    mesothelioma deaths in the New Orleans and Connecticut cohorts

4    is statistically consistent with the risk of 0.01, although

5    obviously more consistent with the mine's estimate of 0.001."

6    Q.   Okay.  Where does that talk about the update of any other

7    cohort?

8    A.   It doesn't.

9    Q.   Okay.

10   A.   It just says that their analysis is unchanged for the New

11   Orleans --

12   Q.   From the update of that single cohort.

13   A.   No, from the original paper.

14   Q.   My question to you is when they said that they were off

15   by a factor of ten, they were only referring to the update of

16   the Loomis cohort, correct?

17   A.   That's correct.

18   Q.   They didn't have any data, they didn't even recognize the

19   fact that originally they used zero for the Connecticut plant

20   and there may be as many as five or six.  They didn't

21   recognize the fact that they had two for the Italian mine when

22   there may be as many as 27, correct?

23   A.   Right.

24   Q.   Okay.

25   A.   And I'm just making the point that they didn't -- it's

1    not like they took the entire analysis and threw it away

2    because of the information that they thought they knew about

3    the North Carolina cohort.

4    Q.    But it's not proper, is it, to say that the ratio is 500

5    to 100 to 1 when you know that the four studies that they

6    based their entire ratio on have all been updated and all have

7    significantly more mesotheliomas than the original estimate.

8    A.    I wouldn't accept the last part of that because there's a

9    question of attribution.   I would also point out again that

10   their update was based on the North Carolina cohort and not on

11   the New Orleans and Connecticut ones.

12   Q.    Want to talk real quick, continuing on this potency

13   theme.   You're familiar with the recent paper from the British

14   Journal of Cancer entitled "Estimating the asbestos-related

15   lung cancer burden from mesothelioma mortality"?

16   A.    The first author, please?

17   Q.    It is McCormack, Peto.

18   A.    Yes.

19   Q.    Peto is the one we were talking about before.

20   A.    Yes.

21   Q.    And what they did is they looked at a cohort, correct?

22   A.    Yeah.   I should say I haven't had time to review this

23   paper in detail, so I'd rather not comment on this one.

24   Q.    But would you agree with me that their cohort numbers are

25   different that Hodgson and Darnton?

1  A.    I'll accept that, but I just haven't looked at the

2  methodology in any kind of detail.

3  Q.    But they are magnitudes different from what Hodgson and

4  Darnton said, correct?

5  A.    Again, I just haven't looked at the study in any detail.

6  I know the study you're referring to, I just haven't looked at

7  it.

8  Q.    Let's look at dose response really quick.  This is what

9  the regulatory model is.  And what the regulatory model

10  assumes is there is no threshold.  And if you assume there is

11  no threshold because it hasn't been demonstrated, that means

12  every exposure is going to entail some risk, correct?

13  A.    That's what that kind of model assumes, yes.

14  Q.    And the more exposure you have, the more your risk is.

15  A.    That's right.

16  Q.    That part -- part of the epidemiology in asbestos has

17  confirmed that at least some part of the dose response curve

18  is linear.  We know the high levels of exposure, that there is

19  a dose response relationship that is linear.

20  A.    I wouldn't say it that way.

21  Q.    Okay.  Now, what you're trying to postulate and what your

22  view is that it's not linear, it's this S-curve, and that

23  there is some low dose threshold which you can't quantify and

24  science can't quantify below which there is no disease,

25  correct?

1  A.   It can't quantify the precise level of it.  I think we

2  have demonstrated that there is a threshold.

3  Q.   Well, now, you talked about Berman and Crump in your

4  direct, correct?

5  A.   Yes.

6  Q.   And you're aware of this because we talked about it in

7  October --

8  A.   Yes.

9  Q.   -- that Berman and Crump, actually, instead of the three

10  dose response curves that you showed the court that all showed

11  no risk, they actually see an increased risk at lower doses.

12  It's a supralinear curve.  It's that A, correct?

13  A.   I'm not sure that's what they were saying.

14  Q.   Let's see.

15  A.   I think what they were doing was postulating that any of

16  these curves are possible.

17  Q.   Well, let's see what they said.  They say access to raw

18  data from the cohort exposed to crocidolite in the mines and

19  mills at Wittenoom, the three sub cohorts exposed to

20  chrysotile in the mines and mills in Quebec, Canada, and the

21  cohort exposed primarily to chrysotile at the textile plant in

22  Charleston allowed us to formally test the linearity

23  assumption in these cohorts.  A supralinear exposure response

24  was found in all five cohorts.

25       Meaning, they found curve A in all five cohorts that

1  there was more disease at lower levels than there were at

2  higher levels, correct.  Proportionately.

3  A.    The issue is, though, that the exposure levels they're

4  talking about wouldn't be characterized as low levels.

5  Q.    Well, they say at the same time, If the true relationship

6  for mesothelioma is supralinear, this would mean that risks at

7  low exposure are larger than what would be predicted by the

8  linear model.

9      They're saying that this regulatory scheme of a linear

10  dose response model may be underestimating the risk that

11  people have at low doses, correct?

12  A.    The only issue I have with this part of the paper is I

13  just don't know what they mean by low exposures because they

14  didn't define it.

15  Q.    This is a paper that you've read and a paper you rely on.

16  A.    Yes.  Yes.

17  Q.    Let's talk about the federal register.  And this is all

18  about the risk analysis, and I think you told us about a risk

19  analysis from early 1980s.  You know they redid it in 2008.

20  A.    Yes.

21  Q.    And when they redid it, although OSHA stated in the

22  preamble of its 1994 final rule that there is a remaining

23  significant risk of material impairment of health or

24  functional capacity at the 0.1 fiber CC limit, OSHA concluded

25  that this concentration is the practical lower limit of

1    feasibility for measuring asbestos levels reliably.  And the

2    Mine Safely Health Administration agrees.

3        Just like we talked about, that as low as they can go is

4    .1 and still be able to regulate exposure.

5    A.   There may be a feasibility issue about regulating at

6    those levels.

7    Q.   So in 2008 a search of the peer reviewed scientific

8    literature yielded many new articles that continue to

9    demonstrate and support findings of asbestos induced lung

10   cancer, mesotheliomas, and asbestosis, consistent with the

11   conclusions of OSHA and the Agency for Toxic Substances

12   Disease Registry, ASTDR (sic).  Thus, in the scientific

13   community, there is compelling evidence of the adverse health

14   effects of asbestos exposure.

15       Where did they find it?  It's found at the mines.

16   Asbestos exposure of miners can come from either naturally

17   occurring asbestos in the ore or host rock or from asbestos

18   contained in manufactured products.  And they call those

19   asbestos-containing materials or ACM.

20       That's what they wrote, correct?

21   A.   Yes.

22   Q.   Asbestos in manufactured products, such as electrical

23   insulation, joint and packing compounds, automotive clutch and

24   brake linings, and fireproof protective clothing and welding

25   blankets, could present a hazard during activities at the mine

1   site that may cause a release of fibers.  The presence of

2   asbestos at the mine indicates that there is a potential for

3   exposure.

4       And there's also a potential of exposure if you

5   manipulate a product that contains asbestos, correct?

6   A.   I would agree.

7   Q.   MSHA has determined that OSHA's 1986 asbestos risk

8   assessment is applicable to asbestos exposures in mining.  In

9   developing this final rule, the Mine Safety Health

10  Administration also evaluated studies published since OSHA

11  completed its 1986 risk assessment, and studies that

12  specifically focused on asbestos exposure of miners.  These

13  additional studies corroborate OSHA's conclusions in its risk

14  assessment.

15      And they go on to talk about cancer mortality, correct?

16  A.   Yes.

17  Q.   They say in its 1986 risk assessment, OSHA estimated

18  cancer mortality for workers exposed to asbestos at various

19  cumulative exposures (i.e., combining exposure concentration

20  and duration of exposure).  The Mine Safety Health

21  Administration has reproduced this data in table IV-1 which

22  shows that the estimated mortality from asbestos-related

23  cancer decreases significantly by lowering exposure.  This is

24  true regardless of the type of cancer:  Lung pleural,

25  peritoneal, mesotheliomas or gastrointestinal cancer.

1      And you agree with that:  The lower you go, the less

2   likely it is you're going to get the disease, correct?

3   A.   In general.

4   Q.   And here's your tables.  Now, at 0.1 fibers per CC,

5   they're still estimating -- if you only did it for one year,

6   they're estimating that there's going to be 6.9 mesotheliomas

7   per hundred thousand exposed people.  If you did it for 20

8   years, it would be 73.  That's their risk estimate, correct?

9   A.   And again, I don't know how they determined that so I'd

10  be reluctant to comment on how they did that.

11  Q.   But you would agree that this organization which is

12  charged with mine safety, hence their name, they would do

13  within their best powers to review the literature as they said

14  they did to come up with this calculation.

15  A.   Again, we've spent a lot of time talking about regulatory

16  agencies and their role in making causal determinations versus

17  health policy, and I can refer you to my earlier comments

18  about that.  I don't think that we can take whatever

19  regulatory agency says and assign a causation argument to it.

20  Q.   What they reviewed, unlike Hodgson and Darnton, is they

21  reviewed Canadian miners, chrysotile; Italian miners,

22  chrysotile; Indian miners, chrysotile; Brazilian miners;

23  Canadian mines.  They looked at all of the different

24  literature that's out there.  And they concluded that exposure

25  to asbestos, a known human carcinogen, results in similar

1    disease endpoints regardless of the occupation that has been

2    studied.   That's different from your opinion, correct?

3    A.    Yes.

4    Q.    The term "asbestos" in the Mine Safety Health

5    Administration' existing standards and this final rule is

6    limited to the following six, one of which is chrysotile.

7    Serpentine asbestos, white asbestos, right?

8    A.    Yes.

9    Q.    All right.   Last thing.   Encapsulation.   And you talked a

10   little bit about encapsulation.   But you would agree with

11   me -- and you know Bill Longo's paper.

12   A.    Yes.

13   Q.    He has pictures in there of what a new gasket looks like

14   in a photomicrograph and what a gasket looks like that's been

15   in a flange for a while.   And you would agree with me that

16   even in its pristine state, there are fibers that stick out of

17   that encapsulated material.

18   A.    I can't either disagree with that or not because I'm not

19   an industrial hygienist.   The only comment I would have is is

20   that it seems over time that there may be an exposure of the

21   fiber outside of the encapsulation.   There are a lot of

22   encapsulating materials, I understand, that degrade over time.

23   I don't think that that's the only issue is whether or not the

24   fiber is exposed or not.   The question that I was mentioning

25   in my direct was about its respirability.

1  Q.   Well, and the respirability when all that encapsulating

2  material, the matrix disappears because of the heat and

3  pressure of where the gasket is and you're left with the

4  residual asbestos fibers, using mechanical implementation to

5  get that off a flange which generates dust is going to

6  generate respirable fibers.

7  A.   The question would be, then, how much of it is still

8  encapsulated?  Is there a little bit on it, a lot on it?  And

9  that's the question I can't answer.

10 Q.   Right.  That's not your area of expertise.

11 A.   No.

12 Q.   But you have seen and have heard from pipefitters in your

13 asbestos cases that there are occasions when they tear apart

14 those flanges where there is residuum of asbestos on both

15 sides of the flange that has to be removed, correct?

16 A.   Yes.

17 Q.   And you just don't have the expertise to comment on what

18 levels of dust are generated from what's happening.  You leave

19 that to the three industrial hygienists that already showed

20 up.

21 A.   Yes.

22           MR. GEORGE:  Thank you very much.

23           THE COURT:  Mr. Guy.

24                     CROSS EXAMINATION

25 BY MR. GUY:

1   Q.   Dr. Weill, my name is Jonathan Guy.  I represent the

2   future claims representative, Joseph Grier, sitting here in

3   the courtroom.  And we've been listening with great interest

4   over the last four days to the science testimony.

5        Now, it's your opinion that you can only get mesothelioma

6   from a heavy exposure of chrysotile asbestos, correct?

7   A.   Yes.

8   Q.   And that's not a new opinion, is it, sir?

9   A.   No.

10  Q.   And in fact, you've held that opinion for a number of

11  years.

12  A.   Yes.

13  Q.   Did your father hold the same opinion?

14  A.   I think that his opinion was similar.  I don't know the

15  exact nuances of all of it, but I think it was similar.  I

16  think that high doses of chrysotile that were known to be

17  contaminated in his mind elevated the risk, but I think it's

18  safer to ask him rather than me.

19  Q.   And you started testifying in asbestos litigation in

20  2002?

21  A.   Yes.

22  Q.   And your opinion on these issues, which hasn't changed,

23  correct, since 2002?

24  A.   No.

25  Q.   Your opinion is known to the plaintiffs where you've

1  testified.

2  A.    Yes.

3  Q.    And it's also known to the various defendants where

4  you've testified.

5  A.    Yes.

6  Q.    You haven't testified at deposition or at trial on behalf

7  of Garlock, correct?

8  A.    No.

9  Q.    But you did testify in the *Grace* case in 2008, correct?

10  A.    Yes.

11  Q.    And I can represent to you that Garlock was involved in

12  the *Grace* case.  They knew enough about your testimony and

13  your opinion on these issues to engage you in this case, at

14  least?

15  A.    Who did?

16  Q.    Garlock.

17  A.    They asked me when the prospect of being retained first

18  came up what my opinions were with regard to a lot of

19  different medical issues so I'm not sure if they knew it

20  before that conversation or after.

21  Q.    When was the first time that you spoke to anyone who

22  represented Garlock or Coltec or anybody involved with Garlock

23  or Coltec?

24  A.    I think it was in the fall of 2011, if I recall

25  correctly.

1  Q.   I think from your testimony this afternoon, you would

2  agree that there is a debate in the academic circles about the

3  issue of exposure to chrysotile and mesothelioma.

4  A.   Yes.

5  Q.   Do you have any reason to believe that Garlock wasn't

6  aware of that debate in the 2005 to 2010 time frame?

7  A.   I don't know what they were aware of or not aware of.

8  Q.   But it's a fairly well-known debate in the academic

9  circles concerning asbestos, correct?

10 A.   During those time years?  Yes.

11        MR. GUY:  No further questions, Your Honor.

12        THE COURT:  Thank you.

13        Mr. Schachter.

14                    REDIRECT EXAMINATION

15 BY MR. SCHACHTER:

16 Q.   Dr. Weill, our question here relates to specific

17 products.  And we've heard about this debate.  And, of course,

18 in any situation where we would be applying Federal Rules of

19 Evidence under which the plaintiffs will have the obligation

20 to prove by a preponderance of the evidence that their

21 evidence on that debate is even admissible.

22        So I'd like to ask some questions about methodology.  It

23 is true that Dr. Lemen has written an article, correct?

24 A.   Yes.

25 Q.   And you have actually worked on that article in your

1   report; is that correct?

2   A.   Yes.

3   Q.   That article that he wrote started out, as explained

4   either in your report before the court or in Dr. Garabrant's,

5   started out as an affidavit written for Waters and Kraus that

6   he had republished, correct?

7        MR. GEORGE:   I'm going to object to the

8   characterization for lack of foundation.

9        MR. SCHACHTER:   It's in the Garabrant report under

10  Rule 104.   It's almost word for word the affidavit in 2001

11  when Mr. Smith-George was working on that case.

12       MR. GEORGE:   Dr. Garabrant is not here and he's

13  asking of another witness.   I don't know if that witness --

14       THE COURT:   Well, he can answer if he knows.

15       THE WITNESS:   I only read that in the Garabrant

16  report.   I don't know the answer to that.

17  Q.   Okay.   But you did analyze the Lemen article in detail,

18  right?

19  A.   Yes.

20  Q.   And when Mr. Smith-George asked you about it -- first

21  let's get clear where it was published.   It was published in

22  the International Journal of Occupational Health, some title

23  like that.   And that's the same place that the Laura Welch

24  article that's the brief that Mr. Smith-George projected and

25  read from was published in.

```
 1   A.   Yes.
 2            MR. GEORGE:  It's George, by the way.
 3            MR. SCHACHTER:  I'm sorry, Mr. George read.  I
 4   apologize.
 5            THE COURT:  It's a cool name, don't mess it up.
 6            MR. SCHACHTER:  I thought the first one was cool,
 7   Smith-George.  I apologize.
 8   Q.   It was published in an article and the editor of that
 9   article currently is a Mr. Egilman who is a plaintiff's
10   expert.
11            MR. GEORGE:  Dr. Egilman.
12   Q.   Dr. Egilman.  It's late in the day.
13   A.   That's my understanding.
14   Q.   Right.  Whose opinions have been excluded because he
15   manipulates the evidence.
16            MR. GEORGE:  I'm going to object to that
17   characterization.  Lack of foundation.  It's argumentative.
18            MR. SCHACHTER:  It's in our 104 documents and I
19   withdraw that.
20            THE COURT:  Sustain the objection.
21   Q.   Sir, you looked at the Lemen article in detail and the
22   criticism that you discussed here was that the article is
23   looking at -- I guess he asked you about the brake article.
24   And the brake article deals with something we've -- we've got
25   plenty of evidence on.  I mean, it's not like no one has
```

 1   written in the literature that low dose products don't create

 2   disease.  There are a host of case control studies on that,

 3   right?

 4   A.   That's right.

 5   Q.   There is not a statistically significant association if

 6   you look at all the studies, right?

 7   A.   Correct.

 8   Q.   All right.  So then the issue on the law is can Dr. Lemen

 9   in his article marshal evidence under the Bradford Hill

10   criteria without a statistically significant association?

11   A.   No, that's what I -- the point I was trying to make.

12   Q.   Okay.  Would you explain that to us.

13   A.   Yeah.  The Bradford Hill criteria were -- or factors as

14   some people call them, were meant to be applied only to

15   associations that were already proven to be statistically

16   significant.  The statistical significance is the first

17   hurdle.

18        The second hurdle, then, is applying the Bradford Hill

19   criteria to that statistically significant association in

20   order to make a causal association.

21   Q.   If we represent that the Federal Judicial Center's Manual

22   on Scientific Evidence says exactly that and case law says

23   exactly that, do you find that to be a reasonable position in

24   interpreting how science actually works?

25   A.   It's very reasonable.

 1          MR. GEORGE:  Objection.  Lack of foundation, Your

 2   Honor, for him to speculate on what the law is.

 3          THE COURT:  Overruled.  Go ahead and answer.

 4   A.    It's very reasonable.  And just a real life example.  If

 5   we were to say that there's a statistically increased chance

 6   of getting hit by a bus on Tuesday, we wouldn't say that

 7   there's a causal association between Tuesday and the bus

 8   accident.

 9          We would then have to apply Bradford Hill criteria to see

10   if that statistical significant increase was then causally

11   associated.  Those are two separate processes.

12   Q.    And if we hadn't found the association in the first place

13   of statistical significance, we wouldn't have to go through

14   the whole Bradford Hill stuff, right?

15   A.    Nor should we.

16   Q.    Nor should you.

17          Okay.  So if an expert in this so-called debate is

18   relying on articles that employ a methodology that science

19   rejects and that the law rejects, that wouldn't be supportive,

20   would it?

21   A.    Not in my view.

22   Q.    Now, in science Mr. Smith -- Mr. George read at length

23   from the brief that was written apparently by some lawyers on

24   behalf of Ms. Welch and 53 of the people that she got to sign

25   it.  You've looked at those signers, right?

1          MR. GEORGE:  I'm going to object to the form of the

2    question.  There is no evidence that any lawyer wrote any part

3    of that brief.  No foundation for this expert to --

4          MR. SCHACHTER:  Well, in her deposition that's what

5    she said.  I mean...

6          MR. FINCH:  That mischaracterizes Dr. Welch's

7    testimony.

8          MR. SCHACHTER:  Apparently Dr. Welch herself wrote

9    the brief to the Michigan Supreme Court.

10   Q.   In any event, is it customary in scientific circles, when

11   you go to scientific meetings, to stand up and read briefs and

12   decide issues based on what's in briefs from lawyers -- from

13   scientists who are writing their briefs to courts?

14   A.   No.

15   Q.   Okay.  So in a debate, would that be something that if it

16   were a scientific debate would even be allowed?

17   A.   No.

18   Q.   Now, Mr. George did some math with some of the studies

19   and he talked about the Connecticut plant and that there are

20   more cases that have come out or allegedly come out of a

21   Connecticut plant.  Are you aware of the authors of an article

22   that have done that, that have brought that up?

23   A.   There was an article by Murray Finkelstein and a lawyer,

24   I believe, that outlines some of the issues surrounding the

25   follow-up in that plant.

1  Q.   Okay.  So the cases he was talking about adding are cases

2  in a lawyer's article --

3  A.   Yes.

4  Q.   -- that's gotten into the peer reviewed literature

5  somehow?

6  A.   Yes.

7  Q.   All right.  And are you aware that those cases were

8  actually attributable -- that people were making claims for

9  amosite or amosite product exposures that includes those

10  claims?

11  A.   Yeah, I'm aware of that.

12  Q.   And that wasn't disclosed in those articles, right?

13  A.   Right.

14  Q.   Would that be evidence that would be allowed to be put on

15  the scales in a scientific debate?

16        MR. GEORGE:  Object to foundation, speculation.

17  Lack of a standard.

18  Q.   Yeah.  Does it comply with the scientific standard -- I

19  withdraw the question, Your Honor.

20  Q.   Does it comply with the scientific standard to publish an

21  article claiming exposure from a substance and not disclose

22  all the exposures that the person has?

23  A.   No, that wouldn't be scientifically valid.

24  Q.   And lastly, we've heard about a lot of public -- various

25  agency reports.  And the one that I think that Mr. -- well,

 1  this is the second to last issue.

 2      Are you aware that the World Trade Organization that

 3  Mr. -- zoom in a little.  Mr. George read to you from the

 4  panels' findings from the World Trade Organization.  You're

 5  aware, are you not, that the World Trade Organization resolves

 6  disputes between companies on trade issues and that that panel

 7  was forced to decide whether France was using a proper risk

 8  assessment methodology, a government procedure, right?

 9  A.   Yes.

10  Q.   And the panel, actually, were not medical people, right?

11  A.   That's what I understand.

12  Q.   In fact, the three people, one of them, his

13  qualifications were he had an advanced degree in French

14  literature, right?

15  A.   I wasn't sure of that.

16  Q.   Well, if we look it up on the internet, that's what it

17  shows.  But they were very careful to say they weren't

18  weighing in on scientific issues, weren't they?

19  A.   Yes, they were.

20  Q.   And in fact, they said, "The panel feels bound to point

21  out that it's not its function to settle scientific debates,

22  not being composed of experts in the field of possible human

23  health risks posed by asbestos.  Consequently, the panel does

24  not intend to set itself up as an arbiter of the opinions

25  expressed by the scientific community."  Was that what they

1   said?

2   A.   That's what they said.

3   Q.   And that makes sense.  You're not asking those kinds of

4   people.

5        If you're going to have a scientific debate, would you

6   weigh what was said or written by somebody with an advanced

7   degree in French literature?

8   A.   No, without any disregard to French literature.

9   Q.   Okay.  Lastly, Mr. George read you an update from some

10  mining agency, and I apologize if I misstated the agency.  And

11  in that they said they had looked back at the risk assessments

12  from '86 at whatever time, and that their conclusion was that

13  they were going to stay -- even with all the other science

14  since, they were going to stay with the level of .1 fiber per

15  CC as the standard, right?

16  A.   Yes.

17  Q.   Even that agency erring on the side of over protection

18  felt that was good enough to protect their workers, right?

19  A.   Right.

20  Q.   And if the exposure from gaskets does not exceed that

21  level and there's no epidemiology that products that released

22  even more than gaskets creates disease, is there any reason we

23  should be concluding here that a viable methodology exists

24  that passes muster in scientific terms for concluding that

25  gaskets or packing in real world, real people, not rats, not

 1  miners, real gasket users, that it causes mesothelioma in

 2  those people?

 3  A.    Not in my view.

 4            MR. SCHACHTER:  Thank you, sir.

 5            MR. GEORGE:  Your Honor, can I just redirect on one

 6  issue?

 7            THE COURT:  Okay.  Go ahead.

 8                    RECROSS EXAMINATION

 9  BY MR. GEORGE:

10  Q.    I just want to talk to you about Sir Bradford Hill.  You

11  would agree with me that Sir Bradford Hill himself in his

12  speech which laid out these criteria, one of which is

13  association, right?

14  A.    Right.

15  Q.    How much association there is.  That's one of the nine.

16  He said in his speech that -- hold on one second.

17        There are -- here, then, are nine different viewpoints.

18  Those are his nine criteria.  Not even criteria really,

19  they're nine different viewpoints, right?

20  A.    Factors, consideration, yeah.

21  Q.    Biological plausibility, coherence, analogy, association.

22        And he says, From which we should study association

23  before we cry causation.  What I do not believe, and this has

24  been suggested, is that we can usefully lay down some hard and

25  fast rules of evidence that must be obeyed before we accept

1    cause and effect.  None of my nine viewpoints can bring

2    indisputable evidence for or against the cause and effect

3    hypothesis and none can be required as a sine qua non.  What

4    they can do with greater or less strength is to help us make

5    up our minds on the fundamental question:  Is there any other

6    way of explaining the set of facts before us?  Is there any

7    other answer equally or more likely than cause and effect?

8         And he goes on to say on tests of significance, these

9    confidence intervals, these mathematical formulas.  No formal

10   tests of significance can answer those questions.  Such tests

11   can and should remind us of the effects that the play of

12   chance can create and they will instruct us in the likely

13   magnitude of those effects.  Beyond that they contribute

14   nothing to the truth of our hypothesis.

15        That's what Sir Bradford Hill had to say about

16   statistical data, correct?

17   A.   Yeah, and I think that's exactly my point.  I think

18   statistical significance alone doesn't prove causation, but in

19   order to consider those factors, you must have that.

20             MR. GEORGE:  Thank you.

21             Thank you, Your Honor.

22             THE COURT:  Okay.  Let's shut down for the day.

23   We'll be back at 9:30 in the morning.

24             UNIDENTIFIED SPEAKER:  Can we get their batting

25   order for tomorrow?

```
 1              THE COURT:  Okay.
 2              MR. CASSADA:  Thank you, Your Honor.
 3              Tomorrow we will call Professor Lester Brickman,
 4    Rick Magee, and if there is time we will call John Turlik.
 5              We're chagrin to report that we are behind where we
 6    hoped to be at this point.  We would be open to starting
 7    earlier tomorrow if -- at the court's pleasure.  Of course,
 8    we'll be happy to start at 9:30.
 9              We've agreed to turn the court over to Mr. Guy and
10    his -- and one of his witnesses at 3:30.
11              THE COURT:  Tomorrow afternoon?
12              MR. CASSADA:  Yes, sir.
13              THE COURT:  Let's just start at -- well, let's start
14    at 9:00.
15              MR. CASSADA:  Okay.  Thank you.
16              MR. SWETT:  Your Honor, there is some other
17    housekeeping.
18              THE COURT:  Okay.
19              MR. GUY:  No, the only thing I would add to that,
20    Your Honor, is so that we can expedite things, the parties
21    have agreed that as to the experts on inflation and discount
22    rates, that we don't need to go through the qualification
23    process other than to satisfy the court that they are
24    qualified.  So we're hoping to do that much more quickly.
25              THE COURT:  If y'all are satisfied, I'm satisfied.
```

1          MR. GUY:  Thank you, Your Honor.

2          MR. SWETT:  Good afternoon, Your Honor.  There are a

3    couple of matters having to do with scheduling that have

4    affected importantly the activities of next week.

5          The first has to do with the debtors' desire to

6    bring rebuttal to the committee and FCR's science presentation

7    which will take place on Monday and Tuesday and possibly spill

8    into Wednesday.  The debtors propose to bring that rebuttal at

9    the end of the three-week period.  We have asked them to

10   instead bring it when the committee and FCR science people

11   leave the stand.  In other words, when they -- when Mr. Finch

12   and Mr. George and Mr. Frost have their last witness off the

13   stand, the science rebuttal should come forward.

14         The reason for that is very practical.  When we were

15   heading into a two-week trial that had been scheduled as such

16   for many months, Mr. Finch became committed to another trial,

17   that of a living young mesothelioma victim whose case is going

18   to trial in Charlottesville the week after this trial is to

19   conclude with pretrial activities to take place during the

20   final week of this case.  Mr. George, likewise, made

21   professional commitments for what is now our third week.  And

22   Mr. Frost made a personal vacation plan and cannot be here at

23   the end of the three-week period.

24         So we're in something of a bind.  I mention it now.

25   I hope that we can work it out with the debtors but initial

1   efforts were unsuccessful in doing so.  And barring an

2   agreement, I'm going to have to apply to you to direct the

3   debtors to bring their science rebuttal in the middle of next

4   week instead of at the end of the three weeks.

5          That's the first point.  I don't know if Mr. Cassada

6   wishes to speak it.

7          MR. CASSADA:  Your Honor, at this point we're

8   working with a time period that Your Honor gave us.  We're not

9   even done with our case in chief science case.  We're moving

10  from science to social science tomorrow.  And one of reasons

11  is because of the limited time we've been allocated and the

12  necessity that we choose carefully and prioritize witnesses to

13  make sure that we get on -- get witnesses on in an order of

14  priority.  So we can't agree to let the committee dictate the

15  order of our witnesses.

16         And we do have a plan for the witnesses we'll call.

17  We've made those arrangements with the witnesses and we're

18  ready to proceed on the current schedule.

19         And I might add, Your Honor, I gave up a vacation

20  for the second week, so a lot of people have made sacrifices

21  to be here and to try to conclude this trial within the time

22  allotted by the court.  But we are at peril now getting

23  through our witnesses.

24         THE COURT:  I don't think I can force them into any

25  set order of witnesses.  I'll ask y'all to try to accommodate

1   that if you can.  But I think I've got to leave it to the

2   parties to try the case the best they can in the order in

3   which they can try it.  So let me just ask you to work

4   together as best you can and see where we go from there.

5          MR. SWETT:  There is another matter, Your Honor,

6   which, again, has the been the subject of some discussion, so

7   far not conclusive between the parties, and it has to do with

8   some witnesses that we put on our order of proof as rebuttal.

9          They are witnesses who were not named previously.

10  It's my contention that they were not required to be named

11  previously.  They are -- will testify if at all only in

12  rebuttal of the factual aspects of Mr. Turlik's testimony and

13  Mr. Glaspy's testimony.

14         The reason I need them, or at least need to hold

15  them in reserve is because another witness whom I had planned

16  to have available to respond to Mr. Glaspy and Mr. Turlik as a

17  fact witness, Mark Iola, is unable to be here at all.  He is

18  out of the country or otherwise unavailable for the entire

19  three-week period.

20         And so when I learned that very close to the time of

21  trial, I made the decision that I had to be able to put down

22  these other two people at the appropriate time as rebuttal.

23         Now, this takes place in the context of a case

24  management order that did not speak specifically to rebuttal

25  witnesses.  We were all required to make a preliminary list of

1   our fact witnesses last December and then to give a final

2   version of the same list some time later.  There was no

3   specific requirement as to rebuttal.  Both sides put in their

4   witness disclosures reservations of rights to call whoever

5   they needed for rebuttal or impeachment.

6         When we were apoaching the pretrial conference, I

7   wrote a letter to Mr. Cassada and I said it has been our

8   experience that rebuttal witnesses need not be named unless

9   and until they are to be used.  We had a discussion about

10  that.  Mr. Cassada said he disagreed.

11        We then had the pretrial conference.  You may

12  remember we discussed various aspects of the issues raised in

13  my letter.  The debtors chose not to speak, not to raise the

14  issue of my notice to them that I did not feel obliged to name

15  my rebuttal witnesses in advance of deciding that they had to

16  be used.

17        When it came time to give the order of witnesses,

18  the debtors put down rebuttal witnesses for the first time.

19  Up until then at every listing they have said we reserve the

20  right to call anybody in rebuttal without naming them.

21        Now, Coltec gave its order of witnesses on the same

22  day, July 15th, as the debtors did.  And they put in their

23  order of witnesses, we reserve the right to call anybody

24  without naming them for rebuttal or impeachment.

25        Our order of witnesses came due on July 22nd.  And

1   in an abundance of caution, even though I do not believe it's

2   fairly required in the circumstances, I listed Mr. McLain,

3   Mr. Roderick Paul, and anyone else needed for rebuttal.  In

4   that last reservation of rights I was in line with Coltec.

5           Now, I got an email from Mr. Cassada the other night

6   saying he notices these two names and he's going to object.

7   And I hope that further discussion will come to an

8   accommodation.  I'm willing to do what I can to satisfy him

9   that he's not being ambushed.  They are, after all, rebuttal

10  witnesses who will only testify if needed to respond to

11  something Mr. Turlik or Mr. Glaspy say, and I don't know what

12  they're going to say yet.

13          So that's the problem.  And if Mr. Cassada wishes to

14  speak to it now, I'll yield the podium.  But barring an

15  agreement, I'm going to need some relief from the court.

16          MR. CASSADA:  I don't want to unnecessarily prolong

17  this before Your Honor, but they can only call a rebuttal

18  witness they hadn't named if something unanticipated had come

19  up.  Mr. Turlik and Mr. Glaspy submitted expert reports back

20  in February and they had an opportunity to submit rebuttal

21  reports, and in fact did do that in the form of two lawyers

22  when the rebuttal reports were due in April.

23          Back in December while we still had a fact period of

24  discovery left, I had noticed on their list of potential

25  witnesses the possibility of them calling lawyers that were

1   unnamed on their side.  They said they might call lawyers that

2   we had named.

3         So I wrote Mr. Swett and I told him that we don't

4   want to have the possibility of a plaintiff's lawyer appearing

5   at trial to testify unless we've had an opportunity to depose

6   them.  And he assured me at that time that he had identified

7   all the lawyers who might show up.

8         So it was certainly reasonable for us to believe

9   that we had an opportunity to depose any witness he might

10  call, particularly any witness he might call on issues that

11  he's had fair notice of for a very long time.

12        And I might add, we don't intend to call any witness

13  in rebuttal who has not been produced for deposition.  We

14  haven't -- I suppose there might be some surprise testimony.

15  We might ask for leave of court to do that then.  But we have

16  not taken the position that the parties -- that either we or

17  the committee can just leave unnamed witnesses they might call

18  and claim or answer to some surprise rebuttal testimony.

19        So we do object to their bringing these witnesses

20  out of thin air who we never had a chance to depose.  We don't

21  even know what they are going to testify about.

22        MR. SWETT:  I don't either until I have heard Glaspy

23  and Turlik.  If it helps, I can try to arrange for these

24  people to submit to deposition before they take the stand, but

25  I need to the flexibility to have rebuttal.

1        THE COURT:  I think that's fine.  It doesn't sound

2   to me like there is any kind of ambush or anything going on

3   here.  It just that this is a dynamic situation and things

4   happen and things come up and it wouldn't be -- wouldn't be a

5   trial if there wasn't a surprise or two.

6        But I will ask you to make them available for some

7   sort of examination prior to trial, if only for my benefit

8   that I think that would probably speed things up during the

9   trial rather than to have somebody have to do it at the trial.

10       MR. SWETT:  Yes, sir.

11       THE COURT:  All right.  Well, we'll see you at 9:00

12  tomorrow morning.

13       ALL COUNSEL:  Thank you, Your Honor.

14       (Evening recess at 5:37 p.m.)

15                         * * * * *

16

17

18

19

20

21

22

23

24

25

1    UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF NORTH CAROLINA

3    CERTIFICATE OF REPORTER

4

5         I certify that the foregoing transcript is a true

6    and correct transcript from the record of proceedings in the

7    above-entitled matter.

8

9         Dated this 26th day of July 2013.

10

11

12                        s/Cheryl A. Nuccio
                          Cheryl A. Nuccio, RMR-CRR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25