1    UNITED STATES BANKRUPTCY COURT
   FOR THE WESTERN DISTRICT OF NORTH CAROLINA
2              CHARLOTTE DIVISION

3

4    IN RE:

5    GARLOCK SEALING TECHNOLOGIES,    No. 10-BK-31607
     LLC, et al,
6              Debtors.              VOLUME VI-B
                                     AFTERNOON SESSION
7                                    MONDAY, JULY 29, 2013

8

9         TRANSCRIPT OF ESTIMATION TRIAL
      BEFORE THE HONORABLE GEORGE R. HODGES,
10        UNITED STATES BANKRUPTCY JUDGE

11

12

13   **APPEARANCES**:

14    On Behalf of Debtor:

15        GARLAND S. CASSADA, ESQ.
          Robinson Bradshaw & Hinson, PA
16        101 North Tryon Street, Suite 1900
          Charlotte, North Carolina 28246
17
          JONATHAN C. KRISKO, ESQ.
18        Robinson Bradshaw & Hinson PA
          101 North Tryon Street, Suite 1900
19        Charlotte, North Carolina 28246

20
          LOUIS ADAM BLEDSOE, III, ESQ.
21        Robinson Bradshaw & Hinson, PA
          101 North Tryon Street, Suite 1900
22        Charlotte, North Carolina 28246

23        RICHARD C. WORF, ESQ.
          Robinson Bradshaw & Hinson, PA
24        101 North Tryon Street, Suite 1900
          Charlotte, North Carolina 28246

25

```
 1           **APPEARANCES** (Continued):

 2       RAY HARRIS, ESQ
         Schacter Harris, LLP
 3       400 East Las Colinas Blvd
         Irving, Texas   75039
 4
         CARY SCHACHTER, ESQ
 5       Schacter Harris, LLP
         400 East Las Colinas Blvd
 6       Irving, Texas   75039

 7       C. RICHARD RAYBURN, JR, ESQ
         Rayburn Cooper & Durham, PA
 8       227 West Trade Street,
         Suite 1200
 9       Charlotte, N.C.   28202

10       SHELLEY KOON ABEL, ESQ.
         Rayburn Cooper & Durham, PA
11       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
12
         ALBERT F. DURHAM, ESQ.
13       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
14       Charlotte, North Carolina 28202

15       ROSS ROBERT FULTON, ESQ.
         Rayburn Cooper & Durham, PA
16       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
17
         JOHN R. MILLER, JR., ESQ.
18       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
19       Charlotte, North Carolina 28202

20       ASHLEY K. NEAL, ESQ.
         Rayburn Cooper & Durham, PA
21       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
22
         WILLIAM SAMUEL SMOAK, JR., ESQ.
23       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
24       Charlotte, North Carolina 28202

25
```

1      **APPEARANCES** (Continued):
       On Behalf of Interested Parties:

2

       Carson Protwall LP:

3

            JULIE BARKER PAPE, ESQ.
4           Womble Carlyle Sandridge & Rice, PLLC
            P.O. Drawer 84
5           Winston-Salem, North Carolina 27102

6      Coltec Industries Inc.:

7           DANIEL GRAY CLODFELTER, ESQ.
            Moore & Van Allen, PLLC
8           100 North Tryon Street, Suite 4700
            Charlotte, North Carolina 28202-4003
9
            HILLARY B. CRABTREE, ESQ.
10          Moore & Van Allen, PLLC
            100 North Tryon Street, Suite 4700
11          Charlotte, North Carolina 28202-4003

12          MARK A. NEBRIG, ESQ.
            Moore & Van Allen, PLLC
13          100 North Tryon Street, Suite 4700
            Charlotte, North Carolina 28202-4003
14
            EDWARD TAYLOR STUKES, ESQ
15          Moore & Van Allen, PLLC
            100 North Tryon Street, Suite 4700
16          Charlotte, North Carolina 28202-4003

17     Creditor Committees:

18     Official Committee of Asbestos Personal Injury
            Claimants:
19
            LESLIE M. KELLEHER, ESQ.
20          Caplin & Drysdale, Chartered
            One Thomas Circle NW, Suite 1100
21          Washington, DC 20005

22          JEANNA RICKARDS KOSKI, ESQ.
            Caplin & Drysdale, Chartered
23          One Thomas Circle NW, Suite 1100
            Washington, DC 20005

24

25

1      **APPEARANCES** (Continued):

2

3      JEFFREY A. LIESEMER, ESQ.
       Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
4      Washington, DC 20005

5      KEVIN C. MACLAY, ESQ.
       Caplin & Drysdale, Chartered
6      One Thomas Circle NW, Suite 1100
       Washington, DC 20005

7

8      TODD E. PHILLIPS, ESQ.
       Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
9      Washington, DC 20005

10     TREVOR W. SWETT, ESQ.
       Caplin & Drysdale, Chartered
11     One Thomas Circle NW, Suite 1100
       Washington, DC 20005

12

13     JAMES P. WEHNER, ESQ.
       Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
14     Washington, DC 20005

15     ELIHU INSELBUCH, ESQ
       Caplin & Drysdale, Chartered
16     One Thomas Circle NW, Suite 1100
       Washington, DC 20005

17

18     NATHAN D. FINCH, ESQ
       Motley Rice, LLC
       1000 Potomac Street, NW
19     Suite 150
       Washington, DC  20007

20

21     GLENN C. THOMPSON, ESQ.
       Hamilton Stephens Steele & Martin
       201 South College Street, Suite 2020
22     Charlotte, North Carolina 28244-2020

23     TRAVIS W. MOON, ESQ.
       Moon Wright & Houston, PLLC
24     227 West Trade Street, Suite 1800
       Charlotte, North Carolina 28202

25

1       **APPEARANCES** (Continued):

2       RICHARD S. WRIGHT, ESQ.
        Moon Wright & Houston, PLLC
3       226 West Trade Street, Suite 1800
        Charlotte, North Carolina 28202
4
        ANDREW T. HOUSTON, ESQ
5       Moon Wright & Houston, PLLC
        226 West Trade Street, Suite 1800
6       Charlotte, North Carolina 28202

7       SCOTT L. FROST, ESQ
        Waters Kraus, LLP
8       222 North Sepulveda Blvd, Suite 1900
        El Segundo, California   90245
9
        JONATHAN A. GEORGE, ESQ
10      Waters Kraus, LLP
        3219 McKinney Avenue
11      Dallas, Texas   75204

12
        Future Asbestos Claimants:
13
        KATHLEEN A. ORR, ESQ
14      Orrick, Herrington & Sutcliffe, LLP
        1152 15th Street, NW, Columbia
15      Center
        Washington, DC   20005-1706
16
        JONATHAN P. GUY, ESQ
17      Orrick, Herrington & Sutcliffe, LLP
        1152 15th Street, NW, Columbia
18      Center
        Washington, DC   20005-1706
19

20      Official Committee of Unsecured
        Creditors: DEBORAH L. FLETCHER,
21      ESQ.
        FSB Fisher Broyles, LLP
22      6000 Fairview Road, Suite 1200
        Charlotte, North Carolina 28210
23

24

25

~~1539~~

**I N D E X**

**DIRECT    CROSS    REDIR    RECROSS**

William E.  Longo...............1540...1622,1631.....1627
James H. Shoemaker...1634.....1649,1689..1651,1711...1691


**E X H I B I T S**


<u>Debtors' Exhibits No.</u>:                              <u>ADMITTED</u>

GST-15518....................................1688
GST-15570....................................1716


<u>ACC's Exhibits No</u>:                          <u>ADMITTED</u>

ACC-3781.....................................1688
ACC-5063A....................................1688
ACC-3783.....................................1688
ACC-3785.....................................1688
ACC-5063B....................................1688
ACC-10000....................................1716
ACC-10001....................................1716


                                              <u>PAGE</u>

Reporter's Certificate.........................1719

1540

Cross - Longo

1    **P R O C E E D I N G S**

2    (On the record at 1:48 p.m.)

3    THE COURT:  Okay.  I think we were with you,

4    Mr. Harris.

5    MR. HARRIS:  I believe Mr. Guy wanted to --

6    THE COURT:  That's right.  I forgot about you

7    again.

8    MR. GUY:  That's right, Your Honor.  We're still

9    here, even though we're quiet.

10    **<u>CROSS-EXAMINATION</u>**

11    BY MR. GUY:

12    Q.    Dr. Longo, my name is Jonathan Guy.  I represent

13    the future claimants' representative in this case.

14    Joseph Grier, III is here in the courtroom.

15    A.    Yes, sir.

16    Q.    And you were not retained by the FCR; correct?

17    A.    That's correct.

18    Q.    You were retained by the ACC?

19    A.    I think so.

20    Q.    And you've never met me or Mr. Grier before, have

21    you?

22    A.    I have not.

23    Q.    Now we're listening with great interest to your

24    testimony and the testimony on the other side on these

25    issues.  And we're actually, unlike many people in the

1541

Cross - Longo

1  courtroom, hearing it for the first time along with Judge

2  Hodges.  I want to ask you about your 2002 study.  That

3  concerned fiber release; correct?

4  A.     Yes, sir.

5  Q.     Asbestos fibers?

6  A.     That's correct.

7  Q.     And we've heard before, earlier last week, about

8  dust.  But the important thing is asbestos fibers, is it

9  not?

10 A.     Yes, sir.  In those studies, dust was being

11 released.  But, in that dust was asbestos dust from those

12 gaskets.

13 Q.     If there was no asbestos fiber in there we

14 wouldn't be talking about it, would we?

15 A.     No, sir, we wouldn't.

16 Q.     Now that study was 2002?

17 A.     Yes, sir.

18 Q.     And the order from the Texas court was 2001;

19 correct?

20 A.     July of 2001.

21 Q.     And who was it who contacted the editor of the

22 paper where your article was going to be published?  Was

23 it Mr.  Boelter or Mr.  Mangold?

24 A.     Mr.  Mangold wrote a letter.  And Mr.  Liukonen

25 was the one who contacted the editor directly, I think,

1542

Cross - Longo

1   by telephone.  As far as I know, Mr.  Boelter was not

2   involved.

3   Q.     So that would be Mr.  Liukonen and Mr.  Boelter

4   who were both the debtors' experts in this case?

5   A.     Yes, sir.

6   Q.     And when did they contact the editor?

7   A.     It looks like it was around -- I'd have to -- I

8   can -- hold on.

9   Q.     Just approximately.

10  A.     Around October of 2001 or so; in that time frame.

11  Q.     So, Garlock was well aware of your views about the

12  exposure to asbestos fibers in connection with asbestos-

13  containing gaskets prior to 2005; correct?

14  A.     Yes, sir.  They were very aware.

15  Q.     The views that you articulated in your 2002

16  report, have they changed, fundamentally, from 2002 to

17  today?

18  A.     No, sir.

19  Q.     No further questions, Your Honor.

20         THE COURT:  Okay.  Thank you.

21         All right, Mr.  Harris.

22         MR. HARRIS:  Thank you, Your Honor.

23                   **CROSS-EXAMINATION**

24         BY MR. HARRIS:

25  Q.     Good afternoon, Dr.  Longo.

1543

Cross - Longo

1    A.      Good afternoon, Mr.  Harris.

2    Q.      You agree that you have to have reliable

3    information to draw scientific conclusions?

4    A.      Yes, sir.

5    Q.      You want to make sure that the data is reported

6    accurately.  True?

7    A.      That is true.

8    Q.      You want to make sure that records are kept.

9    True?

10   A.      Yes, sir.

11   Q.      You want to make sure that accepted scientific

12   methods were used --

13   A.      Yes, sir.

14   Q.      -- and Actually followed.

15   A.      That's correct.

16   Q.      You want to make sure that quality control

17   procedures were implemented --

18   A.      That is correct.

19   Q.      -- and actually followed?

20   A.      Yes, sir.

21   Q.      You want to make sure that the researcher has

22   maintained his or her objectivity --

23   A.      That is correct.

24   Q.      -- and made full disclosures of all conflicts and

25   financial interests.  True?

1544

Cross - Longo

1  A.      Yeah, that's true.  At certain times, journals

2  today require it.  In the early years they didn't require

3  it.  But that's correct, now you have to.  But in the

4  late '90s and early 2000s journals weren't as adherent to

5  that policy as they are now.

6  Q.      If these things aren't done, then there's reason

7  to question the reliability of the conclusions provided;

8  correct?

9  A.      Well, yes and no.  Certainly, if these things

10 aren't done that affect the data and changes the --

11 changes the magnitude of the data, absolutely.  If

12 there's errors, and we've had a few.  And if it does not

13 impact the actual data, then, no.  So you have to look at

14 each case individually.

15 Q.      You once did a study on the potential exposure

16 from removing spiral wound gaskets.  True?

17 A.      In the late '90s.  That's true.

18 Q.      You designed the protocol?

19 A.      Yes, sir.

20 Q.      Obtained materials for the study?

21 A.      Yes, sir.

22 Q.      Set up the Tyndall Lights inside the chamber?

23 A.      That's correct.

24 Q.      Hooked up the air sampling equipment?

25 A.      Yes, sir.

1545

Cross - Longo

1    Q.      Went about removing the spiral wound gaskets as

2    you had in other gasket studies; correct?

3    A.      Correct.

4    Q.      And compiled and produced a report.

5    A.      That is correct.

6    Q.      You reported that removing spiral wound gaskets

7    resulted in exposures above the OSHA limits.   True?

8    A.      I believe that's true.   Yes, sir.

9    Q.      You had either testified about it or you were

10   prepared to testify about that study; is that correct?

11   A.      No, sir.   I never testified about it.

12   Q.      Well your colleague, Mr. Hatfield, who has

13   testified for years for MAS; correct?

14   A.      Yes, sir, he testified about it.

15   Q.      He works for you; correct?

16   A.      Yes, sir.   He's on medical leave, but he does work

17   for me.

18   Q.      He participates in the studies that you've done?

19   A.      Yes, sir.

20   Q.      A co-author of your gasket papers and reports.

21   A.      That's correct.

22   Q.      And he, in fact, testified to the spiral wound

23   gasket study; correct?

24   A.      That is correct.

25   Q.      And then it was pointed out that a serious math

1546

Cross - Longo

1  error had been made; correct?

2  A.      That is correct.

3  Q.      And the results that Mr. Hatfield had testified

4  to were four times higher than they actually were; right?

5  A.      That's correct.

6  Q.      They were below the OSHA limit; correct?

7  A.      That's correct.

8  Q.      In fact, they were below the OSHA limit.

9  A.      That's correct.

10  Q.      All right.  You showed your Tyndall video from

11  Gasket Study IV.  Were all the videos that you showed

12  that related to your gasket studies from IV?

13  A.      Yes, sir, it was.

14  Q.      So, when we see the Tyndall video, you do not know

15  the percentage of the dust that is actually asbestos from

16  looking at the video.  Correct?

17  A.      Well, yes and no.  We haven't made the measurement

18  of the amount of asbestos in the dust, but we know the

19  percentages of the asbestos in the material.  Say the

20  gasket is 80 percent, the thermal insulation is 15

21  percent, and they're pretty much a homogeneous mixture.

22  So it's unclear to me, scientifically, why it would be

23  outside those bounds.

24  Q.      But you haven't done a study that confirms that.

25  True?

1547

Cross - Longo

1  A.      It's true that I can't devise a study that can

2  measure accurately the different components on an air

3  filter --

4  Q.      Is it true, Dr. Longo?  That's all I was asking.

5  Is it true or false?

6  A.      Well you can't answer that just true and false.

7  What you can answer it is there's not a methodology to

8  distinguish by weight what's on an air filter in nanogram

9  amounts.  I've not been a able to come up with that.

10  Q.      You can't determine from looking at the video the

11  percentage of dust seen that is of respirable size.  Is

12  that true?

13  A.      That's true, we don't do that.

14  Q.      You agree that you're not an expert on cameras;

15  correct?

16  A.      I agree.

17  Q.      You're not an expert on photography.  True?

18  A.      I agree.

19  Q.      You're not an expert on the physics of light;

20  correct?

21  A.      That's true.

22  Q.      This is an excerpt from your spiral wound gasket

23  study.  True?

24  A.      That is correct.

25  Q.      I want to talk about your gasket studies that

1548

Cross - Longo

1  you've done and your efforts to design or to go about

2  designing them.  This is an advertisement for your firm

3  from back in the early '90s; is that correct?

4  A.    Yes, sir.  I think that photograph was taken in

5  1989.

6  Q.    So that's just back in the time when you were

7  getting ready to start testifying in the asbestos

8  personal injury litigation or asbestos property damage

9  litigation?

10 A.    By that time, I believe, I already was involved in

11 property damage cases.  I don't believe I became really

12 involved in asbestos containing personal injury cases

13 until the mid to late 1990s.

14 Q.    You've done many gasket studies over the years;

15 correct?

16 A.    I have.

17 Q.    The early ones involved gluing a gasket to a metal

18 plate and then scraping and wire brushing and grinding

19 the gaskets off; is that correct?

20 A.    Not off, but just the surface of the gaskets.

21 That part's correct.

22 Q.    Right.  And you testified about that this morning,

23 that it was about to -- those studies were intended to

24 detect fiber release?

25 A.    Determine if there would be any fiber release,

1549

Cross - Longo

1  like all our studies.

2  Q.    But you called them Garlock and anchor gasket

3  workplace simulation demonstrations; correct?

4  A.    Yes, sir.

5  Q.    You called them "workplace simulations;" correct?

6  A.    Right.

7  Q.    You and Mr. Hatfield testified about them?

8  A.    I think Mr. Hatfield has. I don't know if I've

9  testified about those or not. It was just the very first

10  study back in the late '90s.

11  Q.    Those, in fact, are the only studies where you

12  know you actually removed a Garlock gasket or you abraded

13  a Garlock gasket in one of your studies. I shouldn't say

14  "abraded." You went through the process of removing a

15  gasket; correct?

16  A.    Well, I think the better term is "abrading" it

17  because we didn't remove the gaskets. We just abraded

18  the surface. Again, as I was explaining earlier, it was

19  to see if a brand new gasket -- not brand new in

20  manufacturing. But a gasket that had not been put into a

21  system under elevated temperature and pressure, when you

22  abraded the surface, would it release fibers?

23  Q.    So, your early study: Glue the gasket to a plate

24  and then start scraping and wire brushing it and

25  collecting air samples; is that correct?

1550

Cross - Longo

1   A.      That's correct.

2   Q.      And this is the results from one of those studies;

3   is that correct?

4   A.      That's correct.

5   Q.      And the exposure levels, these are short-term

6   exposures?

7   A.      I believe so.

8   Q.      20-minute samples?

9   A.      Yes, sir.

10  Q.      And the range was from .72 to 1.28; correct?

11  A.      Yes, sir.

12  Q.      And if you time-weighted the 1.28 over 30 minutes

13  to make a comparison to the OSHA short-term exposure

14  limit, it would actually be below one fiber per cc;

15  correct?

16  A.      I think it would be.  Let's see.  Let me just look

17  at the math here for a second.  I think it would be

18  approximately .8.

19  Q.      So it would be below the OSHA short-term exposure

20  limit; is that correct?

21  A.      It would be -- yeah .1.  Well, it's .8. Below .10.

22  Yes, sir.

23  Q.      You understand, in the workplace, nobody's gluing

24  gaskets to a metal plate and then trying to remove them;

25  correct?

1551

Cross - Longo

1  A.      No, sir.  I've never read any plaintiff gluing a

2  gasket to a metal plate.  And again, as I explained

3  earlier, this had to do with looking at a brand new

4  gasket surface to see if abrading the surface of a brand

5  new asbestos-containing gasket would release measurable

6  fiber levels or is the material encapsulated so it cannot

7  release.  That was the primary object here.

8  Q.      So you moved on to studies where you actually

9  removed -- were removing gaskets from flanges; correct?

10  A.      That is correct.

11  Q.      Now, you're not an industrial hygienist or

12  Certified Industrial Hygienist; correct?

13  A.      That's correct.  I'm not a Certified Industrial

14  Hygienist.

15  Q.      You're not even an industrial hygienist; correct

16  A.      I've been qualified many times in the areas of

17  industrial hygienist.  I would never call myself a broad-

18  based industrial hygienist in all areas of industrial

19  hygiene.

20  Q.      You're not an expert on OSHA regulations with

21  respect to asbestos?

22  A.      Yes, sir.  I don't know the OSHA regulations

23  backwards and forwards, it's such a large document, but

24  I've read them routinely and interpreted them.

25  Q.      Before you conducted these studies you had never

1552

Cross - Longo

1  installed asbestos gaskets or packing in the workplace.

2  True?

3  A.      That is correct.

4  Q.      You had never seen asbestos gaskets or packing

5  used in the workplace.  True?

6  A.      That is correct.

7  Q.      You had never conducted monitoring for asbestos in

8  the workplace; is that true?

9  A.      That is correct.

10  Q.      You designed the protocols for the gasket and

11  packing studies that you discussed earlier; correct?

12  A.      Yes, sir.

13  Q.      In the early studies, including the studies that

14  were published, you removed the gaskets yourself.

15  A.      Yes, sir.

16  Q.      When you remove gaskets from a flange that are

17  tightly adhered, or adhered, you cannot identify the

18  manufacturer of the gasket; is that correct?

19  A.      That is correct.

20  Q.      And you cannot state as a fact that in any of your

21  flange gasket studies you removed a Garlock gasket.

22  True?

23  A.      That is true.  The Gaskets are fungible.  They're

24  all made the same way.  So there's no way to analyze

25  them, that I'm aware of, to tell one from the other.

~~1553~~

Cross - Longo

1  They're all going to behave the same.

2  Q.     You understand there are military specifications,

3  and manufacturers try to get their gaskets on the QPLs to

4  be approved to sell to the military; correct?

5  A.     Yes, sir, I agree.

6  Q.     But it's not your contention -- you don't know

7  whether all manufacturers' compressed sheet gaskets

8  qualify or meet the military's specifications, correct?

9  A.     No, sir.  I'm not here to state that all

10  manufacturers meet the military specifications.  What I'm

11  talking about is after the gasket has been on the flange

12  for a period of time, the compressed sheet gasket, and

13  they've degraded to the point where they are friable and

14  you're removing them, they're all going to have the same

15  characteristics.  Obviously, if we're looking at brand

16  new gaskets you can tell one from the other, primarily,

17  because everyone puts their names on them.

18  Q.     But you haven't done any studies to determine that

19  or confirm that.  That's your opinion; correct?

20  A.     No, sir, that's not my opinion.  We have analyzed

21  these gaskets from all these different flanges and

22  valves.  We have done GC mass spec, chemical organic

23  analysis.  So, either two things have happened:  We just

24  so happen to get the exact same gasket manufacturer for

25  every flange and valve we took that were removed from two

1554

Cross - Longo

1  different places in the country, or these manufacturers

2  put the same ingredients in, the same concentration of

3  asbestos; they even cross-reference each other.  So if

4  you buy this Garlock, you can use this John Crane,

5  etcetera.  These compressed sheet gaskets are fungible.

6  Q.    Do you know the difference between commercial

7  grade and premium grade gaskets?

8  A.    The premium grade are for higher temperature and

9  pressure elevation.  It has to do with the amount of

10 fiber, and it's cross-linked -- they're cross-linked in

11 the material.  But that means that once this material has

12 become friable and degraded, it's my opinion you can't

13 tell the difference between them.

14 Q.    You did not design any of your gasket studies,

15 gasket removal or gasket fabrications, with any

16 particular plaintiff in mind.  True?

17 A.    Only one.  But the rest of that is true.

18 Q.    Only one?  Are you talking about your compressor

19 studies?

20 A.    Yes, sir.

21 Q.    That's different.  We haven't talked about those

22 yet.  You have not reviewed any of the information

23 submitted by the current claimants in this proceeding;

24 right?

25 A.    That is correct.

1555

Cross - Longo

1   Q.      You haven't reviewed any of the supplemental

2   questionnaires or depositions or any of the depositions

3   that were submitted by the current plaintiffs; correct?

4   A.      That is correct.

5   Q.      In your Gasket Studies IV and V and the Crane

6   Valve Study that you did, you removed a gasket -- removed

7   the gaskets using the 11,000 RPM grinder; is that

8   correct?

9   A.      That is correct.

10  Q.      This is a picture from your Crane Valve Study;

11  correct?

12  A.      Correct.

13  Q.      And I believe you made some mention before that

14  the wire wheel was hitting the guard and that was what

15  was causing the sparks that we saw in the video.  But, in

16  fact, that's not what you're saying.  Some of the sparks

17  came from hitting the guard, but you took the guard off

18  to do the Crane Valve Study; correct?

19  A.      Well, not quite.  We were talking about the one

20  high speed grinder that failed.  Actually, the motor

21  burned up.  And we were talking about the suggestion that

22  the reason that happened is because the grinder was being

23  pressed so hard onto the flange surface that we were

24  grinding into the flange and it burned up.  That was not

25  the case for that.  That's what we showed.  I also

1556

Cross - Longo

1  testified though, as I recall earlier when we talked

2  about it, that when these wire brushes do hit some of

3  these steel posts and some of the surfaces, you do get

4  some sparks.

5  Q.     Okay.  Well, I mean you got sparks back in the

6  other study that weren't related to the guard and you're

7  getting sparks here.  True?

8  A.     Well, the sparks there is coming off the bolt.

9  But I never said you don't get sparks.  I was talking

10  about why that particular grinder failed, not because it

11  was being pushed into the flange surface and burned the

12  motor up because of the guard.

13  Q.     Now you presented a table in your report and, I

14  believe, in your direct testimony of the different

15  grinding studies that you've done and what the results

16  were.  Is that true?

17  A.     That's true.

18  Q.     And you compared Study III where a drill was used

19  with the other grinding studies; correct?

20  A.     Correct.

21  Q.     And I notice that actually, though, in the Crane

22  Valve Study, for the helper that's standing right next to

23  the worker, that you didn't show, you actually got 77

24  fibers per cc; correct?

25  A.     That -- if you -- and that's correct.  But that

1557

Cross - Longo

1   was with the Bonnet gaskets.  The Bonnet Gaskets are much

2   bigger.  I was comparing all the flange gaskets on each

3   flange so that we could compare one to the other.  With

4   the electric drill versus the flange gaskets on the -- on

5   the Gasket Studies IV, V -- IV and V in the Crane, just

6   the gasket.  I'm sorry.

7   Q.     I'm sorry?

8   A.     Just the gasket studies.

9   Q.     You haven't done any studies or any research to

10  determine whether these 11,000 RPM grinders, electric

11  grinders, were available in the 1950s or 1960s.  True?

12  A.     That's true.  We haven't been able to determine

13  that.  And I'm not suggesting that the 11,000 RPM

14  grinders were available.  I'm not suggesting that they

15  were or they weren't.  What I'm saying is that the use of

16  these 11,000 RPM grinders does not bias the data as shown

17  by your data.

18  Q.     My question was simple.  You haven't done any

19  research to determine whether this was a common tool in

20  the 1960s.  True?

21  A.     I've not been able to buy a 1950 or 1960 grinder,

22  but I'm not disputing that they may not.

23  Q.     You're not aware of any testimony from anybody who

24  said they used 11,000 RPM electric grinders in the 1960s

25  to remove gaskets; correct?

1558

Cross - Longo

1  A.     That is correct.  The reason we used that grinder

2  is the Journeyman Pipefitter who did the study was -- I

3  asked him just to purchase the tools that he used.

4  Q.     Yes.  But you didn't ask him what time period in

5  which he used the tools; correct?

6  A.     That is correct.

7  Q.     Okay.  Now, this situation here where we're

8  causing sparks using a grinder.  If you were going to do

9  that type of work in a refinery or a chemical plant,

10  you'd actually have to get a Hot Work Permit.  True?

11  A.     True.  You wouldn't use that in a -- in a

12  situation where there could be an explosion.  You would

13  use a pneumatic grinder and you would use a brass wire

14  brush.

15  Q.     Okay.  But here in your studies where you're

16  getting your high -- this high or higher studies, you're

17  using a steel wheel on an 11,000 RPM grinder; correct?

18  A.     That is correct, but --

19  Q.     Let me show you some testimony from the

20  Committee's experts.  Roger Beckett, who was in charge of

21  industrial hygiene at the Puget Sound Naval Shipyard

22  during the '70s, '80s, and the first part of the 1990s.

23  You've read his deposition testimony.

24         (Videotaped deposition of Roger Beckett plays.)

25         BY MR. HARRIS:

~~1559~~

Cross - Longo

1  Q.     So that type of tool wasn't used at the Puget

2  Sound Naval Shipyard.

3         We also asked the Committee's expert James

4  Shoemaker, and I believe he's sitting in the courtroom

5  and will testify next.  We asked him whether they had

6  those grinders there.

7         Q.   "Do you even know whether 10,000 RPM

8  electric grinders were available in the United   States

9  in    the '60s?"

10        A.   "10,000 RPM electric grinders? "

11        Q.   "Yes."

12        A.   "No.  I don't know that.  We did not use,

13             generally use electric tools on a ship because of

14             the shock hazard.  Normally we used pneumatic

15             tools."

16        Q.   "All right.  Are you aware of 10,000 RPM

17             grinders that were used by pipefitters in the

18             1960s in the shipyard?"

19        A.   "No."

20        But you did say that you used a brass wire brush

21  in your Crane Valve Study; correct?

22  A.     Correct.

23  Q.     And we talked about this at your deposition.  I

24  showed you a picture -- this picture of the brass wire

25  brush actually comes from your study; correct?

1560

Cross - Longo

1    A.        Correct.

2    Q.        The catalog number is 77735.  There's the catalog

3    produced by the manufacturer.  The manufacturer says that

4    for the brass wire brush, for that are catalog number,

5    the maximum safe speed is 7,000 RPMs.  Correct?

6    A.        That's correct.

7    Q.        You used the brass wire brush at a speed that was

8    higher than it was rated for.  True?

9    A.        It may have.

10   Q.        In addition to using the brass wire brush at a

11   higher speed, you used the steel wheel that we talked

12   about.

13   A.        Yes, sir.

14   Q.        This is a carbon steel wheel; correct?

15   A.        That is correct.

16   Q.        Carbon steel wheels like this -- the carbon steel

17   in these wheels is hard metal; correct?

18   A.        Yes, sir.

19   Q.        This is just more pictures of sparks.

20            Now in your report, we talked to you about this --

21   you discussed this.  You brought this up on your own in

22   your initial report in the case.  You said, "First, a

23   simple rule used in material science demonstrates why

24   these Garlock experts are wrong when they say workers

25   would never use wire brushes to remove the old gaskets

1561

Cross - Longo

1   because of the potential damage to the steel flanges.

2   The rule that a softer material cannot scratch a harder

3   material.  In this case, the wire brushes are a harder

4   material than a synthetic rubber asbestos gasket but a

5   softer material than a steel flange.  This allows the use

6   of a wire brush to remove the old gasket without damaging

7   the steel flange surface."

8        You wrote that, true?

9   A.    That's true.

10  Q.    Now, in response to this comment in your report,

11  we engaged Drew Van Orden of the RJ Lee Group to evaluate

12  the hardness of tools that were identical or similar to

13  the ones you used, and to compare that to flanges.  He

14  concluded, based on his analysis, that the materials in

15  the carbon steel wire wheel and the wire brushes was

16  harder than what you would expect from typical flanges.

17  Do you recall reading his report?

18  A.    I do.

19  Q.    And I understand that when you read his report

20  that you then sent the tools out to your own

21  metallurgist, or a colleague of yours who is a

22  metallurgist, specializes in metallurgy, which is a

23  material of material science.  Correct?

24  A.    Correct.  He was a --

25  Q.    And he said the same thing.  He said that the wire

1562

Cross - Longo

1  brushes on the carbon -- on the steel wheels would be

2  harder than on the flanges that you sent him.  Correct?

3  A.      That's correct.

4  Q.      That's what he said.

5  A.      That's what he said.  But he also said because of

6  the flexibility of wire, you can't look at just the

7  hardness testing.  The hardness testing, or Vickers

8  testing, involves taking the wire, mounting it in

9  plastic, and then indenting the end of the wire so the

10  wire is held stiff.  You have to take in the flexibility

11  of the wire and the flexibility of the material.  There

12  is no damage that is done to these flanges when they're

13  removing the gaskets with these materials.

14  Q.      That's not what you said in your report before.

15  A.      We talked about that in my deposition, and I

16  agreed that it was very inartfully written.

17  Q.      So you were using this hard -- this carbon steel

18  wheel.  Let me just ask you -- well, we'll come back to

19  it in a second.

20          You were using the carbon steel wheel on a brass

21  flange in your Crane Valve Study; right?  You had three

22  brass flanges out of five?

23  A.      No.

24  Q.      Well, you said at your deposition that they were

25  -- you had three brass flanges out of five; correct?

1563

Cross - Longo

1   A.      No.  I did say that in my deposition.  And I based

2   that on the pipefitter, that he thought they were brass.

3   I've sat down with Mr.  Shoemaker and we've looked over

4   these flanges, and it's expert opinion that these flanges

5   are all -- these valves are all steel.  He can tell you

6   why when he gets up on the stand.

7   Q.      We asked to look at those flanges and you said you

8   no longer had them.

9   A.      That's correct.

10   Q.      You don't have them?

11   A.      I do not.

12   Q.      So you didn't actually -- you looked at

13   photographs of the flanges with Mr.  Shoemaker?

14   A.      Yes.  In fact, it was so simple, I felt kind of

15   foolish about the real -- why these are steel flanges.

16   If you look at the pictures in place, you'll see that

17   there is rust on the flange.

18   Q.      Okay.

19   A.      And the rusting can't rusting can't happen.  One,

20   brass valves are never used in steam systems.  So if you

21   have a yellow metal valve, it has to be bronze.  Bronze

22   cannot rust.  As a material scientist, I feel almost

23   foolish I didn't recognize this.  So these are all steel

24   flanges that we used, all five, according to

25   Mr.  Shoemaker.

1564

Cross - Longo

1  Q.      I thought you said at your second deposition that

2  they were bronze flanges, not brass.

3  A.      I called Mr. Shoemaker and described the color of

4  the flange.  And he said, one, no bronze -- no brass

5  valves are ever used because the steam and because of the

6  danger; and, because it has this kind of color, it ought

7  to be a bronze.  Mr. Shoemaker's now had an opportunity

8  to look at all the photos, and that's opinion it's steel.

9  Q.      Okay.  That's his opinion.  He's not a material

10  scientist; right?

11  A.      Well --

12  Q.      No.  My question is, as far as you know, he's not

13  a material scientist.  Is that true or false?

14  A.      He's not a material scientist.  He's an expert in

15  piping.  Excuse me.  He's an expert on the piping.

16  Q.      My only question was --

17  A.      I know as a material scientist bronze and brass

18  cannot rust.

19  Q.      Dr. Longo, so you are the -- supposedly, you are

20  the material scientist.  That's your claimed area of

21  expertise.  You've identified now that theses are brass,

22  they're bronze and they're steel.  Is that true?

23  A.      That's true.

24  Q.      All three times under oath and all three times

25  with certainty; correct?

1565

Cross - Longo

1  A.      That's true.

2  Q.      So, you do understand that using a carbon steel

3  wheel with 11,000 RPM grinder can damage a brass flange.

4  True?

5  A.      I would agree that you could take some type of

6  energy and grinding and at some point damage a flange.  I

7  would agree with that.

8  Q.      That's true.  So the answer is true?

9  A.      It's true if you have a bare flange and you use a

10 carbon steel at 11,000 RPM, at some point it's going to

11 damage it.

12 Q.      Okay.  And you've seen these photographs from

13 Mr.  Boelter's demonstration.  And you can see that brass

14 flanges can be damaged with the carbon steel wheel like

15 the one that was used in your study; correct?

16 A.      Yes and no.  Certainly, you can take a carbon

17 steel brush at 11,000 RPM.  And if you keep it long

18 enough on the flange -- and I think he used the exact

19 timing that we used when we removed the gaskets from the

20 flange surface.  The difference is, is that we're not

21 spending the one minute or two minute or three minutes

22 like Mr.  Boelter did just grinding a bare flange

23 surface.  We're removing gaskets.  The gasket is being

24 removed and the energy dissipated.  At some point when

25 the gasket is removed there is some minor polishing of

1566

Cross - Longo

1 the flange, but it's not the same.  So you can't compare

2 what Mr.  Boelter did with our studies, in my opinion.

3 Q.    The bronze flange can be damaged with a steel

4 wheel.  True?

5 A.    I'm sorry?

6 Q.    The bronze flange can also with damaged with a

7 carbon steel wheel?

8 A.    Yes, sir, at some point.

9 Q.    Stainless steel flange can be damaged with the

10 carbon steel wheel like the one that you used; correct?

11 A.    At some point, that's correct.  But it's not --

12 Q.    In fact, the American Society of Mechanical

13 Engineers recommends against using carbon steel brushes

14 on stainless steel flanges.  True?

15 A.    That's true.  None of our flanges, of course, were

16 stainless steel.  But that's true.

17 Q.    All right.  But do you know what type of steel

18 they were?

19 A.    They were carbon steel.

20 Q.    The ones that were brass and now bronze and then

21 became steel, they're a carbon steel?

22 A.    That's what they make those -- I know it's

23 confusing.  You know, we were told that's what they were

24 initially by the pipefitter.  But looking at the

25 photographs and especially in its place, the rusting of

1567

Cross - Longo

1   it really sets it off.  It's almost silly we didn't pick

2   that up earlier.

3   Q.     So, this is -- okay.  We heard from Captain Wasson

4   week.  Do you know Captain Wasson?

5   A.     No, sir.

6   Q.     He spent some time -- he had researched the

7   military specifications and military standards for the

8   type of flanges that were actually used on different

9   types of systems in the Navy.  He illustrated for us that

10  there were 11 steam systems that were identified on

11  surface ships in the Navy and a number of those steam

12  systems actually used bronze flanges.

13  A.     No, I know they do.  Crane Co sells them.  But

14  those aren't bronze flanges.

15  Q.     Okay.  This is a photograph -- we've seen this

16  before, last week, of the grinder burning up.  This is

17  what you were talking about.

18  A.     Yes, sir.

19  Q.     And it was this -- the pipefitter -- actually, he

20  was a steamfitter, wasn't he, Mr. Holcomb, in his career?

21  A.     He calls himself both.  So, I don't know.

22  Q.     Okay.  He's the one that chose the materials.

23  True?

24  A.     He chose the tools.

25  Q.     You told him to choose the equipment that he would

1568

Cross - Longo

1  use, correct, or that he used historically?

2  A.    Yes, sir.

3  Q.    And he chose this 11,000 RPM grinder with a steel

4  wheel that was too big for the guard that came on the

5  grinder; correct?

6  A.    He did.

7  Q.    Is that just a -- so, this is the person you

8  hired.  You switched over to the steamfitter after Gasket

9  Studies I, II and III, and the glued gasket studies,

10  because you were drawing criticism because you had no

11  experience removing gaskets in the field and you wanted

12  to get an experienced pipefitter or steamfitter in to do

13  the work.  At least that's what your side of the story

14  is; correct?

15  A.    Well, not quite my side of the story.  My side of

16  the story was we wanted to compare the

17  pipefitter/steamfitter because, as I've talked about, I

18  am not a Journeyman Pipefitter, and I wanted to compare

19  the results.  They are comparable.  Mr.  Holcomb did pick

20  this grinder.  Mr.  Holcomb also said we need to take the

21  side guard off because that's what they typically did in

22  the field because of this problem.  We said not to

23  because of the safety issue.  Then the thing burned up.

24  Q.    Okay.  So he says that you've got to use this

25  grinder and you've got to use this steel wheel.  But the

1569

Cross - Longo

1   steel wheel doesn't fit and he doesn't realize it, and

2   then he burns out the grinder the first time he uses it.

3   True?

4   A.      That's not quite true.

5   Q.      But it's pretty close to true?

6   A.      No.

7   Q.      That sounds like what you basically said.  So then

8   you go out and you buy a new grinder that comes with a

9   safety guard on it.  And Mr. Holcomb says let's take off

10  the grinder so we can use the steel wheel?

11  A.      No.  We took off the safety guard because of the

12  problem of the wheel stretching out.  Mr. Holcomb also

13  said that they don't put the guard on there because of

14  trying to -- when they grind off the gaskets.  Trying to

15  get around the nooks and crannies, it inhibited them.

16  Now I don't say that's the best work procedure, but it's

17  what they did.

18  Q.      Now, is it your testimony in this court that the

19  Journeyman Pipefitters don't use safety guards on their

20  grinders so they can use these steel wheels to remove the

21  gaskets?

22  A.      That's what they say.

23  Q.      This is a picture of not using the safety guard.

24  Is that an OSHA violation to use a grinder like that,

25  without having -- after you take off the safety guard?

1570

Cross - Longo

1   A.      That I don't know.

2   Q.      Okay.  But you would agree that if you're going to

3   do work like this the way Mr.  Holcomb is doing it, you

4   need a Hot Work Permit in any work environment where

5   there's a potential fire or explosion hazard.  True?

6   A.      If there's an explosion hazard?  Yes.  I don't

7   know about every time you have to have a work permit.

8   Q.      But you're not an industrial hygienist and you

9   don't understand when Hot Work Permits are actually

10  required.  Correct?

11  A.      Well, my -- as we pointed out earlier, my

12  industrial hygiene experience is involving asbestos

13  issues only.  I am not a broad-based industrial

14  hygienist.

15  Q.      So let's talk about the flanges that you used.

16  The first flanges came from a salvage yard from a

17  plaintiff's lawyer in Hawaii; correct?

18  A.      That is correct.

19  Q.      And then after that, you -- the flanges were

20  purchased from Dr. Gay; is that right?

21  A.      That is correct.

22  Q.      And those flanges were used in Gasket Studies II,

23  III, IV and V; correct?

24  A.      Correct.

25  Q.      Baron & Budd and other law firms contributed to

1571

Cross - Longo

1  your purchase of those flanges; correct?

2  A.     That is correct.

3  Q.     The flanges that you bought from Dr. Gay have been

4  out of service for many years; correct?

5  A.     Yes.

6  Q.     The first studies, II and III, were done in 2000,

7  and IV and V were done in 2001.  Correct?

8  A.     Correct.

9  Q.     These flanges have been out of service since at

10 least the early '90s; correct?

11 A.     They were -- they were taken out in '93 or '94.

12 So, six years.

13 Q.     And it's possible that the gaskets had been in

14 place even 20 years before that, based upon the

15 information that was provided to you.  Correct?

16 A.     That's possible.

17 Q.     So it could have been that these gaskets have been

18 in these flanges for 20 years and then out of service for

19 six or seven years.

20 A.     That's correct.

21 Q.     For the Crane Valve Study, though, those -- we

22 know that those flanges were completely out of service

23 for 19 years; correct?

24 A.     That is correct.

25 Q.     The study was done in 2010, and the USS Lexington

1572

Cross - Longo

1  was decommissioned in 1991.  Correct?

2  A.    Yes, sir.

3  Q.    So the gaskets have been in there for at least 19

4  years, no service, and then we don't know how long they

5  have been in before the Lexington had gone out of

6  service.  Correct?

7  A.    No, sir.  But that's typical, even when the

8  gaskets aren't out of service, is having knowledge how

9  long those gaskets have actually been in place.  That's

10  what the pipefitters have to deal with all the time,

11  because they don't know if -- unless they've kept

12  records, you know, those gaskets could have been in two

13  years; they could have been in ten years; they could have

14  been in 15 years.  That all plays a part in how much they

15  stick.

16  Q.    Mr. Van Orden also, in his rebuttal report to

17  your report, commented on your use and reliance on these

18  gaskets that have been out of service for many years.

19  True?

20  A.    True.

21  Q.    He discussed how rubber degrades over time;

22  correct?

23  A.    He stated that.  This, of course --

24  Q.    I believe you say in your published paper that

25  gaskets begin to deteriorate just as soon as they're

1573

Cross - Longo

1  installed; correct?  Do you recall saying something to

2  that effect?

3  A.      Yes, sir, but that's two different things.  That's

4  apples and oranges.  What he's talking about is like a

5  rubber band being thrown in a drawer and losing its

6  elasticity.  This is a synthetic, a Butadiene Rubber,

7  that has been sandwiched between two flange surfaces and

8  tightened down for a particular bolt load.  The only way

9  those materials can start degrading over time is that

10  it's essentially been weathered, and these are not

11  weathered.

12      If you look at our data for the gaskets that have

13  been out of service for six to seven years, look at our

14  data for the gaskets that have been out of service for 19

15  years, and we don't see a big difference.  In fact, the

16  Crane Co study which had more valves actually had lower

17  results in one end and higher results on the other end.

18  So this time issue doesn't seem to play any part in the

19  fiber release potential of these gaskets not that I can

20  see.

21  Q.      In your opinion.  True?

22  A.      Well, not only my opinion.  From the data.  If you

23  have a set of gaskets, one being installed --

24  Q.      My question was only that that was your opinion;

25  correct?

1574

Cross - Longo

1  A.      Well, it's opinion based on data.

2  Q.      Okay.  When gaskets are in service and they need

3  to be replaced, often they're going to be wet.  Correct?

4  A.      In some instances.  But usually, if they're going

5  to be wet, it's because there's been a leak at one point.

6  And you have to remember, synthetic Butadiene Rubber

7  gaskets are hydrophobic.  So it only is going to be wet

8  at the surface.  It's not going to penetrate into the

9  gasket.  The only way wetting a gasket would reduce fiber

10  levels is if somebody is continuously wetting.  Because

11  when you're removing the surface of the gasket, you're

12  removing that water.  It has to be continuously sprayed.

13  Q.      Okay.  Packing, when it's removed from valves and

14  from pumps is wet.  Correct?

15  A.      In some instances, depending on where it is in the

16  valve or where it is in the pump.  Many instances on

17  steam lines it is not.  But not all packing comes out dry

18  and not all packing comes out wet.

19  Q.      But the packing that you removed in your studies

20  was dry; correct?

21  A.      Yes, sir.

22  Q.      Because they had been out of service for many

23  years; correct?

24  A.      They've been out of service for many years, but

25  these came off steam lines.  And typically, steam lines,

1575

Cross - Longo

1  because of the heat and the nature, you don't see the

2  packing being wet a lot of the time, at least according

3  to the testimony of pipefitters and steamfitters.

4  Q.    Well, look at what you disclosed with respect to

5  gasket fabrication.  You and Mr. Frost talked about this

6  this morning; correct?

7  A.    Yes, sir.

8  Q.    And you displayed a table from -- that came from

9  your report where you displayed this gasket fabrication

10  data.  Right?

11  A.    That is correct.

12  Q.    And you said -- I thought you said that you had

13  done used the same techniques that were used in the

14  studies in your table.  But that's not correct; right?

15  A.    No.  I don't believe I said that.  If I did, I

16  misspoke.

17  Q.    Well, the record reflect what you said.  I just

18  want to be clear.  What you displayed in your table to

19  the Court for gasket fabrication was secondary

20  manufacturing activities; correct?

21  A.    Correct.  It was.

22  Q.    These are all secondary manufacturing where people

23  are working in shops and they're punching out or cutting

24  out gaskets for a long period of time; correct?

25  A.    Correct.

1576

Cross - Longo

1  Q.      You don't know of any current claimants that

2  engaged in secondary manufacturing; correct?

3  A.      I don't know anything about any of the claimants.

4  Q.      Right.  And so the data that you said that is

5  similar to the data that you got from you and

6  Dr.  Millette hammering out gaskets is all in a different

7  type of work activity than what you and Dr.  Millette

8  studied.  Correct?

9  A.      These are all fabrication studies in which -- and

10 I think and I'm probably not explaining myself very well.

11 One of the issues here is, does these asbestos-containing

12 compressed sheet gaskets release fibers when they're

13 abraded or impacted.  If they're going to release

14 asbestos fibers at these levels when they're abraded --

15 when they're impacted and punched, then I don't think

16 it's unreasonable to understand that when you grind the

17 gaskets off, when you abrade the gaskets off, which is

18 even more disturbance of the gasket from one that they

19 had been in place and become friable, you also get

20 results.  You're also going to see higher level.  So, a

21 lot of this data is supportive of the concept that when

22 you grind a wire brush and scrape off gaskets, asbestos-

23 containing compressed gaskets, you are going to get

24 elevated levels.

25 Q.      We're going to talk about gaskets --

1577

Cross - Longo

1   A.      Taking brand new gaskets and punching them or

2   cutting them also produces elevated levels.

3   Q.      Well, what you didn't indicate here is that when

4   the Navy was -- the results from the Bremerton study,

5   that you reported, came -- that was taken before the

6   study was done.  During the study, housekeeping had been

7   employed.  And just with a little housekeeping, those

8   numbers from the Navy came way down for secondary

9   manufacturing.  Is that true?

10  A.      That's absolutely true.

11  Q.      And on Dow, as well, you've got the lower number

12  or lower range indicated .8, but you put in the .40.  We

13  learned last week when we went through the study that the

14  areas had not been cleaned for several days in the Dow

15  study.  And then once the areas were clean, the

16  subsequent samples were much lower.  Do you recall that?

17  A.      I recall that.  I think that just shows when

18  you're using these asbestos-containing gaskets, it's not

19  only the actual cutting.  But if you're not cleaning up

20  around it --

21  Q.      I was just asking if you recall it, Dr. Longo.

22  A.      I do recall it.  Please let me explain, if that's

23  okay.

24  Q.      That's not my question.  You'll have plenty of

25  opportunity to explain when they're asking questions.

1578

Cross - Longo

1  A.      I think it's an important point that the

2  housekeeping does affect the fiber release levels because

3  of the disturbance, of the material disturbance of the

4  dust on the table, the disturbance of the pieces being

5  knocked around.  It's an important point.

6  Q.      Well what was interesting about this Table is that

7  you didn't put the peer reviewed published studies in the

8  table; correct?

9  A.      That's correct.

10 Q.      You didn't put Cheng and McDermott in there;

11 correct?

12 A.      That's correct.

13 Q.      And Cheng and McDermott has a whole section of

14 their report.  At your deposition, you had forgotten --

15 you didn't remember that Cheng and McDermott had done

16 fabrication at the beginning of their study; correct?

17 A.      No.  What I stated was I had the Cheng and

18 McDermott entire paper attached to the report.

19 Q.      Sure.  But didn't -- when you're displaying the

20 results, and their results of secondary manufacturing of

21 gaskets where people are cutting off out gaskets all day

22 long, are much, much lower than what you were

23 representing in the table you put in your report.  True?

24 Is that true or false?  Is that true or false?

25 A.      Yes.  And -- it's apples --

1579

Cross - Longo

1   Q.      Is it true?

2   A.      You can't answer that true or false because some

3   of their techniques -- they were using different cutting

4   techniques.  And I've always stated when I've testified

5   that --

6   Q.      They used the hammer punch, a power shear, wheel

7   cutter, a shear and hammer punch, a shear and scissors?

8   A.      Yes, sir.

9   Q.      And then they also took short-term samples using a

10  saber saw and power shear and a wheel cutter; is that

11  correct?

12  A.      That's correct.

13  Q.      And their long-term samples are below the eight

14  hour time-weighted average -- current eight hour

15  time-weighted for OSHA; correct?

16  A.      That is correct.

17  Q.      And their short-term samples are below the

18  short-term exposure limit.  True?

19  A.      That is correct.

20  Q.      Let's talk about your Gasket Fabrication Study II

21  which is the one that relates to Garlock gaskets;

22  correct?

23  A.      Yes, sir.

24  Q.      You also did study I with John Crane; correct?

25  A.      That's correct.

~~1580~~

Cross - Longo

1   Q.      With John Crane gasket material; right?

2   A.      Yes, sir.

3   Q.      And you hammered out four gaskets in a row in 22

4   minutes; correct?

5   A.      Yes, sir.

6   Q.      But the samples that you reported were for all

7   four gaskets; correct?

8   A.      That is correct.

9   Q.      You didn't take an individual sample of, what does

10  it take when someone's hammering out just one gasket when

11  they're in the field; correct?

12  A.      That is correct.

13  Q.      This is gasket material that had been provided to

14  you in a study that was paid for, at least in part, by a

15  plaintiff's lawyer from Virginia named Bobby Hatten.

16  A.      Yes, sir.

17  Q.      Is he in the courtroom today?  I believe he is.

18  He's one of your clients; correct?

19  A.      He is.

20  Q.      You've worked closely with him over the years;

21  correct?

22  A.      I've worked for him over the years.  Yes, sir.

23  Q.      So you hammered out four gaskets in 22 minutes and

24  got the results and sent the same flange and gasket

25  material over to Dr. Millette.  You told him what you had

1581

Cross - Longo

1  done, and he did the exact same thing.  He hammered out

2  four gaskets in a row in 22 minutes; correct?

3  A.    Yes, sir.

4  Q.    When I deposed you about that, you had said that

5  this was not based upon any individual -- any experience

6  of any individual plaintiff or worker.  Correct?

7  A.    That's correct.

8  Q.    And you said that you were trying not to simulate

9  someone's work activity, but you were trying to detect

10 fibers.  Correct?  And that's why you chose four gaskets

11 in a row in 22 minutes.  Right?

12 A.    That's one of the reasons for four gaskets is that

13 we wanted to be able to get a large enough sampling out

14 of the box so we could detect whether the fibers were

15 there or not.

16 Q.    I asked you in the Costello case, how did you

17 decide to determine that you should fabricate four

18 gaskets like that, one right after another?

19        "I really based that a lot on Fred Boelter's

20        study.  I think they fabricated one an hour and

21        found no results.  So I wanted to say, okay.  If

22        there is going to be any fiber release, I think a

23        reasonable number to even detect if it would be

24        four.  Since he found no fibers, one an hour for

25        eight hours, I wanted to see if we can -- again,

1582

Cross - Longo

1          we're just looking to see does it release fibers

2          or not."

3    A.    Correct.

4    Q.    "And I was looking primarily with 22 minutes or

5          doing four in a row that would that produce any

6          fine fibers and, if so, would it be enough to

7          detect.  So that's how I came up with four, just

8          mainly trying to get a detection limit.  That if

9          it released very little like Boelter's, could we

10         detect it or not."

11         That's what you said; true?

12   A.    True.

13   Q.    Let's shift gears from study design and look at

14   sample collection.  You spoke about this on your direct

15   testimony this morning.  This is from Gasket Study V

16   where they forgot to turn on the pumps.  They're getting

17   ready to start a study and they don't remember to turn on

18   the personal pumps of the worker or helper?

19   A.    For the first set of air samples, that's correct.

20   Q.    That's what happened.  And it's interesting that

21   you discussed this in your direct testimony.  Before

22   Garlock filed for bankruptcy, I had a chance, or an

23   opportunity, to examine you in the Torres trial.

24   Correct?

25   A.    Yes, sir.

1583

Cross - Longo

1  Q.      And I asked you -- I asked you while you were on

2  the stand that this is what happened.  They didn't turn

3  the pumps on.  And the first sample that was collected,

4  which turns out to be the highest up until that time, was

5  collected during a rest period.

6          And you said, "Absolutely, that did not happen."

7  Do you recall saying that?

8  A.      That was my memory of it at that time.  You have

9  to understand that during that trial, this was not one of

10  the studies we relied on.  We've done hundreds of studies

11  and I didn't recall that happening at that time.

12  Q.      Absolutely, that did not happen.  And you said

13  that under oath.  True?

14  A.      Yes, sir.

15  Q.      You were certain about that, just like you were

16  certain about the brass flange and the bronze flange and

17  now the carbon steel flange.

18          This is a picture.  We've seen the video before.

19  This is a picture of what they were doing.  Actually,

20  there were area samples that were turned on and running

21  at the time of the work activity; right?

22  A.      That's correct.

23  Q.      And you see if you watch the video -- I don't know

24  if you've had a chance to go back and look at it.  But

25  for most of the rest period, they're standing over in the

1584

Cross - Longo

1  corner on the other side of where the area samples are

2  set up around the workbench.  Do you recall that?

3  A.      They're moving around.  Yes, sir.

4  Q.      The area samples that were on during the work

5  activity are below seven fibers per cc; right?

6  A.      I think they're in the five to seven range.

7  Q.      Yeah.  So they're in five to seven range.  And

8  that was going on during the activity.  They turned those

9  off.  They've turned on the personal pumps, stand in the

10  corner, and they get 36 fibers per cc.  I think you

11  admitted on direct you don't -- this is not something you

12  fully understand.  Is that correct?

13  A.      Yes, sir.  We were trying to look at that.  Where

14  the outtake is of the exhaust system is, I believe, where

15  they were in that vicinity.  We haven't taken a lot of

16  these -- we haven't taken any rest period samples.  We

17  verified that the filters themselves do have that loading

18  on them.  So the samples were sent to an independent

19  laboratory.  We verified what was on those samples.  The

20  area samples were, again, sent to an independent

21  laboratory, but we haven't taken the sheer number.

22  There's only four samples ever between rest period, so we

23  don't quite understand what's going on with this.

24  Q.      The methods that you -- I believe you said on

25  direct that you used was NIOSH 7400; is that correct?

1585

Cross - Longo

1  A.      Yes, sir.

2  Q.      Now, in your reports and in your paper, you refer

3  to this as in general accordance with NIOSH 7400; is that

4  correct?

5  A.      That's correct.

6  Q.      Does that mean that you don't follow every step of

7  the method?

8  A.      No, sir, it doesn't mean that.  But there is --

9  because of the types of studies we're doing where we're

10  doing work practice simulations, we're not doing OSHA

11  compliance where we're out at a work site.  We try to

12  tailor some of these protocols for what we're doing,

13  especially in these high fiber levels.  When we say --

14  excuse me.  When we say "within general accordance," what

15  I'm saying is we followed the protocol to what is

16  required to produce reliable results.

17  Q.      Does that mean you're following the method or not?

18  A.      We are following the method.

19  Q.      Okay.  Well, we'll get to that.

20  A.      There are little things here and there that may be

21  slightly different than the method but does not impact

22  the results.

23  Q.      So the minimum flow rates under NIOSH 7400 is 0.5

24  liters per minute; correct?

25  A.      Correct.

1586

Cross - Longo

1  Q.      And we discussed in your deposition for Gasket

2  Study IV, there were a number that were below .5;

3  correct?

4  A.      Well, .049, .048.  You know, we are, what, two-

5  tenths of a thousandths off or tenth of a thousandth off.

6  These are the types of things that do not impact that

7  data whatsoever.

8  Q.      Right.  They're just not calibrated to the method,

9  though, exactly to the method.

10  A.      Well the pumps are calibrated initially.  And

11  because of the extreme high fiber level that we found

12  from studies II and III from removing these gaskets, we

13  had to take the pumps right to the brink of the lower

14  limit of the pumps.  As you use these pumps during the

15  time, they will drift somewhat.  So, that is the average.

16  But being off a tenth of a liter --

17  Q.      So in your protocol, or in the report for Gasket

18  Study IV, you say that during the electric wire brushing

19  phase of the study, the air cassettes were changed every

20  15 minutes.  The intention was because you were concerned

21  about overloading when the electric wire brushing was

22  going on.  True?

23  A.      That's true.

24  Q.      And it turns out when we look at samples P-5-A and

25  P-5-B, it's clear those are part of the samples for the

1587

Cross - Longo

1  electric wire brushing.  Correct?

2  A.     That's correct.

3  Q.     When you're looking at the sampling time, they're

4  actually done for 30 minutes.  Correct?

5  A.     That's correct.  But because of the fiber level,

6  that five to seven, there was no overloading.

7  Q.     I'm not arguing.  I'm just saying that you said

8  something in your report and it turned out not to be

9  true; correct?

10  A.     There was a typo.  Yes, sir.

11  Q.     Okay.  For Gasket Study III, electric wire

12  brushing, the report says that the area samples were

13  calibrated to a flow rate of 10 liters per minute for

14  both background and area samples collected during the

15  study; correct?

16  A.     That is correct.

17  Q.     You said the same thing in the actual published

18  paper that included Gasket Study III, electric wire

19  brushing; correct?  You said the personal and area

20  sampling pumps were calibrated before and after the

21  completion of each study against a DryCal primary flow

22  meter to air flow rates of two and ten liters per minute,

23  respectively.  So, two and ten minute -- "two and ten

24  liters per minute, respectively" refers to the personal

25  and area sampling pumps?

1588

Cross - Longo

1   A.      Correct.

2   Q.      Again, you're saying the area sampling pumps were

3   calibrated to ten liters per minute; correct?

4   A.      That is correct.

5   Q.      And in fact, the sampling logs show they were

6   collected at only five liters per minutes.

7   A.      Well, for that one study.

8   Q.      Okay.

9   A.      The other studies were ten liters per minute.

10  Q.      So the report you issued, and I think it's still

11  the current version of the report, and the published

12  paper were just wrong on that part; correct?

13  A.      The air sampling was lower.  But all the data

14  associated with the difference between ten liters per

15  minute and five liters per minute were all calculated

16  accordingly.  So it didn't affect the data.

17  Q.      But my point is that the report and the statements

18  in the published paper are wrong; correct?

19  A.      It's a typo.  Yes, sir.

20  Q.      Let's move on to sample analysis.

21  A.      Yes, sir.

22  Q.      Now, for the studies that had been done up until

23  Gasket Study III, electric wire brushing.  So that's

24  going to be the glued gasket studies, the Hawaiian

25  flanges from study I, study II and the two parts of study

1589

Cross - Longo

1  III which were published.  Those -- for those sample

2  analysis, your lab did those.  Correct?

3  A.      Yes, sir.

4  Q.      When your lab did those analysis -- we saw all

5  those the accreditations that you were talking about this

6  morning.  When your lab did those analysis, for the

7  published papers and before, the laboratory was not AIHA

8  accredited for doing those types of analysis; correct?

9  A.      That's correct, we were not AIAH accredited.  But

10  we did participate in the proficiency analytical

11  panoramics.

12  Q.      We spoke briefly about this before.  You said in

13  your published paper that the samples were collected and

14  analyzed in general accordance with NIOSH 7400.  In fact,

15  though, NIOSH 7400 has a requirement that blind recounts

16  be done by the laboratory on ten percent of the filters.

17  True?

18  A.      That's true.

19  Q.      And at the time that you submitted your paper for

20  publication, the blind recounts had not been performed;

21  correct?

22  A.      They had not been completed.  At the time the

23  paper had been published, it had been completed.

24  Q.      Right.  I just want to clarify one thing that came

25  up earlier before I forget.  You, actually -- at the

1590

Cross - Longo

1  Lamar County hearing, you testified that the paper, your

2  published paper -- well, what was going to be a published

3  paper, had been accepted for publication.  Correct?  You

4  said it had been peer reviewed but not published.

5  A.      That's correct.

6  Q.      Okay.  So at the time of the Lamar County hearing

7  -- I think there may have been some implication that the

8  Lamar County judge did not know that your paper was going

9  to be published.  And in fact, you were testifying about

10 it at the Lamar County hearing and that it was going to

11 be in fact published in a peer reviewed journal.

12 A.      No, sir.  I never said the judge didn't know that

13 it was --

14 Q.      Okay.  I just want to make sure.

15 A.      No.  I never said the judge didn't know there was

16 publication.  I was trying to understand how a paper that

17 was published in a peer review journal, one of the better

18 ones, in one hand, and then a judge say that that study

19 was junk science.

20 Q.      Well, we may find out about that.  We know that

21 the paper at that time, at the time you submitted it,

22 blind recounts had not been done.  Correct?

23 A.      At the time we submitted it.  At the time it was

24 published.

25 Q.      And the reason why -- and Mr.  Hatfield testified

1591

Cross - Longo

1  to this.  The reason why the blind recounts had been done

2  was because MAS did not regularly do PCM analysis for

3  clients; correct?

4  A.      That's correct.

5  Q.      And so it just wasn't part of the quality control

6  procedures that were set up in your lab; correct?

7  A.      At that particular time, that's correct.

8  Q.      All right.  And we also know that because of the

9  fiber density of the filters, the majority of the worker

10  samples in study II should have been reported as probably

11  biased or uncountable under the method.  True?

12  A.      It has to be done if you're doing a NIOSH study.

13  The sheer amount of asbestos fibers did have higher than

14  1,300 millimeter square, but that bias is to a negative

15  number.  So the actual samples that are reported to the

16  journal are actually going to be at a more conservative

17  number.  There was nothing to report.

18  Q.      Well under the method, you are to report samples

19  that were loaded like that as being probably biased or

20  uncountable, and that was not disclosed to the editor or

21  the peer reviewers.  True?

22  A.      That's not true.

23  Q.      It was you disclosed to the peer reviewer that the

24  majority of the samples for study II should have been

25  reported under NIOSH 7400 as probably biased or

1592

Cross - Longo

1  uncountable?

2  A.    No.  It was disclosed to the editor before the

3  paper was published by your experts that all these things

4  --

5  Q.    After it had already been accepted for

6  publication; correct?

7  A.    It's already been accepted for publication.  The

8  editor always has the final word as to either publish or

9  pull a paper.  He saw all these criticisms and he did not

10  pull the paper.

11  Q.    Dr. Longo, I want to talk to you about background

12  samples that are in the published paper.  To do that, we

13  need to understand the papers, the studies that underlie

14  the published paper, and the numbers are a little

15  different.  Study II in your paper is study -- study II,

16  the Work Practice Study II that you did, is study I in

17  the paper.  Correct?

18  A.    Yes, sir.

19  Q.    And then studies II and III in the paper are the

20  two parts of Work Practice Study III.  Correct?

21  A.    Correct.

22  Q.    The first part is scraping and hand wire brushing;

23  the second part is electric wire brushing.  Correct?

24  A.    Yes, sir.

25  Q.    And those are studies II and III in the paper;

Cross - Longo

1  right?

2  A.      That is correct.

3  Q.      Okay.  So when the studies were originally done,

4  the background level for study III, electric wire

5  brushing, was reported in the range of .11 -- .09 to .11

6  fibers or 12 fibers per cc; correct?

7  A.      That is correct.

8  Q.      With an average background level of .11 fibers per

9  cc.

10  A.      Correct.

11  Q.      And then for study II in the paper, which is a

12  study III, scraping and hand wire brushing:  Zero

13  background; right?

14  A.      Right.

15  Q.      So there's the appearance of contamination in

16  study -- in this third study; correct?

17  A.      No.  It's not.

18  Q.      Well there's an appearance of some other fibers or

19  some fibers that are not related to the gaskets in the

20  chamber before the study began.

21  A.      No, that is correct.

22  Q.      All right.  And this is how they're -- they appear

23  in the published paper.  Correct?

24  A.      Correct.

25  Q.      Now, ultimately, you're -- these numbers need to

1594

Cross - Longo

1  be switched; correct?

2  A.     That's correct.

3  Q.     So Mr.  Boelter -- you had written a letter

4  criticizing Mr.  Boelter's paper, and then Mr.  Boelter

5  wrote back to the editor.  Correct?

6  A.     Correct.

7  Q.     And in his paper, he criticized your paper -- in

8  his letter to the reply letter, he criticized your paper.

9  Correct?

10 A.     Correct.

11 Q.     We asked you this at your deposition.  Do you

12 remember whether you then asked the editor to withdraw

13 your original letter?

14 A.     No, sir, I don't recall.

15 Q.     You don't recall one way or the other?  I said, "I

16 think you said at your deposition that you may have."

17 A.     No, sir.  I don't remember that long ago.  I know

18 that when I saw that, it was not applicable to criticize

19 my paper in a completely different journal.  Boelter

20 should have sent that criticism directly to the journal

21 my paper was in.

22 Q.     One of the criticisms you had with Boelter's paper

23 was he didn't cite your paper.  So he was just explaining

24 because you didn't cite his paper in your paper; right?

25 A.     I'd have to look at it.

1595

Cross - Longo

1   Q.    Okay.  After you received this criticism -- and

2   one of the criticisms was the chamber was contaminated

3   before the studies started; right?  That was the

4   criticism.

5   A.    Correct.

6   Q.    That prompted you to go back.  And then you looked

7   at the -- I guess you looked at the underlying sample

8   sheets and realized that eight samples in the study were

9   mislabeled and misidentified; is that right?

10  A.    Yes, sir.  The PCM analyst went back and looked at

11  that and changed that.

12  Q.    He changed the data sheets after the paper had

13  been published; correct?

14  A.    Yes, sir.

15  Q.    After it had gone through the peer review paper.

16  Now we're switching the background and what was -- how in

17  the world would your lab miss -- well, I won't ask that.

18  But in fact, your lab somehow misidentified eight samples

19  that were collected as part of those study studies.

20  True?

21  A.    True.  Mr. Egeland got pieces of the PCM filter.

22  The way our laboratory works is it goes to the sample --

23  the sample technician who prepares the samples.  She

24  removes a wedge from that filter, puts it in a Petri dish

25  and sends it to Mr. Egeland.  Mr. Egeland misidentified

1596

Cross - Longo

1  that area and --

2  Q.      Eight Samples he misidentified; right?

3  A.      Well, he switched the four background samples.

4  Q.      Four backgrounds from two studies.  So that's

5  eight samples that somehow got misidentified; correct?

6  A.      Correct.

7  Q.      So he goes back to the data sheets and he crosses

8  out the names of the samples and the sample numbers and

9  then writes the real ones.  What's interesting here is

10 that there's no date.  When a microscopist goes back and

11 changes original data sheets, isn't it possible for the

12 microscopist to date the change?

13 A.      Yes.  Sitting here today, I would say he should

14 have.

15 Q.      There's no data in your report about switching the

16 background samples afterwards, is there?

17 A.      No, sir.  These are the background samples.

18 Because of the fiber levels associated with it, the

19 background levels have very little effect on the amount

20 of asbestos levels that release from these gaskets.

21 Q.      But you revised these studies, I believe, in 2010

22 and 2011.  These are ten years after the study haves been

23 done; you've issued revisions to the studies.  And you

24 don't -- there's no note in the report that the

25 background samples were switched; correct?

1597

Cross - Longo

1  A.      Other than the -- showed right here in the data

2  sheets in the report.

3  Q.      Well, the data sheets are stuffed in the back.

4  But in the beginning, there's a report that describes

5  what went on and what was done.  Correct?

6  A.      Correct.  There's a protocol in there, and there

7  are tables.  Those were changed.

8  Q.      All right.  So, there's eight -- they were changed

9  without any note of the change; correct?

10  A.      The notes are right there.

11  Q.      And so the -- there's eight of these sample

12  sheets.  So now you've switched them; correct?

13  A.      Correct.

14  Q.      Why did it matter to you whether they were

15  switched or not?

16  A.      Because I thought it was appropriate to have them

17  under the proper sampling.

18  Q.      Is that the only reason?

19  A.      Yes, sir.

20  Q.      In your report in this case you excerpt tables

21  that include this information about them.

22  A.      Correct.

23  Q.      And you've now put the .09 to 0.12 with scraping

24  and hand wire brushing, and the background for electric

25  wire brushing is less than the limited detection;

1598

Cross - Longo

1    correct?

2    A.      Correct.

3    Q.      What's interesting is you did not switch the TEM

4    samples; correct?

5    A.      That's correct.

6    Q.      The TEM samples are taken from the exact same

7    filter; right?

8    A.      That's correct.

9    Q.      And so a quarter of the filter is used for the

10   Phase Contrast Microscopy analysis, and then about half

11   the filter is used for the Transmission Electron

12   Microscopy.

13   A.      Correct.

14   Q.      Okay.

15   A.      But there is a difference there.  The quarter of

16   the filter that was cut out for the Phase Contrast

17   Microscopy was put in a separate container and sent to

18   Mr.  Egeland.

19   Q.      So, what we know --

20   A.      Hold on.  The TEM analysis goes to the lab manager

21   -- not the lab manager, the sample preparation manager.

22   Those samples were correct.

23   Q.      So what we have here on the left is the electric

24   wire brushing, and there's Phase Contrast Microscopy

25   reports, PCM, and there's detectable levels or report

1599

Cross - Longo

1  levels of fibers in those samples.  And right next to it

2  is the Transmission Electron Microscopy analysis, and it

3  detects asbestos fibers there too.  Those are consistent

4  with finding fibers in the Phase Contrast Microscopy

5  analysis.  True?

6  A.     No, not true.

7  Q.     Okay.

8  A.     Hold on.  Let me just --

9  Q.     I just asked you if you thought it was true or

10  not.

11  A.     I'm sorry.

12  Q.     Over on the right-hand side we have Phase Contrast

13  Microscopy results that are zero.  Should be less than

14  limit of detection, not zero.  Correct?

15  A.     That's correct.

16  Q.     And the TEM numbers are less than the limit of

17  detection.  You've reported them as zero, but they should

18  be less than the limit of detection.  Right?

19  A.     Right.

20  Q.     That's how scientists report finding nothing is

21  "less than a limit of detection;" right?

22  A.     That's correct.

23  Q.     Okay.  And so now you've switched these samples.

24  So, in your report in this case, you say the background's

25  air samples in this study showed an elevated fiber level

1600

Cross - Longo

1   0.09 to 0.12 fibers per cc as compared to what is

2   typically found in our ECL which is usually below the

3   analytical detection limit before Work Practice Study is

4   done.  Since the NIOSH 7400 PCM method cannot distinguish

5   between asbestos and non-asbestos fibers, these four air

6   samples were also analyzed by both TEM indirect analysis

7   and NIOSH 7402 TEM method to determine if the fibers were

8   counted -- if the fibers counted were asbestos or not.  A

9   comparison of the results for the different analytical

10  techniques used to analyze the background samples are

11  shown in table six.  The elevated PCM background air

12  samples were found to be all non-asbestos as shown in

13  table six.  An additional 29 air samples, etcetera.

14       So now you can report that that elevated

15  background sample that indicated that the chamber was

16  contaminated, when looked at by indirect TEM, that it's

17  less than a limited detection.   True?

18  A.     Those -- that's true.  Those are the samples.

19  Q.     So, this is our time line.  As far as we know, the

20  first time that you've ever produced these revised

21  studies to Garlock was in connection with your report in

22  this case.  You believe it may have been produced earlier

23  in the preceding ten years or so?

24  A.     Yes, sir.

25  Q.     You've also found in other studies elevated

1601

Cross - Longo

1  background levels; is that correct?  This is a chart from

2  your Crane Valve study.

3  A.      Correct.

4  Q.      You report 0.012 fibers to cc to 0.02, and you

5  estimate that zero to 11 percent of those fibers actually

6  were asbestos.  Correct?

7  A.      That's correct.  You have to understand.  Between

8  these studies, between studies II and III, electric hand

9  wire brushing and electric -- excuse me, hand wire

10 brushing and electric wire brushing, the ECL was not

11 decontaminated.  Between a few of these studies, the ECL

12 is not contaminated.

13 Q.      This is Crane Valve.  This isn't the one you were

14 just talking about.

15 A.      Well, I know.

16 Q.      If we go back to what you were just saying before.

17 Electric wire brushing was done after the -- after

18 studying the scraping and hand wire brushing study;

19 correct?

20 A.      That's correct.

21 Q.      But you're saying now that the background levels

22 that are elevated belong over in gasket study scraping

23 hand wire brushing.

24 A.      The elevated PCM levels were taken before the

25 scraping and hand wire brushing.  The chamber between

1602

Cross - Longo

1  Gasket Study II and Gasket Study III in those studies was

2  not decontaminated, so there was expected to be some

3  residual asbestos.  In the Crane studies the same thing

4  happens, because we wanted to do a cleanup after these

5  set of -- after this set of valves.  So you can't

6  decontaminate the chamber each time.  That's why we take

7  the background samples.

8  Q.    This switch in the background samples was never

9  reported to the editor of the journal; correct?

10 A.    No, sir.  It made little difference to the overall

11 validity of the study.  The background samples for one

12 versus the other, the actual sample analysis of --

13 Q.    My question was just whether you ever reported it.

14 A.    No, sir.  There wasn't any -- there wasn't any

15 need to.

16 Q.    Okay.  So I want to ask you.  There's another

17 protocol or another method that you followed called NIOSH

18 7402; is that correct?

19 A.    That's correct.

20 Q.    NIOSH 7402 looks at part of the filter to

21 determine the percentage of asbestos that's asbestos

22 fibers versus other fibers; correct?

23 A.    Yes, sir.

24 Q.    And then you take that percentage and multiply it

25 by your PCM results to know what the percentage of the

1603

Cross - Longo

1  asbestos fiber content is; correct?

2  A.      That's correct.

3  Q.      All right.  And there's a methodology to it.  It's

4  a published method by NIOSH.  Correct?

5  A.      That's correct.

6  Q.      And you said you used that method on direct;

7  correct?

8  A.      We did.

9  Q.      So we looked through your data sheets.  We talked

10 to you about this at your deposition.  The magnification

11 that's specified by NIOSH 7402 method is 1,000 -- 500 to

12 1,000 is where the counting is supposed to be done;

13 correct?

14 A.      Correct.

15 Q.      And your data sheets for the scraping Gasket Study

16 III, study IV and study V all say that the screen

17 magnification was 20,000 power; correct?

18 A.      That's correct.

19 Q.      The indication is that your microscopist used a

20 much higher magnification than what the method calls for;

21 correct?

22 A.      The data sheet would suggest that.  That's not

23 what happened.

24 Q.      Right.  You've talked to the microscopists, and

25 there's actually at least three microscopists who did

1604

Cross - Longo

1  this wrong.  Correct?

2  A.      That's correct.

3  Q.      You've talked to them and you've said -- they told

4  you no, that's not right.  We did it at the right

5  magnification.  Correct?

6  A.      That's correct.

7  Q.      But you didn't change the data sheet; is that

8  true?

9  A.      That's true.  It's already there.  I wasn't there

10  and personally saw them in some of these looking at that

11  concentration.

12  Q.      Do you not trust them?

13  A.      I do trust them.

14  Q.      Okay.

15  A.      But since it's already on there --

16  Q.      You haven't gone back like you've done before to

17  correct the data sheets like was done in the earlier

18  studies; correct?

19  A.      That's actually when the samples themselves were

20  switched.  The 20 to 25,000 does not make any difference

21  in the analysis, even though it was that high.  But

22  analyst -- you have to understand electron microscopy

23  analysts, because they wouldn't do that because of the

24  sheer time it takes.

25  Q.      The analyst at least reported inaccurate

1605

Cross - Longo

1  information; correct?

2  A.      On the screen magnification.  That's correct.

3  Q.      We're just showing a sample of one.  But this is

4  all the NIOSH 7402 analysis in study III, scraping and

5  hand wire brushing, study IV and study V.  Correct?

6  A.      Yes, that's correct.

7  Q.      And was it also an error in the Crane Valve Study

8  as well?

9  A.      Yes, sir.  I think so.

10  Q.      NIOSH 7402 also specifies that there will be three

11  grid preparations; correct?

12  A.      Correct.

13  Q.      Transmission Electron Microscopy?  Is that right?

14  A.      Yes, sir.

15  Q.      And on a number of the samples for Gasket Studies

16  III, IV and V, you had only done -- your microscopist had

17  the only done two; is that correct?

18  A.      That's correct.

19  Q.      In this situation they actually did not follow the

20  method at the time they did the analysis; correct?

21  A.      No, sir, they didn't.  Most TEM analysis, except

22  for this one, uses two grids.  The use of the 7402 method

23  using two grids has been published and peer reviewed.  In

24  order to follow that protocol to the T, three grids

25  should be used, but it has no bearing on the actual

1606

Cross - Longo

1    results of the analysis.

2    Q.      Okay.   That's your opinion; correct?

3    A.      No, sir.   We went back and took blind samples and

4    re-analyzed them using three grids and half fibers versus

5    two grids.   We did this for study IV.   We did this for

6    the Crane study so that we had that data.   And when you

7    look at the percentage of asbestos saying in the Crane Co

8    where ten percent of the samples were re-analyzed using

9    the three grid versus the two grid, the difference in

10   percentage between the two grid and three grid was a

11   tenth of a percent.

12   Q.      Well, you brought up another point in your answer

13   when you said that you didn't follow the counting rules.

14   There are actually counting rules that microscopists are

15   supposed to follow; correct?

16   A.      Yes, sir.

17   Q.      And if a fiber that they're counting crosses the

18   exterior of the field where they're supposed to be

19   looking, it's counted as a half fiber?

20   A.      Yes, sir.

21   Q.      And your lab wasn't following that rule; correct?

22   A.      No, sir.   They were counting full fibers, not half

23   fibers.   The full fiber had to be at least five

24   micrometers in length on the grid size.

25   Q.      They were not following the counting rule; is that

1607

Cross - Longo

1   true?

2   A.      They did not use the half fiber.  But, again, all

3   these issues --

4   Q.      I know.  They don't make a difference; right?

5   A.      It does not go to the validity because of our

6   analysis and used by others in peer review publications.

7   Q.      They don't make a difference.  That's what you're

8   saying; right?

9   A.      No, sir, they don't.

10  Q.      Even though, technically, they're not following

11  the method; right?

12  A.      Technically, they should have counted the half

13  fibers.  They should have counted the three grids.  But

14  is the validity of the data sound?  Yes, it is.

15  Q.      Now also as part of this Transmission Electron

16  Microscopy, the fiber types were identified.  Right?

17  A.      Yes, sir.

18  Q.      The fiber types of what was found, and we went

19  through a number of these at your deposition where your

20  microscopist -- and let's be clear.  I think what you

21  told us was that you have not done any of the microscopy

22  for any of the studies that you've talked about.

23  Correct?

24  A.      That's correct.

25  Q.      You haven't gone back and verified the microscopy

1608

Cross - Longo

1  for any of the studies that we're talking about; correct?

2  A.     I have not sat down in a full count.  I think as

3  we talked at the deposition, I have gone in and looked at

4  particular fibers and questions.  But no, sir, I haven't

5  done an entire count.

6  Q.     Right.  So this microscopy is -- you're relying on

7  the microscopist to do this work; correct?

8  A.     Correct.

9  Q.     And to report it accurately; correct?

10  A.     Correct.

11  Q.     And you're not doing the quality control yourself;

12  correct?

13  A.     That is correct.

14  Q.     All right.  So we see that there were fibers that

15  were identified as Crocidolite that should have been

16  labeled Chrysotile; correct?

17  A.     Correct.  The underlying data showed Chrysotile.

18  The pull down menu that the analyst had Crocidolite in

19  it.  I think there was a half dozen of these that you

20  showed, that you pulled out at the deposition.

21  Q.     And what this is -- as we're talking about it,

22  this is the actual conclusion of the microscopist of what

23  the fiber type is; correct?

24  A.     No.  The microscopist, where he has done the

25  analysis off to the left-hand side of that is where he

1609

Cross - Longo

1  has identified it as Chrysotile.  By morphology, he's

2  identified it with Chrysotile as SAED or Selected Area

3  Electron Diffraction.  In some places energy disburses

4  spectroscopy.  When he went down to the pull down menu,

5  he made an error.  It's not his opinion it's Chrysotile.

6  Q.    So he made an error in the identification.  That

7  column is supposed to indicate what the identification of

8  the fiber type is; correct?

9  A.    That's correct.  But the entire column shows the

10 data --

11 Q.    So he identified Chrysotile as Crocidolite?

12 A.    That's correct.

13 Q.    That happened again.  He identified Chrysotile as

14 Crocidolite; correct?

15 A.    Correct.

16 Q.    He identified Amosite when it was actually

17 Chrysotile; correct?

18 A.    Correct.

19 Q.    He identified Actinolite, which is another

20 amphibole which he identified two Actinolite fibers when

21 in fact they were Chrysotile fibers; correct?

22 A.    Correct.

23 Q.    Again, in another analysis, he identified

24 Actinolite when it was actually Chrysotile.

25 A.    Correct.

1610

Cross - Longo

1  Q.      And then it's interesting.  So we went through

2  those at your deposition.  And then there was one that,

3  or at least one that we did not go through at your

4  deposition.  After your deposition, you provided updated

5  studies to us.  Correct?

6  A.      Correct.

7  Q.      And the one of these that didn't get corrected was

8  the one we didn't have time to get to in your deposition.

9  It says Chrysotile, Chrysotile.  He labeled it as

10 Actinolite.  And it's still labeled as Actinolite.  But

11 under your analysis that should be Chrysotile; correct?

12 A.      Yes, sir, it should be all Chrysotile.  You have

13 to understand that the 7402 analysis between all the

14 studies, studies III, IV and V, not even counting the

15 Crane Co studies that was 8,100 individual analysis of

16 fibers.  Out of that 8,100, we have about a half a dozen.

17 If you look at the error rate on that, it's two percent.

18 That does not affect the integrity of the data.

19 Q.      Okay.  It's tough -- I know it's tough.  It's

20 laboratory work.  It's tough work, I'm sure.

21        Dr. Longo, this is the advertisement for your

22 laboratory; right?

23 A.      Yes, that's correct.

24 Q.      "Do you really trust your lab results?"

25        Let's talk about data reporting.  In your report

1611

Cross - Longo

1   in this case you wrote to the Court, for insulating

2   cements, the asbestos concentrations was between --

3   typically between -- Ii guess there's a typo there.

4   Between typically between four to 90 percent, depending

5   on the manufacturer, and the asbestos was always

6   Chrysotile.

7   A.      Yes, sir.

8   Q.      That's what you wrote; correct?

9   A.      Correct.

10  Q.      Always Chrysotile in asbestos cements.  That's

11  what you wrote; correct?

12  A.      That's what I wrote.

13  Q.      That is not true, is it?

14  A.      No, sir.  I wasn't aware of a couple of the

15  manufacturers.  I was basing that on the manufacturers I

16  was familiar with and the tens of thousands of insulating

17  cement samples that our laboratory has analyzed.  We have

18  never seen an Amosite insulating cement come through our

19  lab.

20  Q.      We went through the answers to interrogatories of

21  Johns-Manville?

22  A.      Correct.

23  Q.      Major producer of asbestos products.  And UNARCO,

24  another major producer of asbestos products.  Correct?

25  A.      Yes, sir.

~~1612~~

Cross - Longo

1    Q.    We just went through two companies, manufacturers,

2    specifications for asbestos cement.  They identified

3    making Chrysotile cement, Amosite cement, a blend of

4    Amosite and Chrysotile, and a Crocidolite cement.

5    Correct?

6    A.    I don't recall the Crocidolite cement.

7    Q.    Okay.  But there's no question in your mind now

8    that amphiboles were used in asbestos cements.  Correct?

9    A.    No, sir, there's still a question.  I understand

10   it's in their interrogatories.  I would have thought our

11   laboratory, in tens of thousands of insulating cement

12   studies that we would have seen at least one Amosite

13   insulating cement.

14   Q.    You never corrected your report; correct?

15   A.    No, sir.

16   Q.    I want to talk to you about the detection of

17   amphiboles in Chrysotile sheet gaskets that you spoke

18   about this morning.  You displayed this table; correct?

19   A.    Yes, sir.

20   Q.    And here in this analysis you reported finding, in

21   this second sample there, Tremolite and Anthophyllite,

22   but that was a mistake.  Correct?

23   A.    Yes, sir, as I discussed this morning.

24   Q.    That was an error.  This is actually a study that

25   you had done back in 2002; correct?

1613

Cross - Longo

1   A.      Part of that analysis.  We did an additional

2   analysis as to quantify for the .016 percent, and that's

3   based on just a Tremolite.  The Anthophyllite really had

4   no bearing on the actual weight percent.  It was not

5   included in the calculations.  It was on an old table

6   from data that -- where the Anthophyllite was not found.

7   Q.      The percentages you've described before as being

8   "ultra trace;" correct?

9   A.      Correct.

10  Q.      That's the concentration of amphiboles in

11  Chrysotile sheet gaskets that you would describe as ultra

12  trace; correct?

13  A.      Correct.

14  Q.      You described concentrations of respirable

15  asbestos fibers in micrograms this morning; is that

16  correct?

17  A.      Just Chrysotile in general in micrograms.

18  Q.      And you're relying upon some work that Dr.

19  Chatfield did?

20  A.      Correct.

21  Q.      And Dr. Chatfield was studying Calidria; correct?

22  A.      Yes.

23  Q.      That's a special kind of Chrysotile or unique kind

24  of Chrysotile; correct?

25  A.      Sort of.  When it's in the product, you can't tell

1614

Cross - Longo

1   the difference of it.  When you look at it by

2   Transmission Electron Microscopy out of the raw, it's

3   very large -- large bundles of Chrysotile; very few

4   single fibers.

5   Q.      Typically, the fibers are shorter than in other --

6   than in other Chrysotiles?

7   A.      No, sir.  We have looked at the size distribution

8   of Calidria structures, and it has about the same size

9   distribution that Canadian Chrysotile has.

10  Q.      Did Garlock make any products with Calidria, to

11  your knowledge?

12  A.      No, sir.

13  Q.      This second Crocidolite fiber that you discussed

14  earlier this morning was not disclosed in the original

15  report back in 2002; correct?

16  A.      No, sir.

17  Q.      This was discovered in an analysis, a re-analysis

18  that was done after you were hired by the Committee in

19  this case; correct?

20  A.      That's correct.

21  Q.      And this sample?

22  A.      Excuse me.  It wasn't discovered.  We took another

23  sample off that gasket and ran through the complete

24  analysis.  And where the first time it was not a complete

25  Addison Davies, it was just a digestion, here we counted

1615

Cross - Longo

1    a number of fibers and this was found.

2    Q.      The original sample number.  That same sample

3    number back in 2002 had been sent out to another lab to

4    do quality control, quality assurance check.  Correct?

5    A.      Correct, from the first analysis.

6    Q.      From the first analysis.  And when analyzing that

7    sample, that lab only reported finding Tremolite.

8    Correct?

9    A.      As we did.

10   Q.      I want to turn to some reporting that you have

11   done by looking at your data sheets and comparing them to

12   the actual report for the study that was done.  Here are

13   data sheets that relate to Gasket Study IV and the

14   results.  This is on the 7402 analysis, I believe.

15   A.      That's correct.

16   Q.      And in the 7402 analysis, you determined that the

17   percentage of asbestos was 87.93 percent, and then in the

18   report you described it as being 90 percent.  True?

19   A.      That's true.

20   Q.      That's an error.

21   A.      Yes, sir.

22   Q.      In another instance it was 94 percent in the data

23   sheet.  And then when you were reporting it, in the

24   report it was reported as 95 percent.  Correct?

25   A.      That's correct.

1616

Cross - Longo

1   Q.      Another error.

2   A.      Yes, sir, another typo.

3   Q.      We went through at your deposition and we

4   identified a whole number of these where numbers were

5   reported in the data sheets as one thing and then in the

6   report part they're reported as something else.  Sample

7   A-6-B of study IV.  The data sheet said it was less than

8   the limit of detection.  You reported it in your report

9   as 1.2 fibers per cc.  Correct?

10  A.      I'm sorry.  Which one is that?

11  Q.      I'm down here at A-6-B.

12  A.      Oh.

13  Q.      Right there.  And then in your updated version

14  it's less than the limit of detection.  Correct?  You

15  corrected it in the updated version of the report; right?

16  A.      Yes, sir.

17  Q.      So there's a number of these errors that appear in

18  your data sheet.  Is there quality control from

19  extracting the data from the data sheets to the reports

20  that you produced in litigation and, particularly, the

21  report in this case?

22  A.      Yes, sir.  But are you saying that all of those

23  are errors or just those three?

24  Q.      I think those three are the ones that you

25  corrected in your updated version of the studies that

1617

Cross - Longo

1   we've highlighted.  This is a chart that comes from our

2   *Daubert* brief.  Have you seen our *Daubert* brief?

3   A.      I have not.  Many of those samples are not

4   incorrect.  I'm just --

5   Q.      Tell me which ones are not correct.  Tell me which

6   ones are not correct.

7   A.      Well, we start at the bottom. 3.849.  When you

8   round that, it's 3.9.  22.549, when you round, it is

9   22.6.  I think we just talked about 94 and 95.  98.0, 99,

10  I'll agree with that.  96.2 to 97, a hundred -- 1.445,

11  when rounded, is 1.5.

12  Q.      I'm sorry.  Which one, when rounded, is 1.5?

13  Let's take that 1.445.

14  A.      Correct.

15  Q.      And it's your understanding as a scientist that

16  when you round 1.445 to one decimal point or one digit to

17  the right of the decimal point that you go back two

18  places and then you round that number up or down and then

19  round the result.  So you round the five to make the four

20  to the left of it a five.  And then you round that up so

21  that it becomes 1.5; correct?

22  A.      That's absolutely how you do it.  If that had been

23  1.44, then you would have rounded to 1.4.

24  Q.      Dr. Longo, I think you're absolutely wrong.

25  That's not how you round numbers.  But I understand

1618

Cross - Longo

1    that's your contention, but I think this is third grade

2    math.

3    A.        Two significant figures.  Yes, it is.

4    Q.        No, that's not how it's done.  We don't have to

5    get into that right now.

6    A.        Okay.

7    Q.        All right.  Dr. Longo, let's go back to the

8    published paper for a second.  Plaintiff's lawyers, as we

9    discussed, including Baron & Budd, contributed to pay for

10   the cost of your studies that were published.  Correct?

11   A.        They paid for the purchase of the flanges.

12   Q.        Supplying the materials?

13   A.        They didn't pay for any of the time, any of the

14   analysis.

15   Q.        And then after you did the studies, you would use

16   those studies and testify.  And then, in addition to your

17   hourly rates that you charged, you would charge a

18   reimbursement fee to law firms that used these studies,

19   correct?

20   A.        Yes, sir.

21   Q.        None of the financing of this, whether the

22   contribution by Baron & Budd and the other plaintiffs'

23   lawyers or the reimbursement fees that you were

24   collecting from using these studies as you testified for

25   plaintiff's firms across the country, was disclosed or

1619

Cross - Longo

1  mentioned in the article.  Correct?

2  A.    No, sir.  I disclosed it to the editor, and it was

3  up to the editor to decide to put it in or not.  It was

4  not up to me.  I can't put anything into the final

5  article.  It has to be the editor.

6  Q.    And one of the reasons for doing the subsequent

7  studies affidavit after the studies that were actually

8  published was to fix the quality control problems that

9  you had with the studies that were actually published.

10  True?

11  A.    That is not true.

12  Q.    We asked Mr. Hatfield, your colleague, that

13  question.

14        "Do you have plans to do a Work Practice Study

15        four involving gaskets?"

16        Answer:  "Yes."

17        "Is this to fix the quality control problems with

18        your counts?"

19        "It's for a number of reasons."

20        "Is that one of the reasons?"

21        "That is one of the reasons," is what he said.

22  A.    That's what Mr. Hatfield --

23  Q.    Dr. Longo, you've talked about doing work for

24  companies in the context of litigation; is that correct?

25  A.    Yes, sir.

1620

Cross - Longo

1   Q.      There are a number of companies that pay you a

2   monthly fee for engaging you as a consultant, and then

3   you don't testify in cases in which they're defendants.

4   Is that true?

5   A.      That's true.

6   Q.      Some of those defendants are defendants that are

7   being sued for gaskets and packing, is that true, such as

8   Ingersoll Rand?

9   A.      I know they're compressors, but I do expert

10  consulting for them.  And you know, Mr.  Harris, I take

11  that as the highest complement that companies where I

12  would have opinions want me to help them with their

13  issues.

14  Q.      It's been -- these fees that you receive, these

15  monthly consulting fees that they've paid you, are quite

16  substantial.  Ingersoll Rand, was it $300,000 a year?

17  A.      No.

18  Q.      $200,000 a year?

19  A.      Lower.

20  Q.      $150,000 a year?

21  A.      Lower.

22  Q.      Okay.  Have you testified to it being higher?

23  A.      No.  It's approximately $50,000 a year.

24  Q.      What about General Electric?  Westinghouse?

25  A.      Westinghouse is about $100,000 a year.

1621

Cross - Longo

1  Q.      Okay.  Just one second, Dr. Longo.  I believe I

2  may be completed.

3  A.      Yes, sir.

4  Q.      Dr. Longo, since your original gasket paper was

5  published you have not published any papers with respect

6  to gaskets and packing in the peer reviewed literature;

7  is that true?

8  A.      That's true.

9  Q.      You testified about the Lamar County order.  Your

10 testimony has been limited and excluded in other cases at

11 times; is that correct?

12 A.      I'm aware of one other case where the -- where

13 they said that we had to absolutely duplicate the work --

14 the work environment.  And I didn't know that was the

15 standard and I agreed with the judge.  I don't recall,

16 other than Lamar County, ever being limited to what I

17 could testify about gaskets.

18 Q.      Aren't your Tyndall Lighting videos excluded all

19 the time?  There's a standing order in San Francisco,

20 isn't it?

21 A.      I don't know if that's true or not.  I'd say about

22 five to ten percent of the time the Tyndall Lighting has

23 been excluded but not my testimony about what we do, our

24 results and analysis of gaskets.

25 Q.      Thank you, Dr. Longo.

1622

Redirect - Longo

1    A.        Thank you, Mr. Harris.

2                    **REDIRECT EXAMINATION**

3            BY MR. FROST:

4    Q.        Briefly, Dr. Longo.  You were asked some questions

5    about the beginning about the 11,000 RPM grinder and

6    whether they would have had that in the 1950s or '60s.

7    Has your lab looked at this issue of whether it's 11,000

8    RPM grinder versus, I don't know, a 3,000 RPM grinder or

9    anything else?

10   A.        Yes.  We actually looked at using a 4,500 RPM

11   pneumatic grinder and a 3,500 RPM electric grinder to see

12   if there was any difference in the fiber levels between

13   using an 11,000 RPM grinder, or see if it was more

14   consistent with our 1,350 RPM grinder that had the same

15   results as the 11,000 RPM grinder.  We absolutely -- we

16   looked at that.

17   Q.        And I think there was some questions about

18   pneumatic tools.  Have you looked at -- I mean, pneumatic

19   tools are basically what I used to use on the farm.

20   They're air supplied.

21   A.        Air Drills.

22   Q.        Air Drills or air whatever.  Have you looked at

23   the difference between something that's supplied by air

24   versus electric?

25   A.        Yes, sir, we have looked at the pneumatic grinder

1623

Redirect - Longo

1   versus our grinders and the results.  And again, it's all

2   dependent on how much gasket is on the flange.  It's not

3   dependent on what speed of the grinder is.

4   Q.    Now, you were asked a bunch of questions about the

5   certifications -- asked some questions about the

6   certifications.  The certifications that you have of your

7   laboratory.  Have you guys fundamentally changed anything

8   that you do that would have, back in the day, kept you

9   from being certified?

10  A.    No.  Everything we have done, the quality control,

11  the blind recounts, those were all done on those sets of

12  samples, let's see now, it's going on over 12 years.  So

13  when they say there's a quality control problem, there

14  was no quality control problem.  When those samples were

15  eventually analyzed by independent labs, they verified

16  our results.  So we didn't have a quality control

17  problem.

18  Q.    Now you were asked some questions about, I guess,

19  mischaracterization of fibers and things like that.  Is

20  your lab the only lab that sometimes might say there's

21  some Crocidolite fibers when it turns out it might be

22  Anthophyllite or maybe something else?

23  A.    No, sir.  You have to think about the sheer

24  magnitude of the data here.  Just those three studies,

25  studies I through V, just those studies alone are over

Redirect - Longo

1   50,000 data points.  If you start adding in the Crane Co

2   material and you start in adding in all the -- and add

3   the number of errors and typos we've found and then look

4   at all the data, the percentage of error rate here is

5   less than .02 percent.  Having an error rate that low,

6   even though it's embarrassing and it sounds terrible, if

7   you look at the sheer magnitude of the data and go, did

8   this have an effect at all of any of the results we've

9   reported?  There has been no suggestion that what we

10  reported in those fiber levels in fact are not those

11  fiber levels.

12  Q.      In fact, have you seen people within the Scotts

13  case that you've testified in those Consumer Product

14  Safety Commission that misidentified some fibers in their

15  lab.  And then McRone, one of the preeminent laboratories

16  in the 1950s and '60s, did they misidentify some fibers

17  as Crocidolite every once in a while?

18  A.      They were calling their r-analysis of Vermiculite

19  Crocidolite.  You asked me at length about that.  And

20  then they re-analyzed it and they came up with different

21  numbers.  But that's different than what happened here.

22  They had ten samples and in all ten samples they found

23  Crocidolite and said there's two to five percent

24  Crocidolite in each of these samples.  What we have here

25  is tens of thousands of data points, and we have gone and

1625

Redirect - Longo

1  shown a number of either typos or pull down menu issues.

2  But it did not change at all the overall validity of the

3  results.  It did not.

4  Q.     And in fact, Dr. Longo, is there anything that

5  would keep Mr.  Boelter or Mr.  Mangold or Mr.  Liukonen,

6  or even Mr.  Harris, if he wanted to, from submitting a

7  letter to the editor saying here's all the problems I

8  found in Dr. Longo's study and you should de-publish it?

9  People could do that; right?

10  A.     It's not happened.  When the paper was published

11  in the journal that I published it in, not one person

12  sent a letter to that editor criticizing that work.  And

13  that editor, before he allowed that to go to publication,

14  got all the criticisms there was from the Garlock

15  experts, what they thought were problems, and the editor

16  ignored it.

17  Q.     Now the last area, and we've got our Power Point

18  up after a few problems.  This is a Power Point I used

19  with Mr.  Boelter, and it's actually his Power Point.  I

20  Showed you this before, right, at the break?

21  A.     Yes, sir.

22  Q.     Okay.  And this is Mr.  Boelter's industrial

23  maritime fittings and he talks about what he did.  And in

24  fact, he talked about this, and I asked him some

25  questions about valve fitting.  And in fact, Mr.

1626

Redirect - Longo

1  Boelter, in his studies, used gaskets that were 39 years

2  old.  You're aware of that; right?

3  A.     Yes, sir.  In fact, he stated in one of his things

4  they were 45 years old.  In the Mangold study, the

5  gaskets were over 45 years old back in the '80s.  If

6  there was a real problem with these gaskets being so old,

7  the Gypsy was out of service and was in a salvage yard

8  when they went and got those gaskets, then all these

9  results should be the same.  We shouldn't be seeing

10 gaskets that just fall out on these old gaskets, you

11 know, or gaskets that stick tightly.  That's not what

12 dictates what happens here.

13     What happens here is how long it's been in the

14 system while the system has been running and at what

15 temperature and at what pressure.  That dictates how much

16 and what the flange bolting is, and the internal

17 pressure, the hydrostatic pressure, the bolt load

18 pressure, the yield factor on the gaskets.  That all has

19 a factor of what happens here, not how long they've been

20 out of service.

21 Q.     And so Mr. Boelter used fittings that had old

22 gaskets, and you used fittings that had old gaskets.

23 Mr. Mangold -- you mentioned the Gypsy.  What type of

24 system was that that he took those from?

25 A.     He took it from a low pressure hot water boiler.

Redirect - Longo

1    This was not a -- this was not a steam system.  This was

2    a barge that was used for salvage.  So this was not a

3    warship that had essentially had steam-driven turbines.

4    This was run by a diesel engine.  And they call it a

5    "hotel system" where it's for the comfort of the small

6    crew that's on that barge.

7    Q.    Not designed to power the whole ship?

8    A.    No, sir.  There was no propulsion on that steam

9    system.

10   Q.    Great.  Thank you, sir.

11         THE COURT:  You may step down.  Thank you, doctor.

12         Something else?

13         MR. HARRIS:  May I just ask one followup thing?  I

14   just want to go back to that Cheng study you talked

15   about.

16         THE COURT:  Yes, sir.

17              **RECROSS EXAMINATION**

18         BY MR. HARRIS:

19   Q.    It's earlier -- in the peer review literature?

20   A.    It is.

21   Q.    As far as you know it had nothing to do with

22   litigation?

23   A.    That's right.

24   Q.    You talked about the numbers being much, much

25   lower than what you would typically find in one of your

1628

Recross - Longo

1  studies; right?

2  A.     I don't think I said "much lower."  I think I said

3  it was at the lower end of our Crane Co study.

4  Q.     For scraping and wire brushing, the range was .115

5  fibers per cc to .33 fibers per cc; correct?

6  A.     Correct.

7  Q.     I think you said something about how these came

8  off more easily in your direct testimony, is that what

9  you were saying?

10  A.     Yes.

11  Q.     I'm looking at the sample time and duration of how

12  long it took to do these activities.  And so scraping one

13  and wire brushing one pump gasket took 46 minutes.

14  Scraping and wire brushing two valve gaskets -- two

15  flange gaskets took 55 minutes.  That's what they

16  reported there; correct?

17  A.     That's correct.

18  Q.     The other do data that you cited this morning.

19  Those -- they were handwritten data sheets from Newport

20  News, from Shell, from the IHF; is that correct?

21  A.     Yes.

22  Q.     The Newport News sample you -- as you said, you

23  don't know how they got -- what they were doing when they

24  got 5.6 fibers per cc from that sample; correct?

25  A.     Other than them stating they were working for 18

1629

Recross - Longo

1    minutes.  Entered and working.

2    Q.    Well, yeah.  And there's -- but they don't say

3    what they were doing.  And they may talk about scraping

4    them off, but that's inconsistent with what their

5    narrative was that said the gaskets were removed first

6    with the needle gun and then with the grinder.  Correct?

7    A.    Yes, sir.  But they're talking about doing work

8    for 18 minutes.  They're doing something.

9    Q.    And you just don't know.  You're relying on

10   handwritten data sheets for your opinion; correct?

11   A.    As for all the data that's on there.

12   Q.    I want to show you one other thing you did not

13   mention and that was this box here.  It says, "possible

14   interferences."  The industrial hygienist or industrial

15   hygiene tech who was collecting this sample noted fiber

16   grinding wheel disk as a possible interference; correct?

17   A.    Correct.

18   Q.    The type of analysis that they did in this study,

19   you can't distinguish between asbestos fibers and other

20   fibers that would be  in the workplace.  Correct?

21   A.    In the workplace.

22   Q.    Is that true?

23   A.    That's true in the workplace but not for that.

24   Q.    This describing -- this person that collected the

25   sample had expressed or stated that a possible

1630

Recross - Longo

1   interference was a fiber grinding wheel disk.  Did I read

2   that correctly?

3   A.      You did.  But there's no --

4   Q.      Okay.  Well that's what my question was.  I know

5   you've got some story about it and that's fine.

6   A.      That's not fair, Mr. Harris.

7   Q.      That's what he says.  And the fact is there are

8   these questions about these -- from these handwritten

9   data sheets.  The Shell sample that you cited, you didn't

10  describe it, I don't believe, but actually, it says on

11  there it was intended to simulate the worst case

12  situation; correct?

13  A.      Yes, sir.

14  Q.      It was -- Shell was doing something in 1985.  Not

15  2005, but in 1985, that was trying to simulate the worst

16  case situation.  True?

17  A.      That's what they state.

18  Q.      And their numbers were actually lower than your

19  numbers; right?

20  A.      Excuse me, Mr. Harris.

21          THE COURT:  Let him finish.

22          THE WITNESS:  They're not that much lower.

23  They're right in that range of 25 fibers per cc.  But

24  Mr. Harris, you have to understand every time a

25  pipefitter/steamfitter takes a grinder to a gasket and

~~1631~~

Recross - Longo

1    removes it, everybody -- you can state that that's the

2    worst case scenario for that person to be exposed to

3    fibers.  Because when you're using a grinder, it

4    generates tremendous fiber levels.

5         BY MR. HARRIS:

6    Q.    What's interesting is they don't describe in there

7    ever using a scraper.  They just describe in the Shell

8    sample using the grinder; correct?

9    A.    That's correct.

10   Q.    And that was -- that paper was never published in

11   the peer reviewed literature; correct?

12   A.    That's correct.

13   Q.    Do you know whether it was compressed sheet

14   gaskets, a beater add gasket, or what kind of asbestos

15   gasket it was?

16   A.    It was a Durabla gasket.

17   Q.    All Durabla gaskets are compressed sheet gaskets?

18   A.    They're made by Goodyear.

19   Q.    Is that your testimony?  You're saying that all

20   Durabla wet gaskets are compressed sheet gaskets?

21   A.    I'm not stating that.

22   Q.    Thank you, Dr. Longo.

23                    **REDIRECT EXAMINATION**

24        BY MR. FROST:

25   Q.    Dr. Longo, could you explain the two last things

~~1632~~

Redirect - Longo

1  -- the very last thing you were trying to explain and

2  then the thing about the Newport News study?

3  A.    When you talk about worst case scenario, what I

4  was trying to explain is that whenever somebody uses a

5  power grinder on a gasket, it is recognized now, and

6  especially in 1995, that is one of the worst case

7  scenarios because the amount of power in that grinder is

8  going to generate tremendous amounts of dust.  So, they

9  understood -- Shell understood that that is a potential

10 problem.  And like any good company, you know, a company

11 with industrial hygiene, they wanted to know what it was.

12 They took a bystander sample that was 18 -- that was 18

13 fibers per cc.

14        So I don't believe that just because you disagreed

15 with the amount of asbestos that was generated by these

16 industrial hygiene studies that makes them wrong.  These

17 are studies done outside litigation and they're just

18 trying to find out what's going on in their own shop.

19 Q.    And then just briefly.  You were asked a question

20 about the Newport News, and I think -- I can't blow it

21 up.  But you were asked about this fiber grinding wheel

22 disk.  What were you trying to explain about that when

23 you were cut off?

24 A.    There was no interference from these grinding

25 wheels.  The wire bristles on that -- and even if it is a

1633

Redirect - Longo

1  -- I'm trying to search for the -- if it's one of these

2  pads that has the polyethylene fibers on it.  They're too

3  big.  You can't -- you would have something of the size

4  of a log next to a pencil inside the Phase Contrast

5  Microscopy.  And if there was ever any interference, it

6  would never be collected.  So we have probably done more

7  grinding studies with these "fiber wheels" than anybody

8  else in the country or maybe the world.  We have yet to

9  ever see a metal fiber from the grinding wheel ever in

10  the air samples.

11  Q.    And some of those grinding wheel studies.  Have

12  you done those for a defendant in asbestos litigation?

13  A.    Well, that's for Carborundum who hired us to do

14  one of their work practice studies on one of their

15  grinding wheels, and that grinding wheel did not release

16  any asbestos.

17  Q.    Okay.  Thank you, Dr. Longo.

18        THE COURT:  You may step down, Dr. Longo.

19        THE WITNESS:  Thank you, Your Honor.

20             (Witness excused at 3:40 p.m.)

21        THE COURT:  Let's take a break until ten minutes

22  until four.

23             (Off the record at 3:40 p.m.)

24             (On the record at 3:55 p.m.)

25        MR. FINCH:  Good afternoon, Your Honor.  At this

~~1634~~

Direct - Shoemaker

1  time, the ACC calls James Shoemaker.

2       THE COURT:  Come up.

3       THE CLERK:  Place your left hand on the Bible and

4  raise your right hand.

5              (Witness duly sworn at 3:55 p.m.)

6       MR. FINCH:  Ready to proceed, Your Honor?

7       THE COURT:  Yes, sir.

8                    **DIRECT EXAMINATION**

9       BY MR. FINCH:

10 Q.      Good afternoon, Mr. Shoemaker.  Could you please

11 tell the Court your name, address and current employment?

12 A.      James Harold Shoemaker.  152 the Green,

13 Williamsburg, Virginia.  I retired on July 10th from Chem

14 Corporation as a ship consultant for the U.S. Navy.

15 Q.      Did The consulting work you did primarily involve

16 nuclear powered ships for the Navy?

17 A.      Yes.  I retired from Norfolk Naval shipyard in

18 2008 in Naval Sea Systems Command, naval Reactors.  They

19 asked me to go to Newport News to assist in the overhaul

20 of the USS Enterprise, the USS Theodore Roosevelt and the

21 construction a new carrier, the USS Gerald Ford.

22 Q.      Okay.  On the podium in front of you there should

23 be a copy of your resume which is ACC-3781.  Do you have

24 that with you?

25 A.      I do indeed.

1635

Direct - Shoemaker

1  Q.     And is this a copy of your current CV, except that

2  it hasn't -- doesn't have your retirement date on here;

3  is that right?

4  A.     That's correct.

5  Q.     Okay.  Have you ever testified in a courtroom and

6  in an asbestos case?

7  A.     No, sir.

8  Q.     Could you tell the judge how you got involved in

9  this Garlock asbestos bankruptcy case?

10 A.     Yes.  I had -- my son is a partner with Bobby

11 Hatten at Patton, Wornom and Hatten and Diamonstein in

12 Newport News.  About four years ago, Mr. Hatten called

13 and asked him if I could help with a case in terms of how

14 the military specifications and the qualifying products

15 apply to join on ships.  And I did that for him.  Then he

16 called me again this March and asked me if I would

17 participate in this case with Garlock and my experience

18 over the years in shipyards.

19 Q.     Okay.  And you've never testified in an asbestos

20 trial, and this is your first time testifying in a court

21 anything having to do with asbestos.

22 A.     Yes, sir.

23 Q.     What is your hourly billing rate for what we've

24 asked you to do here?

25 A.     $150 an Hour.

1636

Direct - Shoemaker

1  Q.     And what has been the total amount you've billed

2  so far in this case?

3  A.     $5,000.  I expect it will be about $10,000 by the

4  time we're through.

5  Q.     Okay.  Could you give the Court a brief run down

6  of your educational background, sir?

7  A.     Yes, sir.  I graduated from high school and went

8  to work at Newport News Shipbuilding.  I worked there in

9  the trades for three years, got selected for nuclear

10 design training when nobody thought nuclear power was

11 going to amount to anything.  And I rose to be a senior

12 designer in atomic power design and designed the of

13 aircraft carrier Nimitz.  In 1977 I went to the Norfolk

14 Naval Shipyard as a reactor planning yard representative.

15 And Norfolk said hey, why don't you go back to

16 engineering school, which I did, and got a degree in 1981

17 in engineering technology and then went on to my career

18 in Norfolk.  So I have a bachelor of science in

19 engineering technology, my design training in Newport

20 News, and I also spent the summer at the university of

21 Virginia at the Darden School in senior management

22 training.

23 Q.     In your education in obtaining a B.S. in

24 engineering technology and an MBA in the executive --

25 A.     No, sir, I don't have an MBA.  I was in a summer

Direct - Shoemaker

1  executive program.

2  Q.     The summer executive program.  And as your worked

3  as a consultant to the United States government on

4  nuclear ships, did you have to learn how to round

5  numbers?

6  A.     Yes, sir.

7  Q.     If I were to ask you, sir, to round the number

8  3.445?

9  A.     Round it to one -- two decimal places, it would be

10  3.45.  And one decimal place would be 3.5.

11  Q.     So it wouldn't be an error if you round it one

12  significant digit to get to 3.5?

13  A.     That's correct.

14  Q.     Could you please review with the Court the nature

15  of your employment and job experience from the time you

16  started at Newport News Shipbuilding in 1961 through the

17  time you became a consultant and left the Norfolk Naval

18  Shipyard in 2008, the types of ships you worked on and

19  what your general duties were?

20  A.     Yes, sir.  I started pulling cable as a welder's

21  helper until 1961 on USS Enterprise, new construction.  I

22  went back to college for a semester and returned to

23  Newport News in February of 1962 and went into the sheet

24  metal shop as a helper.  And in that job, I was

25  fabricating lockers and light foundations and furniture

1638

Direct - Shoemaker

1  and we were installing them Polaris class submarines,

2  aircraft carriers, submarine tender the Hunley.  And in

3  1963 I got selected for training and went to the

4  machinery design and Atomic Power Design Department where

5  I was trained as a designer a nuclear designer.  I stayed

6  there from 1963 to 1977.  My main duties from '63 to '77

7  were validating systems aboard ship from '63 to '66.

8       In '66 I went to the Atomic Power Division where I

9  was designing piping systems, and I was assigned the

10 reactor coolant system for the USS Nimitz.  And I rose to

11 be a senior designer in 1970.  And we laid the keel for

12 the Nimitz in 1968, and I was selected to head up the

13 waterfront liaison group which we informally called the

14 "Trouble Desk," and I did that until 1977 when I got sent

15 to Norfolk as a Reactor Plant Planning Yard

16 Representative and decided to switch from Newport News

17 Shipyard to the Norfolk Naval Shipyard.

18      At Norfolk I went to work in the nuclear part of

19 the Assurance Department as a Nuclear Auditor auditing

20 nuclear processes, and I did that from 1977 to 1981 when

21 they made me the Chief Scheduler for the shipyard where I

22 had 40 schedulers, and we prepared ship's schedules and

23 manpower reports and status reports for ships that were

24 in overhaul.  I did that from 1981 until 1987 which was

25 when I was made the Superintendent of the Sheet Metal

1639

Direct - Shoemaker

1  Department with 350 sheet metal mechanics.  And I stayed

2  in that job for a year, and they made me the Pipefitter

3  Superintendent.

4  Q.     What year was that?

5  A.     1987 -- 1988 -- '87 I was made the pipefitter

6  superintendent.  '87 to '88 I was sheet metal.  '88 I

7  made Pipefitter Superintendent.  I stayed as Pipefitter

8  Superintendent from 1988 until 1997, when I was promoted

9  to the GS-15 as Project Superintendent for the overhaul

10  of the USS George Washington.  It was a dry docking

11  overhaul.  A year after that I was given responsibility

12  for the overhaul of our aircraft carriers and surface

13  ships until from 1/9/1998 until 2003 then I was promoted

14  to Production Manager for the entire shipyard.

15       From 2003 to 2008, when I retired from the

16  shipyard and went to work for Cameron Corporation as a

17  consultant to the Navy at Newport News, and I did that

18  until last year.  And for the last year I've been doing

19  business development for Cameron until recently.

20  Q.     Am I correct that the Newport News Shipyard and th

21  Norfolk Naval Shipyard are among the largest shipyards in

22  the world?

23  A.     Yes.  Newport News currently has about 20,000

24  employees.  Norfolk, when I retired, had about 7,000

25  there up to about 9,000 now.  But Newport News builds

Direct - Shoemaker

1  nuclear aircraft carriers and submarines and overhauls

2  nuclear aircraft carriers and submarines.  Norfolk is an

3  overhaul yard.  They overall primarily nuclear

4  submarines, nuclear aircraft carriers. They also do

5  non-nuclear ships like big amphibious ships like the Wasp

6  and the Saipan and ships like that.  So they do --

7  Norfolk's motto is "Any ship anytime anywhere."  So if a

8  ship breaks, we fixed it at Norfolk.

9  Q.    And am I correct that the Newport News Shipyard

10  and the Norfolk Naval Shipyard would have been among the

11  largest shipyards in terms of the number of ships they

12  could hold and people to work there in the '60s, '70s and

13  '80s?

14  A.    That's correct.  Shipyards have closed and shrunk

15  during that time.  Norfolk and Newport News still are the

16  biggest in the country.  And, of course, the biggest

17  fleet concentration in the country is in Norfolk.  So,

18  that's right.

19  Q.    Have you prepared a list of the ships that you can

20  recall working on or being aboard during the overhaul or

21  new construction process at the Newport News Shipyard and

22  the Norfolk Naval Shipyard?

23  A.    Yes, I have.  That list consists of, I counted it

24  up last night, 58 ships, primarily aircraft carriers and

25  submarines, and primarily ships that were built since the

1641

Direct - Shoemaker

1  Enterprise in 1961.  There are three older ships on there

2  that I was involved with at Norfolk, two battleships, The

3  USS Iowa and the USS Wisconsin, that we did overhauls on.

4  I drew the job as a Senior Superintendent when the 16"

5  gun blew up on the USS Iowa.  Then the USS Coral Sea,

6  which was a World War II aircraft carrier which we did a

7  major overhaul on in 1983 when I was Chief Scheduler.

8  Q.     Is the exhibit, I think you have it in front of

9  you, ACC-5063A.  Do you have that, Mr. Shoemaker?

10 A.     I don't see the exhibit number on it.

11 Q.     May I approach the witness, Your Honor?

12        THE COURT:  Yes, sir.

13        BY MR. FINCH:

14 Q.     Is Exhibit 5063A, are those the list of ships you

15 have --

16 A.     Yes, sir.  Those are the ships I worked on.

17 Q.     Okay.  And am I correct that the vast majority of

18 these ships were built from 1961 on?

19 A.     That's correct.  All but those three I just

20 mentioned.

21 Q.     Okay.  From your job duties and job experience did

22 you obtain knowledge of the various applications for

23 which the Navy required or permitted asbestos sheet

24 gaskets to be used?

25 A.     Yes.  I did that in numerous jobs I had over the

1642

Direct - Shoemaker

1  years.  The first was when I was a young designer in the

2  late '60s and designed the Nimitz.  The base ship

3  specifications would specify the types of materials to be

4  used in each system, and that information would be drawn

5  down onto system diagrams, piping system diagram, piping

6  system arrangements and builds of material.  The material

7  would then be ordered and the systems would be built, and

8  the gaskets would be installed on the ship.  And then

9  during my period of time running the "trouble desk," of

10  course as problems developed with the construction or the

11  testing of that particular ship, I would be involved in

12  gasket replacement or piping changes and that kind of

13  thing.

14  Q.    Go ahead.  In general, what were the applications

15  where the Navy permitted or allowed asbestos sheet

16  gaskets to be used?

17  A.    Generally, it was low pressure steam systems.  By

18  that I mean 350 psi and below.  And that supplied things

19  like hotel steam, auxiliary steam, perhaps, to

20  steam-driven pumps or to things like the heating system

21  for the ship or the laundry.  But you also saw it in

22  other systems, such as sea water systems, fuel systems,

23  those kinds of things.  So they were in numerous systems

24  throughout the ship.

25  Q.    In the course of your employment from the 1961,

1643

Direct - Shoemaker

1   beginning in Newport News, all the way through 2008 when

2   you left the Norfolk Naval Shipyard, did your job

3   directly involve the observation or supervision of

4   shipyard workers who were fabricating, installing and/or

5   removing asbestos sheet gaskets and asbestos packing?

6   A.    Yes.  And, again, in different phases.  At Newport

7   News, during my time as the waterfront liaison leader,

8   but particularly during my time as a Pipefitter

9   Superintendent.  The nine years I was a Pipefitter

10  Superintendent at Norfolk it was my -- I was the shipyard

11  expert in how that worked was done.  We had written

12  processes for how we did the work.  We trained the people

13  in the courses.  Any requirements changed, we changed

14  with them.  We had had about 59 different processes for

15  pipe fitting.

16  Q.    How many pipefitters have you worked with or

17  supervised in your career?

18  A.    Probably somewhere between three and 4,000.

19  Q.    And how many times did you observe a worker

20  removing gaskets, asbestos sheet gaskets, from a flange

21  or other piece of equipment?

22  A.    Thousands.  Many thousands.

23  Q.    In your course of your employment over the same,

24  almost 40 years?

25  A.    50.  52 this month.

1644

Direct - Shoemaker

1  Q.     Yeah, you're right.  At almost 50 years, did your

2  job directly involve the observation or supervision of

3  shipyard workers who were fabricating, installing or

4  removing thermal insulation?

5  A.     Yes.  In 1992 and '93 we combined the insulators

6  at Norfolk Naval Shipyard.  The insulation shop had been

7  an independent shop.  We combined them into the

8  pipefitting shop, and I became their superintendent.

9  Q.     Approximately how many times did you observe a

10  pipe coverer or, an insulator or other worker removing

11  insulation from either pipes or equipment during the

12  course of your career?

13  A.     Again, thousands.  I actually wrote the procedures

14  for doing some of that during the construction of the

15  Nimitz on the reactor coolant system when we had to

16  replace a major valve.  But, primarily, after I went to

17  Norfolk was where I would see that taking place.

18  Q.     As part of your job at the Norfolk Naval Shipyard

19  did you have to become an expert in the types of pipes

20  and systems that will be used on Navy ships?

21  A.     Yes.  And the reason for that was there were

22  different types of processes on different types of pipe.

23  For example, a cold water, sea water system might be made

24  out of thin-walled copper-nickel or copper and raised

25  system and silver braised systems and bolted together.

1645

Direct - Shoemaker

1  Where a high pressure steam system would be made out of

2  heavy walled carbon steel, welded together or put

3  together with Flexitallic gasket.  The same for the

4  nuclear systems.  You would have materials like nickel

5  copper, Inconel, stainless steel, heavy walled pipe to

6  thin wall pipe.  So you had to know how to essentially

7  take apart and put together every type of piping system

8  the Navy had on every class of ship they had, and that

9  went from everything from your natural drains to main

10  steam systems.

11  Q.     As part of your work at the Newport News Shipyard

12  and the Norfolk Naval Shipyard did you have to come to

13  understand and become familiar with the types of trades,

14  who would do various jobs during overhaul of a large Navy

15  ship and the sequencing that activity would take place

16  in?

17  A.     Yes.  And there were two parts to that.  In my

18  final job when I was a Production Manager at Norfolk, all

19  of the trades worked for me.  So I had to have a working

20  understanding of what each trade did, how they did it,

21  and what the prohibited work practices are, what the

22  preferred working practices were and how we would

23  efficiently do that work.  So, yes.

24        Now, the sequencing -- and that's the -- if you

25  think about that, that's how you do the work, how you

1646

Direct - Shoemaker

1   bolt up a flange, how you weld a joint, how you paint the

2   hull of a ship, how you put a ship in dry dock, those

3   kinds of things.  And then you had the other part of the

4   equation which is when you do the work.  Now during my

5   time as the Chief Scheduler, that was my job is to figure

6   out when we would overhaul the engines, when we would

7   take the galley down, overhaul the galley, the laundry,

8   the feed piping, the fire main piping.

9         So you had a very detailed sequence and schedule

10  of how you did this, and then you applied the manpower to

11  that to make sure you got that done efficiently.  We

12  called them "ship availabilities," and that's because the

13  Navy made a ship available to the shipyard for a specific

14  period of time.  And the Fleet scheduling folks would

15  have plans for that ship when it left the shipyard, so it

16  was of paramount importance you finish your work, get the

17  ship through sea trials, get the ship delivered back to

18  the Fleet so the Navy does what the Navy does with its

19  ships.

20  Q.    The Court has heard testimony that safety controls

21  for gaskets didn't come into place in the Navy until the

22  late '80s versus controls for insulation in the early

23  '70s.  Are you familiar with?

24  A.    I am familiar with that and that's correct.

25  Q.    Okay.  Was it ever part of your job

1647

Direct - Shoemaker

1  responsibilities to help train or oversee pipefitters so

2  that they could meet the new OSHA regulations in the late

3  '80s?

4  A.    Yes.  What happened was in the late '70s we became

5  aware in the shipyards that insulation was a health

6  problem.  And all of us that worked with it or associated

7  with it had to have a physical every year, an asbestos

8  physical, where our lungs and so forth were checked.  But

9  we thought the problem was associated with piping

10 insulation.  We didn't think at that time that the piping

11 was associated with gaskets.

12       And what happened was the limits, the exposure

13 limits to asbestos that we saw some of it in Dr. Longo's

14 report, dropped dramatically from the '70s until about

15 1990.  So the amount of particulate that you could have

16 in the air became smaller.  Well, that became a problem

17 with the gaskets.  Because what we routinely did was what

18 essentially what you saw in Dr.  Longo's video.

19       We would break a flange apart.  The sheet gaskets

20 would be stuck to the flange, and we'd scrape off what we

21 could with a putty knife.  Then we'd go after it with our

22 pneumatic wire brushes, clean it up, and we'd put the

23 joint back together.  We changed that in the late '80s

24 and we -- that was a surprise to us.  We didn't think we

25 -- when the industrial hygiene folks said hey, you've got

1648

Direct - Shoemaker

1  to find a way to do this without getting dust in the air.

2  You could see the dust in the air.

3        Now, we didn't -- those of us in the trades didn't

4  know how much was asbestos and how much was dust, but you

5  could see it was a dirt producing operation.  So the

6  pipefitters were saying -- oh, they were moaning and

7  groaning that if we couldn't use their air-driven wire

8  brushing brushes, it would take forever to get the

9  residue off the grinder.  So we set up some mock-ups

10 there in the shop to figure out how we were going to do

11 that.  So we ended up with water bottles and putty knifes

12 and hand brushes, and that's the way we'd do it, and

13 that's the way we do it today.

14 Q.    Your Honor, at this point I would like to proffer

15 Mr.  Shoemaker as an expert in the following areas:  The

16 manpower requirements of trades involved and sequencing

17 of work during the naval ship construction and overhaul

18 in the naval shipyard; the work methods, tools and

19 materials used for gasket fabrication, removal and

20 cleanup on Navy ships under construction or overhaul; the

21 work methods, tools and materials used for fabrication,

22 removal and replacement of insulation on valves, pipes,

23 flanges and other equipment on Navy ships during

24 construction and overhaul; and the efforts or training

25 required for asbestos -- to comply with asbestos safety

Cross - Shoemaker

1  procedures and controls involving asbestos gaskets and

2  insulation on Navy ships during construction and overhaul

3  during the times he has experience.

4      MR. HARRIS:  Your Honor, may I voir dire the

5  witness, please?

6      THE COURT:  Yes.

7              **CROSS-EXAMINATION**

8      BY MR. HARRIS:

9  Q.    Good afternoon, Mr.  Shoemaker.

10 A.    Good afternoon, Mr.  Harris.

11 Q.    I just wanted to follow up and make sure I

12 understood.  You didn't become in charge of the

13 insulators until the 1990s; correct?

14 A.    That's correct.

15 Q.    And they were installing non-asbestos insulation;

16 correct?

17 A.    That's correct.  But we were still sampling ships

18 for asbestos.  And we would find it, for example, on the

19 Kennedy.

20 Q.    And then when they did their -- when they removed

21 the asbestos, it was as part of an abatement, correct,

22 when they were using controls?

23 A.    Oh, yes.  They were using controls.  I wouldn't

24 necessarily -- I guess you could call it abatement.  But

25 they were removing it because we didn't need to remove

1650

Cross - Shoemaker

1  the pipe or repair a component or something like that.

2  Q.    Mr. Finch asked you a question, and I'm not sure

3  if you caught it.  He asked if insulation controls were

4  instituted in the early '70s.  But it's your

5  understanding -- your experience was that the insulation

6  controls were instituted in the late '70s; correct?

7  A.    1978 was the first time I saw it.

8  Q.    Okay.  The experience that you had in the

9  shipyards was primarily new construction in the '60s and

10 the first part of the '70s.  Correct?

11 A.    That's correct.  Up until I went to Norfolk in

12 1977.

13 Q.    Very little construction -- the new construction

14 you were involved in was nuclear ships; correct?

15 A.    That's correct.

16 Q.    It was not conventional ships; correct?

17 A.    That's correct.  Well, they were a little bit

18 conventional but nothing -- 99 percent nuclear.

19 Q.    In connection with your work in this case you've

20 not done any research to find out about the work methods

21 from the 1950s and 1960s in the shipyards; is that

22 correct?

23 A.    Other than during the preparation for this case

24 watching, I believe it was a 1944 video and some early

25 instructional things that I've looked at.  But other than

1651

Cross - Shoemaker

1  that, no, sir, I have not done any research.

2  Q.    That was a video that came from the debtors, from

3  -- Garlock or Garlock's lawyers produced it to the

4  plaintiffs' lawyers?

5  A.    I believe that's correct.  Yes, sir.

6  Q.    You said those were not the practices that you saw

7  in the new construction work that you did in the '60s and

8  '70s?

9  A.    That's correct.

10  Q.    Your Honor, at this point I don't object to him

11  being offered as an expert in these areas in the 19- --

12  late 1970s, '80s and '90s in these areas.  But before

13  that, we do object because it's -- all his expertise is

14  based upon is experience, and his experience was limited

15  to new construction.

16        THE COURT:  We will admit him as an expert with

17  that caveat.

18        MR. FINCH:  Well Your Honor, I think I can lay a

19  foundation.  He's also an expert in the methods that

20  pipefitters used in the 1960s because he worked with man

21  pipefitters and his career began before that.  Is that

22  true, Mr. Shoemaker?

23        THE WITNESS:  That's true.

24                    **REDIRECT EXAMINATION**

25        BY MR. FINCH:

1652

Redirect - Shoemaker

1  Q.      So you're familiar with the work practices that

2  pipefitters and other workers used to fabricate, remove

3  and clean up after removing asbestos-containing gaskets

4  during the time in the -- between -- you started at

5  Newport News in '61 up until the time you quit.

6  A.      I did observe that in the '60s.  Now, Mr.  Harris

7  is correct I did not observe it necessarily on ships in

8  repair and overhaul.  But it was not unusual to go have

9  to cut out a piece of pipe and change it or remove a

10 gasket during a test phase in the '60s.  The methods we

11 used then were the same as ones we used in overhaul.

12 Q.      Your Honor, with that foundation, I do think he

13 has the expertise to talk generally about --

14         THE COURT:  All right.  We'll let him testify to

15 that.

16         BY MR. FINCH:

17 Q.      Okay.  Mr.  Shoemaker, can you give an idea to the

18 judge, the Court, the type of repair work that was done

19 during overhaul of a ship at the Newport News Shipyard or

20 the Norfolk Naval Shipyard?

21 A.      You had -- a lot depended on the type of ship.

22 But as I said, ships were made available to the shipyard

23 to do maintenance on.  Now in the case of an aircraft

24 carrier, if you take the midlife refueling of an aircraft

25 carrier, like the USS Theodore Roosevelt, which is ready

1653

Redirect - Shoemaker

1  to complete right now, that's a four year process.  A

2  more typical process might be ten and a half, 11-month

3  dry docking availability of a ship like the USS George

4  Washington, which is a Nimitz class carrier.

5       Now, typically we would assign a project team to

6  run that overhaul a year in advance, and this is the same

7  at Newport News or at Norfolk.  And the project team

8  would consist of a project superintendent and the various

9  managers.  We would divide the ship up into zones,

10  perhaps a propulsion plant, flight deck, the habitability

11  spaces, and we'd have a detailed schedule for each.

12       Then we'd get the ship ready at the naval station.

13  We would bring the ship in, put it in dry dock, and we

14  would have what we would call "phases."  We would have

15  the planning phase, which is what I just described.  We

16  would have the rip-out phase.  Then we would have the

17  repair phase, installation phase, tests, and

18  certification phases.  Now these phases --

19  Q.    Let me stop you right there.  You just mentioned

20  something called the "rip out phase?"

21  A.    Yes, sir.

22  Q.    What is that and how long did it typically take?

23  A.    What you typically would do is you would tag out

24  the systems of the ship.  You had to take the ship down

25  to what we call cold iron.  So you were dealing with

1654

Redirect - Shoemaker

1  deenergized, de-pressurized systems, and the systems were

2  safe to work on.  Someone mentioned this morning "hot

3  work."  You had to make sure that the fuel oil was off

4  the ship and you were safe to do hot work.  You would

5  bring it in and then you would -- one of the first things

6  you would do is you would sample the insulation to make

7  sure it was not asbestos, and then you would start

8  removing piping and components, pumps motors valves, and

9  you would send those either to the inside shop to be

10  overhauled or new valves or pumps or motors or whatever

11  it was to be put in place.  You would make whatever

12  modifications you needed to make to the ship, and you

13  would do that in the first six weeks.

14        Now, one of the reasons we did the sampling is

15  because if work was done on the ship overseas in the

16  Mediterranean, for example, we were never real sure

17  exactly what, say, a shipyard in Bahrain might stick into

18  the ship.  So we still sample to this day even on the new

19  ships to make sure there's not asbestos.  So you had

20  about a six-week period there where you were

21  disassembling the ship.  You might think of it if you

22  were doing a renovation on your house ripping out a

23  kitchen or bathroom or something like that, only a much

24  bigger scale.

25        It depended on the type of ship, whether it was an

1655

Redirect - Shoemaker

1   a submarine or an LHA or LAD, it might take a little

2   longer, might be shorter and depending on what you were

3   doing to the ship.  Typically, what I'm describing here

4   on an aircraft carrier is about a 350 to 500,000 man day

5   effort over the course of a year is what it amounts to

6   with trades and ship's force.

7   Q.     So the rip out phase would be six weeks?

8   A.     About six weeks.  Right.

9   Q.     Then there would be a phase when they would be

10  working on or repairing valves and pumps and equipment?

11  A.     They would actually be taking them out, taking

12  them to the shop.  For example, there's 289 sea valves on

13  a Nimitz carrier.  Every one of those would be taken out.

14  We'd go to the inside machine shop.  They'd be

15  disassembled and cleaned, checked and tested.  Then we'd

16  bring them back and put back them in the ship before we

17  undock the ship.

18  Q.     Could you describe for the Court what the steps

19  involved to replace or refurbish a valve?

20  A.     Well you start -- again, let's take a specific

21  system.  Let's talk about the main feed valve which is

22  typically a 600 psi hot water system.  It would be

23  insulated and would have lagging pads on it, would cover

24  the bolts and the flanges and the bonnet.  You would tag

25  the system out to make sure the system was safe and cold

1656

Redirect - Shoemaker

1    and was authorized to work on it.  You would have the

2    insulators, and they would go out down and sample the

3    insulation and make sure it was not asbestos.  Then they

4    would go down and remove the insulation lagging pads

5    which would be around the flanges.  They would skin back

6    the insulation, generally, one bolt length, about 6", so

7    that the pipefitters could get in and unbolt the valve.

8    Then the pipefitters would go in, different trade.

9         Depending on the size of the valve, in this case

10   if we're talking 6" or 8" valve, you would have to rig it

11   out.  So you would attach rigging and chainfalls to the

12   valve, and rigors would do that.  Pipefitters would

13   unbolt the valve, drop it out, blank it off, and send it

14   to the inside shop.  And then the pipefitters shipboard

15   would clean up the gasket faces, the gasket faces on the

16   valve which would be cleaned up by the machinists at the

17   inside machine shop.  But you did that on virtually,

18   literally, well, thousands of valves in the whole ship,

19   hundreds of valves in the Engine Room and propulsion

20   space.

21   Q.    How many gaskets are removed from each valve or

22   pump?

23   A.    In a valve in a pipeline, you'd have at least two

24   valves in the line joint in the water way boil of the

25   pipe.  Then you'd have a gasket at the bonnet where the

1657

Redirect - Shoemaker

1    hand wheel and stem go through the top of the valve.  So

2    you'd have at least three on a valve, and you'd have six

3    surfaces that needed to be cleaned up on a valve.  For a

4    pump, you'd have suction and discharge and probably

5    bypass lines.  So you'd probably have six or eight on a

6    pump, depending on whether it was an electric pump or

7    steam-driven pump or that kind of thing.

8    Q.    Approximately how many pipefitters and machinists

9    would be on the ship at one time during overhaul of a

10   large Navy ship?

11   A.    On a carrier, I would typically have 350

12   pipefitters a day on a carrier.  There would be about 50

13   in each Engine Room on the first shift.  We generally

14   work three shifts a day.  And we would divide it up about

15   75 percent on first shift, about 15 on second and ten on

16   third.  So about 350 pipefitters and probably about 275,

17   300 machinists that you'd expect to see on the ship every

18   day on an aircraft carrier.  Total number for everybody

19   on the ship was about 1,250 to 1,500 people on the ship

20   at Norfolk 10-month, 11-month carrier overhaul at

21   Norfolk.

22   Q.    Was it a common thing you could have multiple

23   workers in the same area of the ship working on

24   equipment, changing gaskets, replacing gaskets, removing

25   gaskets?

1658

Redirect - Shoemaker

1  A.      Typically, on an aircraft carrier you had enough

2  room where you could get lots of people in the same

3  space.   That was a real problem on a submarine.  You'd

4  have a lot of people standing over each other as you were

5  trying to disassemble a submarine, but it was the same

6  idea.

7  Q.      What you just described.  How would that vary

8  based on the kind of ship you were talking about?

9  A.      Well if you take the base ship I just described,

10 which was a dry dock and availability on an aircraft

11 carrier.  If you went to an LHA or LAD, which is an 800'

12 amphibious assault ship that looks a lot like an aircraft

13 carrier -- it's a helicopter assault ship -- probably 75

14 percent of that.  A submarine is probably 40 to 50

15 percent of that.  A destroyer, maybe 30 to 40 percent of

16 that.  So you'd have probably, oh, maybe five, 600 people

17 on a submarine, and they'd be spread out more across

18 three shifts just because of the geography of what you

19 were trying to get.

20 Q.      How often would Navy ships be overhauled?

21 A.      Aircraft carriers are overhauled every two years.

22 We have two kinds of overhauls.  We have what we call a

23 six-month phase incremental availability which we bring

24 the ship in.  We don't put it in dry dock but we do six

25 months' worth of work.  Generally, it's about 30,000 man

1659

Redirect - Shoemaker

1  days a month.  So that's about 180, 200,000 man days

2  worth of work.  The ship's at pier side.  You'd take it

3  down to cold iron, make repairs and make modifications.

4  Then every seven years we dry dock a ship.

5       But a carrier would come in every two years and

6  repairs would be done, modernization would be done.  Then

7  she would go out and deploy and do her training work-ups,

8  deploy and come back and start the cycle all over again.

9  That's pretty typical for an aircraft carrier.  So, for

10 example, the Coral Sea.  When we saw the Coral Sea in the

11 1983-84, she was built in either '43 or '44.  So she's

12 probably seen 15 or 20 overhauls, including a major

13 overhaul where they added the flight deck to her in the

14 course of her availability.

15      So we can be proud of our U.S. government and

16 Navy.  They take care of them and keep them up,

17 particularly the nuclear ones.

18 Q.    So on your list of ships, for example, you've got

19 the Coral Sea there, CVA-43, and you've got the

20 Enterprise CVN-65.  Am I right that the number at the end

21 generally corresponds to the year the ship was built?

22 A.    No.  Actually, it's the hull number of the ship.

23 What that indicates, for example, is the 65 for the

24 Enterprise, she's the 65th aircraft carrier that the

25 nation had.  The Coral Sea was, I believe, the 43rd

1660

Redirect - Shoemaker

1  aircraft carrier of the Navy.

2  Q.    Okay.  What does the N versus the A signify?

3  A.    N is -- which one are you looking at now?

4  Q.    Well, the Enterprise.

5  A.    Nuclear.  CVN means Carrier Vessel Nuclear is what

6  that means.

7  Q.    So CVA would mean it's not a nuclear ship?

8  A.    CVA means Carrier Vessel Attack.  We dropped the

9  -- the Nimitz class actually were CVANs when we built

10 them in '68.  But long about the '70s, attacking people

11 was politically incorrect so we dropped the A's.

12 Q.    It was politically incorrect for the Navy to call

13 its warships "warships?"

14 A.    Can't attack anybody.

15 Q.    All right.  So by the time the Coral Sea got to

16 the Norfolk Naval Shipyard it would have gone through

17 overhaul many times?

18 A.    My guess is at least 15, probably 20.

19 Q.    Okay.  Captain Wasson said that approximately 75

20 percent of flanges used in systems where asbestos sheet

21 gaskets would be used were yellow metal.  Is that

22 consistent with your experience?

23 A.    I would say that's a little high.  I would say

24 it's probably more like 50 percent.  There's a lot of

25 yellow metal, and by that he's talking about

1661

Redirect - Shoemaker

1  copper-nickel and copper and bronze primarily that he

2  sees in sea water systems.   All the salt water stuff is

3  generally copper, copper-nickel and bronze.   We would see

4  some metal.   You would see some brass in air systems.   It

5  was pretty specialized.

6  Q.     What about steam lines?

7  A.     Steam Lines are generally steel.   And depending on

8  the class of ships, they're generally carbon steel.   It's

9  interesting.   Nuclear powered ships cannot generate

10  superheated steam.   So that means that they can only

11  generate steam up to 600 psi.   So, they're carbon steel.

12  Whereas an oil-fired ship like the Kennedy can generate a

13  1,200 pound system, so that would be what we call -- I

14  can't say it.   Chrome moly steel is what we call it, but

15  it's higher tensile strength than carbon steel.   But

16  steam systems, propulsion systems above 300 pounds is

17  generally steel.

18  Q.     What about what percentage of flange is carbon

19  steel versus yellow metal in the Engine Room and systems

20  where asbestos sheet gaskets would be used?

21  A.     I would say probably in the Engine rooms, probably

22  60 percent are steel.   Some of those are Flexitallic

23  gaskets, the high pressure ones.   And the ones between

24  300 and 600 pounds are asbestos sheet gaskets.

25  Q.     How can you tell the difference between carbon

Redirect - Shoemaker

1  steel and bronze and brass?

2  A.     Well you can generally tell by looking at it.  But

3  the easiest way is to stick a magnet on it.  But you can

4  tell by looking at it.  A lot of times the valve will

5  have raised embossed letters as to what the material is.

6  And steel rusts.  So if it's installed, you're probably

7  going to see some evidence of rust in it if you're

8  looking at it in an installed position.

9  Q.     We've got a technical difficulty because of the

10 red dot.

11 A.     I didn't touch it, I don't think.

12 Q.     Okay.  What is that piece of equipment made out

13 of?

14 A.     That looks like steel to me.  And I think if

15 that's --

16 Q.     This is a picture from Dr. Longo's Crane Co

17 studies?

18 A.     Yeah.  And those valves came off the Lexington.

19 You see that tag on it it says B4, which was the valve

20 number.  And in that series of photographs Dr. Longo has

21 -- you'll see that valve in its installed position aboard

22 ship before it's been cleaned up and painted, and it's

23 rusted.

24 Q.     Are you talking about that?

25 A.     Yeah.  That's nine.

1663

Redirect - Shoemaker

1  Q.      How can you tell what that valve is?

2  A.      Well there's rust all over it, so it's steel.

3  Q.      And then what is that?

4  A.      That one says "steel," so you know it's steel.

5  See the embossed letter right below the bridge wall

6  there?

7  Q.      That?

8  A.      Yes, sir.  Right to your right.  Right there.

9  Q.      The Court's already heard testimony a little bit

10 about this.  What are the various types of gaskets that

11 are found in a typical Navy ship, and what are the

12 applications for each of these gaskets?

13 A.      Well you have the Flexitallic or the spiral wound

14 gaskets which you would have in the high pressure steam

15 and high pressure hot water systems, like feed.  Those

16 are not what we're talking about here today.  They're

17 metal spiral wound with asbestos in between them.  Then

18 in the, what I call the low pressure steam system, 300

19 pounds and below is where you would see most of the

20 asbestos gaskets, and they're generally an eighth of an

21 inch thick or so here.  You can see on this joint right

22 here where the -- on the left-hand side of the photograph

23 where the --

24 Q.      There?

25 A.      Yes, sir, where the gasket's between the two

1664

Redirect - Shoemaker

1  flanges.  But you would also see flex gaskets in stuff

2  like fuel oil systems and in some salt water systems, and

3  they would be defined in the ship's specifications as

4  system diagrams.  And in fact this Mill Standard 777 that

5  I became aware of during this case spells out for surface

6  ships what kinds of material and gaskets you use in the

7  various systems on a non-nuclear surface ship.  But there

8  were primarily steam systems, hot water systems.  Now you

9  see in cold water systems some fresh water, cold water

10 systems, stuff like potable water where you see some

11 rubber gaskets.  But far and away the flexible sheet

12 gaskets and flex gaskets, and particularly in the

13 engineering spaces is where you saw them mostly.

14 Q.     Okay.  And what's the approximate percentage of

15 gaskets that are asbestos sheet gaskets in the Engine

16 Room?

17 A.     I would say 40 to 50 percent are asbestos sheet

18 gaskets.

19 Q.     How would you know what type of gasket to install

20 or remove in a particular place?  What are the things you

21 consult?

22 A.     What we call a Technical Work Document.  It is

23 drawings.  And the engineering work documents would tell

24 you what to do.  And that had its roots in the system

25 bills of material and system piping arrangement drawings

1665

Redirect - Shoemaker

1   that existed for every system on the ship.  So you would

2   go to the piping arrangement drawing for the main steam

3   system in Engine Room No. 1, for example, and there would

4   be a bill of material associated with that.  And one of

5   the items on the bill of material would be the gasket,

6   and there would be a mil-spec or something that would

7   tell you the type of gasket to put in.

8   Q.    Captain Wasson showed us something called the

9   BuShips Manual and Mill Standard 777.  Are you talking

10  about something different?

11  A.    Yeah.  I'm talking about what we would call the

12  lower level documents.  What those documents are Captain

13  Wasson described are the documents used to make the

14  drawings to build the ship.  Now the way you do this, at

15  least on modern ships and nuclear ships, is you go to

16  those drawings and you look to see what it is you're

17  going to replace.

18        Now, you have three levels of repair in the Navy.

19  You have what's called unit level repair, which is the

20  sailors working on their own ships.  In reading Captain

21  Wasson's deposition he was a chief engineer, I believe,

22  on the Constellation.  So he was fixing stuff all the

23  time.  That was unit level repairs.  He may or may not

24  have had drawings, so he might have gone to those base

25  documents to tell him what kind of -- if he had something

1666

Redirect - Shoemaker

1  that was broken what to replace it with.

2       Then you will what was called depot or

3  intermediate level repairs, which was a shore

4  intermediate facility.  We had those at Norfolk and San

5  Diego and Subic Bay and places like that.  Again, that's

6  sailors working on ships.  They would more than likely

7  have the drawings in those facilities because they were

8  shore-based facility.

9       In shipyards, we were called the depot level.  If

10  we needed a drawing, we had access to it to tell us

11  exactly what was installed on a ship.  And on the more

12  recent ships, the nuclear ships, we had what was called

13  non-deviation drawings that you couldn't deviate from

14  what was on that drawing without specific Naval Sea

15  Systems Command approval.

16  Q.    Did you regularly rely on either the BuShip

17  Manuals or Military Standard 777 for the type of work you

18  can?

19  A.    No.  I relied on the ship's drawings and ship's

20  specifications for the ship I was working on.

21  Q.    That would tell you what was actually on a

22  particular ship?

23  A.    That would tell me what was required for a

24  particular ship.  You may run into a situation when the

25  ship was built and for some reason couldn't get the

Redirect - Shoemaker

1   material, or something changed.  Whereas, the shipbuilder

2   would have to go back and ask the Navy for permission to

3   substitute some piece of equipment or for something he

4   couldn't get, didn't have or wouldn't fit.  And he'd have

5   written approval to put a different type of valve or

6   something like that and it was on the drawings and you

7   would see that.  But there would also be a paper trail

8   that approved that.

9   Q.     Can you give the Court an example of how something

10  that was permitted in a BuShips manual or military manual

11  777 could differ from what was on a particular ship?

12  A.     Yeah.  For example, well, if you go as far back as

13  the 777, it will give you options of kinds of gaskets or

14  that kind of thing.  But it was not uncommon -- I'll use

15  Nimitz as an example.  When the Navy decided to do away

16  with asbestos in the late '60s and early '70s, the word

17  came down from the Navy to Newport News Shipbuilding,

18  yeah, we want you to go with fiberglass insulation on the

19  insulation for the pipe, but we want you to use up the

20  stock of asbestos that you bought.  So we weren't real

21  sure what you had in that case.  And so you might have to

22  go back and write an LAR and say, look.  The drawing

23  specifies asbestos, but I found fiberglass.  And you

24  could find out in time to time from -- for example, if

25  you went to get a particular type of valve and you

Redirect - Shoemaker

1  wouldn't buy that valve.  You're seeing that right now

2  big time on the building of the USS Ford.  They're having

3  trouble getting valves that have been specified, so you

4  they're going to have to do some substitutions.  But

5  those substitutions will have a paper trail when which --

6  by the time the ship is built.

7  Q.    Okay.  Turning away from specifications and now

8  back to gaskets.  Did you become familiar with who the

9  manufacturers were of the asbestos sheet gasket material

10 that were most commonly used at the Norfolk Naval

11 Shipyard and new Newport News Shipyard?

12 A.    Yes, and I did that in several ways.  During the

13 design and construction of Nimitz we purchased them -- we

14 had purchase orders with the various gasket companies

15 where we would order the material and put it in.  But the

16 sheet gaskets in particular, when you break the joint

17 apart, the name of the manufacturer is written on the

18 gasket.  You might not be able to see the whole name but

19 you could see some letters of the name.  And you knew if

20 it was Garlock or Crane or whatever it happened to be.

21 We saw a picture this morning of an uncut sheet that had

22 "Garlock" all over it.  Well, as you break a joint like

23 this apart it's not unusual to see "G-A-R" or "L-O-C" or

24 something like that on the ship.

25 Q.    Am I correct that pipefitters and other trades

~~1669~~

Redirect - Shoemaker

1  that had to replace asbestos sheet gaskets were trained

2  such that if they knew they had to put an asbestos sheet

3  gasket into a particular piece of equipment, they would

4  will be likely to be taking out asbestos sheet gaskets?

5  A.    True.   But the way we did that -- by the time we

6  had asbestos controls, they would be working through an

7  asbestos work document.   We told them what to take out,

8  what process to use to take it and what to put in.   And

9  what we were attempting to do was to go further than that

10 was to have a work package and material package they

11 could take to the job site where they had the nuts and

12 bolts and gaskets and whatever they needed to install

13 that valve.   We weren't a hundred percent successful with

14 that, but that was the idea.

15 Q.    From your experience at the Newport News Shipyard

16 and the Norfolk Naval Shipyard, I want to talk about

17 gasket making, gasket fabrication.   Can you describe to

18 the Court the various ways that asbestos sheet gaskets

19 were made and the tools used to make them at either of

20 those shipyards during your experience?

21 A.    There's a number of ways.   The discussion we heard

22 this morning was about tapping out a gasket with a ball

23 peen hammer on a flange face.   And you would occasionally

24 see that done if a pipefitter had to make one gasket that

25 he needed one gasket, onesies and twosies.   The preferred

1670

Redirect - Shoemaker

1    way to do it was to make the gaskets in bulk and all.  At

2    the naval shipyards, at Norfolk and Puget and at Newport

3    News, we had a gasket room whose job was to pre-determine

4    what the gaskets were that were needed, take a sheet of

5    gasket material, cut it up into little squares and then

6    cut the waterway bore, cut the outside down where the

7    gasket, cut the bolt holes, and have a package of those

8    ready to be staged for the pipefitter to take to the

9    ship.  So, that was the preferred method.  Now you could

10   do it -- you could get them from the gasket room, which

11   is mostly what people did.  You could --

12   Q.     How would the gaskets get made in the gasket room?

13   A.     Oh, thousands.

14   Q.     How would they do it?  What kind of tools --

15   A.     We had different kinds of equipment.  You would

16   take one of these 5' by 5' sheets of gaskets and you

17   would either cut it up on a band saw or take it to a

18   shearer.  And you'd cut it up into squares big enough for

19   the gasket.  Then you would take it into the gasket room

20   where we had a machine that would cut the outside

21   diameter would cut the waterway bore, and we would punch

22   the bolt holes in it.  And so they -- and there's some

23   pretty good photographs of the Puget Sound gasket room

24   that I believe were in the Puget industrial hygienist's

25   deposition.  That's a pretty typical gasket room in a

Redirect - Shoemaker

1   shipyard.

2   Q.     Okay.  Have you seen Dr. Longo's videos which show

3   the fabrication of an asbestos sheet gasket with a ball

4   peen hammer on a flange?

5   A.     I have.  Yeah.

6   Q.     Is that something you have seen out in the field

7   at the Norfolk Naval Shipyard and Newport News Shipyard,

8   even if it was not something --

9   A.     I've seen it done.  It's not a preferred method.

10  I've seen it done.

11  Q.     Is the ways and methods Dr. Longo and the

12  steamfitter that did that in his work substantially

13  similar to one of the ways in which asbestos gaskets were

14  made in the shipyards where you worked?

15  A.     Yes.

16  Q.     I want to turn now to gasket removal.  By that, I

17  mean gaskets that are asbestos sheet gaskets that are

18  stuck to a flange.  From your experience at the Newport

19  News Shipyard and Norfolk Naval Shipyard, can you please

20  describe for the Court the work methods and tools that

21  were used by shipyard workers to remove asbestos sheet

22  gaskets from a ship that was being worked on?

23  A.     Sure.  Well, first, you'd have to disassemble the

24  valve or the component from the piping system.  You could

25  do that -- as I first described, take the bolts out.

Redirect - Shoemaker

1   Either take it out by hand if they're a small valve, rig

2   it out.  You might open it with a flange spreader or

3   wedges or something like that.  You might have to loosen

4   the pipe hangers on the system so you got enough room to

5   break the flanges apart.  The valve would come apart, and

6   the vast majority of the sheet gaskets would be stuck.

7   They'd come apart, half on one side on the valve flange

8   and half on the pipe flange.  And typically, what the

9   pipe now -- and I'll split this before the late 1980s and

10  after.  So we're --

11  Q.     Is that something you've seen?

12  A.     Yeah.  That's exactly what it looks like.

13  Q.     Let's talk about the methods that were used at the

14  Newport News Shipyard and Norfolk Shipyard to remove

15  gaskets that were stuck from flanges prior to any kind of

16  controls being placed for the gaskets.

17  A.     You had putty knife in your tool bag.  You would

18  have a putty knife, you would have a pneumatic grinder

19  that turned up anywhere from 3,000 to 4,500 RPMs and

20  generally was 12" or 15" long, about 3" in diameter, and

21  you would have a wire brush.  And you were trained that

22  the wire brush was to be a similar type of metal to the

23  flange you were working on.  So if you had steel working

24  on a steel flange, it was okay to use a steel brush.  If

25  you were working on a bronze flange, we expected you to

1673

Redirect - Shoemaker

1  use a bronze brush.  The reason we did that was we didn't

2  want you to cross-contaminate in base metals of the

3  system.

4      So you scrape off everything you could get off by

5  hand, very similar to what we saw in the video this

6  morning.  You might have to attack it with a hammer to

7  get started.  Then you would scrape it off just like you

8  would old paint at your house or something.  Then you put

9  on your -- hook up your air grinder, put a wire brush in

10  it and finally called a Ziz wheel by the pipefitters and

11  you would take it off.  And that was the most -- the

12  quick and efficient way to take it off.  Now all that

13  changed in the late '80s when we found out that we might

14  be hurting ourselves doing that.

15  Q.    Okay.  Let me just ask a little about those

16  pneumatic grinders.  Did they have safety guards on them?

17  A.    Safety guards weren't required before 1972.  And

18  when OSHA was created in the early '70s, we got a bunch

19  of safety requirements there in a very short period of

20  time.  For example, with side protectors on safety

21  glasses, hearing protection, metatarsus protection on

22  safety shoes and guards on grinders.  The guards on

23  grinders the mechanics hated, and they hated it because

24  it got in the way of what it was that they were trying to

25  grind.  So they would routinely take the guards off and

1674

Redirect - Shoemaker

1    grind away.  Now they'd get disciplined for it, called

2    down for it.  But in an application like this, it's very

3    difficult to get that off there if you've got a guard on

4    a grinder.

5    Q.    Did the workers that you saw typically use the

6    safety guards, or did they just have them in their tool

7    kit?

8    A.    Well, when I was a superintendent they would

9    frantically be trying to put them back on their grinder

10   when I showed up.  But they were generally in their tool

11   bag.

12   Q.    Have you seen the videotapes of Dr. Longo which

13   show the removal of asbestos gaskets with both hand wire

14   brushes and power tools?

15   A.    I have.

16   Q.    And are the tools and work methods in the

17   videotapes that Dr. Longo showed the Court this morning

18   substantially similar to the ways gaskets were removed in

19   your experience as the Newport News Shipyard and Norfolk

20   Naval Shipyard?

21   A.    Yes.  The major difference is we use pneumatic

22   tools instead of electric tools.  But that wasn't with

23   any issue with the RPMs.  It was -- we didn't like the

24   electric tools on the ship because of the shock and fire

25   hazard.  The other main difference in Dr. Longo's videos,

1675

Redirect - Shoemaker

1    if you notice, the mechanic is holding the piece of pipe

2    just like he's holding his right hand there, and he's

3    trying to grind it while he's holding it.  If you think

4    about it, aboard ship his pipes were installed and he

5    didn't have to hold the pipe.  His pipe was in a

6    stationary position.  Same thing in a shop.  He would

7    have the pipe in a vice or grip.

8    Q.    He didn't have to stabilize it?

9    A.    He didn't have to stabilize it.

10   Q.    The Newport News Shipyard and Norfolk -- I'm going

11   to show you the video that Dr. Longo identified this

12   morning that showed side-by-side on one hand the gasket

13   removal video done by Garlock's expert, Mr.  Mangold, and

14   another of Dr. Longo's videos and ask you some questions

15   about it.  Cam, if we can play that video, please.

16              (Video begins playing at 4:50 p.m.)

17   Q.    You've seen this before?

18   A.    I have.  Yes.

19   Q.    And you understand that on the left -- this is

20   Mr.  Mangold on the right and this is Dr. Longo's

21   demonstration?

22   A.    Right.

23   Q.    First of all, in your experience, which gasket and

24   the flange after the gasket was -- after the flange was

25   taken apart, which one looked more like what you saw on a

1676

Redirect - Shoemaker

1 regular basis?

2 A.      Well the one on the right is what you saw on a

3 regular basis.  I would suspect the one on the left came

4 off of low pressure, a low tech temperature system.   I

5 believe that's the one that came off the USS Gypsy, which

6 was a 35-pound hotel steam system, and that's why the

7 valve that gasket isn't stuck.  Because I believe that

8 the reason they stick is a function of the temperature

9 and the pressure and the time in the particular system.

10 So if you had, for example, a 35-pound steam system -- I

11 could look it up in my steam book, but it is about 100

12 degrees lower pressure than you would see in a 150- or

13 300-pound steam system.  So I think temperature and

14 pressure has a lot to do with whether they stick or not.

15 Q.      You mentioned your steam book.  Did you bring that

16 with you?

17 A.      I did, indeed.

18 Q.      Do you carry it everywhere you go?

19 A.      Well, it don't get very far away from me.

20 Q.      Could you continue with the videotape?

21       Mr.  Shoemaker, on the right you see the pipe of

22 the steamfitter taking a chisel to start the process of

23 getting the gasket residue off the flange?

24 A.      Yeah.  That's a putty knife.  That's not a chisel.

25 Q.      Excuse me, a putty knife.  Is that something that

1677

Redirect - Shoemaker

1 was substantially similar to the methods you saw people

2 use trying to remove gaskets from flanges at the

3 shipyard?

4 A.     The reason I react to chisel is because a chisel,

5 you'd see people try to pop it off with a screwdriver or

6 even a chisel and that's how you damage a flange, when

7 you use something like that.  The putty knife, generally,

8 would not damage a steel flange.  Now, could you damage

9 one?  If you worked at it hard enough, you could damage

10 it, or it might already be damaged by the time you take

11 it apart.  Because the idea was you're probably trying to

12 fix something that was already leaking.  But that was

13 pretty common.

14 Q.     What's going on over here on the left?

15 A.     It looks like that that gasket has come off in one

16 piece.  And that would occasionally happen on low

17 pressure, low temperature gasket.

18 Q.     Was that something that you would typically

19 experience with a sheet gasket or --

20 A.     I wouldn't say it was typical.  I would say less

21 than ten percent of the time that would happen.

22 Q.     Okay.  On the right, the pipefitter has picked up

23 a different tool to use to remove the adhered gasket

24 material from a flange.  Can you describe that --

25 A.     It looks like he's got a hand wire brush and he's

1678

Redirect - Shoemaker

1  removing the gasket residue from the flange.

2  Q.      Could you back up just a minute?  Back it up to

3  the beginning just a little bit backwards, Cam, where the

4  steamfitter is taking the putty knife to -- back a little

5  bit more.  Back.  You see the worker there is taking the

6  putty knife and jamming it into the flange to remove the

7  adhered gasket material?  Is that something --

8  A.      I'd prefer he not do that.  I'd prefer he find a

9  place to try to lift it off.  But he's not going to hurt

10  the flange doing that.  He's hitting the gasket, not the

11  flange.  He's trying to get a place where he can lift it

12  off is what he's doing.  Now if I ran into him shipboard

13  doing that, I might say hey, mate.  What's going on here?

14  Can't you get under that thing and lift it off?  And we

15  occasionally did damage flanges.

16          Now if you think about what do you do when you

17  damage a carbon steel flange?  It's not the end of the

18  world.  You would repair it.  You repair the phonographic

19  finish on it.  It's a little tougher on the bronze

20  flange.  In that case, you might put a bigger, softer

21  gasket in it if you want to keep it from leaking.  But

22  just because you damaged your flange face didn't mean you

23  lost the component or lost the whole battle here.  But it

24  wasn't typical to damage it doing that.  It was more

25  typical to find them steam cut or the fact they'd been

1679

Redirect - Shoemaker

1  damaged because something had hit them or something like

2  that.  You're more apt to damage them taking the valve in

3  and out than you were doing that.

4  Q.    And you've watched all of Dr. Longo's work

5  simulation videos involving gaskets?

6  A.    I have.

7  Q.    And in general, Mr.  Shoemaker, are the methods

8  and work practices used by the steamfitter in getting

9  gaskets, especially sheet gaskets off of flanges shown in

10  those videos, consistent with your experience in the

11  Norfolk Naval Shipyard and Newport News Shipyard?

12  A.    They are.

13  Q.    I want to turn briefly to thermal insulation and

14  then I'll talk a little bit about controls.  First, on

15  thermal insulation.  From your job experience, did you

16  obtain knowledge of the various applications for which

17  the Navy required or permitted asbestos insulation

18  products to be used?

19  A.    Yes.

20  Q.    And what, generally, were those applications?

21  A.    Well, the insulation on piping and components was

22  the major place that you had it.  You also had it in

23  gaskets.  You had it somewhat in deck tile.  But my big

24  application with thermal insulation was on piping

25  systems.

1680

Redirect - Shoemaker

1  Q.    At some point in your career did the Navy begin

2  allowing substitutes for Amosite in pipe covering

3  insulation?

4  A.    Yes.  That was in the mid-1960s we started seeing

5  fiberglass substitution.  We were -- actually, the Nimitz

6  was the first ship where we ended up with both fiberglass

7  and asbestos insulation on a ship.

8  Q.    At some point in your career did the Navy phase

9  out the use of asbestos-containing thermal insulation

10  entirely?

11  A.    Yes, and I think that was in the '70s.

12  Q.    And did that changeover in your experience happen

13  when they were working on the Nimitz?

14  A.    Yes.  The Nimitz was -- like I say, we had bought

15  the insulation, the asbestos insulation, for the Nimitz,

16  and the orders were to use it up before we ordered any

17  fiberglass insulation.

18  Q.    Okay.  During the overhaul phase of the life of a

19  Navy ship, what trades typically installed or removed

20  thermal insulation during the overhaul?

21  A.    At Norfolk Naval Shipyard they're called the

22  insulators, the pipe insulators.  They're called the pipe

23  coverers at Newport News Shipyard.  But they're a trade

24  in a shop that are dedicated to removing and installing

25  pipe and thermal insulation.  Now, you've also got a

1681

Redirect - Shoemaker

1    trade that installs bulkhead insulation which, generally,

2    is fiberglass.  They are in a different shop.  They're

3    generally in the joiner shop.  But the piping systems and

4    the components are insulated by the insulators at Norfolk

5    Naval Shipyard.

6    Q.    When would any other trades remove asbestos

7    insulation?

8    A.    Well the pipefitters would do it if they got

9    impatient waiting for the insulators to come down to do

10   it.  But there were two issues with that.  One, after

11   asbestos controls went in place you had to be

12   specifically qualified to remove asbestos insulation, and

13   that was limited to the insulators.  But many other

14   trades were in contact, but removal of it was primarily

15   the insulators.  I'm sure in depositions you will hear

16   pipefitters and outside machinists tell you they removed

17   it.

18   Q.    And can you describe, just generally, for the

19   Court the various types of asbestos insulation that were

20   on and around equipment on Navy ships during the time you

21   were at the Newport News Shipyard or the Norfolk Naval

22   Shipyard?

23   A.    You had on piping the piping runs themselves.  You

24   can think of it much like piping that might insulate your

25   heating or cooling system in your house.  You had two

1682

Redirect - Shoemaker

1  half round sections of insulation that would be wired on.

2  Then it would be -- mud would be mixed up and put in the

3  cracks and the joints.

4  Q.    By "mud" you're talking about asbestos-insulated

5  cement?

6  A.    Right.  That's mixed and put on much like cement

7  and.  Then a lagging, which is a canvas covering, would

8  go over top of that.  And there were different

9  thicknesses, depending on the heat load of the pipe.

10 Then you would get around the components and the valves

11 and you would have what we call an insulation pad, which

12 was a portable pad that would be made -- usually made up

13 in the shop.  It might have been in the early days was

14 made out of an asbestos blanket.  Later on it was

15 fiberglass.  And that would be wired on.  And I think you

16 see one right there up on that bypass line that looks

17 like it's wired on.

18 Q.    Could you come down here and just use my Power

19 Point clicker and just show the Court where in this

20 drawing you see the portable pads?  May he come down,

21 Your Honor?

22       THE COURT:  Yes.  Oh, yes.

23       BY MR. FINCH:

24 Q.    There's a microphone there.  You have a loud

25 voice, but I think for the court reporter to pick you up

1683

Redirect - Shoemaker

1  you have to use that.

2  A.      Can you hear me?

3  Q.      So the red dot shoots the laser pointer.

4  A.      Right here.  That looks like it might be a

5  portable pad.  It looks like a portable pad up here.

6  There's definitely one right -- oh.

7  Q.      Back up.  You clicked it.

8  A.      I'm technology challenged right there.  That's a

9  portable pad.  That's a portable pad.  There's one to the

10  left.  There is a portable pad.  You can see that wire

11  that's attached to the grommets.  What the insulators do,

12  they come along with a pair of snippers and snip it off.

13  And the reason we wanted the insulators to do that is if

14  the pipefitters or machinists did it, they would be

15  inclined to throw it in the bilge, where the insulators

16  had a vested interest to not make a new one.  So they'd

17  bag it and tag it and reuse it.

18  Q.      Was it your experience at the Norfolk Naval

19  Shipyard and Newport News Shipyard that the type of

20  insulation that was typically found on or around

21  equipment like valves and pumps was these portable pads?

22  A.      Yes, particularly where you had flange valves and

23  pumps.  And the reason for that is because you wanted to

24  get at that flange if you had a leak.  If you had to take

25  that piece of equipment out now, you might see permanent

1684

Redirect - Shoemaker

1   insulation around a valve that was welded in, a welded

2   valve.  But these are mechanical valves that come out.

3   Q.     Were hammers typically used to remove pipe

4   insulation from a pipe during the shipyard overhauls in

5   your experience?

6   A.     I never saw it.  You heard stories about it that

7   it went on during the war and after the war, but I never

8   saw it in my experience.

9   Q.     Have you reviewed the videotape of Fred Boelter,

10  Garlock's expert, where he uses a hammer to remove

11  asbestos insulation from a pipe?

12  A.     I have.

13  Q.     Are the tools and work methods that Mr.  Boelter

14  used in that demonstration substantially the same as the

15  work methods and tools used by pipefitters and machinists

16  to remove insulation at the shipyard during your

17  experience?

18  A.     No.

19  Q.     During your experience at the shipyard?

20  A.     No.  The video of Mr.  Boelter there knocking the

21  stuff off with the hammer.  What we would do is go in,

22  either with a hand saw or one of these air grinders, cut

23  down to about within a half or quarter inch of the pipe

24  and then cut it out with a linoleum knife, because you

25  didn't want mechanics beating on components with a

1685

Redirect - Shoemaker

1   hammer.

2   Q.     You can have a seat, Mr. Shoemaker. We're in the

3   bottom of the eighth inning at least for my questions.

4        There's been discussion about the controls

5   relating to thermal insulation and testimony that that

6   first started in the early to mid '70s in the shipyard.

7   Could you describe the work methods and controls that

8   were used by shipyard workers to control asbestos

9   exposures from thermal insulation when that first

10  started?

11  A.     You're talking about after the asbestos controls.

12  Q.     After the asbestos controls for thermal insulation

13  first came into place.

14  A.     What we would do during this rip out period, we

15  would go out and we would take a sample to see if the

16  insulation were indeed asbestos. If it was, we would

17  rope off or tape off the area. And the insulators were

18  specifically qualified and had health physicals. They

19  were the only ones allowed to go down to do that. So

20  they would suit up, generally, in Tyvek coveralls and a

21  respirator, and they would go down and, generally, with

22  knives or hand saw and try to -- and cut the insulation

23  and remove it by hand and bag it up in red bags and

24  dispose of it. Then they would wipe the pipe down to get

25  the dust and the dirt, and they would clean up whatever

1686

Redirect - Shoemaker

1   dust or dirt they generated.  One of the first things

2   they do is put down a drop cloth so that as they took it

3   out off it wouldn't get down in the bilge and get in the

4   crevices of the machinery.  So they captured what was

5   coming off in terms of dust as they cut it off.

6   Q.    Now, when did control -- any kind of controls for

7   gaskets for first come into place?

8   A.    That was not until the mid to late '80s when it

9   happened in Norfolk.

10  Q.    All right.  And it was your job to help the

11  pipefitters and other workers figure out how they could

12  meet the new requirements to limit the dust from gasket

13  removal work?

14  A.    We actually had -- in the pipe shop we had 59

15  different processes, and they were all written down.  So

16  we actually wrote down a process and then set up a

17  mock-up of how to do that to make sure that we were

18  removing it without getting the stuff airborne.  So the

19  first thing we did was did away with the grinders.  You

20  couldn't use any pneumatic grinders to clean it up.  You

21  had to use a hand wire brush, and you had to have -- you

22  had to have an asbestos physical.  You had to be

23  respirator qualified.  You had to -- you had to shave

24  your beard and put on a respirator.  And then you would

25  go down with your hand wire brush and water bottle, it

1687

Redirect - Shoemaker

1    looked like a Windex bottle or Clorox bottle with water,

2    and it had some kind of agent in it.  And you would

3    squirt that on there before you brushed it so the stuff

4    wouldn't get airborne.  That's how we did it.

5    Q.    Exhibit -- what's in front of you is what's been

6    marked as ACC-5063B.  It's also a Garlock exhibit

7    GST-1558.  Can you identify that document, sir?

8    A.    Yes.  That's the Norfolk Naval Shipyard

9    Occupational and Safety Health Manual.  There was a major

10   revision that came out in 1991.

11   Q.    This is something that you were familiar with;

12   correct?

13   A.    Yes.

14   Q.    And there's a page 9-19 that has the controls for

15   gasket material and manufacturing operations.  And number

16   12 -- what does number 12 say when we get it back up on

17   the screen?

18   A.    I believe that you're referring to the statement

19   that says don't use power-driven equipment to remove the

20   gasket residue.

21   Q.    And it says wet the gasket down prior to using a

22   scraper to remove the gasket residue, dispose of remains

23   of gaskets asbestos waste?

24   A.    Yeah.  That was the red bag I'm talking about.

25   Q.    Is that the procedures you had to implement in

Redirect - Shoemaker

1  order to get the asbestos fiber levels down below what

2  the new requirements were?

3  A.      Right.  And that wasn't -- you know, we had been

4  controlling radioactive contamination like that for

5  years.  Very similar.  You didn't want radioactive dust

6  in the air.  So this was -- we knew how to do this.

7  Q.      Your Honor, at this time I would offer into

8  evidence Mr.  Shoemaker's CV, which is ACC-3781, his list

9  of ships which is ACC-5063A.  I would offer for

10 demonstrative purposes and Rule 104 purposes only his

11 report, which is ACC-3783.  The Power Point that we used

12 today, I'll make a printout for Your Honor and that will

13 be for demonstrative purposes as well ACC-3785.  And then

14 finally, for substantive purposes, the Occupational

15 Safety and Health regulations from the Department of the

16 Navy Norfolk Navy Shipyard 1991 which has been marked as

17 ACC-5063B.  It's also on Garlock's exhibit list as 15518.

18       MR.  HARRIS:  No objection, Your Honor.

19       THE COURT:  We'll admit all of those.

20       BY MR. FINCH:

21 Q.      With that we will pass -- my brains back there

22 reminded me one final question.  Was using a power wire

23 brush on flanges standard procedure at the Norfolk Naval

24 Shipyard?

25 A.      Yes.

1689

Redirect - Shoemaker

1  Q.     And was that something that was going to damage

2  the flanges in your opinion?

3  A.     No.  And the requirement was you used the metal

4  wire brush of similar metal to the -- what you were

5  brushing.  And the reason is so you didn't cross-

6  contaminate the pipe or the flange, because that's where

7  you would get chloride stress corrosion if you had a

8  contaminate on it.

9  Q.     No further questions from me at the time, Your

10 Honor.

11         THE COURT:  All right.  Mr.  Guy.

12                    **CROSS-EXAMINATION**

13         BY MR.  GUY:

14 Q.     Mr.  Shoemaker, my name is Jonathan Guy.

15 A.     Yes, sir.

16 Q.     I represent the future claimants representative

17 Mr.  Joe Grier.  Our job is to look out for the people

18 who may have claims in the future.  They're not sick yet,

19 but they may get sick yet.  They may get sick.  And

20 you're aware that Mesothelioma has a long dormancy

21 period; correct?

22 A.     Yes, sir, I am.

23 Q.     I want to say from the outset you're a good value

24 for money.  If only all our experts were so reasonable.

25         I'm very interested, and I know my client is going

~~1690~~

Cross - Shoemaker

1  to be very interested in the window where, from you

2  rexperience, machinists and pipefitters would have been

3  exposed to asbestos from gaskets because there were no

4  precautionary measures in place but not exposed to

5  asbestos in insulation.  Can you help us and the Court

6  understand that window?

7  A.     Yeah.  My guess, if I had to draw a time bracket

8  around that, it would be from 1978 to 1989 or '80.

9  Q.     And what happened in 1989 that the Navy suddenly

10 acknowledged that there was a problem associated with

11 asbestos containing gaskets?

12 A.     I think, perhaps, two things.  I think we were

13 starting to see people get sick that had been our

14 colleagues in the shipyards, the parents of people who

15 were working in the yard.  So we were seeing people get

16 sick.  We were not unaware of the asbestos litigation

17 that was going on.  A lot of folks were coming in with

18 asbestosis.  They might not have had mesothelioma at that

19 point.  So we were aware that was happening and people

20 were really getting sick.  What we were not aware of is

21 that we could get sick from gaskets.  That was a surprise

22 to us.  But if you look at the airborne sample

23 requirements that OSHA put out, I think they started off

24 about 1972 at about --

25        MR. HARRIS:  Objection.  Your Honor, this is

1691

Cross - Shoemaker

1    outside of his area of expertise and what he's been

2    offered for.

3            THE COURT:  Sustained.

4            BY MR. GUY:

5    Q.    Mr. Shoemaker, do you have any experience around

6    commercial ships?

7    A.    No.  My experience is Navy ships.

8    Q.    Do you have any reason to believe that the issues

9    surrounding gaskets and insulation would be very

10   different for commercial ships?

11   A.    No, but I'm not an expert on commercial ships.

12   Q.    And did you have any expertise or experience

13   around non-nuclear ships?

14   A.    Yes.

15   Q.    Same question.  Do you have any reason to believe

16   one way or the other that the treatment of gaskets and

17   insulation would be very different for non-nuclear?

18   A.    No.  Non-nuclear ships were what I just described

19   the same as nuclear ships.

20   Q.    No further questions, Your Honor.

21           THE COURT:  Thank you.  All right.  Mr. Harris.

22                    **RECROSS EXAMINATION**

23           BY MR. HARRIS:

24   Q.    Good afternoon again, Mr. Shoemaker.

25   A.    Good afternoon, Mr. Shoemaker.

1692

Recross - Shoemaker

1    Q.      I'd like to probably first start with your the

2    time line of your employment.

3    A.      Okay.

4    Q.      So you started at the Newport News Shipyard in the

5    early 1960s?

6    A.      1961.  Yes, sir.

7    Q.      You started as a helper in the sheet metal

8    department?

9    A.      Actually, I started as a helper five days out of

10   high school in the welder's department pulling cable.

11   Q.      In the Welding Department.  And at that point you

12   were working on new construction?

13   A.      New construction.  Yes, sir.

14   Q.      And were they constructing nuclear carriers?

15   A.      I was working on the USS Enterprise which was in

16   the final stages of new construction.

17   Q.      And then in the -- later in the 1960s, you're

18   still involved in new construction; is that correct?

19   A.      Yes, sir.  I was primarily involved in new

20   construction during my entire time at Newport News, from

21   1961 to 1977.

22   Q.      And that's the experiences that you've related to

23   the Court is your experience with respect to nuclear

24   carriers or nuclear ships during that time period;

25   correct?

1693

Recross - Shoemaker

1   A.      During that time period yes, sir, nuclear ships.

2   I did a little bit of work on the Kennedy and on the

3   America, but it was primarily nuclear ships.

4   Q.      And then there -- you didn't see any -- any

5   controls for asbestos insulation until the late 1970s; is

6   that correct?

7   A.      That's correct.  I didn't see that at Newport

8   News.  I didn't see that until I went to Norfolk.

9   Q.      So you never saw it at Newport News.  And then in

10  the late '70s at Norfolk you saw some controls being

11  instituted there; correct?

12  A.      They were pretty significant controls.  It was a

13  big deal for the shipyard.  But yes, sir, that was 1978.

14  Q.      Then in the 1980s you had some experience at

15  Norfolk Shipyard with some ships that had been built

16  before 1960; correct?

17  A.      Yes.

18  Q.      But before that, before the 1980s, you really

19  hadn't had any experience with ships that were built

20  before 1960.  Correct?

21  A.      Well, I think that's correct.  Yes.

22  Q.      And so you know from the insulation practices and

23  how those ships that were built in the 1940s and 1950s

24  and how they were overhauled in the 1960s and the early

25  '70s.  You don't have any -- you don't have personal

1694

Recross - Shoemaker

1   observations of how that was done; correct?

2   A.      That's correct.

3   Q.      And you haven't done any research on that either;

4   correct?

5   A.      That's correct.

6   Q.      Now, I understand you were the Superintendent of

7   the pipefitters in the late 1980s at Norfolk?

8   A.      That's correct.

9   Q.      And the 1990s.  But you were not a pipefitter;

10  correct?

11  A.      No.  I gained my pipefitting expertise through the

12  design department when I was at Newport News and

13  primarily through the Trouble Desk where I was

14  researching, basically, piping problems during the

15  construction of Nimitz and Eisenhower.  But I never

16  worked as a pipefitter or pipefitter's helper.

17  Q.      I believe you told us in your deposition that you

18  didn't feel that you had acquired expertise with respect

19  to gaskets until 1988; is that right?

20  A.      That's true.  Yeah.

21  Q.      Okay.  So the ships that you did have contact with

22  that were built before 1960, that was in the 1980s, those

23  would likely have been overhauled many times before you

24  saw them.  Correct?

25  A.      That's correct.

1695

Recross - Shoemaker

1   Q.      All right.

2   A.      The battleships were kind of interesting.  The two

3   battleships were put in service right at the end of the

4   war.  They were taken out of service and put back in

5   service for Korea, taken out -- out of service, back in

6   service in the '80s.  They had not been overhauled for

7   every two years like I described the Coral Sea, because

8   they had probably spent half their life out of service by

9   the time we saw them.  So they looked a look lot like

10  they were in the '40s.

11  Q.      You saw him them in the '80s?

12  A.      I saw them in the '80s.

13  Q.      You saw the BuShips?  The technical manual?

14  A.      Correct.

15  Q.      It's updated throughout the years?

16  A.      Yes.

17  Q.      That's an important document; correct?

18  A.      You're taking about 777.

19  Q.      I'm talking about the BuShips technical manual.

20  Are you familiar with that manual?

21  A.      There's many, many technical manuals.

22  Q.      There's chapters?

23  A.      Yes, I'm familiar with it.  But there's many that

24  apply to everything the Navy does.

25  Q.      Right.  But that's an important document for those

~~1696~~

Recross - Shoemaker

1  people that are working on ships.

2  A.      Absolutely.

3  Q.      And there's a chapter on insulation that describes

4  how that work should be done; correct?

5  A.      Yes.

6  Q.      All right.  I've displayed the chapter with

7  respect to insulation from the mid-1960s.  We talked

8  about it at your deposition.

9  A.      Yes, sir.

10 Q.      It has drawings in there about how certain

11 fittings are going to be or should be insulated; correct?

12 A.      That's correct.

13 Q.      They describe hard insulation on flanges; right?

14 A.      They do.

15 Q.      And they describe portable pads; correct?

16 A.      They do yeah.

17 Q.      They talk about pads and then the void spaces

18 where the pads are put on being filled with loose --

19 "fill the void spaces with loose Amosite."  You've seen

20 that; correct?

21 A.      I've seen that spec.  I've never seen that in

22 steel on ships.  I've never seen a void filled with loose

23 Amosite.

24 Q.      That's not something you necessarily would have

25 seen back when you were involved in new construction;

1697

Recross - Shoemaker

1    right?

2    A.      Correct.   That's correct.

3    Q.      All right.   You don't doubt that some people in

4    the Navy were paying attention to the BuShips technical

5    manual, weren't they?

6    A.      I'm sure they were.

7    Q.      Okay.   Let's talk about removing gaskets.   You

8    agree that the first thing that someone would try to do

9    is they would try to remove the gasket with a scraper;

10   correct?

11   A.      Yes, sir.

12   Q.      That's where the bulk of the gasket material is

13   going to be removed; right?

14   A.      Yes, sir.

15   Q.      And someone that really knows what they're doing

16   and wants to remove the gasket is going to try to get up

17   underneath the gasket, right, and try to remove the

18   gasket?

19   A.      Yes, sir.

20   Q.      And when you do that you can remove the gasket

21   often with big pieces or one big piece; correct?

22   A.      Well, in my experience it would come off in

23   pieces, you know, that big.   Rarely would the whole

24   gasket come off.   But, yes, you could remove it off in

25   big pieces.   Then you would end up, well, like the

Recross - Shoemaker

1 photograph we saw there with the little hairy looking

2 stuff all over it.

3 Q.    Your experience is when you remove those big

4 pieces, you can actually still see the name that was

5 stamped on the gasket?

6 A.    Yes.  Or at least part of the name.  Yeah.

7 Q.    Right.  And that part's not adhering to the --

8 adhering to the flange; right?

9 A.    That's correct.

10 Q.    Otherwise, you wouldn't be able to read it?

11 A.    You wouldn't see it.  That's right.

12 Q.    You can see that certainly on salt water lines,

13 the gaskets can come right off.

14 A.    Yeah.  Well, like I said, about ten percent would

15 come off.  Yeah.

16 Q.    Just ten percent of the gaskets?

17 A.    That's my guess.  Yeah, ten percent.

18 Q.    It's a guess, though; right?

19 A.    I haven't sat down and counted it.  But if I had

20 to tell you what it was, it's ten percent.

21 Q.    You talked about if any residue's left that they

22 would use a hand wire brush or a pneumatic tool in your

23 experience; correct?

24 A.    Yeah.  And that was a procedural break point in

25 the late '80s.  Up until then, the preferred method was

1699

Recross - Shoemaker

1  pneumatic wire brush.

2  Q.      After the scraper?

3  A.      After the scraper.

4  Q.      For cleaning up the flange face.

5  A.      Yes.

6  Q.      Not for removing the gasket.

7  A.      No.  No.  The scraper was the first thing you

8  would do to get the big pieces off.

9  Q.      Right.  And all you're doing then is cleaning up

10  the residue on the flange face?

11  A.      That's right.

12  Q.      With the pneumatic brush?

13  A.      That's correct.

14  Q.      And the ones you used in your shipyard were not

15  11,000 RPM electric grinders; correct?

16  A.      No.  The ones I was familiar with were generally

17  3,000 to 4,500, and I'm talking about in the '60s now.

18  Q.      Were lots of sparks happening when your

19  pipefitters were removing gaskets?

20  A.      You would see occasional sparks on a steel valve

21  and a seal.  But generally, it was from the hub of the

22  brush hitting something on the valve is where you would

23  -- if the grinder got away from you, you would get it.

24  Now you would also, you know, there were also sometimes

25  residue.  There would be rust particles or something on

1700

Recross - Shoemaker

1    the face of the flange that would come off as sparks.

2    You could see that happen occasionally.   But, yes, you

3    would see that.

4    Q.     There's rust on the flange faces; right?

5    A.     Yes.

6    Q.     And that comes off when you're using a wire brush

7    on it; right?

8    A.     Yes.

9    Q.     And it gets into the air?

10   A.     Yes.

11   Q.     I believe you told us at your deposition a little

12   more than half of the gaskets you see in Engine Room are

13   going to be spiral wound gaskets, not compressed sheet?

14   A.     Yeah.   It's about half.   Again, I've never counted

15   that.   But on the 600-pound systems and on the bigger

16   valves, they're going to be Flexitallic gaskets.

17   Q.     I believe you also told us in the -- in your

18   deposition that gasket -- that pipefitters might remove

19   or replace 250, 300 gaskets a year?

20   A.     That's correct.   Yeah.   An individual pipefitter

21   with a helper.

22   Q.     Right.   That's all gaskets that's spiral wound?

23   A.     Right.

24   Q.     Compressed sheet rubber?

25   A.     Right.   Whatever he happened to be working on.

1701

Recross - Shoemaker

1  Q.    Whatever he happens to be working on.  The

2  pipefitters also had another reason for carrying around

3  the grinder.  Removing gaskets wasn't the primary reason

4  they were carrying grinders around; right?

5  A.    Right.  You use a grinder to cut stuff.

6  Q.    Right.  I believe you described cutting insulation

7  with a rotary blade or the end of a grinder, is that it?

8  A.    Yes.  And in fact, there's -- I believe there's a

9  picture in the Puget Sound industrial hygienist of that

10 being done.  But, yes, that was pretty typical.  Shipyard

11 folks, everybody had a grinder in their tool bag.  And

12 they would put little thin wheels on them.  And rather

13 than use a hacksaw or something like that, that's what we

14 used to cut stuff.

15 Q.    It's not a typical work practice at the Newport

16 News Shipyard to use tools above their safety rating;

17 correct?

18 A.    True.  That's true.  Not just Newport News.

19 Anywhere.

20 Q.    What's that?

21 A.    In Norfolk, too.

22 Q.    Norfolk, too?

23 A.    Yeah.  You don't want to hurt yourself by doing

24 something you don't want to do.

25 Q.    All right.  And you're not here to testify that

1702

Recross - Shoemaker

1  all the pipefitters at Norfolk Shipyard and Newport News

2  are taking their safety guards off their grinders, are

3  you?

4  A.    No.

5  Q.    You saw -- did they show you Dr. Longo hammering

6  out the gasket on the flange --

7  A.    Yes, sir, I've seen that.

8  Q.    -- gasket fabrication?

9  A.    Yes.

10  Q.    He hammered out four in a row.  But you describe

11  that practice as, you know, maybe they do it once or

12  twice, but they're not going to do four gaskets in a row,

13  are they?

14  A.    I wouldn't expect to see that in a production

15  environment.  No.

16  Q.    And then what they're doing is they're tapping out

17  the outline of the gasket and then taking sheers or a

18  knife to cut out the gasket; correct?

19  A.    That's correct.

20  Q.    They're not trying to cut the whole gasket out by

21  hammering on it until it is forced apart by the edge of

22  the flange.

23  A.    No.  The edge of the flange -- you're right.  They

24  would be tapping it to get a line to cut with shears or a

25  knife, the water way bore and the bolt holes.  They

Recross - Shoemaker

1   probably wouldn't be tapping it out completely and

2   cleaning it up with a knife.

3   Q.      At our deposition, you were explaining to us about

4   the rip out phase of overhauls.  That's the first phase?

5   A.      Yes, sir.

6   Q.      And that's where they -- the shipyard workers and,

7   I guess, the sailors, too, are on board ripping out all

8   the equipment that's going to be in service during the

9   overhaul; is that correct?

10  A.      That's correct.  Normally, it's the shipyard

11  workers that are physically taking it out.  The sailors'

12  responsibility is to see that the systems are tagged out

13  safely and that their portable equipment and stuff is

14  getting out of the way of the stuff they might have

15  stored in a space.

16  Q.      During this phase, all the trades and the -- all

17  the shipyard personnel and sailors are on board at the

18  same time?

19  A.      Yes, sir.

20  Q.      The sailors are watching what the shipyard's

21  doing?

22  A.      Yes, sir.

23  Q.      During this rip out phase, this is when,

24  historically, the insulation would be ripped out from the

25  lines and the equipment and the valves that were going to

1704

Recross - Shoemaker

1  be in service; is that correct?

2  A.     Correct.

3  Q.     And they're all standing right next to each other;

4  correct?

5  A.     Well up until the time we had controls, yes,

6  that's correct.  Up until '78, and then we had the

7  controls I mentioned.  And if it was asbestos, we roped

8  the area off so the only people in there were the

9  insulators.

10  Q.     Right.  So before 1978, though, the pipefitters,

11  the boilermakers, the insulators, they're all on board

12  doing their job.  Correct?

13  A.     That's correct.

14  Q.     And the insulators are not just removing pads from

15  valves and such, they're also removing insulation from

16  pipes; correct?

17  A.     That's correct.

18  Q.     They're ripping out the insulation; correct?

19  A.     That's correct.

20  Q.     And everyone's all in the same spaces.  There

21  aren't big hallways on ships or anything.  These are

22  tight machinery spaces; correct?

23  A.     Well, the Engine Room on an aircraft carrier is

24  about the size of this courtroom.  It's got machinery and

25  stuff in it, but it carries a big ship.  But, yeah.

1705

Recross - Shoemaker

1   Q.     Okay.  But we're still talking about tight spaces.

2   And the ventilation is not great; correct?

3   A.     That's true.

4   Q.     And the pipefitter's doing his job while the

5   insulator's working above him ripping out insulation;

6   right?

7   A.     That's true.

8   Q.     Now are you saying, though, that you didn't think

9   that the pipefitters were ever removing the insulation to

10  get to the valves?

11  A.     Well, I wouldn't say absolutely never.  It was not

12  their assigned task.  It was the insulators that were

13  supposed to do that.  Now, did the pipefitters do it?

14  Yeah, particularly if they were getting impatient wanting

15  to get started on their job.

16  Q.     I want to talk to you about that.  I mentioned to

17  you at your deposition that there are people who worked

18  in the shipyards who have worked in your shipyard and

19  they've did been deposed, and they described the work

20  practices they engaged in.  Do you understand that?

21  A.     Yeah.

22  Q.     I want to show you one of the depositions.  This

23  is from David Durham.  He was from your shipyard, the

24  Norfolk Naval Shipyard.  He worked there from 1942 to

25  1975.  That's before your time; correct?

1706

Recross - Shoemaker

1  A.      That's right.  I arrived in Norfolk in '77.

2  Q.      That was before you would have -- before any

3  controls were in place; correct?

4  A.      That is true.

5  Q.      And he actually worked as a pipe coverer trainee,

6  and then he was a pipe coverer and mechanic -- worked as

7  a mechanic until '64; an instructor until he left the

8  shipyard.  But he was right there in the 1950s and the

9  1960s when they were doing work, doing overhauls, there

10  at that shipyard.  Correct?

11  A.      That's correct.

12  Q.      He said -- was asked about asbestos bloc

13          insulation.

14          "Did the customary use of that aboard ships over

15          the years create dust?"

16          "Yes."

17          "What kind of activities would create dust?"

18          "Well, the same things as using sections when you

19          was removing it and sawing it with the different

20          type of saw.  One thing about it, it was like

21          these pipefitters and boilermakers and all, they

22          would rip out material.  An awful lot of times

23          they made more dust sometimes than we did because

24          they beat it off with a hammer or paint scraper or

25          something like that, where most of the time we

1707

Recross - Shoemaker

1          would saw it off or take it off.  It wasn't

2          quite as dusty the way we did it, but it was dusty

3          -- plenty dusty all the time."

4   A.     I don't doubt he's exactly right.

5   Q.     You heard stories about it?

6   A.     I heard stories about it.  Two things changed.  It

7   wasn't so much in the early '70s to worry about

8   insulation.  But Norfolk didn't start working on nuclear

9   ships until the late '60s.  And what happened was Admiral

10  Rickover took very strict controls of the trade processes

11  at that time.  Beating on pipes and components with a

12  hammer was just something you didn't do.  And the reason

13  you didn't do it is if you happened to miss the

14  insulation and you hit the pipe, the outside damage of

15  the pipe is where the high stress risers occur on the

16  pipe.  You get a discontinuity on that pipe and the pipe

17  would fail.  So we were changing work practices to be

18  more disciplined during that period.  I don't doubt that

19  Mr.  Durham was correct.

20  Q.     You mentioned Admiral Rickover.  He was associated

21  with the nuclear Navy; correct?

22  A.     He was the nuclear Navy.

23  Q.     That's what I was maybe trying to get at

24  inartfully earlier.  The procedures with the nuclear Navy

25  are a little different than with the rest of the Navy

1708

Recross - Shoemaker

1  historically.

2  A.     What happened -- yes is the answer to that, but it

3  was a gradual change.  And actually, that's why people

4  like me ended up running the production department at

5  Norfolk, because naval reactors was determined that

6  people with nuclear experience were going to run the

7  shipyard and nuclear war practices were going to be

8  applied to the ship.  Nuclear war practices generally

9  being -- applying more input and more thought about, why

10  do we do what we do the way we do it?  Not only for

11  personnel protection, but so we were doing the technical

12  right thing for the ship.  So, yes, that's been a change

13  over the 50 years of the nuclear program.

14  Q.     It was changing in the late '60s and early '70s?

15  A.     Yes.  It was starting at that time and really

16  didn't -- that change didn't take root at Norfolk until

17  the late '70s.

18  Q.     There's another gentleman, a Mr.  Overstreet.

19  Now, he worked tat ADDSCO Shipyard, and he testified

20  about this.  He worked there in 1969 until they closed,

21  up until 1988.  He was a pipefitter's helper at ADDSCO

22  and then went on to become a full-fledged pipefitter

23  first class.

24  A.     I've never heard of ADDSCO.  Are you sure that's

25  not NASSCO?.

Recross - Shoemaker

1  Q.     I think that's ADDSCO?

2  A.     That could be.  I've never heard of it.  I thought

3  I heard of it all of them.

4  Q.     So he was asked about his job.

5         "Did you have a specialty that you worked on?  Any

6         particular sort of piping or any particular part

7         of the ship?"

8         "No, sir.  We worked on steam lines, water lines.

9         It was mostly steam lines in the boiler rooms

10        where they put us."

11        "Is that considered a harder job than fitting

12        water lines?"

13        "Yes, sir.  When the ship would come in it would

14        be hot and the boiler room would still be warm.

15        And when we got in there, we'd take a hammer, you

16        know, the hanger.  And they was in a hurry and

17        wanted the job done.  So we beat the insulation,

18        asbestos insulation, off of it and it would fly

19        everywhere."

20        That's completely consistent with the stories you

21  heard when you got to Norfolk, and even at Newport News?

22  A.     I have heard those stories.  Yes.

23  Q.     You don't doubt that he was being truthful.  He

24  says, "And the insulator was there, you know, and he'd

25        say go ahead and knock it loose.  And we'd say,

1710

Recross - Shoemaker

1        just take the hammer and beat?  And we'd have what

2        they call a hanger to hold up the pipe and we'd

3        beat the insulation from around it.  And I recall

4        it being hot, sweaty and all those fibers going

5        everywhere in the boiler room."

6        "Was it real dusty?"

7        "Yes, sir, it was really dusty."

8        Do you believe that?

9   A.    I believe it.  Yeah.  I think you need to figure

10  out where ADDSCO was, though.  I've never heard of an

11  ADDSCO.

12  Q.    Okay.  I just want to touch on, maybe, just one or

13  two things here.  Your son is a law partner.

14        THE COURT:  You run that off, you get NASSCO.

15        THE WITNESS:  Yeah.  NASSCO is in San Diego.

16  English wasn't my that I think.

17        BY MR. HARRIS:

18  Q.    Your son is a law partner of Bobby Hatten, the

19  lawyer of here -- he's the one that met with you and

20  helped you prepare your report?

21  A.    That's correct.

22  Q.    I believe you said you wrote about 75 percent of

23  the report?

24  A.    I did.

25  Q.    You understand he represents plaintiffs in the

Recross - Shoemaker

1  asbestos personal injury litigation?

2  A.      I do.

3  Q.      You had said, Mr.  Shoemaker, that what you saw in

4  the Longo videos was consistent with your experience, and

5  I understand you would say that.  But you saw the

6  steamfitter chopping at the gasket; right?

7  A.      Yes.

8  Q.      That's probably something you would tell them,

9  hey, what's going on here?

10  A.      Right.

11  Q.      I can show you a better way.

12  A.      Yes.

13  Q.      You saw the use of an 11,000 RPM grinder?

14  A.      Yes.

15  Q.      That grinder was not consistent with your

16  experience?

17  A.      No.  We were at 3,500, 4,500 pneumatic grinders.

18  Q.      All right.  Thank you, Mr.  Shoemaker.

19  A.      Thank you.

20          MR. FINCH:  Brief redirect, Your Honor.

21          THE COURT:  Yes.

22                    **REDIRECT EXAMINATION**

23          BY MR. FINCH:

24  Q.      In your opinion, would the different difference

25  between a pneumatic grinder and an electric grinder

Redirect - Shoemaker

1  matter?

2  A.     No.  And the reason is you're taking the same

3  volume of stuff off the face of the flange.  You might

4  take it off quicker if you turn up the RPM.  I don't

5  think it makes any difference.

6  Q.     You were asked some questions about when

7  insulators and pipefitters and other trades would be in

8  the hull of a ship during the time when insulation would

9  be torn off the pipes of a ship.  Do you recall those

10 questions from Mr.  Harris?

11 A.     Yes.

12 Q.     During the course of an overhaul of a ship, I

13 believe you said on correct a rip-out phase is about six

14 weeks?

15 A.     Yes.  I'm talking about a ten-month to one year

16 overhaul.

17 Q.     How much of that time was the insulation being

18 ripped off?

19 A.     We'd like to get it done about two weeks.  It

20 might go a little longer than that.  Depending on how

21 quick the samples come out?  Two to three weeks.

22 Q.     How long in the overhaul process would the

23 equipment and valves and pumps and other equipment that

24 would have asbestos gaskets be being worked on?

25 A.     Well, we would hope at the end of that first

1713

Redirect - Shoemaker

1   six-week period, and certainly by eight weeks, that we

2   had everything out that we were going to work on and up

3   to the inside shop.  Then we would be making

4   modifications on the ship.  And then at about the halfway

5   point to two-thirds point, the equipment's coming back,

6   it's getting re-installed.  And the last third of the

7   availability, we're lighting systems off, putting steam

8   in the ship, bringing it to life and doing testing.

9   Q.     That would be a period --

10  A.     About six months.

11  Q.     Six months?

12  A.     Yeah.

13  Q.     When, during the process, would pipefitters and

14  other trades be doing the majority of their work

15  replacing gaskets?

16  A.     It would be in the middle six month period.  The

17  installation, the replacement, you would be in the

18  installation phase.

19  Q.     So it would be after, you know, they were all in

20  the hull during the rip-out, then two weeks doing the

21  gasket work where people weren't ripping out pipe

22  insulation?

23  A.     Yes.

24  Q.     You were asked some questions about the BuShips

25  manual, both now and at your deposition.  I believe you

1714

Redirect - Shoemaker

1  explained this sufficiently well on direct.  But am I

2  correct that the BuShips manual and the technical manuals

3  would say what is permitted, but there may be other

4  documents that say even though asbestos insulation is

5  permitted that it wasn't asbestos on the equipment, on or

6  around the equipment?

7  A.     That's correct.  Think of it as a higher level

8  document.  That was a higher level document that would

9  give you some options if you're the designer of what

10 you're going to put in that bill of material.  And you

11 might make a decision, either based on weight,

12 availability of whatever the product was that you were

13 trying to install, based on cost or something like that,

14 as to what you actually put on the drawing and put in the

15 ship.

16 Q.     All right.  I'm going to show you a couple of

17 pages out of Exhibit 16 of your deposition, which is on

18 Garlock's exhibit list.  This is a document Mr.  Harris

19 showed you, the thermal insulation description and

20 military specifications supporting documents.  And the

21 first page is Naval Ships' Technical Manual.  You saw

22 that in your deposition, didn't you, Mr.  Shoemaker?

23 A.     Yes, sir.

24 Q.     All right.  And within that document --

25        MR. HARRIS:  Would you show the date of the

1715

Redirect - Shoemaker

1  document, please?

2       MR. FINCH:  The date of the document is -- it

3  looks like -- it's a composite document, Mr.  Harris.

4  One of the dates is 1972, but there are some documents.

5       MR. HARRIS:  Thank you.

6       MR. FINCH:  -- documents back in here that I'm

7  interested in.

8       BY MR. FINCH:

9  Q.    Mr.  Shoemaker, what's the date of that document?

10 A.    Looks like 8 May 1964 at the top there.

11 Q.    And what is this talking about?

12 A.    This appears to be the substitution of fiberglass

13 or asbestos.

14 Q.    So this is a document from the mid-60s where the

15 Department of the Navy is allowing something insulation

16 -- fiberglass insulation instead of Amosite for the felt?

17 A.    That's right.

18 Q.    And then Your Honor, we would offer that document,

19 which is a portion of -- well, I'll wait until the end to

20 offer the document.

21      And then a little bit further back there's a

22 document dated October 19 -- 16 October 1964 superseding

23 something from May 1961.  Are you familiar with that

24 document, Mr.  Shoemaker?

25 A.    Again, this is that Mill Spec for insulation.

Redirect - Shoemaker

1    Right.   That's what I'm looking at, I think.

2    Q.     And what is this document telling you?  It talks

3    about the substitution of?

4    A.     Yeah, the substitution of fiberglass or asbestos.

5    Q.     For asbestos felt?

6    A.     Yeah.

7    Q.     Your Honor, I would offer those two documents.

8    They are part of documents on the Garlock exhibit list

9    which is GST-15570.  And I guess I would offer them as a

10   ACC-10000 and 10001.

11         THE COURT:  All right.

12         MR. HARRIS:  No objection, Your Honor.

13         THE COURT:  All right.  We'll admit them.

14         MR. FINCH:  That's all I have.

15         THE COURT:  Anything else?

16         MR. HARRIS:  Just a couple of followup questions.

17                  **RECROSS EXAMINATION**

18         BY MR. HARRIS:

19   Q.     Mr. Shoemaker, you were asked about whether it

20   made a difference between a 3,000 to 4,500 RPM grinder

21   versus an 11,000 RPM grinder.  It's true you've not done

22   any testing.  You're not offering a scientific opinion on

23   that; correct?

24   A.     That's correct.

25   Q.     All right.  That's just your own personal opinion?

1717

Recross - Shoemaker

1   A.      That's my -- I've run a lot of grinders, but

2   that's my opinion.

3   Q.      You don't really know about what that might --

4   what effect that might have in any type of industrial

5   hygiene study?

6   A.      That's true.

7   Q.      Okay.  Just one quick second.  The documents that

8   Mr.  Finch showed you about the fiberglass insulation.

9   A.      Yes.

10  Q.      Are you trying -- are you saying that the Navy

11  stopped using asbestos insulation in 1964?

12  A.      No.  No, not at all.

13  Q.      They continued to use a Amosite felt?

14  A.      Yes.  Yes.

15  Q.      Asbestos insulation?

16  A.      Yes.

17  Q.      They continued to use it until '72.  And then even

18  after; 72 they were using up their stock.

19  A.      That's true.

20  Q.      That could have continued on for at least another

21  couple of three years?

22  A.      Yeah.  I would suspect, specifically, on the

23  Nimitz and Eisenhower.

24  Q.      In fact, as you sit here today you don't know what

25  impact those documents had at all on the percentage of

1718

Recross - Shoemaker

1    Amosite or percentage of asbestos inulation that was

2    being used on those ships?

3    A.      That's true.

4    Q.      You can't put those documents in any context for

5    us; correct?

6    A.      Not in terms of the amount of volume of insulation

7    that went on a particular ship.  I can just tell you it

8    was allowed at that point.

9    Q.      Thank you, Mr.  Shoemaker.

10          THE COURT:  All right.  I think you can step down.

11    Thank you, Mr.  Shoemaker.

12          THE WITNESS:  Thank you, sir.

13          THE COURT:  We'll take a break now until tomorrow

14    at 9:30.

15                  (Witness excused at 5:43 p.m.)

16          THE COURT:  A couple of announcements.  We will

17    need to break tomorrow at 12:30.  Shortly before 12:30

18    there is somebody who's going to have some sort of

19    ceremonial thing here from 12:30 to 1:30.  I think you

20    can leave all your stuff where it is.  It's just some

21    unrelated thing.  I'll find out exactly what it is in the

22    morning, but we'll need to break from 12:30 to 1:30.

23          And also, Dr. Longo and Mr.  Boelter are not the

24    only people that have created a video.  I have a video

25    that was posted on YouTube and you all are -- if

1719

Recross - Shoemaker

1  anybody's interested, you can take a look at it.

2  Mr. Badger has the website address there for anybody who

3  wants to see a video of descending some road on a

4  bicycle.  It is not a scientifically reliable video.  But

5  you if you get bored with what you're doing, check it

6  out.

7        We'll see you in the morning.

8              (Off the record at 5:43 p.m.)

9

10              **CERTIFICATE**

11        I, Tracy Rae Dunlap, RMR, CRR, an Official Court
   Reporter for the United States District Court for the
12 Western District of North Carolina, do hereby certify
   that I transcribed, by machine shorthand, the proceedings
13 had in the case of IN RE:  GARLOCK SEALING TECHNOLOGIES,
   LLC, et al, Bankruptcy Case No.  10-BK-31607, on July 29,
14 2013.

15        In witness whereof, I have hereto subscribed my
   name, this 30th day of July 2013.

16

17              __/S/__Tracy Rae Dunlap___
                TRACY RAE DUNLAP, RMR, CRR
18              OFFICIAL COURT REPORTER

19

20

21

22

23

24

25