1

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

2

CHARLOTTE DIVISION

3

4      IN RE:

5      GARLOCK SEALING TECHNOLOGIES,     No. 10-BK-31607
       LLC, et al,
6              Debtors.                    VOLUME VII-B
                                           AFTERNOON SESSION
7                                          TUESDAY, JULY 30, 2013

8

9                  TRANSCRIPT OF ESTIMATION TRIAL
              BEFORE THE HONORABLE GEORGE R. HODGES,
10               UNITED STATES BANKRUPTCY JUDGE

11

12

13     **APPEARANCES**:

14      On Behalf of Debtor:

15          GARLAND S. CASSADA, ESQ.
            Robinson Bradshaw & Hinson, PA
16          101 North Tryon Street, Suite 1900
            Charlotte, North Carolina 28246
17
            JONATHAN C. KRISKO, ESQ.
18          Robinson Bradshaw & Hinson PA
            101 North Tryon Street, Suite 1900
19          Charlotte, North Carolina 28246

20
            LOUIS ADAM BLEDSOE, III, ESQ.
21          Robinson Bradshaw & Hinson, PA
            101 North Tryon Street, Suite 1900
22          Charlotte, North Carolina 28246

23          RICHARD C. WORF, ESQ.
            Robinson Bradshaw & Hinson, PA
24          101 North Tryon Street, Suite 1900
            Charlotte, North Carolina 28246

25

1        **APPEARANCES** (Continued):

2        RAY HARRIS, ESQ
         Schachter Harris, LLP
3        400 East Las Colinas Blvd
         Irving, Texas   75039
4
         CARY SCHACHTER, ESQ
5        Schachter Harris, LLP
         400 East Las Colinas Blvd
6        Irving, Texas   75039

7        C. RICHARD RAYBURN, JR, ESQ
         Rayburn Cooper & Durham, PA
8        227 West Trade Street,
         Suite 1200
9        Charlotte, N.C.   28202

10       SHELLEY KOON ABEL, ESQ.
         Rayburn Cooper & Durham, PA
11       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
12
         ALBERT F. DURHAM, ESQ.
13       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
14       Charlotte, North Carolina 28202

15       ROSS ROBERT FULTON, ESQ.
         Rayburn Cooper & Durham, PA
16       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
17
         JOHN R. MILLER, JR., ESQ.
18       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
19       Charlotte, North Carolina 28202

20       ASHLEY K. NEAL, ESQ.
         Rayburn Cooper & Durham, PA
21       227 West Trade Street, Suite 1200
         Charlotte, North Carolina 28202
22
         WILLIAM SAMUEL SMOAK, JR., ESQ.
23       Rayburn Cooper & Durham, PA
         227 West Trade Street, Suite 1200
24       Charlotte, North Carolina 28202

25

1       **APPEARANCES** (Continued):
        On Behalf of Interested Parties:

2

        Carson Protwall LP:

3

            JULIE BARKER PAPE, ESQ.
4           Womble Carlyle Sandridge & Rice, PLLC
            P.O. Drawer 84
5           Winston-Salem, North Carolina 27102

6       Coltec Industries Inc.:

7           DANIEL GRAY CLODFELTER, ESQ.
            Moore & Van Allen, PLLC
8           100 North Tryon Street, Suite 4700
            Charlotte, North Carolina 28202-4003
9

            HILLARY B. CRABTREE, ESQ.
10          Moore & Van Allen, PLLC
            100 North Tryon Street, Suite 4700
11          Charlotte, North Carolina 28202-4003

12          MARK A. NEBRIG, ESQ.
            Moore & Van Allen, PLLC
13          100 North Tryon Street, Suite 4700
            Charlotte, North Carolina 28202-4003
14

            EDWARD TAYLOR STUKES, ESQ
15          Moore & Van Allen, PLLC
            100 North Tryon Street, Suite 4700
16          Charlotte, North Carolina 28202-4003

17      Creditor Committees:

18      Official Committee of Asbestos Personal Injury
            Claimants:
19

            LESLIE M. KELLEHER, ESQ.
20          Caplin & Drysdale, Chartered
            One Thomas Circle NW, Suite 1100
21          Washington, DC 20005

22          JEANNA RICKARDS KOSKI, ESQ.
            Caplin & Drysdale, Chartered
23          One Thomas Circle NW, Suite 1100
            Washington, DC 20005

24

25

1      **APPEARANCES** (Continued):

2

       JEFFREY A. LIESEMER, ESQ.
3      Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
4      Washington, DC 20005

5      KEVIN C. MACLAY, ESQ.
       Caplin & Drysdale, Chartered
6      One Thomas Circle NW, Suite 1100
       Washington, DC 20005
7
       TODD E. PHILLIPS, ESQ.
8      Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
9      Washington, DC 20005

10     TREVOR W. SWETT, ESQ.
       Caplin & Drysdale, Chartered
11     One Thomas Circle NW, Suite 1100
       Washington, DC 20005
12
       JAMES P. WEHNER, ESQ.
13     Caplin & Drysdale, Chartered
       One Thomas Circle NW, Suite 1100
14     Washington, DC 20005

15     ELIHU INSELBUCH, ESQ
       Caplin & Drysdale, Chartered
16     One Thomas Circle NW, Suite 1100
       Washington, DC 20005
17
       NATHAN D. FINCH, ESQ
18     Motley Rice, LLC
       1000 Potomac Street, NW
19     Suite 150
       Washington, DC  20007
20
       GLENN C. THOMPSON, ESQ.
21     Hamilton Stephens Steele & Martin
       201 South College Street, Suite 2020
22     Charlotte, North Carolina 28244-2020

23     TRAVIS W. MOON, ESQ.
       Moon Wright & Houston, PLLC
24     227 West Trade Street, Suite 1800
       Charlotte, North Carolina 28202

25

1    **APPEARANCES** (Continued):

2    RICHARD S. WRIGHT, ESQ.
     Moon Wright & Houston, PLLC
3    226 West Trade Street, Suite 1800
     Charlotte, North Carolina 28202
4
     ANDREW T. HOUSTON, ESQ
5    Moon Wright & Houston, PLLC
     226 West Trade Street, Suite 1800
6    Charlotte, North Carolina 28202

7    SCOTT L. FROST, ESQ
     Waters Kraus, LLP
8    222 North Sepulveda Blvd, Suite 1900
     El Segundo, California   90245
9
     JONATHAN A. GEORGE, ESQ
10   Waters Kraus, LLP
     3219 McKinney Avenue
11   Dallas, Texas   75204

12
     Future Asbestos Claimants:
13
     KATHLEEN A. ORR, ESQ
14   Orrick, Herrington & Sutcliffe, LLP
     1152 15th Street, NW, Columbia
15   Center
     Washington, DC   20005-1706
16
     JONATHAN P. GUY, ESQ
17   Orrick, Herrington & Sutcliffe, LLP
     1152 15th Street, NW, Columbia
18   Center
     Washington, DC   20005-1706
19

20   Official Committee of Unsecured
     Creditors: DEBORAH L. FLETCHER,
21   ESQ.
     FSB Fisher Broyles, LLP
22   6000 Fairview Road, Suite 1200
     Charlotte, North Carolina 28210
23

24

25

1846

1                    **I N D E X**

2

3              **DIRECT    CROSS    REDIR    RECROSS**

4   Arnold Brody...........1847.....1867.....1908......1914

5   Carl Brodkin...........1916

6

7                  **E X H I B I T S**

8

9   <u>Debtors' Exhibits No.:</u>                        <u>ADMITTED</u>

10

11

12

13  <u>ACC's Exhibits No:</u>                    <u>ADMITTED</u>

14  ACC-3562....................................1866
    ACC-3563....................................1866
15  ACC-3564....................................1866
    ACC-3565....................................1866
16  ACC-3332....................................1990
    ACC-3333....................................1990
17  ACC-3334....................................1990
    ACC-3336....................................1990
18

19

20

21

22

23

24                                           <u>PAGE</u>

25  Reporter's Certificate...........................1993

1847

Further Direct - Brody

1    **P R O C E E D I N G S**

2    (On the record at 1:47 p.m.)

3    MR. GEORGE:  Good afternoon, Your Honor.

4    THE COURT:  Good afternoon.

5    **DIRECT EXAMINATION CONTINUES**

6    By MR. GEORGE:

7    Q.    When we left, Dr. Brody, we talked about the fact

8    that this is a diagram of the pleura and how the fibers

9    get to the pleura.  Do you have a diagram that shows

10   where Mesotheliomas occur and what they look like when

11   they do?

12   A.    Yes.  You can see, again, on this diagram.  This

13   is the lung.  And normally, as we saw earlier, the pleura

14   should have a -- should be very thin.  I mean it's

15   normally Saran Wrap thin, that's how thin it is, and then

16   with a single cell layer on the outside.  And then when

17   there's a Mesothelioma present, there's a dramatic

18   thickening as the tumor cells build up on either side of

19   the lung, the so-called visceral pleura or the parietal

20   pleura under the ribs.  The tumor can grow from either

21   side and grow into the peritoneal cavity as well and into

22   the structure of the lung.

23   Q.    Now, do you have some slides that will show us

24   whether the asbestos fibers have the ability to cause

25   that type of cancer?

1848

Further Direct - Brody

1   A.      Yes.   So, in order for asbestos or any carcinogen

2   that's a cancer-causing agent to cause a cancer, it has

3   to cause what's called "genetic damage."   It has to

4   damage genes.   So this is the cover of a proceedings --

5   of a meeting I was at a few years ago, and the topic was

6   how fibers cause cancer, carcinogenesis cancer formation.

7   I gave a talk at this conference.   I've talked to you

8   today about cells and I've showed you that cells can pick

9   up fibers, but you can't talk about carcinogenesis unless

10  you talk about the molecular aspects.   That means your

11  genes, because cancer is a genetic disease.

12          The simplest definition of cancer is the loss of

13  control of cell growth.   Cancer is the loss of control of

14  cell growth.   Humans have about 20,000 or so genes that

15  make us what we are.   Of those 20,000 or so genes, about

16  100 of them control cell growth called growth control

17  genes.   Some of them, in fact, are dedicated to

18  protecting us against cancer, from getting cancer, and

19  they're called tumor suppressor genes, for example.

20          In order for a carcinogen to produce a cancer it

21  has to cause errors in a series of genes that control

22  cell growth.   A series of those genes -- I told you those

23  hundred or so genes that control cell growth.   So one of

24  the ways that scientists can establish how asbestos or

25  other carcinogens cause that change in cell growth and

1849

Further Direct - Brody

1  genetic damage is by taking cells out of animals or out

2  of people, putting those cells in a dish, a so-called in

3  vitro study.  If you add the right nutrients to those

4  cells, they'll continue to grow.  And you can actually,

5  then, add the carcinogens and study the interactions

6  between the carcinogens and the DNA.

7  Q.    This can be done with both animal cells and human

8  cells?

9  A.    Yes.  It's done regularly like that.  That's

10  right.  So, for example, on the cover of these

11  proceedings there were two cells.  I'm outlining one of

12  them for you here, and then there's another cell over

13  here.  And some fibers have been added, and you can see

14  there's a long fiber there and some short fibers, and

15  those fibers have collected around the center circle in

16  the cell.  And the center circle is called the nucleus.

17  And the nucleus of our cells contains all of our DNA.

18      I told you that "molecular aspects" means your

19  genes.  And when we're talking about our genes, we're

20  talking about DNA.  Our genes are made up of DNA, short

21  segments of DNA.  Now notice, how the fibers have been

22  excluded from the center circle.  And they're excluded

23  because there is a membrane that surrounds the nucleus,

24  nuclear membrane that protects all the genetic material.

25  That's why it's excluded.  That's a good thing.  That's

~~1850~~

Further Direct - Brody

1  what we expect to happen.

2       Now, it turns out that when cells are dividing,

3  when we're making new cells, that nuclear membrane

4  dissipates and the nuclear membrane is no longer there to

5  protect the DNA.  So we asked in my laboratory, what

6  would happen if we added fibers when the cells were

7  dividing?  And I can -- I can show you what happens.

8  Q.     Now is that cell division process a process that's

9  ongoing throughout the time that we live?

10 A.     Right.  From the time after the first division of

11 the egg in the womb.  I mean that's -- that's the same

12 similar kind of cell division.  And every time there's --

13 Q.     When we're standing here, are some of our cells

14 dividing?

15 A.     Exactly.  Some of our cells are dividing.  And

16 what you'd expect them to do is what I'm exactly showing

17 you here.  Here are three cells:  One, two, and then

18 three.  There are three cells.  The two cells on the

19 outside are not dividing.  You can see there the DNA's

20 been stained blue and it's contained in the nucleus.

21 This cell in the center has received a signal to divide.

22 It could be just normal growth rate.  For example, your

23 skin.  About ten percent of your skin cells are growing

24 replacing themselves.  One percent of your lung cells.

25 The mesothelial surface has a very low rate of one-half

1851

Further Direct - Brody

1  of one percent, but eventually they all have to be

2  replaced.

3       Now this cell in the center has received a signal

4  to divide.  Perhaps its neighbor was injured.  I could

5  have added a growth hormone.  Whatever the reason, this

6  cell's divided.  Now that means what's happening is that

7  the DNA in the nucleus has condensed into these white

8  threads called chromosomes.  And what we're trying to do

9  then is make a perfect copy of all of the DNA.  So what

10 has to happen is that the chromosomes are going to

11 duplicate and then we'll get two new cells like the

12 original.  And let me show you what your chromosomes look

13 like.

14      Humans have 23 pairs of chromosomes.  Each

15 chromosome, one -- you've got one from your mother and

16 one from your father.  And lined up on the chromosomes

17 are these light and dark bands that represent where our

18 20,000 or so genes are distributed.  Now, the point of

19 this is that each gene must be in the correct place on

20 the correct chromosome.  There's no mixing and matching

21 of where our genes can be located.  In order to function

22 correctly, the gene must be in the correct place on the

23 correct chromosome.  So if we finish this process of

24 normal cell division, the chromosomes have condensed.

25 They replicate.  And if they go through faithful

1852

Further Direct - Brody

1   replication you'll get two what are called "daughter

2   cells."  That's what we hope for every time.

3          Now, this is an experiment using cells.  You can

4   see here a normal cell.  This is one of millions of cells

5   in the experiment, and there's -- there are no fibers.

6   On this side, in panel B, crocidolite fibers have been

7   added and you can see there's long crocidolite fibers and

8   some shorter ones.  In this slide with no fibers, half

9   the chromosomes moved to one side and half to the other.

10  We'll get two new daughter cells.

11         On this side, most of the DNA has moved to the new

12  developing cells but some of the DNA is bound to the

13  surface of the fibers resulting in this condition called

14  Aneuploidy.  Aneuploidy means abnormal chromosome

15  separation.  And let me show you that Chrysotile does the

16  same thing here.  Here is a normal mesothelial cell.  The

17  mesothelial cell here has no fibers.  So half of the

18  chromosomes will go to one side, half to the other.

19  We'll get two new daughter cells.  Here you can see the

20  two daughter cells have formed and there's a Chrysotile

21  fiber spanning the two cells and there's DNA bound to the

22  surface of the fiber, again, producing Aneuploidy.

23  Q.     Now the way those Chrysotile fibers get in,

24  because during the process of separating we lose that

25  barrier?

1853

Further Direct - Brody

1  A.     That's right.  The barrier that protects the DNA

2  nucleus is lost during cell division.  And it's been

3  known for a long time that dividing cells are more likely

4  to become cancer cells because of that reason.  They

5  don't have that protective envelope.

6  Q.     If this happens once, are you going to get cancer?

7  A.     No.

8  Q.     What happens if it happens twice?

9  A.     No.

10 Q.     What does it take for a cancer to form?

11 A.     Okay.  So, that is actually answered in the last

12 slide.  But let me first tell you the significance of

13 this DNA bound to the surface of the fiber, if I can.

14 Q.     Sure.

15 A.     So, I told you a minute ago when I showed you the

16 chromosomes that every one of our genes must be in the

17 right place at the right time in order to function.  So

18 let's take, for an example, a gene that we know very well

19 that I've studied that's called P-53.  This is a tumor

20 suppressor gene.  When a cell gets DNA damage, the P-53

21 gene is activated and stops the cell from dividing.  If

22 the cell is not dividing it can't pass on mistakes or

23 genetic damage to the daughter cells.  So that's how it

24 protects us.

25        We have another set of genes called death pathway

1854

Further Direct - Brody

1    genes.  When there is DNA damage, these death pathway

2    genes get activated and drive the cells down our death

3    pathway.  The cells die and you never hear about them

4    again.  And this is going on in us all the time when

5    we're exposed to carcinogens in the environment, whether

6    it's ultraviolet light from the sun or cigarette smoke.

7    These genes get activated and protect us from getting

8    cancer.  If in this DNA that's bound to the surface of

9    the fiber is a gene that we need to protect us, it's not

10   going to work.

11   Q.    So those suppressor genes are much like the body's

12   defense mechanisms for the fibers getting in the cilia

13   and all that.  These are molecular defense mechanisms

14   against foreign and particulate matter?

15   A.    These are molecular defense mechanisms that

16   protect our Genome, our genes, from carcinogens, from

17   damage from carcinogens.  That's right.

18         Now, this is the end of the cancer description

19   slides that I have because there's a lot going on in this

20   time period that we call latency.  So, you know, from the

21   time for first exposure until the time the person comes

22   to the clinic.  So it's good to understand what's going

23   on during those decades related to what I just told you.

24   Q.    Okay.

25   A.    So if you take this mesothelial surface and see

1855

Further Direct - Brody

1  the individual cells with the single nucleus.  And here

2  you can see the artist has given us a couple of lightning

3  bolts and he says "DNA damage" from something from the

4  environment is what he's meaning, something that's coming

5  in from the outside and reaching the DNA.  Now, in this

6  case it could be asbestos.  We're talking about

7  Mesothelioma.  Obviously, it's asbestos that can either

8  bind the DNA as I just showed you, but asbestos can also

9  generate what are called "oxygen radicals."  These are

10 short-lived, high energy compounds that are known to

11 cause DNA damage.

12     So, asbestos has sort of a double whammy in its

13 ability to produce genetic errors.  Number one, it binds

14 DNA.  Number two, it binds oxygen radicals.  So whatever

15 the specific damage, this is a general discussion of DNA

16 damage.  And what the artist has done, he knows very well

17 that typically when there's DNA damage the cells die.  So

18 he has one cell going up into here to the left-hand

19 corner and dying.  The DNA's all clumped up.  The surface

20 of the cell is bubbling up and the cell is going to die

21 and you never hear about it again.  But we're talking,

22 obviously, about a cancer.  We know the cancer has

23 developed.  So that means one of the daughter cells with

24 a genetic error must have survived.  So, here is that

25 daughter cell.

1856

Further Direct - Brody

1       Then the artist has a tumor growing out here and

2   he calls it "tumor genesis" or tumor formation.  And you

3   can see there are multiple tumor cells with odd

4   combinations of DNA.  And this distance, this time

5   between the first daughter cell and the generation of the

6   tumor, is that latency.  So you've got to give me about

7   20 years there, 40 years there.  And I'll just take a few

8   seconds to explain what's going on in that latency time.

9       So, think about this one mesothelial cell sitting

10  on the mesothelial surface among the hundreds of millions

11  of mesothelial cells we have and the cell's looking and

12  acting just like a normal mesothelial cell.  There's no

13  way you'd know it was there unless you went in and

14  sequenced the DNA on every mesothelial cell on that

15  person's surface and, of course, that's not going to

16  happen.  So that cell then can sit there like that with

17  that error in a gene that controls cell growth.  It can

18  sit there like that for months, but eventually it has to

19  divide.  Two cells, four cells, eight cells, 16 cells

20  passing on that error to the other cells, to the new

21  cells.

22      Now, one or more of them might die.  But then in

23  order to get a cancer you have to have a second error.

24  Another asbestos fiber comes in and hits one or more of

25  those new cells.  Now it has two errors.  And that cell,

1857

Further Direct - Brody

1  then, with the two genetic errors divides and can sit

2  there looking like -- looking and acting like a normal

3  mesothelial cell for months.  But eventually it has to

4  divide:  Two cells, four cells, eight cells, 16 cells.

5  Some of them may die.  One or more of them gets hit

6  again.  Three errors go through the scenario again.  Four

7  errors.

8  Q.     When you say "error," what you mean is you have

9  the daughter cell's problems.  And then when it gets hit

10 again it creates another rearrangement, so that creates a

11 different replication.

12 A.     That's right.  Another gene.  Because we haven't

13 told you about a hundred cells that control cell growth.

14 What we're talking about here is an additional gene that

15 controls cell growth now is damaged.

16       Okay.  Now you go through that scenario of

17 cumulating errors for decades.  And then eventually, at

18 the end of the time that it takes to accumulate

19 sufficient errors for that person, because you see how

20 the artist has given us this oddly colored tumor?  It's

21 oddly colored because that tumor -- all the cells in that

22 tumor came from a single cell with a sufficient

23 combination and number of errors for that person.  Now we

24 know how many errors you can find in a given tumor, but

25 it's going to be different with a different combination

1858

Further Direct - Brody

1   among different people.

2   Q.      Is that what you call individual susceptibility?

3   A.      That's part of the individual susceptibility and

4   it's part of the individual's response, of course.   But

5   eventually the tumor grows out and, of course, that's

6   what brings this person to the clinic.

7   Q.      Now how does the multiple errors, how does that

8   impact on the dose-response and the cumulative nature of

9   asbestos in causing this?

10  A.      Sure.   The more a person's exposed, the more

11  likely it is that a fiber or series of fibers is going to

12  be carried to the pleura and be able to interact and

13  produce the genetic errors that I just described.

14  Q.      And then you have a final slide on summing up your

15  testimony with regard to Chrysotile?

16  A.      Yes.

17  Q.      So from what your studies show, does it show that

18  Chrysotile asbestos is highly toxic to both human and

19  animal mesothelial cells?

20  A.      Yes.   I've done some of this.   But there are a

21  number of studies -- I've not studied human mesothelial

22  cells in culture but others have and, clearly, it is

23  toxic.

24  Q.      All right.   And in your studies, have you -- and

25  in your research have you seen the fact that Chrysotile

1859

Further Direct - Brody

1  can cause scarring inside the lungs of rats, mice and

2  humans?

3  A.     I've published a number of papers showing that.

4  Yes.

5  Q.     And that scarring inside the lung tissue is called

6  what when it's caused by asbestos?

7  A.     Asbestosis.

8  Q.     So can Chrysotile leave the mineral fiber itself

9  and cause asbestosis in humans and in animals?

10 A.     No question.

11 Q.     Okay.  Is Chrysotile cytotoxic to the human

12 macrophages?

13 A.     Absolutely.  And I've studied that in my

14 laboratory as well.

15 Q.     The macrophages are like the scrubbing bubbles in

16 lungs and our cells.  They go along and try to eat up

17 toxic --

18 A.     They try.

19 Q.     What happens if something is cytotoxic?

20 A.     Cytotoxic means all the macrophages, the varieties

21 are toxic itself.

22 Q.     And if you kill off your macrophages, what effect

23 does that have on your body's ability to handle the

24 asbestos that you inhale?

25 A.     Well there are a couple of things going on there.

1860

Further Direct - Brody

1  First, the macrophages, if they are toxic and cannot

2  actually clear the fibers out of the lung very well.  And

3  then also if there is a response of these macrophages,

4  that plays a role in the development of the scar tissue

5  disease.

6  Q.    Okay.  Now, are -- is Chrysotile fibers, are they

7  mutagenic to the cells and do they damage DNA?

8  A.    Yes.

9  Q.    What does "mutagenic" mean?

10 A.    So, mutagenic means that you're causing errors in

11 specific genes.  The concept of asbestos, and

12 particularly Chrysotile being mutagenic, has been shown

13 by several different investigators.  The work that I did

14 was more related to a DNA damage, not to mutagenesis.

15 But other scientists have shown that.

16 Q.    And have your studies and others shown that

17 Chrysotile causes Mesothelioma, not only in rats and mice

18 but also in humans?

19 A.    Yes.

20 Q.    Let me just ask you one thing before I ask you to

21 take your seat.  There have been many different

22 researchers that have done inhalation studies with

23 different types of animals; correct?

24 A.    Yes.

25 Q.    Is the inhalation model a good model to look for

1861

Further Direct - Brody

1  Mesothelioma causation in animals?  Do all animals get

2  Mesothelioma from inhalation of asbestos?

3  A.     No.  I don't think that's really a good model to

4  study causation.  The animal models are best for

5  understanding how asbestos causes the diseases in the

6  species.  We know it does, like, in people and rats and

7  certain animals.  Yeah.

8  Q.     So in order to induce Mesothelioma, what do

9  researchers do besides the type of aerosol asbestos

10  experiments that you do?  Do they do injection

11  experiments?

12  A.     Yes.  Sure.  So you can inject the fibers directly

13  into the peritoneal cavity, for example, or into the

14  pleural cavity.  And that's a very effective way, with

15  all the asbestos ways, of producing Mesotheliomas.

16  Q.     The researchers that do this, are they doing that

17  to establish causation, or are they doing that to

18  establish pathways of carcinogenesis?

19  A.     Yes.  In the latter, I think, early on in the

20  years of animal experimentation, the idea was to ask if

21  those kinds of studies could tell you about causes.  But

22  they're much better at -- those animals experiments are

23  much better at understanding how the agent causes the

24  disease.

25  Q.     Now I know you've been asked this in other trials.

1862

Further Direct - Brody

1 Has medical science determined how Mesothelioma develops?

2 A.     Well, it really depends on the level at which

3 you're asking the question.  I mean, if you ask me do I

4 know the precise genes that it takes for a given

5 individual to create a Mesothelioma?  No.  You can't do

6 that.  But if you ask me do we know that it requires a

7 series of genetic errors caused by oxygen radical

8 production or by DNA binding?  Well, sure, we know a lot

9 about those mechanisms.

10 Q.     And from your research and what you've viewed in

11 the peer reviewed medical and scientific literature, is

12 there a potency difference between the different types of

13 asbestos?

14 A.     There does -- there seems to be.  Yes.

15 Q.     What's the hierarchy?

16 A.     Well it looks like crocidolite is probably the

17 most potent and Amosite next and then Chrysotile, but I

18 don't really know that there's much difference.  I don't

19 know the basis for actually determining a difference

20 between crocidolite and Amosite, but there does appear to

21 be some difference and that's variable.  I really don't

22 have a number for the real difference.

23 Q.     Has anybody been able to scientifically establish

24 the precise potency difference from one fiber to the

25 next?

1863

Further Direct - Brody

1  A.     I would say no.  And the reason I say that is

2  because if you look in the literature, there's a huge

3  range.  I've seen everything from two times more potent

4  to hundreds of times more potent.  And some investigators

5  who tried to nail that down have changed their numbers.

6  Q.     And to the extent that there is a potency

7  difference, we're talking on a fiber-per-fiber basis;

8  correct?

9  A.     That's right.

10  Q.     So if you have more quantity of a less potent

11  fiber, how does that compare to less quantity of a more

12  potent fiber?

13  A.     Well that's what that means on a fiber-by-fiber

14  basis.  So if somebody says, well, this kind of asbestos

15  is a hundred times more potent than Chrysotile, let's

16  say.  So that means you need a hundred Chrysotile fibers

17  for every single crocidolite fiber or Amosite fiber, and

18  then you have equal potency.  Okay.  Well, what if you

19  have a mineral where you have billions or millions of

20  Chrysotile fibers for every one Amphibole?  The issue of

21  potency wouldn't make much difference there I wouldn't

22  think.

23  Q.     Does the fact that the Amphiboles are more potent

24  negate the potency, the capability of the Chrysotile

25  fibers to cause disease?

1864

Further Direct - Brody

1   A.      Not at all.

2   Q.      So if you have a person that's exposed to a

3   majority of Chrysotile and a minority of some sort of

4   Amphibole, can we discount all of the Chrysotile exposure

5   and say it must have been the more potent fiber that

6   caused the disease?

7   A.      I don't know how you can do that.

8   Q.      You've read many articles about asbestos and

9   Mesothelioma.  How many articles do you think have been

10  written about asbestos and Mesothelioma as a cause from

11  asbestos exposure?

12  A.      Oh, there must be, I don't know, hundreds.

13  Thousands.  I'm not sure.

14  Q.      Has anybody been able to determine to a reasonable

15  degree of medical certainty or scientific certainty what

16  level of exposure somebody could have to asbestos that

17  would prevent them from getting Mesothelioma?

18  A.      No, not that I know.  And it's so different for

19  different people, I don't know how one could do that.

20  Q.      You also are aware, I think, and there has been

21  testimony in this case -- there are people that have not

22  been occupationally exposed to asbestos who, when they do

23  an autopsy on them, they've found millions of asbestos

24  fibers in their lungs.  Have you seen it?

25  A.      I've seen it and I've published papers like that.

1865

Further Direct - Brody

1   Sure.

2   Q.    What is the significance, numerically, of having

3   millions of asbestos fibers in your lungs?

4   A.    Sure.  I mean there's a huge range of what can be

5   found in people's lungs.  It depends on where you lived

6   and whether or not you worked with asbestos.  So if you

7   have millions of fibers that, in and of itself, doesn't

8   say you have had much of an exposure because, I mean, you

9   can fit a billion fibers into a thimble.  So, I mean,

10  that doesn't sound like a lot.

11  Q.    The last thing I wanted to cover with you is,

12  there's been some testimony that epidemiological studies

13  have shown that anywhere from 80 to 90 percent of

14  Mesotheliomas are caused by asbestos exposure, meaning

15  there's ten to 20 percent that they call idiopathic.

16  You've read literature like that?

17  A.    Yes.

18  Q.    Does the fact that the cause of a tumor is

19  determined to be idiopathic mean that it's not an

20  asbestos-related tumor?

21  A.    No.  It doesn't mean that.  It just means you

22  don't know the cause.  You haven't recorded a cause.

23  Q.    And what are -- what are some of the factors in

24  the development of Mesothelioma that may prevent medical

25  scientists and doctors from determining a cause of a

1866

Further Direct - Brody

1  particular Mesothelioma in a patient?

2  A.      They might not have a clear picture of that

3  person's history.  That would be the most likely

4  possibility for me.

5  Q.      What's the average life expectancy of somebody

6  once they've been diagnosed with Mesothelioma?

7  A.      It's not much.  About 18 months is about the

8  average.

9  Q.      Would that have an impact on the ability of

10  researchers looking backwards to try and ask that

11  individual questions about his exposure?

12  A.      Well, of course.

13  Q.      And then you recognize there's a latency period

14  between when the exposure first occurs and when the

15  disease develops.

16  A.      Right.

17  Q.      What impact does the fact that there may be 30 or

18  40 years from that initial exposure have on the ability

19  to determine whether that individual was exposed to

20  asbestos or not?

21  A.      I'm sure people can forget things.

22  Q.      Your Honor, at this time I would like to offer the

23  Curriculum Vitae which is ACC-3562.  His initial report

24  which is ACC-3563; the supplemental report which is

25  ACC-3564.  And for identification purposes, I've printed

1867

Cross - Brody

1  out a copy of the slides that I've shown, and that's

2  marked as ACC-3566.

3         MR. SCHACHTER:  No objection, Your Honor.  Sorry.

4         MR. GEORGE:  Offer that.

5         THE COURT:  Okay.  It will be accepted.

6         THE COURT:  Okay.  Mr. Guy.  Mr. Schachter,

7  Mr. Guy is going to go next.

8                   **CROSS-EXAMINATION**

9         BY MR. GUY:

10  Q.    Dr. Brody, my name is Jonathan Guy.  I represent

11  the future claimants representative in the case,

12  Mr. Grier, who is here in the courtroom.  Happily, in

13  this case we're not trying to reach a definitive ruling

14  as to whether Chrysotile asbestos causes Mesothelioma.

15  We're just trying to determine whether there's a credible

16  debate on either side of that issue.  I want to ask you

17  about how long that debate has been known in academic

18  circles.  If we could pull back up the last slide that

19  had the various --

20         MR. GEORGE:  Sure.

21         BY MR. GUY:

22  Q.    You testified as to those issues concerning

23  Chrysotile.  Have you testified to those issues before in

24  court?

25  A.    Sure.

1868

Cross - Brody

1  Q.      Many times?

2  A.      Yes.

3  Q.      How long have you held your opinion concerning

4  those issues?

5  A.      Well, I started my work with Dr. Chris Wagner in

6  1974.  So that's been my understanding since then.

7  Q.      And you've published on these issues; correct?

8  A.      A number of times.  Yes.

9  Q.      And have you ever testified in a case where

10 Garlock was the defendant?

11 A.      I'm sure I have.

12 Q.      Do you have any reason to believe that Garlock

13 would be aware of your opinions concerning these issues

14 in the 2005 to 2010 timeframe?

15 A.      I don't know why they wouldn't be.  No.

16 Q.      Now, are you aware of a medical doctor at Stanford

17 University, Dr. Weill?

18 A.      Yes.

19 Q.      He testified earlier.  Were you here to hear his

20 testimony?

21 A.      No.

22 Q.      Are you familiar with whether he has opinions

23 concerning whether Chrysotile asbestos causes

24 Mesothelioma?

25 A.      Some of them.  Yes.

1869

Cross - Brody

1    Q.    He testified, I believe, and I'm paraphrasing here

2    because I don't have it verbatim.   But he said, I think,

3    on the stand, fairly candidly, that there is debate in

4    academic circles as to this issue.   Would you agree with

5    that statement?

6    A.    No.

7    Q.    Why would you disagree?

8    A.    Well, "academic circles" means to me multiple

9    places where these kinds of discussions would be debated.

10   I'm in academic circles all the time and I don't hear

11   those debates.   Occasionally, if there's a large meeting

12   dealing with asbestos, somebody might bring it up or

13   present a paper.   But there's not much of a big debate

14   other than in the courtroom that I know about.

15   Q.    But there is a debate; correct?

16   A.    There is a debate.   Sure.

17   Q.    Thank you, Your Honor.

18         THE COURT:   Thank you.

19         All right, Mr. Schachter.

20                   **CROSS-EXAMINATION**

21         BY MR. SCHACHTER:

22   Q.    Good afternoon, Dr. Brody.

23   A.    Good afternoon.

24   Q.    Is this working?   Can you hear me?

25   A.    Yes.   Fine.

1870

Cross - Brody

1   Q.      I must have a head cold.  I hate to take issue at

2   the start with my learned colleague, but in this case

3   we're dealing with gaskets and packing and not with

4   Chrysotile miners or anybody else.  And the issue is

5   about a low-dose asbestos product.  Do you understand

6   that?

7   A.      Sure.

8   Q.      Okay.  And the issue isn't about merely whether

9   there's a debate, but we have legal issues about

10  methodology that applies if somebody is going to argue

11  that low-dose Chrysotile products were a cause.  So if

12  you don't mind, I'd like to ask you questions that

13  primarily will focus on methodology.  Will that be okay,

14  sir?

15  A.      If I know something about the method you're asking

16  me, that's fine.

17  Q.      Okay.

18  A.      And I'll let you know if I don't know anything

19  about it.

20  Q.      Well, you -- fundamentally, we can agree there's

21  something called the scientific method?

22  A.      Of course.

23  Q.      And it starts with hypothesis?

24  A.      Exactly.  Actually, I'm sorry to interrupt you.

25  It actually starts with an observation.  And upon that

Cross - Brody

1    observation, then you can form a hypothesis.

2    Q.      Thank you.  That's exactly what Dr. Garabrant

3    said.  And I apologize.  For some -- you need some kind

4    of observation that leads to a hypothesis, and then you

5    do scientific testing of the hypothesis; correct?

6    A.      That's right.

7    Q.      And after the tests are done you decide whether

8    the hypothesis has been established or not established;

9    right?

10   A.      Whether the hypothesis has been proven or

11   disproven.  Sure.

12   Q.      Okay.  For almost all toxins -- well, for all

13   toxins, it's a fundamental principle of science that the

14   poison is in the dose.  Correct?

15   A.      Yes.

16   Q.      And even for carcinogens, it is a fundamental

17   principle that carcinogens can be dangerous at some

18   levels but not necessarily dangerous for human beings at

19   other levels.  Is that correct?

20   A.      True.

21   Q.      And as you've told us, scientifically, the fact

22   that a person may have millions or even billions of

23   asbestos fibers in his or her lungs does not necessarily

24   create a risk of asbestos disease.

25   A.      Not necessarily for a given individual.  That's

1872

Cross - Brody

1  correct.

2  Q.      All right.  And billions can be in a thimble?

3  We've heard a lot of what I will -- we've heard a lot of

4  math about total fibers over years and what that may

5  mean.  That's not how scientists look at this.  They look

6  at it in fibers per cc and cumulative lifetime exposure

7  based on fibers per cc years; correct?

8  A.      True.

9  Q.      And there are methodologies for determining

10  scientifically, if we're going to use scientific methods,

11  the levels of exposures associated with disease.  And

12  primarily, those are methods that rely on qualified

13  certified industrial hygienists.  Correct?

14  A.      I agree.

15  Q.      And they look at to determine exposure, and then

16  other scientists can determine whether the cumulative

17  lifetime dose from that source is associated with an

18  increased incidence of disease.  Would that be correct?

19  A.      Right.

20  Q.      Now, you have shown us some photographs.  Are

21  these photomicrographs or -- they're not that small;

22  right?

23  A.      No.  You can call it a photomicrograph.  It's an

24  electron micrograph, however you'd like to call it.

25  Q.      And this is taken from a lung of a rat that you

1873

Cross - Brody

1    studied.  Or was this from the literature, sir?

2    A.     No.  This is from one of my studies.

3    Q.     And that rat -- you do these experiments where you

4    put the rats into enclosed chambers; correct?

5    A.     As I explained.  Right.

6    Q.     Yeah.  And then they are given -- administered an

7    aerosol continuously for a certain period of time;

8    correct?

9    A.     Right.

10   Q.     And for a certain length of time.  Sometimes

11   you'll have -- what's the shortest period of time?

12   A.     I've done half an hour, an hour.

13   Q.     Half an hour, an hour, but others will be a week,

14   a month, a year gone?  As long as a year?

15   A.     Well the longest that I've exposed animals is one

16   day a week for eight weeks and then looked a year later.

17   That's the longest my papers show.

18   Q.     Okay.  Do you happen to know what the duration was

19   for this slide here?

20   A.     Sure.  This was an hour.

21   Q.     Okay.  So this is what a rat's lung looks like

22   after one hour of an exposure to an aerosolized asbestos

23   at a concentration of 1,000 fibers per cc; correct?

24   A.     Correct.

25   Q.     And you have told us that that's comparable based

1874

Cross - Brody

1  on your knowledge of the literature to what insulators or

2  miners might have experienced in an hour; right?

3  A.      Right.

4  Q.      You did not mean, by showing us this slide, to

5  suggest that it is representative of what would be in the

6  lungs of a mammal, a human being, after installing and

7  removing a gasket; correct?

8  A.      Correct.

9  Q.      You have never attempted to grind up gasket

10 material and administer that to a rat; correct?

11 A.      True.

12 Q.      And you agree that an exposure level at .1 fiber

13 per cc for one hour would likely not look like that with

14 that accumulation of asbestos on the -- in the slide.

15 Correct?

16 A.      I agree.

17 Q.      And even if it were at one fiber per cc, it

18 wouldn't look like this; right?

19 A.      True.

20 Q.      20 fibers per cc wouldn't look like this?

21 A.      That's right.

22 Q.      Okay.  Actually, in your studies, you have never

23 yourself caused any of the rats to get Mesothelioma.

24 Correct?

25 A.      Well, as I was asked, we've not tried to do that.

1875

Cross - Brody

1   That's a specific protocol that needs to be established

2   in order to do that and it's been done many times; I have

3   not.

4   Q.      You're aware of something called the Laminar Flow

5   that helps particulate matter navigate by the defense

6   mechanisms in the respiratory system; correct?

7   A.      Well, that slide you have up there is a direct

8   result of Laminar Flow.  That means that the fibers are

9   flowing in the center of the pathway and then are

10  intercepted by this area of the lung and that's why

11  there's an accumulation there, which is what you get at

12  ten fibers or one fiber per cc, just not as many fibers.

13  But the concept is the same.

14  Q.      But you are trying to induce disease, so you use a

15  very pure form of asbestos that can become an aerosol;

16  correct?

17  A.      Right.

18  Q.      And that form of asbestos does not have any

19  particulate matter attached to it that might cause those

20  fibers to tumble; correct?

21  A.      Well you're talking apples and oranges here, I

22  think.  I mean, I don't know what you mean by "other

23  particles."  So, sure.  I use just asbestos.  The fibers

24  are carried in a Laminar Flow pattern which you can

25  actually see evidence of in this picture.  So, I'm sorry.

1876

Cross - Brody

1    I guess I'm not understanding where you're coming from

2    with tumbling and other particles and things like that.

3    Q.    Okay.  We have heard from Dr. Weill, who is a --

4    well, he's in charge of the Advanced Lung Disease Clinic

5    at Stanford university.  And, of course, you know his

6    father's a famous researcher in asbestos disease; right?

7    A.    Sure.

8    Q.    And Dr. Weill in his own right has quite

9    impressive credentials.  You're not critical of anything

10   about his credentials, are you?

11   A.    Of course not.

12   Q.    Of course not.  Now he has explained to us that

13   encapsulated products have this propensity to tumble,

14   which causes them to impact higher in the respiratory

15   system and not reach the lower portions of the lung as

16   readily.

17   A.    I'm sorry.  Were you finished?  That may -- that

18   may be, but that's certainly not anything I know anything

19   about.

20   Q.    Okay.  Well, you do.  Because in your deposition I

21   asked you, "If they tumble, they can't get through that

22   hole?"  And you said, "They're more likely to be

23   obstructed."  Correct?

24   A.    That's fine.  Sure.

25   Q.    Okay.  We don't have a disagreement there.  That's

Cross - Brody

1   all I'm trying to make --

2   A.      That's fine.

3   Q.      -- scientific disagreement.  Now you've talked

4   about two kinds of animal studies where asbestos is

5   administered.  One are the inhalation studies; correct?

6   A.      Yes.

7   Q.      And the other kind are injection studies; correct?

8   A.      Right.

9   Q.      And with the injection studies what the

10  researchers do is they inject the fibers of whatever

11  toxic material they're trying to use directly into the

12  peritoneum, usually?

13  A.      Usually, the peritoneum, but it's been done into

14  the pleura cavity as well.

15  Q.      They do that because that bypasses all the body's

16  defense mechanisms through the respiratory system;

17  correct?

18  A.      Correct.

19  Q.      And it makes it more likely they'll induce

20  disease; correct?

21  A.      Correct.

22  Q.      Using that technique, ceramic fibers can cause

23  Mesothelioma.  Correct?

24  A.      That's right.

25  Q.      Silica can cause it?

1878

Cross - Brody

1  A.      Right.

2  Q.      There are a whole host of maybe even not even

3  things that you would call "toxins" that can be used to

4  induce Mesothelioma in animal models; correct?

5  A.      By injection, largely fibers.

6  Q.      Okay.

7  A.      That's right.

8  Q.      And they are not, for that reason, considered

9  causes -- Mesothelioma-causing agents in humans; correct?

10  A.      Right.

11  Q.      And I think you mentioned this, that the rat model

12  really doesn't really tell us a whole lot about what

13  induces disease in human beings.  Correct?

14  A.      Well, in an epidemiological sense, sure.  But, I

15  mean, the fact that the beginning of the question, would

16  you agree the rat model is good for understanding the

17  mechanisms of a disease?  Well that's what it's all

18  about.  Sure.

19  Q.      Okay.  But even for this issue of Chrysotile.  On

20  the macro level, before we even get to the low-dose

21  Chrysotile issue, you agree that these animal studies

22  with rats are not for predicting whether Chrysotile can

23  induce Mesothelioma in humans; correct?

24  A.      Not for predicting but they are part of that

25  biological plausibility because you can expose the

1879

Cross - Brody

1 animals to asbestos, Chrysotile, and they get the

2 disease.  They cause the genetic errors that are

3 required.

4 Q.    I guess what I'm trying to focus on is whether you

5 have a disagreement with what we have briefed to the

6 Court as what the law is and we have -- we have briefed

7 to the Court that studies in rats that use higher doses

8 than occur in human beings just aren't -- aren't part of

9 the proof of causation that it's not relevant to the

10 quantities in the humans.

11      MR. GEORGE:  Your Honor, I'm going to object to

12 Dr. Brody's interpretation of what the legal standards

13 are.

14      BY MR. SCHACHTER:

15 Q.    I don't mean to ask him a legal question.  I

16 withdraw the question, sir.

17      You don't disagree that even scientists are very

18 cautious to draw any kind of conclusions about doses that

19 are unrealistic for the human beings for the product at

20 issue.

21 A.    Well, it depends on the question you're asking.

22 Now are you asking, can you draw from the conclusion --

23 from a high dose study, can you draw conclusions about

24 how the disease is caused in people?  Sure, you can.  If

25 you're asking, can you predict whether or not a person is

1880

Cross - Brody

1  going to get the disease from that dose?  No, you cannot.

2  Q.    Okay.  And that's what we're about in this case.

3  We've got groups of people that have a certain dose of

4  disease and we're trying to figure out whether your

5  studies are even relevant to that.  And I think you've --

6  that's why I'm asking the questions.

7        Let's talk about another kind of animal study,

8  you've talked about rat studies.  You agree that there

9  have been studies of baboons that have shown that Amosite

10  causes Mesothelioma but the Chrysotile doesn't?

11  A.    There is a study like that.  Yes.

12  Q.    There are monkey studies showing that Amosite

13  causes Mesothelioma and Chrysotile doesn't.

14  A.    I'm not sure I've seen those.

15  Q.    You're aware of the Stettler studies?

16  A.    I thought those were baboons.

17  Q.    Okay.  Maybe it was.  May I approach the witness,

18  Your Honor?

19        THE COURT:  Yes.

20        BY MR. SCHACHTER:

21  Q.    This was some kind of primate study.  Was it

22  baboons?

23  A.    Yes, it was.

24  Q.    Baboons or monkeys?

25  A.    They're primates.  That's fine.

1881

Cross - Brody

1   Q.      Okay.  And this was published by researchers at

2   the National Institutes of Health?

3   A.      Right.

4   Q.      They're certainly not part of industry; right?

5   A.      Right.

6   Q.      And it was published just a few years ago; right?

7   A.      Yes.

8   Q.      In 2008.  And they did a followup of studies for a

9   long time and they found no induction of disease with low

10  dose exposure to Chrysotile, and they reported that that

11  was consistent with other studies of Chrysotile exposure

12  in animals.  Correct?

13  A.      Well, that's what that says.

14  Q.      Thank you.

15  A.      I think we've been through this.  I looked at

16  those studies and I have found evidence for injury in the

17  lungs of these animals that they're talking about and --

18  Q.      Yeah.

19  A.      Yeah.  So, yeah.  You might not like that, but

20  that's true.  I looked at those animals and there is

21  injury in the lungs of those animals.  And in fact, these

22  monkeys that Dr. Stettler went on to study had so much

23  scars, I'm not even sure how he was able to draw any

24  conclusions from them.  But, you know, that's part of

25  this issue where it says lack of pathologic findings with

1882

Cross - Brody

1  low-dose that just isn't the case in fact.

2  Q.    Well, actually, you looked at some of the early

3  animals what was it 20 years ago when the first studies

4  were published?

5  A.    Yeah in the 1970s.  Right.

6  Q.    In the 1970s so we have 30 or how many years later

7  after all the animals have tied and researchers at the

8  National Institutes of Health have published in a peer

9  reviewed journal that there's no damage.  Have you

10  published in a peer reviewed journal your views on

11  looking at those animals from 30 years ago?

12  A.    No.

13  Q.    Thank you.

14  A.    I do not.  I corresponded with those authors and

15  we went from there, but these are the monkeys.  I was

16  talking about the rats.

17  Q.    You were talking about the rats?

18  A.    The rats had definite injury and the monkeys had

19  so much scarring that a pathologist who looked at them

20  was wondering how you could actually draw any conclusions

21  from them.  But these people did that and that's fine.

22  That's what they did.

23  Q.    You agree that the rats that are used in the

24  animal studies are rats that have a genetic

25  susceptibility to develop Mesothelioma?

1883

Cross - Brody

1    A.      I'm sorry.  I guess -- which studies are you

2    asking me about?

3    Q.      Typically, the rat studies that are done involve

4    rats.  You're trying to get the disease to occur, so you

5    use a strain of rats with a genetic susceptibility to get

6    Mesothelioma?

7    A.      Sometimes you do and many times you don't.  I

8    mean, the studies that Dr. Wagner did did not use

9    particularly susceptible animals.  They were just garden

10   variety rats just like garden variety people.

11   Q.      And the -- you would agree that, biologically,

12   primates are far closer to human beings in their response

13   to potential toxins than rats?

14   A.      They're far closer.  It depends on which toxin

15   you're looking at.  But, sure, as a general principle,

16   they are closer to us.  Of course.

17   Q.      And to finish out the animal -- the other animals.

18   Hamster studies have been done.  Amosite causes

19   Mesothelioma in hamsters but Chrysotile doesn't?

20   A.      In that study that's right.

21   Q.      Sir, the other aspect of your testimony related to

22   what happens in test tubes when various substances are

23   placed in proximity to cells; correct?

24   A.      Yes.

25   Q.      Actually, they're injected into the cells?

1884

Cross - Brody

1  A.     No.  The fibers are introduced into the cell

2  culture, and the cells actively pick up the fibers just

3  as they do in the body.

4  Q.     Okay.  And you would agree that after this, the

5  cell would die.

6  A.     Very likely to die.  But these studies actually go

7  on, as we have done and others, to show that cancers

8  develop in the dish as you're looking at it here.  So

9  that -- so they don't all die, in fact.

10  Q.     This -- you couldn't develop Mesothelioma in the

11  dish; right?

12  A.     Wrong.  Okay?  Wrong.  Because Mesothelioma is a

13  cancer of the mesothelial cells produced by a carcinogen,

14  and that's been done in the dish in my laboratory and a

15  number of others.

16  Q.     The fact of the matter is that you don't yet know

17  what the precise genetic errors are that have to be

18  caused in order to create Mesothelioma.

19  A.     As I answered in examination directly to Mr.- --

20  to Mr. George, you're exactly right.  We know a lot

21  about how it works but we don't know the precise genes

22  that are required.  That is true.

23  Q.     You agree that longer fibers are generally

24  considered more potent than short fibers without

25  question; correct?

1885

Cross - Brody

1   A.      Correct.

2   Q.      You agree that the mutagenic effect of asbestos

3   fibers at low-dose is still unknown; correct?

4   A.      Where were we talking about?  I'm sorry.  A

5   mutagen in a dish or a mutagen after inhalation?  I'm

6   sorry.

7   Q.      What I'm talking about is what's been discussed in

8   a conference, I think, you were involved in, the role of

9   mutagenicity and asbestos fibers may occur in aspects of

10  carcinogenicity and other diseases.  Remember that

11  conference?

12  A.      Yes.

13  Q.      All right.  And you're familiar with some

14  researchers named -- the last name, I think, is Wang.  Is

15  that correct?  Well, the pronunciation may not be right.

16  There was a publication that came out, a whole issue in

17  the Journal of Toxicity and Environmental Health;

18  correct?

19  A.      Yes.

20  Q.      All about this issue of mutagenicity; right?

21  A.      Is that the one in 2011?

22  Q       Yeah.  Well, yes, 2011.  Pretty recent; right?

23  A.      Sure.

24  Q.      And in Wang's article there was a discussion of

25  "areas that require additional research," and number

1886

Cross - Brody

1  three on the list was the mutagenic effect of asbestos

2  fibers at low-dose is still unknown.

3  A.      Right.  I get the context now.  That's correct.

4  Q.      And it is correct.  It is your opinion that the

5  mutagenic effect of asbestos at low-dose is still

6  unknown; correct?

7  A.      I agree.  Yes, sir.

8  Q.      You spoke briefly during your exam about what may

9  or may not happen with asbestos in the pleura, the

10 asbestos that passes through the lung and actually makes

11 it to the pleura.  Correct?

12 A.      Right.

13 Q.      And, well, one other question on the mutagenic

14 issue.  The type of genetic change that occurs is based

15 in part on the nature of the chemical reaction that

16 occurs on the molecular level; correct?

17 A.      Yeah.

18 Q.      And it is a scientific truth, is it not, that the

19 chemical nature of the Amphiboles is distinguishable

20 substantially from the chemical nature of Chrysotile?

21 A.      It is.  That's true.

22 Q.      Now we've heard earlier that the pleura is a

23 structure, as displayed here on the screen, where there

24 is fluid that runs through the area between the two

25 layers of skin.  Is that a correct anatomical

1887

Cross - Brody

1   description?

2   A.      That's fine.  I described that.  Yes.

3   Q.      Sure.  And what you told us is that some

4   researchers have found Chrysotile in the pleura areas;

5   right?

6   A.      Right.

7   Q.      Actually, they didn't find it in the tissue so

8   much as they did in tumors that existed there; right?

9   A.      Well, it was tumor tissue and surrounding tissue,

10  I believe.  And, also, I think some had found it in

11  pleura fluid as well.

12  Q.      And as a scientific principle, you agree that

13  before these kinds of fiber burden studies in the pleura

14  can tell us important information we would need

15  controlled studies to show what the fiber levels were in

16  healthy people or unexposed people.  Correct?

17  A.      Yes.

18  Q.      And so far as you know, there are not a series of

19  controlled studies that have been published on the levels

20  of asbestos fibers in the pleura; correct?

21  A.      Yeah.  I don't know about a series, but I think

22  normal tissues have been studied.  But I don't know if

23  there's a series that it's been done.

24  Q.      Okay.  But the kinds of fibers -- I mean we're

25  talking about the Suzuki studies.  Primarily, those are

1888

Cross - Brody

1  fibers 90 percent of which are one micron in length;

2  correct?

3  A.      Right.

4  Q.      They're short fibers.

5  A.      Right.

6  Q.      Short Fibers are ubiquitous in municipal water

7  systems; correct?

8  A.      They are.  But they wouldn't get into the pleura

9  tissues from the water systems.

10  Q.      Well, they get into the body through the water?

11  A.      Sure.  They're ingested.

12  Q.      And autopsies are done with regular street water;

13  correct?

14  A.      They're ingested.  You're talking about from the

15  water system.  They're ingested.  No one -- I can't

16  imagine how you get -- how you get fibers in the -- in

17  mesothelial tissue or in the pleura by ingesting fibers.

18  Q.      Sir, it is correct, is it not, that the Suzuki

19  studies were funded by a Hawaii plaintiff's lawyer

20  without attribution?  Correct?

21  A.      I don't know that.

22  Q.      You don't know about -- well, okay.  And that

23  those studies don't have a series of -- most of the time

24  when they're published -- well, let's just go on past

25  those.

1889

Cross - Brody

1          It is true, is it not, that there are published

2     studies that show that Amphiboles reach the pleura in

3     significant quantities; correct?

4     A.     Sure, they do.

5     Q.     Sure.  And Dr. Welch -- Dr. Weill explained to us

6     that the structure of the pleura is such that short

7     fibers can pass through the pleura and exit through the

8     lymphatic system.  Do you agree or disagree with that

9     proposition as a scientific fact?

10    A.     No, I agree.

11    Q.     And do you agree or disagree that the long fibers

12    have much more propensity not to be able to get out

13    through the stoma, out of the lymphatic system?

14    A.     True.

15    Q.     All right.  And that has been published by

16    Donaldson in 2010; correct?

17    A.     That's one of the places.  Yes.

18    Q.     You agree, sir, that the concept of a threshold

19    may depend on fiber type, correct, and whether it's

20    Chrysotile or crocidolite or amosite?

21    A.     No.  I don't understand that.  Because a threshold

22    is the level below which you -- above which you're trying

23    to find an effect.  So that could be for any fiber type.

24    Q.     Well, maybe it isn't.

25    A.     Maybe I didn't understand your question.

1890

Cross - Brody

1  Q.      Maybe I didn't ask it correctly.  Let me repeat

2  the question.  You agree that the concept of a threshold

3  may depend on the fiber type, whether it's Chrysotile or

4  crocidolite or Amosite?

5  A.      I'm sorry.  The concept of a threshold is the

6  ability to be able to find a level above or below which

7  you can find an effect.  But that concept would be the

8  same whatever the fiber type.

9  Q.      Well, sir, I don't mean to argue with you.

10 A.      I don't want to argue either.

11 Q.      We know that something different's going on with

12 Chrysotile; right?

13 A.      I don't know what you mean by "something

14 different."  I mean, please --

15 Q.      Sure.  I'll be more clear.  You were asked in your

16 deposition in this case, "Do you agree that the concept

17 of a threshold may depend on the fiber type, whether it's

18 Chrysotile or crocidolite or amosite?"  Correct?  And you

19 said, "That may be true."

20 A.      Well if the concept is the level, is the

21 threshold, then, sure.  But if the concept is

22 establishing a threshold, then I don't see any difference

23 in how you do that.

24 Q.      Back to the issue of the Suzuki studies.  Do you

25 agree that autopsies are done with regular municipal

1891

Cross - Brody

1    water usually?

2    A.      I would think so.  Yes.

3    Q.      Yeah.  And the samples that Suzuki was looking at

4    were samples that were harvested in typical autopsy

5    processes; correct?

6    A.      I think so.

7    Q.      Okay.  What you've told us, sir, is that basically

8    you -- that the precise mechanism is not understood and

9    there are a number of different theories about how

10   asbestos fiber types may induce Mesothelioma; correct?

11   A.      So I told you the levels at which we do know and

12   don't know the answers to certain questions.  And I guess

13   you'd have to go on then with the next part of your

14   question.

15   Q.      Okay.  Do you agree, sir, with Dr. Mossman that

16   it's a very complex issue, this mutagenesis issue, and

17   that we don't yet even know if we're dealing with one

18   kind of tumor or several types of tumors?

19   A.      That's fine.

20   Q.      By "that's fine," you mean you agree?

21   A.      Yeah, I agree.  That's fine.

22   Q.      Sure.  Sir, let's see.  We've heard a lot in this

23   case about OSHA regulations and various protective

24   procedures instituted at various times, including a few

25   years ago.  You agree, sir, that the people that write

1892

Cross - Brody

1   OSHA regulations and public health agencies have a charge

2   to be protective of public health; right?

3   A.      Yes.

4   Q.      And they want to build in a safety margin in any

5   of their safety standards.

6   A.      Well I would think so, but I'm certainly not

7   conversant with the things that OSHA does and says.

8   Q.      We've heard that public health agencies look at

9   data that has accumulated in what's called a zone of

10  observation and then they make projections to a zone of

11  inference.  Are you familiar with that fact?

12  A.      No.

13  Q.      Then we'll go on.

14          So, we have theories.  You -- the lawyer here has

15  called it plausibility.  It's plausible, for example,

16  that cigarette smoking causes Mesothelioma; right?

17  A.      That would be plausible.  And that was tested and

18  found not to be true, but it's plausible.  Sure.

19  Q.      And it's plausible because lots of cases have been

20  reported of Mesothelioma among people who have an

21  occupational history of exposure to cigarette smoke;

22  right?

23  A.      Right.

24  Q.      We could get a case series of 30,000 cases like

25  that if we wanted to go through the literature; right?

1893

Cross - Brody

1   A.      Right.

2   Q.      All right.  And, of course, it's clear that there

3   are lots of carcinogens in cigarette smoke; right?

4   A.      Sure.

5   Q.      And clear that they get to the pleura.

6   A.      I'm sure.  Well, actually, I don't know that

7   that's clear actually.  In fact, that might be the reason

8   that cigarette smoking has nothing to do with

9   Mesothelioma, that the carcinogens may not get to the

10  pleura.  I don't know if that's been established.

11  Q.      Have you seen the -- well, let me just show you --

12  I think we have a picture of -- I don't have it here.  We

13  showed a picture earlier of the black spots that exist on

14  the pleura, and the explanation was that tars from

15  cigarettes accumulate in the stoma.

16  A.      Well, yes.  I've seen that, actually.  You

17  actually gave an outline, a black outline around the --

18  Q.      The tars in cigarette?

19  A.      I'm sorry.

20  Q.      Go ahead.

21  A.      We don't know that those are carcinogenic.  In

22  other words, we don't know that -- if, in fact, those

23  were carcinogens that were collecting in those areas I

24  can't say, but I'd expect there to be high rates of

25  Mesotheliomas.

1894

Cross - Brody

1  Q.     But just because a carcinogen reaches the pleura

2  tissue does not necessarily mean that that carcinogen

3  produces the rare type of cancer we call Mesothelioma;

4  right?

5  A.     That's why you have to do all the studies that

6  allow you to draw the conclusions.  And the studies

7  asking if cigarette smoke causes it say it doesn't.

8  Q.     And the studies as we've heard were

9  epidemiological studies; right?

10  A.     Right.

11  Q.     And the epidemiology demonstrated that despite the

12  theories, some of the associations were a little above

13  one, some below, but none were statistically significant.

14  And generally, they were around or lower than one so that

15  we knew cigarette smoke is not a cause of Mesothelioma;

16  right?

17  A.     Yes.

18  Q.     You would agree that the acid test of who gets the

19  disease and what causes it is epidemiology, of course.

20  Right?

21  A.     Yes.

22  Q.     These are your words:  So whatever theories we

23  might have we've got to look at the epidemiology.

24  A.     Right.

25  Q.     Now you started the exam -- the exam was started

1895

Cross - Brody

1  -- you have no control over the questions that are asked,

2  I understand -- with a discussion of the Bradford-Hill

3  criteria.

4  Q.    And you are aware sir -- well, let me just go back

5  to the document that Mr. George -- Mr. George read to

6  you.

7       MR. GEORGE:  Your Honor, I have no objection to

8  Dr. Brody answering questions about the Bradford-Hill

9  criteria.  Again, I would object to him interpreting what

10 the legal significance of that is.

11      THE COURT:  All right.  We'll let him testify.

12      BY MR. SCHACHTER:

13 Q.    Sir, Mr. George read to you this paragraph from

14 the address that Sir Austin Bradford-Hill gave, I think

15 it was in 1965.  Is that what we -- you read at the

16 beginning of the examination?

17 A.    Yeah.

18 Q.    Okay.  And that comes in the article, as you know,

19 after Sir Austin Bradford-Hill has listed his nine

20 criteria.  Correct?

21 A.    Right.

22 Q.    And in what you read, it's clear that he asks did

23 -- he says, there are nine viewpoints from all of which

24 we should study association before we cry causation.

25 Correct?

1896

Cross - Brody

1   A.      Yes.

2   Q.      Before listing his criteria, is it true that he

3   wrote, disregarding, then, any such problem in semantics

4   we have this situation.  Our observations reveal an

5   association between two variables, perfectly clear-cut

6   and beyond what we would care to attribute to the play of

7   chance.  What aspects of that association should we

8   especially consider before deciding that the most likely

9   interpretation of it is causation?  Did that -- is that

10  how he introduced his criteria?

11  A.      Right.

12  Q.      Okay.  Would it be a fair construction of this

13  document that from a scientific point, as you view the

14  scientific literature, Sir Austin Bradford-Hill was

15  saying, okay.  I've got an association perfectly

16  clear-cut and beyond what we attribute to the theory of

17  chance.  Now I'm going to apply these criteria?

18  A.      That's what he's saying.

19  Q.      And you agree, sir, that the way epidemiology

20  works, to the extent you understand it, is that studies

21  are done to determine whether the relative risk is

22  statistically significant.  Correct?

23  A.      Well, that's the way epidemiologists do it.  But,

24  I mean, typically -- but I'm not an epidemiologist.  So

25  you'd need to ask an epidemiologist if they do that all

1897

Cross - Brody

1 the time.  But, I mean, also, Dr. Hill, Bradford-Hill,

2 also said in that article, if I remember correctly, that

3 he wouldn't require a statistical test.  I believe

4 there's a paragraph in there that says that.  So he's

5 relying more on the individual criteria that he uses,

6 rather than a statistical test.

7 Q.    Sir, the best paragraph for your side was read at

8 the beginning of your examination and it says what it

9 says.

10      MR. GEORGE:  I would object to the

11 characterization of the testimony and move to strike.

12      BY MR. SCHACHTER:

13 Q.    I apologize.  Sir, if we look at how epidemiology

14 works.  Your example, smoking and Mesothelioma, are the

15 examples, smoking and Mesothelioma shows it's a search

16 for a statistically significant increased relative risk.

17 Correct?

18 A.    I agree.

19 Q.    Okay.  Now just so there's no doubt, you would

20 agree that Chrysotile differs chemically from the

21 Amphiboles.  Correct?

22 A.    Yes.

23 Q.    It differs electrically from the Amphiboles?

24 A.    Yes.

25 Q.    It has a shorter duration in the body.

1898

Cross - Brody

1    A.      Correct.

2    Q.      It's structurally different.  It's curly, as

3    opposed to spear-like or straight, which the amphiboles

4    are.

5    A.      Many of the fibers are.  Yes.

6    Q.      And they're easily broken.

7    A.      Correct.

8    Q.      We looked at the chemical formulas and they're

9    completely different.  Not completely, but substantial

10   differences in the chemical formulas.  Right?

11   A.      True.

12   Q.      You've talked to us about your background.  You

13   studied with Dr. Wagner first; is that correct?

14   A.      Yes.

15   Q.      And that was the famous Dr. Wagner who in 1960 had

16   the case series that talked about the probable connection

17   between crocidolite and Mesothelioma; correct?

18   A.      Right.

19   Q.      And later, a number of studies were done and

20   confirms the association between crocidolite and

21   Mesothelioma; right?

22   A.      True.

23   Q.      All right.  And ultimately, he -- and he did these

24   animal studies, these rat studies, some of them that were

25   the first rat studies that were published.  Right?

1899

Cross - Brody

1    A.       Correct.

2    Q.       He ultimately concluded that Chrysotile was not a

3    cause of Mesothelioma in human beings; correct?

4    He ultimately concluded crocidolite was the only asbestos

5    that causes Mesothelioma.   So he refuses the amosite data

6    and Tremolite data.   So in other words, at some point in

7    his career he -- oh, I'm sorry Your Honor (cell phone

8    rings).   It's off.   I apologize.

9         THE COURT:   That's okay.

10        THE WITNESS:   Where was I?   Okay.

11        BY MR. SCHACHTER:

12   Q.       You were explaining to us that Dr. Wagner not only

13   didn't believe the that Chrysotile was the cause, but he

14   also had some questions about amosite.   Right?

15   A.       Yeah.   Right.   Well, he said he had this

16   crocidolite hypothesis that it was the only cause.   I

17   don't know any other scientist that thought that way.   I

18   don't know why he changed his mind, but he precipitously

19   did so.   So, you know, one could guess, but I'm not sure

20   why.

21   Q.       Okay.   We don't want your guess, sir.

22   A.       Yeah, right.   So Dr. Wagner, when I worked with

23   him, showed me that Chrysotile causes Mesothelioma.

24   Q.       And you formed that opinion in the '70s; right?

25   A.       Right.

~~1900~~

Cross - Brody

1  Q.     And after that, I guess starting in the '80s, you

2  began testifying for, primarily, plaintiffs in the

3  asbestos litigation.  Correct?

4  A.     In the -- yes '89, early '90s.  Yes.

5  Q.     And as new literature developed, you didn't change

6  your opinion on that; right?

7  A.     No.  Because the new literature was quite clear in

8  supporting that opinion that Chrysotile causes

9  Mesothelioma.

10 Q.     Your view of the literature is that it supports

11 that, sir.  Right?

12 A.     My view of the literature is that it supports it.

13 That's fine.

14 Q.     All right.  And you studied also under another

15 very famous researcher named John E. Craighead; correct?

16 A.     Right.

17 Q.     And he is the author of a 2008, or the editor of

18 the Oxford University Press book Asbestos and Its

19 Diseases.  Correct?

20 A.     Yes.

21 Q.     And you still consider him a very fine scientist?

22 A.     Sure.

23 Q.     And he's your mentor or one of your mentors?

24 A.     He was.  Yes.

25 Q.     And he has reviewed the evidence as it has evolved

1901

Cross - Brody

1  and is of a view that the evidence is totally convincing

2  that Chrysotile does not cause Mesothelioma.  Right?

3  A.     That's his view.

4  Q.     All right.  And now we're going to a talk and

5  focus in on this case.  We've talked about the thousand

6  fiber per cc miners, and I'm sure we'll hear more about

7  mining populations.  But you would agree that it is the

8  consensus of the medical community that Chrysotile-

9  induced Mesothelioma only occurs with very high exposure.

10  Correct?

11  A.     Well, you read my answer.  I would, as a general

12  principle, think that it's true.  I mean that's where

13  most of the cases come from, but there are numerous

14  reports of cases from low-dose exposures

15  Q.     We have case reports and we'll deal with case

16  reports.  But you agreed in your deposition and still

17  agree, sir, that if we're looking for a consensus in the

18  medical community, it's that Chrysotile-induced

19  Mesothelioma only occurs with very high exposures.

20  Correct?

21  A.     No.  Where does it say "only?"  "Only occurs?"

22  That's where most -- that's where most of the cases come

23  from are from high exposures.  That's what that says.

24  Q.     Let me just make sure your answer is in the

25  record.  The question was, at your deposition would you

1902

Cross - Brody

1  agree that it is the consensus of the medical community

2  that Chrysotile-induced Mesothelioma only occurs with

3  very high exposures?  And your answer was, I would as a

4  general principle -- I think that's true.  I mean that is

5  where most of the Mesothelioma is caused by Chrysotile

6  come.  Right?

7  A.     Exactly.  That's not where they all come from.

8  That's where most of them come from.

9  Q.     In fact, that is published in a book that is

10  authored by a very famous scientist, including physicians

11  at the Mayo Clinic.  Right?

12  A.     Yes.

13  Q.     And when they do it, they go on to say that it's

14  only at very high exposures.  And they talk about where

15  that's been shown as being in the mining situations where

16  there is a very high level of asbestos that can be found

17  in the miners' bodies.  Right?

18  A.     That's where most of the cases come from.  That's

19  right.

20  Q.     Sir, we talked a little bit about potency.  There

21  have been researchers and published health analysts who

22  have looked at the level that even assuming that we're

23  dealing with Chrysotile in the mining situation what the

24  potency is on a fiber per fiber basis.  Correct?

25  A.     Yes.

1903

Cross - Brody

1    Q.    Now in this case, at great expense, we've had a

2    lot of information developed about people who may make

3    claims against Garlock in the future and they've been

4    grouped into various categories.  I'll represent to you

5    that those group groups have been identified to the Court

6    and a retrospective exposure assessment has been done

7    using the methodologies for doing that kind of work and

8    that even in the highest exposure category the relative

9    contribution in terms of fibers from lifetime cumulative

10   exposure is shown.  For the pipefitters here it would be

11   5.5 in one year, 5.5 fibers per cc year as opposed to

12   gaskets, even if you assume three a day.  I think it's

13   three a day.

14   A.    You know, I'm sorry to interrupt.  I have no idea

15   what you're talking about.

16         MR. GEORGE:  I was going to object to the

17   foundation.

18         THE WITNESS:  Why are you showing me this?

19         MR. GEORGE:  He's a cell biologist.

20         BY MR. SCHACHTER:

21   Q.    Yeah.  You have testified, sir, that asbestos --

22   that amosite is 500 times more potent on a fiber-per-

23   fiber basis.  Correct?

24   A.    Okay.  That's not my testimony that it is.  It's

25   my testimony that there is a scientist Hodgson and

1904

Cross - Brody

1    Darnton who said crocidolite was 500 times and amosite is

2    100 times.  Yeah, sure, that's fine.  I don't think there

3    really is a good number because they changed their

4    numbers after that.

5    Q.      Okay.

6    A.      So, please, go ahead I guess.

7    Q.      Thank you.  You testified before a jury in a trial

8    in Boston, and I believe this happened in 2006.  Right?

9    A.      Whatever the date is.

10   Q.      2006.  Now we've heard some testimony in this

11   case, or seen some articles written before 2006 by

12   Nicholson and Boffetta and Allan Smith.  And you were

13   aware of all that literature.  You're up on the asbestos

14   litigation; right?

15   A.      Mostly, yes.

16   Q.      All right.  So that was all in the literature as

17   of 2006.  And you testified, did you not, to this 500

18   number.  And you mentioned Hodgson and Darnton and

19   others.  But the lawyer who was asking you questions, and

20   it wasn't me.  You said in answer to one of them that 500

21   was my number.  And the lawyer asked you, that is your

22   opinion?  And you said, that's my opinion.  Correct?  The

23   difference between amosite and Chrysotile was 500 that

24   you testified before that jury in 2006.  Right?

25   A.      Okay.  That's fine.  I think it was 500 for

1905

Cross - Brody

1   crocidolite, actually, on that paper, and 100 for

2   amosite.  But I'm also testifying today that they changed

3   those numbers.  And I don't think those numbers are

4   really mean very meaningful, if the authors who put them

5   together have changed them.

6   Q.     Sir, even in this case when I took your deposition

7   you said that -- you said there were a lot of numbers in

8   the literature, but you said that the 500 number is a

9   good number.

10  A.     I'm sorry.  I said?

11  Q.     Huh?

12  A.     I'm sorry.  What did I say?

13  Q.     Just a second.  Let me get your testimony.  This

14  is from your testimony a few months ago.  Isn't it true

15  that you previously testified that amosite is 500 times

16  more potent than Chrysotile in causing Mesothelioma?  And

17  your answer was, on a fiber-per-fiber basis, absolutely.

18  And let me get the next pages.  It went on for a while.

19  And you made these explanations about the Hodgson and

20  Darnton --

21  A.     Can we see that?  Actually, I think I just said

22  the same thing.

23  Q.     Here?

24  A.     No.  I mean put it under the thing there so we can

25  see it.  It's exactly what I just said.  "Okay.  All I'm

1906

Cross - Brody

1   trying to point out is that my testimony yesterday is

2   under oath and today under oath."  Next page.

3   Q.    (Indicating.)

4   A.    "That the Amphibole fibers are more potent on a

5   fiber-per-fiber bases.  That's all it means, whether it's

6   500 times, which I've testified to and I agree with, or

7   two times in some studies, 800 times in others.  On a

8   fiber-per-fiber basis what that means is you may need 500

9   Chrysotiles for every Amphibole.  That is fine.  It

10  depends on what the person is exposed to.  That's all I

11  want the jury to understand."

12       So, I'm -- the 500 times number by these authors

13  Hodgson and Darnton has been changed.  So you show -- you

14  can show me this, which is exactly what I've told you,

15  but these numbers have changed.  Please go ahead.

16  Q.    Okay.  And buried in all that explanation, you

17  ultimately said 500 is a good number.  Right?

18  A.    Well within the explanation that I gave for the

19  numbers?  Sure.

20  Q.    What you're referring to is --

21  A.    It's no better than -- I'm sorry.  It's no better

22  than two times.  It's no better than 800 times because we

23  don't know the number.

24  Q.    You are -- sir, you agree that there's reputable

25  scientific evidence that Chrysotile is far less potent on

1907

Cross - Brody

1  a fiber-per-fiber basis than amosite in causing

2  Mesothelioma?

3  A.     Yes.

4  Q.     And that's a consensus of the scientific community

5  is that the causes of Mesothelioma at all, Chrysotile is

6  far less potent?

7  A.     Yes.  And I don't think we know just how much the

8  differences in potency are.

9  Q.     But, for example, if we had a pipefitter -- if we

10 look at the pipefitter numbers before this court.  As a

11 scientific principle, it would be important to include

12 potency, a potency factor, in any of the exposure that

13 would be attributable to the Amphibole containing

14 insulation; correct?

15 A.     Sure, if you knew what it was.  If you didn't know

16 what it was, I don't know how helpful that would be.

17 Q.     All right.  And if in fact those numbers that we

18 gave to the Court were to take into account your potency

19 limit at only 50 times one order of magnitude less, it

20 would greatly swell the relative contribution of the

21 component of the exposure that was from insulation.

22 Correct?

23 A.     Just as a general principle?  Sure.  But I can't

24 speak to what's in the insulation to begin with.

25 Q.     Thank you, doctor.

1908

Redirect - Brody

1    A.      You're welcome.

2                    **REDIRECT EXAMINATION**

3         BY MR. GEORGE:

4    Q.      Some quick followup.  Dr. Brody, I'm just going to

5    go from the front back.  I want to start -- what I want

6    to start with is, I want to ask you about --

7    Mr. Schachter put up a slide that talked about the

8    studies of the animals.  One of the studies he put up was

9    the Stettler study, the slide he said was monkeys,

10   amosite get Mesothelioma and Chrysotile don't.  But the

11   Stettler study has nothing to do with Mesothelioma;

12   correct?

13   A.      Well this says Histopathology and that's why I

14   responded by saying I looked at those monkeys and they

15   were a mess.

16   Q.      What this was, they did a chronic exposure for 18

17   months.  They exposed rats and monkeys to a level of

18   about 0.79 fibers per cc.  They sacrificed the first

19   group by 24 months.  That's the paper that Platek wrote?

20   A.      Right.

21   Q.      Then they went back 11 and a half years later and

22   looked at the surviving monkeys and sacrificed them to

23   see what was happening.

24   A.      Right.

25   Q.      Now, one thing we know is that there was only an

1909

Redirect - Brody

1  11-year latency period.

2  A.      Right.

3  Q.      Would we expect that if they waited longer there

4  would be more effect from exposure?

5  A.      Could very well be sure.

6  Q.      Do we know what the latency period is in a monkey?

7  A.      We don't.

8  Q.      They say that -- the other thing that he didn't

9  mention is when they did this study they used short

10  Chrysotile which had been prepared by ball milling.  Do

11  you know what ball milling is?

12  A.      Yes.

13  Q.      Can you explain what ball milling is?

14  A.      Well, when you take a sample of asbestos you can

15  break it up using a large ball and it breaks it down into

16  smaller fibers, mills it.

17  Q.      Does that have an effect when an animal inhales

18  ball-milled Chrysotile as opposed to inhaling regular

19  Chrysotile?

20  A.      Well, there are shorter fibers.  But, obviously,

21  in the studies I've done, and this study, they cause

22  disease.  Short fibers cause disease.

23  Q.      And what the authors found is the actual

24  authority, short fiber exposure in the present study was

25  quite small.  But they go on to say 52 percent of all

1910

Redirect - Brody

1  particles examined by scanning electron microscope -- and

2  that's what you use; right?

3  A.      Right.

4  Q.      Were non-fibrous, primarily clumps of small

5  Chrysotile fibers produced by ball milling of bulk

6  Chrysotile.   These clumps of Chrysotile remained in tact

7  in the SEM microcongraphs of the rat lungs.   In addition,

8  it should be remembered that short Chrysotile was

9  prepared by ball milling.   Other investigators have noted

10  that mechanical milling changes the crystalline structure

11  and the surface chemistry of Chrysotile, since service

12  cell chemistry is thought to play an important role in

13  fiber-related lung fibrosis and carcinogenicity may have

14  affected the fiber.   It should be noted that the design

15  of the present study allowed for only a small number of

16  animals and low exposure levels and duration relative to

17  human exposures.   Hence, the ability to draw inferences

18  from this data is limited.

19          Do you agree with that?

20  A.      Sure.

21  Q.      He also talked to you about the baboon studies.

22  Now, he didn't tell you that in the Goldstein baboon

23  study they had no idea how much exposure that the

24  Chrysotile baboon had in relation to the exposure that

25  the other baboons had.   If that baboon had less exposure,

1911

Redirect - Brody

1  would that be a reason why maybe that baboon did not

2  develop Mesothelioma?

3  A.      Sure.

4  Q.      If the baboon had equal exposure and if Chrysotile

5  is more potent, then we wouldn't expect Chrysotile to be

6  induced on equal exposures of Chrysotile for crocidolite.

7  True?

8  A.      Sure.

9  Q.      If we wanted to find out if Chrysotile causes

10  Mesothelioma in baboons we would need to give them more

11  Chrysotile than amosite and crocidolite.   Correct?

12  A.      Sure.

13  Q.      And then in the last study, Hiroshima, they gave

14  the baboons Chrysotile for eight and a half to 24 months.

15  But they gave the amosite for 49 months and the

16  crocidolite for 35 months, which was the dose that

17  produced the Mesothelioma.   Would the fact that there was

18  less exposure from Chrysotile be an explanation of why

19  the baboons did not get disease?

20  A.      Yes.

21  Q.      Are you familiar -- you were asked some questions

22  about iron.   Are you familiar with the paper that just

23  came out in 2012 on iron overloads signature in

24  Chrysotile-induced malignant Mesothelioma?

25  A.      Yes.

1912

Redirect - Brody

1  Q.      And they found -- in fact, they did exposures.

2  They produced Mesotheliomas with all three types of

3  asbestos and they said that these data indicate that

4  Chrysotile is a strong carcinogen when exposed to the

5  mesothelia acting through the induction of local iron

6  overload.  What does that mean?

7  A.      Well all the asbestos varieties generate oxygen

8  radicals, and the iron in the fibers is the catalyst for

9  that.  And some people think that Chrysotile might have

10 lower potency because it has less iron but, in fact,

11 we've known that it accumulates iron over time.  And

12 that's really what that paper addresses.  It accumulates

13 iron and can, therefore, generate oxygen radicals and act

14 as a carcinogen.  We published in my laboratory in 2004,

15 the fact that Chrysotile asbestos generates oxygen

16 radicals and, therefore, is part of the carcinogenic

17 process.

18 Q.      If it's a carcinogen when exposed to mesothelia,

19 does that mean it's capable of producing a Mesothelioma,

20 which is a cancer of the mesothelial cells?

21 A.      Yes.

22 Q.      You were asked about the Hill causation.  And you

23 had said you thought you remembered a section about test

24 of significance.  Is this the section that you remember?

25 A.      Yes.

1913

Redirect - Brody

1   Q.      It says that no formal tests of significance can

2   answer those questions.   Such tests can and should remind

3   us of the effects that the play of chance can create, and

4   they will instruct us of the likely magnitude of those

5   effects.   But beyond that, they contribute nothing to the

6   proof of our hypothesis.   Does that mean that Hill's

7   requiring that you have a doubling of the risk with a

8   statistical significance, not including one?

9   A.      No.

10  Q.      You talked about the fact that Hodgson and

11  Darnton's numbers of 500 to 100 to one.   You were asked

12  about that at trial in 2006?

13  A.      Yes.

14  Q.      That was seven years ago; right?

15  A.      Yes.

16  Q.      In 2010, four years after that testimony, Hodgson

17  and Darnton wrote a letter to the editor saying based on

18  the new data coming out of North Carolina we were off by

19  a factor of ten.   Is that right?

20  A.      Yes.

21  Q.      Would the fact these authors who came up with the

22  ratio of 500 to 100 to one changed it by a magnitude of

23  ten alter your opinion as to what their belief is as to

24  potency?

25  A.      Right.   Which is why Mr. Schachter and I went

1914

Recross - Brody

1  through that about what is really a good number and what

2  isn't.

3  Q.     If we reduced by a magnitude of ten, we're really

4  talking about a ratio of 50 to ten to one, right?

5  A.  Yes.

6  Q.  Thank you very much.

7                    **RECROSS EXAMINATION**

8          BY MR. SCHACHTER:

9  Q.     Jiang was a rat study?

10  A.     I'm sorry?

11  Q.     Jiang was a study in rats, the study he showed you

12  there.  Do you know or not know?

13  A.     I don't.  I don't remember.  This one we just saw,

14  you mean?

15  Q.     Yeah, the Jiang.

16  A.     Yes.

17  Q.     And the Hodgson and Darnton point is -- what they

18  did was they said that the data in Loomis varied by, from

19  their numbers, by a factor of ten.  Correct?

20  A.     I don't remember them saying that.  But if that's

21  what it says, fine.

22  Q.     And Loomis is the article co-written by Dr. Dement

23  and containing data on the Marshville plant; is that

24  correct?

25  A.     That's what I understand.

1915

Recross - Brody

1  Q.      All right.  We'll hear more about that later.

2  Thank you, sir.

3  A.      You're welcome.

4          THE COURT:  Okay.  You can step down.  Thank you.

5                     (Witness excused at 3:18 p.m.)

6          THE COURT:  Why don't we take a break now and come

7  back at 3:30?

8          Let me -- just housekeeping-wise, let me say

9  Mr.  Moon you may want to listen to this because I don't

10 see Mr.  Swett or Mr. Inselbuch.  Somebody has filed a

11 motion with respect to the confidentiality.  So if you

12 are you all aware of that?

13         MR. MOON:  I've seen it.

14         THE COURT:  I won't do anything about that until

15 tomorrow -- maybe tomorrow morning.  If you all want to

16 file something in response to that, if anybody wants to

17 file any response to that, do so as soon as you can.

18 We'll deal with that in the morning, probably without a

19 hearing.  Okay?  Thank you.  Be back at 3:30.

20                     (Off the record at 3:19 p.m.)

21                     (On the record at 3:32 p.m.)

22         THE COURT:  Have a seat.  Let's go on to whatever

23 is next.

24         MR. FROST:  Thank you, Your Honor.  We'd call Carl

25 Brodkin.

1916

Direct - Brodkin

1    (Witness duly sworn at 3:32 p.m.)

2    **DIRECT EXAMINATION**

3    BY MR. FROST:

4    Q.    Good afternoon, Dr. Brodkin.  Can you please state

5    and spell your name for the record?

6    A.    Carl Andrew Brodkin.  C-A-R-L.  A-N-D-R-E-W.

7    B-R-O-D-K-I-N.

8    Q.    And Dr. Brodkin, what is your specialty?

9    A.    I'm a physician in Occupational and Environmental

10   Medicine and internal medicine.

11   Q.    And just briefly, what areas of expertise does it

12   take to be a specialist in Occupational and Environmental

13   Medicine?

14   A.    As in other branches of medicine, one has to

15   complete medical school, a residency training program

16   with internship and residency, and then advanced training

17   for fellowship.

18        THE COURT:  The first thing you've got to do is

19   pass chemistry, which is what I couldn't do.

20        THE WITNESS:  Yes, Your Honor.  Yes.  Organic

21   chemistry is the weed-out class.

22        BY MR. FROST:

23   Q.    I couldn't pass that either.  Maybe that's why

24   we're lawyers.

25        Dr. Brodkin, where did you graduate?  And when you

1917

Direct - Brodkin

1 graduated, did you receive any honors?

2 A.     I attended Swarthmore College where I got my

3 bachelor's degree.  I then went to my home state of

4 Colorado to the University of Colorado for medical

5 school.  I graduated with honors from medical school.

6 Q.     And in fact, Dr. Brodkin, weren't you in the top

7 of your class in medical school?

8 A.     Well, I was elected to Alpha Omega Alpha which is

9 the Honoured Medical Society.

10 Q.     Now I have a slide here that just has some of the

11 things so we can talk about these briefly.  I think you

12 just talked about the Alpha Omega Alpha.  Have you ever

13 done any fellowships and worked with the ATSDR?

14 A.     Yes.  After I completed fellowship training in

15 Occupational Medicine I did another year of fellowship

16 training in Environmental Medicine with ATSDR.

17 Q.     And I have the American college of Occupational

18 and Environmental Medicine.  How does that play into your

19 background and experience?

20 A.     The American College of Occupational Medicine is

21 the largest body in the U.S. of Occupational Medicine

22 physicians.  I've been a member for almost 20 years since

23 I've completed my fellowship in Occupational Medicine.

24 I'm a fellow of the college and also served on the Lung

25 Disorders Committee of the American College.

1918

Direct - Brodkin

1   Q.     And are you board certified in Occupational

2   Medicine?

3   A.     Yes.  After I completed internal medicine I became

4   board certified in that specialty.  And after I completed

5   specialty training in Occupational Medicine I became

6   board certified in that area.

7   Q.     And I have the Fred Hutchison Cancer Research

8   Center.  How does that play in your background?

9   A.     In my fellowship in Occupational Medicine I became

10  interested in asbestos-related disease and became a

11  co-investigator of a large cohort of asbestos-exposed

12  workers, over 4,000 workers, and that was organized

13  through the Fred Hutchison Cancer Research Center.  It

14  was a large National Cancer Institute study to look at

15  risk factors and the development of cancer and

16  antioxidants and vitamins that may prevent those cancers.

17  I had the opportunity to follow those workers for more

18  than 17 years.  They're still being followed.

19  Q.     And in fact, have you given safety lectures in the

20  past?

21  A.     I have.  Certainly, local unions have asked me to

22  participate in lectures.  I gave the Dunn Memorial

23  lecture for the Pipefitters Local in northern Oregon and

24  southern Washington, my home state now, about health and

25  safety issues.

1919

Direct - Brodkin

1   Q.     And so you've had experience with not only talking

2   to pipefitters but, also, in some of your studies you

3   have followed people who were pipefitters and those type

4   of people?

5   A.     Yes.  Where I practice in Seattle, there's a large

6   shipyard industry.  And I've seen thousand -- of the

7   thousands of workers I've seen over the years, probably

8   about a third of them at some time have worked in the

9   shipyard industry.  So I'm familiar with that and with

10  the CARET study through Fred Hutchison.  Of those 4,000

11  workers, almost 1,000 of them, or a quarter, were

12  pipefitters.

13  Q.     And in fact, I have a slide up there that has the

14  CARET study.  Just briefly, what was the CARET study?

15  A.     The CARET study was a prospective randomized

16  epidemiologic study to look at whether antioxidants and

17  vitamins prevented cancers in high risk individuals,

18  including smokers and asbestos-exposed workers.  The

19  asbestos-exposed cohort was over 4,000 workers and

20  allowed an opportunity not only to look at whether the

21  vitamins were effective but, really, at the natural

22  history of asbestos-related disease and the development

23  of malignancies in that group.

24         We stopped the trial in 1996 because the vitamins,

25  unfortunately, were not effective in reducing cancer

1920

Direct - Brodkin

1   rates.  But we were able, certainly, to follow those

2   workers and do many publications and have increased

3   knowledge regarding asbestos exposure which have come

4   from the CARET study, and I participated in a number of

5   them.

6   Q.      And I have up there pipefitters.  Were they part

7   of this group?  And how many folks were part of it?

8   A.      They were.  Pipefitters were the largest group,

9   about 1,000, a quarter of the workers.  The others

10  included other shipyard trades.  There were over 700

11  boilermakers, about 250 insulators and some other

12  shipyard trades, as well as plasterboard workers.

13  Q.      So there were more pipefitters in your study than

14  even insulators?

15  A.      Oh, yes.

16  Q.      And so that was a large group in this study group

17  that you had worked with?

18  A.      Yes.  The insulator unions are -- tend to be much

19  smaller in our area than the pipefitters in terms of

20  numbers, so that's reflected in the CARET study.

21  Q.      And where you have up there, "pipefitters 40 cases

22  of Mesothelioma."  Among those thousand workers there was

23  at least 40 cases of Mesothelioma?

24  A.      Well, 40 cases occurred in the cohorts.  So, among

25  the 4,000.

1921

Direct - Brodkin

1  Q.      I'm sorry?

2  A.      Among the 4,000 workers there were 40

3  Mesotheliomas.  That's about one percent of the

4  population.  So of the cohort, for a rare disease like

5  Mesothelioma which occurs in about one in a million

6  individuals, it's an extremely high rate.  There was

7  about 11 Mesotheliomas in the pipefitters.  So, over one

8  percent.

9  Q.      So 11 of the 40 were in the pipefitters?

10  A.      Eleven of the 998 were among the pipefitters.

11  Q.      Okay.  Now -- and you mentioned this briefly.  But

12  that CARET study and this characterization of asbestos,

13  this -- as an asbestos cohort, you've actually published

14  this with other authors?

15  A.      Yes.  There were a number of co-investigators.  I

16  was one of this group of co-investigators, and this is

17  one of the publications that characterizes the types of

18  workers and how workers entered the CARET study.

19  Q.      And there were other articles that were -- this

20  same group of people, but there's multiple articles that

21  you were a co-author on dealing with this study.

22  Correct?

23  A.      That's correct.  Most of my 50 -- approximately 40

24  to 50 peer review publications are related to asbestos,

25  and many of them are through the CARET study.

1922

Direct - Brodkin

1    Q.      Now -- and we'll get to a few of these.  Was this

2    one also related to the CARET study, the one with Harvey

3    Checkoway?

4    A.      Yes.  This was looking at the correlation between

5    respiratory symptoms and lung function between asbestos-

6    exposed workers.

7    Q.      Now you mentioned just briefly you have published

8    on asbestos.  And all the articles that I just showed the

9    Court, those are all peer reviewed and published in the

10   literature.  Correct?

11   A.      That's correct.  Yes.

12   Q.      Besides that, you've also published other things

13   concerning asbestos.  Is this one also -- this one is

14   also related to the CARET study; correct?

15   A.      It is.  This is looking at lung function changes

16   over time in asbestos-exposed workers and what would

17   predict loss of lung function.

18   Q.      Now, besides the CARET study, have you also, in

19   your personal practice, seen people that suffer from

20   asbestos-related diseases working in the Washington state

21   area?

22   A.      Yes.  As I have said, since my fellowship

23   beginning in 1989 I've seen asbestos-exposed workers.

24   And in clinic or in surveillance programs or in the CARET

25   study, I've seen thousands of asbestos-exposed workers

1923

Direct - Brodkin

1  over the last 20 years.  And that's certainly gone on

2  throughout my practice, both when I had an academic

3  practice at the University of Washington as well as in

4  private practice since 2003, although my practice now is

5  mostly a consulting practice.

6  Q.      Now you've also -- I have a textbook.  And I

7  didn't bring it, because it's pretty big.  It's about

8  this thick.  Are you an editor of the Textbook of

9  Clinical, Occupational and Environmental Medicine?

10 A.      Yes.  I was one of the co-editors of the second

11 edition of that textbook.

12 Q.      Now, besides that, you mentioned briefly that

13 you've worked at the University of Washington.  What have

14 you done teaching in the past?

15 A.      Yes.  I was a full-time faculty member for about

16 ten years after completing my fellowship, and I continue

17 to serve as an adjunct clinical associate professor.  But

18 in those ten years I was at the university, I was

19 variously at different times residency director, clinic

20 director and course director for their clinical

21 Occupational Medicine course.

22 Q.      And have you also -- other than your peer reviewed

23 articles and your editoring of the textbook, have you

24 been asked at times to be on committees such as the

25 American Thoracic Society?

1924

Direct - Brodkin

1   A.      Yes.   I certainly have been on a number of

2   committees.   In the early 2000s I was asked by the

3   American Thoracic Society to participate in a committee

4   that would advise pulmonary physicians, as well as

5   physicians in internal medicine and other specialties,

6   about the criteria necessary to diagnose asbestosis, the

7   scarring disease related to asbestos, as well as pleura

8   plaques.   I'm not a lung specialist but was asked because

9   I was an Occupational Medicine physician experienced with

10  asbestos to participate on that committee.

11  Q.      So even though the American Thoracic Society is a

12  society for lung specialists, your specialty is

13  Occupational Medicine, and you were still asked to be on

14  this committee that came up with the criteria of how to

15  diagnose asbestosis in individuals?

16  A.      That's correct.   And this became the consensus

17  document for the American Thoracic Society on how to

18  diagnose asbestosis.

19  Q.      And there was a number of folks that were on that

20  committee?

21  A.      That's correct.

22  Q.      Now, the other thing about this is that these

23  consensus documents -- the Court's heard a little bit

24  about consensus documents.   Based on your experience

25  being involved in the ATS consensus document, how does

1925

Direct - Brodkin

1  that process work?

2  A.     The process works, typically, by selecting a

3  committee of experienced physicians and scientists in an

4  area to develop the criteria to provide evidence of

5  scientific and medical reliability and validity to

6  produce a document that synthesizes that review and then

7  to present it to the broader organization for review to

8  see if there is consensus.  If there's not, one may have

9  to go through an iterative process.  But in this case,

10  certainly, our document went through the broader

11  committees of the American Thoracic Society before it was

12  adopted as a consensus document.

13  Q.     Now I didn't ask you, but have you had any

14  involvement with the American College of Occupational and

15  Environmental Medicine?

16  A.     Well, I did speak to that a little earlier that

17  I've been a fellow with the American College of

18  Occupational and Environmental Medicine and do serve on

19  the Lung Disorders Committee and have for a number of

20  years.

21  Q.     What's the Lung Disorders Committee?

22  A.     The Lung Disorders Committee is the committee of

23  the American College that really advises their board of

24  directors on issues relating to pulmonary disease in

25  occupational settings and positions that might be taken

1926

Direct - Brodkin

1  based on evidence, scientific evidence, or developments

2  in the field.

3  Q.     Your Honor, we would offer Dr. Brodkin as a expert

4  in the area of Environmental Medicine.

5         M. SCHACHTER:  No objection.

6         THE COURT:  All right.

7         MR. FROST:  And occupational.

8         THE COURT:  And occupational?

9         M. SCHACHTER:  No objection to that either.

10        THE COURT:  He will be accepted.

11        BY MR. FROST:

12 Q.     Okay.  Dr. Brodkin, how much do you get paid an

13 hour?

14 A.     I'm getting paid $550 an hour, which is my 2012

15 rate when I was retained in this case.

16 Q.     Now how many hours have you spent on this case, I

17 guess, prior to your deposition?

18 A.     Over 100 hours.

19 Q.     And that hundred hours would be billed at your

20 normal rate, I guess?

21 A.     All of my activities in this case and other

22 evaluations I do are billed at an hourly rate.

23 Q.     Okay.  Now, we want to talk about -- we talked

24 with Mr.  Templin a little bit and about state of the art

25 and asbestos and gaskets and packing in particular.  Is

1927

Direct - Brodkin

1  that an area that you have reviewed the literature on?

2  A.     It is.  It's certainly a common exposure in

3  Occupational Medicine, and I have.

4  Q.     And as an Occupational Medicine doctor, this is

5  something you need to review in order to have an

6  understanding of not only the work practices but what was

7  known and knowable about these type of products over the

8  years?

9  A.     Certainly one has to be aware of the literature in

10 terms of understanding both exposure, because

11 Occupational Medicine is an assessment of exposure-

12 related illness.  So the literature regarding exposure,

13 as well as the literature regarding health effects.

14 Through my review of that literature and studying it, I

15 am aware of how medical knowledge did evolve over time.

16 Q.     And the first document I have is Merewether and

17 Price from 1930.  Are you familiar with that particular

18 document?

19 A.     I am.  Yes.  Certainly, we were taught about this

20 when I was a fellow.

21 Q.     So this is something you were actually taught in

22 school?

23 A.     Within the first couple of weeks of fellowship in

24 1989 when I started Occupational Medicine, this is one of

25 the seminal papers in all of Occupational Medicine.

1928

Direct - Brodkin

1   Q.     This Merewether and Price paper.  Mr.  Templin

2   talked about the fact it was in two parts.  He and I

3   talked about one section, but I want to talk to you about

4   other areas.  Was Merewether and Price just focused on

5   asbestos, Chrysotile asbestos, textiles in England?  Or

6   were there other issues being discussed concerning

7   asbestos products?

8   A.     The initial study was an investigation of textile

9   workers who were Chrysotile-exposed.  Merewether and

10  Price identified about a quarter of those workers that

11  had asbestosis.  And based on the realization that there

12  was prevalent disease among asbestos-exposed workers,

13  they made recommendations for other workers in other

14  areas.  That's part two of their document where they make

15  those recommendations.

16  Q.     And did they talk about any end products that were

17  not asbestos textiles?

18  A.     They reviewed a number of different products,

19  including insulation products, cementious products like

20  asbestos cement, friction products, jointings and

21  packings, which was an older name for a gasket-like

22  material.  These were all areas that they studied.

23  Q.     And in the 1932 -- this is what I talked with

24  Mr.  Templin about briefly.  In 1932 did they continue to

25  talk about packings and jointings?

Direct - Brodkin

1    A.      They did, although they had broader

2    recommendations in 1932.  1930 was strictly focused on

3    workers fabricating or manufacturing materials.  In 1932

4    they focused not only on that group of workers but on

5    industrial processes.  So that really refers to workers

6    that would be using the materials in industrial

7    processes, including end users.

8    Q.      And so after 1932, did the knowledge or at least

9    understanding that individuals could get asbestosis from

10   jointings and things like that continue on?

11   A.      It did.  And certainly it was recognized that

12   activities disrupting the material, specifically sawing,

13   grinding and turning of a packing and joining material

14   and other material could result in exposure that puts

15   workers at risk for asbestosis.

16   Q.      And I put up there, again, another article from

17   1935.  That was, again, from the Merewether and Price;

18   correct?

19   A.      Yes.

20   Q.      Then in the same time period of 1935, were there

21   other documents from the United States, particularly the

22   Pennsylvania Department of Labor and Industry where they

23   also talked about asbestos and concerns for end products?

24   A.      In 1935, Campbell essentially replicated the

25   Merewether and Price study in textile workers in the

~~1930~~

Direct - Brodkin

1  United States and found a very similar prevalence, about

2  a quarter of workers in the textile trades with evidence

3  of asbestosis.  And very much like Merewether and Price,

4  the Pennsylvania Department of Labor and Industry

5  document in 1935 made specific recommendations for

6  different types of materials which certainly included a

7  rope and wick-type materials, packing-type materials that

8  can contain up to 90 percent asbestos.  It would also

9  include friction products, insulation, cementitious

10 materials very much like Merewether and Price.

11 Q.     So, again, we're talking about not only the people

12 manufacturing products but concern for end products?

13 A.     That's true.  Yes.

14 Q.     Then I have a document entitled Occupational

15 Tumors and Allied Diseases.  Now this isn't just a paper,

16 Dr. Brodkin, this is actually a big old book.  I mean,

17 that's what I'd call it.  It's about two or three inches

18 thick.  And it's a book published by Dr. Hueper who we

19 talked with Mr. Templin about in some of the internal

20 Garlock documents.

21 A.     Yes.  Occupational Tumors is a text.  It's over

22 500 pages long.  And Dr. Hueper was probably the

23 preeminent occupational pathologist of the time.

24 Q.     And that was published in 1942.

25 A.     That's correct.  Yes.

1931

Direct - Brodkin

1  Q.     Now, this idea, this concern, about asbestos

2  causing cancer, in particular lung cancer.  Was that

3  something Dr. Hueper talked about in that particular

4  book?

5  A.     It is.  Certainly, there was knowledge from the

6  1930s that asbestos-exposed workers were at increased

7  risk for lung cancer.  So Dr. Hueper not only addresses

8  asbestosis, which Merewether and Price did, but also the

9  concern for lung cancer in terms of a range of asbestos

10 products.

11 Q.     And what types of products was Dr. Hueper talking

12 about as potentials for exposure?

13 A.     It would be probably a broader range than

14 Merewether and Price but certainly would include the same

15 major categories of asbestos cement, insulation, friction

16 products, gaskets and packing, as well as other board

17 materials, plaster boards and related jointing materials.

18 Q.     And then in 1943 the Illinois Labor Bulletin.  Was

19 there publications concerning gaskets as being a concern

20 during that time period?

21 A.     Yes.  The Labor Board emphasized gaskets as one of

22 the principal asbestos-containing products with the need

23 to apply wet methods and dust suppression, the same

24 techniques that were talked about this morning.

25 Q.     And, sir, Richard Doll, did he, in 1955, publish

1932

Direct - Brodkin

1  an article concerning asbestos?

2  A.    Yes.  Richard Doll looked at the textile workers

3  again.  This time not in terms of asbestosis, the

4  scarring disease, but in terms of lung cancer, and found

5  that the textile workers were at tenfold increased risk

6  for developing lung cancer, highly statistically

7  significant.  And he really definitively established the

8  association between asbestos in the textile industry,

9  Chrysotile asbestos, and development of lung cancer.

10  Q.    And that was all Chrysotile that Dr. Doll was

11  dealing with?

12  A.    Yes.  It was the textile industry, which was

13  Chrysotile.

14  Q.    Okay.  And then in 1958, did the AIHA -- we've

15  heard a lot about the AIHA.  They published things over

16  the years, the AIHA, correct?

17  A.    They certainly publish recommendations in terms of

18  exposure and worker protection.

19  Q.    And this Industrial Hygiene Organization, did they

20  talk about gaskets and packings being a source of

21  asbestos exposure?

22  A.    Yes.  Among other materials, the same types of

23  materials we've talked about, and the concern for

24  asbestosis and lung cancer.

25  Q.    Okay.  And then Dr. Wagner in 1960.  How is that

1933

Direct - Brodkin

1 relevant to understanding asbestos and asbestos cancers?

2 A.     Certainly Wagner added knowledge regarding

3 Mesothelioma and concern for Mesothelioma and asbestos

4 developed in the late 1940s.  Cases were observed in the

5 Canadian Chrysotile mines; two cases reported in 1952.

6 And Wagner followed up with a much larger study in the

7 northwest cape of South Africa identifying over 30 cases

8 of Mesothelioma among crocidolite miners, blue asbestos

9 miners, in the Cape and, again, added significantly to

10 the knowledge, really establishing definitively that

11 asbestos was a cause of Mesothelioma.

12 Q.     So even prior to Dr. Wagner, there were reports of

13 Chrysotile workers, or Chrysotile miners, getting

14 Mesotheliomas in the literature?

15 A.     Yes.  Cartier published that in 1952.  Two of the

16 Quebec miners and millers were Chrysotile-exposed.

17 Q.     You and I haven't focused much on it because we've

18 been focusing in on gaskets and packing.  But all along

19 this timeline from even before 1930 in Merewether and

20 Price, there are other articles that deal with what was

21 known and knowable about asbestos and whether it causes

22 asbestosis, lung cancer and Mesothelioma that you and I

23 aren't talking about.  Correct?

24 A.     Oh, certainly.  I mean, through the decades there

25 are hundreds.  And if you go to the current time, there's

1934

Direct - Brodkin

1  thousands of articles that address the growing medical

2  knowledge regarding asbestos-related disease and refining

3  that knowledge.

4  Q.    And so you and I are focusing mostly on gaskets

5  and packing and what was known about those, except for

6  the Doll case or the Doll paper and the Wagner paper.

7  Correct?

8  A.    Yes.  Those would be other areas.

9  Q.    Okay.  And then Dr. Hueper.  In 1964, did he

10 publish at the Selikoff conference and give a

11 presentation about the different types of products that

12 had potential for asbestos disease?

13 A.    Yes.  That was discussed in the 1964 Selikoff

14 conference.  It was published in 1965.  But Hueper

15 re-emphasized the concern for asbestos-related products,

16 among which included gaskets and packing and other

17 materials such as insulation, friction products, asbestos

18 cement and other materials.  But, this time not just in

19 terms of asbestosis and lung cancer but also

20 Mesothelioma.

21 Q.    Would it be fair to characterize that 1964

22 conference as only being about either crocidolite or just

23 about insulators?

24 A.    Not at all.  The 1964 conference was really

25 organized by Selikoff to synthesize the knowledge of

1935

Direct - Brodkin

1  asbestos at that time, given the growing volume of

2  research.  And it really related to asbestos broadly in

3  terms of all of the major commercial fibers and a broad

4  range of materials.

5  Q.     Now, Dr. Brodkin, I want to talk to you about your

6  methodology at this case, and particularly in dealing

7  with the questions of whether Chrysotile asbestos causes

8  Mesothelioma and whether Chrysotile asbestos in gaskets

9  or packing caused Mesothelioma.  Okay?

10 A.     Certainly.

11 Q.     And I have methodology.  Have you gone through a

12 methodology in trying to answer those particular

13 questions as an Occupational Medicine doctor?

14 A.     Yes.  There are three major methods that I use in

15 my practice and that physicians in Occupational and

16 Environmental Medicine would typically use in addressing

17 the question of causation, whether a material like

18 asbestos or Chrysotile in particular caused a disease

19 like Mesothelioma.  And those three methodologies, which

20 are not mutually exclusive -- in fact, I would call them

21 complimentary -- would include the occupational and

22 environmental history, which is a practice fairly unique

23 to our field in terms of taking a comprehensive

24 occupational history.  Secondly, the Helsinki Consensus

25 criteria which establishes how or what criteria are

1936

Direct - Brodkin

1   necessary to establish an asbestos-related disease.  And

2   thirdly, the Bradford-Hill criteria for causation, some

3   of which was talked about earlier.

4   Q.    And I guess my spell check didn't work very well.

5   The environmental history and occupational history, is

6   that something that's important?

7   A.    It is.  It's really integral to my field of

8   occupational medicine.  One can't evaluate it unless

9   one's gone through a comprehensive occupational history.

10  Q.    In regards to gaskets and packing exposures, say

11  in people who are pipefitters or people who are

12  machinist's mates on board ships or any job where they

13  would do gasket-type work.  Have you looked at that and

14  seen those type of occupational histories in the past?

15  A.    I have.  As I said, I've interviewed hundreds and

16  hundreds of workers over the years that have participated

17  in those activities, particularly in shipyard settings,

18  but also land-based settings.

19  Q.    And this methodology that you and I are going to

20  discuss, has this been something that's been published in

21  books like your own?

22  A.    Yes.  Certainly, the process of identifying risk

23  hazards and exposures through the occupational history is

24  a methodology that's integral to the field of

25  Occupational Medicine.  We Certainly published it in our

1937

Direct - Brodkin

1  textbook.  That section was published by Dr. Cullen and

2  Dr. Rosenstock, leaders in the field, on how one

3  identifies exposures.  So, that really underlies the

4  occupational history.  And to identify an exposure, one

5  needs, in terms of asbestos, a documented source of

6  asbestos and then an activity disrupting that source.

7  Q.      So this methodology that you and I are going to

8  use has been published in textbooks which are the types

9  of books that deal with Occupational Medicine and are

10 generally accepted in that field?

11 A.      Certainly.  Including our own.

12 Q.      Okay.  Now we were talking about occupational

13 history.  What as an Occupational Medicine doctor and,

14 using this methodology that's been used and published,

15 what are you looking for when you're looking at an

16 occupational history?

17 A.      My process and the process of physicians in my

18 field is to identify exposures that place individuals at

19 risk for disease.  And as I indicated, one starts with

20 the source.  There has to be a documented source of

21 asbestos-containing material.  That isn't sufficient --

22 just asbestos and a source isn't going to create

23 exposure.  There has to be an activity that disrupts that

24 source that generates airborne fibers that can become

25 respirable or breathable.  And to do that, there has to

1938

Direct - Brodkin

1 be a sufficient concentration to overcome the body's

2 defenses.

3       The body has defenses to cough particles that are

4 inhaled, or to produce mucus that removes particles or

5 fibers.  So, concentrations have to be sufficient to

6 overcome that to enter the respiratory tract, that's

7 called bio-availability, and then enter the tissues and

8 add to the body's burden of asbestos.

9 Q.    Now, this -- you weren't here for this but

10 Dr. Longo and others have done gasket fabrication studies

11 and numbers.  I showed these to you this morning;

12 correct?

13 A.    Yes, that's correct.

14 Q.    And there's power wire brushing.  These are

15 Dr. Longo's numbers again.  Are you familiar with these

16 type of numbers?

17 A.    Certainly.  I've read Dr. Longo's reports and

18 others, such as Dr. Millette and other reports, regarding

19 ranges of exposure and, certainly, these ranges are

20 within the ranges I've seen.

21 Q.    When we talk about ranges of exposure.  Even if we

22 took -- if we set aside Dr. Longo's reports and we set

23 aside Dr. Boelter's reports, are there publications in

24 the peer reviewed literature that talk about gasket

25 exposures that, as an Occupational Medicine doctor, you

1939

Direct - Brodkin

1    can look at and decide whether there's the availability

2    for people to be exposed to asbestos-containing gaskets

3    doing the typical work practices of changing a gasket,

4    grinding, and those type of things?

5    A.    Yes.  These studies are essential because they

6    really describe the airborne exposures when that activity

7    is performed.  So that relates to the occupational

8    history.  If a worker is hand grinding a gasket, that

9    generates a certain airborne exposure.  If they're power

10   wire brushing a gasket, it's going to generate a higher

11   exposure.  So it's really these studies that inform me

12   about the airborne exposures.

13   Q.    And these studies that inform you, it's a wide

14   range of sources that you've looked at.  I mean, it's not

15   just one or two data points?

16   A.    That's true.  I don't think one can just pick out

17   a study and say this is Exposure X.  One's talking about

18   a range of exposures from relatively lower exposures to

19   relatively higher exposures, and one wants to look at the

20   whole range.

21   Q.    Now you talked about -- so we talked about source,

22   and that would be -- you've got to put asbestos in the

23   gasket or packing; is that correct?

24   A.    Yes.  Typically, during historic periods in hot

25   applications or high pressure applications, those would

1940

Direct - Brodkin

1  be asbestos-containing gaskets.

2  Q.      And in the past, have you seen cases involving

3  Garlock gaskets?

4  A.      I have in the past.  Yes.

5  Q.      And those generally had a high level of asbestos

6  content in them?

7  A.      If they were for hot applications during those

8  historic times, yes.

9  Q.      And what levels of content would those be?

10  A.      Typically, in the 70 to 90 percent range.  Some

11  may be lower, some may be higher, but typically in that

12  range.

13  Q.      Now, what type of activities are you looking for

14  as an -- as an Occupational Medicine doctor who deals

15  with this issue of whether individuals are at an

16  increased risk for diseases like Mesothelioma?

17  A.      Exposure to gaskets from the occupational history

18  really relate to activities that would disrupt the fibers

19  from the encapsulation, and that would be activities

20  ranging from hand activities with scraping during

21  installation with ball peen hammering, scissor cutting,

22  to fabricate gaskets.  And then during removal, either

23  hand scraping or wire brushing, or then at higher levels

24  power brushing, either with pneumatics or other power

25  tools.

1941

Direct - Brodkin

1   Q.      And in fact, when a gasket is just sitting there

2   in place, or maybe just -- we had one here, even though

3   we have to have it, you know, in a special bag.  If it's

4   just sitting there and not being manipulated, is that a

5   problem?

6   A.      I would not identify that as an exposure gasket.

7   A gasket in the form of a pre-formed gasket?  There's no

8   activity there generating airborne fibers.

9   Q.      And so what has to happen for it to be

10  bio-available?

11  A.      That material has to be disrupted.  Either during

12  installation -- if it has to be fit, cut, it certainly

13  could release fibers.  Or if it's removed or degraded,

14  that disrupts the material and generates very significant

15  airborne fiber levels.

16  Q.      And I know you haven't been here, but there's been

17  a lot of discussion of Dr. Selikoff and that 1978

18  statements.  Is there some distinction there that they

19  also draw?

20  A.      Well, I noted this morning there was discussion of

21  the Harries table where it's indicated that the form of

22  the gasket used in shipyards is not considered hazardous,

23  and I think that really gets to the source.  Just the

24  source sitting there is not an exposure per se, but the

25  Selikoff chapter really emphasizes activities not

Direct - Brodkin

1   specific to gaskets but to all materials that if there

2   are activities disrupting an asbestos-containing

3   material, that results in an exposure of concern to

4   workers.  So it really distinguishes the form from the

5   manner in which it's used or the activity, and that's an

6   important distinction.

7   Q.    And we've talked a lot about exposures of that

8   background.  Would you -- do you have an opinion whether

9   individuals that are doing this type of work, whether

10  they're punching out a gasket, whether they're grinding

11  it with a hand wire brush or they're taking an electric

12  grinder, would those type of work activities expose

13  individuals to asbestos if it's in that gasket above

14  ambient or background levels?

15  A.    Well I would probably use the term "ambient."

16  Because "background" in Occupational Medicine can also

17  mean bystanders.  If the worker next door is doing it,

18  that can be a background exposure.  So I would

19  distinguish that from ambient, which is in the general

20  air we breathe.  These are exposures that I would

21  characterize as much higher -- high level compared to low

22  ambient levels.  In fact, they would be in the range of

23  60,000 to 30 million times higher than ambient levels

24  that have been reported.

25  Q.    And that's not just using Dr. Longo's numbers;

1943

Direct - Brodkin

1  that's using your comprehensive review of the scientific

2  literature?

3  A.      That's true.  Yes.

4  Q.      Now, you talked about the body burden.  Can you

5  explain what you mean by that?

6  A.      "Body burden" is the concentration of the

7  toxicant, in this case asbestos, within the tissues.  And

8  in the case of asbestos, these would be fibers that were

9  inhaled, that overcame the body's defenses and then

10  entered the lung and, as was discussed by Dr. Brody, can

11  then translocate to the pleura membranes and other areas

12  of the body.

13  Q.      And how does dose-response play into all of this?

14  A.      Dose-response is an important part of the

15  information derived from the occupational history because

16  a disease like Mesothelioma is a dose-response disease.

17  The greater the dose, the greater the risk for disease.

18  So we've talked about the levels, the ranges related to

19  work with gaskets and packing that can be, you know, less

20  than a fiber per cc up to the tens of fibers per cc.

21          If one compares that to the dose necessary to

22  develop Mesothelioma, and a number of important studies

23  that are cited on this slide from large Mesothelioma

24  registries indicate that that's in the range of about .07

25  fibers per cc to .99 fibers per cc.  At that dose range,

1944

Direct - Brodkin

1   cumulative dose range, there's a three to eight fold

2   increased risk for Mesothelioma, highly statistically

3   significant.  So if an individual from the occupational

4   history is performing activities in the one to tens of

5   fiber per cc range on a career basis, certainly they're

6   going to be well above the range established for the

7   dose-response for Mesothelioma.

8   Q.     Now, what are these registry studies?  What are we

9   looking at?

10  A.     We're looking at the French and German registries.

11  Both have over 400 Mesothelioma cases.  Both did a very

12  comprehensive job, exposure matrix and reconstruction of

13  the dose of individuals that became registered and are

14  designed to look at Mesothelioma risk and a wide range of

15  exposures from the fiber per cc to less than fiber per cc

16  range.

17  Q.     Are these registry studies, are they able to tease

18  out whether an individual was only exposed to Chrysotile

19  or whether they were exposed to some amosite or they were

20  exposed to both fibers?

21  A.     No.  These are, essentially, national registries.

22  And there are individuals that certainly would have been

23  exposed to all fiber types in those registries.  So, they

24  don't -- they're not designed to uniquely look at a

25  specific fiber type.

1945

Direct - Brodkin

1    Q.     And in that type of study, could you actually

2    design a registry study that could do that?

3    A.     You couldn't.  And in the real world we're not

4    talking about a Chrysotile world, an amosite world and a

5    crocidolite world.  These are fibers that were

6    commercially used.  While Chrysotile was the predominant

7    fiber, with about 95 percent use in North America and

8    Europe, there were certainly Amphiboles used as well.  So

9    when you're looking at Mesothelioma cases on a national

10   basis, you can't separate out the individual fiber types.

11   Q.     Now we talked about the Helsinki criteria as being

12   one of the things that you use or one of the

13   methodologies that you use to come to your conclusions.

14   What is this Helsinki criteria?

15   A.     The Helsinki criteria is a consensus report.  It

16   was published in 1997.  The meeting took place in

17   Helsinki but it involved an international group of

18   imminent researchers in asbestos-related disease in my

19   field of Occupational Medicine, as well as pulmonary

20   medicine and pathology, that developed criteria that, by

21   consensus, were felt to be necessary to diagnose

22   asbestos-related diseases which would include asbestosis,

23   the scarring disease, lung cancer; pleura plaques,

24   scarring in the lining of the lung; as well as

25   Mesothelioma.

1946

Direct - Brodkin

1  Q.      And we have a few cutouts.  But what they did was

2  they had 19 different individuals from countries who were

3  not producing asbestos and they all gathered and had

4  collectively done over 1,000 articles on asbestos.  So

5  these aren't folks that aren't aware of the world's

6  literature; correct?

7  A.      These participants were selected for their

8  experience with asbestos-related disease.  And certainly,

9  all of them had made important contributions.

10  Q.      And this Helsinki criteria or consensus document,

11  do they talk about attribution for Mesothelioma and other

12  asbestos-related disease, how you do that?

13  A.      Yes.  They talk about the criteria necessary to

14  attribute a case of Mesothelioma to asbestos and what's

15  necessary.

16  Q.      All right.  And I have up there, "A history of

17  significant occupational domestic or environmental

18  exposure to asbestos will suffice."  Did they talk about

19  what they meant by a history of significant occupational

20  exposure?

21  A.      This really gets to the first method I used, the

22  occupational and environmental history.  You have to take

23  a history and get that exposure information, and that's

24  essential to the diagnosis.  They're really speaking to

25  that process.

1947

Direct - Brodkin

1    Q.    And did they talk about how much history you need

2    to attribute a Mesothelioma to asbestos?

3    A.    Well, given the dose-response from Mesothelioma,

4    they indicated that even at the lower levels, brief or

5    low level exposures should be considered sufficient to

6    attribute a Mesothelioma to an occupational setting.

7    Q.    Now you would agree with me, doctor, that at that

8    time this question about whether Chrysotile asbestos

9    causes Mesothelioma had been discussed in the world's

10    literature; correct?

11    A.    Oh, certainly for many years.

12    Q.    And would it be safe to assume that 19 individuals

13    who's written over 1,000 articles on asbestos, they would

14    have an understanding of that debate?

15    A.    Certainly.  And certainly fiber types are

16    discussed within that document.

17    Q.    And even though it discussed fiber types, they

18    still say in this consensus document that occupational

19    history of brief or low level exposure should be

20    considered sufficient for Mesothelioma to be designated

21    as occupationally related.  Is that something you agree

22    with?

23    A.    It is.  And specifically, there's no discussion of

24    fiber type here.  It's really asbestos from the

25    occupational history.  I do agree with that.  I certainly

Direct - Brodkin

1    use the Helsinki criteria to diagnose asbestos-related

2    disease.

3    Q.      And they don't say in the document that massive

4    exposure to Amphiboles or massive exposure to Chrysotile

5    is required.  It just says brief or low levels.

6    A.      That's correct.  Yes.

7    Q.      Now, are you aware of other scientific agencies

8    that have dealt with this brief or low level exposures to

9    asbestos?

10   A.      Certainly.  Yes.

11   Q.      Is there a consensus view in the world literature

12   whether low levels of exposure to asbestos, no matter

13   what the fiber type is -- has there become a consensus

14   view on that issue, whether it causes Mesothelioma or

15   not?

16   A.      There certainly is.  I mean, it's recognized that

17   Mesothelioma is a dose-response disease.  The greater the

18   dose, the greater the risk.  But there is a broad dose

19   response for Mesothelioma that includes low level

20   exposures.  So, certainly that's been recognized by all

21   the major governmental agencies that address public

22   health, including NIOSH and OSHA, and the International

23   Agency for Research on Cancer, ATSDR, EPA.  None of them

24   really distinguish between a necessary high dose versus

25   any other dose or a fiber type.

1949

Direct - Brodkin

1    Q.     And we talked with Mr.  Templin about the fact

2    that at the Selikoff conference they talked about there

3    not being a threshold.  Is that what we're talking about

4    here, that there's no threshold for Mesothelioma in

5    relation to asbestos exposure?

6    A.     The scientific literature has not identified a

7    specific threshold below which we can say an individual

8    is safe; they will not develop Mesothelioma above which

9    they are at risk.  The French and German registries,

10   which I spoke to, give specific doses at which we know

11   there's increased risk, but they're not able to give a

12   specific threshold dose.

13   Q.     Now, this no threshold that there is no risk below

14   which.  That's where we sit today, even though there's

15   been, I don't know, thousands of articles written on

16   asbestos.  Correct?

17   A.     That's the status of the science today that we

18   know certain doses where there are increased risk.  I

19   spoke to the .07 to .99 fiber per cc.  We know with those

20   doses there is increased risk, but we don't know that

21   there is a threshold.  It's possible there is one, but

22   the studies to date haven't identified one.

23   Q.     And Dr. Brodkin, as an Occupational Medicine

24   doctor, are you aware of any substance that has been

25   studied throughout the world's literature from the 1930s

1950

Direct - Brodkin

1  on more than asbestos?

2  A.    Well, speaking from an Occupational Medicine

3  perspective, I would say that there probably isn't a

4  substance that's been studied in more broadly and more in

5  depth than asbestos.  Certainly there are others that

6  have been studied extensively, but asbestos has been

7  researched for many decades now.

8  Q.    Now we were talking about the Helsinki criteria.

9  Other than the Helsinki criteria, you also referred to

10  the Sir Bradford-Hill criteria which, I think, Dr. Brody

11  talked about briefly.  Is that something you're familiar

12  with?

13  A.    Yes.  I didn't finish my answer on Helsinki,

14  though, in terms of the criteria necessary to diagnose.

15  I don't know if you want to go over that.

16  Q.    Well, let me just -- in the context of this

17  particular case, have you seen individuals who've worked

18  with gaskets and packing that get Mesothelioma that meet

19  those Helsinki criteria?

20  A.    Yes.  Because they have a defined occupational

21  exposure with an activity-generating airborne fibers.

22  But in addition, there has to be pathologic evidence.

23  They have to have a biopsy that proves they have

24  Mesothelioma.  They have to have sufficient latency of at

25  least ten years, often more, to develop the disease.  And

1951

Direct - Brodkin

1  one needs to go through a differential diagnostic process

2  and make sure there are no other rare risk factors for

3  Mesothelioma.   But after one has gone through each of

4  those steps of the Helsinki criteria, one can then

5  establish an asbestos-related Mesothelioma.

6  Q.     Okay.   Now, the Sir Bradford-Hill, that's the next

7  part of your methodology in looking at this particular

8  issue of Chrysotile asbestos and then gaskets and

9  packing; correct?

10  A.     Yes.

11  Q.     And I have up there the article -- I guess it was

12  a speech given in 1965.   And basically, he outlines

13  different things that you need to look at.   Can you

14  explain to us what is the relevance of the Sir

15  Bradford-Hill criteria and how you apply that in this

16  issue of Chrysotile asbestos?

17  A.     Yes.   It's one of the important methodologies of

18  causation.   It's been discussed earlier today, as well.

19  But this really speaks to the body of scientific evidence

20  that's necessary to establish causation, and that gathers

21  evidence from a number of areas.   The first would be

22  epidemiology in terms of characterizing a strength of

23  association, as well as looking at consistency of the

24  data and the studies and understanding dose-response.

25  But it also considers latency, which I talked about

Direct - Brodkin

1    earlier.  The temporal association between exposure and

2    disease has to fit in terms of a recognized pattern.

3    There has to be plausibility, which we talked about,

4    which is really evidence for a biologic mechanism.  There

5    has to be experimental evidence, and certainly

6    Dr. Brody has addressed that.

7         In addition, with asbestos, there are issues of

8    specificity because asbestos is so specific in its

9    association with Mesothelioma as well as coherence and

10   analogy.  Those aspects of evidence should be considered

11   before determining whether an association is causal.

12   Q.    And when we're talking about this association

13   versus causal.  Even though we have, I guess it's nine

14   criteria that Dr. Hill talked about, is any one of those

15   nine criteria, based on what he discussed, somehow

16   heavily weighted one way versus the other?

17   A.    I would say not.  Sir Bradford-Hill indicated

18   there really is not one single piece of the puzzle that

19   tells you about causation.  There's a body of evidence

20   that collectively should inform you about causation and

21   allow you to make that judgment.  Certainly epidemiology

22   is an important aspect, but toxicology, in terms of

23   animal and biologic mechanisms, is extremely important as

24   well.

25   Q.    So let's look at the strength of association.  You

1953

Direct - Brodkin

1  and I are going to talk about certain articles.  But

2  there are other articles on this question of Chrysotile

3  and Chrysotile predominantly exposed cohorts that we

4  don't have listed up there; correct?

5  A.    That's true.  There are numerous studies that have

6  addressed disease risk in Chrysotile exposed cohorts,

7  probably in the range of 25 or more, but these certainly

8  are important ones that have informed my opinion.

9  Q.    Okay.  And can you explain to us why these

10  particular studies are important?

11  A.    Well, these studies certainly address Chrysotile.

12  They take place in areas where Chrysotile was the

13  predominant exposure in its use with minimal

14  contamination.  So it allows one to look at the effect of

15  Chrysotile as a predominant exposure.  And in the case of

16  the bottom one, the Vianna and Polan, while not

17  exclusively Chrysotile, some uniquely Chrysotile

18  settings.

19  Q.    And so when we're dealing with the strength of

20  association we have the different risks up there.  What

21  does that mean and how does that relate to this issue?

22  A.    As I'm informed has been discussed with

23  epidemiology.  Certainly, one looks at strength of

24  association as disease occurrence in an exposed group

25  compared to an unexposed group.  These studies are

1954

Direct - Brodkin

1  designed to look at that.  And when one sees a doubling

2  of disease occurrence in the exposed compared to the

3  unexposed, that yields a relative risk ratio of twofold

4  or a hundred percent increase in risk.  Now in the case

5  of these studies, the risks increase 400, to over 3,000

6  percent.  So, fourfold to 33 fold increase.  These are

7  very high magnitudes of association.  They're very robust

8  in establishing a very strong association and certainly

9  would indicate that a high majority of cases in these

10  groups would be attributable to asbestos.

11  Q.    Now, Dr. Brodkin, first of all, part of your

12  training in Occupational Medicine involves epidemiology;

13  correct?

14  A.    Yes.  In the fellowship training for Occupational

15  Medicine, physicians are required to get a master's in

16  Public Health to understand the principles of

17  epidemiology, bio-statistics and, in my field, toxicology

18  and industrial hygiene.  So, yes, there is extensive

19  training.

20  Q.    And I think I shortchanged you trying to get you

21  on quickly.  You do have a master's in Public Health,

22  besides having your degree as a medical physician?

23  A.    Yes.  I did my fellowship at the University of

24  Washington and concurrently, as is required, obtained my

25  master's in Public Health.

1955

Direct - Brodkin

1  Q.    Now when we're looking at these issues, we're only

2  looking at the ones that are 400 to, I think you said,

3  over 3,000 times risk?

4  A.    Correct.

5        THE COURT:  No.  Percent.

6        BY MR. FROST:

7  Q.    Percent.  I'm sorry.

8  A.    Yes.  3,300 percent.

9  Q.    Now there are other studies that either show lower

10 risks or show no risk.

11 A.    There are.  And there are other studies that don't

12 look at risk in the same way.  They look at rates of

13 disease.  There are numerous studies that do that, and

14 that gives you the rate of disease that you can compare

15 with other populations.  It doesn't, within the study,

16 compare it to an unexposed group, but certainly you can

17 use that to look at the disease risk.  And there are

18 studies, the South Carolina textile workers, the studies

19 out of Zimbabwe, that generate rates of disease that also

20 show high rates among Chrysotile-exposed workers.

21 Q.    And those don't -- basically, they don't calculate

22 a relative risk.  They just give rates of disease; is

23 that right?

24 A.    True.  And the same for Quebec miners and millers.

25 They have a very high rate of Mesothelioma, but those

1956

Direct - Brodkin

1   studies don't generate relative risk metrics.

2   Q.    Would it be fair to say that the only place we see

3   individuals at an increased risk of Mesothelioma

4   involving Chrysotile only appears in people who are

5   miners and millers of Chrysotile?

6   A.    No, that's not true.  Certainly, miners and

7   millers are a group at risk.  And those workers in

8   Canada, Zimbabwe, South Africa have certainly been

9   reported on and provide important information.  And also

10  the study I've cited in Sverdlvosk, Russia are mining

11  areas.

12        MR. SCHACHTER:  Excuse me, Your Honor, I don't

13  believe that study was disclosed in his report.  If

14  they're going to talk about it, I would like to get a

15  copy.  I object to it if it's not in his report.  The

16  Wang article is not in his report, unless I've overlooked

17  it.  But if they're talking about new material --

18        THE COURT:  If they're not in the report, we'll

19  not talk about them.

20        MR. FROST:  To be honest Your Honor, there were a

21  lot of studies in the report.  And I'll take his --

22        THE WITNESS:  My understanding is they are in the

23  report.

24        MR. SCHACHTER:  What reference number are they?

25  Because we tried to get a copy of them.  I don't mean to

1957

Direct - Brodkin

1  address the witness.

2         MR. FROST:  That's fine.  Dr. Brodkin -- grab your

3  list, Dr. Brodkin.

4         THE WITNESS:  Excuse me?

5         MR. FROST:  Grab your list.

6         THE WITNESS:  Wang and Lin is reference 807 in the

7  first report.

8         MR. SCHACHTER:  Okay.  I was wrong.

9         MR. FROST:  I'm sure it won't be the last time.

10 Is there another?

11        MR. SCHACHTER:  Yeah.  I didn't see the first one.

12        MR. FROST:  Is it okay to continue?

13        MR. SCHACHTER:  I would like a copy of Becklake.

14        THE COURT:  All right.  Let's go ahead.

15        THE WITNESS:  Yeah.  I'll -- on a break or

16 whatever, I can look for that.

17        BY MR. FROST:

18 Q.    Okay.  Great.  So Dr. Brodkin, we're still dealing

19 with the strength of association.  Is there anything else

20 -- when we're dealing with that issue on the

21 Bradford-Hill criteria, we're sort of hitting the

22 highlights.  Anything else that's important on this issue

23 of Chrysotile asbestos?

24 A.    Well I think the other point is that there is also

25 consistency.  We're seeing consistent magnitude of risk

Direct - Brodkin

1    that's highly positive among the studies.  So, that's the

2    consistency criteria also for the Bradford-Hill criteria.

3    Q.    Now the Court's already seen this, I think, a

4    couple of times.  But you're aware that some studies --

5    there is some allegation somewhere that there might

6    potentially might have been some Amphiboles that might

7    have been present in small quantities in certain areas.

8    If you look at it one date and one time period, there

9    might have been some crocidolite or something used.  Does

10   that invalidate those Chrysotile cohorts?

11   A.    In my opinion, not at all.  One is looking at

12   Chrysotile as a predominant material which in

13   Occupational Medicine is important because you're looking

14   at the effect of an exposure, which is predominantly

15   Chrysotile.  So one goes to areas where predominantly

16   Chrysotile is used.

17        I guess there are two answers to that question.

18   One is a mineralogic question.  If you look under a

19   microscope and a mineralogist looks at it, can they find

20   impurities that would include Amphibole?  And the answer

21   is, in many of these cohorts, yes.  Such as in the

22   Canadian Thetford Mines, you will find up to one percent

23   Tremolite.  In others, like Chunking, China, very low

24   levels, within the 001 percent; a very small fraction of

25   one percent in terms of contamination.  But, one can find

1959

Direct - Brodkin

1  that mineralogically.

2       From an Occupational Medicine perspective, I don't

3  find that terribly important because I'm really looking

4  at the dominant exposure, and the world isn't pure

5  exposure.  I mean whether one is looking at the mineral

6  in the earth or the end product.  If one's looking at

7  gaskets and packing, those are predominant Chrysotile

8  exposures but they have contaminants in them, too.  In

9  many cases, that doesn't bother me.  I mean, I'm looking

10  at a Chrysotile of predominant exposure.  I don't make

11  that distinction as an Occupational Medicine physician,

12  although I understand that mineralogists certainly can.

13  Q.      And in fact, when we go back to the -- I always

14  get it wrong -- Balangero cohort.  Those folks have been

15  studied extensively; correct?

16  A.      They have.  In Balangero, while they didn't find

17  any Tremolite in the ore itself, they did find a fraction

18  of the a percent of Balangeroite, which is another

19  mineral that has been discussed whether it could cause

20  health effects or not.

21  Q.      As we sit here today, are there peer reviewed

22  published articles that say that the Balangeroite, I

23  guess would be the right way to say, it causes

24  Mesothelioma in that cohort?

25  A.      Well that question has been raised.  That

1960

Direct - Brodkin

1  Balangeroite has been studied by Italian investigators.

2  Favero-Longo, in the Journal of Toxicology and

3  Environmental Health, 2009, published the results of

4  their research.  They felt it was unlikely that that

5  would contribute to be Mesothelioma based on its low

6  bio-persistence ability to persist in the tissues.  They

7  felt that that was likely not contributing significantly

8  to Mesothelioma.  But there are -- it's certainly been an

9  area that's been under investigation.

10 Q.     Now, the next area is temporal association.  What

11 do we mean by that when we're talking about this

12 Bradford-Hill criteria?

13 A.     That really is very similar in the Helsinki

14 criteria to latency.  That predictable time between

15 exposure and development of disease and, certainly, among

16 all the different fiber types that latency is very

17 similar.  It generally requires at least ten years but,

18 on average, may be in the range of 35 years and can be up

19 to more than seven decades in some cases.  And that would

20 be true whether it's Chrysotile or the Amphibole fibers.

21 Q.     Is that something you've seen not only in your

22 CARET study but in your practice of individuals, such as

23 pipefitters, machinist's mates, people like that?

24 A.     Yes.  The mean latency period in the CARET study

25 was 35 years, which is pretty typical of other studies as

1961

Direct - Brodkin

1  well.

2  Q.      Now, the next area is dose-response.  What are we

3  talking about when we deal with dose-response?

4  A.      Dose-response.  We've -- in terms of the

5  Bradford-Hill criteria it really indicates there evidence

6  that would increasing dose.  There's increasing risk for

7  disease.  And we talked about that for asbestos in

8  general.  But there's certainly evidence for Chrysotile

9  as well as a specific mineral.  First of all, there is

10  evidence, as Dr. Brody indicated, that Chrysotile

11  preferentially is able to reach the pleura tissues and

12  concentrate in the pleura issues, which is the target

13  organ for development of Mesothelioma.  So that's

14  important evidence.

15      Dose-response at the tissue level -- and certainly

16  a number of studies have looked at lung burden of

17  Chrysotile as well and found a strong correlation.

18  Rogers and Lee found an eightfold increased risk for

19  Mesothelioma with increasing lung burden of Chrysotile.

20  So I think there is significant tissue burden evidence

21  that, with increasing dose of Chrysotile, there's an

22  increasing risk for disease.

23  Q.      And dealing with this issue.  Dr. Suzuki published

24  on this, whether short fibers translocate from the lungs

25  to the pleura tissue.  And what do we mean by

Direct - Brodkin

1  "translocate?"

2  A.      Translocation really refers to what Dr. Brody

3  explained is that the kinetics or movement of the mineral

4  fiber within the body.  So, the ability for an inhaled

5  fiber to get from the lung out to the pleura via the

6  lymphatic channels.

7  Q.      Now we heard a lot of discussion from the defense

8  experts about, well, amosite collects in the lung tissue.

9  Amosite?  Look in the lung tissue.  Look in the lung

10  tissue.  Why is that important to look in that lung

11  tissue when we're dealing with the issue of causation of

12  Mesothelioma?

13  A.      Well, certainly, it can be useful to look in the

14  lung tissue.  And for Amphiboles, that's a fairly simple

15  way to look for it because it's very persistent in the

16  lung tissue.  In the case of Chrysotile, it's not a

17  sensitive way.  The half-life for Chrysotile in the lung

18  is about three months.  If you look a year later, most of

19  the Chrysotile will have broken up and translocated and

20  moved to other areas of the body.

21      So, looking at lung tissue is not going to give

22  you a sensitive metric for distant exposures to

23  Chrysotile in the same way that looking at pleura

24  concentrations would.  Lung burdens are used because they

25  can be done in laboratories and are available, but they

~~1963~~

Direct - Brodkin

1    don't reflect old Chrysotile exposure very sensitively.

2    Q.      And in fact, if I have an individual who was

3    exposed to Chrysotile, say, 30 years ago, would we expect

4    to see that -- those Chrysotile fibers in their lung if

5    we looked at their lung using fiber tissue digestion?

6    A.      In most cases, you will not see the Chrysotile

7    after that length of time.   The kinetics of Chrysotile

8    again such that it will not persist in the lung for those

9    periods.

10   Q.      Have there been studies that have looked in the

11   other places?  Because the asbestos has got to go

12   somewhere; right?

13   A.      Well, certainly, it is a property of Chrysotile to

14   translocate to other tissues.

15   Q.      And have there been studies looking at how it gets

16   from the lung to the other parts of the body?

17   A.      Yes.  Pathologists have looked at tissue

18   concentrations.   I mean, we've talked at one in the

19   pleura tissue.   But Dodson and Hammar and other

20   investigators have looked at other serosal membranes,

21   pleura-like membranes, in the abdomen, distant from the

22   lung, and certainly one can find Chrysotile there.   But

23   in the pleura, Suzuki identified about the 30-fold

24   increased risk -- 30-fold increased concentration of the

25   Chrysotile compared to the Amphibole fibers.

1964

Direct - Brodkin

1  Q.      So what Dr. Suzuki found is that short fiber

2  Chrysotile preferentially clears to the pleura the site

3  of the Mesothelioma tumor.

4  A.      Yes.  Relative to Amphibole fibers, that's true.

5  Q.      Now, we've talked primarily in this trial about

6  pleural Mesothelioma.  But are there other forms of

7  Mesothelioma?

8  A.      Yes.  Any of the serosal membranes can develop

9  Mesothelioma.  So that thin cellophane-like membrane,

10  which is the same as the pleura lining but in the

11  abdominal cavity, can be the area of Mesothelioma.

12  That's called a peritoneal Mesothelioma.  The serosal

13  membrane surrounding the testicle, the tunica vaginalis,

14  can be a source of Mesothelioma.  So those distant sites

15  have been described as well.

16  Q.      What about the serosal membrane around the heart?

17  A.      It can as well.  That's a rarer entity.  Usually,

18  pericardial involvement is from direct spread from the

19  pleura into the lining of the heart, that accounts for a

20  great majority of cases.  But, at times, you can get a

21  primary pericardial Mesothelioma.

22  Q.      And even though there's -- these are in different

23  parts of the body, what's the common thread that we have

24  in causation with those diseases, those Mesotheliomas of

25  the serosal membrane?

1965

Direct - Brodkin

1    A.      The common feature is asbestos exposure.  And

2    certainly, the Bradford-Hill criteria can be looked at in

3    terms of these other serosal membranes.  But as the

4    Helsinki criteria emphasizes, any serosal membrane can be

5    the result of asbestos exposure in terms of Mesothelioma.

6    So that distinction is not made.

7    Q.      Now, once asbestos gets into the lung and the

8    Mesothelioma process begins, can you explain to us what

9    we're looking at and how that process develops in a human

10   being?

11   A.      This is an autopsy slide of an individual with a

12   right side of Mesothelioma, the right side of the chest,

13   that being on the left side of the slide.  This is both

14   lungs.  But the normal appearing left lung on the right

15   side of the slide.  If you look at the exterior of it,

16   you're not aware of the pleura.  It's a very thin

17   cellophane-like membrane.  But the right lung on the left

18   side of the slide, you see a very thick white tissue

19   lining around the entire lung.  That is spreading within

20   the fissures as well.  That's called a tumor rind.

21   That's how Mesothelioma spreads, along the pleura serosal

22   membranes, and that's what you're saying.  That thickness

23   of tissue is the tumor of the cancer.

24   Q.      So Dr. Brodkin, I don't want to have you come

25   down.  But what we're talking about is the lining of the

1966

Direct - Brodkin

1  lung all the way around here, and then this is the tumor?

2  A.      That's correct.  Yes.

3  Q.      And then what are we seeing here?

4  A.      This is a cross-section, various sections of lung.

5  But this really demonstrates the progress or progression

6  of the tumor.  It goes from a tissue rind surrounding the

7  entire lung to the formation of thick nodules and

8  eventually the obliteration of the normal lung tissue,

9  and that's how death occurs.

10  Q.      And so at the top, what are we seeing there?

11  A.      Again, this would be a rind, an encasement, of

12  tumor around the entire lung.

13  Q.      So that white area at the top is the beginning of

14  the tumor?  The rind?

15  A.      And it goes below.  It completely encases the

16  lung.

17  Q.      And then this is the continuing development.  And

18  then this black area, that's the lung?

19  A.      That's the lung.  But here in this section you're

20  seeing the tumor nodules, those masses, as the tumor

21  becomes thicker.

22  Q.      And then at the bottom, what are we seeing there?

23  A.      This is an area where the nodules have become so

24  large that they've obliterated the normal lung and you

25  don't see it.

Direct - Brodkin

1    Q.    And so, really, what we're left with is what

2    happens at the end state of Mesothelioma?

3    A.    One's basically looking at a strangulation of the

4    lung.   Death is from respiratory insufficiency.

5    Q.    And is that the common end state for Mesothelioma

6    victims?

7    A.    For pleural Mesotheliomas, that's true.

8    Q.    Now doctor, we've talked about -- we're still

9    talking about applying the Sir Bradford-Hill criteria.

10   We're talking about dose-response.   Has there been

11   studies that have dealt with dose-response and

12   Chrysotile?

13   A.    There have been.   It's harder to do those studies

14   because you have to go in areas where only one fiber type

15   is used.   Certainly, the Madkour, in Egypt, looked at a

16   asbestos cement process that used Chrysotile that had 80

17   or so Mesotheliomas and does provide evidence of a dose-

18   response.   The median dose of the Mesothelioma cases was

19   seven fiber per cc years, half of the exposures of less

20   than that.

21   Q.    What they did is they took a plant that, in their

22   article, they describe as an asbestos manufacturing plant

23   using Chrysotile asbestos, and they looked at individuals

24   who either were working in the plant or live around the

25   plant to see how many Mesothelioma's they had?

1968

Direct - Brodkin

1    A.      Correct.

2    Q.      And what did they find when they started to look

3    at that issue?

4    A.      They found about four Mesothelioma cases among the

5    plant workers.  The majority of them -- over 80 of them,

6    I believe, were in the environment around the plant.  And

7    certainly, they looked at the occurrence of disease as

8    individuals lived further and further away from the plant

9    to see if there was evidence of dose-response.

10   Q.      And so the point in the middle here is where the

11   plant is.  And then what they did was they tried to look

12   and point out and find as you went farther and away from

13   the plant whether you had Mesotheliomas?

14   A.      Correct.

15   Q.      And these are the results.  I don't know if we

16   really need to go through that.  But what's the

17   importance of that particular study when we're talking

18   about dose-response?

19   A.      Well, certainly, they found a higher occurrence of

20   disease as you got closer to the plant.  And that

21   occurrence got less as you went further away, and that's

22   certainly evidence of dose-response.  Certainly, the

23   median fiber cc year exposure for the individuals at 75

24   per cc years is within a broad range that's consistent

25   with other studies.  It's not exactly the same, but it's

1969

Direct - Brodkin

1   certainly gives more specific information.

2   Q.      And have there been other folk that is have had

3   indirect exposure to Chrysotile that show these same

4   types of increased risk for Mesothelioma?

5   A.      Yes.  In the Balangero mines in Italy, of the 27

6   Mesothelioma cases, two of those were in individuals with

7   what we call indirect exposure.  They didn't directly

8   work with the mining material.  One laundered the clothes

9   of one of the workers and one collected leaves in the

10  area but didn't work directly with the material.  So

11  that's an example of indirect exposure and is evidence

12  that exposure is occurring at lower doses of Chrysotile.

13          And similarly, in Canada, looking at the

14  experience of Mesothelioma in women who did not work at

15  the mines but lived in proximity to the mines.  About a

16  sevenfold or 700 percent increased risk in Mesothelioma

17  was identified by Camus.

18  Q.      Now we've gone through dose-response.  How about

19  consistency?  What have we seen in that when we apply the

20  Sir Bradford-Hill?

21  A.      Consistency, I spoke to when we talked about the

22  epidemiologic data.  All of those studies show a fairly

23  high magnitude of risk, and consistently show an

24  increased magnitude of risk.  We're not seeing studies

25  that show reduced risk.  They're all in the same

Direct - Brodkin

1    direction.

2    Q.      And what about biological mechanism?  How do we

3    relate that to this issue?

4    A.      Dr. Brody talked about plausibility.  And

5    certainly, that body of work informs my opinion as an

6    Occupational Medicine physician that through toxicology

7    each of the fiber types is potent in causing

8    Mesothelioma.  So that's another body of evidence I look

9    at that's independent of the epidemiologic evidence.

10   Q.      I think that's a good point.  We've talked about a

11   lot of government agencies and different studies and

12   things, but is Chrysotile asbestos listed as a known

13   human carcinogen?

14   A.      It is.  The agency that's charged with doing that

15   the physicians in my field utilize is the International

16   Agency for Research on Cancer, and they've designated

17   asbestos at each of the major commercial fiber types

18   Group 1A, Known Human Carcinogens.  So that is each of

19   the fibers is treated in that fashion.

20   Q.      Now the other one is animal studies, and

21   Dr. Brody's talked a little bit about that.  But have you

22   also reviewed those type of studies?

23   A.      Yes.  And I think the biologic mechanism and the

24   animal studies are very interrelated.

25   Q.      And then the next one is specificity.  How does

1971

Direct - Brodkin

1  that -- what have we seen in the world's literature

2  concerning that?

3  A.    Well, specificity is a criteria that's a met for

4  each of the fiber types because Mesothelioma is uniquely

5  associated with asbestos exposure.  There are very few

6  other causes of Mesothelioma.  Rarely, therapeutic

7  radiation will cause it.  Rarely, a chronic injury like a

8  recurrent collapse of the lung can be associated with a

9  Mesothelioma.  But asbestos is -- well, Mesothelioma we

10  really call a signal tumor for asbestos exposure because

11  there's such a unique relationship.  And that's the same

12  for Chrysotile as it is for the Amphiboles.

13  Q.    And when we talk about a signal tumor.  If an

14  individual goes to their doctor and they've sent off

15  their samples to a pathologist and the pathologist has

16  looked at that and done the immunohistochemistry

17  chemistry and decided that this is in fact a

18  Mesothelioma, what is one of the first questions the

19  doctor asks the patient concerning their past exposures?

20  A.    It should trigger an occupational history.  Now

21  many physicians outside the field of Occupational

22  Medicine don't take that comprehensive history, but it

23  should trigger the question, was there asbestos exposure?

24  Q.    And in fact, have you seen that in medical records

25  in the cases you all reviewed and the things you've been

1972

Direct - Brodkin

1 involved with when an individual is diagnosed with

2 Mesothelioma, one of the very first things their doctors

3 asks them how were you exposed to asbestos?

4 A.     That's often a discussion that takes place.  Yes.

5 Q.     Okay.  And signal tumor.  Besides Mesothelioma

6 being a signal tumor, is asbestosis a signal disease?

7 A.     Asbestosis is unique to asbestos.  But the process

8 of diagnosing asbestosis, I would say, is distinct from

9 Mesothelioma because there are many other diseases that

10 cause scarring of the lung.  So one has to go through a

11 significant differential diagnostic process.  So, as a

12 disease state, fibrosis of the lung should really trigger

13 an investigation of all potential types.  But that

14 investigation if it has sufficient criteria and will lead

15 to the diagnosis of asbestosis, and that is unique to

16 asbestos.

17 Q.     In fact, asbestosis, the term was coined because

18 it was caused by asbestos?

19 A.     That's correct.  Cook described that in 1927.

20 Q.     So even though we had Merewether and Price in the

21 1930s where there were reports of this type, were there

22 reports of this type of disease prior to that?

23 A.     Yes.  I would say the first characterization of

24 asbestosis as such, independent of other dust-related

25 diseases, would be 1927.

1973

Direct - Brodkin

1  Q.     Now we're still talking about the Hill criteria.

2  We're on eight and nine, and we'll put those together.

3  Coherency and analogy.  How does that play into this

4  analysis?

5  A.     Well I lumped those together in the case of

6  asbestos because one can look at other asbestos-related

7  diseases.  Asbestosis pleura plaques, which are scarring

8  in the lining of the lung, lung cancers, each of the

9  fiber types.  Chrysotile, amosite, crocidolite, they all

10 cause each of those diseases.  In fact, there's not a

11 potency difference in causing those diseases.  So by

12 coherence and an analogy, there shouldn't -- there should

13 be a similar behavior in terms of cancers of the pleura,

14 Mesothelioma.  And in fact, one sees that because each of

15 the fiber types is potent in causing Mesothelioma.  So

16 it's coherent with the other known asbestos-related

17 diseases.

18 Q.     And there's been a lot of discussion about all the

19 international agencies and some kind of, I guess,

20 allegation that you really shouldn't look at these

21 because these agencies, they're trying to be

22 overprotective of workers.  Is that something that's a

23 valid criticism of IARC and the World Health Organization

24 and the EPA, all these different international

25 organizations?  Is that a valid criticism?

1974

Direct - Brodkin

1  A.      I don't think it is a valid criticism.   And

2  certainly, if one looks at the literature from these

3  agencies one sees a careful review of the scientific and

4  medical literature just as physicians do.   Physicians

5  participate in these committees, as well as other

6  scientists, and they look at the broad body of scientific

7  literature before making their recommendations.   So I

8  think these are informed decisions based on the science.

9        Now in the case of OSHA, there may be other

10 practical limitations for a regulatory limit that

11 actually may be less protective to workers just because

12 of feasibility of application.   But I would not

13 characterize these agencies as being overprotective.   I

14 think they want to get it right.   I think they want to

15 accurately assess the risk.

16 Q.      And so do you look at what these agencies have

17 said and done in review in formulating your opinions?

18 A.      These agencies inform me and physicians in my

19 field.   I mean, I read the IARC recommendations and,

20 certainly, OSHA, NIOSH, EPA, ATSDR.   They inform my

21 opinion as an occupational medical physician.   I rely on

22 them and consider them.   Yes.

23 Q.      And this International Agency for Research on

24 Cancer.   They've looked at this issue of Chrysotile.   The

25 World Health Organization, they've actually published

Direct - Brodkin

1   pamphlets and books on that and gone through all of the

2   analysis of things we're going to hear on

3   cross-examination and then drawn their conclusions;

4   correct?

5         MR. SCHACHTER:  Objection, Your Honor.  He can't

6   possibly know what I'll ask on cross-examination.

7         MR. FROST:  I'll withdraw that question, but I'm

8   pretty sure I know what he's going to ask.

9         BY MR. FROST:

10  Q.    Dr. Brodkin, these agencies, they didn't just

11  publish something on the Internet that says Chrysotile is

12  bad.  Have they looked at things, as scientists do, in

13  formulating their opinions?

14  A.    Yes.  In terms of my reading of these opinions and

15  -- particularly, the International Agency for Research on

16  Cancer, I mean, they are the agency designated with the

17  responsibility of establishing whether a material is

18  carcinogenic.  It has huge implications.  These are major

19  commercial fibers.  They have to go through a very

20  rigorous process.  And IARC has published periodically on

21  asbestos over many, many decades and updated their

22  analyses.

23  Q.    We're not talking about things that are out of

24  date.  I mean, this is ongoing.  Research continues and

25  people submit whatever they want to try to change their

1976

Direct - Brodkin

1  mind.  That's continued over the years?

2  A.     That's true.  Yes.

3  Q.     Okay.  Now when we take that Sir Bradford-Hill

4  criteria.  Has there been published articles that do

5  exactly what you and I did where they take the Sir

6  Bradford-Hill criteria and apply it to the Chrysotile

7  asbestos?

8  A.     Yes.  Others have done that.  I mean, here is a

9  commentary by a Richard Lemen going through that process

10 and reached similar conclusions.

11 Q.     And he was one of the former directors of NIOSH

12 and an assistant United States Surgeon General?

13 A.     Yes, that's my understanding.

14 Q.     In fact, Dr. Lemen is a trained epidemiologist?

15 A.     Yes.

16 Q.     In fact, Dr. Lemen, was he not NIOSH's

17 epidemiologist during a lot of the asbestos years and as

18 NIOSH was coming up with asbestos regulations?

19 A.     My understanding is he was a NIOSH epidemiologist.

20 Yes.

21 Q.     And you're aware Dr. Lemen does testify for

22 plaintiffs in asbestos cases?

23 A.     I am aware of that.  I can't really speak to his

24 testimony but I'm aware of that.

25 Q.     Okay.  Now, other than the studies you have of

1977

Direct - Brodkin

1  Chrysotile, if we continue on and apply those Hill

2  criteria to gaskets and packings, is that an area you've

3  also taken a look at?

4  A.     Yes.  Certainly.

5  Q.     And what's important when we're doing that, when

6  we're trying to apply the Hill criteria, to gaskets and

7  packing?

8  A.     Well the major consideration is that these are

9  Chrysotile materials.  And the Chrysotile in gaskets and

10  packing is no different than the Chrysotile we've just

11  talked about in terms of the methodologies I've used to

12  establish that Chrysotile causes Mesothelioma.  There is

13  nothing unique about the Chrysotile in gaskets and

14  packing that wouldn't apply to all of the Bradford-Hill

15  criteria that we've talked about.  That being said, there

16  are specific studies that have looked at workers who

17  utilize gaskets and packing and certainly inform my

18  opinion about the strength of association for those

19  materials, and there is strong evidence.

20  Q.     And I think it's a good point you to bring up,

21  Dr. Brodkin, this question -- and I think there were

22  questions to Dr. Brody as well -- well, you haven't used

23  ground up gasket material in your studies.  Is there any

24  difference between Chrysotile when it's in a gasket and

25  Chrysotile when it's in a joint compound or in any of the

1978

Direct - Brodkin

1   3,000 products that it may have been in over the years

2   once it's been abraded and it gets into the breathing

3   zone of workers?

4   A.      Chrysotile is Chrysotile once it's been released.

5   Now in its encapsulation form, or in whatever physical

6   form it's in, it may differ.  But what we're talking

7   about in terms of biologic effects or health effects is

8   the Chrysotile fiber.  So once it's released, we're

9   talking about the same material.  It's the Chrysotile

10  fiber.

11  Q.      It's the fiber, stupid?

12  A.      It is the fiber.  That's what causes the biologic

13  effect.  Your body sees and reacts to the fiber.  It

14  doesn't see the source.  The source is irrelevant at that

15  point.  It's really the body's reaction to that and the

16  body burden that causes risk for disease.

17  Q.      And let's say, for example, I was an individual

18  working with a Chrysotile containing thermal insulation

19  product and I liberated asbestos dust.  Would that be any

20  different than working with a Chrysotile containing

21  gasket?

22  A.      No.  And certainly one would want to characterize

23  the activity.  There can be ranges of exposure.  We've

24  talked about them for gaskets from less than a fiber per

25  cc to tens of fibers per cc.  The same would be true for

1979

Direct - Brodkin

1  insulation.  We've talked about in shipyards.  It can

2  even get into the hundreds of fibers per cc during large

3  rip-outs of ships.  So one would want to know the

4  activity from the occupational history.  But there is a

5  wide range of exposures.  Someone using power tools to

6  remove a gasket may have higher exposures than someone

7  hand removing insulation and vice versa.

8  Q.    Now we're talking about applying the Bradford-Hill

9  criteria to gaskets and packing.  The first portion we

10 have is gasket manufacturing.  Has there been studies of

11 individuals who were involved in gasket manufacturing

12 that involved Chrysotile asbestos?

13 A.    Yes.

14 Q.    And can you talk to us a little bit about what's

15 been found?

16 A.    Yes.  There are a couple of studies that address

17 this.  The MacNeal-Chicago registry characterizes 32

18 cases of Mesothelioma.  Seven of those cases, 21 percent,

19 had occupational exposure at a Chrysotile gasket

20 manufacturing plant or some others at a Chrysotile

21 insulation manufacturing plant.  And then looking at the

22 cases in that area, 27, or 84 percent of them, had a

23 close residential proximity to the manufacturing plants

24 as well.  So, that's certainly evidence of risk.  And

25 similarly, in a NIOSH study of a Chrysotile packing plant

1980

Direct - Brodkin

1   that actually made packing textiles and friction

2   products, there were 17 cases of Mesothelioma among

3   somewhat over 3,000 workers.  That's a rate of .5

4   percent.  Again, strikingly, high for a disease in the

5   general population that would occur at one in a million.

6   Q.      And we hadn't talked about that much, but

7   Mesothelioma is a rare disease.

8   A.      Right.  The .51 percent would be essentially one

9   in 200 individuals, rather than one in a million.

10  Q.      Now these folks that were in proximity to the

11  manufacturing plant, why is that important when you're

12  looking at these issues in the Hill criteria?

13  A.      Well it's similar really to the Madkour study

14  looking at individuals that may have lower levels of

15  exposure in the environment around a source facility, and

16  I think one sees evidence of that here.

17  Q.      Now, gasket end users.  Is it possible to design

18  an epidemiological study that isolates those folks out?

19  A.      I don't think there is a design that does that.

20  Because in Occupational Medicine -- in Occupational

21  Epidemiology, one looks at trades.  One looks at groups

22  of workers that perform a similar trade, such as

23  pipefitters or machinists or boilermakers.  You can't

24  design a study of a pipefitter that only uses gaskets and

25  doesn't use other materials such as insulation.  The same

1981

Direct - Brodkin

1  would be true for boilermakers or machinists.  One has to

2  look at the trade, the real world experience of those

3  workers.  And that encompasses, certainly, frequent

4  gasket exposure, but it encompasses insulation as well.

5  I mean insulation, gaskets and packing, were the

6  materials that those workers were exposed to.

7  Q.    And so we don't have any groups or cohorts of

8  people that only used gaskets their entire life, because

9  part of that process involves thermal insulation.

10  A.    In terms of end users?  No.  The gasket

11  manufacturing studies are more specific to gaskets.  But

12  in terms of end users?  No.  There's not a way to really

13  create that artificial isolated exposure.

14  Q.    And I know you weren't here, but even Mr.  Boelter

15  admitted when his -- when he did his study he wasn't

16  looking just at pipe -- people doing thermal insulation

17  but, also, there's gaskets underneath there that

18  potentially could be exposure.  You would agree with

19  that?

20  A.    I think that's a fair characterization.

21  Q.    Now you said we could look at trades.  Have you

22  looked at the trades so that we can sort of tease this

23  out a little bit?

24  A.    Yes.  There have been numerous studies that have

25  looked at heating trades in aggregate pipefitters,

1982

Direct - Brodkin

1   plumbers, boilermakers that would fit into this work

2   group that frequently use gaskets.  They would also have

3   some insulation exposure as well.  But certainly through

4   their trade in it really -- their trade would use

5   gaskets.  And consistently, and we've talked about the

6   strength of association and consistency from the

7   Bradford-Hill criteria.  One certainly sees it in this

8   epidemiology that one is looking at four to eightfold

9   increases in risk, whether one's looking at the North

10  American registry which McDonald looked at, or the

11  British Columbia registry which Teschke looked at, or the

12  Nordic countries registry which Pukkala looked at, or the

13  French registry which Rolland looked at.  It's very

14  similar in the high magnitude of risk.

15  Q.    That study from 1980.  That's sort of a seminal

16  study in asbestos, isn't it?

17  A.    It's an important study.  It's a large

18  pathological study of, I believe, over 500 cases.

19  Q.    Would you believe someone who is an expert in

20  asbestos and comes in and testifies about epidemiology

21  that they would know about that study?

22  A.    McDonald is certainly an important study in the

23  field of asbestos related disease.

24  Q.    We dealt with pipefitters, plumbers, boilermakers,

25  and we've just listed some of those studies.  Did you

1983

Direct - Brodkin

1  look at some additional studies, other than those we just

2  looked at?

3  A.    There are many other studies that looked at these

4  heating trades.  There are a number of refinery studies.

5  There are a number of boilermaking studies that also find

6  high rates of disease.

7  Q.    And then we have the last group.  The last three

8  slides talks about machinists and mechanic repairmen.

9  What's the importance of those folks?

10 A.    This is also a group of workers that integrally

11 works with gaskets and packings.  Machinists have to

12 repair pumps and valves; there are inherently sealing

13 materials in those that have to be removed and replaced.

14 So I think it's an important trade to look at in looking

15 at a risk for gaskets and packing, again, not independent

16 of insulation but, importantly, in terms of frequent use

17 with gaskets and packing.  And one sees about a two to

18 fourfold highly statistically significant increased risk

19 whether one is looking at the British Columbia registry,

20 the Barcelona, Cadiz registry which Agudo looked at; the

21 Swedish registry which Malker looked at, or the German

22 registry of Rodelsperger.

23 Q.    Why is it important to look at these trades when

24 we're looking at the issue of gaskets and packings and

25 things like that and whether they cause Mesothelioma?

1984

Direct - Brodkin

1   A.      Well you want to look at the workers that came in

2   contact with those materials in a way that would expose

3   them.  So, that could be manufacturing workers.  It could

4   be people in the environment around manufacturing plants.

5   It could be end users of those materials.  So those are

6   the groups or trades that inform my opinion about gaskets

7   and packing.

8   Q.      And when we talk about exposures.  You've looked

9   at such documents like the Navy's Safety and Occupational

10  Safety and Health Program Manual that we've talked about

11  with some other witnesses from 2007?

12  A.      Certainly, the safety and occupational health

13  branch of the Navy has considered gaskets a hazard in

14  terms of asbestos-related disease, including

15  Mesothelioma, and recommended practices to reduce

16  exposure.

17  Q.      And we won't go through that.  But they, at least,

18  recognize that sheet gaskets in high temperature

19  applications can become friable?

20  A.      Yes.

21  Q.      Why is that important that they can become

22  friable?

23  A.      Friability really relates to bio-availability.

24  Again, asbestos is encapsulated and the source is not

25  going to be a risk factor for exposure.  But if it's

1985

Direct - Brodkin

1  friable, meaning it can be crushed in the hands, then

2  fibers can be released with fairly minimal physical

3  contact and can result in exposure.  So, degraded gaskets

4  can become friable and a source of exposure and airborne

5  fibers.

6  Q.    And that issue is looked at by OSHA.  We've gone

7  through this with some other witnesses but -- you've seen

8  this before, this ship and the hazardous warnings on

9  board ships for asbestos gaskets and things like that?

10 A.    This is specifically for ship breaking activities.

11 OSHA recognized that in old ships you can disrupt

12 asbestos gaskets and get exposure.

13 Q.    And the EPA has done the same thing in regards to

14 scrapping of old ships?

15 A.    Right.  The same thing.  Removal of old gaskets

16 that were used in the hot applications in the mechanical

17 spaces of vessels.

18 Q.    As an Occupational Medicine doctor, why is it

19 important that the EPA recognizes this and OSHA

20 recognizes it?

21 A.    Well, it's important from a preventive health

22 point of view, because a disease that has been

23 characterized and recognized is preventable.  And the

24 ways to prevent it have also been well characterized in

25 terms of reducing or suppressing dust, wetting isolation,

1986

Direct - Brodkin

1   ventilation, exhaust, use of respirators, substitution.

2   All of those things have been characterized.  So there

3   are effective ways to reduce risk, and that's what the

4   goal is of EPA and OSHA.

5   Q.     And this reduction of risk.  Are you aware of not

6   only statements by OSHA and EPA but published peer review

7   articles where they discuss there not being a threshold

8   for exposure?

9   A.     Yes.  I mean the important thing to realize here

10  is that the regulatory limits, whether they be the

11  threshold limit values or the permissible exposure limits

12  derived from them, are not bright line levels for safety.

13  They were never recognized as such.  For asbestos those

14  regulatory limits were made for asbestosis, the scarring

15  disease, not for Mesothelioma.

16         And in terms of the permissible limits.  OSHA has

17  to consider feasibility, as well as the recommended

18  limits for health, and they recognize that disease occurs

19  at the permissible exposure limits.  In fact, the study

20  that the current permissible exposure limit is based on

21  predicts that there would be five respiratory cancers per

22  thousand individuals.  So it's not a bright line safe

23  level.  And OSHA developed an action level that's less

24  than the permissible exposure of 50 percent of it to take

25  action at lower levels, recognizing that there is risk at

1987

Direct - Brodkin

1  the permissible limit.

2  Q.    And I have a quote up there about the .1 fiber per

3  cc level:  "There still leaves a remaining significant

4  risk."  That's what you're talking about with the OSHA

5  level; right?

6  A.    That's correct.  Yes.

7  Q.    In fact, the reason that level was set was not

8  because of some fine line in the sand between safe and

9  unsafe.  It was because, as OSHA said, they believed this

10  is the practical lower limit of feasibility for measuring

11  asbestos levels.

12  A.    Yes.  OSHA has to consider the feasibility of

13  their permissible limits as well.

14  Q.    And the article I had from Schall, what year was

15  that article?

16  A.    I believe that was out of the 1960s.

17  Q.    And so this idea that there's no fine line between

18  safe and dangerousness as regards to asbestos.  That's

19  been known in the literature from at least the '60s?

20  A.    Yes.  And earlier.  Certainly Stokinger and others

21  have spoke of the risk and permissible limits even in the

22  1950s.

23  Q.    So it's not just OSHA and the EPA that says this

24  stuff; it's other folks in the literature?

25  A.    Yes.

Direct - Brodkin

1    Q.      Now, the last area I want to talk to you about is

2    fiber potency between Chrysotile and Amphibole.  Is that

3    an important distinction when we're looking at

4    individuals that have been exposed to asbestos when

5    you're looking at them in the clinic?

6    A.      I would say clinically it's not an important

7    issue.  I mean, certainly, it's something that's

8    discussed in the scientific literature.  I believe it's

9    my opinion, based on the evidence, there is a potency

10   difference, but it's not clinically important.  When

11   physicians such as myself take an occupational history,

12   we're not focused on getting the Amphibole history and

13   not getting the Chrysotile history.  We want the history

14   of asbestos exposure and that's because all of the fiber

15   types are potent in causing asbestos-related diseases,

16   including Mesothelioma.

17         In my opinion, the difference in potency is in the

18   range of about threefold difference.  It's not a bright

19   line level of potency difference.  But the important fact

20   is that Chrysotile, as well as the Amphiboles, are potent

21   in causing Mesothelioma.  Chrysotile is a known human

22   carcinogen Group 1A.  So, in the history, I'm not

23   distinguishing, and others in my field aren't

24   distinguishing, Amphiboles from Chrysotile.  I don't

25   think it's clinically important from in that respect,

1989

Direct - Brodkin

1  although I'm certainly aware there's a scientific

2  discussion of potency difference.

3  Q.     In fact, the Helsinki criteria that we began part

4  of our discussion with.  Even though they don't

5  distinguish between fiber types and they say that low

6  levels of exposure to asbestos can be attributed to

7  Mesothelioma causation, they also understood that there

8  was this question in the literature whether Chrysotile,

9  and there was some potency difference.  Correct?

10 A.     Well, Helsinki indicates that Amphiboles show a

11 greater carcenogenic potency than Chrysotile and, I

12 think, primarily related to Mesothelioma.  I agree with

13 that statement.  I think it correctly reflects the

14 epidemiological literature.

15 Q.     And Dr. Brodkin, based upon all of the things that

16 we've reviewed -- looking at the Helsinki criteria,

17 looking at the Sir Bradford-Hill criteria, applying all

18 of those to the world's literature -- do you have an

19 opinion as to whether Chrysotile asbestos, the type of

20 asbestos found in gaskets and packing, can cause

21 Mesothelioma in human beings?

22 A.     In my opinion, Chrysotile in gaskets and packing

23 is a potent risk factor for development of Mesothelioma.

24 And an individual exposed with sufficient dose to gaskets

25 and packing with related Chrysotile exposure would be at

1990

Direct - Brodkin

1  increased risk for developing Mesothelioma.  It is a well

2  documented cause of Mesothelioma.

3  Q.    And doctor, we didn't ask you to look at all the

4  different individuals that have filed claims in this

5  case; correct?

6  A.    That's true.

7  Q.    And in regards to your opinions.  Have you held

8  all of those within a reasonable degree of medical

9  possibility?

10  A.    Yes.

11  Q.    Your Honor, at this time we would offer

12  Dr. Brodkin's CV, which is ACC-3332; his report, which is

13  ACC-3333; his rebuttal report, which is ACC-3334; and we

14  would offer the Power Point which is going to be ACC-3336

15  into evidence.

16      MR. SCHACHTER:  The only objection I have, Your

17  Honor, is to the Power Point on Becklake.  That's a study

18  that we've looked for and it's not in his references and

19  shouldn't be on there and shouldn't be talked about.

20  Otherwise --

21      MR. FROST:  Your Honor, we'll review it.  And if

22  it's not in his materials, I'll excise it out of the

23  Power Point that I submit to the Court.

24      THE COURT:  All right.  If it's not in there, I'm

25  going to sustain the objection.  Otherwise, I'll accept

~~1991~~

Direct - Brodkin

1   it.

2        MR. FROST:  With that, Your Honor, I'll pass the

3   witness.

4        MR. SCHACHTER:  For clarification.  Those are for

5   demonstrative purposes; right?

6        MR. FROST:  His CV is for substantive purposes,

7   and the rest are the way we've offered all the other

8   materials.

9        THE COURT:  Let's get Mr. Guy's questions and then

10  we'll break for the day.

11       MR. GUY:  Your Honor, this is the one time I need

12  an hour.

13                      (Laughter.)

14       THE COURT:  You can have it.  I won't be here.

15       MR. GUY:  I don't need it.

16       THE COURT:  Turn out the lights when you get done.

17                      (Laughter.)

18                  **CROSS-EXAMINATION**

19       BY MR. GUY:

20  Q.   The whole issue of science and asbestos may have

21  been beaten to death last week, and we probably need a

22  new whip.  Dr. Brodkin, I'm not going to ask you the

23  question that I asked the debtor's experts about whether

24  it was known in the public arena, the science, because I

25  think that's pretty much established now that they

1992

Direct - Brodkin

1   understood it.  What I want to ask you about is, you

2   testified as to your understanding of the status of the

3   science concerning that issue; correct?

4   A.      Yes, we did talk about the evolution of medical

5   knowledge.

6   Q.      And you testified, by reference, to numerous

7   studies; correct?

8   A.      Yes.

9   Q.      Some of which have dated back decades?

10  A.      True.

11  Q.      Now you may not be able to answer this question.

12  And if you can't, that's okay.  Do you believe that the

13  status of the science will change dramatically in the

14  next five to ten years?

15  A.      I think with asbestos-related disease, as many

16  other areas of medicine, there will likely be further

17  refinement of the knowledge.  I don't think there will be

18  drastic changes in terms of the evidence of causation,

19  although there may be additional refinement.  I mean,

20  asbestos-related diseases now have been studied for many

21  decades and, I think, been well established.  So I think

22  the new knowledge will be fine tuning or refinement of

23  knowledge, rather than dramatic new knowledge.  I mean,

24  one doesn't have a crystal ball.  But I think given the

25  longitudinal history of asbestos studies, I don't think

~~1993~~

Direct - Brodkin

1  there will be dramatic differences in the areas I've

2  testified to.

3  Q.    So you don't expect, you know, in the near future

4  that there will be some study that would come out that

5  would find your conclusion to be completely wrong?

6        MR. SCHACHTER:  Objection, Your Honor.  This is

7  rank speculation.

8        THE COURT:  I think so.  We'll sustain that

9  objection.

10       MR. GUY:  We have all we need, Your Honor.  Thank

11  you.

12       THE COURT:  All right.  Thank you.

13       All right.  We'll break for the night and come

14  back at 9:30 in the morning.

15            (Off the record at 5:24 p.m.)

16

17                    **CERTIFICATE**

18       I, Tracy Rae Dunlap, RMR, CRR, an Official Court
    Reporter for the United States District Court for the
19  Western District of North Carolina, do hereby certify
    that I transcribed, by machine shorthand, the proceedings
20  had in the case of IN RE:  GARLOCK SEALING TECHNOLOGIES,
    LLC, et al, Bankruptcy Case No.  10-BK-31607, on July 30,
21  2013.

22       In witness whereof, I have hereto subscribed my
    name, this 31st day of July 2013.

23

24            __/S/__Tracy Rae Dunlap___
                 TRACY RAE DUNLAP, RMR, CRR
25               OFFICIAL COURT REPORTER