FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 11 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Case No. 10-31607 |
| **GARLOCK SEALING TECHNOLOGIES, LLC., et al.,**[1] | Chapter 11 |
| | Jointly Administered |
| **Debtors.** | |

## ORDER

THIS MATTER came before the court for hearing on March 27, 2014 (the "Hearing"), upon the motion of the Official Committee of Asbestos Personal Injury Claimants to Strike Legal Newsline's Second Motion for Access to the Estimation Hearing [Dkt. No. 3379], and the Motion of the Official Committee of Asbestos

---

[1] The debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and the Anchor Packing Company.

Personal Injury Claimants to Strike Ford Motor Company's Motion for Access to Rule 2019 Filings and to Unseal the Evidence of "Demonstrable Misrepresentation" [Dkt. No. 3389] (collectively, the "Motions to Strike").  The Motions to Strike urged that Legal Newsline's pending appeal before the District Court, 3:13-cv-00464(MOC)(the "Legal Newsline Appeal"), has divested the Bankruptcy Court of jurisdiction to entertain the Motion by Legal Newsline to Unseal the Trial Testimony and Exhibits on which the court based its January 10, 2014 Order Estimating Aggregate Liability [Dkt. No. 3359], and Ford Motor Company's Motion for Access to Rule 2019 Filings and to Unseal the Evidence of "Demonstrable Misrepresentation [Dkt. No. 3377], and any joinders thereto[2] (collectively, the "Unsealing Motions").

The Unsealing Motions either involve issues that are directly before the District Court on Legal Newsline's appeal or are so closely related that they are inextricably intertwined. That appeal appears to be on a track to a timely resolution.

---

[2] *See* joinder of Honeywell International Inc. to Ford Motor Company's Motion for Access to Rule 2019 Filings and to Unseal the Evidence of "Demonstrable Misrepresentation," dated March 24, 2014 [Dkt. No. 3409]; Volkswagen Group of America, Inc.'s Joinder in and Statement in Support of Ford Motor Company's Motion for Access to Rule 2019 Filings and to Unseal the Evidence of "Demonstrable Misrepresentation," dated March 24, 2014 [Dkt. No. 3413]; Joinder of Crane Co. in Ford Motor Company's Motion for Access [Dkt. No. 3377], dated March 25, 2014 [Dkt. No. 3424]; and joinder of Resolute Management, Inc. and the AIG Member Companies in Ford Motor Company's Motion for Access [Dkt. No. 3377], dated March 27, 2014 [3437]

The court believes that there is nothing of significance to be gained by further argument on the Unsealing Motions in this court; and that the most expeditious route to resolution of the issues is to have all these matters presented to the District Court when it considers the present appeal. Consequently, the court has determined to deny the ACC's Motions to Strike and to deny the Unsealing Motions without consideration of their merits.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that (1) the motions to strike are DENIED; (2) the Unsealing Motions should therefore be, and hereby are, DENIED without consideration of the merits thereof, except that the portion of Ford's Motion addressing access to Rule 2019 Exhibits is hereby severed to be heard on April 17, 2014 or at such other date as the court may determine.

This court shall retain jurisdiction to interpret, apply, and enforce this order to the full extent permitted by law.

**This Order has been signed electronically.**      **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**