

**ORRICK**

EXHIBIT A-1
NOVEMBER 2013 INVOICE

Joseph W. Grier, III
101 North Tryon Street, Suite 1240
Charlotte, NC 28246

December 9, 2013
Client No. 24998
Invoice No. 1449930

Orrick Contact: Jonathan P. Guy

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2013 in connection with the matters described on the attached pages: | $ | 129,043.00 |
| DISBURSEMENTS as per attached pages: | | 849.84 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **129,892.84** |

Matter(s): 24998/2001, 2004, 2005, 2007, 2008, 2009

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$274,499.10
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 24998/ Invoice: 1449930 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 24998/ Invoice: 1449930*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 24998/ Invoice: 1449930 |


ORRICK

Grier, Joseph W. III. - 24998  
page 2

December 9, 2013  
Invoice No. 1449930

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 2004 - Litigation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/13 | D. Fullem | Prepare CDs of FCR exhibits (confidential and non-confidential) to the post-trial brief (1.00); follow-up with K. Orr re same (.20). | 1.20 | 324.00 |
| 11/01/13 | D. Smith | Review and edit post-trial brief (7.2); file and serve post-trial submissions (.8). | 8.00 | 2,840.00 |
| 11/01/13 | K. Orr | Review and edit post trial brief and various office conferences with and e-mails to/from D. Smith regarding same (2.5); phone conference with J. Guy and J. Grier regarding post-trial brief (.30); review and edit proposed findings of fact and e-mails to/from and phone conference with counsel for ACC regarding same (2.2); review ACC objections to Garlock exhibits and e-mails to/from counsel for ACC regarding same (.50); review ACC response to Coltec brief and prepare and file opposition to same (.50); review draft motion to seal (.10); e-mails to/from C. Wright and D. Smith regarding filings (.20); finalize and file exhibit list and notice of same (.50). | 6.80 | 3,468.00 |
| 11/01/13 | J. Guy | Work on brief and various related issues. | 4.00 | 3,000.00 |
| 11/02/13 | K. Orr | Retrieve and circulate post-trial filings. | 0.30 | 153.00 |
| 11/04/13 | D. Fullem | Review/respond to email from D. Smith and K. Orr regarding flashdrive of post-trial briefs, cases, transcripts, etc.; coordinate flash-drive of same; provide to D. Smith. | 0.50 | 135.00 |
| 11/04/13 | D. Fullem | Review/respond to email from K. Orr regarding Debtors' post-trial filings (unredacted); download and send same to group. | 0.40 | 108.00 |
| 11/04/13 | D. Fullem | Review recently filed pleadings relating to post-trial matters. | 0.20 | 54.00 |
| 11/04/13 | D. Smith | Review and analyze post-trial briefs (1.6); coordinate preparation of electronic post-trial brief (.8). | 2.40 | 852.00 |


ORRICK

| Grier, Joseph W. III. - 24998 | | | | December 9, 2013 |
| --- | --- | --- | --- | --- |
| page 3 | | | | Invoice No. 1449930 |

| Date | Attorney | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/04/13 | K. Orr | Review, analyze and annotate Coltec brief and appendix and Debtors' brief (5.8); various e-mails to/from internal team regarding briefs, response and hyperlinking (.40). | 6.20 | 3,162.00 |
| 11/04/13 | J. Guy | Review various post-trial briefs and strategize re next steps and reply brief. | 2.00 | 1,500.00 |
| 11/05/13 | P. McGreevy | Confer with D. Smith re electronic post-trial brief. | 0.30 | 52.50 |
| 11/05/13 | G. Willey | Review recently filed pleadings. | 0.20 | 49.00 |
| 11/05/13 | D. Smith | Review and analyze post-trial briefs (1.5); conference with internal team members re response to post-trial briefs (1.6); review electronic post-trial brief (1.3). | 4.40 | 1,562.00 |
| 11/05/13 | K. Orr | Review, analyze and annotate Debtors' post-trial brief and findings of fact and conclusions of law (3.5); prepare outline of issues for internal meeting (.50); office conference with J. Guy, R. Wyron and D. Smith regarding post-trial briefs and responses (1.5); prepare outline of post-trial issues and responses (1.3); e-mails to/from counsel for ACC regarding scheduling issues (.20). | 7.00 | 3,570.00 |
| 11/05/13 | J. Guy | Meeting with Orrick team to discuss post-trial brief, reply brief and next steps (1.5); review briefs of various parties (2.0); work on TDP structure (.5). | 4.00 | 3,000.00 |
| 11/05/13 | R. Wyron | Conference with team re reply briefs (1.2); review Coltec brief (1.4); begin review of debtors' brief and other filings (1.9). | 4.50 | 3,645.00 |
| 11/05/13 | R. Frankel | Preliminary review of papers filed by Garlock and Coltec. | 0.50 | 492.50 |
| 11/06/13 | D. Fullem | Review email from K. Orr; research filings; email same to K. Orr. | 0.50 | 135.00 |
| 11/06/13 | D. Fullem | Review and respond to K. Orr regarding certificate of service for November 1 FCR filings; prepare draft of certificate of service; coordinate service of documents on large group of notice parties. | 0.50 | 135.00 |


ORRICK

Grier, Joseph W. III. - 24998  
page 4

December 9, 2013  
Invoice No. 1449930

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/13 | D. Smith | Review and analyze post-trial briefs (1.0); review electronic post-trial brief and draft list of revisions for vendor to implement (2.4); draft cover letter to court re electronic post-trial brief and coordinate with local counsel re delivery of same (1.5); read and respond to email from ACC counsel re deposition designations (.2). | 5.10 | 1,810.50 |
| 11/06/13 | K. Orr | Phone conference with J. Guy and J. Grier regarding meeting with ACC and case status and follow up on various issues (1.3); e-mails to/from D. Smith and counsel for ACC regarding deposition designations (.20); prepare outline of post-trial arguments and responses (4.0); review and edit correspondence to Court and certificate of service (.30). | 5.80 | 2,958.00 |
| 11/06/13 | J. Guy | Work on TDP issues. | 1.00 | 750.00 |
| 11/06/13 | R. Wyron | Review Coltec chart and RAND report and follow-up. | 0.70 | 567.00 |
| 11/06/13 | R. Frankel | Review post-trial brief of Coltec (1.8); prepare notes regarding same (.4). | 2.20 | 2,167.00 |
| 11/07/13 | M. Merchant | Research and review trust information items on Trust websites. | 1.80 | 288.00 |
| 11/07/13 | D. Fullem | Confer with D. Smith regarding highlighting of deposition designations on certain depositions (.20); review information re same (.20); prepare highlighted designations of Barry, Drake, Heffron, Magee, and Shepard (3.00). | 3.40 | 918.00 |
| 11/07/13 | D. Fullem | Prepare Certificate of Service regarding FCR's post-trial brief and related documents; review email from K. Orr re same; prepare revised version; coordinate filing of COS and serving of documents on parties. | 0.70 | 189.00 |
| 11/07/13 | D. Smith | Prepare electronic post-trial brief for service (.5); coordinate preparation of marked deposition transcripts showing designated testimony (.7). | 1.20 | 426.00 |


ORRICK

Grier, Joseph W. III. - 24998  
page 5

December 9, 2013  
Invoice No. 1449930

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/13 | K. Orr | Prepare outline of arguments in post-trial briefs and e-mail internal team regarding same (4.0); e-mails to/from D. Smith and counsel for ACC regarding deposition designations (.10); review various transcripts and attention to organization of internal database and case materials (1.5); e-mails to/from J. Radecki regarding Monday meeting (.10). | 5.70 | 2,907.00 |
| 11/07/13 | R. Wyron | Call with K. Orr re strategy and follow-up (.4); notes re issues for 11/11 meeting (.4). | 0.80 | 648.00 |
| 11/08/13 | M. Merchant | Research and review trust information on Trust websites. | 2.30 | 368.00 |
| 11/08/13 | D. Fullem | Confer with D. Smith regarding continuation/status of highlighting deposition designations on certain depositions (.20); review information (.20); prepare highlighted designations of Grant, Hennessy, and O'Reilly (2.00). | 2.40 | 648.00 |
| 11/08/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/08/13 | R. Frankel | Read post-trial brief of Garlock. | 2.30 | 2,265.50 |
| 11/10/13 | M. Merchant | Research and review trust information on Trust websites. | 2.50 | 400.00 |
| 11/11/13 | M. Merchant | Research and review trust information on Trust websites. | 2.00 | 320.00 |
| 11/11/13 | D. Fullem | Review email from C. Wright regarding hearing. | 0.10 | 27.00 |
| 11/11/13 | D. Smith | Review and analyze post-trial briefs (1.3); review and edit marked deposition transcripts showing designated testimony (.7). | 2.00 | 710.00 |
| 11/11/13 | K. Orr | Work on outline for post-trial response, office conference with J. Guy regarding same, phone conference with counsel for ACC regarding same and e-mails to/from experts regarding same (2.2); review materials in preparation for meeting with ACC (.40); confer with J. Grier, J. Guy and R. Wyron regarding settlement issues and case status (1.50); meeting with ACC regarding settlement and case status (1.0); travel to/from same (.50); follow-up meeting with J. Grier, J. Guy, R. Wyron and R. Frankel regarding same (.70); office conference with D. Fullem regarding estimation materials (.20). | 6.50 | 3,315.00 |



ORRICK

Grier, Joseph W. III. - 24998  
page 6

December 9, 2013  
Invoice No. 1449930

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/13 | J. Guy | Prepare for meeting with FCR and ACC to go over next steps (1); meet with FCR and Lincoln (separate occasions) (2); meet with FCR and ACC; work on reply brief issues, TDP issues, review parties' briefs (1.5). | 5.50 | 4,125.00 |
| 11/11/13 | R. Wyron | Review memo re discussions (.9); meet with J. Grier and Orrick team (1.3); meet with ACC counsel (1.2); confer with Orrick team and J. Grier re strategy (.8). | 4.20 | 3,402.00 |
| 11/11/13 | R. Frankel | Telephone conference with ACC and J. Grier regarding settlement issues (.4); telephone conference with J. Grier, R. Wyron, J. Guy regarding call (.4). | 0.80 | 788.00 |
| 11/12/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/12/13 | D. Smith | Review and analyze post-trial briefs (.3); review and edit marked deposition transcripts showing designated testimony (2.5); conference with internal team members re response to post-trial briefs (1.0) | 3.80 | 1,349.00 |
| 11/12/13 | K. Orr | Prepare for office conference with internal team (.30); office conference with internal team regarding response to post-trial briefs and plan and TDP issues (1.0); office conference with D. Smith regarding deposition designations and e-mail counsel for ACC regarding same (.10). | 1.40 | 714.00 |
| 11/12/13 | J. Guy | Meeting with Orrick team re reply briefs and related issues, work on same. | 2.30 | 1,725.00 |
| 11/12/13 | R. Wyron | Confer with Orrick team re reply brief and strategy (1.1); review notes on discussions (.6). | 1.70 | 1,377.00 |
| 11/13/13 | M. Merchant | Research and review trust information on Trust websites. | 1.50 | 240.00 |
| 11/13/13 | D. Smith | Review and edit marked deposition transcripts showing designated testimony. | 1.60 | 568.00 |
| 11/13/13 | K. Orr | Prepare memo regarding TDP issues and review and analyze materials regarding same (5.8); e-mails to/from D. Smith and counsel for ACC regarding deposition designations and brief review of same (.20). | 6.00 | 3,060.00 |
| 11/13/13 | J. Guy | Work on Response Brief. | 5.00 | 3,750.00 |
| 11/14/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/14/13 | D. Fullem | Review files from K. Orr and organize documents for Legal Key system. | 0.50 | 135.00 |


ORRICK

| Grier, Joseph W. III. - 24998 | | | December 9, 2013 | |
| --- | --- | --- | --- | --- |
| page 7 | | | Invoice No. 1449930 | |
| 11/14/13 | D. Smith | Conference with K. Orr re trial transcript errata and upcoming call with counsel and court reporter (.3); correspondence re same (.1); revise marked deposition transcript showing designated testimony (.3). | 0.70 | 248.50 |
| 11/14/13 | K. Orr | Review Debtors' proposed changes to transcript and various e-mails to/from counsel for ACC and counsel for Debtors regarding same (2.2); phone conferences with counsel for Debtors and counsel for ACC regarding transcripts (.20); office conference with D. Smith regarding transcripts and case status (.20); prepare memorandum regarding TDP issues, review various materials regarding same and identify outstanding issues (3.5); office conference with and e-mails to/from R. Wyron regarding TDP issues (.70); office conference with J. Guy regarding post-trial response and TDP issues (.30). | 7.10 | 3,621.00 |
| 11/14/13 | J. Guy | Work on response brief and related issues. | 5.00 | 3,750.00 |
| 11/14/13 | R. Wyron | Meet with K. Orr re TDP issues (.5); review TDP provisions and notes re same (.9). | 1.40 | 1,134.00 |
| 11/15/13 | D. Smith | Conference with counsel and court reporter re trial transcript revisions (.3); correspondence with K. Orr re same (.4); review Debtors' comments to proposed trial transcript revisions (.8); review draft post-trial response brief (.3); annotate trial transcripts to show errata (.6). | 2.40 | 852.00 |
| 11/15/13 | K. Orr | Prepare memorandum regarding TDP issues and e-mail internal team regarding same (1.5); review and edit post-trial response (1.0); e-mails to/from D. Smith regarding transcript issues (.20). | 2.70 | 1,377.00 |
| 11/15/13 | J. Guy | Work on response brief and related issues. | 3.00 | 2,250.00 |
| 11/18/13 | D. Smith | Conference with counsel re trial transcript revisions (.2); annotate trial transcripts to show errata, revise errata sheet, and respond to email re same (3.9). | 4.10 | 1,455.50 |


ORRICK

Grier, Joseph W. III. - 24998  
page 8

December 9, 2013  
Invoice No. 1449930

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/13 | K. Orr | Work on post-trial response and office conference with J. Guy regarding same (2.0); various emails to/from D. Smith and counsel for ACC regarding transcript errata (.50); phone conference with counsel for ACC and Debtors regarding same (.20); prepare materials for meeting regarding TDP (.30); attention to pleadings file and internal database (.50). | 3.50 | 1,785.00 |
| 11/18/13 | J. Guy | Draft Post-Trial Response Brief. | 6.30 | 4,725.00 |
| 11/19/13 | D. Fullem | Confer with K. Orr; organize various files for legal key system. | 0.50 | 135.00 |
| 11/19/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/19/13 | D. Smith | Insert citations to post-trial response brief, and review and analyze estimation trial transcripts, exhibits, and related documents for same (1.9); conference with K. Orr re post-trial response brief (.3); research case law to support proposition in post-trial response brief (1.6); review annotated trial transcript and errata sheet, and send to Debtors' counsel (.7). | 4.50 | 1,597.50 |
| 11/19/13 | K. Orr | Work on post-trial response brief (2.0); office conference with D. Smith regarding same (.30); e-mails to/from counsel for Debtors regarding transcripts (.20); office conference with J. Guy and R. Wyron regarding TDP issues (1.7). | 4.20 | 2,142.00 |
| 11/19/13 | J. Guy | Meet with K. Orr and R. Wyron on TDP issues and follow up (1.5); prepare for meeting (.5). | 2.00 | 1,500.00 |
| 11/20/13 | M. Merchant | Research and review trust information on Trust websites. | 0.30 | 48.00 |
| 11/20/13 | D. Fullem | Review emails from S. Riggins regarding recent filings. | 0.20 | 54.00 |
| 11/20/13 | D. Smith | Insert citations to post-trial response brief, and review and analyze estimation trial transcripts, exhibits, and related documents for same. | 7.70 | 2,733.50 |
| 11/20/13 | K. Orr | Work on post-trial response. | 1.00 | 510.00 |
| 11/20/13 | R. Wyron | Review draft brief and provide comments. | 1.20 | 972.00 |
| 11/21/13 | M. Merchant | Research and review trust information on Trust websites. | 2.80 | 448.00 |
| 11/21/13 | D. Fullem | Review and respond to emails from S. Riggins for copies of filings. | 0.30 | 81.00 |
| 11/21/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |


ORRICK

Grier, Joseph W. III. - 24998  December 9, 2013
page 9  Invoice No. 1449930

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/13 | D. Smith | Insert citations to and edit post-trial response brief, and review and analyze estimation trial transcripts, exhibits, case law, and related documents for same. | 2.30 | 816.50 |
| 11/21/13 | K. Orr | Work on post-trial response (3.7); office conference with D. Smith regarding same (.30). | 4.00 | 2,040.00 |
| 11/21/13 | J. Guy | Work on post-trial brief (separate occasions). | 1.00 | 750.00 |
| 11/21/13 | R. Frankel | Review draft FCR post-trial Response Brief to Coltec. | 1.40 | 1,379.00 |
| 11/22/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/22/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/22/13 | D. Smith | Research case law to support proposition in post-trial response brief (1.9); review and analyze expert comments to post-trial response brief (.6). | 2.50 | 887.50 |
| 11/25/13 | D. Smith | Edit and cite check post-trial response brief, and review and analyze estimation trial transcripts, exhibits, case law, and related documents for same (3.5); conference with K. Orr re post-trial response brief (.3). | 3.80 | 1,349.00 |
| 11/25/13 | K. Orr | Work on post-trial response (.70); office conference with D. Smith regarding same (.20); phone conference with J. Guy and T. Swett regarding post-trial responses (.20). | 1.10 | 561.00 |
| 11/25/13 | J. Guy | Work on TDP analysis in advance of discussions re same (1.0) ; work on final edits to Post-Trial Brief and teleconference re same with Ted Swett (.8). | 1.80 | 1,350.00 |
| 11/26/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 11/26/13 | D. Smith | Edit and proofread post-trial response brief (2.1); research expert reports and trial testimony to support proposition in post-trial response brief (2.0); file and serve post-trial response brief (.7). | 4.80 | 1,704.00 |
| 11/26/13 | K. Orr | Work on post-trial response (2.0); various e-mails to/from J. Guy and D. Smith regarding same (.50); review motion to seal and e-mails to/from counsel for ACC and Debtors regarding same (.20). | 2.70 | 1,377.00 |
| 11/26/13 | J. Guy | Address isues with regard to post trial briefs. | 1.80 | 1,350.00 |
| 11/27/13 | D. Fullem | Review and respond to D. Smith email re COS for FCR Post-Trial Response Brief; prepare COS; coordinate copies of FCR filing to service list parties; electronic filing with Court; update D. Smith and K. Orr re same. | 1.00 | 270.00 |


ORRICK

Grier, Joseph W. III. - 24998  
page 10

December 9, 2013  
Invoice No. 1449930

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/13 | D. Smith | Review, analyze and organize parties' court filings, and distribute filings to internal team and experts. | 1.40 | 497.00 |
| 11/27/13 | K. Orr | E-mail to and phone conference with D. Smith regarding post-trial responses and internal database (.20); phone conference with K. Buffaloe regarding delivery of response (.10). | 0.30 | 153.00 |

Total Hours 229.10  
Total For Services $ 117,487.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 7.20 | 985.00 | 7,092.00 |
| Debra O. Fullem | 14.00 | 270.00 | 3,780.00 |
| Jonathan P. Guy | 44.70 | 750.00 | 33,525.00 |
| P. T. McGreevy | 0.30 | 175.00 | 52.50 |
| Melanie M. Merchant | 13.20 | 160.00 | 2,112.00 |
| Kathleen Orr | 72.30 | 510.00 | 36,873.00 |
| David B. Smith | 62.70 | 355.00 | 22,258.50 |
| Gerald L. Willey | 0.20 | 245.00 | 49.00 |
| Richard H. Wyron | 14.50 | 810.00 | 11,745.00 |
| Total All Timekeepers | 229.10 | $512.82 | $117,487.00 |

Disbursements  
    Document Reproduction    168.60  
    Express Delivery    89.97  
    Lexis Research    85.01  
    Outside Services    289.10  
    Postage    148.00  
    Westlaw Research    48.86  

Total Disbursements    $829.54

**Total For This Matter**    $118,316.54


ORRICK

Grier, Joseph W. III. - 24998  
page 11

December 9, 2013  
Invoice No. 1449930

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 2005 - Plan and Disclosure Statement**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/13 | K. Orr | Review and analyze plan documents and prior correspondence regarding same (2.5); various e-mails to/from R. Wyron regarding plan documents (.40); prepare memo regarding TDP issues and review and analyze various documents relating to same (2.0); e-mail counsel for ACC regarding plan documents (.10). | 5.00 | 2,550.00 |
| 11/17/13 | R. Wyron | Review K. Orr memo re TDP and notes re same. | 1.10 | 891.00 |
| 11/18/13 | R. Wyron | Review TDP memo and notes re issues. | 1.10 | 891.00 |
| 11/19/13 | R. Wyron | Review issues list (.4); conference with J. Guy and K. Orr re TDP issues (1.7). | 2.10 | 1,701.00 |
| 11/20/13 | K. Orr | Research TDP issues. | 1.00 | 510.00 |
| | | Total Hours | 10.30 | |
| | | Total For Services | | $ 6,543.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Kathleen Orr | 6.00 | 510.00 | 3,060.00 |
| Richard H. Wyron | 4.30 | 810.00 | 3,483.00 |
| Total All Timekeepers | 10.30 | $635.24 | $6,543.00 |

**Total For This Matter**     **$6,543.00**


ORRICK

Grier, Joseph W. III. - 24998  
page 12

December 9, 2013  
Invoice No. 1449930

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 2007 - Orrick Compensation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/13 | D. Fullem | Review latest payment information from Garlock. | 0.20 | 54.00 |
| 11/06/13 | D. Fullem | Review Orrick's October prebill. | 1.00 | 270.00 |
| 11/06/13 | D. Fullem | Review and respond to email from K. Orr regarding status of Orrick's October prebill. | 0.20 | 54.00 |
| 11/06/13 | K. Orr | Review and edit Orrick prebill. | 0.50 | 255.00 |
| 11/11/13 | D. Fullem | Review revised October prebill. | 1.00 | 270.00 |
| 11/15/13 | D. Fullem | Prepare cover memo to notice parties of Orrick's October invoice. | 0.50 | 135.00 |
| 11/19/13 | D. Fullem | Prepare quarterly fee application for the interim period July-October 2013. | 1.50 | 405.00 |
| 11/21/13 | D. Fullem | Begin drafting Orrick's tenth interim fee application for the period July 1-October 31, 2013. | 1.20 | 324.00 |

Total Hours 6.10  
Total For Services $ 1,767.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 5.60 | 270.00 | 1,512.00 |
| Kathleen Orr | 0.50 | 510.00 | 255.00 |
| Total All Timekeepers | 6.10 | $289.67 | $1,767.00 |

Disbursements  
   Outside Services                 20.30  
                 Total Disbursements               $20.30

**Total For This Matter**               $1,787.30


ORRICK

Grier, Joseph W. III. - 24998  
page 13

December 9, 2013  
Invoice No. 1449930

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 2008 - FCR and Other Professionals Retention**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/13 | R. Wyron | Review Towers Watson pleadings and agreement (.8); telephone conference with J. Kimble re application (.2). | 1.00 | 810.00 |
| 11/21/13 | R. Wyron | Review Lincoln retention application filed in Bondex re disclosure. | 0.30 | 243.00 |
| 11/22/13 | D. Fullem | Review email from and confer with K. Orr re draft of J. Radecki supplemental disclosure. | 0.40 | 108.00 |
| 11/25/13 | D. Fullem | Review and respond to email from K. Orr regarding supplemental declaration by J. Radecki for Lincoln; assist with electronic filing and serving of same. | 0.60 | 162.00 |
| 11/25/13 | K. Orr | Review and edit draft Lincoln supplemental declaration and e-mails to/from J. Solganick and J. Guy regarding same. | 0.80 | 408.00 |
| 11/26/13 | D. Fullem | Download and send electronic file-stamped copy of supplemental declaration by Radecki to K. Orr and J. Solganick. | 0.20 | 54.00 |
| 11/26/13 | D. Fullem | Prepare COS for Radecki supplemental declaration; coordinate filing of same with Court. | 0.50 | 135.00 |

|  |  | Total Hours | 3.80 |  |
|---|---|---|---|---|
|  |  | Total For Services | $ | 1,920.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 1.70 | 270.00 | 459.00 |
| Kathleen Orr | 0.80 | 510.00 | 408.00 |
| Richard H. Wyron | 1.30 | 810.00 | 1,053.00 |
| Total All Timekeepers | 3.80 | $505.26 | $1,920.00 |

**Total For This Matter**  $1,920.00


ORRICK

Grier, Joseph W. III. - 24998  
page 14

December 9, 2013  
Invoice No. 1449930

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 2009 - FCR and Other Professionals Compensation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/13 | D. Fullem | Review November invoices from J. Grier as FCR and Grier Law Firm. | 0.20 | 54.00 |
| 11/12/13 | D. Fullem | Review several recent emails from C. Wright with various professionals fee/expense requests. | 0.30 | 81.00 |
| 11/12/13 | D. Fullem | Review draft of HR&A October invoice; provide comments to R. Mangus. | 0.30 | 81.00 |
| 11/12/13 | K. Orr | Review Grier law firm and FCR invoices and e-mail K. Buffaloe regarding same. | 0.20 | 102.00 |
| 11/14/13 | D. Fullem | Prepare updated fee/expense charts for professionals. | 1.00 | 270.00 |
| 11/14/13 | K. Orr | Review HRA October invoice and e-mail R. Mangus regarding same. | 0.20 | 102.00 |
| 11/18/13 | K. Orr | Review Lincoln invoices for August, September and October. | 0.30 | 153.00 |
| 11/19/13 | D. Fullem | Review Lincoln draft invoices for August-October; review K. Orr edits; prepare additional edits; send to C. Gresh. | 0.50 | 135.00 |
| 11/19/13 | K. Orr | E-mails to/from D. Fullem regarding Lincoln invoices. | 0.10 | 51.00 |
| 11/20/13 | D. Fullem | Review revised versions of Lincoln's invoices for August - October; draft footnote regarding certain travel time; review with K. Orr; send to C. Gresh to update invoices. | 0.50 | 135.00 |
| 11/21/13 | D. Fullem | Review email from C. Gresh regarding edits to Lincoln's invoices; prepare draft of same for K. Orr review; send email with draft to C. Gresh and others for review/approval. | 0.40 | 108.00 |
| 11/22/13 | D. Fullem | Review fee applications filed by various professionals in the case. | 0.20 | 54.00 |
| | | Total Hours | 4.20 | |
| | | Total For Services | | $ 1,326.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 3.40 | 270.00 | 918.00 |
| Kathleen Orr | 0.80 | 510.00 | 408.00 |


ORRICK

Grier, Joseph W. III. - 24998  December 9, 2013
page 15  Invoice No. 1449930

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Total All Timekeepers | 4.20 | $315.71 | $1,326.00 |

                                 **Total For This Matter**        **$1,326.00**

\* \* \* COMBINED TOTALS \* \* \*

| | | |
|---|---|---|
| Total Hours | 253.50 | |
| Total Fees, all Matters | | $129,043.00 |
| Total Disbursements, all Matters | | $849.84 |
| Total Amount Due | | $129,892.84 |