# ORRICK

EXHIBIT A-2
DECEMBER 2013 INVOICE

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Joseph W. Grier, III.
101 North Tryon Street, Suite 1240
Charlotte, NC 28246

January 13, 2014
Client No. 24998
Invoice No. 1454634

Orrick Contact: Jonathan P. Guy

FOR SERVICES RENDERED through December 31, 2013 in connection
with the matters described on the attached pages:

$ 27,698.00

DISBURSEMENTS as per attached pages:

289.84

**TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount):

$ **27,987.84**

Matter(s): 24998/2004, 2005, 2007, 2009

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$240,317.89
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 24998/ Invoice: 1454634*

**ELECTRONIC FUNDS TRANSFERS:**
**ACH & Wire Transfers:**
**ABA Number 121000248**
**SWIFT CODE: WFBIUS6S**
**Account Number: 4123701088**
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 24998/ Invoice: 1454634*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 24998/ Invoice: 1454634*



ORRICK

Joseph W. Grier, III.
101 North Tryon Street, Suite 1240
Charlotte, NC 28246

January 13, 2014
Client No. 24998
Invoice No. 1454634

Orrick Contact: Jonathan P. Guy

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 2004 - Litigation**

| 12/02/13 | D. Smith | Read and analyze Debtors' and Coltec's post-trial submissions. | 0.50 | 177.50 |
|---|---|---|---|---|
| 12/02/13 | J. Guy | Review parties' response briefs and analyze related arguments. | 1.50 | 1,125.00 |
| 12/03/13 | D. Smith | Read and analyze Debtors' and Coltec's post-trial submissions. | 2.20 | 781.00 |
| 12/03/13 | K. Orr | E-mails to/from D. Smith regarding Debtors' response to findings of fact and review materials regarding same. | 0.40 | 204.00 |
| 12/04/13 | D. Smith | Correspond with K. Orr re filing of certificate of service for post-trial response brief. | 0.10 | 35.50 |
| 12/04/13 | K. Orr | Review post-trial responses and related filings. | 2.50 | 1,275.00 |
| 12/04/13 | R. Wyron | Review TDP issues and notes re same for follow-up meetings. | 1.60 | 1,296.00 |
| 12/05/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 12/05/13 | K. Orr | Review and analyze post-trial responses (1.5); review FCR responses in connection with possible redactions and e-mails to/from J. Guy and D. Smith regarding same (.50). | 2.00 | 1,020.00 |
| 12/05/13 | R. Wyron | Review Bondex objection re Lincoln. | 0.30 | 243.00 |
| 12/06/13 | J. Guy | Follow up on redaction of post trial briefs and TDP issues. | 0.40 | 300.00 |
| 12/09/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 12/09/13 | D. Fullem | Organize transcript/deposition materials on J drive. | 0.50 | 135.00 |
| 12/09/13 | K. Orr | Various e-mails to/from counsel for ACC and D. Smith regarding deposition designations and redactions. | 0.30 | 153.00 |
| 12/11/13 | J. Guy | Follow up on TDP and settlement discussions. | 0.20 | 150.00 |
| 12/12/13 | D. Smith | Review and analyze post-trial brief for redaction purposes. | 3.00 | 1,065.00 |
| 12/13/13 | D. Smith | Review and analyze post-trial brief for redaction purposes. | 2.20 | 781.00 |



ORRICK

Grier, Joseph W. III. - 24998
page 2

January 13, 2014
Invoice No. 1454634

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/13 | J. Guy | Teleconference with J. Grier and R. Wyron re: settlement issues (.20); review prior discussions (.10). | 0.30 | 225.00 |
| 12/13/13 | R. Wyron | Review emails re plan issues and notes re same (.6); call with J. Grier and follow-up (.6). | 1.20 | 972.00 |
| 12/16/13 | K. Orr | Review TDP memo and research outstanding issues in preparation for internal meeting. | 1.50 | 765.00 |
| 12/17/13 | D. Fullem | Review post-trial files with K. Orr (.50); begin assembling, organizing, numerous boxes of materials (2.50). | 3.00 | 810.00 |
| 12/17/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 12/17/13 | D. Smith | Analyze and mark confidential portions of post-trial brief for redaction purposes. | 1.80 | 639.00 |
| 12/17/13 | K. Orr | Office conference with J. Guy and R. Wyron regarding TDP issues and follow up (1.4); research TDP procedures and outline issues (1.3); office conference with D. Fullem regarding organization of pleadings, witness, trial and other files (.7). | 3.40 | 1,734.00 |
| 12/17/13 | J. Guy | Meeting with R. Wyron and K. Orr re TDP issues (1.5); teleconference with Joe Grier re status of case and related issues (.3); work on TDP structure (.8); follow up on settlement concepts (.3). | 2.90 | 2,175.00 |
| 12/17/13 | R. Wyron | Review TDP notes for meeting (.8); meet with J. Guy and K. Orr re TDP issues (1.4). | 2.20 | 1,782.00 |
| 12/18/13 | D. Fullem | Complete organization of post-trial files as requested by K. Orr. | 1.30 | 351.00 |
| 12/18/13 | D. Fullem | Review recently filed pleadings. | 0.20 | 54.00 |
| 12/18/13 | D. Fullem | Confer with K. Orr regarding CDs of discovery and filing of same. | 0.20 | 54.00 |
| 12/18/13 | K. Orr | Review correspondence from J. Grier regarding case status (.10); e-mails to/from J. Guy regarding TDP issues and prepare materials for J. Guy regarding same (.40); review e-mails regarding deposition designations and e-mail J. Guy regarding same (.10). | 0.60 | 306.00 |
| 12/18/13 | J. Guy | Work on settlement and TDP issues. | 0.80 | 600.00 |
| 12/19/13 | K. Orr | Work on issues relating to draft TDP and e-mail J. Guy regarding same (1.0); review correspondence from financial expert (.10). | 1.10 | 561.00 |
| 12/19/13 | J. Guy | Teleconference and emails to/from/with T. Swett and J. Grier and others re: settlement structure and TDP issues (.6); work on TDP (1.4). | 2.00 | 1,500.00 |



ORRICK

Grier, Joseph W. III. - 24998                                    January 13, 2014
page 3                                                           Invoice No. 1454634

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/13 | R. Frankel | Confer with R. Wyron regarding settlement issues (.2); review settlement memos (.4). | 0.60 | 591.00 |
| 12/20/13 | D. Smith | Review and quality check deposition designations submitted to the court. | 1.10 | 390.50 |
| 12/20/13 | K. Orr | E-mails to/from counsel for ACC and D. Smith regarding deposition designations. | 0.20 | 102.00 |
| 12/23/13 | K. Orr | Review corrected transcripts and e-mail D. Fullem regarding updating internal database (1.0); review amended Bondex plan documents (.50); attention to pleadings and document files (.30). | 1.80 | 918.00 |
| 12/26/13 | G. Willey | Review recently filed pleadings. | 0.20 | 49.00 |
| 12/27/13 | G. Willey | Review recently filed pleadings. | 0.10 | 24.50 |
| 12/30/13 | G. Willey | Review recently filed pleadings. | 0.20 | 49.00 |

Total Hours                                                      45.00
Total For Services                                          $    23,555.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.60 | 985.00 | 591.00 |
| Debra O. Fullem | 5.80 | 270.00 | 1,566.00 |
| Jonathan P. Guy | 8.10 | 750.00 | 6,075.00 |
| Kathleen Orr | 13.80 | 510.00 | 7,038.00 |
| David B. Smith | 10.90 | 355.00 | 3,869.50 |
| Gerald L. Willey | 0.50 | 245.00 | 122.50 |
| Richard H. Wyron | 5.30 | 810.00 | 4,293.00 |
| Total All Timekeepers | 45.00 | $523.44 | $23,555.00 |

Disbursements
    Other Business Meals                             169.70
                                    Total Disbursements              $169.70


**Total For This Matter**                                    **$23,724.70**



ORRICK

Grier, Joseph W. III. - 24998
page 4

January 13, 2014
Invoice No. 1454634

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 2005 - Plan and Disclosure Statement**

| 12/12/13 | J. Guy | Address Plan and Disclosure statement issues (separate occasions). | 0.20 | 150.00 |
|---|---|---|---|---|
| 12/15/13 | R. Wyron | Review email re plan structure proposal and notes re same. | 0.30 | 243.00 |
| | | Total Hours | 0.50 | |
| | | Total For Services | $ | 393.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Jonathan P. Guy | 0.20 | 750.00 | 150.00 |
| Richard H. Wyron | 0.30 | 810.00 | 243.00 |
| Total All Timekeepers | 0.50 | $786.00 | $393.00 |

**Total For This Matter**                              **$393.00**



ORRICK

Grier, Joseph W. III. - 24998
page 5

January 13, 2014
Invoice No. 1454634

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 2007 - Orrick Compensation**

| | | | | |
|---|---|---|---|---|
| 12/04/13 | D. Fullem | Review Orrick's November prebill. | 1.00 | 270.00 |
| 12/05/13 | K. Orr | Review and edit November prebill. | 0.50 | 255.00 |
| 12/09/13 | D. Fullem | Review final November invoice; send same to client for review/approval; prepare cover memo to notice parties re same. | 0.80 | 216.00 |
| 12/09/13 | D. Fullem | Review/organize invoices (.50); begin drafting of tenth quarterly fee application for the period July-October 2013 (1.20). | 1.70 | 459.00 |
| 12/10/13 | D. Fullem | Prepare tenth quarterly fee application for the period July 1-Oct 31, 2013. | 2.20 | 594.00 |
| 12/13/13 | D. Fullem | Review comments to Orrick's tenth quarterly fee application. | 0.20 | 54.00 |
| 12/13/13 | K. Orr | Review and edit interim fee application and e-mail D. Fullem regarding same. | 0.20 | 102.00 |
| 12/16/13 | D. Fullem | Review, research and respond to questions from K. Orr regarding billing rate and adjustment to be shown on 10th quarterly fee application. | 1.00 | 270.00 |
| 12/16/13 | K. Orr | E-mails to/from R. Wyron and D. Fullem regarding interim fee application. | 0.30 | 153.00 |
| 12/16/13 | R. Wyron | Review 2013 billing rate issue and emails re same. | 0.30 | 243.00 |

| | | | |
|---|---|---|---|
| | Total Hours | 8.20 | |
| | Total For Services | $ | 2,616.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 6.90 | 270.00 | 1,863.00 |
| Kathleen Orr | 1.00 | 510.00 | 510.00 |
| Richard H. Wyron | 0.30 | 810.00 | 243.00 |
| Total All Timekeepers | 8.20 | $319.02 | $2,616.00 |

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 67.50 | |
| Postage | 52.64 | |
| Total Disbursements | | $120.14 |



ORRICK

Grier, Joseph W. III. - 24998
page 6

January 13, 2014
Invoice No. 1454634

**Total For This Matter**                    **$2,736.14**



ORRICK

Grier, Joseph W. III. - 24998
page 7

January 13, 2014
Invoice No. 1454634

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter:  2009 - FCR and Other Professionals Compensation**

| 12/03/13 | K.  Orr | Review J. Grier and Grier law firm invoices and e-mail K. Buffaloe regarding same. | 0.20 | 102.00 |
| 12/05/13 | D. Fullem | Review emails from C. Wright with various professionals' fee/expense submissions. | 0.20 | 54.00 |
| 12/09/13 | D. Fullem | Review draft of November invoice from HR&A; provide comments to R. Mangus; review K. Orr's comments. | 0.50 | 135.00 |
| 12/09/13 | K.  Orr | Review and comment on HRA November invoice. | 0.30 | 153.00 |
| 12/10/13 | D. Fullem | Prepare updates to fee/expense chart for all professionals and circulate to group. | 1.00 | 270.00 |
| 12/13/13 | D. Fullem | Review draft of Lincoln's November invoice and respond to email from C. Gresh re same. | 0.30 | 81.00 |
| 12/13/13 | K.  Orr | Review Lincoln invoice and e-mail C. Gresh regarding same. | 0.20 | 102.00 |
| 12/16/13 | D. Fullem | Review emails from C. Wright with various professionals' fee/expense submissions. | 0.30 | 81.00 |
| 12/17/13 | D. Fullem | Review emails from C. Wright with various professionals' fee/expense submissions. | 0.20 | 54.00 |
| 12/17/13 | K.  Orr | Phone conference with D. Fullem regarding quarterly fee application and review edits to same. | 0.20 | 102.00 |

Total Hours    3.40

Total For Services    $    1,134.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra  O. Fullem | 2.50 | 270.00 | 675.00 |
| Kathleen Orr | 0.90 | 510.00 | 459.00 |
| Total All Timekeepers | 3.40 | $333.53 | $1,134.00 |

**Total For This Matter**    **$1,134.00**

* * * COMBINED TOTALS * * *



ORRICK

Grier, Joseph W. III. - 24998                                                    January 13, 2014
page 8                                                                    Invoice No. 1454634

| | | |
|---|---|---|
| Total Hours | 57.10 | |
| Total Fees, all Matters | | $27,698.00 |
| Total Disbursements, all Matters | | $289.84 |
| Total Amount Due | | $27,987.84 |