**ORRICK**

EXHIBIT A-4
FEBRUARY 2014 INVOICE

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Jonathan P. Guy
202-339-8516
jguy@orrick.com

TO: Notice Parties

FROM: Orrick, Herrington & Sutcliffe LLP ("Orrick")

DATE: March 12, 2014

RE: Garlock Sealing Technologies LLC, *et al.*
Case No. 10-31607 (Jointly Administered)

Enclosed please find a copy of Orrick's Monthly Compensation Statement for fees and expenses incurred as counsel to Joseph W. Grier, III, the Court-appointed Future Asbestos Claimants' Representative in the above-referenced cases, for the time period February 1, 2014 through February 28, 2014.

During this time period, Orrick incurred fees of $37,210.00 and expenses of $1,183.20 for a total of $38,393.20. Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered on July 15, 2010 in these cases, retained professionals may request 90% of their fees and 100% of their expenses on a monthly basis. Accordingly, Orrick requests payment from the Debtors of **$34,672.20** calculated as follows: $33,489.00 (90% of $37,210.00) and $1,183.20 (100% expenses); the remaining 10% holdback is $3,721.00.

Please note that this invoice, consistent with the Court's Order in these cases, reflects a discount of $5,207.00 over Orrick's standard hourly rates.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*/S/ JONATHAN P. GUY*

Jonathan P. Guy

Enclosures



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Joseph W. Grier, III
101 North Tryon Street, Suite 1240
Charlotte, NC 28246

March 14, 2014
Client No. 24998
Invoice No. 1463354

Orrick Contact: Jonathan P. Guy

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 28, 2014 in connection with the matters described on the attached pages: | $ | 37,210.00 |
| DISBURSEMENTS as per attached pages: | | 1,183.20 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **38,393.20** |

Matter(s): 24998/2003, 2004, 2007, 2009

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$202,973.73
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 24998/ Invoice: 1463354 | ***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo
420 Montgomery Street
San Francisco, CA 94104
Account of
Orrick, Herrington & Sutcliffe LLP
Reference: 24998/ Invoice: 1463354
E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 24998/ Invoice: 1463354 |


ORRICK

Joseph W. Grier, III
101 North Tryon Street, Suite 1240
Charlotte, NC 28246

March 14, 2014
Client No. 24998
Invoice No. 1463354

Orrick Contact: Jonathan P. Guy

For Legal Services Rendered Through February 28, 2014 in Connection With:

**Matter: 2003 - Insurance**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/14 | P. Mahaley | Telephone conference with Mr. Muoio re proposed settlement with insolvent London market insurer and advise FCR re same. | 0.50 | 325.00 |
| 02/04/14 | K. Orr | Phone conference with J. Guy, J. Grier and P. Mahaley regarding insurance issue. | 0.20 | 105.00 |
| 02/04/14 | P. Mahaley | Telephone conference with J. Grier re Garlock proposed settlement with insolvent insurer and communicate FCR's decision to insurance counsel for Garlock. | 0.20 | 130.00 |
| | | Total Hours | 0.90 | |
| | | Total For Services | | $ 560.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.70 | 650.00 | 455.00 |
| Kathleen Orr | 0.20 | 525.00 | 105.00 |
| Total All Timekeepers | 0.90 | $622.22 | $560.00 |

**Total For This Matter**               **$560.00**



**ORRICK**

Grier, Joseph W. III. - 24998  
page 2

March 14, 2014  
Invoice No. 1463354

For Legal Services Rendered Through February 28, 2014 in Connection With:

**Matter: 2004 - Litigation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/14 | D. Fullem | Review and circulate agenda for matters scheduled for hearing in Bondex. | 0.20 | 55.00 |
| 02/03/14 | K. Orr | Conference with J. Guy regarding TDP issues. | 1.00 | 525.00 |
| 02/03/14 | J. Guy | Work on TDP structural issues and next steps. | 1.50 | 1,155.00 |
| 02/04/14 | K. Orr | Phone conference with J. Guy and J. Grier regarding plan issues and case status (.70); follow up office conference with J. Guy (.30); review various transcripts and documents related to plan issues and office conference with J. Guy regarding same (.60). | 1.60 | 840.00 |
| 02/04/14 | J. Guy | Prepare for meeting with Debtors; analyze various legal issues. | 5.00 | 3,850.00 |
| 02/05/14 | K. Orr | Travel to/from Charlotte (delayed) (5.0); meeting with J. Grier, J. Guy and counsel for Debtors regarding plan issues (5.0); conference with J. Guy regarding next steps and case status (.50). | 10.50 | 5,512.50 |
| 02/05/14 | J. Guy | Travel to/from Charlotte and attend meeting with Debtors and FCR (8.50); prepare for same (.50); conference with K. Orr re: next steps and strategize re: same (.50). | 9.50 | 7,315.00 |
| 02/06/14 | K. Orr | Brief review of redacted transcripts and e-mail T. Phillips regarding same (.30); e-mails to/from expert regarding case status and conference call (.20). | 0.50 | 262.50 |
| 02/06/14 | J. Guy | Follow up on TDP and plan structure issues. | 1.20 | 924.00 |
| 02/10/14 | K. Orr | E-mails to/from J. Guy regarding case status. | 0.10 | 52.50 |
| 02/11/14 | K. Orr | Office conference with J. Guy regarding case status and plan issues (.50); phone conference with J. Guy and HRA regarding TDP issues (.50); follow up e-mails to HRA regarding same (.10). | 1.10 | 577.50 |
| 02/11/14 | J. Guy | Telephone call with FCR's estimation experts regarding matrix and related issues (.50); work on structure of TDP and potential consensual plan (2.00). | 2.50 | 1,925.00 |


ORRICK

Grier, Joseph W. III. - 24998  
page 3

March 14, 2014  
Invoice No. 1463354

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/14 | K. Orr | Various phone conferences with J. Guy and J. Grier regarding case status and plan issues (.70); phone conference with J. Guy, J. Grier and ACC regarding case status (.80); various office conferences with J. Guy and J. Burke regarding same (.70). | 2.20 | 1,155.00 |
| 02/12/14 | J. Guy | Teleconference with ACC and FCR (1.50); follow-up on various issues (.20); schedule matrix meeting and prepare for same (.30); work on TDP structure (.80). | 2.80 | 2,156.00 |
| 02/14/14 | K. Orr | Work on TDP issues. | 0.10 | 52.50 |
| 02/17/14 | K. Orr | Various office conferences with J. Guy and J. Grier regarding case status and plan issues. | 1.50 | 787.50 |
| 02/17/14 | J. Guy | Prepare for meeting with Debtors (3.50); pre-meeting and subsequent follow-up with FCR (1.00); attend meeting (1.50); strategize re: next steps (.50). | 6.50 | 5,005.00 |
| 02/18/14 | J. Guy | Work on potential plan and TDP issues. | 0.70 | 539.00 |
| 02/19/14 | J. Guy | Work on TDP and plan issues (separate occasions). | 0.80 | 616.00 |
| 02/21/14 | K. Orr | Attention to scheduling meeting with financial advisor. | 0.20 | 105.00 |
| 02/26/14 | K. Orr | Phone conference with counsel for Debtors regarding case status and e-mails to/from J. Guy and J. Grier regarding same (.60); review motion to extend and hearing notice (.20). | 0.80 | 420.00 |
| 02/28/14 | K. Orr | Phone conference with J. Guy and J. Grier regarding case status and next steps. | 0.50 | 262.50 |

Total Hours 50.80  
Total For Services $ 34,092.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 275.00 | 55.00 |
| Jonathan P. Guy | 30.50 | 770.00 | 23,485.00 |
| Kathleen Orr | 20.10 | 525.00 | 10,552.50 |
| Total All Timekeepers | 50.80 | $671.11 | $34,092.50 |



Grier, Joseph W. III. - 24998 March 14, 2014
page 4 Invoice No. 1463354

Disbursements
    Document Reproduction                          0.20
    Out of Town Business Meals                    102.50
    Parking Expense                                 36.00
    Taxi Expense                                      36.00
    Travel Expense, Air Fare                       970.50
    Travel Expense, Out of Town                 38.00
                                 Total Disbursements                      $1,183.20

                                 **Total For This Matter**                    **$35,275.70**



**ORRICK**

Grier, Joseph W. III. - 24998					March 14, 2014
page 5							Invoice No. 1463354

For Legal Services Rendered Through February 28, 2014 in Connection With:

**Matter: 2007 - Orrick Compensation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/14 | K. Orr | Review and edit prebill and e-mail D. Fullem regarding same. | 0.30 | 157.50 |
| 02/10/14 | D. Fullem | Review and respond to accounting with new 2014 hourly rates. | 0.20 | 55.00 |
| 02/11/14 | D. Fullem | Prepare chart of proposed new 2014 billing rates (.70); forward to J. Guy and K. Orr for review/discussion (.20); confer with K. Orr re same (.10); provide new proposed rates to accounting (.20); prepare letter to Garlock notice group regarding same (.40); provide to K. Orr for review/comment (.10). | 1.70 | 467.50 |
| 02/11/14 | D. Fullem | Review proposed final of January invoice. | 0.50 | 137.50 |
| 02/11/14 | K. Orr | Office conference with D. Fullem regarding January prebill. | 0.10 | 52.50 |
| 02/12/14 | D. Fullem | Confer with K. Orr regarding new 2014 rates (.40); update chart and circulate to J. Guy and K. Orr (.30); review with K. Orr (.10); prepare memo to notice parties re same (.30); confer with K. Orr (.20); finalize memo and send to parties (.20); prepare final invoice (.20); circulate to client for approval (.20). | 1.90 | 522.50 |
| 02/12/14 | K. Orr | Office conferences with D. Fullem and J. Guy regarding 2014 rates and review and edit memorandum regarding same. | 0.30 | 157.50 |
| 02/18/14 | D. Fullem | Review and respond to K. Green regarding final January invoice; prepare email to J. Dolan in accounting with copy of final invoice. | 0.20 | 55.00 |
| 02/19/14 | D. Fullem | Prepare cover letter to notice parties re January invoice; send same to parties by electronic mail. | 0.50 | 137.50 |
| 02/19/14 | D. Fullem | Review and respond to email from C. Wright regarding approval of Orrick's January invoice. | 0.20 | 55.00 |
| 02/28/14 | D. Fullem | Review and respond to K. Green and J. Dolan regarding 2014 hourly rates. | 0.20 | 55.00 |
| | | Total Hours | 6.10 | |
| | | Total For Services | | $ 1,852.50 |



ORRICK

Grier, Joseph W. III. - 24998  
page 6

March 14, 2014  
Invoice No. 1463354

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 5.40 | 275.00 | 1,485.00 |
| Kathleen Orr | 0.70 | 525.00 | 367.50 |
| Total All Timekeepers | 6.10 | $303.69 | $1,852.50 |

**Total For This Matter**         $1,852.50



**ORRICK**

Grier, Joseph W. III. - 24998  
page 7

March 14, 2014  
Invoice No. 1463354

For Legal Services Rendered Through February 28, 2014 in Connection With:

**Matter: 2009 - FCR and Other Professionals Compensation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/14 | D. Fullem | Review recently entered compensation orders for Grier, FCR, Grier Law Firm, etc. | 0.20 | 55.00 |
| 02/06/14 | K. Orr | Review FCR and Grier firm prebill and e-mails to/from K. Buffaloe regarding same. | 0.20 | 105.00 |
| 02/07/14 | D. Fullem | Review email from K. Orr and T. Swett regarding Caplin 2014 billing rates; respond to K. Orr re same. | 0.30 | 82.50 |
| 02/11/14 | D. Fullem | Review draft of HR&A January invoice; provide comments to R. Mangus. | 0.30 | 82.50 |
| 02/11/14 | D. Fullem | Review recent fee application filings on the docket. | 0.20 | 55.00 |
| 02/11/14 | K. Orr | Review HRA invoice and e-mails to/from D. Fullem and R. Mangus regarding same. | 0.20 | 105.00 |
| 02/21/14 | D. Fullem | Review recent emails from C. Wright with latest fee/expense statements by various professionals. | 0.50 | 137.50 |
| 02/28/14 | D. Fullem | Review emails from C. Wright with professionals fee statements. | 0.30 | 82.50 |

Total Hours 2.20  
Total For Services $ 705.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.80 | 275.00 | 495.00 |
| Kathleen Orr | 0.40 | 525.00 | 210.00 |
| Total All Timekeepers | 2.20 | $320.45 | $705.00 |

**Total For This Matter**     **$705.00**

\* \* \* **COMBINED TOTALS** \* \* \*

| | | |
|---|---|---|
| Total Hours | 60.00 | |
| Total Fees, all Matters | | $37,210.00 |
| Total Disbursements, all Matters | | $1,183.20 |
| Total Amount Due | | $38,393.20 |