IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**GARLOCK SEALING TECHNOLOGIES, LLC,** *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-31607<br><br>Jointly Administered |

### JOINT NOTICE OF APPEAL

Honeywell International Inc., Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa.; Volkswagen Group of America, Inc.; and Mt. McKinley Insurance Company and Everest Reinsurance Company (collectively, the "Movants"), by and through the undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, jointly appeal to the United States District Court for the Western District of North Carolina from the *Ex Parte Order Granting Motion for Stay of Order Granting Ford Motor Company's Motion for Access to Rule 2019 Filings* at Docket Number 3622 (the "Order") entered in the above-captioned bankruptcy cases on May 7, 2014, and all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order.

Winston-Salem, North Carolina
Dated: May 21, 2014

/s/ H. Lee Davis
H. Lee Davis, Jr., Esq.
DAVIS & HAMRICK LLP
635 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone:    (336) 464 9780

Facsimile: (336) 723 8838
E-mail: ldavis@davisandhamrick.com

—And—

Nava Hazan, Esq.
SQUIRE SANDERS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212)872 9800
Facsimile: (212) 872 9815
E-mail: nava.hazan@squiresanders.com

*Counsel to Honeywell International Inc.*

/s/ *Alice S. Johnston*
Alice S. Johnston, Esquire (Admitted *Pro Hac Vice)*
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA 15219
Telephone: (412) 288-2459
E-mail: alice.johnston@obermayer.com

—And—

Teresa E. Lazzaroni
North Carolina Bar No.: 13582
HAWKINS PARNELL
THACKSON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
E-mail: tlazzaroni@hptylaw.com

*Counsel for Volkswagen Group of America, Inc.*

2

/s/ *J. Samuel Gorham, III*
J. Samuel Gorham, III
State Bar No. 1692
GORHAM & CRONE, LLP
Post Office Box 2507
Hickory, NC 28603
Telephone:    (828) 322-5505
Facsimile:    (828) 328-1882
E-mail:    samg@gorhamcrone.com

Of Counsel:
Fred L. Alvarez (Admitted *Pro Hac Vice*)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
Telephone:    (312) 244-6700
Facsimile:    (312) 244-6800


Tony L. Draper (Admitted *Pro Hac Vice*)
Charles B. Walther (Admitted *Pro Hac Vice*)
1001 McKinney Street, Suite 2000
Houston, Texas 77002
Telephone:    (713) 654-8001
Facsimile:    (713) 343-6571

*Counsel to Mt. McKinley Insurance Company
and Everest Reinsurance Company*



/s/ *John S. Favate*
John S. Favate, Esq.  (Admitted *Pro Hac Vice*)
New Jersey Bar # 02279-1985
Henry T. M. LeFevre-Snee, Esq. (Admitted *Pro Hac Vice*)
New Jersey Bar # 02335-2010
HARDIN KUNDLA McKEON & POLETTO, P.A.
673 Morris Avenue
Springfield, New Jersey 07081
Telephone:    (973) 912-5222
E-mail:    hlefevre-snee@hkmpp.com

/s/ *George D. Humphrey*
George D. Humphrey, III, Esq.
Local Counsel
NC State Bar No. 24313

3

ALLMAN SPRY LEGGETT & CRUMPLER, P.A.
380 Knollwood Street/Ste 700
Winston-Salem, North Carolina 27103-1862
Telephone:    (336) 631-1441
E-mail:        ghumphrey@allmanspry com

*Counsel to Resolute Management, Inc.,
AIU Insurance Company, American Home
Assurance Company, Birmingham Fire
Insurance Company of Pennsylvania,
Granite State Insurance Company,
Lexington Insurance Company, and
National Union Fire Insurance Company of
Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on May 21, 2014, (i) via United States First Class mail, postage prepaid, and/or via ECF on the persons and entities listed on the Updated Master Service List at Bankr. Dkt. No. 3633, which includes, *inter alia*, counsel for appellee, the Official Committee of Asbestos Personal Injury Claimants; and (ii) via ECF on all other parties entitled to receive electronic notices in this action.

/s/ H. Lee Davis