FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 04 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Charlotte Division

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-31607 |
| | ) | |
| Garlock Sealing Technologies | ) | Chapter 11 |
| LLC, et al., | ) | |
| | ) | Jointly Administered |
| Debtors[1] | ) | |
| | ) | |

# ORDER AND NOTICE FOR HEARING ON
# FIRST AMENDED DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A first Amended Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code was filed on May 29, 2014.

IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider approval of the disclosure statement will be held on July 24, 2014 at 09:30 AM, Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 122, Charlotte, NC 28202.

2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as July 10, 2014.

3. By June 11, 2014, the plan proponent shall transmit a copy of the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to Section 1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.

4. Within (7) days of entry date of this order, the plan proponent shall serve this order on all parties in interest.

Requests for copies of the disclosure statement and plan should be directed to:

RAYBURN COOPER & DURHAM, P.A.
C. Richard Rayburn, Jr., Esq.
Albert F. Durham, Esq.
John R. Miller, Jr., Esq
1200 Carillon, 227 West Trade
Charlotte, North Carolina 28202
(704) 334-0891

ROBINSON, BRADSHAW & HINSON, P.A.
Garland S. Cassada, Esq.
Jonathan C. Krisko, Esq.
Richard C. Worf, Esq.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
**(**704) 377-2536

_____

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court