UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-31607 |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES, LLC, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | Jointly Administered |
| | ) | |

## JOINT NOTICE OF APPEAL

Ford Motor Company; Honeywell International Inc.; Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.; Volkswagen Group of America, Inc.; and Mt. McKinley Insurance Company and Everest Reinsurance Company, (collectively, the "**Movants**"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, appeal to the United States District Court for the Western District of North Carolina from the *Amended Order Granting Ford Motor Company's Motion for Access to Rule 2019 Filings* at Docket No. 3855 (the "**Order**") entered in the above-captioned bankruptcy case on July 9, 2014, and all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Order.

Dated: July 23, 2014          Respectfully submitted,

                              FORD MOTOR COMPANY

                              */s/ K. Elizabeth Sieg*
                              K. Elizabeth Sieg (Admitted *Pro Hac Vice*)
                              McGUIREWOODS LLP
                              One James Center
                              901 East Cary Street

Richmond, VA 23219
Telephone:    (804) 775-1000
Facsimile:    (804) 775-1061
E-Mail:    bsieg@mcguirewoods.com

—And—

Kirk G. Warner
North Carolina State Bar No. 16238
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
E-Mail: kwarner@smithlaw.com

*Counsel for Ford Motor Company*


*/s/ Nava Hazan*
H. Lee Davis, Jr., Esq.
DAVIS & HAMRICK LLP
635 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone:    (336) 464 9780
Facsimile:    (336) 723 8838
E-mail:    ldavis@davisandhamrick.com

—And—

Nava Hazan, Esq.
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone:    (212) 872 9800
Facsimile:    (212) 872 9815
E-mail:    nava.hazan@squirepb.com

*Counsel to Honeywell International Inc.*


*/s/ Alice S. Johnston*
Alice S. Johnston, Esquire
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP

2

One Mellon Center
500 Grant Street, Suite 5240
Pittsburgh, PA 15219
Telephone:    (412) 288-2459
E-mail:         alice.johnston@obermayer.com

—And—

Teresa E. Lazzaroni
North Carolina Bar No.: 13582
HAWKINS PARNELL
THACKSON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308-3243
Telephone:    (404) 614-7400
Facsimile:     (404) 614-7500
E-mail:         tlazzaroni@hptylaw.com

*Counsel for Volkswagen Group of America, Inc.*

*/s/ Charles B. Walther*
J. Samuel Gorham, III
State Bar No. 1692
GORHAM & CRONE, LLP
Post Office Box 2507
Hickory, NC 28603
Telephone:    (828) 322-5505
Facsimile:     (828) 328-1882
E-mail:          samg@gorhamcrone.com

Of Counsel:
Fred L. Alvarez
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
Telephone:    (312) 244-6700
Facsimile:     (312) 244-6800

Tony L. Draper
Charles B. Walther
1001 McKinney Street, Suite 2000
Houston, Texas 77002
Telephone:    (713) 654-8001

3

Facsimile: (713) 343-6571

*Counsel to Mt. McKinley Insurance Company
and Everest Reinsurance Company*


*/s/ John S. Favate*
John S. Favate, Esq.
New Jersey Bar # 02279-1985
Henry T. M. LeFevre-Snee, Esq.
New Jersey Bar # 02335-2010
HARDIN KUNDLA McKEON & POLETTO, P.A.
673 Morris Avenue
Springfield, New Jersey 07081
Telephone: (973) 912-5222
E-mail: hlefevre-snee@hkmpp.com


*/s/ Jodi D. Hildebran*
Jodi D. Hildebran, Esq.
NC State Bar No. 38239
Local Counsel
ALLMAN SPRY LEGGETT & CRUMPLER, P.A.
380 Knollwood Street/Ste 700
Winston-Salem, North Carolina 27103-1862
Telephone: (336) 722-2300
E-mail: jhildebran@allmanspry com

*Counsel to Resolute Management, Inc.,
AIU Insurance Company, American Home
Assurance Company, Birmingham Fire
Insurance Company of Pennsylvania,
Granite State Insurance Company,
Lexington Insurance Company, and
National Union Fire Insurance Company of
Pittsburgh, Pa.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Notice of Appeal was served on July 23, 2014, (i) via Federal Express overnight and/or via ECF on the persons and entities listed on the Updated Master Service List at Docket No. 3832, which includes, *inter alia*, counsel for appellee, the Official Committee of Asbestos Personal Injury Claimants; and (ii) via ECF on all other parties entitled to receive electronic notices in this action.

                                      */s/ K. Elizabeth Sieg*

58539249