FILED & JUDGMENT ENTERED
Steven T. Salata

Oct 23 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re: | Case No. 10-31607 |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | Chapter 11 |
| | Jointly Administered |
| Debtors.1 | |

## ORDER ADJOURNING HEARINGS ON THE DEBTORS' PROPOSED DISCLOSURE STATEMENT AND SOLICITATION AND CONFIRMATION PROCEDURES

This matter came before the Court upon the Debtors' request, with the consent of the other

estate parties, to adjourn the hearings on the Debtors' Proposed Disclosure Statement [Docket No.

3710] and Solicitation Procedures [Docket No. 3802] (the "Hearings"); it appearing that the

Asbestos Claimants' Committee, Coltec Industries Inc., and the Future Claimants Representative do

_____

1 The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

{00251646 v 1 }

not object to the adjournment of the Hearings; and it further appearing that, considering the nature of the relief requested, due and sufficient notice of the requested adjournment of the Hearings has been provided and no hearing on the requested adjournment is necessary; and it further appearing that the request should be granted for good cause show;

NOW, THEREFORE, IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:

1.      A hearing to consider the portion of the Debtors' Motion for Entry of Order Approving Solicitation and Confirmation Procedures and Schedule [Docket No. 3802] (the "Solicitation Procedures Motion") seeking approval of the Debtors' proposed noticing and media plan designed with the assistance of Kinsella Media, LLC (the "Noticing Plan")[2] will be held on November 17, 2014 at 11:00 a.m., Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 122, Charlotte, NC 28202.

2.      The hearing to consider approval of the Disclosure Statement for Debtors' First Amended Plan of Reorganization [Docket No. 3710] (the "Disclosure Statement"), and the hearing to consider the relief requested by the Solicitation Procedures Motion other than the Noticing Plan will be held on December 12, 2014 at 9:30 a.m., Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 122, Charlotte, NC 28202.

2.      Within three (3) days of the entry date of this order, the plan proponents shall serve this order on all parties listed on the Updated Master Service List [Docket No. 4024] and any parties who have filed a request for notices under Bankruptcy Rule 2002 since the date of the filing of the Updated Master Service List.

This Order has been signed electronically. The judge's        United States Bankruptcy Court
signature and court's seal appear at the top of the Order.

---

2 The Noticing Plan is described in Paragraphs 49 through 57 of the Solicitation Procedures Motion and Exhibit C to the Solicitation Procedures Motion.

{00251646 v 1 }