# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, *et al.*,<br><br>Debtors.[1] | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING ON FRIDAY, DECEMBER 12, 2014 AT 9:30 A.M.

## NO MATTERS WILL BE HEARD ON FRIDAY, DECEMBER 12, 2014.

## MATTERS CONTINUED TO JANUARY 21, 2014 AT 9:30 A.M.

1. *Disclosure Statement for Debtor's First Amended Plan of Reorganization* (Docket No. 3710).

   A. Related Pleadings:

   i. Motion of the Official Committee of Asbestos Personal Injury Claimants, on Consent of the Other Estate Parties, to Adjourn Hearings and to Extend the Deadlines for Objections to the Debtors Proposed Disclosure Statement and Solicitation and Confirmation Procedures (Docket No. 3902).

   ii. Consent Order Adjourning Hearings to October 7, 2014 and Extending the Deadlines for Objections to the Debtors Proposed Disclosure Statement and Solicitation and Confirmation Procedures by August 14, 2014 (Docket No. 3912).

   iii. Response of the Future Asbestos Claimants' Representative to Disclosure Statement for Debtors First Amended Plan of Reorganization (Docket No. 3959).

   iv. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Proposed Disclosure Statement for Debtors First Amended Plan of Reorganization (Docket No. 3961).

   vi. Debtors' Reply to Objection of Official Committee of Asbestos Personal Injury Claimants to Proposed Disclosure Statement for Debtors' First Amended Plan of Reorganization (Docket No. 4094).

---

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

{00254759 v 1 }

      vii.    Order Adjourning Hearings on the Debtors' Proposed Disclosure Statement and Solicitation and Confirmation Procedures until December 12, 2014 (Docket No. 4178).

  B.    <u>Objection Deadline</u>:  The last day to file and serve written objections to the Disclosure Statement is August 14, 2014.  The last to file and serve written responses to objections to the Disclosure Statement is September 24, 2014.

  C.    <u>Status</u>:  Matter is continued to January 21, 2014 at 9:30 a.m.

2.    *Debtors' Motion for Entry of Order Approving Solicitation and Confirmation Procedures and Schedule* (Docket No. 3802)

  A.    <u>Related Pleadings</u>:

      i.    Motion of the Official Committee of Asbestos Personal Injury Claimants, on Consent of the Other Estate Parties, to Adjourn Hearings and to Extend the Deadlines for Objections to the Debtors Proposed Disclosure Statement and Solicitation and Confirmation Procedures (Docket No. 3902)

      ii.    Consent Order Adjourning Hearings to October 7, 2014 and Extending the Deadlines for Objections to the Debtors Proposed Disclosure Statement and Solicitation and Confirmation Procedures by August 14, 2014 (Docket No. 3912).

      iii.    Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors Motion for Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule (Docket No. 3960)

      iv.    Debtors' Reply in Support of Motion to Approve Solicitation and Confirmation Procedures and Schedule (Docket No. 4090)

      v.    Coltec Industries Inc.'s Reply to the Objection by the Official Committee of Asbestos Personal Injury Claimants to the Debtors Motion for Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule (Docket No. 4091).

      vi.    Order Adjourning Hearings on the Debtors' Proposed Disclosure Statement and Solicitation and Confirmation Procedures until December 12, 2014 (Docket No. 4178).

  B.    <u>Objection Deadline</u>:  The last day to file and serve written objections to the Disclosure Statement or Solicitation Procedures is August 14, 2014.  The last to file and serve written responses to objections to the Disclosure Statement or Solicitation Procedures is September 24, 2014.

{00254759 v 1 }

C.     <u>Status</u>:  Matter is continued to January 21, 2014 at 9:30 a.m.

This the 9th day of December, 2014.

                        RAYBURN COOPER & DURHAM, P.A.

By:    <u>/s/ Michelle E. Earp</u>
        Michelle E. Earp
        N.C. State Bar No. 42798
        1200 Carillion, 227 West Trade Street
        Charlotte, NC  28202
        (704) 334-0891

*Counsel to the Debtors*