# EXHIBIT RECORD

| Date: 11/14/14 11-17-14 | Courtroom Deputy: J. Adams Smdays |
| --- | --- |

| Case Name(s) Garlock Sealing Technologies, LLC |
| --- |

| Case Numbers(s) 10-31607 |
| --- |

| Attorney for Plaintiff(s) Garland Cassada |
| --- |

| Attorney for Defendants(s) |
| --- |

| Number | Description | ID | ADM |
| --- | --- | --- | --- |
| GST Ex.1 | Notice Plan | X | X |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Location: Charlotte |  |  |
| --- | --- | --- |