**<u>EXHIBIT E</u>**

CONFIDENTIAL

**KRONISH, LIEB, WEINER & HELLMAN LLP
COLTEC INDUSTRIES, INC.**

**Analysis of Contingent Asbestos Liabilities
Garlock, Inc./Anchor Packing Company**

Prepared By:

**Tillinghast-Towers Perrin
1001 19th Street, North
Suite 1500
Rosslyn, Virginia   22209**

**AUGUST 14, 1996**

E:\COLTEC\JULYRPT.96

*Tillinghast-
Towers Perrin* _____

O'Reilly

EXHIBIT NO. ___1___

April Reid, RPR, CRR, CLR

GST-EST-0127342

CONFIDENTIAL

Centre Square East
1500 Market Street
Philadelphia, PA 19102-4790
215 246-6000
Fax: 215 246-6259

# Tillinghast – Towers Perrin

August 14, 1996

Mr. R. Donald Turlington
Attorney at Law
Kronish, Lieb, Weiner & Hellman LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036-7798

Dear Don:

Enclosed is our final report and exhibits corresponding to our estimates of the contingent liabilities for Coltec's potential asbestos exposure. These estimates include potential exposures arising from Garlock, Inc., and the Anchor Packing Company.

It has been a pleasure working with you and the Coltec staff on this assignment. Should you have any questions please call.

Sincerely,

Michael E. Angelina, ACAS, MAAA
Consulting Actuary

Susan L. Cross, FCAS, MAAA
Principal

MEA/SLC/vm

Direct Dials: (215) 246-6175
             (703) 351-4700

E:\COLTEC\LETTER.WPD

GST-EST-0127343

## Table of Contents

Purpose and Scope ..................................................... 1

Distribution and Use .................................................. 2

Reliances and Limitations ............................................ 3

Findings ............................................................. 4

Analysis ............................................................. 8

Methodology ......................................................... 10

D:\COLTEC\JULYRPT.96

Tillinghast -
Towers Perrin

GST-EST-0127344

August 1996                                                                                                    1

## Purpose and Scope

Kronish, Lieb, Weiner & Hellman LLP engaged Tillinghast-Towers Perrin to assist in forming estimates of its client's, Coltec Industries Inc. (Coltec's), contingent liabilities arising from asbestos exposure.  Coltec's potential claims result from exposure of non-employees to asbestos-containing materials found in gaskets and packing manufactured and distributed by Garlock Inc. (Garlock) and distributed by the Anchor Packing Company (Anchor) which was acquired in 1987.

We have projected Coltec's gross ultimate contingent liabilities for asbestos exposures for claim filings through 2049.

We have not examined potential recoveries to Garlock or Anchor from their insurance carriers.  However, Coltec has contracted an outside consultant to estimate these potential recoveries.  We have accepted the recoveries presented by Coltec's management without independent verification.

*Tillinghast -
Towers Perrin*

GST-EST-0127345

July 1996                                                                                           2
_____

## Distribution and Use

This report documents our findings, our methodology, and the assumptions underlying our analysis. It has been prepared solely for use by Kronish, Lieb, Weiner and Hellman and the management of Coltec in connection with financial planning for funding and management of the contingent liabilities projected herein. This report is not intended nor necessarily suitable for any other purpose. Any other use or further distribution of this report is not authorized without the prior written consent of Tillinghast-Towers Perrin.

Judgments about the conclusions drawn in this report should be made only after considering the report in its entirety.

Finally, we remain available to answer any questions which may arise regarding this report.

*Tillinghast*
*Towers Perrin*

GST-EST-0127346

## Reliances and Limitations

In preparing this analysis, we have relied upon data and information supplied to us by Coltec. We relied upon the general accuracy of this data and information without independent verification. However, Tillinghast-Towers Perrin did review certain aspects of this data and information for reasonableness and internal consistency. The accuracy of our results is dependent upon the accuracy and completeness of this underlying data; therefore any material discrepancies discovered in this data by Coltec should be reported to us and this report amended accordingly, if warranted.

The estimated contingent liabilities included in this report are subject to the outcome of events that have not yet occurred, e.g., attitudes of potential claimants. Such projections of future expected costs, by their nature, are subject to potential errors of estimation. Given this inherent uncertainty, we cannot guarantee that actual loss emergence will be close to our projected ultimates. In our opinion, we have employed techniques and assumptions that are appropriate, and the conclusions presented herein are reasonable, given the information currently available. However, it should be recognized that future loss emergence will likely deviate, perhaps materially, from our estimates.

The technological, judicial, and political climates involving toxic torts such as asbestos are changing, and historical data cannot be used for standard actuarial projections. As a result, any projection of liabilities for asbestos is subject to much greater uncertainty than would normally be associated with a review of reserves for general and products liability exposures other than asbestos claims. We have conducted our review based on a variety of assumptions which are subject to change. While we believe that the methods and assumptions we have used to project asbestos contingent liabilities are reasonable at this time, it is important to understand that they are likely to change as more information becomes available.

We have not anticipated any extraordinary changes to the legal, social, economic or technological environments that might affect the assumptions used in our analysis. Examples of such changes include future settlement of large asbestos class-action suits for

GST-EST-0127347

average payments differing significantly from historical averages or changes in the level of plaintiff counsel activity.

We have assumed Coltec's estimation of insurance recoveries to be accurate and have made no attempt to evaluate the quality or security provided by the insurance carriers of Garlock or Anchor. Contingent liability does exist for any recoveries which are not collectible. Should such liabilities materialized, they would be in addition to the reserve estimates contained herein.

*Tillinghast
Towers Perrin* _____

GST-EST-0127348

August 1996         5

## Findings

Based on our review of Coltec's experience, the indicated gross contingent liabilities as of December 31, 1995 including outside defense costs for third party asbestos-related claims for both Garlock and Anchor combined ranges from $1.20 billion to $2.23 billion on an undiscounted basis gross of insurance coverage. The table below outlines the range of the gross contingent liabilities including outside defense costs for Garlock and Anchor as of December 31, 1995:

**Gross Undiscounted Contingent Liabilities as of 12/31/95**
**Indemnity and Defense Costs**
**(Millions)**

|  | Low | Medium | High |
|---|---|---|---|
| Garlock | $990.1 | $1,320.8 | $1,539.5 |
| Anchor | 212.1 | 277.6 | 694.4 |
| Total | $1,202.2 | $1,598.4 | $2,233.9 |

The projected gross indemnity and defense costs to be paid in each calendar year are shown in Exhibit 2. These projections were provided to Kahn Consulting, Inc. (Kahn), who prepared an analysis of anticipated insurance recoveries. In their analysis, Kahn rolled the 12/31/95 estimates forward to 6/30/96 by subtracting actual paid indemnity and defense costs for the period 1/1/96 - 6/30/96 of $27.5 million and incorporated a provision for internal expenses. Internal expenses were estimated by Kahn for Garlock and Anchor as follows:

**Projected Internal Expenses***

|  | Low | Medium | High |
|---|---|---|---|
| Garlock | 13.2 | 18.1 | 19.9** |
| Anchor | 12.6 | 17.1 | 18.7** |
| Unassigned Internal | 1.3 | 1.8 | 2.0 |
| Total | 27.1 | 37.0 | 40.6 |

\* Per Kahn Consulting Inc. 7/19/96 report.
\*\* Internal expenses projected through 2031 for high scenario.

The table below outlines the contingent asbestos liabilities including defense and internal costs net of insurance recoveries as of 6/30/96:

*Tillinghast –*
*Towers Perrin*

GST-EST-0127349

**Net Undiscounted Contingent Liabilities as of 6/30/96**
**Indemnity, Defense and Internal Costs***
**(Millions)**

|                      | Low      | Medium   | High      |
|----------------------|----------|----------|-----------|
| Garlock              | $147.8   | $196.5   | $ 219.5   |
| Anchor               | 198.5    | 268.5    | 687.0     |
| Unassigned Internal  | 1.3      | 1.8      | 2.0       |
| Total                | $347.6   | $466.8   | $908.5    |

* Insurance recoveries and internal costs projected by Kahn.

The net results, discounted at 6.0% are:

**Net Discounted Liabilities as of 6/30/96**
**Indemnity and Defense and Internal Costs***
**(Millions)**

|                      | Low      | Medium   | High      |
|----------------------|----------|----------|-----------|
| Garlock              | $78.9    | $101.0   | $97.3     |
| Anchor               | 92.7     | 123.5    | 310.0     |
| Unassigned Internal  | 0.6      | 0.8      | 1.0       |
| Total                | $172.3   | $225.4   | $408.3    |

* Insurance recoveries, internal costs and discount calculation prepared by Kahn.

Exhibit 1 displays the net discounted results based on discount rates of 5%, 6% and 7%.

The discounted results were prepared by Kahn Consulting based on the present value of the calendar year cash flow of the undiscounted contingent liabilities, prepared by Tillinghast as shown in Exhibit 2. These undiscounted estimates are calculated by first projecting the number of cases filed per year for Garlock and Anchor, and then multiplying those cases by an average settlement amount. This process was done separately by disease (mesothelioma, lung cancer, non-malignant) for various states (Texas, Mississipp: West Virginia, New York, and all other). The ranges were calculated by varying the assumptions and looking at 11 different scenarios. The results of these scenarios are shown in Exhibit 3. The number of cases filed varied significantly by state, with some states showing erratic results. The states with erratic results tended to be influenced by large events such as plaintiff attorneys, tort reform measures, mass consolidations, plant closings, or other legislative changes (more

*Tillinghast -*
*Towers Perrin*

GST-EST-0127350

July 1996                                                                                              7

lenient interpretations of disease causes). Exhibit 4, Sheets 1 and 2 illustrate the stable and erratic behavior of filings by state.

As with any filed non-asbestos suits, there are instances when a case is thrown out or dismissed from court for lack of legal merit. The same holds true for asbestos cases when there is no evidence of exposure to an asbestos-containing product of a defendant. For Garlock, there was no clear indication of an increase in dismissals of cases filed. Currently, less than 1% of Garlock cases are dismissed. However, the number of Anchor cases dismissed ranges from 15% to 25%. This occurs primarily because of Anchor's smaller market presence relative to Garlock and the practice of many plaintiffs attorneys of naming Anchor in all Garlock cases.

The average paid settlement per case did not vary by state nearly as much as the actual number of cases filed. For the most part these average settlements by disease were very stable over time within a state. With the exception of New York, the average paid settlement varied slightly from one state to the next, as shown in Exhibit 4, Sheet 3. New York was significantly higher than the other states, sometimes by a 3 to 1 ratio across each disease. Another interesting result was the lack of a differentiation in settlement by plaintiff attorney within a given state. The variations by state were primarily driven by disease mix. The distribution of disease mixes by state is shown in Exhibit 4, Sheet 4. However, the average settlement did vary significantly between Garlock and Anchor. As shown in Exhibit 4, Sheet 5, Anchor's average settlement is 30% of Garlock's. We believe this occurs for several reasons:

- Anchor has a smaller market share;

- Anchor's products are not as easily identified as Garlock products due to labeling and volume usage differences;

- Anchor used less asbestos in products;

- Plaintiff attorneys recognize Anchor's depleted insurance and other resources.

*Tillinghast -*
*Towers Perrin*

GST-EST-0127351

July 1996 _____ 8

Our estimates are based on projecting future asbestos cases from 1996 to 2049. For the contingent liabilities prior to 1996, we used Coltec's known filed cases and the calculated average settlement (adjusted for inflation).

The table below shows the open and future components of the estimates for Garlock and Anchor. The assumptions underlying the high, medium, and low estimates are based on overall results. As a result, the projections for specific components (open, future) may be counter-intuitive.

### Gross Contingent Liabilities as of 12/31/95
### (Millions)

| Garlock | Low | Medium | High |
|---|---|---|---|
| 1. Open Cases | $133.3 | $133.3 | $119.9 |
| 2. Future Cases | 589.5 | 830.8 | 1,003.8 |
| 3. Expenses | 267.4 | 356.7 | 415.8 |
| 4. Total | $990.1 | $1,320.8 | $1,539.5 |
| **Anchor** | Low | Medium | High |
| 1. Open Cases | $28.4 | $26.8 | $52.5 |
| 2. Future Cases | 134.7 | 186.8 | 481.7 |
| 3. Expenses | 48.9 | 64.1 | 160.2 |
| 4. Total | $212.1 | $277.6 | $694.4 |
| **Grand Total** | **$1,202.2** | **$1,598.4** | **$2,233.9** |

Notes:
1. Open cases = claims filed prior to, and open as of, 12/31/95.
2. Future cases = cases expected to be filed from 1/1/96 to 2049.
3. Expenses = outside defense costs.

Included in the estimates for open cases are the claims associated with Tireworkers, Lone Star Steel, and Jaques cases. Given the questionable nature of these claims and Garlock's and Anchor's position as peripheral defendants, we have used an average settlement of $150 per case. These cases total 12,810 in number. We have also estimated 17,500 additional Jaques cases to be filed in the future, and have used an average settlement value of $150 per case. These future Jaques cases which total $2.6 million are included in the estimates for future cases.

Tillinghast –
Towers Perrin _____

July 1996                                                                                                      9

## Analysis

For our analysis of Coltec's contingent asbestos liabilities, we have segmented the historical data in several ways (disease, state, Garlock vs. Anchor, plaintiff attorney). Due to the variations in both cases filed and size of claim settlement, the analysis was conducted separately for the following diseases:

- Mesothelioma
- Lung cancer; and
- Other (includes Pleural Plaques, Asbestosis, Other Cancer - referred to as non-malignant cases despite a small number of other cancer cases).

The mesothelioma cases were smaller in number than the lung cancers, but 3 to 4 times the average settlement. In contrast, there are 6 times as many non-malignant cases as there are malignants (mesothelioma and lung cancer), but the average settlement is 25% of the mesothelioma and 80% of the lung cancer settlements.

We separately analyzed the asbestos exposure by state to reflect the variations of filings and settlements that occur due to different legal climates, mass consolidations, and attorney activities. The states analyzed are as follows:

- Texas
- Mississippi
- West Virginia
- New York, and
- all other

Due to their unusual nature, we separately analyzed 'special cases'. These special cases were generally of questionable validity, high in number, and low in average settlement. These special cases include:

- Jaques Filings (current filings plus estimation of future)
- Tireworker Cases

*Tillinghast -*
*Towers Perrin*

GST-EST-0127353

■ Lone Star Steel Cases

Our analysis of Coltec's contingent liabilities for asbestos claims involved the following steps (done separately for Garlock and Anchor):

■ Project the expected new claim filings from 1996 through 2049. This was done by disease (mesothelioma, lung cancer, non-malignant) and by state (Texas, Mississippi, West Virginia, New York, Other).

■ Estimate the number of cases that will be dismissed (Anchor).

■ Calculate the expected average settlement amounts payable to claimants. These amounts vary by disease and state.

■ Load as a percent of the projected indemnity settlements the outside defense costs associated with these contingent liabilities.

■ Project the cash flow associated with these contingent liabilities.

■ Estimate the amount of insurance coverage applicable to these contingent liabilities (estimated by Coltec) in order to evaluate the contingent liabilities expected to be retained by Coltec.

■ Calculate the present value of the net contingent liabilities and expenses for Garlock and Anchor.

■ Vary the underlying assumptions to determine a reasonable range of results.

These steps are described in more detail in the following section which outlines the development of our assumptions.

*Tillinghast -
Towers Perrin*

GST-EST-0127354

## Methodology

Projection of New Claim Filings

For the asbestos claims, we have projected future claim filings based on Coltec's historical experience relative to the expected experience based on the research done by Eric Stallard and Kenneth Manton of the Duke University Center for Demographic Studies (S&M) draft reports dated August 31, 1993, February 21, 1994, and March 6, 1994 prepared on Manville Trust claim experience. Using the S&M work as our indication of the universe of asbestos, our approach to calculate a filing pattern is as follows:

- Calculate the expected number (according to S&M) of cases filed for time period 1989 to 1994 by disease adjusted to reflect the expected universe of filings by dividing by 95% for Manville's estimated share of the universe and by multiplying by 1.03 to incorporate female claim files;

- Determine Garlock's actual number of cases filed for similar time period by disease;

- Remove any obvious aberrations, such as Jaques cases, mass consolidation, tort reform, etc.;

- Compare Garlock's actual number of claims to the S&M expected number (resulting in Garlock's share of the universe of asbestos cases); and

- Modify S&M future filings to reflect Garlock's share of the universe of asbestos cases.

The above procedure was done individually for each reviewed state, for mesothelioma and lung cancer cases. Garlock's resulting share of the universe of cases was over 90%, which is consistent with the Coltec management estimates.

The non-malignant filings were calculated in similar manner, except Garlock's ratio of non-malignant cases to malignant cases was compared to the S&M non-malignant to malignant ratio. In our "Medium" + scenarios, one other adjustment was made to determine the future effects of mass consolidations, tort reform, etc. This was accomplished by analyzing

*Tillinghast Towers Perrin*

GST-EST-0127355

August 1996                                                                                                12

historical large filings in Texas, West Virginia, Mississippi, Louisiana, Alabama, and Michigan. The additional large event filings were added to our current non-malignant cases based on the prior experience (e.g. 2000 filings/event) and the frequency of these events (e.g., every 2 years, 7 years). That is, all of these future major event filings were assumed to be non-malignant cases. The expected number of cases filed in the future is shown graphically in Exhibit 5.

In performing our analysis of filing patterns, the Garlock historical database of over 250,000 claims, was at times incomplete in regard to disease coding. When we were not able to identify a specific disease for a group of claims within a state, this group was allocated to the three disease types based on that state's current distribution of the known claims. For example, suppose a state has 33,000 records, 3,000 of which are not assigned a disease code, and the remaining 30,000 are distributed as follows: 3,000 mesothelioma (10%); lung cancer 9,000 (30%); non-malignant 18,000 (60%). For the 3,000 non-identified claims, the distribution would follow the known types (e.g., mesothelioma 300 (10%); lung cancer 900 (30%); non-malignant 1,800 (60%). A similar adjustment was made for filing dates. When a filing date was not evident, we calculated a date by using the manifest date adjusted for the overall time lag from manifest to filing date found in the known database.

The filing pattern derived for Garlock was also used for Anchor's future claims. Since being acquired by Garlock in 1987, Anchor has seen a significant increase in filings over time. Currently Anchor is named whenever Garlock is named. One adjustment was made to the Anchor filing to reflect the large number of cases dismissed, as a result of the Garlock influenced increase.

Estimation of Dismissed Claims

In our analysis, we looked at the relationship of dismissed claims to filed claims, to see if there was a consistent pattern of dismissals or an increasing trend due to the increasing number of filings. For Garlock, the dismissal ratio was less than 1.0%, with no apparent increase. As a result, we are assuming no dismissal ratio in our analysis. Anchor, however, had a much larger dismissal ratio. Since being acquired by Coltec and hence associated with Garlock, Anchor has seen a significant increase in claims being filed similar to the level of Garlock. Due to Anchor's much smaller market penetration, many claims are being

Tillinghast -
Towers Perrin

GST-EST-0127356

July 1996 _____ 13

dismissed. We found the dismissal ratio for Anchor ranged from 10% to 20%. The more recent years are close to 20% while the older years are around 10%. Due to the increase in filings, and what appears to be an increase in dismissals, we have used a range of Anchor dismissal ratios of 15% to 25% for our analysis.

Calculation of Average Settlements

For both Garlock and Anchor, we have calculated average paid settlements by disease and state. We have used the paid settlement data for filing years 1989 to 1994 to determine the historical averages for both Garlock and Anchor. The average settlements are shown in Exhibit 6, Sheet 1. This data was also used in determining the appropriate trend factor to bring these average settlements to future levels. The trend factor was calculated by fitting an exponential curve to the annual settlement data by disease. The trend line by disease is shown in Exhibit 6, Sheets 2 through 4. The selected trend rate (or annual percentage increase in average settlements) ranged from 5.4% to 6.9% for mesothelioma; 1.9% to 3.4% for cancer; and 2.9% to 4.4% for non-malignants.

The product of the average settlement (adjusted for trend) and the expected number of claim filings (adjusted for dismissals) is the gross, undiscounted, contingent indemnity liability for a given year. This product is calculated for all years and all reviewed states. The total across all years and reviewed states is Coltec's undiscounted, gross of insurance, contingent indemnity liability. The results are summarized in Sections I and II, and the calculations are shown in Sections III and IV for Garlock and Anchor.

Loading for Outside Defense Costs

The expense component of the contingent liability represents the cost associated with outside defense attorneys. To determine the proper loading for this costs, we analyzed the historical expense dollars relative to the historical claims payments by calendar year. The selected expense ratio varied from 32% to 42% for Garlock, and 25% to 35% for Anchor. The historical ratios are shown in Section V.

Projection of Cash Flow

The cash flow associated with the contingent liability for Coltec is based upon an analysis of Garlock's settlement data. We looked at the relationship of the years in which cases were

*Tillinghast Towers Perrin*

GST-EST-0127357

settled by the years in which they were filed to determine a cash flow for a given year. The cash flow of contingent liability is shown in Exhibit 2. The details of the cash flow are shown in Appendices I and II for Garlock and Anchor.

### Estimation of Insurance Coverage

We have not examined the insurance coverage for Coltec. However, we provided Coltec with our gross, undiscounted cash flows so that the Coltec Management could estimate the amount of insurance coverage provided to Coltec. We have taken Coltec's estimate without analyzing any specific policies in Coltec's coverages block. The amount of insurance coverage subtracted from our gross estimates ranges from $0.8 billion to $1.2 billion. The cash flow for the net contingent liabilities is also shown in Exhibit 2.

### Calculation of Present Value

The cash flow provided by Coltec, net of insurance recoveries, was used to determine the discounted net contingent liabilities. We have discounted the results at interest rates of 5%, 6%, and 7%. The net discounted results are shown in Exhibit 1, Sheet 2.

### Variation of Assumptions

In order to present our results as a range of estimates due to the uncertainty involved in projections of contingent asbestos liabilities, we looked at a range of critical assumption in calculating the contingent liabilities. The following assumptions were used as variables in the scenarios underlying our range of results:

- filing pattern
- presence of additional filings (mass consolidations, tort reform, etc.)
- dismissal ratio (Anchor)
- average settlement per case
- trend factor
- expense loading*

* Our range of selected results does not incorporate the variability of outside defense costs; however the range is shown in Exhibit1 of Sections I and II.

*Tillinghast-Towers Perrin*

GST-EST-0127358

The data variables for this range of assumptions are shown in Section V. In determining the potential variables, we used Coltec's historical data and used reasonable yet somewhat conservative assumptions for choosing the high end of the range, and reasonable yet optimistic assumptions for the low end of the range. Exhibit 7 graphically shows our filing assumptions, relative to the actual data for years 1990 through 1995 Exhibit 8 graphically shows our settlement assumptions, relative to the actual data, for claims filed in years 1989 through 1994 and closed as of May 31, 1996. Average settlement data for 1995 and 1996 filings was reviewed not but explicitly considered in this analysis due to the immaturity of these years. While it would have been preferable to analyze the average settlement data by year settled, information on dates of settlement was less complete than filing date. Also, since the average settlement amount was to be applied to future calendar year filings, calculating an average amount applicable to filings in a year produced the desired results.

When deriving the various scenarios for our estimates, we looked at combinations that were plausible such as a high Garlock settlement and a low Anchor settlement or a low Garlock settlement and high Anchor settlement. In this case a high settlement for both Garlock and Anchor would be overly conservative since Coltec tends to settle both Garlock and Anchor's exposure simultaneously and the plaintiff attorney's expectations are met on an aggregate basis. Similar results were derived for the Anchor filing and dismissal ratios. High filings were associated with medium to high dismissal ratios, and low filings were associated with medium to low dismissal ratios. The actual variables used in our analysis for the ranges are shown in Section V. The table below summarizes the different assumptions underlying our various scenarios.

GST-EST-0127359

July 1996                                                                                16

| Scenario | Filing | -- Settlement -- | | -- Trend -- | | Anchor Dismissal |
| | | Garlock | Anchor | Garlock | Anchor | |
|---|---|---|---|---|---|---|
| 1 | Medium | Medium | Medium | Medium | Medium | Medium (20%) |
| 2 | Medium | High | Low | Low | Low | Medium (20%) |
| 3 | Medium | Low | High | High | High | Medium (20%) |
| 4a | High | Medium | Medium | Medium | Medium | Low (25%) |
| 4b | High | Medium | Medium | Medium | Medium | Medium (20%) |
| 5a | High | Low | High | High | High | Low (25%) |
| 5b | High | Low | High | High | High | Medium (20%) |
| 6a | Low | Medium | Medium | Medium | Medium | High (15%) |
| 6b | Low | Medium | Medium | Medium | Medium | Medium (20%) |
| 7a | Low | High | Low | Low | Low | High (15%) |
| 7b | Low | High | Low | Low | Low | Medium (20%) |
| 8a | High | High | Low | Low | Low | Medium (20%) |
| 8b | High | High | Low | Low | Low | Low (25%) |
| 9a | Low | Low | High | High | High | Medium (20%) |
| 9b | Low | Low | High | High | High | High (15%) |
| 10a | Medium+ | Medium | Medium | Medium | Medium | Medium (20%) |
| 10b | Medium+ | Medium | Medium | Medium | Medium | Low (25%) |
| 11a | High+ | Medium | Medium | Medium | Medium | Medium (20%) |
| 11b | High+ | Medium | Medium | Medium | Medium | Low (25%) |

Medium + and High+ refer to the medium and high projected filings plu: he additional filings incorporated to reflect unusual event filings due to screenings, mass consolidations, etc.

*Tillinghast - Towers Perrin*

GST-EST-0127360

Exhibits

GST-EST-0127361

Exhibit 1

# Coltec Industries - Garlock and Anchor
# Contingent Asbestos Liabilities Including Expenses
# Net of Insurance Recoveries *

### as of 6/30/96
(\$Millions)

| | Undiscounted | | |
| --- | --- | --- | --- |
| | Low | Medium | High |
| Garlock | 147.8 | 196.5 | 219.5 |
| Anchor | 198.5 | 268.5 | 687.0 |
| Internal | 1.3 | 1.8 | 2.0 |
| | 347.6 | 466.8 | 908.5 |

| | Discounted at 5% | | |
| --- | --- | --- | --- |
| | Low | Medium | High |
| Garlock | 85.6 | 110.0 | 108.0 |
| Anchor | 102.5 | 137.0 | 344.0 |
| Internal | 0.7 | 0.9 | 1.1 |
| | 188.9 | 247.9 | 453.1 |

| | Discounted at 6% | | |
| --- | --- | --- | --- |
| | Low | Medium | High |
| Garlock | 78.9 | 101.0 | 97.3 |
| Anchor | 92.7 | 123.5 | 310.0 |
| Internal | 0.6 | 0.8 | 1.0 |
| | 172.3 | 225.4 | 408.3 |

| | Discounted at 7% | | |
| --- | --- | --- | --- |
| | Low | Medium | High |
| Garlock | 73.3 | 93.5 | 88.5 |
| Anchor | 84.4 | 112.2 | 281.8 |
| Internal | 0.6 | 0.8 | 0.9 |
| | 158.3 | 206.5 | 371.2 |

* Insurance recoveries and internal expenses estimated by Kahn Consulting, Inc. in the report
  dated July 19, 1996.

Tillinghast -
Towers Perrin

GST-EST-0127362

Exhibit 2
Sheet 1

## Coltec Industries - Garlock and Anchor
## Gross Undiscounted Cash Flows
## Contingent Asbestos Liabilities Including Expenses
### as of 12/31/95
(000's)

| Calendar Year | Medium | | Low | | High | |
|---|---|---|---|---|---|---|
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
| 1996 | 127,421 | 20,639 | 125,262 | 21,331 | 114,054 | 39,998 |
| 1997 | 61,323 | 14,155 | 45,079 | 10,734 | 54,002 | 26,112 |
| 1998 | 54,665 | 12,229 | 43,059 | 10,088 | 54,778 | 26,131 |
| 1999 | 52,463 | 11,914 | 39,517 | 9,387 | 52,700 | 25,414 |
| 2000 | 45,215 | 9,765 | 36,784 | 8,412 | 51,112 | 23,991 |
| 2001 | 39,209 | 8,472 | 29,464 | 6,601 | 42,576 | 19,746 |
| 2002 | 34,812 | 7,212 | 27,611 | 6,005 | 41,689 | 18,976 |
| 2003 | 38,605 | 8,211 | 27,498 | 5,964 | 42,790 | 19,486 |
| 2004 | 40,736 | 8,720 | 28,340 | 6,147 | 44,520 | 20,274 |
| 2005 | 43,732 | 9,518 | 28,516 | 6,185 | 45,236 | 20,604 |
| 2006 | 34,122 | 7,203 | 25,015 | 5,426 | 39,908 | 18,177 |
| 2007 | 37,712 | 8,165 | 25,160 | 5,457 | 40,508 | 18,450 |
| 2008 | 34,120 | 7,126 | 25,964 | 5,631 | 42,192 | 19,217 |
| 2009 | 38,023 | 8,116 | 26,801 | 5,813 | 43,959 | 20,022 |
| 2010 | 34,597 | 7,175 | 26,969 | 5,849 | 44,622 | 20,324 |
| 2011 | 33,927 | 7,326 | 22,924 | 4,972 | 38,174 | 17,387 |
| 2012 | 31,679 | 6,714 | 22,961 | 4,980 | 38,586 | 17,575 |
| 2013 | 33,088 | 7,037 | 23,691 | 5,138 | 40,183 | 18,302 |
| 2014 | 30,947 | 6,395 | 24,452 | 5,304 | 41,860 | 19,066 |
| 2015 | 34,157 | 7,267 | 24,444 | 5,302 | 42,209 | 19,225 |
| 2016 | 25,398 | 5,287 | 19,630 | 4,258 | 34,099 | 15,531 |
| 2017 | 27,560 | 5,889 | 19,451 | 4,219 | 34,098 | 15,531 |
| 2018 | 29,212 | 6,288 | 20,051 | 4,349 | 35,474 | 16,157 |
| 2019 | 32,190 | 7,045 | 20,678 | 4,485 | 36,921 | 16,817 |
| 2020 | 27,560 | 5,803 | 20,525 | 4,452 | 36,954 | 16,832 |
| 2021 | 22,904 | 4,950 | 15,518 | 3,366 | 28,050 | 12,776 |
| 2022 | 19,880 | 4,159 | 15,177 | 3,292 | 27,676 | 12,606 |
| 2023 | 24,791 | 5,454 | 15,633 | 3,391 | 28,766 | 13,102 |
| 2024 | 22,236 | 4,723 | 16,111 | 3,494 | 29,916 | 13,626 |
| 2025 | 28,605 | 6,470 | 15,874 | 3,443 | 29,716 | 13,535 |
| 2026 | 19,472 | 4,375 | 11,206 | 2,430 | 21,027 | 9,577 |
| 2027 | 19,844 | 4,511 | 10,781 | 2,338 | 20,403 | 9,293 |
| 2028 | 15,252 | 3,241 | 11,095 | 2,406 | 21,185 | 9,649 |
| 2029 | 19,049 | 4,244 | 11,425 | 2,478 | 22,012 | 10,026 |
| 2030 | 14,544 | 3,040 | 11,216 | 2,433 | 21,789 | 9,924 |
| 2031 | 9,758 | 2,029 | 7,670 | 1,664 | 14,978 | 6,822 |
| 2032 | 9,073 | 1,873 | 7,305 | 1,584 | 14,398 | 6,558 |
| 2033 | 9,215 | 1,894 | 7,518 | 1,631 | 14,951 | 6,810 |
| 2034 | 9,306 | 1,901 | 7,742 | 1,679 | 15,538 | 7,077 |

*Tillinghast - Towers Perrin*

RECAP.XLS
7/17/96 - 10:56 AM

GST-EST-0127363

Exhibit 2
Sheet 2

# Coltec Industries - Garlock and Anchor
## Gross Undiscounted Cash Flows
## Contingent Asbestos Liabilities Including Expenses
### as of 12/31/95
(000's)

| Calendar Year | Medium | | Low | | High | |
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
|---|---|---|---|---|---|---|
| 2035 | 9,156 | 1,871 | 7,619 | 1,652 | 15,419 | 7,023 |
| 2036 | 6,314 | 1,284 | 5,343 | 1,159 | 10,862 | 4,947 |
| 2037 | 6,043 | 1,229 | 5,118 | 1,110 | 10,502 | 4,783 |
| 2038 | 6,235 | 1,268 | 5,283 | 1,146 | 10,936 | 4,981 |
| 2039 | 6,436 | 1,309 | 5,456 | 1,183 | 11,397 | 5,191 |
| 2040 | 6,156 | 1,252 | 5,221 | 1,132 | 10,994 | 5,008 |
| 2041 | 2,915 | 593 | 2,475 | 537 | 5,224 | 2,379 |
| 2042 | 2,474 | 503 | 2,102 | 456 | 4,479 | 2,040 |
| 2043 | 2,492 | 507 | 2,118 | 459 | 4,554 | 2,074 |
| 2044 | 2,511 | 511 | 2,136 | 463 | 4,635 | 2,111 |
| 2045 | 2,285 | 465 | 1,945 | 422 | 4,255 | 1,938 |
| 2046 | 571 | 116 | 486 | 106 | 1,054 | 480 |
| 2047 | 254 | 52 | 217 | 47 | 469 | 214 |
| 2048 | 217 | 44 | 185 | 40 | 403 | 184 |
| 2049 | 178 | 36 | 152 | 33 | 333 | 152 |
| 2050 | 132 | 27 | 113 | 25 | 250 | 114 |
| 2051 | 56 | 11 | 47 | 10 | 105 | 48 |
| 2052 | 4 | 1 | 4 | 1 | 8 | 4 |
| 2053 | 3 | 1 | 3 | 1 | 7 | 3 |
| 2054 | 3 | 1 | 2 | 0 | 5 | 2 |
| 2055 | 2 | 0 | 2 | 0 | 3 | 2 |
| 2056 | 1 | 0 | 1 | 0 | 2 | 1 |
| Undisc. Total: | 1,320,837 | 277,615 | 990,149 | 212,099 | 1,539,503 | 694,405 |
| Discount @ 5%: | 723,096 | 150,035 | 560,571 | 118,647 | 786,378 | 350,982 |
| Discount @ 6%: | 661,892 | 136,956 | 516,531 | 109,048 | 712,247 | 317,153 |
| Discount @ 7%: | 610,697 | 126,015 | 479,627 | 100,999 | 650,821 | 289,114 |

Tillinghast –
Towers Perrin

RECAP.XLS
7/17/96 - 10:56 AM

GST-EST-0127364

Exhibit 2
Sheet 3

# Coltec Industries - Garlock and Anchor
# Gross Undiscounted Cash Flows
## Contingent Asbestos Liabilities Excluding Expenses
### as of 12/31/95
(000's)

| Calendar Year | Medium | | Low | | High | |
|---|---|---|---|---|---|---|
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
| 1996 | 93,008 | 15,876 | 91,432 | 16,409 | 83,251 | 30,768 |
| 1997 | 44,762 | 10,889 | 32,904 | 8,257 | 39,418 | 20,086 |
| 1998 | 39,901 | 9,407 | 31,430 | 7,760 | 39,984 | 20,101 |
| 1999 | 38,294 | 9,165 | 28,845 | 7,220 | 38,467 | 19,550 |
| 2000 | 33,004 | 7,511 | 26,850 | 6,471 | 37,308 | 18,455 |
| 2001 | 28,620 | 6,517 | 21,507 | 5,078 | 31,077 | 15,189 |
| 2002 | 25,410 | 5,548 | 20,154 | 4,619 | 30,430 | 14,597 |
| 2003 | 28,179 | 6,316 | 20,071 | 4,588 | 31,233 | 14,989 |
| 2004 | 29,734 | 6,708 | 20,686 | 4,728 | 32,496 | 15,596 |
| 2005 | 31,921 | 7,321 | 20,815 | 4,758 | 33,019 | 15,849 |
| 2006 | 24,907 | 5,541 | 18,259 | 4,174 | 29,130 | 13,982 |
| 2007 | 27,527 | 6,281 | 18,365 | 4,198 | 29,568 | 14,193 |
| 2008 | 24,905 | 5,482 | 18,952 | 4,332 | 30,797 | 14,783 |
| 2009 | 27,754 | 6,243 | 19,563 | 4,472 | 32,087 | 15,402 |
| 2010 | 25,253 | 5,519 | 19,685 | 4,499 | 32,570 | 15,634 |
| 2011 | 24,764 | 5,635 | 16,733 | 3,825 | 27,864 | 13,375 |
| 2012 | 23,123 | 5,165 | 16,760 | 3,831 | 28,165 | 13,519 |
| 2013 | 24,152 | 5,413 | 17,293 | 3,953 | 29,330 | 14,079 |
| 2014 | 22,589 | 4,920 | 17,849 | 4,080 | 30,555 | 14,666 |
| 2015 | 24,932 | 5,590 | 17,843 | 4,078 | 30,809 | 14,789 |
| 2016 | 18,538 | 4,067 | 14,329 | 3,275 | 24,890 | 11,947 |
| 2017 | 20,117 | 4,530 | 14,198 | 3,245 | 24,889 | 11,947 |
| 2018 | 21,323 | 4,837 | 14,636 | 3,345 | 25,893 | 12,429 |
| 2019 | 23,497 | 5,419 | 15,094 | 3,450 | 26,950 | 12,936 |
| 2020 | 20,117 | 4,464 | 14,981 | 3,424 | 26,974 | 12,947 |
| 2021 | 16,718 | 3,808 | 11,327 | 2,589 | 20,475 | 9,828 |
| 2022 | 14,511 | 3,200 | 11,078 | 2,532 | 20,201 | 9,697 |
| 2023 | 18,096 | 4,196 | 11,411 | 2,608 | 20,997 | 10,079 |
| 2024 | 16,230 | 3,633 | 11,760 | 2,688 | 21,837 | 10,482 |
| 2025 | 20,879 | 4,977 | 11,587 | 2,648 | 21,690 | 10,411 |
| 2026 | 14,213 | 3,365 | 8,180 | 1,870 | 349 | 7,367 |
| 2027 | 14,484 | 3,470 | 7,870 | 1,799 | 14,893 | 7,149 |
| 2028 | 11,133 | 2,493 | 8,099 | 1,851 | 15,463 | 7,422 |
| 2029 | 13,904 | 3,265 | 8,339 | 1,906 | 16,067 | 7,712 |
| 2030 | 10,616 | 2,338 | 8,187 | 1,871 | 15,905 | 7,634 |
| 2031 | 7,122 | 1,561 | 5,598 | 1,280 | 10,933 | 5,248 |
| 2032 | 6,622 | 1,441 | 5,332 | 1,219 | 10,509 | 5,044 |
| 2033 | 6,726 | 1,457 | 5,487 | 1,254 | 10,913 | 5,238 |
| 2034 | 6,792 | 1,463 | 5,651 | 1,292 | 11,341 | 5,444 |

Tillinghast
Towers Perrin

RECAP.XLS
7/17/96 - 10:56 AM

GST-EST-0127365

Exhibit 2
Sheet 4

# Coltec Industries - Garlock and Anchor
# Gross Undiscounted Cash Flows
# Contingent Asbestos Liabilities Excluding Expenses
## as of 12/31/95
### (000's)

| Calendar Year | Medium | | Low | | High | |
|---|---|---|---|---|---|---|
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
| 2035 | 6,683 | 1,439 | 5,561 | 1,271 | 11,255 | 5,402 |
| 2036 | 4,609 | 988 | 3,900 | 891 | 7,929 | 3,806 |
| 2037 | 4,411 | 945 | 3,736 | 854 | 7,665 | 3,679 |
| 2038 | 4,551 | 975 | 3,856 | 881 | 7,982 | 3,832 |
| 2039 | 4,698 | 1,007 | 3,982 | 910 | 8,319 | 3,993 |
| 2040 | 4,494 | 963 | 3,811 | 871 | 8,025 | 3,852 |
| 2041 | 2,127 | 456 | 1,806 | 413 | 3,813 | 1,830 |
| 2042 | 1,806 | 387 | 1,535 | 351 | 3,269 | 1,569 |
| 2043 | 1,819 | 390 | 1,546 | 353 | 3,324 | 1,596 |
| 2044 | 1,833 | 393 | 1,559 | 356 | 3,383 | 1,624 |
| 2045 | 1,668 | 357 | 1,419 | 324 | 3,106 | 1,491 |
| 2046 | 417 | 89 | 355 | 81 | 769 | 369 |
| 2047 | 185 | 40 | 158 | 36 | 343 | 164 |
| 2048 | 158 | 34 | 135 | 31 | 294 | 141 |
| 2049 | 130 | 28 | 111 | 25 | 243 | 117 |
| 2050 | 97 | 21 | 83 | 19 | 182 | 87 |
| 2051 | 41 | 9 | 35 | 8 | 76 | 37 |
| 2052 | 3 | 1 | 3 | 1 | 6 | 3 |
| 2053 | 3 | 1 | 2 | 0 | 5 | 2 |
| 2054 | 2 | 0 | 2 | 0 | 4 | 2 |
| 2055 | 1 | 0 | 1 | 0 | 3 | 1 |
| 2056 | 1 | 0 | 1 | 0 | 1 | 1 |
| Undisc. Total: | 964,115 | 213,550 | 722,736 | 163,153 | 1,123,725 | 534,158 |
| Discount @ 5%: | 527,807 | 115,412 | 409,176 | 91,267 | 573,999 | 269,986 |
| Discount @ 6%: | 483,133 | 105,351 | 377,030 | 83,883 | 519,888 | 243,964 |
| Discount @ 7%: | 445,764 | 96,934 | 350,092 | 77,692 | 475,052 | 222,395 |

*Tillinghast - Towers Perrin*

GST-EST-0127366

Exhibit 2
Sheet 5

# Coltec Industries - Garlock and Anchor
## Gross Undiscounted Cash Flows
## Asbestos Expenses - Outside Legal Costs
### as of 12/31/95
(000's)

| Calendar Year | Medium | | Low | | High | |
| --- | --- | --- | --- | --- | --- | --- |
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
| 1996 | 34,413 | 4,763 | 33,830 | 4,923 | 30,803 | 9,230 |
| 1997 | 16,562 | 3,267 | 12,175 | 2,477 | 14,585 | 6,026 |
| 1998 | 14,763 | 2,822 | 11,629 | 2,328 | 14,794 | 6,030 |
| 1999 | 14,169 | 2,749 | 10,673 | 2,166 | 14,233 | 5,865 |
| 2000 | 12,211 | 2,253 | 9,934 | 1,941 | 13,804 | 5,536 |
| 2001 | 10,589 | 1,955 | 7,957 | 1,523 | 11,499 | 4,557 |
| 2002 | 9,402 | 1,664 | 7,457 | 1,386 | 11,259 | 4,379 |
| 2003 | 10,426 | 1,895 | 7,426 | 1,376 | 11,556 | 4,497 |
| 2004 | 11,002 | 2,012 | 7,654 | 1,418 | 12,024 | 4,679 |
| 2005 | 11,811 | 2,196 | 7,701 | 1,427 | 12,217 | 4,755 |
| 2006 | 9,215 | 1,662 | 6,756 | 1,252 | 10,778 | 4,195 |
| 2007 | 10,185 | 1,884 | 6,795 | 1,259 | 10,940 | 4,258 |
| 2008 | 9,215 | 1,645 | 7,012 | 1,300 | 11,395 | 4,435 |
| 2009 | 10,269 | 1,873 | 7,238 | 1,341 | 11,872 | 4,620 |
| 2010 | 9,344 | 1,656 | 7,284 | 1,350 | 12,051 | 4,690 |
| 2011 | 9,163 | 1,691 | 6,191 | 1,147 | 10,310 | 4,012 |
| 2012 | 8,556 | 1,549 | 6,201 | 1,149 | 10,421 | 4,056 |
| 2013 | 8,936 | 1,624 | 6,398 | 1,186 | 10,852 | 4,224 |
| 2014 | 8,358 | 1,476 | 6,604 | 1,224 | 11,305 | 4,400 |
| 2015 | 9,225 | 1,677 | 6,602 | 1,223 | 11,399 | 4,437 |
| 2016 | 6,859 | 1,220 | 5,302 | 983 | 9,209 | 3,584 |
| 2017 | 7,443 | 1,359 | 5,253 | 974 | 9,209 | 3,584 |
| 2018 | 7,889 | 1,451 | 5,415 | 1,004 | 9,580 | 3,729 |
| 2019 | 8,694 | 1,626 | 5,585 | 1,035 | 9,971 | 3,881 |
| 2020 | 7,443 | 1,339 | 5,543 | 1,027 | 9,980 | 3,884 |
| 2021 | 6,186 | 1,142 | 4,191 | 777 | 7,576 | 2,948 |
| 2022 | 5,369 | 960 | 4,099 | 760 | 7,474 | 2,909 |
| 2023 | 6,695 | 1,259 | 4,222 | 782 | 7,769 | 3,024 |
| 2024 | 6,005 | 1,090 | 4,351 | 806 | 8,080 | 3,144 |
| 2025 | 7,725 | 1,493 | 4,287 | 795 | 8,025 | 3,123 |
| 2026 | 5,259 | 1,010 | 3,026 | 561 | 5,679 | 2,210 |
| 2027 | 5,359 | 1,041 | 2,912 | 540 | 5,510 | 2,145 |
| 2028 | 4,119 | 748 | 2,997 | 555 | 5,721 | 2,227 |
| 2029 | 5,145 | 979 | 3,086 | 572 | 5,945 | 2,314 |
| 2030 | 3,928 | 702 | 3,029 | 561 | 5,885 | 2,290 |
| 2031 | 2,635 | 468 | 2,071 | 384 | 4,045 | 1,574 |
| 2032 | 2,450 | 432 | 1,973 | 366 | 3,888 | 1,513 |
| 2033 | 2,489 | 437 | 2,030 | 376 | 4,038 | 1,572 |
| 2034 | 2,513 | 439 | 2,091 | 387 | 4,196 | 1,633 |

*Tillinghast-*
*Towers Perrin*

Exhibit 2
Sheet 6

# Coltec Industries - Garlock and Anchor
# Gross Undiscounted Cash Flows
# Asbestos Expenses - Outside Legal Costs
### as of 12/31/95
(000's)

| Calendar Year | Medium | | Low | | High | |
|---|---|---|---|---|---|---|
| | Garlock Scenario 10 | Anchor Scenario 10b | Garlock Scenario 6 | Anchor Scenario 6b | Garlock Scenario 5 | Anchor Scenario 5b |
| 2035 | 2,473 | 432 | 2,058 | 381 | 4,164 | 1,621 |
| 2036 | 1,705 | 296 | 1,443 | 267 | 2,934 | 1,142 |
| 2037 | 1,632 | 284 | 1,382 | 256 | 2,836 | 1,104 |
| 2038 | 1,684 | 293 | 1,427 | 264 | 2,953 | 1,149 |
| 2039 | 1,738 | 302 | 1,473 | 273 | 3,078 | 1,198 |
| 2040 | 1,663 | 289 | 1,410 | 261 | 2,969 | 1,156 |
| 2041 | 787 | 137 | 668 | 124 | 1,411 | 549 |
| 2042 | 668 | 116 | 568 | 105 | 1,210 | 471 |
| 2043 | 673 | 117 | 572 | 106 | 1,230 | 479 |
| 2044 | 678 | 118 | 577 | 107 | 1,252 | 487 |
| 2045 | 617 | 107 | 525 | 97 | 1,149 | 447 |
| 2046 | 154 | 27 | 131 | 24 | 285 | 111 |
| 2047 | 69 | 12 | 58 | 11 | 127 | 49 |
| 2048 | 59 | 10 | 50 | 9 | 109 | 42 |
| 2049 | 48 | 8 | 41 | 8 | 90 | 35 |
| 2050 | 36 | 6 | 31 | 6 | 67 | 26 |
| 2051 | 15 | 3 | 13 | 2 | 28 | 11 |
| 2052 | 1 | 0 | 1 | 0 | 2 | 1 |
| 2053 | 1 | 0 | 1 | 0 | 2 | 1 |
| 2054 | 1 | 0 | 1 | 0 | 1 | 1 |
| 2055 | 0 | 0 | 0 | 0 | 1 | 0 |
| 2056 | 0 | 0 | 0 | 0 | 0 | 0 |
| Undisc. Total: | 356,722 | 64,065 | 267,412 | 48,946 | 415,778 | 160,247 |
| Discount @ 5%: | 195,289 | 34,623 | 151,395 | 27,380 | 212,380 | 80,996 |
| Discount @ 6%: | 178,759 | 31,605 | 139,501 | 25,165 | 192,359 | 73,189 |
| Discount @ 7%: | 164,933 | 29,080 | 129,534 | 23,307 | 175,769 | 66,719 |

*Tillinghast -*
*Towers Perrin*

GST-EST-0127368

Exhibit 3
Sheet 1

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock and Anchor
### Recap of Scenario Results as of 12/31/95
(000's)

|  | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Garlock / Anchor | | Anchor | Undiscounted Losses | | Expense Loading | | Total | | |
|  | Filing | Settlement | Trend | Dismissal | Garlock | Anchor | Garlock | Anchor | Garlock | Anchor | Gar. + Anch. |
|  |  |  |  |  |  |  | 0.37 x (5) | 0.3 x (6) | (5) + (7) | (6) + (8) | (9) + (10) |
| Scenario I | M | M / M | M / M | 0.20 | 841,456 | 190,289 | 311,339 | 57,087 | 1,152,794 | 247,376 | 1,400,170 |
| Scenario II | M | H / L | L / L | 0.20 | 915,399 | 110,369 | 338,698 | 33,111 | 1,254,097 | 143,480 | 1,397,577 |
| Scenario III | M | L / H | H / H | 0.20 | 889,514 | 421,737 | 329,120 | 126,521 | 1,218,635 | 548,258 | 1,766,892 |
| Scenario IVa | H | M / M | M / M | 0.25 | 1,057,559 | 224,812 | 391,297 | 67,444 | 1,448,856 | 292,256 | 1,741,112 |
| Scenario IVb | H | M / M | M / M | 0.20 | 1,057,559 | 239,684 | 391,297 | 71,905 | 1,448,856 | 311,589 | 1,760,446 |
| Scenario Va | H | L / H | H / H | 0.25 | 1,123,725 | 500,881 | 415,778 | 150,264 | 1,539,503 | 651,146 | 2,190,648 |
| Scenario Vb | H | L / H | H / H | 0.20 | 1,123,725 | 534,158 | 415,778 | 160,247 | 1,539,503 | 694,405 | 2,233,908 |
| Scenario VIa | L | M / M | M / M | 0.15 | 722,736 | 173,242 | 267,412 | 51,973 | 990,149 | 225,214 | 1,215,363 |
| Scenario VIb | L | M / M | M / M | 0.20 | 722,736 | 163,153 | 267,412 | 48,946 | 990,149 | 212,099 | 1,202,248 |
| Scenario VIIa | L | H / L | L / L | 0.15 | 787,869 | 100,734 | 291,512 | 30,220 | 1,079,381 | 130,954 | 1,210,335 |
| Scenario VIIb | L | H / L | L / L | 0.20 | 787,869 | 94,911 | 291,512 | 28,473 | 1,079,381 | 123,384 | 1,202,765 |
| Scenario VIII | H | H / L | L / L | 0.20 | 1,147,435 | 138,494 | 424,551 | 41,548 | 1,571,985 | 180,043 | 1,752,028 |
| Scenario VIII | H | H / L | L / L | 0.25 | 1,147,435 | 129,947 | 424,551 | 38,984 | 1,571,985 | 168,931 | 1,740,916 |
| Scenario IXa | L | L / H | H / H | 0.20 | 760,974 | 360,037 | 281,560 | 108,011 | 1,042,535 | 468,049 | 1,510,583 |
| Scenario IXb | L | L / H | H / H | 0.15 | 760,974 | 382,431 | 281,560 | 114,729 | 1,042,535 | 497,161 | 1,539,695 |
| Scenario Xa | M+ | M / M | M / M | 0.20 | 964,115 | 225,334 | 356,722 | 67,600 | 1,320,837 | 292,935 | 1,613,772 |
| Scenario Xb | M+ | M / M | M / M | 0.25 | 964,115 | 213,550 | 356,722 | 64,065 | 1,320,837 | 277,615 | 1,598,452 |
| Scenario XIa | H+ | M / M | M / M | 0.20 | 1,180,219 | 274,730 | 436,681 | 82,419 | 1,616,899 | 357,148 | 1,974,048 |
| Scenario XIb | H+ | M / M | M / M | 0.25 | 1,180,219 | 259,858 | 436,681 | 77,957 | 1,616,899 | 337,815 | 1,954,715 |

Note: (5) From Section I, Exhibit 1, Column (4).
(6) From Section II, Exhibit 1, Column (4).

Tillinghast –
Towers Perrin

RECAP XLS
7/17/96 - 10:44 AM

GST-EST-0127369

Exhibit 3
Sheet 2



**Coltec Industries**
**Gross, Undiscounted Contingent Asbestos Liabilities as of 12/31/95**

Tillinghast
Towers Perrin

LossGraph Chart 1
7/17/96 - 10.45 AM

GST-EST-0127370

Exhibit 4
Sheet 1



## Coltec Industries - Garlock
## Filings by State (Volatile vs. Non - Volatile States)

**Legend:**
- ─■─ Non - Volatile States
- ─▲─ Texas
- ─●─ Volatile States (Excl. Texas)
- ─✕─ Adjusted Volatile States * (Excl. Texas)

*Adjustment to volatile states reflects removal of mass consolidation, Jaques, Tort Re... ..., etc.
Volatile States = OH, WV, LA, MS, TX.

*Tillinghast*
*Towers Perrin*

OtherFilingsGraph Chart 1
7/16/96 - 1:08 PM

GST-EST-0127371

Exhibit 4
Sheet 2



## Coltec Industries - Garlock
## Filings by State (Volatile States)

Tillinghast -
Towers Perrin

VolFilingsGraph Chart 1
7/16/96 - 12:23 PM

GST-EST-0127372

Exhibit 4
Sheet 3



**Coltec Industries - Garlock**
**Average Paid Settlement by State**
**All Diseases**

Tillinghust -
Towers Perrin

RECAP.XLS - G_AvgSett
7/16/96 - 1:17 PM

GST-EST-0127373

Exhibit 4
Sheet 4



Coltec Industries - Garlock
Percentage of Diseases by State

Tillinghast -
Towers Perrin

Grph-fil%bySt Chart 1
7/16/96 - 1 48 PM

GST-EST-0127374

Exhibit 4
Sheet 5

## Coltec Industries
## Comparison of Average Paid Settlements
## by Disease - Garlock vs. Anchor



Years

☐ Mesothelioma   ☐ Lung Cancer   ▨ Non - Malignant

Tillinghast -
Towers Perrin

Graph4Sheet5 Chart 1
7/16/96 - 1 30 PM

GST-EST-0127375

Exhibit 5
Sheet 1



## Coltec Industries
### Expected Future Filings - Mesothelioma

Tillinghast-
Towers Perrin

RECAP.XLS - Fut_Meso
7/15/96 - 5:57 PM

GST-EST-0127376

Exhibit 5
Sheet 2



**Coltec Industries**
**Expected Future Filings - Lung Cancer**

Tillinghast-
Towers Perrin

RECAP.XLS - Fut_Cancer
7/15/96 - 5:57 PM

GST-EST-0127377

Exhibit 5
Sheet 3



**Coltec Industries**
**Expected Future Filings - Non - Malignant**

**Average of Years**

Tillinghast -
Towers Perrin

RECAP.XLS - Fut_NM
7/15/96 - 5:58 PM

GST-EST-0127378

Exhibit 6
Sheet 1

## Coltec Industries - Garlock
### Comparison of Average Paid Settlements by Disease and State



Tillinghast -
Towers Perrin

Graph6S1 Chart 1
7/16/96 - 3:33 PM

GST-EST-0127379

Exhibit 6
Sheet 2



## Coltec Industries - Garlock
## Average Paid Settlements
### Mesothelioma

Avg. Settlement          Expon. (Avg. Settlement)

Tillinghast -
Towers Perrin

Mgraph3 Chart 1
7/15/96 - 5:58 PM

GST-EST-0127380

Exhibit 6
Sheet 3



### Coltec Industries - Garlock
### Average Paid Settlements
### Lung Cancer

Tillinghast -
Towers Perrin

Cgraph3 Chart 1
7/15/96 - 5:59 PM

GST-EST-0127381

Exhibit 6
Sheet 4

### Coltec Industries - Garlock
### Average Paid Settlements
### Non - Malignant



Years

Avg. Settlement ———— Expon. (Avg. Settlement)

Tillinghast -
Towers Perrin

NMgraph3 Chart 1
7/15/96 - 5.59 PM

GST-EST-0127382

Exhibit 7
Sheet 1



**Coltec Industries**
**Comparison of Actual and Expected Filings by Assumption**
**Mesothelioma**

Tillinghast –
Towers Perrin

Mgraph2 Chart 1
7/15/96 - 6.00 PM

GST-EST-0127383

Exhibit 7
Sheet 2



## Coltec Industries
### Comparison of Actual and Expected Filings by Assumption
### Lung Cancer

Tillinghast - Towers Perrin

Cgraph2 Chart 1
7/15/96 - 6 00 PM

GST-EST-0127384

Exhibit 7
Sheet 3



## Coltec Industries
### Comparison of Actual and Expected Filings by Assumption
### Non - Malignant

Tillinghast -
Towers Perrin

NMgraph2 Chart 1
7/15/96 - 6:01 PM

GST-EST-0127385

Exhibit 8
Sheet 1



**Coltec Industries - Garlock**
**Comparison of Actual and Expected Average Paid Settlements by Assumption**
**Mesothelioma**

Tillinghast–
Towers Perrin

Mgraph5 Chart 1
7/16/96 - 11:22 AM

GST-EST-0127386

Exhibit 8
Sheet 2



## Coltec Industries - Garlock
## Comparison of Actual and Expected Average Paid Settlements by Assumption
### Lung Cancer

Tillinghast -
Towers Perrin

Cgraph5 Chart 1
7/16/96 - 11:22 AM

GST-EST-0127387

Exhibit 8
Sheet 3

## Coltec Industries - Garlock
### Comparison of Actual and Expected Average Paid Settlements by Assumption
### Non - Malignant



Tillinghast-
Towers Perrin

NMgraph5 Chart 1
7/16/96 – 11:22 AM

GST-EST-0127388

GST-EST-0127389

Section I
Exhibit 1

## Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Recap of Scenario Results
(000's)

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Undiscounted | Expense Loading | | | Total | | |
| | Filing | Settlement | Trend | Losses | 32% | 37% | 42% | 32% | 37% | 42% |
| | | | | | 0.32 x (4) | 0.37 x (4) | 0.42 x (4) | (4) + (5) | (4) + (6) | (4) + (7) |
| Scenario I | M | M | M | 841,456 | 269,266 | 311,339 | 353,411 | 1,110,722 | 1,152,794 | 1,194,867 |
| Scenario II | M | H | L | 915,399 | 292,928 | 338,698 | 384,468 | 1,208,327 | 1,254,097 | 1,299,867 |
| Scenario III | M | L | H | 889,514 | 284,645 | 329,120 | 373,596 | 1,174,159 | 1,218,635 | 1,263,110 |
| Scenario IV | H | M | M | 1,057,559 | 338,419 | 391,297 | 444,175 | 1,395,978 | 1,448,856 | 1,501,734 |
| Scenario V | H | L | H | 1,123,725 | 359,592 | 415,778 | 471,964 | 1,483,317 | 1,539,503 | 1,595,689 |
| Scenario VI | L | M | M | 722,736 | 231,276 | 267,412 | 303,549 | 954,012 | 990,149 | 1,026,286 |
| Scenario VII | L | H | L | 787,869 | 252,118 | 291,512 | 330,905 | 1,039,987 | 1,079,381 | 1,118,774 |
| Scenario VIII | H | H | L | 1,147,435 | 367,179 | 424,551 | 481,923 | 1,514,614 | 1,571,985 | 1,629,357 |
| Scenario IX | L | L | H | 760,974 | 243,512 | 281,560 | 319,609 | 1,004,486 | 1,042,535 | 1,080,584 |
| Scenario X | M+ | M | M | 964,115 | 308,517 | 356,722 | 404,928 | 1,272,632 | 1,320,837 | 1,369,043 |
| Scenario XI | H+ | M | M | 1,180,219 | 377,670 | 436,681 | 495,692 | 1,557,888 | 1,616,899 | 1,675,910 |

Note:    (4)    From (3c) from Section I, Exhibit 2, Scenarios 1 - 11

Tillinghast –
Towers Perrin

GRLPRJ.XLS
7/15/96 - 3:03 PM

GST-EST-0127390

Section I
Exhibit 2
Scenario 1

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Medium Filings / Medium Settlement / Medium Trend

| | (1)<br>\# of<br>Claims | (2)<br>Average<br>Settlement | (3)<br>Undiscounted<br>Expected<br>Losses | (4)<br>Coltec<br>Held | (5)<br>Redundency /<br>(Deficiency)<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) Open Cases | 123,525 | 1,079 | 133,271,050 | 172,692,635 | 39,421,585 |
| (b) Future Filings | 317,262 | 2,232 | 708,184,652 | 773,493,400 | 65,308,748 |
| (c) Subtotal | 440,787 | 1,909 | 841,455,702 | 946,186,035 | 104,730,333 |
| (d) Expenses | - | - | 311,338,610 | 240,000,000 | (71,338,610) |
| (e) Total | 440,787 | 2,615 | 1,152,794,312 | 1,186,186,035 | 33,391,723 |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

GRLPRJ.XLS
7/15/96 - 2:59 PM

GST-EST-0127391

## Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Medium Filings / High Settlement / Low Trend

| | (1)<br>#of<br>Claims | (2)<br>Average<br>Settlement | (3)<br>Undiscounted<br>Expected<br>Losses | (4)<br>Coltec<br>Held | (5)<br>Redundancy /<br>(Deficiency)<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) Open Cases | 123,525 | 1,265 | 156,273,367 | 172,692,635 | 16,419,268 |
| (b) Future Filings | 317,262 | 2,393 | 759,126,046 | 773,493,400 | 14,367,354 |
| (c) Subtotal | 440,787 | 2,077 | 915,399,413 | 946,186,035 | 30,786,622 |
| (d) Expenses | - | - | 338,697,783 | 240,000,000 | (98,697,783) |
| (e) Total | 440,787 | 2,845 | 1,254,097,195 | 1,186,186,035 | (67,911,160) |

Notes:

(1a), (2a), (3a) From All States Including Specials Totals of Section III, Exhibit I, Sheet 1.

(1b), (2b), (3b) From Totals of Section III, Exhibit 2, Sheet 7.

(a) Open cases represent claims filed 1995 and prior.

(b) Future cases represent cases filed 1/1/96 and subsequent.

(c) = (a) + (b)

(d) = 0.37 x (c)

(e) = (c) + (d)

Tillinghast -
Towers Perrin

Section I
Exhibit 2
Scenario 3

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Medium Filings / Low Settlement / High Trend

| | (1)<br>**# of<br>Claims** | (2)<br>**Average<br>Settlement** | (3)<br>**Undiscounted<br>Expected<br>Losses** | (4)<br>**Coltec<br>Held** | (5)<br>**Redundency /<br>(Deficiency)**<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) **Open Cases** | 123,525 | 971 | 119,929,775 | 172,692,635 | 52,762,860 |
| (b) **Future Filings** | 317,262 | 2,426 | 769,584,644 | 773,493,400 | 3,908,756 |
| (c) **Subtotal** | 440,787 | 2,018 | 889,514,419 | 946,186,035 | 56,671,616 |
| (d) **Expenses** | - | - | 329,120,335 | 240,000,000 | (89,120,335) |
| (e) **Total** | 440,787 | 2,765 | 1,218,634,754 | 1,186,186,035 | (32,448,719) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

GST-EST-0127393

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### High Filings / Medium Settlement / Medium Trend

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundancy / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 1,079 | 133,271,050 | 172,692,635 | 39,421,585 |
| (b) Future Filings | 410,930 | 2,249 | 924,288,344 | 773,493,400 | (150,794,944) |
| (c) Subtotal | 534,455 | 1,979 | 1,057,559,395 | 946,186,035 | (111,373,360) |
| (d) Expenses | - | - | 391,296,976 | 240,000,000 | (151,296,976) |
| (e) Total | 534,455 | 2,711 | 1,448,856,371 | 1,186,186,035 | (262,670,336) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

Section I
Exhibit 2
Scenario 5

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### High Filings / Low Settlement / High Trend

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundancy / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 971 | 119,929,775 | 172,692,635 | 52,762,860 |
| (b) Future Filings | 410,930 | 2,443 | 1,003,794,932 | 773,493,400 | (230,301,532) |
| (c) Subtotal | 534,455 | 2,103 | 1,123,724,707 | 946,186,035 | (177,538,672) |
| (d) Expenses | - | - | 415,778,142 | 240,000,000 | (175,778,142) |
| (e) Total | 534,455 | 2,881 | 1,539,502,848 | 1,186,186,035 | (353,316,813) |

Notes:
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

GRLPRJ.XLS
7/15/96 - 2:59 PM

GST-EST-0127395

Section I
Exhibit 2
Scenario 6

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Low Filings / Medium Settlement / Medium Trend

| | (1)<br>**# of<br>Claims** | (2)<br>**Average<br>Settlement** | (3)<br>**Undiscounted<br>Expected<br>Losses** | (4)<br>**Coltec<br>Held** | (5)<br>**Redundancy /<br>(Deficiency)**<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) Open Cases | 123,525 | 1,079 | 133,271,050 | 172,692,635 | 39,421,585 |
| (b) Future Filings | 261,646 | 2,253 | 589,465,302 | 773,493,400 | 184,028,098 |
| (c) Subtotal | 385,171 | 1,876 | 722,736,353 | 946,186,035 | 223,449,682 |
| (d) Expenses | - | - | 267,412,451 | 240,000,000 | (27,412,451) |
| (e) Total | 385,171 | 2,571 | 990,148,803 | 1,186,186,035 | 196,037,232 |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

*Tillinghast -*
*Towers Perrin*

GRLPRJ.XLS
7/15/96 - 2:59 PM

GST-EST-0127396

Section I
Exhibit 2
Scenario 7

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Low Filings / High Settlement / Low Trend

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 1,265 | 156,273,367 | 172,692,635 | 16,419,268 |
| (b) Future Filings | 261,646 | 2,414 | 631,595,738 | 773,493,400 | 141,897,662 |
| (c) Subtotal | 385,171 | 2,046 | 787,869,104 | 946,186,035 | 158,316,931 |
| (d) Expenses | - | - | 291,511,569 | 240,000,000 | (51,511,569) |
| (e) Total | 385,171 | 2,802 | 1,079,380,673 | 1,186,186,035 | 106,805,362 |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

GST-EST-0127397

Section I
Exhibit 2
Scenario 8

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### High Filings / High Settlement / Low Trend

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 1,265 | 156,273,367 | 172,692,635 | 16,419,268 |
| (b) Future Filings | 410,930 | 2,412 | 991,161,206 | 773,493,400 | (217,667,806) |
| (c) Subtotal | 534,455 | 2,147 | 1,147,434,573 | 946,186,035 | (201,248,538) |
| (d) Expenses | - | - | 424,550,792 | 240,000,000 | (184,550,792) |
| (e) Total | 534,455 | 2,941 | 1,571,985,365 | 1,186,186,035 | (385,799,330) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

Tillinghast -
Towers Perrin

GRLPRJ.XLS
7/15/96 - 2:59 PM

GST-EST-0127398

Section I
Exhibit 2
Scenario 9

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Low Filings / Low Settlement / High Trend

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 971 | 119,929,775 | 172,692,635 | 52,762,860 |
| (b) Future Filings | 261,646 | 2,450 | 641,044,528 | 773,493,400 | 132,448,872 |
| (c) Subtotal | 385,171 | 1,976 | 760,974,302 | 946,186,035 | 185,211,733 |
| (d) Expenses | - | - | 281,560,492 | 240,000,000 | (41,560,492) |
| (e) Total | 385,171 | 2,707 | 1,042,534,794 | 1,186,186,035 | 143,651,241 |

Notes:
|  |  |
|---|---|
| (1a), (2a), (3a) | From All States Including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

GRLPRJ.XLS
7/15/96 - 3:00 PM

GST-EST-0127399

Section I
Exhibit 2
Scenario 10

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### Medium+ Filings / Medium Settlement / Medium Trend

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundancy / (Deficiency) (4) - (3) |
| (a) Open Cases | 123,525 | 1,079 | 133,271,050 | 172,692,635 | 39,421,585 |
| (b) Future Filings | 386,012 | 2,152 | 830,843,778 | 773,493,400 | (57,350,378) |
| (c) Subtotal | 509,537 | 1,892 | 964,114,829 | 946,186,035 | (17,928,794) |
| (d) Expenses | - | - | 356,722,487 | 240,000,000 | (116,722,487) |
| (e) Total | 509,537 | 2,592 | 1,320,837,316 | 1,186,186,035 | (134,651,281) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section III, Exhibit I, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section III, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.37 x (c) |
| (e) | = (c) + (d) |

Tillinghast -
Towers Perrin

Section I
Exhibit 2
Scenario 11

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Garlock
### High+ Filings / Medium Settlement / Medium Trend

|  | (1)<br>#  of<br>Claims | (2)<br>Average<br>Settlement | (3)<br>Undiscounted<br>Expected<br>Losses | (4)<br>Coltec<br>Held | (5)<br>Redundency /<br>(Deficiency)<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) Open Cases | 123,525 | 1,079 | 133,271,050 | 172,692,635 | 39,421,585 |
| (b) Future Filings | 479,680 | 2,183 | 1,046,947,471 | 773,493,400 | (273,454,071) |
| (c) Subtotal | 603,205 | 1,957 | 1,180,218,521 | 946,186,035 | (234,032,486) |
| (d) Expenses | - | - | 436,680,853 | 240,000,000 | (196,680,853) |
| (e) Total | 603,205 | 2,681 | 1,616,899,374 | 1,186,186,035 | (430,713,339) |

Notes:

(1a), (2a), (3a)   From All States including Specials Totals of Section III, Exhibit I, Sheet 1.
(1b), (2b), (3b)   From Totals of Section III, Exhibit 2, Sheet 7.
(a)   Open cases represent claims filed 1995 and prior.
(b)   Future cases represent cases filed 1/1/96 and subsequent.
(c)   = (a) + (b)
(d)   = 0.37 x (c)
(e)   = (c) + (d)

GST-EST-0127401

II

GST-EST-0127402

Section II
Exhibit 1

## Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### Recap of Scenario Results
(000's)

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Undiscounted | Expense Loading | | | Total | | |
| | Filing | Settlement | Dismissal | Trend | Losses | 25% | 30% | 35% | 25% | 30% | 35% |
| | | | | | | 0.25 x (5) | 0.3 x (5) | 0.35 x (5) | (5) + (6) | (5) + (7) | (5) + (8) |
| Scenario I | M | M | 0.20 | M | 190,289 | 47,572 | 57,087 | 66,601 | 237,861 | 247,376 | 256,890 |
| Scenario II | M | L | 0.20 | L | 110,369 | 27,592 | 33,111 | 38,629 | 137,961 | 143,480 | 148,998 |
| Scenario III | M | H | 0.20 | H | 421,737 | 105,434 | 126,521 | 147,608 | 527,171 | 548,258 | 569,344 |
| Scenario IVa | H | M | 0.25 | M | 224,812 | 56,203 | 67,444 | 78,684 | 281,015 | 292,256 | 303,497 |
| Scenario IVb | H | M | 0.20 | M | 239,684 | 59,921 | 71,905 | 83,889 | 299,605 | 311,589 | 323,574 |
| Scenario Va | H | H | 0.25 | H | 500,881 | 125,220 | 150,264 | 175,308 | 626,101 | 651,146 | 676,190 |
| Scenario Vb | H | H | 0.20 | H | 534,158 | 133,539 | 160,247 | 186,955 | 667,697 | 694,405 | 721,113 |
| Scenario VIa | L | M | 0.15 | M | 173,242 | 43,310 | 51,973 | 60,635 | 216,552 | 225,214 | 233,876 |
| Scenario VIb | L | M | 0.20 | M | 163,153 | 40,788 | 48,946 | 57,104 | 203,941 | 212,099 | 220,257 |
| Scenario VIIa | L | L | 0.15 | L | 100,734 | 25,184 | 30,220 | 35,257 | 125,918 | 130,954 | 135,991 |
| Scenario VIIb | L | L | 0.20 | L | 94,911 | 23,728 | 28,473 | 33,219 | 118,638 | 123,384 | 128,129 |
| Scenario VIII | H | L | 0.20 | L | 138,494 | 34,624 | 41,548 | 48,473 | 173,118 | 180,043 | 186,967 |
| Scenario VIII | H | L | 0.25 | L | 129,947 | 32,487 | 38,984 | 45,481 | 162,434 | 168,931 | 175,428 |
| Scenario IXa | L | H | 0.20 | H | 360,037 | 90,009 | 108,011 | 126,013 | 450,047 | 468,049 | 486,050 |
| Scenario IXb | L | H | 0.15 | H | 382,431 | 95,608 | 114,729 | 133,851 | 478,039 | 497,161 | 516,282 |
| Scenario Xa | M+ | M | 0.20 | M | 225,334 | 56,334 | 67,600 | 78,867 | 281,668 | 292,935 | 304,202 |
| Scenario Xb | M+ | M | 0.25 | M | 213,550 | 53,387 | 64,065 | 74,742 | 266,937 | 277,615 | 288,292 |
| Scenario XIa | H+ | M | 0.20 | M | 274,730 | 68,682 | 82,419 | 96,155 | 343,412 | 357,148 | 370,885 |
| Scenario XIb | H+ | M | 0.25 | M | 259,858 | 64,964 | 77,957 | 90,950 | 324,822 | 337,815 | 350,808 |

Note: (5)  From (3c) from Section II, Exhibit 2, Scenarios 1 - 11b.

Section II
Exhibit 2
Scenario 1

# Coltec Industries
# Gross Asbestos Contingent Liabilities - Anchor
## Medium Filings / Medium Settlement / Medium Trend
### Dismissal Rate = 20%

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundancy / (Deficiency) (4) - (3) |
| (a) Open Cases | 88,850 | 320 | 28,418,241 | 28,996,700 | 578,459 |
| (b) Future Filings | 253,809 | 638 | 161,870,778 | 90,516,000 | (71,354,778) |
| (c) Subtotal | 342,660 | 555 | 190,289,019 | 119,512,700 | (70,776,319) |
| (d) Expenses | - | - | 57,086,706 | 50,000,000 | (7,086,706) |
| (e) Total | 342,660 | 722 | 247,375,725 | 169,512,700 | (77,863,025) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

Section II
Exhibit 2
Scenario 2

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### Medium Filings / Low Settlement / Low Trend
### Dismissal Rate = 20%

| | (1)<br># of<br>Claims | (2)<br>Average<br>Settlement | (3)<br>Undiscounted<br>Expected<br>Losses | (4)<br>Coltec<br>Held | (5)<br>Redundancy /<br>(Deficiency)<br>(4) - (3) |
|---|---|---|---|---|---|
| (a) Open Cases | 88,850 | 206 | 18,296,816 | 28,996,700 | 10,699,884 |
| (b) Future Filings | 253,809 | 363 | 92,072,096 | 90,516,000 | (1,556,096) |
| (c) Subtotal | 342,660 | 322 | 110,368,912 | 119,512,700 | 9,143,788 |
| (d) Expenses | - | - | 33,110,674 | 50,000,000 | 16,889,326 |
| (e) Total | 342,660 | 419 | 143,479,586 | 169,512,700 | 26,033,114 |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

*Tillinghast -*
*Towers Perrin*

ANCHPRJ.XLS
7/15/96 - 3:00 PM

GST-EST-0127405

Section II
Exhibit 2
Scenario 3

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### Medium Filings / High Settlement / High Trend
### Dismissal Rate = 20%

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 88,850 | 591 | 52,470,970 | 28,996,700 | (23,474,270) |
| (b) Future Filings | 253,809 | 1,455 | 369,265,629 | 90,516,000 | (278,749,629) |
| (c) Subtotal | 342,660 | 1,231 | 421,736,599 | 119,512,700 | (302,223,899) |
| (d) Expenses | - | - | 126,520,980 | 50,000,000 | (76,520,980) |
| (e) Total | 342,660 | 1,600 | 548,257,579 | 169,512,700 | (378,744,879) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States Including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

GST-EST-0127406

Section II
Exhibit 2
Scenario 4a

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### High Filings / Medium Settlement / Medium Trend
### Dismissal Rate = 25%

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 84,020 | 318 | 26,750,579 | 28,996,700 | 2,246,121 |
| (b) Future Filings | 308,197 | 643 | 198,061,788 | 90,516,000 | (107,545,788) |
| (c) Subtotal | 392,218 | 573 | 224,812,367 | 119,512,700 | (105,299,667) |
| (d) Expenses | - | - | 67,443,710 | 50,000,000 | (17,443,710) |
| (e) Total | 392,218 | 745 | 292,256,078 | 169,512,700 | (122,743,378) |

Notes:

| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

Tillinghast -
Towers Perrin

Section II
Exhibit 2
Scenario 4b

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### High Filings / Medium Settlement / Medium Trend
### Dismissal Rate = 20%

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | | | Undiscounted | | |
| | # of | Average | Expected | Coltec | Redundancy / |
| | Claims | Settlement | Losses | Held | (Deficiency) |
| | | | | | (4) - (3) |
| (a) Open Cases | 88,850 | 320 | 28,418,241 | 28,996,700 | 578,459 |
| (b) Future Filings | 328,744 | 643 | 211,265,907 | 90,516,000 | (120,749,907) |
| (c) Subtotal | 417,594 | 574 | 239,684,149 | 119,512,700 | (120,171,449) |
| (d) Expenses | - | - | 71,905,245 | 50,000,000 | (21,905,245) |
| (e) Total | 417,594 | 746 | 311,589,393 | 169,512,700 | (142,076,693) |

Notes:
| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

ANCHPRJ.XLS
7/15/96 - 3:00 PM

GST-EST-0127408

Section II
Exhibit 2
Scenario 5a

# Coltec Industries
## Gross Asbestos Contingent Liabilities - Anchor
### High Filings / High Settlement / High Trend
### Dismissal Rate = 25%

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
|  | # of Claims | Average Settlement | Undiscounted Expected Losses | Coltec Held | Redundency / (Deficiency) (4) - (3) |
| (a) Open Cases | 84,020 | 587 | 49,300,013 | 28,996,700 | (20,303,313) |
| (b) Future Filings | 308,197 | 1,465 | 451,581,157 | 90,516,000 | (361,065,157) |
| (c) Subtotal | 392,218 | 1,277 | 500,881,170 | 119,512,700 | (381,368,470) |
| (d) Expenses | - | - | 150,264,351 | 50,000,000 | (100,264,351) |
| (e) Total | 392,218 | 1,660 | 651,145,520 | 169,512,700 | (481,632,820) |

Notes:
| | |
|---|---|
| (1a), (2a), (3a) | From All States including Specials Totals of Section IV, Exhibit 1, Sheet 1. |
| (1b), (2b), (3b) | From Totals of Section IV, Exhibit 2, Sheet 7. |
| (a) | Open cases represent claims filed 1995 and prior. |
| (b) | Future cases represent cases filed 1/1/96 and subsequent. |
| (c) | = (a) + (b) |
| (d) | = 0.3 x (c) |
| (e) | = (c) + (d) |

*Tillinghast -*
*Towers Perrin*

ANCHPRJ.XLS
7/15/96 - 3:00 PM

GST-EST-0127409