## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-31607<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE OF FILING OF TECHNICAL AMENDMENTS TO DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that Debtors hereby file, as Exhibit I to this Notice, the Disclosure Statement for Debtors' Second Amended Plan of Reorganization, with certain technical amendments, as indicated in the redline attached as Exhibit II to this Notice.

This 9th day of April, 2015.

Respectfully submitted,

/s/ Garland S. Cassada
Garland S. Cassada
N.C. Bar No. 12352
Jonathan C. Krisko
N.C. Bar No. 28625
Richard C. Worf, Jr.
N.C. Bar No. 37143

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:     (704) 377-2536
Facsimile:     (704) 378-4000

gcassada@rbh.com
jkrisko@rbh.com
rworf@rbh.com

---

1 The Debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

*Special Corporate and Litigation Counsel to the
Debtors Garlock Sealing Technologies LLC,
Garrison Litigation Management Group, Ltd., and
The Anchor Packing Company*