RECEIVED
U.S. Bankruptcy Court
of NC
MAY 19 2015
Steven T. Salata, Clerk
Charlotte Division
MDW

May 13, 2015

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246

Re: Garlock Sealing Technologies LLC, et al., Debtors // To: Wichita Clutch Company

Case No. 10BK31607

Dear Sir/Madam:

Wichita Clutch Company is not listed on our records or on the records of the State of IL.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527114598

Sent By Regular Mail

cc: Western District of North Carolina - United States Bankruptcy Court - Charlotte Division
    -,
    -, NC -

(Returned To)

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246



May 13, 2015

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246

Re: Garlock Sealing Technologies LLC, et al., Debtors // To: Matsushita/Panasonic

Case No. 10BK31607

Dear Sir/Madam:

Matsushita/Panasonic is not listed on our records or on the records of the State of IL.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527109952

Sent By Regular Mail

cc: Western District of North Carolina - United States Bankruptcy Court - Charlotte Division
    -,
    -, NC -


(Returned To)

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246



May 13, 2015

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street,
Suite 1900,
Charlotte, NC 28246

Re: Garlock Sealing Technologies LLC, et al., Debtors // To: Carnation Milk Co

Case No. 10BK31607

Dear Sir/Madam:

Carnation Milk Co is not listed on our records or on the records of the State of IL.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527114577

Sent By Regular Mail

cc: United States District Court - District of North Carolina - Charlotte Division
    401 W Trade St #111,
    Charlotte, NC 28202




(Returned To)

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street,
Suite 1900,
Charlotte, NC 28246


http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?W...    5/14/2015



May 13, 2015

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246

Re: Garlock Sealing Technologies LLC, et al., Debtors // To: Stauffer Chemical

Case No. 10BK31607

Dear Sir/Madam:

Stauffer Chemical Company withdrew to do business in the State of IL on 03/27/1990. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527114356

Sent By Regular Mail

cc: Western District of North Carolina - United States Bankruptcy Court - Charlotte Division
 -,
 -, NC -


(Returned To)

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900,
Charlotte, NC 28246

*RECEIVED U.S. Bankruptcy Court of NC — MAY 19 2015 — Steven T. Salata, Clerk, Charlotte Division — MDW*

May 13, 2015

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street,
Suite 1900,
Charlotte, NC 28246

Re: Garlock Sealing Technologies LLC, et al., Debtors // To: Cooper, etc.

Case No. 10BK31607

Dear Sir/Madam:

Our records indicate that we represent more than one entity beginning with the name: ( Cooper ). In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527114446

Sent By Regular Mail

cc: Western District of North Carolina - United States Bankruptcy Court - Charlotte Division
    --,
    -, NC -


**(Returned To)**

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street,
Suite 1900,
Charlotte, NC 28246

**CT Corporation**

Undeliverable mail only to:
208 S. LaSalle Street
Chicago, IL 60604

RECEIVED
U.S. Bankruptcy Court
of NC

MAY 19 2015

Steven T. Salata, Clerk
Charlotte Division
MDW

Charlotte Division
Charles Jonas Federal Building
401 West Trade Street
Room 111
Charlotte, NC 28202



neopost
05/14/2015
US POSTAGE
$00.69°

FIRST-CLASS MAIL
ZIP 60604
041L11218783

E201 (7/2012)