# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| In re: | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the:

**REPLY OF THE COMMITTEE TO DEBTORS' RESPONSE IN SUPPORT OF FEE EXAMINER'S MOTION FOR PROPOSED PROFESSIONAL GUIDELINES [Dkt. No. 4624]**

were served via electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system for the purposes of the above-captioned bankruptcy case. The parties listed on the attached U.S. Mail Service List were served via first-class mail by the United States Postal Service on May 26, 2015.

May 27, 2015

                                              **CAPLIN & DRYSDALE, CHARTERED**

                                              */s/ Brigette A. Wolverton*
                                              Brigette A. Wolverton
                                              Paralegal
                                              One Thomas Circle, NW, Suite 1100
                                              Washington, D.C. 20005
                                              Telephone: (202) 862-5000
                                              Facsimile: (202) 429-3301

## **SERVICE LIST – U.S. MAIL**

H M Cross & Sons, Inc.
Attn: Paul Harrison
50 Ridgeland Road
Rochester, NY 14623-3112

Associated Spring
Business of Barnes Group
Attn: Joel Rafaniello
80 Scott Swamp Road
Farmington, CT 06032

John & Diane Allen
c/o Steven Kazan
Kazan McClain Lyons Greenwood & Harley
Jack London Market
55 Harrison Street, Ste. 400
Oakland, CA 94607

Securities & Exchange Commission
Atlanta Regional Office
Office of Reorganization
950 E. Paces Ferry Road, N.E., Ste. 900
Atlanta, GA 30326-1382

NY State Department of Taxation
and Finance
P.O. Box 5300
Albany, NY 12205-0300

NC Department of Revenue
P.O. Box 1168
Raleigh, NC 27602

Bank of America, N.A.
c/o Parker Hudson Rainer & Dobbs
Attn: C. Edward Dobbs
285 Peachtree Center Ave., NE
1500 Maquis Two
Atlanta, GA 30303

Shawn M. Christianson
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Dierde Woulfe Pacheco
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Woodbridge, NY 07095

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Elizabeth Barry
Garlock Sealing Technologies
Garrison Litig. Management Group, Ltd.
349 West Commercial St., Ste. 3050
East Rochester, NY 14445

Revstone Casting Fairfield, LLC
f/k/a Dexter Foundry Inc.
Attn: Dexter Bell
905 W. Depot Avenue
Fairfield, IA 52556

Dorothy Burns
c/o Brian T. Fitzpatrick
Belluck & Fox LLP
546 Fifth Avenue, 4th Floor
New York, NY 10036

Robert Wirwicz
c/o Garrett Bradley
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110

Michael S. Davis
Jantra Van Roy
Peter Janovsky
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036

Bruce J. Ruzinsky
D. Elaine Conway
Jackson Walker LLP
1401 McKinney Street, Ste. 1900
Houston, TX 77010

Sander L. Esserman
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Ste. 2200
Dallas, TX 75201

Niagara Bank
c/o William B. Schiller
Schiller & Knapp, LLP
950 New Loudon Road
Latham, NY 12110

United States Attorney Office
Attn: Civil Division
227 West Trade Street, Ste. 1650
Charlotte, NC 28202

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr., #400
Littleton, CO 80124

Heather M. Forrest
Jackson Walker, LLP
901 Main Street, Ste. 6000
Dallas, TX 75202

John Koeberle
c/o Peter Kraus
Waters & Kraus, LLP
3219 McKinney Ave.
Dallas, TX 75204

Julie Deary
Union Representative
1666 Division Street
Palmyra, NY 14522

Solvay Solexis Inc.
Attn: Nezelia Sosa
3333 Richmond Avenue
Houston, TX 77098

Madonna Guzzo
c/o John Lipsitz
Lipsitz & Ponterio, LLC
135 Delaware Ave., 5th Floor
Buffalo, NY 14202

Garrett J. Bradley
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110

Joseph M. Snyder
Corporate General Counsel
Widewaters Hotels, LLC
5786 Widewaters Pkwy, Ste. 3
Dewitt, NY 13214

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Andrew J. Kelly
Wylder Corwin Kelly LLP
207 E. Washington, Ste. 102
Bloomington, IL  61701

Charles & Loretta Willis
c/o David Greenstone
Simon Greenstone Panatier Bartlett, PC
3232 McKinney Ave., Ste. 610
Dallas, TX  75204

Mark Snyder
Justin S. Alex
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street, N.W., Ste. 340
Washington, DC  20005-4026

Jim W. Phillips, Jr.
Jeffrey E. Oleynik
John S. Buford
Brooks Pierce McLendon Humphrey & Leonard
PO Box 26000
Greensboro, NC  27420

Peter John Sacripanti
John J. Calandra
Darren Azman
Mcdermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173-1922

Fred L. Alvarez
Walker Wilcox Matousek, LLP
One N. Franklin St., Ste. 3200
Chicago, IL  60606

Estate of Joseph Henry
c/o Lee J. Rohn
Rohn & Carpenter, LLC
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands, 00820

Excellus Blue Cross Blue Shield
c/o Wendy A. Kinsella
Harris Beach, PLLC
333 W. Washington St., Ste. 200
Syracuse, NY  13202

SGL Carbon, LLC
Attn:  Tim Brown
10130 Perimeter Parkway, Ste. 500
Charlotte, NC  28216

Joseph Kots
Commonwealth of Pennsylvania
Dept. of Labor & Industry Reading
Bankruptcy & Compliance
625 Cherry Street, Room 203
Reading, PA  19602-1152

Romaine S. Scott, III
Scott & Scott Law, LLC
P.O. Box 1248
Fairhope, AL  36533

Stephen L. Shackelford, PLLC
P.O. Box 1646
Jackson, MS  39215

Tony L. Draper
Charles B. Walther
Walker Wilcox Matousek, LLP
1001 McKinney St., Ste. 2000
Houston, TX  77002

Stephen C. Embry
Embry and Neusner
PO Box 1409
Groton, CT  06340

William Ames Warren
c/o Robert W. Phillips
The Simmons Firm
1 Court Street
East Alton, IL  62024-6267

Scott W. Wert
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

Michael Larimer
Neil Maune
Maune Raichle Hartley French & Mudd
One Metropolitan Square
211 N. Broadway, Ste. 2940
St. Louis, MO  63102

Jason M. Katz
Hiersche, Hayward, Drakeley
& Urbach, P.C.
15303 Dallas Parkway, Ste. 700
Addison, TX  75001

William F. Greaney, Esq.
Covington & Burling, LLP
One City Center
850 Tenth Street, NW
Washington, DC  20001-4956