*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

1 of 3075

---

**MARY K. POWERS**
11450 W. MICHIGAN AVENUE
PARMA, MI 49269

**Clm No 170001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LESTA PRESTON**
3098 WOLVERINE
ANN ARBOR, MI 48108

**Clm No 170002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANDRE R. SEWELL**
12027 STRASBURG
DETROIT, MI 48205

**Clm No 170003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**WILLIAM, PRITCHET**
14054 HURON STREET
TAYLOR, MI 48180

**Clm No 170004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTY PROUTY**
11403 WINDING WAY
GALESBURG, MI 49053

**Clm No 170005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICIA PULLIAM**
1564 FULLERTON STREET
DETROIT, MI 48238

**Clm No 170006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**EMOGENE PYE**
1857 SHENANDOAH DRIVE
TROY, MI 48085

**Clm No 170007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLOREE HILTON**
6094 GLENIS
TAYLOR, MI 48180

**Clm No 170008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IAIN RAE**
251 SE 8TH AVENUE
DEERFIELD BEACH, FL 33441

**Clm No 170009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**IRENE RAMSDEN**
1510 KERN ROAD
REESE, MI 48757

**Clm No 170010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**PARALEE RAMSEY**
P.O. BOX 55
PINE APPLE, AL 36768

**Clm No 170011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**AARON EMERSON**
2500 WOODROW WILSON BLVD
APT. #2
WEST BLOOMFIELD, MI 48324

**Clm No 170012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**DAVID RAYMAN**
1797 104TH AVENUE
OTSEGO, MI 49078

**Clm No 170013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALLEN REINGARDT**
111 E. BROADWAY
WHITE PIGEON, MI 49099

**Clm No 170014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAMAR A. RESPRESS**
16235 LAMPLIGHTER CT,APT 1320
SOUTHFIELD, MI 48075

**Clm No 170015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

6 of 3075

---

**ROSIE L. REYNOLDS**
16665 EDMORE DRIVE
DETROIT, MI 48205

**Clm No 170016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**PATRICIA A. RICHTER**
1320 RUCKER BLVD,APT B8
ENTERPRISE, AL 36330

**Clm No 170017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JANICE E. RIES**
127 N. EAST STREET
MORENCI, MI 49256

**Clm No 170018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**RUTH RIGGINS**
29328 LANCASTER DRIVE,APT 206
SOUTHFIELD, MI 48034

**Clm No 170019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**SANDRA K. ROBBINS**
P.O. BOX 905
KINGSTON, TN 37763

**Clm No 170020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**BRENDA ROBERTS**
2413 ANDRUS STREET
HAMTRAMCK, MI 48212

**Clm No 170021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**ROGER ROBERTSON**
3480 WEST CARSON CITY ROAD
SHERIDAN, MI 48884

**Clm No 170022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**ADRIAN ROBINSON**
19135 ADDISON DRIVE
SOUTHFIELD, MI 48075

**Clm No 170023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**ERMA F. ROBINSON**
356 BRIDGEHAMPTON STREET
SANDUSKY, MI 48471

**Clm No 170024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**ERMA F. ROBINSON**
356 BRIDGEHAMPTON STREET
SANDUSKY, MI 48471

**Clm No 170025**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**EDWARD T. ROBINSON**
3232 RABIDUE ROAD
CLYDE TWP., MI 48049

**Clm No 170026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**MICHAEL J. ROE**
1506 1ST AVENUE NW,APT. 7
MANDAN, ND 58554

**Clm No 170027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**MICHAEL J. ROE**
1506 1ST AVENUE NW,APT. 7
MANDAN, ND 58554

**Clm No 170028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARK ROGERS**
47072 WESTLAKE DRIVE
SHELBY TOWNSHIP, MI 48315

**Clm No 170029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOROTHY BONE**
10326 SOUTH BRAY RD
CLIO, MI 48420

**Clm No 170030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**DORIS ROSE**
2638 ARBOR GLEN DRIVE, APT. 214
TWINSBURG, OH 44087

**Clm No 170031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**THOMAS ROSS**
9026 ROHNS ST
DETROIT, MI 48213

**Clm No 170032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**SALVATORE RUSSO**
35743 COLLINGWOOD DRIVE
STERLING HEIGHTS, MI 48312

**Clm No 170033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**WILLIAM RUTHVEN**
10836 S.E. 50TH AVENUE
BELLEVIEW, FL 34420

**Clm No 170034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**THERESA J. RUTKOWSKI**
457 7TH STREET SW
HICKORY, NC 28602

**Clm No 170035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**THERESA J. RUTKOWSKI**
457 7TH STREET SW
HICKORY, NC 28602

**Clm No 170036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MARILYN SANDERSON**
25358 CLAIRVIEW DRIVE
DEARBORN HGTS, MI 48127

**Clm No 170037**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JANICE SANDORA**
25250 QUARTER DECK STREET
HARRISON TWP., MI 48045

**Clm No 170038**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA A. SAUERS**
5381 GREY STAG COURT
SUWANEE, GA 30024

**Clm No 170039**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**DABNEY, SCALES**
312 S. HUBBARD COURT, APT. 1
WESTLAND, MI 48186

**Clm No 170040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY SCHREMS**
8083 CRESTON DRIVE
FREELAND, MI 48623

**Clm No 170041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GOLDEN SCHULTZ**
350 THIRD STREET
MANISTEE, MI 49660

**Clm No 170042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**LORI J. SCHWEMIN**
5249 HAMPSHIRE AVENUE N
CRYSTAL, MN 55428

**Clm No 170043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THERESA SCOTT**
27777 DEQUINDRE,APT. 420
MADISON HEIGHTS, MI 48071

**Clm No 170044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROL S. SEIBEL**
6209 S. BYRON ROAD
DURAND, MI 48429

**Clm No 170045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**BRADLEY M. SELF**
149 RIVERSIDE DRIVE
BENTON, TN 37307

**Clm No 170046**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRANCIS SERAZIO**
5247 KENDAL STREET
DEARBORN, MI 48126

**Clm No 170047**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL SEWELL**
6297 SATIN WOOD DRIVE
BURLINGTON, KY 41005

**Clm No 170048**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**YVONNE SHAFT**
3519 SNOWY LANE
SAGINAW, MI 48601

**Clm No 170049**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT SHANNON**
905 TYLER DRIVE
EATON RAPIDS, MI 48827

**Clm No 170050**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH SHAW**
22788 COTTAGE CT.,BLDG 9, APT 107
NOVI, MI 48375

**Clm No 170051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**GARY SHELLENBARGER**
33815 HATHAWAY STREET
LIVONIA, MI 48150

**Clm No 170052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRI ARTHUR**
2106 KANAWHA BLVD. EAST,APT. B516
CHARLESTON, WV 25311

**Clm No 170053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD SHEPARD**
10210 BABCOCK ROAD
LAINGSBURG, MI 48848

**Clm No 170054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

| | | |
|---|---|---|
| **LASHONDA MCKINNEY** | **Clm No 170055** | Filed In Cases: 607 |
| 4020 28th STREET | Class | Claim Detail Amount | Final Allowed Amount |
| DETROIT, MI 48210 | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **NANCY J. SHERRILL** | **Clm No 170056** | Filed In Cases: 607 |
| 4370 APPLETON TERRACE | Class | Claim Detail Amount | Final Allowed Amount |
| NORTH PORT, FL 34286 | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **DONALD SIEGLER** | **Clm No 170057** | Filed In Cases: 607 |
| 11950 CORDUROY ROAD,P.O. BOX 152 | Class | Claim Detail Amount | Final Allowed Amount |
| CURTICE, OH 43412 | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

20 of 3075

---

**ALFONSO SIERRA**
4562 N. JADEMOOR DRIVE
BEVERLY HILLS, FL 34465

**Clm No 170058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**DONALD SILSBE**
296 WOODY CIRCLE
TRYON, NC 28782

**Clm No 170059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**CONNIE SIMMONS**
P.O. BOX 615
GOLDSTON, NC 27252

**Clm No 170060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**CONNIE SIMMONS**
P.O. BOX 615
GOLDSTON, NC 27252

**Clm No 170061**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES SIMMONS**
P.O. BOX 980523
YPSILANTI, MI 48197

**Clm No 170062**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES SIMMONS**
P.O. BOX 980523
YPSILANTI, MI 48197

**Clm No 170063**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**WESLEY SIMS**
28675 KRAUCK STREET
GARDEN CITY, MI 48135

**Clm No 170064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

**KIMBERLEY F. BAILEY**
7169 ASPEN ROAD
LEXINGTON, MI 48450

**Clm No 170065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

**EDITH M. SKINNER**
P.O. BOX 1581
HANFORD, CA 93230

**Clm No 170066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**RICHARD SMETANKA**
37390 FIORE TRAIL
CLINTON TOWNSHIP, MI 48036

**Clm No 170067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**RICHARD SMETANKA**
37390 FIORE TRAIL
CLINTON TOWNSHIP, MI 48036

**Clm No 170068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CECIL SMITH**
24720 MANISTEE STREET
OAK PARK, MI 48237

**Clm No 170069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**WILLA M. SMITH**
616 THIRD AVENUE
PONTIAC, MI 48340

**Clm No 170070**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENISE K. SMITH**
26816 KIRKWAY CIRCLE
WOODHAVEN, MI 48183

**Clm No 170071**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREA SMITH**
655 LAWRENCE STREET
DETROIT, MI 48202

**Clm No 170072**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**WILLIAM SMITH**
490 HEARD STREET
FLOVILLA, GA 30216

**Clm No 170073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SMITH**
26803 STANFORD DR. E.
SOUTHFIELD, MI 48033

**Clm No 170074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ADRIAN SMOTHERS**
5870 ABBEY STREET
KALAMAZOO, MI 49048

**Clm No 170075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**NORMA E. SOCIA**
142 FILLMORE PLACE
BAY CITY, MI 48708

**Clm No 170076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUDY L. SPENCER**
9757 MONROE STREET
ST. HELEN, MI 48656

**Clm No 170077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT SR**
204 MISSOURI AVENUE
LYNN HAVEN, FL 32444

**Clm No 170078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

Garlock Sealing Technologies LLC, et al.

3/16/2018 5:07:29 PM

**Claims Details**

---

**EDITH M. SKINNER**
P.O. BOX 1581
HANFORD, CA 93230

**Clm No 170079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONNA STACKS**
17724 HENRY STREET
MELVINDALE, MI 48122

**Clm No 170080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL D. WOHLFORD**
4147 PINECREEK ROAD,APT 2
GRANDVILLE, MI 49418

**Clm No 170081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**DANIEL J. STEPANSKI**
23019 SHOREVIEW STREET
ST. CLAIR SHORES, MI 48082

**Clm No 170082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**REGINALD K. STEPHENS**
7600 WIRE GRASS ROAD
ORRUM, NC 28369

**Clm No 170083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GWENDOLYN M. PARKER**
2111 VIA MADONNA
CARROLLTON, TX 75006

**Clm No 170084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**EDDIE STEVERSON**
15875 SARATOGA STREET
DETROIT, MI 48205

**Clm No 170085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD W. STEWART**
9952 KENNEDY STREET
BELLEVILLE, MI 48111

**Clm No 170086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRENCH STEWART**
589 STEWART ROAD
MACON, MS 39341

**Clm No 170087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**PATRICIA STOUTEN**
4818 Dellview Court
Hudsonville, MI 49426

**Clm No 170088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**GEORGE STRANGE**
1821 HELENA AVENUE
HARTLAND, MI 48353

**Clm No 170089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**FRED STRICKLAND**
314 W. MONTANA STREET
HIGHLAND PARK, MI 48203

**Clm No 170090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**SANDRA STRICKLAND**
28103 IMPERIAL DRIVE, APT. 312
WARREN, MI 48093

**Clm No 170091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICIA STROBA**
PO BOX 66
SALINE, MI 49113

**Clm No 170092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARTHA SYDNOR**
P.O. BOX 583
OAK HILL, WV 25901

**Clm No 170093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

---

**Claims Details**

---

**BRENDA TANK**
8902 CEDAR POINT RD
OREGON, OH 43616

**Clm No 170094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GLENDA TATUM**
5640 SANTOVITO STREET
PAHRUMP, NV 89061

**Clm No 170095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLORIA HUNT**
27551 H DRIVE NORTH
ALBION, MI 49224

**Clm No 170096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JOAN THOMPSON**
2303 LAUREL LINDALE RD.
NEW RICHMOND, OH 45157

**Clm No 170097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FREDERICK D. MIDDLETON**
3139 MORLEY ROAD
SHAKER HEIGHTS,  44122

**Clm No 170098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOANNE L. THORINGTON**
1697 W. NIELSON ROAD
SANFORD, MI 48657

**Clm No 170099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**DORIS M. TICE**
5455 HAYES TOWER ROAD
GAYLORD, MI 49735

**Clm No 170100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLYN TILLMAN**
PO BOX 372
SAGINAW, MI 48606

**Clm No 170101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERLA TINDALL**
1405 8TH AVE NW
ARDMORE, OK 73401

**Clm No 170102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**DIANE TINSLEY**
2582 W. RIVER DRIVE
GLADWIN, MI 48624

**Clm No 170103**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUCY TIPTON**
5452 WOODLAND RIDGE DRIVE
FLINT, MI 48532

**Clm No 170104**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMILIA TODD**
17545 EDWARDS
SOUTHFIELD, MI 48076

**Clm No 170105**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**ESSIE B. TOWNSEND**
123 W. BAKER STREET
FLINT, MI 48505

**Clm No 170106**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN TRESNAN**
1001 MICHIGAN AVENUE
MONROE, MI 48162-3009

**Clm No 170107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**KARL TROPF**
43430 INTERLAKEN DRIVE
STERLING HEIGHTS, MI 48313

**Clm No 170108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MATTIE R. WILCOX**
3867 LONG CABIN DRIVE
GREEN MEADOWS 99,MACON, GA 31204

**Clm No 170109**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 19164 |

---

**SHIVON TUCKER**
76 W. BUENA VISTA
HIGHLAND PARK, MI 48203

**Clm No 170110**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DEBBRA TUNE**
9325 DIXIE HIGHWAY
BIRCH RUN, MI 48415

**Clm No 170111**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**CHARLES TURK**
13906 ARLINGTON STREET
DETROIT, MI 48212

**Clm No 170112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MELVIN TURNER**
29412 SPRING HILL DRIVE
SOUTHFIELD, MI 48076

**Clm No 170113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUDITH A. UEBERROTH**
455 S. GOODYEAR STREET
OREGON, OH 43616-2914

**Clm No 170114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**CYNTHIA A. FOSKETT**
909 MOORE STREET
DAVISON, MI 48423

**Clm No 170115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAUREEN VanBUHLER**
7754 CORBIN DRIVE
CANTON, MI 48187

**Clm No 170116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD J. VanHOE**
5747 SHERWOOD DRIVE
PORTAGE, MI 49024

**Clm No 170117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**JANICE E. VanHORN**
7450 MONROE ROAD
LAMBERTVILLE, MI 48144

**Clm No 170118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**KAY J. VanWYNEN**
884 WELLS STREET
SOUTH HAVEN, MI 49090

**Clm No 170119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**BRUCE A. VARDON**
178 Carlisle Way
Myrtle Beach, SC 29579

**Clm No 170120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOHN, VARGO**
8867 COUNTRY VIEW DRIVE
SPARTA, MI 49345

**Clm No 170121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUDITH VENDITTI**
4077 GROVELAND S.W.
NAVARRE, OH 44662-9720

**Clm No 170122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**REGINA M. VERMETT**
26727 LENOX STREET
MADISON HEIGHTS, MI 48071

**Clm No 170123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**PENNY S. WALI**
4578 MANITOU DRIVE
OKEMOS, MI 48864

**Clm No 170124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ESTHER L. WALKER**
23650 TWINING DRIVE
SOUTHFIELD, MI 48075

**Clm No 170125**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUDITH B. WALL**
204 BUTTERFLY DRIVE
FORT OGLETHORPE, GA 30742

**Clm No 170126**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JOANN WALTERS**
5418 ROLIND DRIVE
MONTGOMERY, AL

**Clm No 170127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY WARREN**
3630 HERITAGE PARKWAY
DEARBORN, MI 48124

**Clm No 170128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN WARRIOR**
231 SPRINGVIEW DRIVE,APT. 806
BATTLE CREEK, MI 49037

**Clm No 170129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

Garlock Sealing Technologies LLC, et al.

3/16/2018 5:07:29 PM

### Claims Details

**MELVIN WASHINGTON**
5710 GRIGGS DRIVE
FLINT, MI 48504

**Clm No 170130**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

**DEBRA WATKINS**
923 NORTH MAIN STREET
LIMA, OH 45801

**Clm No 170131**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

**KATHERINE J. WATKINS**
1518 SHERIDAN AVENUE
SAGINAW, MI 48601

**Clm No 170132**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value        $1.00

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**DORIS E. WEBER**
1711 W. DANSVILLE ROAD
MASON, MI 48854

**Clm No 170133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDDIE WEIERS**
5936 S. MOUNT TOM ROAD
ROSE CITY, MI 48654

**Clm No 170134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WEINZIERL**
14421 MORAVIAN MANOR CIRCLE
STERLING HEIGHTS, MI 48312

**Clm No 170135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**VIVIAN JOHNSON- WELCH**
6544 FIRWOOD STREET
DETROIT, MI 48210

**Clm No 170136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLYN S. LATTIN**
35452 EDGETON COURT,APT. 203
FARMINGTON HILLS, MI 48335

**Clm No 170137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSCOE WEST**
62 EAST MAIN STREET,APARTMENT 5
ALLIANCE, OH 44601

**Clm No 170138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**CECILIA WESTBROOK**
24164 EDGEMONT
SOUTHFIELD, MI 48033

**Clm No 170139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICIA PERRY**
363 NORWAY STREET
YORK, PA 17403

**Clm No 170140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY WHALEY**
63133 16TH AVENUE
BANGOR, MI 49013

**Clm No 170141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**GLORIA WHITE**
1484 ROBERT BRADBY DRIVE, APT. A
DETROIT, MI 48207

**Clm No 170142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LORETTA MORGAN**
5870 W. Co. Rd. 275 S.
N. Vernon, IN 47265

**Clm No 170143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DONYELL A. WILLIAMS**
219 BRADLEY STREET
SAGINAW, MI 48601-4702

**Clm No 170144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**PHYLLIS WILCOX**
2308 STATE STREET
YPSILANTI, MI 48198

**Clm No 170145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINDA WILLETTS**
605 JOHN ROLFE DRIVE
MONROE, MI 48162

**Clm No 170146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONNA M. BLASZCZAK**
42023 WATERFALL ROAD
NORTHVILLE, MI 48168

**Clm No 170147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**VERNICE ALEXANDER**
20100 WOODINGHAM DRIVE
DETROIT, MI 48221

**Clm No 170148**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ORA L. WILLIAMS**
8650 N. EVANGELINE ST.
DEARBORN HEIGHTS, MI 48127

**Clm No 170149**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BONNIE S. WILLIAMS**
33121 BERNICE AVENUE
PAW PAW, MI 49079

**Clm No 170150**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**JAMES WILLIAMSON**
806 E. 4TH STREET
MONROE, MI 48161

**Clm No 170151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LLOYD WILSON**
4286 COUNTY HIGHWAY C
NEILLSVILLE, WI 54456

**Clm No 170152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**TERRY WILSON**
1530 NORTH CHURCH STREET
KALAMAZOO, MI 49007

**Clm No 170153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**EMMA WINDHAM**
11653 MARTIN ROAD,APT. 4
WARREN, MI 48093

**Clm No 170154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ESTHER WINTERLEE**
2665 S. COUNTY ROAD 489
LEWISTON, MI 49756

**Clm No 170155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD WOLFE**
5325 OTTAWA RIVER ROAD
TOLEDO, OH 43611

**Clm No 170156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**SARAH N. THOMPSON**
1498 WINGATE
YPSILANTI, MI 48198

**Clm No 170157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THELMA WOODS**
22860 KENWYCK DRIVE
SOUTHFIELD, MI 48034

**Clm No 170158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WORTHING**
4765 MALONEY ROAD
PINCONNING, MI 48650

**Clm No 170159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**JUDITH HUTYRA**
23447 DONALDSON
CLINTON TOWNSHIP, MI 48035

**Clm No 170160**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**JUDITH HUTYRA**
23447 DONALDSON
CLINTON TOWNSHIP, MI 48035

**Clm No 170161**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**BETTY D. WRIGHT**
18220 ALTA VISTA DRIVE
SOUTHFIELD, MI 48075

**Clm No 170162**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ELAINE R. ZACK**
2184 LONDON BRIDGE DRIVE
ROCHESTER HILLS, MI 48307

**Clm No 170163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID ZELEK**
9014 CROSLEY
REDFORD, MI 48239

**Clm No 170164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONNA L. ZELLA**
38227 AVONDALE STREET
WESTLAND, MI 48186

**Clm No 170165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**DONNA L. ZIEGLER**
4043 E. COLORADO STREET
LONG BEACH, CA 90814

**Clm No 170166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILIP ZIEGLER**
14051 EDGEWOOD STREET
LIVONIA, MI 48154

**Clm No 170167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mitcheal Alle Veenstra**
1400 E. Lovers Lane
Arlington, TX 76010

**Clm No 170168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Gloria Achman**
110 Sunny South Trailer Court
Enterprise, AL 36330

**Clm No 170169**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Sharon Adams**
124 Holly Street
Ridgedale, MO 65739

**Clm No 170170**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**John Adams**
2844 David St
Riverside, CA 92506-4131

**Clm No 170171**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carol Adams**
14237 Washington Ave.
Sturtevant, WI 53177

**Clm No 170172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sally Lou Addis**
4975 Whipple Lake Road
Clarkston, MI 48348

**Clm No 170173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Roy Aeschliman**
1010 Elm Ave E
Hector, MN 55342-4501

**Clm No 170174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Paul Agnello**
2400 Indian Sinks Court
Brighton, MI 48114

**Clm No 170175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alice A. Alexander**
888 Vercelli St
Deltona, FL 32725

**Clm No 170176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gladys Alford**
1026 Avenue J
Bogalusa, LA 70427

**Clm No 170177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Linda McIntosh**
16431 Southeast Windswept Waters Drive
Damascus, OR 97089

**Clm No 170178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Paul David Allen**
720 Lakeview Drive
Parkersburg, WV 26104

**Clm No 170179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dennis C. Allen**
3125 Chisholm Trail
Enid, OK 73701-1237

**Clm No 170180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Glen Allinson**

2003 Timber Lane

Alabaster, AL 35007

**Clm No 170181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kathryn Planalp**

10534 Chestnut Hill Court

Fishers, IN 46037

**Clm No 170182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jeffrey A. Ambrose**

1809 West Boonville New Harmony Rd

Evansville, IN 47725

**Clm No 170183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lisa L. Anderson**
500 Farrow Place
Coldwater, MS 38618

**Clm No 170184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Magdaline Anderson**
2916 Fairview Drive
Ashtabula, OH 44004

**Clm No 170185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mark Anderson**
914 S. Woodhaven Ln.
Holyoke, MN 55797

**Clm No 170186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Janice Anderson**
25519 Reaves Rd
Opp, AL 36467

**Clm No 170187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carmen Armijo**
4214 Sentinel Place
Pueblo, CO 81008

**Clm No 170188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Emma Armontrout**
110 Hittridge Rd.
Eldon, MO 65026

**Clm No 170189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Regina Arnauskas**
4609 Primrose Lane
Omaha, NE 68157

**Clm No 170190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Katherine R. Arndt**
1651 Engle Molers Rd
Harpers Ferry, WV 25425

**Clm No 170191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Danielle M. Lange**
4143 South Township Road #151
Tiffin, OH 44883

**Clm No 170192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary H. McClellan-Aronen**
33211 38th Ave. S.
Federal Way, WA 98001

**Clm No 170193**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ann E. Averill**
6725 161st Avenue SE, Unit B
Bellevue, WA 98006

**Clm No 170194**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret Clark**
2817 NE 242nd Ave.
Camas, WA 98607

**Clm No 170195**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Lylia Ayoub**
19000 Gulf Blvd
Indian Shores, FL 33785

**Clm No 170196**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Edith Badgett**
2074 North Druid Circle
Clearwater, FL 33764

**Clm No 170197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Shawna Bagnato**
988 Cochrans Mill Rd
Pittsburgh, PA 15236

**Clm No 170198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Barbara Griggs**
1720 Pine Needle Lane
Elberton, GA 30635

**Clm No 170199**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Shirley D. Baird**
301 Willow Ave.
New Glasgow, Nova Scotia B2H 2A1
Canada

**Clm No 170200**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**James Baker**
413 4th Avenue East
Alexandria, MN 56308

**Clm No 170201**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-----------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Shirlee Baker**
13218 Avenue N
Chicago, IL 60633

**Clm No 170202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Roy Bale**
17812 Quiet Springs Ave
Nampa, ID 83687-5237

**Clm No 170203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joyce Ball**
3207 Lindenwood Drive
Dearborn, MI 48120

**Clm No 170204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Arthur Ball**
326 Riddle Place
Newport, KY 41071

**Clm No 170205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ronald Ballinger**
1008 Broadway
Neosho, MO 64850

**Clm No 170206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nayeli L Baltazar**
6433 Maeve Lane
Rockford, IL 61107

**Clm No 170207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Cheryl Bandini**
8812 Crescent Dr.
Huntington Beach, CA 92646

**Clm No 170208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ronald Banks**
4618 Sun Valley Dr. SW
Albuquerque, NM 87105

**Clm No 170209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda L. Barbee**
5405 Old Dixie Hwy
Evensville, TN 37332

**Clm No 170210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ione A. Barber**
PO Box 369
Pickford, MI 49774

**Clm No 170211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Randy L. Barnard**
23211 Frays Frontier Dr.
Sturgis, MI 49091

**Clm No 170212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Hazel Barnes**
2368 Memorial Church Road
Kenly, NC 27542

**Clm No 170213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

| **Cynthia Barnes** | | <u>**Clm No 170214**</u> | Filed In Cases: 607 | |
|---|---|---|---|---|
| 720 South Rollins | | Class | Claim Detail Amount | Final Allowed Amount |
| Centralia, MO 65240 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

| **Diane Barnett** | | <u>**Clm No 170215**</u> | Filed In Cases: 607 | |
|---|---|---|---|---|
| 5029 Valley View Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Edina, MN 55436 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

| **Susan Barry** | | <u>**Clm No 170216**</u> | Filed In Cases: 607 | |
|---|---|---|---|---|
| #2 RD 1633 | | Class | Claim Detail Amount | Final Allowed Amount |
| Farmington, NM 87401 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**LaVern Bartram**
1517 NW Eden St
Roseburg, OR 97470-5133

**Clm No 170217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mark Basnett**
8212 Briarwood Dr.
Broadview Heights, OH 44147

**Clm No 170218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Michael Batchelor**
1206 Norton
Alton, IL 62002

**Clm No 170219**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kenneth Beal**
1248 Curtis Ave
Excelsior Springs, MO 64024

**Clm No 170220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Debra Rudi**
223 Cypress Dr.
Woodland, CA 95695

**Clm No 170221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Pamela Beck**
39 Clark Street
Waterloo, NY 13165

**Clm No 170222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Daniel Lee Becker**
1571 8th St. NE A
Auburn, WA 98002

**Clm No 170223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Aubrey Beeler**
711 Chestnut Lane
Cooper, TX 75432

**Clm No 170224**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Donna Bellar**
3 West Court
West Alexandria, OH 45381

**Clm No 170225**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carmen Benson**
1720 23rd Street South
Fargo, ND 58103

**Clm No 170226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lawrence Bergum**
2625A Tanbark Way
Missoula, MT 59808-5418

**Clm No 170227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patrick Berry**
6010 Powerline Road
Ft. Lauderdale, FL 33309

**Clm No 170228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Carol Lee Betkis**
232 Prairie Ridge Drive
Minooka, IL 60447

**Clm No 170229**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Judith A Bice**
2655 Nebraska Avenue
Palm Harbor, FL 34684

**Clm No 170230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Karen Draus**
543 Cedar St.
Munster, IN 46321

**Clm No 170231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Loren Bjornstad**
3245 17th Ave S Apt 101
Fargo, ND 58103-4529

**Clm No 170232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Fred Black**
207 Vine St
Easley, SC 29640

**Clm No 170233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**James Blair**
4995 Manchester Ave. NW
North Lawrence, OH 44666

**Clm No 170234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kay L. Blan**
888 Halstead Ter.
The Villages, FL 32162

**Clm No 170235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary Bloom**
1431 Wallaceville Road
Titusville, PA 16354

**Clm No 170236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Janey Bohle**
1006 Phillip Dr.
Glen Burnie, MD 21061

**Clm No 170237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Barbara J. Aerni, Co-PR**
304 E. Beardsley St.
Clarks, NE 68628

**Clm No 170238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Debra Wicht, Co-Executor**
543 Johnson Drive
Grand Island, NE 68803

**Clm No 170239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kenneth Bond**
8580 Haven Drive
Rogers, AR 72756

**Clm No 170240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Alyson Carrothers**
18255 South Redfir Drive
Beavercreek, OR 97004

**Clm No 170241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James M. Bortnick, Co-Executor**
2332 N. Parkridge St.
Wichita, KS 67205

**Clm No 170242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Diane L. Scharpf, Co-Executor**
5635 South Elmira
Springfield, MO 65810

**Clm No 170243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Carolyn S. Boughman**
1922 S. Nan-Del Lane
Portland, IN 47371

**Clm No 170244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Bounds**
1137 King Ave SW
Wadena, MN 56482

**Clm No 170245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Bouplon**
197 Church Street
Hoosick Falls, NY 12090

**Clm No 170246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joyce T. Bowen**
200 Hunting Rd
Needham Heights, MA 02494-2125

**Clm No 170247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Crystal Alshawa**
2184 Black Oak Avenue
Columbus, OH 43229

**Clm No 170248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Denna Gooch**
3063 Fox Chaple Drive
Columbus, OH 43232

**Clm No 170249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Roy Bradley**
127 Rock Creek Lane
Mena, AR 71953

**Clm No 170250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Juanita Bramlett**
255 Oakridge Lane
Odenville, AL 35120

**Clm No 170251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sharon A. Brandt**
3606 Lake Meadow Drive
Valparaiso, IN 46385

**Clm No 170252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Linda Pearl Brantley**
4949 Brantley Road
Groveland, FL 34736

**Clm No 170253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carol Braun**
704 County Road 16 SE
Rochester, MN 55904

**Clm No 170254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mattie Bredell**
3639 Yorktown Drive
Waldorf, MD 20611

**Clm No 170255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Nathan W. Brefeld**
13043 North 2900 East Rd.
Ellsworth, IL 61737

**Clm No 170256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Vanessa Allen**
2036 E 171st Court
South Holland, IL 60473

**Clm No 170257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Gwendolyne Brooks**
10301-A N. 97th Dr.
Peoria, AZ 85345

**Clm No 170258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**William Brooksher Jr.**
900 East Main St.
Park Hills, MO 63601

**Clm No 170259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Marcia D. Kirkpatrick**
190 Dove Hollow Trail
Georgetown, TX 78633

**Clm No 170260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**David Brown**
97 Macland Circle
Bremen, GA 30110

**Clm No 170261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Lela M. Brown**
5622 West Glendale Avenue
Glendale, AZ 85301

**Clm No 170262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Stephanie Hinesley**
1515 Stormhaven Way
Greenwood, IN 46143

**Clm No 170263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Shirley Persons**
5893 E. 43rd
Indianapolis, IN 46226

**Clm No 170264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Roger Brown**
24003 Birch Ln.
North Olmsted, OH 44070

**Clm No 170265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Louise A. Bruer**
PO Box 67
Olalla, WA 98359

**Clm No 170266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Diane Turrill**
2409 Lakeview Drive
LeHigh Acres, FL 33936

**Clm No 170267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wilma Bryant**
3298 Maxwell Rd.
Autryville, NC 28318

**Clm No 170268**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tyson G. Bryant**
6223 S 31st West Avenue
Tulsa, OK 74132

**Clm No 170269**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Anne Gray Bubb**
2222 Bahia Drive
La Jolla, CA 92037

**Clm No 170270**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Carl Buchanan**
3624 Eisenhower Ave
Bakersfield, CA 93309-6026

**Clm No 170271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ralph F. Howes**
717 Indiana Avenue
LaPorte, IN 46350

**Clm No 170272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Buhan**
1420 Ridgeview Cir
Auburn, CA 95603-6004

**Clm No 170273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

**Timothy Paul Bunt**

105 Hitching Post Circle

Cropwell, AL 35054

**Clm No 170274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nancy Osborn**

14 Squamscott Ave

Derry, NH 03038

**Clm No 170275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Elizabeth P. Caffee**

6304 Heritage Point South

Lockport, NY 14094

**Clm No 170276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ellen Calvert**
302 North Rambo Rd
Medical Lake, WA 99022

**Clm No 170277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wllliam Camley**
3 Oak St
Maynard, MA 01754

**Clm No 170278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kenneth Campbell**
7908 West Congress
Duson, LA 70529

**Clm No 170279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Yolanda Gomez-Pohl**
2204 Evans Ct. SW
Albuquerque, NM 87105

**Clm No 170280**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Canelas**
53 Clark St.
Ludlow, MA 01056

**Clm No 170281**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria G. Segoviano**
11034 Lull St.
Sun Valley, CA 91352

**Clm No 170282**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**David Carbin**
2741 Hickman Road
Poplar Bluff, MO 63901

**Clm No 170283**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Betty G. Carden**
707 Riverside Drive
Gadsden, AL 35903

**Clm No 170284**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Nola Dzen**
756 East Third Street, Unit1
South Boston, MA 02127

**Clm No 170285**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Mark Aaron Carpenter**
6514 West Sierra St.
Glendale, AZ 85304

**Clm No 170286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Barbara Jensen-Carpenter**
12912 Cottage Mill Place
Midlothian, VA 23114

**Clm No 170287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Debra Williams**
2760 Sharon Depoy Road
Greenville, KY 42345

**Clm No 170288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frank Casale**
268 Shumpert Road
West Columbia, SC 29172

**Clm No 170289**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jerry Cassano**
33924 Harrison Lane
Denham Springs, LA 70706

**Clm No 170290**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Heather Vaughn**
2225 N. Fulton Ave.
Evansville, IN 47710

**Clm No 170291**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Bruce Chambers**                                    <u>**Clm No 170292**</u>     Filed In Cases: 607
33970 West Spring Creek Rd
Alma, KS 66401

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value      $10,000.00

**Ayla Chapman**                                      <u>**Clm No 170293**</u>     Filed In Cases: 607
14644 West Lake Ridge Drive, #1
Eagle River, AK 99577

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value      $10,000.00

**William Chappell**                                  <u>**Clm No 170294**</u>     Filed In Cases: 607
719 South Ave.
Piscataway, NJ 08854

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value      $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Merlin Christisen**
405 Moon Lane
Perryville, MO 63775

**Clm No 170295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joan Cira**
W4419 Highway 33
Horicon, WI 53032

**Clm No 170296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Walter D. Clack**
467 Sevier Street
Hixson, TN 37343

**Clm No 170297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Timothy Clark**
322 North Riley
Indianapolis, IN 46201

**Clm No 170298**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tonja Denise Siwula**
315 Commodore Drive
McDonald, PA 15425

**Clm No 170299**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Betty L. Claxton**
85 Chevelle Drive
Chatsworth, GA 30705

**Clm No 170300**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Tracy Cook**
2835 Vallejo St.,
San Francisco, CA 94123

**Clm No 170301**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Edna Clegg**
9761 Fall Valley Way
Sacramento, CA 95829

**Clm No 170302**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carol A. Cocco**
14475 Rialto Avenue
Brooksville, FL 34613

**Clm No 170303**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Richard Cohan**
6734 Lunar Dr.
Anchorage, AK 99504

**Clm No 170304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda Cohn**
5103 Pine Trail Drive
Durham, NC 27712

**Clm No 170305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clyde Rex Coker Jr.**
1568 Jeff Davis School Rd.
Meridian, MS 39301

**Clm No 170306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Sandra Roth**
618 Hemlock Dr
Crown Point, IN 46307

**Clm No 170307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Zelda Collier**
54 New Street
Camilla, GA 31730

**Clm No 170308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wanda F. Collingwood**
104 Country Lane Loop
Payette, ID 83661

**Clm No 170309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Sandra Collins**
320 Muskingum Drive
Marietta, OH 45750

**Clm No 170310**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Judith Collins**
P.O. Box 1581
Chatham, MA 02669

**Clm No 170311**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Francesca Concialdi**
1024 S. Beechwood Drive
Mt. Prospect, IL 60056

**Clm No 170312**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**James Conley**
13410 13th South
Tacoma, WA 98444

**Clm No 170313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frances Conlin**
15355 Navion Drive
Port St. Lucie, FL 34987-2522

**Clm No 170314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Converse**
4720 S 85th Circle
Lincoln, NE 68526

**Clm No 170315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Catherine Cooney**
920 Livingston Street
Tewksbury, MA 01876

**Clm No 170316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wayne Cooper**
202 I  Long Hwy
Little Compton, RI 02837

**Clm No 170317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Betty Rednour**
415 Plainview Heights Circle
Greeneville, TN 37745

**Clm No 170318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Nancy Godwin**
1745 Jack Warner Parkway #C22
Tuscaloosa, AL 35401

**Clm No 170319**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charlotte A. Fowler**
18221 N 67th Dr.
Glendale, AZ 85308

**Clm No 170320**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sue Ann Costello**
119 Bradley Dr.
Carlinville, IL 62626

**Clm No 170321**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Daniel Costigan**
1547 Milwaukee Street
Belafield, WI 53018

**Clm No 170322**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ennette Cotter**
2830 Eisenhower Drive
Racine, WI 53405

**Clm No 170323**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Laurie Gale**
1106 NW B St.
Blue Springs, MO 64015-3653

**Clm No 170324**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Kevin R. Cousert**
5573 Rockway Drive
New Palestine, IN 46163

**Clm No 170325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Elmer Cox**
1754 Superior
Wyandotte, MI 48192

**Clm No 170326**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carolyn Crabill**
2870 Wayne Road
Wilmington, OH 45177

**Clm No 170327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MaReese Cragoe**
200 Oak Drive
Luverne, MN 56156

**Clm No 170328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Peter Stork**
1116 Melbrook Avenue
Munster, IN 46321

**Clm No 170329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Brenda M. Nazareth**
91 Estelle Drive
South Kingstown, RI 02892

**Clm No 170330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Pamela Aldstadt-Crawford**
197 School House Rd
Somerset, NJ 08873

**Clm No 170331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Janet Cretella**
5693 Cove Circle,
Naples, FL 34119

**Clm No 170332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Crispin**
16055 Geeselake Lane
Montpelier, VA 23192

**Clm No 170333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

**Hilary M. Critchfield**
PO Box 64
Harbert, MI 49115

**Clm No 170334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**Terrence Croslis**
4599 North Church Street (rear entrance)
Whitehall, PA 18052

**Clm No 170335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**Rebecca E. Cross**
311 S MarFran Court
Eaton, IN 47338

**Clm No 170336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James Michael Crouch**
3834 CR 507
Brazoria, TX 77422

**Clm No 170337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Malissa K Crowe**
1351 S. Sharon Chapel Rd.
West Lafayette, IN 47906

**Clm No 170338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James F Crowley**
38 S Wind Dr
Plymouth, MA 02360

**Clm No 170339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Sondra Cruise**
2840 Lake Rockwell Rd
Ravenna, OH 44266-8017

**Clm No 170340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Tina C. Stanfield**
8639 Harmony Lane
Soddy-Daisy, TN 37379

**Clm No 170341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Josephine Marie Culbertson**
1502 S Tenth
Lamar, CO 81052

**Clm No 170342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Joyce M. Cummings**
14290 US Highway 82
Eupora, MS 39744

**Clm No 170343**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Michele Curry**
807 River Knolls Ct
Dayton, NV 89403

**Clm No 170344**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Kemp**
PO Box 355
Egg Harbor, WI 54209

**Clm No 170345**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**James E. Cwiklinski**
7219 Elstead Ave
Greendale, WI 53129

**Clm No 170346**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Norman Dalke**
530 Berry Way
La Habra, CA 90631-5956

**Clm No 170347**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Antonietta D'Ambrosio**
1315 7th St NW
Calgary, Alberta T2M 3H3

**Clm No 170348**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--------------------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carolyn L. Dammann**
P.O. Box 281
Springfield, AR 72157

Clm No 170349    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jacalyn Danchise-Edie**
4021 W. Charleston Ave.
Glendale, AZ 85308

Clm No 170350    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Connie L Darling**
207 Goodhope Rd
Three Rivers, TX 78071

Clm No 170351    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Dash**
41 South St.
Byfield, MA 01922

**Clm No 170352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Edward David**
507 Saint Girons Court
Punta Gorda, FL 33950

**Clm No 170353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sylvia Davis**
40 South Chester Rd.
Chester, ME 04457

**Clm No 170354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Ernest Davis Jr.**
Lot 192 N Trails End
Washington, NC 27889

**Clm No 170355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jo Ann Davis**
16521 Lake Heather Drive
Tampa, FL 33618

**Clm No 170356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tony Davis**
5713 Farragon Hill Ln
Wendell, NC 27591

**Clm No 170357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Margaret Davis**
102 Washington Blvd W
Portsmouth, OH 45663

**Clm No 170358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dianne Fernandez**
P.O. Box 21349
Houston, TX 77226

**Clm No 170359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gracieta S. Small**
321 Pike Ave
Attleboro, MA 02703

**Clm No 170360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Kathleen C Deates**
W4623 Lakeview Ave.
Merrill, WI 54452

**Clm No 170361**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patricia A DeCesare**
5906 Viramar Road
Toledo, OH 43611

**Clm No 170362**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Anthony DeCesco**
26215 W. Chicago
Redford, MI 48239

**Clm No 170363**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Susan DeGhelder**
10209 N Spruce Ave
Kansas City, MO 64156

**Clm No 170364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lenore Sprague**
P.O. Box 761
Cedarburg, WI 53012

**Clm No 170365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sandra Dell'Angelo**
3439 Sally Drive
Steger, IL 60475

**Clm No 170366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Desseree McGhee- DeLoach**
946 Wahalak Road
Butler, AL 36904

**Clm No 170367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Michael Dennen**
PO Box 758
Sagamore, MA 02561

**Clm No 170368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**George Denney**
29761 SW Allen Street
Okeechobee, FL 34974

**Clm No 170369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Violet "Kathy" Mustain**
954 South 1100 East
Salt Lake City, UT 84105

**Clm No 170370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Clarence Deroshia**
7535 Little Canada Rd
Cheboygan, MI 49721

**Clm No 170371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joan Desrochers**
396 Old Stafford Road
Tolland, CT 06084

**Clm No 170372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Jon P. Desrosiers**
PO Box 11172
Westminster, CA 92685

**Clm No 170373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rosa Diaz De Leon**
430 San Leandro Dr
Diamond Bar, CA 91765

**Clm No 170374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lionel C Jaime**
P. O. Box 17581
San Antonio, TX 78217

**Clm No 170375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ashley M. Lockhart**
283 Dill Loop
Hamilton, AL 35570

**Clm No 170376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David Dioguardi**
6S 330 Greenwich Ct.
Naperville, IL 60540

**Clm No 170377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Maria V. Murillo**
PO BOX 2503
Henderson, TX 75653

**Clm No 170378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Debra Dixon**
1706 W. Spicerville Hwy.
Charlotte, MI 48813

**Clm No 170379**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Josephine Dodson**
8700 Post Oak Lane
San Antonio, TX 78217

**Clm No 170380**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Diana Dominguez**
1847 Honey Springs Rd.
Jamul, CA 91935

**Clm No 170381**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donald Donahue**
1898 Gragg
Centralia, IL 62801

**Clm No 170382**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gwendolyn Donahue**
3390 Circle S Drive
Idaho Falls, ID 83406

**Clm No 170383**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kathleen A. Donnell**
PO Box 386
Basking Ridge, NJ 07920

**Clm No 170384**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Helen Mary Donnelly**
303 Carolina Backroad
Charlestown, RI 02813

**Clm No 170385**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Richard Donovan**
115 Forest Park Blvd
Janesville, WI 53545

**Clm No 170386**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bonney Droubay**
3875 N. Rowberry Lane
Tooele, UT 84074

**Clm No 170387**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Shelly A. Bracken**
4626 Landchester Rd.
Cleveland, OH 44109

**Clm No 170388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joyce Duncan**
46820 Country Lane
Macolmb, MI 48044

**Clm No 170389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary L. Duncan**
3601 King Drive S.W.
Cedar Rapids, IA 52404

**Clm No 170390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Shirley Dunlap**
584 Pleasant Street
Milton, MA 02186

**Clm No 170391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary J Duschen**
3175 Pennsylvania Ave.
Dubuque, IA 52001

**Clm No 170392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gerald D. Thomassie Jr.**
319 Leo St.
Patterson, LA 70392

**Clm No 170393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Marie Eastman**
69 Deacon Lane
Hollis, NH 03049

**Clm No 170394**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret Ebel**
167 Gates Avenue
Jersey City, NJ 07305

**Clm No 170395**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frankie Bibbins**
111 Anglers Way
Beaufort, NC 28516

**Clm No 170396**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Randolph Scott Carpenter**

Major Scott Carpenter

HHC, 3 BSB, APO AE 09016

**Clm No 170397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Yolanda Edmiston**

271 Tinkers Trail

Aurora, OH 44202

**Clm No 170398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lucy Edwards**

P.O. Box 211

Balsam Grove, NC 28708-9688

**Clm No 170399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jessica B. Brothers**
10546 Dragonfly Drive
Nampa, ID 83687

**Clm No 170400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Maria J. Santiago Efre**
#290-Urbanizacion Hermanas Davila
Bayamon,  00959

**Clm No 170401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donald Eldredge**
2534 Norma Street
Titusville, FL 32780

**Clm No 170402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Barbara Jean Elkins**
4260 SE 20th Place, Unit 305
Cape Corral, FL 33904

**Clm No 170403**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Alan Ellenson**
17021 15th St SE
Gardner, ND 58042

**Clm No 170404**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Julie Tabb**
8806 Blooming Grove Drive
Camby, IN 46113

**Clm No 170405**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Jimmy Ellzey**
20 Altamont Dr
Laurel, MS 39440

**Clm No 170406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willie Mae Ely**
4110 Old Rockmart Road SE
Silver Creek, GA 30173

**Clm No 170407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Florence Endrizzi**
337 McCoys Creek Circle
Oakboro, NC 28129-9026

**Clm No 170408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Wayne Ensley**
11909 River Rock Lane
Caldwell, ID 83607

**Clm No 170409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Mary Ann Erickson**
34 Grand Place
Newtown, CT 06470

**Clm No 170410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Harold Erickson**
1626 Win-Dale Drive
Racine, WI 53402

**Clm No 170411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Walice Essavi**
3765 Hood Ct
Turlock, CA 95382

**Clm No 170412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Robert Evans**
6300 Dalebrook Drive
Richmond, VA 23234

**Clm No 170413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Shirley M. Fabrizi**
870 Pinellas Bayway South
St. Petersburg, FL 33715

**Clm No 170414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Deborah A. Fagan**
P.O. Box 1638
Hobbs, NM 88241

**Clm No 170415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Tina Kay Amro**
130 Heath St., NW
Cedar Rapids, IA 52405

**Clm No 170416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dale Ann Bose**
4430 31st Ave
Kenosha, WI 53144

**Clm No 170417**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Rachel A. Sipe**
12 Coates St.
Bridgeport, PA 19405

**Clm No 170418**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jason J. Farley**
6214 Halstad Ave.
Lonsdale, MN 55046

**Clm No 170419**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mitchell James Farrell**
1739 Billy Casper St.
El Paso, TX 79936

**Clm No 170420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sigrid O. Farwell**
600 Coffman St
Longmont, CO 80501

**Clm No 170421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Randy Gene Federick**
590 Power Street
Fowlerville, MI 48836

**Clm No 170422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Charles Fedrick**
1050 Hardesty Blvd
Akron, OH 44320

**Clm No 170423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jennifer G. Fehrenbacher**
181 Hilltop Lane
Washington, NC 27889

**Clm No 170424**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Gracie L. Felty**
4121 Brookhill Drive
Owensborro, KY 42303

**Clm No 170425**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Robert Ferg**
2334 Hansen Ave
Racine, WI 53405

**Clm No 170426**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Patricia Ferguson**
3108 Bayview Dr
Memphis, TN 38127

**Clm No 170427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Linda Faye Jones**
106 Westview Drive
Excelsior Springs, MO 64024

**Clm No 170428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Karen G. Wysong**
470 Big Stone Road
Beavercreek, OH 45434

**Clm No 170429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Angela Johnson**
209 Shapard Drive
Shelbyville, TN 37160

**Clm No 170430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Kim A. Beattie**
208 W Main St
West Branch, IA 52358

**Clm No 170431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Larry Fitzgerald**
4006 Donair Drive
Sandusky, OH 44870

**Clm No 170432**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lois Florence**
4034 Bahama Drive
Corpus Christi, TX 78411

**Clm No 170433**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

---

**Martha A. Flower**
5861 County Road 13
Bryan, OH 43506

**Clm No 170434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

---

**Kelly Ritter**
844 East Woodside Drive
Griffith, IN 46319

**Clm No 170435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**David Flynn**
1711 Candlewood Lane
New Bern, NC 28562

**Clm No 170436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**David A. Meredith**
114 Kelsey Way
Fincastle, VA 24090

**Clm No 170437**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Doris Janette Foley**
580 Guinevere Court
McDonough, GA 30252

**Clm No 170438**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jimmy Forcum**
107 Cambridge Street
Carl Junction, MO 64834

**Clm No 170439**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donald Robert Forest**
158 CH. Belette
Orford, Quebec J1X6X7
Canada

**Clm No 170440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Daniel R. Fowler**
PO Box 282
Tacoma, WA 98401-0282

**Clm No 170441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William E. Freese**
11137 Main Street
Sharonville, OH 45241

**Clm No 170442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Elizabeth A. Hanke**
4041 160th Lane NW
Andover, MN 55304

**Clm No 170443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria "Nikki" N. Pethtel**
26085 W. Sequoia Dr.
Buckeye, AZ 85396

**Clm No 170444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Martha Frye**
157 Mesa Raven Dr
Longs, SC 29568-7552

**Clm No 170445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Juanita Fuentez**
1015 Rice Dr
Colorado Springs, CO 80905

**Clm No 170446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clifford Fulton**
1545 Rice Ave
Lima, OH 45805

**Clm No 170447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Shannon Bullock**
8773 Lariat Circle
Fort Worth, TX 76244

**Clm No 170448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jeri L. Ganz**
15504 Logarto Lane
Burnsville, MN 55306

**Clm No 170449**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Ann Garden**
11412 W Sheriac St
Wichita, KS 67209-4096

**Clm No 170450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Emory E. Gargon III**
6509 Apple Blossom Ride
Columbia, MD 21044

**Clm No 170451**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sharon Gaston**
191 East Lakeland Way
Allyn, WA 98524

**Clm No 170452**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Telesfor (Zeke) Gaunt Jr**
180 Hammer Avenue
Johnstown, PA 15905

**Clm No 170453**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bonnie Gilbert**
208 W. Valleybrook Drive
Califon, NJ 07830

**Clm No 170454**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur J. Gerczak**
19903 Ransten
Spring, TX 77379

**Clm No 170455**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Glenn Germaine**
264 Woodland Ridge Drive
Highlands, NC 28741

**Clm No 170456**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lizabeth L. Gianas**
119 Hillview Drive
Joplin, MO 64804

**Clm No 170457**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Giangrande**
237 Collignon Way 2A
Rivervale, NJ 07675

**Clm No 170458**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Violet Gibbs**
3625 Unit C Strawberry Fields Grove
Colorado Springs, CO 80906

**Clm No 170459**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Thomas Gibson**
179 Cedar St.
White Bear Lake, MN 55110

**Clm No 170460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lorraine A. Giese**
8198 S. Yukon St.
Littleton, CO 80128

**Clm No 170461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Allan E. Gillespie**
348 Harper Lane
Danville, CA 94526

**Clm No 170462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**James B. Gilliam**
3720 Bunker Hill Road
Cookeville, TN 38506

**Clm No 170463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rodney L. Gilmer**
28 Cody Drive
Honea Path, SC 29654

**Clm No 170464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Francis Giovanangelo**
248 Albion Street Apt 248
Wakefield, MA 01880

**Clm No 170465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Paul Glantz**
2 Westwoods Road
Great Neck, NY 11020

**Clm No 170466**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

**William Gliwa**
1220 Campanile Rd
Waterloo, NE 68069-6614

**Clm No 170467**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

**Jennifer Killets**
3327 Blackman Road
Murfreesboro, TN 37129

**Clm No 170468**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Luz Gomez**
2206 Blueberry Lane
Pasadena, TX 77502

**Clm No 170469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Aida Perez**
5 Parcelas Loarte
Barceloneta, PR 00617-2918

**Clm No 170470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sharon Scanlon**
P. O. Box 745502
Arvada, CO 80006

**Clm No 170471**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William Lee Graham**
958 Robertson Church Rd
Dublin, GA 31021

**Clm No 170472**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Debra Grant**
2211 Redwood St Apt 223
Vallejo, CA 94590

**Clm No 170473**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bonny I Falany**
14787 E. Temple Dr.
Aurora, CO 80015

**Clm No 170474**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donnie H. Holder**
209 Meadow Woods Dr.
Kyle, TX 78640

**Clm No 170475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lawrence Gray**
5911 Toebbe Ln
Louisville, KY 40229-1364

**Clm No 170476**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Schelle Gray**
PO Box 653
Somerville, NJ 08876

**Clm No 170477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Barbara Green**
2200 Dilloway Drive
Midland, MI 48640

**Clm No 170478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Darla Green**
14128 Duck Creek Rd
Salem, OH 44460-9600

**Clm No 170479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria Thelma Green**
233 Riverside Dr.
Uvalde, TX 78801

**Clm No 170480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Renee C. Cuevas**
1323 Puls Street
Oceanside, CA 92058

**Clm No 170481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |


**Barbara C. Grein**
1739 Village Townhome Drive
Pasadena, TX 77504

**Clm No 170482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |


**Shelvia Jo Ross**
P.O. Box 55
Parkdale, AR 71661

**Clm No 170483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Edward Grimm**
723 Carnegie Drive
Inverness, FL 34450

**Clm No 170484**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joyce Grisham**
752 Logans Way
Blanco, TX 78606

**Clm No 170485**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Richard Gula**
728 Main Street
Acushnet, MA 02743

**Clm No 170486**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Cleta Haas**
1335 Cedarcliff Drive
Beavercreek, OH 45434

**Clm No 170487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ilene Janice Hagen**
947 Highway 14
Knoxville, IA 50138

**Clm No 170488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Stanley Haggard**
Route 2, Box 1553
Checotah, OK 74426

**Clm No 170489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Michelle Swogger**
958 Crown Street
Sebastian, FL 32958

**Clm No 170490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Tujuanna Brown**
36 Old Griffin Road
Hampton, GA 30228

**Clm No 170491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Debra LeTourneau**
16641 437th Ave
Henry, SD 57243

**Clm No 170492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Catherine Squashingroff**
2169 W Volunteer Way
Springfield, MO 65803

**Clm No 170493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

---

**Joanne Halverson**
16508 State Hwy 27
Ferryville, WI 54628

**Clm No 170494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

---

**Harold Hamans**
73 Barrystone Rd
Juliette, GA 31046

**Clm No 170495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value   $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Wanda Katherine Hamby**
6547 W 35th St
Tulsa, OK 74107

**Clm No 170496**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Vicki Hamlett**
5313 Doral Circle
Plano, TX 75093

**Clm No 170497**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kevin Lee Hammer**
255 R. Tooley Road
Tompkinsville, KY 42167

**Clm No 170498**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Lisa Bennett**
6709 West Point Dr
Hixon, TN 37343

**Clm No 170499**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary A Hanlin**
506 S. Elm St.
Elmwood, IL 61529

**Clm No 170500**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Huda Hanna**
27831 Perth Street
Livonia, MI 48154

**Clm No 170501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Robert Hanscom**
12941 Johnson Street N
Blaine, MN 55434

**Clm No 170502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Frances H Hansen**
P.O. Box 3603
Arlington, WA 98223

**Clm No 170503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Howard Hansen**
1809 5th St
Marysville, WA 98270

**Clm No 170504**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**Marvin H. Harden**
11504 Mary Catherine Court
Clinton, MD 20735

**Clm No 170505**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Harris**
218 Old Sharon Road
Mercer, PA 16137

**Clm No 170506**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Patricia L. Harris**
4332 Brookridge Rd
Roanoke, VA 24014

**Clm No 170507**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Renay E. Harvey**
9631 W. Coco Circle, Unit 107
LIttleton, CO 80128

**Clm No 170508**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**James Allan Young**
369 N. 800 E.
Payson, UT 84651

**Clm No 170509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Allen Watts**
7320 Brenda Way
Rohnert Park, CA 94928

**Clm No 170510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dennis Hayden**
3615 Nottingham Dr NW
Rochester, MN 55901

**Clm No 170511**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ronald J. Hays**
2317 Primrose St
Pittsburgh, PA 15203

**Clm No 170512**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James W. Helman**
32177 Burnt Timber Trail
North Ridgeville, OH 44039

**Clm No 170513**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Theresa M. Hendricks**
710 South Hanley Road 12B
Clayton, MO 63105

**Clm No 170514**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Brenda Hendrix**
5 Concord Drive
White Hall, AR 71062

**Clm No 170515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Henke**
14729 Springwood Drive
Baxter, MN 56425

**Clm No 170516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Kathy Hensley**
2208 Delcy Drive
Rockford, IL 61107

**Clm No 170517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**David Hernandez**
5507 East Farmdale
Mesa, AZ 85206

**Clm No 170518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Andrew Hetzel**
311 E Chicago St Ste 410
Milwaukee, WI 53202-5896

**Clm No 170519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**David A. Heyerly**
507 Marshall St.
Decatur, IN 46733

**Clm No 170520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Craig Hirsh**
7031 Broken Oak Drive
St. Louis, MO 63129

**Clm No 170521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Curt Blois**
6505 Zenobia Street
Arvada, CO 80003

**Clm No 170522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Lillian Holloman**
12207 Sutton Estates Dr.
Jacksonville, FL 32223

**Clm No 170523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sherri Holm**
12813 N 39th Drive
Phoenix, AZ 85029

**Clm No 170524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sharon Homeier**
307 Langford
Kenyon, MN 55946

**Clm No 170525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

## Claims Details

**Felisitas Hooper**
2622 Monroe Street
Omaha, NE 68107

**Clm No 170526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ginger Horton**
61 Echo Hills Dr
Fairview, NC 28730-

**Clm No 170527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret Hosfield**
158 Old Clairton Rd.
Pleasant Hills, PA 15236

**Clm No 170528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

| | | |
|---|---|---|
| **Doris J. Spinillo** | **Clm No 170529** | Filed In Cases: 607 |
| 1192 Parkview Road | | |
| Galesburg, IL 61401 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | |
|---|---|---|
| **Evelyn L. Howland** | **Clm No 170530** | Filed In Cases: 607 |
| 176 Red Bud Dr. | | |
| Wood River, IL 62095 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | |
|---|---|---|
| **Angela M Keil** | **Clm No 170531** | Filed In Cases: 607 |
| 210 Blossom Terrace | | |
| Washington, IL 61571 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Linda L. Meier**
1813 Meadow Lane
Pekin, IL 61554

**Clm No 170532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**MaryEllen Hubbard**
593 Wards Corner Rd.
Loveland, OH 45140

**Clm No 170533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria Ann Huckabee**
5281 Angelus Rd.
Ruby, SC 29741

**Clm No 170534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donald Hudson**
P.O. Box 59
Foley, MO 63347

**Clm No 170535**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Debra S. Huffman**
279 Mystic Court
Chesnee, SC 29323

**Clm No 170536**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Deborah Bogner**
29290 River Road
Cloverdale, CA 95425

**Clm No 170537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Mary Ann Praweckyj**
308 Amelia Street
Montclare, PA 19453

**Clm No 170538**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Georgia Hunter**
P. O. Box 115
Fontana Dam, NC 28733

**Clm No 170539**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Danny Huskey**
8688 Brenda Drive
Harrison, TN 37341

**Clm No 170540**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donna Jean Hyames**
N7260 County Rd B
Westfield, WI 53964

**Clm No 170541**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rupert Iaukea**
181 Northeast Villas Court
Tallahassee, FL 32303

**Clm No 170542**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ricky Icenogle**
5147 Dekalb Way
Stone Mountain, GA 30087

**Clm No 170543**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Inks**
3625 Kipling Dr
Orlando, FL 32808-7413

**Clm No 170544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Isaac**
627 Beachfront Drive
Evansville, IN 47715

**Clm No 170545**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Deborah Winters**
1748 Grandview Drive
Rochester Hills, MI 48306

**Clm No 170546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Matthew Ivicic**
148 Forge Rd
Bellefonte, PA 16823-8678

**Clm No 170547**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Ivins**
512 Knob Hill Dr NW
Cleveland, TN 37312

**Clm No 170548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carol Owen-Jabs**
P.O. Box 92
Willows, CA 95988

**Clm No 170549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sherry L. Eaton**
14025 W. Austrian Court
Homer Glen, IL 60491

**Clm No 170550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary B. Jacobs**
62 West Street
Shelby, OH 44875

**Clm No 170551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Leon Jacobs**
1300 Kevin Way
Turlock, CA 95382-1345

**Clm No 170552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Linda James**
5800 Pratt Rd
College Station, TX 77845

**Clm No 170553**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Randall E Jameyson**
20808 State Route 511
Wellington, OH 44090

**Clm No 170554**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Harley Janssen**
4008 West 14th Place
Yuma, AZ 85364

**Clm No 170555**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carol M Jaso**
41512 Walnut Ave.
Long Beach, CA 90807

**Clm No 170556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marjorie Jazuk**
1060 East Point Wilson Road
Shelton, WA 98584

**Clm No 170557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donald C. Jenkins Jr**
401 Washington
McGregor, TX 76657

**Clm No 170558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Taylor Jenkins**
824 West Florida Avenue
Nampa, ID 83686

**Clm No 170559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

**Darla Jennings**
546 6th Avenue South
Clinton, IA 52732

**Clm No 170560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

**Delores (Dee) Jerrell**
9 Dunbarton Lane
Bella Vista, AR 72715

**Clm No 170561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

---

**Faviola Isabel Alaniz**
2110 N Raayburn Ct.
Pasadena, TX 77502

**Clm No 170562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ida Deloris Johnson**
512 Finley Street
Durham, NC 27705

**Clm No 170563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jenella Tweedy**
202 Spruce  Street
Montrose, IA 52639

**Clm No 170564**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Antonette Johnson**
PO Box 542
Elgin, OR 97827

**Clm No 170565**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lee Johnson**
2490 60th St. NW
Willmar, MN 56201

**Clm No 170566**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carl Eugene Johnson**
5012 Pond Road
Cloverdale, IN 46120

**Clm No 170567**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Frederick Johnson**
2734A N. 50th Street
Milwaukee, WI 53210

**Clm No 170568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ronald Johnson**
10715 Central Park Avenue
New Port Richey, FL 34655

**Clm No 170569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Johnson**
412 Main St.
Dorchester, NJ 08316

**Clm No 170570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Lula M. Joiner**
P.O. Box 207
Montrose, AL 36559

**Clm No 170571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Catholic Family Services  for the Estate of  Anthony Jonas**
915 Columbus
Bay City, MI 48708

**Clm No 170572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sherman Jones**
145 Maryland Drive
O'Fallon, MO 63366

**Clm No 170573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

**Claims Details**

| Susan Jozwicki | **Clm No 170574** | Filed In Cases: 607 | |
|---|---|---|---|
| W136S6953 Hale Park Dr | Class | Claim Detail Amount | Final Allowed Amount |
| Muskego, WI 53150-3245 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Marilyn J. Judson | **Clm No 170575** | Filed In Cases: 607 | |
|---|---|---|---|
| 4983 W River Chase Road | Class | Claim Detail Amount | Final Allowed Amount |
| Herriman, UT 84096 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Johannes Kajan | **Clm No 170576** | Filed In Cases: 607 | |
|---|---|---|---|
| 35 West 205 Crescent Drive | Class | Claim Detail Amount | Final Allowed Amount |
| West Dundee, IL 60118 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

**Elizabeth Kamuf**
10107 Timberwood Circle
Louisville, KY 40223

**Clm No 170577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lee E. Kantor**
14075 Goldeneye Ct.
Rogers, MN 55374

**Clm No 170578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Klekotka**
3621 Brown Road
Boyne Falls, MI 49713

**Clm No 170579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Robert Keisker**
6525 Antire Road
High Ridge, MO 63049

**Clm No 170580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margie Keller**
105 Red Oak Drive
Boerne, TX 78006

**Clm No 170581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara H. Kelp**
243 Tuck-A-Way Ridge Dr.
Nashville, IN 47448

**Clm No 170582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anna Marie Kendall**
503 Cleveland St.
Tipton, IN 46072

**Clm No 170583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Harold Victor Kennedy**
1003 N. Kirby Street
Gilbert, AZ 85234

**Clm No 170584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sandra Kennedy**
307 E Bougainvillea Rd
Lehigh Acres, FL 33936

**Clm No 170585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Bonnie V. Kessler**
PO Box 7
Amberson, PA 17210

**Clm No 170586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Carla Kimball**
1320 Hidden Springs Lane
Two Harbors, MN 55616

**Clm No 170587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Darell W. Kingsnorth**
P.O. Box 96
Esmond, IL 60129

**Clm No 170588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Randy S. Kircher**
N1986 Beechnut Drive
Campbellsport, WI 53010

**Clm No 170589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Kristina Parent**
W3079 Old 16 Road
Salem, WI 54669

**Clm No 170590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Kevin Klapka**
4830 Wilson Road, Ste. 300
Humble, TX 77396

**Clm No 170591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Susan Klune-Goddard**
115 Ammons Street
Lakewood, CO 80226

**Clm No 170592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Andrew Knapp**
119 Budlong Street
Hillsdale, MI 49242

**Clm No 170593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David Knight**
458 Ashville Rd
Oxford, PA 19363-2313

**Clm No 170594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**LaDonna L. Hayes**
10972 North 1940
Elk City, OK 73644

**Clm No 170595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Kolbert**
8049 Villa Rosarito St
Las Vegas, NV 89131

**Clm No 170596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Otis Kortz**
6673 Dyer Rd SW
South Boardman, MI 49680-9406

**Clm No 170597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Dolores L. Kountz**
6325 Tara Drive
Poland, OH 44514

**Clm No 170598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Janet L Kramer**
6914 E Diamond Street
Scottsdale, AZ 85257

**Clm No 170599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Kranstuber**
7432 Millrace Ln
Northfield, OH 44067

**Clm No 170600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carl Kreifels**
2451 Kipling St
Lakewood, CO 80215

**Clm No 170601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mark Kreikemeier**
191 Hwy 30
North Bend, NE 68649

**Clm No 170602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Connie J. Kroells**
1313 Oriole Drive
Waconia, MN 55387

**Clm No 170603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

**Patricia Marie Kroll**
3023 175th Street
Charlotte, IA 52731

**Clm No 170604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Merry Kruschke**
1757 N Kedzie Avenue
Chicago, IL 60647

**Clm No 170605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Ksioszk**
S74 W24595 Windsor Court
Waukesha, WI 53189

**Clm No 170606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Kevin Kumpf**
4818 Echovalley St. NW
North Canton, OH 44720

**Clm No 170607**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lance S. Kuntzman**
348 Bishop Terrace
Hyannis, MA 02601

**Clm No 170608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Andrea Oswald**
14075 Cherryhill Dr.
Beaverton, OR 97008

**Clm No 170609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Karen Lacy**
213 Mimosa St
Branson, MO 65616

**Clm No 170610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Cynthia A. Hopkins**
1108 Horseshoe Drive
Pueblo, CO 81001

**Clm No 170611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Deborah Ladig**
11710 Southlake Drive, Unit 49
Houston, TX 77077

**Clm No 170612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Shane T. Feller**
2470 Pinto Lane
Norco, CA 92860-2720

**Clm No 170613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marlene P Lambert**
10924 Central Park Ave.
New Port Richey, FL 34655

**Clm No 170614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Aaron Lambert**
589 Lambert Road
Conway, SC 29526

**Clm No 170615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Randy L. Lamb**
5414 Potter Rd.
Burton, MI 48509

**Clm No 170616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Davis Lane**
10700 Fondren Rd
Houston, TX 77096

**Clm No 170617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ernest Langbein**
5 Cleveland Ave
Buckhannon, WV 26201

**Clm No 170618**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Roger Paradis**
8A Howland St.
Plymouth, MA 02360

**Clm No 170619**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Connie Lathouwers**
740 Rustic Ranch Lane
Lincoln, CA 95648

**Clm No 170620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Terry Latunski**
419 N. Division Ave, Unit B
Madison, SD 57042

**Clm No 170621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Doris Lawrance**
1195 Cadet Lane
Kalamazoo, MI 49009

**Clm No 170622**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**George Lawrence**
246 Prairietown Road
Dorsey, IL 62021

**Clm No 170623**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Warren Lawrence**
15740 Poplar Lane
Vicksburg, MI 49097

**Clm No 170624**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Neil Le Sage**
945 North Pasadena Unit 115
Mesa, AZ 852014316

**Clm No 170625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patricia Nolan**
3508 Casanova Dr.
San Mateo, CA 94403

**Clm No 170626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Betty LeBlanc**
1234 East Drive
Westwego, LA 70094

**Clm No 170627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Charles LeCroy**
4665 Eisenview Dr
Grovetown, GA 30813

**Clm No 170628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015   |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

**Clifford A. Ledet Sr.**
2600 Arizona Drive
Marrero, LA 70072

**Clm No 170629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015   |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

**Misty Meacham**
4247 E Comanche Dr
Cottonwood, AZ 86326

**Clm No 170630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 5-Oct-2015   |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Guy Lehouillier**
518 New Settlement Rd.
South Hiram, ME 04041

**Clm No 170631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Catherine Lepro**
68 Blackstone St.
Stoughton, MA 02072

**Clm No 170632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Gail Lester**
37 Broadview Drive
San Rafael, CA 94901

**Clm No 170633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Victoria LeVasseur**
1708 5th St. East
St. Paul, MN 55106

**Clm No 170634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jacques Levesque. Co-SPAM**
6 Cornfield Dr.
Springvale, ME 04083

**Clm No 170635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Suzanne Nadeau, Co-SPAM**
21 Tasker Street
Saco, ME 04072

**Clm No 170636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Cynthia Bush**
1341 Benton Street
Rockford, IL 61107

**Clm No 170637**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**Louise Lewis**
152 Ranch Wood Drive
West Haven, CT 06516

**Clm No 170638**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**Darrell W. Lewis**
950 S. McKnight Blvd.
St. Louis, MO 63124

**Clm No 170639**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Beverly Lewis**
141 South 1st Street
Paris, ID 83261

**Clm No 170640**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Charlotte L Lewis**
9308 Maynardville Highway
Maynardville, TN 37807

**Clm No 170641**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lyle Lidholm**
611 S 7th Street
Watertown, WI 53094

**Clm No 170642**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Darlene Liljedahl**
2082 Cowern Pl. E.
North St. Paul, MN 55109

**Clm No 170643**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Tami Jo Day**
14204 North Sandstone Avenue
Skiatook, OK 74070

**Clm No 170644**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wayne Lindbloom**
44025 N 12th Way
New River, AZ 85087

**Clm No 170645**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ronald F Lindley**
758 Shawnee Road
Pocahontas, IL 62275

**Clm No 170646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Arline Lippin**
17 Kimberly Drive
Ocean, NJ 07712

**Clm No 170647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Irene Victor**
99 Scorpios Island St
Henderson, NV 89012

**Clm No 170648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Texelda F Lockard**
114 Waterside Dr.
Maumelle, AR 72113

**Clm No 170649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Christine Cleaveland**
1431 N. Court Street
Rockford, IL 61103

**Clm No 170650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret Irene Loggins**
410 Loggins Road
Piney Creek, NC 28663

**Clm No 170651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Candy Nelson**
5308 South 382nd Street
Auburn, WA 98001

**Clm No 170652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Larry W Long**
107 Moock Road
Southgate, KY 41071

**Clm No 170653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Debra A. Johns**
4035 Ridge Rd.
Brewton, AL 36426

**Clm No 170654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Charles Lopas**
430 N 18th St
Grand Junction, CO 81501

**Clm No 170655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Barbara Elaine Lorfing**
11983 County Rd 296
Oakwood, TX 75855

**Clm No 170656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ronald P. Losensky**
10237 W 21st Street N
Wichita, KS 67205

**Clm No 170657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Allan Losh**
121 Roosevelt Street
Cedar Falls, IA 50613

**Clm No 170658**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donald R. Lowe**
6561 U.S. 59 Hwy
Oskaloosa, KS 66066

**Clm No 170659**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Diane Lowers**
138 Horvath Farms Road
Hermitage, PA 16148

**Clm No 170660**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**James H. Funk**
95 Riverview Avenue
Paulsboro, NJ 08066

**Clm No 170661**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Patsy Ludwig**
9743 Forest View Ct.
Elk Grove, CA 95757

**Clm No 170662**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Barbara Lundquist**
2259 Flint Ridge
Sister Bay, WI 54234

**Clm No 170663**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Bradford Lupton**
213 Lakewood Ct Apt 6
O Fallon, IL 62269-2260

**Clm No 170664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nancy Levy**
1877 Schoen St.
Baldwin, NY 11510

**Clm No 170665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jeanne A. Mackey**
3229 County Road 327
Moulton, AL 35650

**Clm No 170666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**John Magnes**
13528 Nantucket Court
Ocean City, MD 21842

**Clm No 170667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wanda Mahan**
125 Wanda Way
Hurst, TX 76053

**Clm No 170668**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joseph Malinowski**
27404 123rd St.
Pierz, MN 56364

**Clm No 170669**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mark E. Malvitch**
60 Newcastle Road
Peabody, MA 01960

**Clm No 170670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Tamara W. Mangrum, Special Administrator**
14659 S. 1690 West
Bluffdale, UT 84065

**Clm No 170671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Scarlet A. Manion**
P.O. Box 6592
Lafayette, IN 47903

**Clm No 170672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary Alice Manning**
1560 Bullhead Bluff Road
Folkston, GA 31537

**Clm No 170673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jan Cunningham**
19011 Sandtrap Ct.
Humble, TX 77346

**Clm No 170674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marayart Mark**
12927 Northeast 26th Place
Bellevue, WA 98005

**Clm No 170675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Emily Marmo**
1830 Dixieanna St. Apt 606
Hollywood, FL 33020

**Clm No 170676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Dorothy Marquart**
PO Box 654
Conroe, TX 77305-0654

**Clm No 170677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Chris Graham**
1149 Doctor Bowers Rd.
Little Mountain, SC 29075

**Clm No 170678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Richard Martel**
P.O. Box 66929
Albuquerque, NM 87193-6929

**Clm No 170679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Martin**
1613 Katherine St
New Castle, PA 16105-2032

**Clm No 170680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**George Martinez**
PO Box 247
McIntosh, NM 87032

**Clm No 170681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Yvonne K. Marzell**
6550 West Lake Drive
Fremont, MI 49412

**Clm No 170682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Esquipula Mascarenas**
1630 Banbury Lane
Carrolton, TX 75006

**Clm No 170683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Shirley Louise Babb**
566 Rose Ave.
Sebring, FL 33870

**Clm No 170684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Reva Mathenia**
9823 Flatland Trail
Converse, TX 78109

**Clm No 170685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joyce Ann Maurer**
1518 E. 1650th Street
Brownstown, IL 62418

**Clm No 170686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Artie Maxwell**
501 E Main Street
Savannah, MO 64485

**Clm No 170687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Geraldean Mayer**
8423 Flat Creek Rd.
Kershaw, SC 29067

**Clm No 170688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Stanton Mayfield**
6955 Bergstrom Drive
Rockford, IL 61103

**Clm No 170689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Nina Mayo**
15510 Cypress Garden Drive
Tomball, TX 77377

**Clm No 170690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**John McAndrew**
117 Tannery Street
Harrison Valley, PA 16927

**Clm No 170691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dean Francis McBride**
205 E. Dells Road
Silver Lake, WI 53170

**Clm No 170692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas Edward McBride**
2027 87th Place
Kenosha, WI 53143

**Clm No 170693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Diane McCandless**
31594 Dean Road
Cambridge Springs, PA 16403

**Clm No 170694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary F McCarty**
2706 N 102 Street
Kansas City, KS 66109

**Clm No 170695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Charles McClanahan**
260 Beech Crk
Jamboree, KY 41553-9014

**Clm No 170696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Donald McClory Jr**
10 Crestview Road
Littleton, MA 01460

**Clm No 170697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rhonda McConaughey**
20514 Wind Rose Bend Drive
Spring, TX 77379

**Clm No 170698**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Karen Caswell**
910 S. 11th Street
Escabana, MI 49829

**Clm No 170699**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Paul McCord**
1924 SW 54th Ln
Cape Coral, FL 33914-6870

**Clm No 170700**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Charles McCoy**
5773 N Meadows
Columbus, OH 43229

**Clm No 170701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jordanne M. Gossman**
6209 Taverneer Lane
Spotsylvania, VA 22551

**Clm No 170702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Rulon McDaniel**
19 North 100 West
Alpine, UT 84004

**Clm No 170703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Randall G McDowell**
2015 Silver Lake Blvd.
Frankfort, KY 40601

**Clm No 170704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Mary Wilson**
197 I.M. Graham Rd
Kingstree, SC 29556

**Clm No 170705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 5-Oct-2015   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Andrew McFarland**
881 W. Cornelia Avenue #3
Chicago, IL 60657

**Clm No 170706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Don McGohan**
23 Hwy. 154
Casa, AR 72025

**Clm No 170707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Donald M. McHugh**
1710 Imperial Road
Norfolk, NE 68701

**Clm No 170708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Janet McInerney**
763 Wintercreeper Dr.
Longs, SC 29568

**Clm No 170709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kenneth D. McKim**
5046 42nd Avenue SW
Seattle, WA 98136

**Clm No 170710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Frank McKinnon**
Box 298
Winnepeg Beach, MB R0C3G0

**Clm No 170711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Timothy McLellan**
5400 Sumter Ave. North
New Hope, MN 55428

**Clm No 170712**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clyde McManus**
5875 E. Hwy 20
Ukiah, CA 95482

**Clm No 170713**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary McMillin**
63 Periwinkle Drive
Olmsted Falls, OH 44138

**Clm No 170714**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mark Lowder**
P.O. Box 1284
Albemarle, NC 28002

**Clm No 170715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jacqueline McQuarn**
128 N Swall Dr Ph 2
Los Angeles, CA 90048-6807

**Clm No 170716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**George Meisinger**
9105 Macallan Rd NE
Albuquerque, NM 87109

**Clm No 170717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jack Menges**
15994 Floating Bridge Rd
Three Rivers, MI 49093-9771

**Clm No 170718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Glenn Messmer**
9132 Bretshire Dr
Dallas, TX 75228

**Clm No 170719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Isabell Metree**
3605 South Indian River Drive
Ft. Pierce, FL 34982

**Clm No 170720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Nevin Meyer**
70360 Shady Lane
White Pigeon, MI 49099

**Clm No 170721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dorothy Jean Meyer**
1621 N. 4th Ave W
Newton, IA 50208

**Clm No 170722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Earl E. Meyers**
S6053 South Shore Road
Baraboo, WI 53913

**Clm No 170723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Diana Middendorf**
2121 N 3rd Street
Fayetteville, IL 62258

**Clm No 170724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Hazazer**
111 Southern Trace
Franklin, NC 28734

**Clm No 170725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph P. Miklos III**
2043 Hawkcrest Drive East
Saint Johns, FL 32259

**Clm No 170726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Karen E Miklos**
9301 Bluff Road
Eastover, SC 29044

**Clm No 170727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sam Miles**
P.O. Box 155
Tatums, OK 73487

**Clm No 170728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Susie Faye Millard**
1028 South Providence Road
Hazelton, PA 18202

**Clm No 170729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Barbara S. Miller**
117 Brant Drive
Marietta, OH 45750

**Clm No 170730**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Karen J Miller**
8766 Junction Road
Frankenmuth, MI 48734

**Clm No 170731**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret A. Miller**
4420 Hughes Rd.
Owendale, MI 48754

**Clm No 170732**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Loretta Miller**
1512 SW Nichols Drive
Boynton Beach, FL 33426

**Clm No 170733**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Phyllis I Miller**
6320 Oak Court
South Bend, IN 46614

**Clm No 170734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Teresa D. Miller**
450 McPherson Lane NW
Charleston, TN 37310

**Clm No 170735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Samuel Miller**
750 Jones Rd
Jacksonville, FL 32220

**Clm No 170736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lillie C. Mills**
PO Box 12488
Jackson, TN 38308

**Clm No 170737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Marguerite Minier**
115 Franklin St Apt 206
Sandusky, OH 44870

**Clm No 170738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Vickie M Camp**
PO Box 346
Courtland, MS 38620

**Clm No 170739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sally Minor**
15383 Mount Eaton Road
Rittman, OH 44270

**Clm No 170740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Taylar Allyn Lain**
3201 Van Buren
Chattanooga, TN 37415

**Clm No 170741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Denise Kent**
26 Fox Rd.
Bogue Chitto, MS 39629

**Clm No 170742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Cynthia A. Moffitt**
13472 South 36th St.
Bellevue, NE 68123

**Clm No 170743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Richard Molstad**
12 6th St NE Apt 213
Osseo, MN 55369-1059

**Clm No 170744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Shanemarie Vaughn**
3900 Flowering Stream Way
Oviedo, FL 32766

**Clm No 170745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Lee Monk**
PO Box 1067
Los Alamitos, CA 90720-1067

**Clm No 170746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Lisa K. Monson**
37438 Nature Ave.
Aitkin, MN 56431

**Clm No 170747**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jaddie Ann Montgomery**
PO Box 22
Lorado, WV 25630

**Clm No 170748**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Marion Richard Montgomery**
10978 FM 2022 North
Grapeland, TX 75844

**Clm No 170749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Walter Montgomery**
609 Wilkerson Rd SW
Rome, GA 30165-6611

**Clm No 170750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Peter Monzo**
1019 Mollbore Terrace
Philadelphia, PA 19148

**Clm No 170751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beatriz Morales**
3910 Spring Hill Avenue
Las Vegas, NV 89121

**Clm No 170752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Betty J. Wade**
15 Northland Dr
Decatur, IL 62526

**Clm No 170753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Margaret Morgan**
434 Jefferson Street
Eatontown, NJ 07724

**Clm No 170754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bonnie J. Morrall**
1578 County Road 135
Maywood, MO 63454

**Clm No 170755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Diane L. Boegner, Co-PR**
2107 Radcliffe Ave.
Flint, MI 48503

**Clm No 170756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Paula Boegner, Co-PR**
22755  Brookdale St.
Farmington, MI 48336

**Clm No 170757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Shirley M. Painter**
2416 Welsh Run Road
Ruckersville, VA 22968

**Clm No 170758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gail Ward**
PO Box 73
Kirkwood, DE 19708

**Clm No 170759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**David Morrison**
1710 Bonow Ave
Wisconsin Rapids, WI 54495-1766

**Clm No 170760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Cheryl Morrison**
4503 Briarwood
Royal Oak, MI 48073

**Clm No 170761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Shelley Rector**
4730 35th Avenue N
Reile's Acres, ND 58102

**Clm No 170762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Saundra Mosby**
34150 Sailboat Ct
Brighton, IL 62012

<u>**Clm No 170763**</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Walter Mossoney**
1301 Heatherdowns Drive
Defiance, OH 43512

<u>**Clm No 170764**</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jean Weible**
1246 Pinehurst
Defiance, OH 43512

<u>**Clm No 170765**</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dieter Mudrow**
501 Island Rd.
Morgan, UT 84050

**Clm No 170766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dwight Murchison**
3952 Iowa Street
San Diego, CA 92104-3040

**Clm No 170767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**F. Richard Hitt**
433 - 76th Avenue
St. Pete Beach, FL 33706

**Clm No 170768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Shirley Musick**
178 White Cedar Lane
Yorktown, VA 23693

**Clm No 170769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Gary Myers**
8030 Old Mooringsport Rd
Shreveport, LA 71107-9260

**Clm No 170770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Suzanne E. Myers**
599 Hyatt Avenue
Campbell, OH 44405

**Clm No 170771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ronnie Nash**
513 Campsen Villa Court
Spartanburg, SC 29301

**Clm No 170772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Alejandro Navarro**
414 Riverdale Dr Apt F
Glendale, CA 91204-1554

**Clm No 170773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carmencita Octavo Navarro**
15135 Calle Barcelona
Chino Hills, CA 91709

**Clm No 170774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Thomas Nelms**
330 Matchlock Cmns
Spartanburg, SC 29302-4441

**Clm No 170775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James A. Nelson Jr.**
2248 Brenda Lane
Abilene, TX 79606

**Clm No 170776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Nelson**
7181 Bayview Dr
Tofte, MN 55615

**Clm No 170777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Geraldine Nelson**
13439 185th Lane NW
Elk River, MN 55330

**Clm No 170778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Cleora J. Nelson**
24 Brentwood Ct
Scottsbluff, NE 69361

**Clm No 170779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Theresa Czaplewski**
15215 Ohio Street
Omaha, NE 68116

**Clm No 170780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Lois Nieder**
1100 Stover Street
Fort Collins, CO 80524

**Clm No 170781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kris E. Noland**
12624 West 95th Street South
Clearwater, KS 67026

**Clm No 170782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Estie Norris**
5062 Austell Powder Springs Road
Clarkdale, GA 30111

**Clm No 170783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Barbara B Novak**
2221 Lobrook Ct
Amelia, OH 45102

**Clm No 170784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary Nowakowski**
14607 State Road 17
Culver, IN 46511

**Clm No 170785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Roseanne Nowlan**
3308 Harriet Ave. SO
Minneapolis, MN 55408

**Clm No 170786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Charles J. Patnaude Sr.**
1249 LaPaloma Drive
Port Orange, FL

**Clm No 170787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary C. O'Brien**
1810 Church Street
Johnsburg, IL 60051

**Clm No 170788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Anna O'Connor**
3221 West Beaubien Drive
Phoenix, AZ 85027

**Clm No 170789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Marilyn Lucile O'Daniel**
41646 North Emerald Lake Drive
Anthem, AZ 85086

**Clm No 170790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lillian Olsen**
410 Banana Cay Dr Apt F
South Daytona, FL 32119-2970

**Clm No 170791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patricia Opel**
7845 North Street
Russells Point, OH 43348

**Clm No 170792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Darlene Orehek**
8292 Labont Way
Eden Prairie, MN 55344

**Clm No 170793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jesus Orozco**
4416 G St.
San Diego, CA 92102

**Clm No 170794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Priscilla Ortiz**
2420 West Hermosa Dr.
San Antonio, TX 78201

**Clm No 170795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Cynthia R. Ortiz**
1715 Fillmore St.
Davenport, IA 52804

**Clm No 170796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tamara Hiatt**
472 N. Brigham Ave.
American Fork, UT 84003

**Clm No 170797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Walter Ostendorf**
11200 Dutch Road
Delphos, OH 45833

**Clm No 170798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Ermal S. Oswald**
3336 East North Union
Bay City, MI 48706

**Clm No 170799**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joy Owens**
611 N Cave Spring St
Cedartown, GA 30125-2101

**Clm No 170800**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John A Padiasek**
W127S9643 Scott Krause Dr.
Muskego, WI 53150

**Clm No 170801**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Margaret L. Chinea**
27 Lakeview Terrace
Sussex, NJ 07461

**Clm No 170802**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Gail L. Hack**
17437 58th Rd.
Union Grove, WI 53182

**Clm No 170803**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Elizabeth Parker**
3417 Fremont Ave. So.
Minneapolis, MN 55408

**Clm No 170804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Benjamin Pasquini**
112 Larchwood Circle
Welland, ON L3C 6T3

**Clm No 170805**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Teresa Presley**
3004 Falcon Ridge Court
Jeffersonville, IN 47130

**Clm No 170806**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Patterson**
715 Bresslyn Rd
Nashville, TN 37205

**Clm No 170807**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Teddy Patterson**
14135 Penick Rd
Waller, TX 77484-4971

**Clm No 170808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Philip Paul**
4732 N 200 East
Kokomo, IN 46979

**Clm No 170809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda S. Pauscher**
3261 Austin Circle
Sarasota, FL 34231

**Clm No 170810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Roy E. Shaffer**
1316 Fox Ridge
Easton, PA 18040

**Clm No 170811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sheila P. Mitchell**
154 E Mossy Head Main Street
Defuniak Springs, FL 32435

**Clm No 170812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Larry D. Waldau**
2542 Sweetwater Circle
Lafayette, CO 80026

**Clm No 170813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

272 of 3075

| **Daniel C. Anderson** | | **Clm No 170814** | Filed In Cases: 607 | |
| 1606 Burke Rd | | Class | Claim Detail Amount | Final Allowed Amount |
| Middle River, MD 21220 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

| **Duston Poirier** | | **Clm No 170815** | Filed In Cases: 607 | |
| 75 Chandler Dr, | | Class | Claim Detail Amount | Final Allowed Amount |
| Fredericton, New Brunswick E3B 5S6 | | UNS | $10,000.00 | |
| Canada | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

| **Brunheilde Polowyj** | | **Clm No 170816** | Filed In Cases: 607 | |
| 512 High Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Phoenixville, PA 19460 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| | Date Filed | 5-Oct-2015 | | |
| | Bar Date | | | |
| | Claim Face Value | $10,000.00 | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donnie Poteet**
3264 Gordon-Landis Rd
Arcanum, OH 45304

**Clm No 170817**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ollie Washington Cooper**
4423 Ridgewood  Road
Tuscaloosa, AL 35404

**Clm No 170818**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**James Potter**
128 Lynch Farm Dr
Newark, DE 19713

**Clm No 170819**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Leslie Ann Powell**
12437 Pine Grove Court
Holly, MI 48442

**Clm No 170820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Cody Powers**
3756 Rial Road
McEwen, TN 37101

**Clm No 170821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sylvester Poxleitner**
35621 Corral Rd NE
Kelliher, MN 56650-9814

**Clm No 170822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ethel Preiss**
2010 York Road, Apt. 105
Jamison, PA 18929

**Clm No 170823**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Alvin L. Presby Jr.**
129 Ridge Road
Bath, ME 04530

**Clm No 170824**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Larry M. Pridemore**
2845 E. Market Street NE
Warren, OH 44483

**Clm No 170825**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**David Prince**
1805 Tremont Street
Dover, OH 44622

**Clm No 170826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Floyd Proctor Jr.**
4325 West Hampton Place Circle
St. Charles, MO 63304-7999

**Clm No 170827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Leo Prokott**
17960 S.E. 92nd Amory Ave.
The Villages, FL 32162

**Clm No 170828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jack Pruett**
10720 Orchard Walk Terr.
Jacksonville, FL 32257

**Clm No 170829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Adrienne (Donna) A. Psihos**
11974 Germaine Terrace
Eden Prairie, MN 55347

**Clm No 170830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Vicki Purdy**
604 William St
Kewanee, IL 61443

**Clm No 170831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

278 of 3075

---

**Jack Purkey**
61 Cornell Circle
Pueblo, CO 81005

**Clm No 170832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Quaderer**
2033 E McLean Ave
Burton, MI 48529-1737

**Clm No 170833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Darryl Quimby**
15223 E Hutchinson Circle
Houston, TX 77071

**Clm No 170834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Benito Quiroz**
10715 Felton Ave
Lennox, CA 90304

**Clm No 170835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Ruth Raby**
112 Snow Dr.
Castalia, OH 44824

**Clm No 170836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rhea Anderson**
5 Robin Hood Ranch
Oak Brook, IL 60523

**Clm No 170837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Daniel Raether**
PO Box 68852
Grand Rapids, MI 49516-8852

**Clm No 170838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wilfred Ragas**
237 Briarwood Dr
Gretna, LA 70056

**Clm No 170839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Petere Neville Stork, Esq.**
1116 Melbrook Ave.
Munster, IN 46321

**Clm No 170840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donja Reedus**
5551 S. Clarendon St
Detroit, MI 48204

**Clm No 170841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Christophe Pichard**
83 Hollenbeck Ave
Great Barrington, MA 01230

**Clm No 170842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Cheryl L. Carter**
514 South Brentwood Dr.
Mt. Laurel, NJ 08054

**Clm No 170843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed       | 5-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Karl Regalado**
2336 River Hills Lane
Bolingbrook, IL 60490

**Clm No 170844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Reid**
24033 Countryside Dr
Minooka, IL 60447

**Clm No 170845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frances Reisdorph**
481 North First Ave
Forsyth, MT 59327

**Clm No 170846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Bruce Carter**
995 Millville Avenue
Hamilton, OH 45013

**Clm No 170847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carol Ann Reitzes**
3644 Castlewood Lane
Cincinnati, OH 45248

**Clm No 170848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lisa Knight**
PO Box 110383
Lakewood Ranch, FL 34211

**Clm No 170849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Shirley Ressler**
231 Beckley Street
Wernersville, PA 19565

**Clm No 170850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Reuer**
26400 Reuer Dr.
Finlayson, MN 55735

**Clm No 170851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Estela Reyes**
215 S 4th St. East
Green River, WY 82935

**Clm No 170852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Janis Pearson**
12606 Pheasant Run
Buda, TX 78610

**Clm No 170853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Angelo Riccio**
211 Woodrow Ave.
Santa Cruz, CA 95060

**Clm No 170854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Robert Richardson**
307 Riverview Dr. South
Nokomis, FL 34275

**Clm No 170855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

**Raymond Rider**
12 Huron St
Norwalk, OH 44857-2222

**Clm No 170856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Loretta Perno-Wagner**
251 S. Ocotillo Ave.
Benson, AZ 85602

**Clm No 170857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sherry L. Starr**
1191 West Five Point Highway
Charlotte, MI 48813

**Clm No 170858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Richard Roberts**
215 Widney St
Saint Joe, IN 46785-9703

**Clm No 170859**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Geraldine Roberts**
1218 Thomason Drive
Fort Walton Beach, FL 32547

**Clm No 170860**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Loretta Robertson**
327 N Main St
Danville, IA 52623

**Clm No 170861**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Joanne C. Robison**
1601 East Lakeshore Drive
Twin Lakes, WI 53181

**Clm No 170862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dominic Rocco**
20 Lake Somerset Circle
Okatie, SC 29909

**Clm No 170863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lucia Rodriguez**
146 De Anza Drive
San Jacinto, CA 92583

**Clm No 170864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Adan Ronquillo**
511 E San Ysidro Blvd # 6044
San Ysidro, CA 92173-3150

**Clm No 170865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gloria Ross**
18814 Water Tower Road
Carlyle, IL 62231

**Clm No 170866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lloyd Rotz**
17802 Lost Pond Lane
Spring Lake, MI 49456

**Clm No 170867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Eleanor Hill Royer**
2 Lomond Dr.
Batesville, AR 72501

**Clm No 170868**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Pauline Royston**
577 Michigan Road
Eaton Rapids, MI 48827

**Clm No 170869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Karen Johnson**
9525 US 78
Ladson, SC 29456

**Clm No 170870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Rosemarie Ruggeri**
2378 Evenglow Ave
Spring Hill, FL 34609

**Clm No 170871**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tammy Russell**
15202 S Howards Mill Rd
Mulino, OR 97042

**Clm No 170872**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**June Russell**
73373 Country Club Dr Apt 203
Palm Desert, CA 92260-8630

**Clm No 170873**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Tracy J. Ryan**
513 Birch Street
Westerville, OH 43082

**Clm No 170874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carrie Ryles**
2326 West Olive Street
Milwaukee, WI 53209

**Clm No 170875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Miraya Sallee**
P.O. Box 1793
Alma, AR 72921

**Clm No 170876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Kenneth Salscheider**
765 S Anza Street
El Cajon, CA 92020

**Clm No 170877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sheila W. Collier**
PO Box 5941
Abilene, TX 79604

**Clm No 170878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rogelio Sanchez**
2473 Anna Dr Apt C
Santa Clara, CA 95050-4404

**Clm No 170879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Betty Sarros**
22920 Burnham Ave
Chicago Heights, IL 60411

**Clm No 170880**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Scott Saunders**
122 W. Aster Drive
Chandler, AZ 85248

**Clm No 170881**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert H. Sawyer**
1382 Newtown Langhorne Rd
Newtown, PA 18940

**Clm No 170882**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Shirley Schlemer**
220 Burns Farm Blvd. N
Edwardsville, IL 62025

**Clm No 170883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Patricia G. Schmitt**
314 White Oak Drive
Morton, IL 61550

**Clm No 170884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Klaus Schneider**
9816 N 67th St
Scottsdale, AZ 85253-1306

**Clm No 170885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Frank Schoeben**
17433 Kodiak Ave W
Lakeville, MN 55044

**Clm No 170886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Amanda Swann**
9614 Alabama HWY 69 S
Bremen, AL 35033

**Clm No 170887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Schutz**
11845 Road 27.1
Dolores, CO 81323

**Clm No 170888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Rose-Marie Schweitzer**
7100 Serrano Dr
Benbrook, TX 76126-2213

**Clm No 170889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carl Scoville**
1443 19th Street
Cameron, WI 54822

**Clm No 170890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sara Mary Sears**
162 Canyon Ct
Sanford, NC 27332

**Clm No 170891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**Colette M. Seeley**
364 West Calle Sedillo
Sahuarita, AZ 85629

**Clm No 170892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Michael Sepi**
630 Roosevelt St
Kent, OH 44240-3347

**Clm No 170893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Melissa Sepulveda**
Cond. Portal de la Reina
Rio Piedras, PR 00924

**Clm No 170894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jean C Sharpe**
1201 Overstream Lane
Matthews, NC 28105

**Clm No 170895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nancy Ann Shearon**
411 Glenstone Road
Dexter, MO 63841

**Clm No 170896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Short**
PO Box 540
Speedwell, TN 37870-0540

**Clm No 170897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Dorothy L. Shortt**
4445 Clovewood Street
Ladson, SC 29456

**Clm No 170898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jodi S. Elmquist, Co-Rep**
210 Russell St.
Warren, PA 16365

**Clm No 170899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Steven J. Siliano, Co-Rep**
6 Edgemont Dr.
Warren, PA 16365

**Clm No 170900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Emma Silva**
17325 North Bryant Road
Tahlequah, OK 74464

**Clm No 170901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tanja Silver**
59 West St
Bordentown, NJ 08505

**Clm No 170902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Melanie Hall**
2921 Brandywine Ave
Anchorage, AK 99502

**Clm No 170903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patricia Simonson**
4495 Lake Ave S Apt 328
White Bear Lake, MN 55110-3482

**Clm No 170904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sylvia S. Burns**
609 Miller Road
Greenville, SC 29607

**Clm No 170905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Abdul Y Sinaid**
19 Zerlyn Ave
Hamilton, OH 45013

**Clm No 170906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Richard Sisco**
PO Box 647
Ulysses, KS 67880

**Clm No 170907**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kenneth R. Sisk**
605 North Byers Avenue
Joplin, MO 64801

**Clm No 170908**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Channel Sisneros**
67500 West 4000th North
Corinne, UT 84307

**Clm No 170909**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ronald Skeel**
302 Beck Lane
Lafayette, IN 47909

**Clm No 170910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Larry G. Slater**
10769 Gun Lake Rd.
Middleville, MI 49333

**Clm No 170911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mitchell Slavensky**
3303 Pope Ave
Sacramento, CA 95821

**Clm No 170912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Edward Slempa**
PO Box 428
Onalaska, WA 98570

**Clm No 170913**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margie Smith**
597 Game Ridge Road
Smithville, TN 37166

**Clm No 170914**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Smith**
PO Box 242
Gansevoort, NY 12831

**Clm No 170915**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Rex Smith**
256 Shady Wood Dr
Union Hall, VA 24176-3840

**Clm No 170916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Walter Smith**
7520 New Haven Rd
Harrison, OH 45030-9729

**Clm No 170917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Myrtle I. Smoot**
160 Briarwood St
Camden, TN 38320

**Clm No 170918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**James Somerville**
546 Madison Blvd
Freedom, PA 15042

**Clm No 170919**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lugene C Sorrell**
1434 6th St NW
Cairo, GA 39828

**Clm No 170920**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Romaine Soucy**
1110 S 9th St.
Mount Vernon, WA 98274

**Clm No 170921**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

308 of 3075

---

**Phyllis Spaude**
W6757 Greenridge Drive
Greenville, WI 54942

**Clm No 170922**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Louann J. Speegle**
3207 Germantown Place SW
Decatur, AL 35603

**Clm No 170923**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Larry Speer**
6375 Seton Court
Magalia, CA 95954

**Clm No 170924**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Judith A Spihlman**
21919 St. Rose
Highland, IL 62249

**Clm No 170925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Diane A. Stachura**
1269 Northwest Catawba Rd.
Port Clinton, OH 43452

**Clm No 170926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patrick Stafford**
P.O. Box 682
Mansfield, IL 61854

**Clm No 170927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Janet Stangel**
1963 Orrie Lane
Green Bay, WI 54304

**Clm No 170928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Grace T Stanziale**
609 Jonquil Lane
Madison, OH 44057

**Clm No 170929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Henry Starcher**
4492 US Highway 6
Linesville, PA 16424

**Clm No 170930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Betty Stauffer**
29447 Hwy D
Marceline, MO 64658

**Clm No 170931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ann Stawicki**
2333 Notre Dame Road
Costa Mesa, CA 92626

**Clm No 170932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Ann C. Steckhan**
7350 South Lovers Lane
Franklin, WI 53132

**Clm No 170933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**James Steigerwaldt**
506 Quail Drive
Cranberry Township, PA 16066

**Clm No 170934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Clifford Steinke**
9893 Hartford Pike
Dillsboro, IN 47018

**Clm No 170935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kathy Milani**
4091 Toenges
St Louis, MO 63116

**Clm No 170936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Christy J Stephens**
1893 Stanbro Rd
Ionia, MI 48846

**Clm No 170937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary M Steward**
3440 Lower River Road
Grants Pass, OR 97526

**Clm No 170938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Robert J. Stewart**
82 Harding Ave.
Edison, NJ 08820

**Clm No 170939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joyce E. Stickline**
7974 South Trenton Street
Centennial, CO 80112

**Clm No 170940**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sue A. Stickling**
822 N. Ft. Thomas Ave., Apt. 1W
Ft. Thomas, KY 41075

**Clm No 170941**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kimberly Sue Stordahl**
2721 Louisiana Ave S
Minneapolis, MN 55426

**Clm No 170942**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Harriette Dorko**
12 Federal Twist Rd.
Stockton, NJ 08559

**Clm No 170943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Elizabeth Milne**
5402 Meadow Hill Loop
Lady Lake, FL 32159

**Clm No 170944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**George Justus Straubmuller**
1880 East Buckshutem Road
Millville, NJ 08332

**Clm No 170945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gregory Stremmel**
106 Acorn Dr.
Mt. Royal, NJ 08061

**Clm No 170946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Suhaka**
620 Tuscany Dr.
Algonquin, IL 60102

**Clm No 170947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jimmie Sumerel**
P.O. Box 511
Four Oaks, NC 27524

**Clm No 170948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| Andrea Fletcher | **Clm No 170949** | Filed In Cases: 607 | |
|---|---|---|---|
| 1850 Adams Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Tyrone, PA 16686 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Dorothy J. Svetich | **Clm No 170950** | Filed In Cases: 607 | |
|---|---|---|---|
| 6607 N Mount Hawley Road | Class | Claim Detail Amount | Final Allowed Amount |
| Peoria, IL 61614 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Kathryn M. Swaldi | **Clm No 170951** | Filed In Cases: 607 | |
|---|---|---|---|
| 3705 William Trace | Class | Claim Detail Amount | Final Allowed Amount |
| Bryan, TX 77808 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Barbara Sweet**
1686 Southwood Dr.
Ashland, OH 44805

**Clm No 170952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Allen Symonds**
3680 Flamingo Ave SW
Wyoming, MI 49509-3865

**Clm No 170953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Richard Szyszka**
2491 Juniper Ct
Tulare, CA 93274-6166

**Clm No 170954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mary S Tatum**
P.O. Box 28
Roanoke, AL 36274

**Clm No 170955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Loretta G Taylor**
6611 Manning Street
San Diego, CA 92111

**Clm No 170956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Pauline Templeton**
1113 NW Westridge Street
Vancouver, WA 98665

**Clm No 170957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Willard Templeton**

609 South Avery Drive

Moore, OK 73160

**Clm No 170958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carol Lipthratt**

4544 Old Jesup Road

Brunswick, GA 31525

**Clm No 170959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Karen Thomas**

417 Sand Valley Lane

Shreveport, LA 71107

**Clm No 170960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donald W. Thomas Jr.**
7944 Magnolia Bend Court
Kissimmee, FL 34747

**Clm No 170961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Alice Thompson**
6308 Robert E Lee Drive
Fairfield, OH 45014

**Clm No 170962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Catherine Lee Street**
966 Fred Jones Road
Hardin, KY 42048

**Clm No 170963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Thomas Rider**
1299 Briarwood Drive
San Luis Obispo, CA 93401

**Clm No 170964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Robert Tighe**
1811 22nd Ave S
Escanaba, MI 49829-1926

**Clm No 170965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ronald Tigue**
217 Whispering Wind Dr
Georgetown, TX 78633-4540

**Clm No 170966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Judith N. Titsworth**
13282 N State Hwy 1
Robinson, IL 62454

**Clm No 170967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Delores A. Tlachac**
1053 Newtols Street
Green Bay, WI 54302

**Clm No 170968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lori Tringali**
260 Country Club Road Suite 210
Eugene, OR 97401

**Clm No 170969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Virginia Carol Trombley**
127 Rand Hill Road
Morrisonville, NY 12962

**Clm No 170970**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria Trubiano**
911 Avenue S
Brooklyn, NY 11223-3249

**Clm No 170971**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Donald Tucker**
2357 Concord Church Rd
Greensboro, NC 27406

**Clm No 170972**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bonnie Tully**
1070 CR 1640
Roff, OK 74865

**Clm No 170973**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda Uitenbroek**
1277 Saint Patrick Way
Sun Prairie, WI 53950

**Clm No 170974**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Michael Valach Sr.**
6529 Cecil's Chapel Road
Hiwassee, VA 24347

**Clm No 170975**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Christopher T. Valocchi**
11991 North 111th Way
Scottsdale, AZ 85259

**Clm No 170976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Richard Glenn Van Dyke Jr.**
9680 Ouleout Rd
North Brookfield, NY 13418

**Clm No 170977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dianne R. Van Huysen**
PO Box 732
Central Lake, MI 49622

**Clm No 170978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Judy O. Van Ness**
7732 Homeplace Court
Mechanicsville, VA 23111

**Clm No 170979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rhonda Vitou**
224 Melbourne Ave.
Indialantic, FL 32903

**Clm No 170980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tricha L. Vann**
1960 Case Ave., E
St. Paul, MN 55119

**Clm No 170981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Michael Vargas**
511 Platt St
Toledo, OH 43605-2136

**Clm No 170982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rose Vars**
33 Beers Rd
Easton, CT 06612

**Clm No 170983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Frances M. Tanori**
2467 Flint Avenue
San Jose, CA 95148

**Clm No 170984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|-------|------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Henry Vassar**
77 Shady Oak Drive
Godfrey, IL 62035

**Clm No 170985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Loveen Veath**
3701 Scotsdale Dr.
Swansea, IL 62226

**Clm No 170986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas Anderson**
1123 Eder Lane
West Bend, WI 53095

**Clm No 170987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Susan Comiskey**
PO Box 426
Magdalena, NM 87825

**Clm No 170988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Harold Waddell**
555 Alison Dr Apt 15
Hummelstown, PA 17036-1848

**Clm No 170989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gayle Wagner**
3815 Fall Branch Dr.
Katy, TX 77450

**Clm No 170990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Richard Rosene**
135 West Centennieal Drive
Medford, NJ 08055

**Clm No 170991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Max Walt**
229 East Washington St.
Colorado Springs, CO 80907

**Clm No 170992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Carolyn Walters**
4 Spencer Street, Unit D
Middleboro, MA 02346

**Clm No 170993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Patty Blair**
3 North Michigan Street
Oswego, KS 67356

**Clm No 170994**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Melba M. Ware**
1517 E 83rd Street
Chicago, IL 60619

**Clm No 170995**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ramona Warren**
P.O. Box 2015
Alma, AR 72921

**Clm No 170996**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Alice Gee**
2704 Willow Park Street
Richland Phillips, TX 76118

**Clm No 170997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James D. Watson**
2508 Park View Drive
Austin, TX 78728

**Clm No 170998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Janie Chapin**
990 S Fulton Ave
Fort Lupton, CO 80621

**Clm No 170999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Minnie M. Weaver**
11347 Hickory Hill Rd.
Fort Plain, NY 13339

**Clm No 171000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|---------------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lawrence Weinman**
7716 Trailside Estates Blvd
Austin, TX 78724-6381

**Clm No 171001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|---------------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joanne Weinner**
20524 Eastview Curve
Farmington, MN 55024

**Clm No 171002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|---------------------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wayne Alan Weita**
5834 Fieldcrest Drive
Galloway, OH 43119

**Clm No 171003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Latonia Martel**
928 St Charles Street
Moberly, MO 65270

**Clm No 171004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Audrey Boyd**
26851 County Road 139
Verndale, MN 56481

**Clm No 171005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Fay Weldon**
1039 Red Lion Road
Newcastle, DE 19720

**Clm No 171006**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Lawrence Elliott**
6400 Xerxes Ave. S.
Edina, MN 54423

**Clm No 171007**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Alta B. Wenger**
PO Box 63
Sellersville, PA 18960

**Clm No 171008**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Barbara Ann Merrill**

P.O. Box 1958

Belleview, FL 34421

**Clm No 171009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wanda Wesner**

1805 Lake Park Dr

Raleigh, NC 27612

**Clm No 171010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Keith T. West**

4240 Portsmouth Blvd., Suite A419

Chesapeake, VA 23321

**Clm No 171011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

338 of 3075

---

**Sandra O. White**
4029 Evans Street
Pulaski, VA 24301

**Clm No 171012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gwendolyn Whitecotton**
880811 S 3450 Rd.
Chandler, OK 74834

**Clm No 171013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Peggy Whitney**
433 West Northgate Parkway
Toledo, OH 43612

**Clm No 171014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Allan Widdifield**
3204A Timbermill Ave
Bowling Green, KY 42104

**Clm No 171015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph M. Wilkinson Jr.**
35 Narcissus Lane
Levittown, PA 19057

**Clm No 171016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Janet R Wilkinson**
7220 Fenway Avenue
Las Vegas, NV 89147

**Clm No 171017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Deborah I. Ford**
2978 Robb Cir
Lakewood, CO 80215

**Clm No 171018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Harvey Williams**
27-56420 Range Road 23
Sturgeon County, AB T0A 1N4
Canada

**Clm No 171019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jerome Williams**
1763 Culleoka Hwy
Culleoka, TN 38451

**Clm No 171020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kathleen Westfield**
1408 E. Susquehanna Avenue
Philadelphia, PA 19125

**Clm No 171021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Sherri D. Quarles Williams**
19594 Highway 175
Pelican, LA 71063

**Clm No 171022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Virgil Williams**
3825 Bristol Lane
Pontoon Beach, IL 62040

**Clm No 171023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Tina Marie McMurry**
589 Bolivar Hwy
Jackson, TN 38301

**Clm No 171024**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Willie Lynn Rushing**
61 Harvey Johnson Rd
Jackson, TN 38301

**Clm No 171025**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Tracy Parker**
1316 Agnes St.
Ocean Springs, MS 39564

**Clm No 171026**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

343 of 3075

---

**Connie Wilson**
115 Elizabeth Avenue
Newark, NJ 07108

<u>Clm No 171027</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Edward Wilson**
1403 8 1/2 Ave SE
Rochester, MN 55904-5377

<u>Clm No 171028</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Darren Wilson**
283 Northwood Villas
Parkersburg, WV 26104

<u>Clm No 171029</u>    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ricky Wisehart**
808 Little Hampton Lane
Gotha, FL 34734

**Clm No 171030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tonia Y. Moyler**
520 Pittsboro St.
Houston, MS 38851

**Clm No 171031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lori Anne Bennett**
P.O. Box 62696
Colorado Springs, CO 80962

**Clm No 171032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carol Wood**
9740 Yellow Pine Street NW
Coon Rapids, MN 55433

**Clm No 171033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ralph Woodstock**
376 Springbrook Drive
Otsego, MI 49078

**Clm No 171034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gene Wright**
PO Box 121
Brooksville, MS 39739-0121

**Clm No 171035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Wynne Wright**
10901 W. Roundelay Circle
Sun City, AZ 85351

**Clm No 171036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Christine L. Augusta**
12 St. James Avenue
Milton, NH 03851

**Clm No 171037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kimberly Stanley**
237 12 1/2 Avenue East
West Fargo, ND 58078

**Clm No 171038**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Noreen Young**
4430 South Shore Road
Hadley, NY 12835

**Clm No 171039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Stephanie Guyette**
4527 East McLellan Road
Mesa, AZ 85205

**Clm No 171040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Charles S. Zahnley**
500 Tyler NE, Space 116
Albuquerque, NM 87113

**Clm No 171041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Walter Zamiatowski**
W6033 Leith Drive
Pearson, WI 54462

**Clm No 171042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Renee Zeoli**
36 Roosevelt Avenue
Nesconset, NY 11767

**Clm No 171043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carol Zumwalt Culpepper**
19009 Averill Parkway
Sandy, OR 97055

**Clm No 171044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Julia Caroselli**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171045**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dawn Garland**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171046**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Angelucci**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171047**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Deborah Bannon**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171048**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Americo Basile**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171049**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Benton**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171050**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Thomas F. Berry**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Kevin Blaine**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Blashak**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Shirley Bodo**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Anthony Bolinsky**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Pearlina Bolton**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171056**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Eleanor Bowman**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171057**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernadette Brady**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ellen Brown**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Barbara Burkhardt**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171060**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Thomas Cain**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171061**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Daniel Campagna**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171062**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Jean Campese**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Capelli**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Caputo**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

356 of 3075

---

| **Nancy Liddell** | | **Clm No 171066** | Filed In Cases: 607 | |
|---|---|---|---|---|
| c/o Nass Cancelliere Brenner | | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | UNS | $10,000.00 | |
| Philadelphia, PA 19102 | | | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Connie Carducci** | | **Clm No 171067** | Filed In Cases: 607 | |
|---|---|---|---|---|
| c/o Nass Cancelliere Brenner | | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | UNS | $1.00 | |
| Philadelphia, PA 19102 | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Evelyn Chandler** | | **Clm No 171068** | Filed In Cases: 607 | |
|---|---|---|---|---|
| c/o Nass Cancelliere Brenner | | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | UNS | $1.00 | |
| Philadelphia, PA 19102 | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Richard Cibroski**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Barbara Clark**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Cathy Markowitz**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ernest Cowell**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Daley, Jr.**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph DeSouza**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**David Dezso**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lenore Dickerson**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacob DiGuiseppe**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

| Patricia Ziegler | **Clm No 171078** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Nass Cancelliere Brenner | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | | |
| Philadelphia, PA 19102 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Carol Ebersole | **Clm No 171079** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Nass Cancelliere Brenner | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | | |
| Philadelphia, PA 19102 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Marvin Edwards | **Clm No 171080** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Nass Cancelliere Brenner | Class | Claim Detail Amount | Final Allowed Amount |
| 1515 Market Street | | | |
| Philadelphia, PA 19102 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Leslie Kim Basner**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171081**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sharyn Erb-Nelson**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171082**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Evans**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171083**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Diane Payne**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171084**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Valori Ferrigno**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171085**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Fetterolf**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171086**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

363 of 3075

---

**Betsy Fitch**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Gabriel**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deborah Yockey**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

364 of 3075

---

**Clarence Gillespie**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Robert Gramm**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Janet Hamilton**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**John Hilbeck**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hofelder**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Alice Hoffman**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Catherine Hogan**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hoyt**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Hughes**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**John Irwin**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dolores Janischek**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Janet Johnson**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

**John Kirschnek, Jr.**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edwin Klock**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171103**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George Korn**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171104**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Vera Kudrick**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171105**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Pattie Leigh**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171106**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilhelmina Anderson**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171107**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**James Long**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joan Madden**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Terrence Long**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Joseph Marvian, Jr.**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elisa Stewart**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Brian McAstocker**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Edward McElroy**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie McGill**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beth McKeown**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

373 of 3075

---

**Santina Montagano**                                        **Clm No 171117**    Filed In Cases: 607
c/o Nass Cancelliere Brenner
1515 Market Street                   | Class | Claim Detail Amount | Final Allowed Amount |
Philadelphia, PA 19102               | UNS   | $10,000.00          |                      |
                                                            $10,000.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Cynthia DeFelice**                                         **Clm No 171118**    Filed In Cases: 607
c/o Nass Cancelliere Brenner
1515 Market Street                   | Class | Claim Detail Amount | Final Allowed Amount |
Philadelphia, PA 19102               | UNS   | $10,000.00          |                      |
                                                            $10,000.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Barbara Morris**                                           **Clm No 171119**    Filed In Cases: 607
c/o Nass Cancelliere Brenner
1515 Market Street                   | Class | Claim Detail Amount | Final Allowed Amount |
Philadelphia, PA 19102               | UNS   | $1.00               |                      |
                                                            $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**David Mullen**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Mercadante**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Murray**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jacqueline Roverano**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Susan Novak**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Nugent**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171125**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John O'Keefe**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171126**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodosia Patterson**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlene Pattie**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Henry Pettinati**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Francis Porter**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

**Kay Reed**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**John Reed**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171132**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janet Robbins**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171133**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joanne Rodgers**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171134**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Roverano**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Bishop**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Rzucidlo**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Walter Saunders**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jane Sawicki**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Donna Schenkel**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mark Schwartz**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frances Skinner**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Sokolovich**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Regina Johnston**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Littleton Spence**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryl Schnittjer**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John Stanton**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Stewart**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Doody**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**David Szkolnicki**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Tatarelli**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Walsh**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Raymond Walter**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alf Walters**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Weinstock**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

---

**James Whaley**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Cape**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda Bresset**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Kathryn White**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171159**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Windt**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171160**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Woodward**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171161**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Kathleen Yoders**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171162**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Doris Yorden**
c/o Nass Cancelliere Brenner
1515 Market Street
Philadelphia, PA 19102

**Clm No 171163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carol Ambler**
1347 Paradise Ave
Belle Vernon PA 15012

**Clm No 171164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Harold Barnhart**
651 New Castle Rd
Butler PA 16001

**Clm No 171165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Bloskey**
217 West Market St
Danville PA 17821

**Clm No 171166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lori Brenzo**
204 38th St
Beaver Falls PA 15010

**Clm No 171167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Loretta Burke**
348 Meridian Rd
Butler PA 16001

**Clm No 171168**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Sawchak**
4350 June Dr
West Mifflin PA 15122

**Clm No 171169**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**George Chavanic**
50 Heavens Way
Lewis Run PA 16738

**Clm No 171170**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Nolan Conner**
PO Box 143
Curllsville PA 16221

**Clm No 171171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Michelle Conner**
1132 Saxonburg Rd
Saxonburg PA 16056

**Clm No 171172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Connie Corbin**
5449 Dogtown Rd
Kingwood WV 26537

**Clm No 171173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Richard Ellis**
946 Shenango Rd
Beaver Falls PA 15010

**Clm No 171174**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maureen Gallagher**
2656 Quiet Water Cove
Annapolis MD 21401

**Clm No 171175**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Gutknecht**
2012 Aloca Dr
Arnold PA 15068

**Clm No 171176**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Judith Hankey**
1503 Stone Ridge Blvd
Butler PA 16001

**Clm No 171177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Hilinski**
750 Spring Grove Rd
Pittsburgh PA 15215

**Clm No 171178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Janet Hoffman**
93 Baiker St
Johnstown PA 15902

**Clm No 171179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jane Jividen**
3137 Ingalls Rd
Gallipolis OH 45631

**Clm No 171180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ike Johnson**
41 Denmar Rd
PO Box 245
Hillsboro WV 24946

**Clm No 171181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Jones**
1203 Princeton Station Rd
New Castle PA 16101

**Clm No 171182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Bonnie Justice**
1401 Boulevard Dr
Belpre OH 45714

**Clm No 171183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Kittle**
110 Lexington Dr
McKeesport PA 15135

**Clm No 171184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melva Kohler**
596 Lindsay Rd
Carnegie PA 15106

**Clm No 171185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Andrew Krawchyk, Jr.**
1213 Sixth St
New Brighton PA 15066

**Clm No 171186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frederick Mackey**
PO Box 81
148 Waverly St
Waverly WV 26184

**Clm No 171187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Marinelli**
630 Beverly Rd
Pittsburgh PA 15243

**Clm No 171188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anthony Marinelli**
630 Beverly Rd
Pittsburgh PA 15243

**Clm No 171189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carol Truffa**
1232 Woodbourne Ave
Pittsburgh PA 15226

**Clm No 171190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Mazzetti**
107 Fezell Rd
Freedom PA 15042

**Clm No 171191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Harold McGarvey**
119 Dogwood Rd
Chicora PA 16025

**Clm No 171192**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Millie Messina**
717 Center St
McKeesport PA 15132

**Clm No 171193**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leigh Ann Moffa**
73 Duncan Station Rd
McKeesport PA 15135

**Clm No 171194**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Janice Murphey**
2223 Masonic Dr
Bldg 5 FL 2
Sewickley PA 15143

**Clm No 171195**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jeanne Murray**
5792 Ella Hollow Rd
Elizabeth PA 15037

**Clm No 171196**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rosemary Nemeth**
3142 Estate Dr
Oakdale PA 15071

**Clm No 171197**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Tammy Purinton**
1247 Denniston Ave
Pittsburgh PA 15217

**Clm No 171198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Karen Remensnyder**
930 N Lincoln Ave
APT 3B
Pittsburgh PA 15233

**Clm No 171199**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Russell Rosenberger Jr.**
126 Southern Valley Ct
Mars PA 16046

**Clm No 171200**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Edward Schmidt, III**
1028 Palm Ct
Jeannette PA 15644

**Clm No 171201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Doris Scott**
220 Cole Rd
Sarver PA 16055

**Clm No 171202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William J. Sheret**
1741 Sprint Ln
Holiday FL 34691

**Clm No 171203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Sara Sidney**
1403 Clearview St
White Oak PA 15131

**Clm No 171204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isabella Thompson**
35 Jennings Dr
Palmyra VA 22963

**Clm No 171205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carol Van Camp**
183 Varner Rd
Walker WV 26180

**Clm No 171206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carmen Malone**
6901 Hickory View Lane
Chattanooga, TN  37421

**Clm No 171207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**George Potts**
277 Winterhaven Lane
Brownsville, TX  78526

**Clm No 171208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Nancy Tatum**
6705 Ballard Drive, Room 243
Chattanooga, TN  37421

**Clm No 171209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Melvin Poole Jr.**
1456 Lewis Chapel Road
Graysville TN 37338

**Clm No 171210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Judy Brown**
69 Mountain View Circle
Dunlap TN 37327

**Clm No 171211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sandra Parrott**
625 Falls View Drive
Hixson, TN  37343

**Clm No 171212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Frances Webb**
4214 Dupont Street
Chattanooga TN 37412

**Clm No 171213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita  Aglira**
2929 S. Juniper St.
Philadelphia, PA  19148

**Clm No 171214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Ann Menschner**
5 Stacy Drive
Yardley, PA  19067

**Clm No 171215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Cynthia Atkinson**
14072 Erwin Street
Philadelphia, PA 19116

**Clm No 171216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas M. Bartos**
915 Big Bear Court
Gibsonia, PA  15044

**Clm No 171217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph G. Beausejour**
409 Teakwood Lane
Southern Pines, NC 28387

**Clm No 171218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Laura Benardo**
931 Glenwood Avenue
Glen Campbell, PA  15742

**Clm No 171219**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROGER PATRICK BLIGH**
2567 County Road 4472
Warren, TX  77664

**Clm No 171220**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00 | |
|       | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lydia Bracaliello**
1014 Strawberry Avenue
Vineland, NJ  08360

**Clm No 171221**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Annice Bradley**
1850 Bradley Drive
Harrisburg, PA  17110

**Clm No 171222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy M. Brooks**
3120 Chatham St.
Philadelphia, PA 19134

**Clm No 171223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Schildt**
2570 Locust Avenue
Ronkonkoma, NY  11779

**Clm No 171224**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Regina A. Buccieri**
P.O. Box 222
Tuscarora, PA  17982

**Clm No 171225**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosemary E. Calhoun**
868 Garrison Road
Monroeville, NJ  08343

**Clm No 171226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary E.  Campbell**
P.O. Box 696
Amherst, VA  24521

**Clm No 171227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**William E. Carper**
13121 Clock Tower Parkway
Hudson, FL 34667

**Clm No 171228**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda M. Clare**
705 Smokey Lane
Spring Creek, NV 89815

**Clm No 171229**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clara I. Clark**
1 Circle Drive
Union, MO 63084

**Clm No 171230**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Neil P. Clark**
1513 James Rd.
Wynnewood, PA 19096

**Clm No 171231**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joanne K. Class**
209 Oakland Place
North Wales, PA  19454

**Clm No 171232**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steven Clay**
9 Eve Avenue
Lebanon, PA  17046

**Clm No 171233**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joanne Clevenger**
101 Honeyflower Drive
Trenton, NJ  08620

**Clm No 171234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Margaret  Comerford**
423 W. Central Avenue
Bushnell, FL  33513

**Clm No 171235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Margaret G. Constantine**
c/o Cynthia Harris
c/o Cynthia Harris

**Clm No 171236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

413 of 3075

| | **Clm No 171237** | Filed In Cases: 607 | |
|---|---|---|---|
| **Frederick P. Corsey, Jr** | | | |
| 262 Park Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Woodbury, NJ  08096 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | **Clm No 171238** | Filed In Cases: 607 | |
|---|---|---|---|
| **Timothy M. Criswell** | | | |
| 11 Essex Court | Class | Claim Detail Amount | Final Allowed Amount |
| Norristown, PA  19403 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | **Clm No 171239** | Filed In Cases: 607 | |
|---|---|---|---|
| **Joseph J. Cucinotti** | | | |
| 166 Braddock Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Blue Anchor, NJ  08037 | | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Renee Cummings**
3423 W. 129th Street
Cleveland, OH  44111

**Clm No 171240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH R. CUMMONS**
127 Greenbrook Drive
Levittown, PA 19055

**Clm No 171241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deloris Cunitz**
8219 Delta Circle
Louisville, KY  40228

**Clm No 171242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

415 of 3075

---

**Jeanne V. Kramer**
20 N.E. Shue String Lane
Schuylkill Haven, PA 17972

**Clm No 171243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CALVIN DAMON**
126 Delaware Drive
Milford PA  18337

**Clm No 171244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen M. Seidt**
110 Grande Blvd.
Sinking Spring, PA  19608

**Clm No 171245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Roberta G. DeVries**
4506 Briar Hill West
Lafayette Hill, PA  19444

**Clm No 171246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM J. DIXON**
17 Arlington Avenue
Maple Shade, NJ 08052

**Clm No 171247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL A. EORIO**
405 W. Linden Avenue
Linden NJ 07036

**Clm No 171248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Karen L. Zeak**
729 Fairfield Drive
Duncanville, PA  16635

**Clm No 171249**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**E. JoAnn Fallowfield**
1600 Glenhurst Drive
Snellville, GA  30078

**Clm No 171250**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Faulkner**
2523 N. Douglas St.
Philadelphia, PA 19132

**Clm No 171251**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**No Personal Rep Yet Appointed**
c/o Paul, Reich & Myers, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

**Clm No 171252**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teresa Fitzpatrick**
21 Douglas Avenue
Franklinville, NJ  08322

**Clm No 171253**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Floyd, Jr.**
11 West Mowry Street
Chester, PA  19013

**Clm No 171254**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Marie C. Foreaker**
P.O. Box 337
Albrightsville, PA  18210

**Clm No 171255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kevin Franceschini**
408 1st Avenue
Haddon Heights, NJ  08035

**Clm No 171256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terry Franks**
84 Park Avenue
Hallstead, PA  18822

**Clm No 171257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**JOHN A. FRESA**
1515 Liberty St.
Allentown, PA 18102

**Clm No 171258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara A. Fries**
231 Poplar Street
Spring City, PA  19475

**Clm No 171259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Judy Geier**
4631 4th Street S.E.
Heaton, ND 58418

**Clm No 171260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**David B. Gillespie**
540 E. Norwegian Street
Pottsville, PA  17901

**Clm No 171261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**JAMES D. GORDON**
4550 Cove Circle
No. 206
St. Petersburg, FL 33708

**Clm No 171262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Charlotte Gozditis**
Charlotte Gozditis

**Clm No 171263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Personal Rep. Recently Deceased**
c/o Paul, Reich & Myers, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

**Clm No 171264**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gayle Angeli**
100 Mel Oak Drive
Chapel Hill, NC  27516

**Clm No 171265**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Constaine E. Griffen**
49 Pilgrim Road
Brentwood, NY  11717

**Clm No 171266**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Michael T. Griffith**
2471 Browns Chapel Road
Union Point, GA 30669

**Clm No 171267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Daniel C. Gushue**
3535 Marvin St.
Annandale, VA  22003

**Clm No 171268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Pamela M. Gutschall**
57 Doran Road
Philipsburg, PA  16866

**Clm No 171269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Julie A. Hale**
1010 Kendale Road
Red Lion, PA  17356

**Clm No 171270**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Angela L. Hamer**
3676 Galburgh Court North
Indianapolis, IN 46234

**Clm No 171271**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Hammond**
21 Marsad Dr.
Old Bridge, NJ  08857

**Clm No 171272**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Penelope Hannons**

582 Bellevue Avenue

Trenton, NJ  08618

**Clm No 171273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**GLENN L. HARMON**

18 Balfour Avenue

Claymont, DE 19703

**Clm No 171274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronnie G. Hasty**

12505 SW 6th Street

Yukon, OK 73099

**Clm No 171275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Linda J. Hiester**
2001 Duke Street
Laureldale, PA  19605

**Clm No 171276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Lee Hindle**
3033 Michael Avenue
Belle, WV 25015

**Clm No 171277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Hohenstein**
2309 Oxfordshire Road
Furlong, PA  18925

**Clm No 171278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|--------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Judy B. Hughes**
370 East Avenue
Clayton, NJ  08312

**Clm No 171279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**ROBERT L. HULETTE**
615 Millie Drive
Frankfort, KY 40601

**Clm No 171280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**PHILIP E. JARRETT**
5091 Maplewood Road
West Topsham, VT 05086

**Clm No 171281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Elizabeth A. Jones**
4028 Penn Road
Plymouth Meeting, PA 19462

**Clm No 171282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sandra Kasmarcik**
215 Commercial Street
Theresa, NY  13691

**Clm No 171283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marc Kaufman**
36255 Bainbridge Road
Solon, OH  44139

**Clm No 171284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Arthur J. Kay**
403 N.E. 8th Avenue
Okeechobee, FL 34972

**Clm No 171285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ethel Kennedy**
602 E. Jacksonville Avenue
Villas, NJ  08251

**Clm No 171286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Kilgore**
208 Mansfield Drive
Broadway, NC  27505

**Clm No 171287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ROLAND KING**
348 Zeralda Street
Philadelphia, PA 19144

**Clm No 171288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine M. Kirk**
14847 N. 29th Street
Phoenix, AZ  85032

**Clm No 171289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas A. Knisely**
192 Ben Claar Road
Claysburg, PA  16625

**Clm No 171290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

**Claims Details**

---

**Bryan N. Kubic**
35 Fern Drive
Manchester, PA  17345

**Clm No 171291**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Elizabeth M. Lackus**
234 Sundance Lane
Milton, DE  19968

**Clm No 171292**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Sandra J. Lewis**
199 Oak Street
South Amboy, NJ  08879

**Clm No 171293**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joanne C. Lightcap**
c/o Plexus Scientific Corp.
Alexandria, VA  22312

**Clm No 171294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH LEE MACK**
8 Venice Avenue
Bristol, PA 19007

**Clm No 171295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia A. Maffei**
1001 Beech Avenue
Glenolden, PA  19036

**Clm No 171296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Judith Mancuso**
828 Green Valley Drive
Philadelphia, PA  19128

**Clm No 171297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clyde E. Manley**
c/o Connie Amado POA
5525 Hedge Brooke Drive NW
Acworth, GA  30101

**Clm No 171298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**James C. Markovsky**
3453 Smokey Mountain Circle
El Dorado Hills, CA 95762

**Clm No 171299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Elaine F. Matkowsky**
871 S. Main Street
Williamstown, NJ  08094

**Clm No 171300**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**KENNETH E. MCAFEE**
325 N. Green Street
Clayton, NJ 08312

**Clm No 171301**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Cynthia M. McCall**
27 S. 4th Avenue
Apt. B-10
Coatesville, PA  19320

**Clm No 171302**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Richard A. McClean**
1494 Nash Trail
East Tawas, MI 48730

**Clm No 171303**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry Spencer, Sr.**
4172 Newhall St.
Philadelphia, PA  19140

**Clm No 171304**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia A. McCutcheon**
408 Walter Street
Philadelphia, PA  19111

**Clm No 171305**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Thomas P. McFadden**
1111 Hollywood Avenue
Havertown, PA  19083

**Clm No 171306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Carrie Ann Gardner**
524 Park Meadow Drive
Pottsville, PA  17901

**Clm No 171307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**James P. McKenna**
1624 Potter Drive
Pottstown, PA 19464

**Clm No 171308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Charlotte A. McLaughlin**
63H Winthrop Road
Monroe Township, NJ 08831

**Clm No 171309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Carole Y. McNair**
7355 Romeo Road
Pennsauken, NJ  08110

**Clm No 171310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Barbara M. McSweeney**
723 Darby Road
Ridley Park, PA  19078

**Clm No 171311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Elsie McWilliams**
51-10 Revere Road
Drexel Hill, PA  19026

**Clm No 171312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty J. Messaris**
108 Dovenshire Drive
Crossville, TN  38558

**Clm No 171313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Harry D. Miller**
158 Dorado Avenue
Sewell, NJ  08080

**Clm No 171314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**FRANK K. NETHKEN**
6507 Lacelike Row
Columbia, MD 21045

**Clm No 171315**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kimberly K. Netland**
906 Patricia Lane N.W.
Bagley, MN 56621

**Clm No 171316**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carole J. O'Donnell**
9229 Leon Street
Philadelphia, PA 19114

**Clm No 171317**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Crystal Painter**
P.O. Box 22
Shepherdstown, WV  25443

**Clm No 171318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Deborah A. Papaneri**
652 Clayton Road
Williamstown, NJ  08094

**Clm No 171319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Julia V. Pellechia**
802 Selma Street
Norristown, PA  19401

**Clm No 171320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Betty Jane Thompson Pet**
2519 North Waverly Drive
Bossier City, LA  71111

**Clm No 171321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Deborah M. Phillingame**
18509 Hardwood Creek Road
Stoney Creek, VA 23882-2054

**Clm No 171322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Marianne D'Antonio**
301 South Cedar Lane
Upper Darby, PA  19082

**Clm No 171323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**BERNICE C. PINKOWICZ**
3155 Richard Road
Aston, PA 19014

**Clm No 171324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bonnie Ploucher**
9148 Old Newtown Road
Philadelphia, PA  19115

**Clm No 171325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jean P. Oraschewsky**
2117 Haverford Road
Ardmore, PA  19003

**Clm No 171326**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jean P. Oraschewsky**
2117 Haverford Road
Ardmore, PA  19003

**Clm No 171327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Jean P. Oraschewsky**
2117 Haverford Road
Ardmore, PA  19003

**Clm No 171328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Roslyn Randazzo**
PO Box 879423
Wasilla, AK  99687

**Clm No 171329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Thomas S. Riddle**
11631 N 40th Place
Phoenix, AZ 85028

**Clm No 171330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nilda Rivera**
17353 Camelot Dr.
Lowell, IN  46356

**Clm No 171331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Amos Rogers**
61 Prospect Ave
Bryn Mawr, PA 19010

**Clm No 171332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Richard A. Rosenbaum**
8 Edward Road
Hatboro, PA 19040

**Clm No 171333**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Morris Rubin**
8940 Krewstown Rd.
Apt. 102
Philadelphia, PA 19115

**Clm No 171334**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Candida McGibbney**
8540 E. McDowell Road
Mesa, AZ  85207

**Clm No 171335**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Helen Sacarakis**
1520 Kadel Drive
Bethlehem, PA  18018

**Clm No 171336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Jeffrey J. Schnee**
508 Radcliffe St.
Bristol , PA  19007

**Clm No 171337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Eileen Martin**
106 Sterling Drive
North Wales, PA  19454

**Clm No 171338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Jamie L. Young**
2948 Lexington Road
Louisville, KY  40206

**Clm No 171339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Brenda Fulmer**
219 Krystal Ct.
Saylorsburg, PA  18353

**Clm No 171340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Arnet Stonestreet**
124 Crooked Lane
Gilbertsville, PA  19525

**Clm No 171341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Amy M. Strunk**
2237 Chew Avenue
Franklinville, NJ  08322

**Clm No 171342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ann Swann**
3584 Oakhill Road
Philadelphia, PA 19154

**Clm No 171343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL L. SWOPE**
421 Black Walnut Drive
Kearneysville, WV 25430

**Clm No 171344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Joseph Thorn**
631 Highland Ave.
Morton, PA 19070

**Clm No 171345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pamela Toni**
1326 Garden Avenue
Niagara Falls, NY  14305

**Clm No 171346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice F. Toomey**
534 Andrew Road
Springfield, PA  19064

**Clm No 171347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Linda P. Torres**
122 Greenbriar Circle
Lancaster, PA  17603

**Clm No 171348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Joleen B. Trujillo**
10200 2nd St. N.W., #51
Albuquerque, NM  87114

**Clm No 171349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Joleen B. Trujillo**
10200 2nd St. N.W., #51
Albuquerque, NM  87114

**Clm No 171350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Selena Ross Musler**
11264 Evans Trail
Beltsville, MD  20705

**Clm No 171351**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank E. Whalen**
514 W. Moreland Avenue
Horsham, PA 19044

**Clm No 171352**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danielle Y. Green**
501 Meadowbrook Drive
Huntingdon Valley, PA 19006-6832

**Clm No 171353**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Debra Eliassen**
22 E. Mill St.
Elysburg, PA 17824

**Clm No 171354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Samuel J. Moretti**
5447 Golden Arrow Lane
Raleigh, NC  27613

**Clm No 171355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Vivian Zimmerman**
372 Locust Lane.
Milton, PA  17847

**Clm No 171356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rosemarie Zuchinski**
201 E. Mary Street
Old Forge, PA  18518

**Clm No 171357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jody Wayne Peabody Ryan**
15471 Crown Oaks Drive
Montgomery, TX 77316

**Clm No 171358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Maria Bridges**
11302 Par One
San Antonio, TX 78221

**Clm No 171359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carolyn Coffman**
548 North Holston River Drive
Kingsport, TN 37760

**Clm No 171360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Richard Dillon**
2821 Allen Walker Rd
Grove Hill, AL 36451

**Clm No 171361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Donna Elliott**
29330 Bill McLin Rd
Livingston, LA 70754

**Clm No 171362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Della Jordan**
344 North Susong Street
Newport, TN 37821

**Clm No 171363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gladys Gregg**
4950 Government Blvd. #121
Mobile, AL 36693

**Clm No 171364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Justice**
398 I 30 E
Mount Pleasant, TX 75466

**Clm No 171365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wynell Perkins**
325 Willow Wood Street
Murphy, TX 75094

**Clm No 171366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Curtis Renfro**
P.O. Box  3583
Midland, TX 79702

**Clm No 171367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ruth Renfro**
P.O. Box 599
Cypress, TX 77410

**Clm No 171368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Ignazio Alfieri**
184 East 8th Street
Oswego, NY 13126

**Clm No 171369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alton Barcomb**
15 Melody Lane
Plattsburgh, NY 12901

**Clm No 171370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Aileen Beach**
137 Fair Oaks Court NE
Cleveland, TN 37323

**Clm No 171371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Larry Behage**
1520 E. Capitol Expwy #137
San Jose, CA 95121

**Clm No 171372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Belfield**
PO Box 4
Phoenix, NY 13135

**Clm No 171373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janette Bohrer**
1067 Township Rd. 1443
Ashland, OH 44805

**Clm No 171374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Nicholas Brindak, Jr.**
104 Clearview Road
Syracuse, NY 13214

**Clm No 171375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Linda Brown**
228 8th Street
Chalmette, LA 70043

**Clm No 171376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alice Carson**
48 Doyle Avenue
Buffalo, NY 14207

**Clm No 171377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Merle Chapin**
405 Wurlitzer Drive
North Tonawanda, NY 14120

**Clm No 171378**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank B. Iacovangelo, as Public Administrator**
180 Canal View Blvd.
Suite 100
Rochester, NY 14623

**Clm No 171379**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Elaine Gasner**
452 County Highway 132
Hagaman, NY 12086

**Clm No 171380**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Raymond Geiser**
222 Paradise Lane
Tonawanda, NY 14150

**Clm No 171381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Gielow**
7209 Schultz Road
North Tonawanda, NY 14120

**Clm No 171382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Geraldine Gill**
P.O. Box 371
Sanborn, NY 14132

**Clm No 171383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 5-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Sandra Gimber**
112 Winfield Road
Rochester, NY 14622

**Clm No 171384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Marcia Goff**
4120 Glen Gary Road East
Lakeland, FL 33813

**Clm No 171385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Madonna Guzzo**
244 Cumberland Avenue
Buffalo, NY 14220

**Clm No 171386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Rita Hake**
132 Cemetery Road
Lancaster, NY 14086

**Clm No 171387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Judy Heiler**
5665 Southwestern Boulevard #43A
Hamburg, NY 14075

**Clm No 171388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Hutchison, Jr.**
3469 Creekview Drive
Hamburg, NY 14075

**Clm No 171389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Iorfida**
8730 Wolcott Road
Clarence Center, NY 14032

**Clm No 171390**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clifford Johnson**
18203 Fountain Grove Way
Olney, MD 20832

**Clm No 171391**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Mary Carolyn Judd**
8955 Indian Springs Road
Frederick, MD 21702

**Clm No 171392**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Linda Cornell**
8139 County Route 333
Campbell, NY 14821

**Clm No 171393**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Terry Kuehn**
6457 Waterscape Ridge
Gainesville, GA 30506

**Clm No 171394**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David Laures**
80 Sharon Drive
Tonawanda, NY 14150

**Clm No 171395**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Phillip Lewis**
5121 Country Club Trail
Lewiston, NY 14092

**Clm No 171396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Phillip Lewis**
5121 Country Club Trail
Lewiston, NY 14092

**Clm No 171397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Lovell**
5276 Mayfield Court
Clarence, NY 14031

**Clm No 171398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Linda Marschall**
302 Maryview Drive
Webster, NY 14850

**Clm No 171399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlotte Monacelli**
512 A Bahia Circle
Ocala, FL 34472

**Clm No 171400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norma Moon**
4484 North Fork Rd.
Westfield, PA 16950

**Clm No 171401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Marie Mosher**
134 Frazier Street
Brockport, NY 14420

**Clm No 171402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Muir**
14 Sawmill Drive
Ledyard, CT 06339

**Clm No 171403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Blyn Nadeau**
114 Madison Avenue
Madison, ME 04950

**Clm No 171404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kenneth Nowak**
1321 Maple Avenue
Niagara Falls, NY 14305

**Clm No 171405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary O'Connor**
5720 E Lake Road
Conesus, NY 14435

**Clm No 171406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Paige**
16630 Southeast 115th Avenue
Weirsdale, FL 32195

**Clm No 171407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Dorothy Peck**
24218 Hewitt Park Circle
Carthage, NY 13619

**Clm No 171408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Christopher Mazur**
c/o 730 Main St
Niagara Falls, NY 14301

**Clm No 171409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Cynthia Braxton**
2313 Chapin Road
Silver Creek, NY 14136

**Clm No 171410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Elizabeth Pooley**
300 Gallant Fox Way
Apt. 812
Knoxville, TN 37923

**Clm No 171411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Judith Cwierley**
960 N. Hewitt Drive
Lewiston, NY 14092

**Clm No 171412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**David Ransom**
262 Commercial Street
Genessee, PA 16923

**Clm No 171413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Regina Raymond**
275 Harbor Hill Drive
Rochester, NY 14617

**Clm No 171414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Linda Reals**
1301 Nottingham Rd.
Apt. B203
Jamesville, NY 13078

**Clm No 171415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marlena Belsito**
143 Cresthilll Avenue
Tonawanda, NY  14150

**Clm No 171416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Betty Schrader**
2160 County Road 28
Canandaigua, NY 14424

**Clm No 171417**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Lewis Schram**
60 B Street
Niagara Falls, NY 14303

**Clm No 171418**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Terry Smith**
15 Ainesworth Lane
Rochester, NY 14624

**Clm No 171419**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Florence Sprague**
399 Rising Road
West Winfield, NY 13491

**Clm No 171420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Nancy Farrell**
23 Beatrix Circle
Lancaster, NY 14086

**Clm No 171421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Barbara Hartman**
10605 Seneca Springs Way
Montgomery Village, MD 20886

**Clm No 171422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary Ann Vogel**
4 Tucker Avenue
Ilion, NY 13357

**Clm No 171423**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joan Marcin**
3501 Beacon Hill Drive
Apt. B
Wintson Salem, NC 27106

**Clm No 171424**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ramona Calderon**
9442 Capital of Texas Hwy. North Ste., 400
Austin, TX 78759

**Clm No 171425**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Ignacio Delgado**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171426**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Leverett**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171427**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laraine Shuff**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171428**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jose Soltero**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lawrence West**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gregorio Yglesias**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Robert Adams**
27856 S. Satsuna
Livingston, LA 70754

**Clm No 171432**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alma Benard**
601 S. Malcolm
Chanute, KS 66720

**Clm No 171433**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara Bryant**
3166 Bohicket Rd.
Johns Island, SC 29455

**Clm No 171434**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Shelton Clark**
132 Armstrong Drive
Jackson, NC 28540

**Clm No 171435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Orval Davis**
7701 John T. White
Fort Worth, TX 76120

**Clm No 171436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Yvonne Debesa**
5901 SW 34th Street
Miami, FL, 33155

**Clm No 171437**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Eugene Alberts**
3204 Harder Dr.
Gillette, WY 82718

**Clm No 171438**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Maria Fernandez**
4501 Skyline Ave.
El Paso, TX 79904

**Clm No 171439**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Jeffrey Hoselton**
111 Bunting Court
Chillicothe, OH 45601

**Clm No 171440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Janet Leesmann**
819 Daniel Trail
Marthasville, MO 63357

**Clm No 171441**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Leon Sr. Leonard**
158 FM 805
Jefferson, TX 75657

**Clm No 171442**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jill Pot**
2015 North Psrkridge Ct.
Wichita, KS 67212

**Clm No 171443**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Connie Provost**
20349 Three Acre Ct.
Lot 24
Staunton, IL 62088

**Clm No 171444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Anthony Raysik**
1260 US 69 Hwy.
Liberty, MO 64068

**Clm No 171445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Doris Ricks**
3916 Cumberland Ave.
Waco, TX 76707

**Clm No 171446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|----|----|----|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Jose Rubio**
704 Sweetgum Ln.
Round Rock, TX 78664

**Clm No 171447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Jeannette Sprague**
203 W. Main Street
Anderson, MO 64831

**Clm No 171448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Karly Stiger**
251 Sycamore
Collierville, TN 38017

**Clm No 171449**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Leann Toth**
21605 w. 13 Mile Rd.
Beverly Hills, MI 48025

**Clm No 171450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joseph Westgerdes**
207 East Boundary St.
Fort Recovery, OH 45846

**Clm No 171451**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Patricia Atkinson**
1950 Palm City Road
Stuart, FL 34994

**Clm No 171452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Linda Palcho-Bailey**
5007 Green Ash Road
Medina OH 44256

**Clm No 171453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Bowen**
1105 N. Market St.
Washington, NC 27889

**Clm No 171454**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronnie Cline**
987 Santa Lucia Dr.
Pleasant Hill, CA 94523

**Clm No 171455**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**William Croft**
2312 Bellplain
Brownwood, Texas 76801

**Clm No 171456**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sue Darr**
18360 County Road 6
Coshocton, OH 43812

**Clm No 171457**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Dover**
245 Flint Dr.
Fairfiled, AL 35064

**Clm No 171458**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donna Dunn**
PO Box 336
Hollister, FL 32147

**Clm No 171459**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lavonne Green**
8328 El Cerrito Dr.
Tyler, TX 75711

**Clm No 171460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Ellis**
946 Shenaango Rd.
Beaver Falls, PA 15010

**Clm No 171461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Michael Draine**
130 Sturbridge Lane
Chruch Hill, TN 37642

**Clm No 171462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Holmes**
342 Miller Ave.
Louisville, MS 39339

**Clm No 171463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Kaes**
11030 Evergeen Way
Apt. C209
Everett, WA 98204

**Clm No 171464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Fredrick King**
601 Forest Lane
Hurst, TX 76053

**Clm No 171465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Scott Lansdale**
317 N. D Street
Hamilton, OH 45013

**Clm No 171466**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Millis**
11630 Old Halls Ferry Rd.
Florissant, MO 63033

**Clm No 171467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Joann Pavone**
402 Old Eagle Creek Rd.
Smithville, IN 37166

**Clm No 171468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Pendowski**
341 Monroe St.
Allegan, MI 49010

**Clm No 171469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mark Porter**
8149 Roayal Palm Ct.
Davis, FL 33321

**Clm No 171470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Helen Reese**
3509 Dogwood Valley Trl.
Tallahassee, FL 32312

**Clm No 171471**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Robidoux**
PO Box 168
Sand Lake, NY 12153

**Clm No 171472**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Birlie Smith**
6113 Evergreen
Berkeley, MO 63134

**Clm No 171473**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Bernard Stremovihtg**
10360 County Rd. 46
Dansville, KY 14437

**Clm No 171474**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolion Thomas**
4831 Frederick Street
Glendale, CA 91214

**Clm No 171475**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Peter Tsounis**
2828 E. College
Cudahy, WI 53110

**Clm No 171476**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Rex Tucker**
1048 E. Alsip St.
Knightsville, IN 57857

**Clm No 171477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis O'Brien**
260 Timber-Lake Cir.
F-104
Naples, FL 34101

**Clm No 171478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Osborne**
910 E. 8th St.
Gillette, WY 82716

**Clm No 171479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Maria T. Martinez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rickey J. Alexander**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee E. Allen**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lillian Arellano**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosalie Armijo**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mike M. Armstrong**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171485**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**James R. Ault, Sr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171486**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Baggett**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171487**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Baker**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171488**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Billie Bannister c/o Debra Hernandez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorene Bell**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Renaldo Bell**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Arthur Bell, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janice Carolyn Bertrand Rippy**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois J. Berwick**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100      E-mail: claimsmanager@omnimgt.com      FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Loretta Blanton**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Blount**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Cooper Bonds**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Patricia Bragg**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171498**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth W. Brewer**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171499**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tiburcio Briones**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171500**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Louis Bryce**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171501**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jossie Lee McCowin Butler**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171502**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Caldwell**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171503**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

| George H. Calloway | **Clm No 171504** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

| Edwin L. Clifton | **Clm No 171505** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

| Dorothy Jean Craven | **Clm No 171506** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Karen Carroll**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171507**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donna Ortiz**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171508**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Howard Cupp**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171509**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donna Paine**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171510**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Oletha Davis**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171511**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Paul Day**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171512**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Michael L. Deverich**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171513** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margie Dews**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171514** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lee Duncan, Sr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171515** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Linda Bulloch (Trust Officer)**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pamela Gayle Campbell**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warren A. Ellis**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Shirley Ann Esser**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171519**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Farmer**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171520**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Fernandez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171521**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

508 of 3075

---

**Ricky Earl Flournoy**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Santiago Garza**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Gaston**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jo Ann Giamalva**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Gibbs**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Timothy Gober**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**June Connor**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171528**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Elijah Gordon, Sr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171529**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie Granberry**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171530**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Philip M. Greer**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Grelle**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lula Moore**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| Joann Hagler | **Clm No 171534** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Judith E. Hall | **Clm No 171535** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Kenneth R. Hanson | **Clm No 171536** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

513 of 3075

| Jim C. Hargett | **Clm No 171537** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Irene Harriman | **Clm No 171538** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jesse Harrison | **Clm No 171539** | Filed In Cases: 607 | |
|---|---|---|---|
| 9442 Capital of Texas Hwy. North | Class | Claim Detail Amount | Final Allowed Amount |
| Ste. 400 | | | |
| Austin, TX 78759 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Melinda Fiscus**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171540**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellard I. Hensley**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Herron**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Earnest W. Hildreth**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171543**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Holden**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171544**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Hopfe**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171545**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jerry Hunt, Sr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesus M. Hurtado**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171547**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Washington**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Alfred E. Jackson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon L. Jackson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dionisio Jaquez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kenneth Johnson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171552**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy R. Johnson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171553**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janelle Ards**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171554**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Curtis Ray Kelley**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie D. Kelly**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan Ann Kendall**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Randall "Randy" Lawhon**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Chester Delane Logan**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnetta Londow**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Andy Love**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Carlene Schleider**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Charles Lyster**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**J.W. Mabry**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171564**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Conrad Markus III**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171565**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Martinez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171566**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Martinez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Charles Matlock**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Samuel Matthews, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Vera McCoy**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don McCray**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lonnie R. Meeks**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Lou Miller**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171573**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Milton**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171574**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sonja Blanks**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171575**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Bobbie Moore**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marva Jean Graham**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen Kaye Oliver**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Valerie Oliver**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lionel Orphe**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Isaac Ortega, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anthony Panariso**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. Parhms**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd A. Patterson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Glendel Payne**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Angelica Pedraza**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Cherease Files**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gregory L. Peoples**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Odilon C. Peralta**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Ramirez, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Roy A. Rawls**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William R. Ray**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack W. Reed**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kristy Chandler**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Francisco J. Rivas**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Zeffie Robinson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Adam Rodriguez, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171597**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Roe**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171598**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Barton**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171599**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Blanca Santellana**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Salamon**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Sanchez**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Joseph W. Saulsberry**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Schroeder**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Marie Shaddy**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Paulette Henderson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171606**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guadalupe Victor Silva**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171607**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Vonne Smith**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171608**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Alvin Spikes, Jr.**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph St. Luce**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Josephine Stevenson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Thelma Adamson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Troy L. Stogsdill**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy G. Thompson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Leola B. Thompson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Queena Ray Thurman**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Tihonovich**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Frank Tolmich**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171618**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jose Tovar**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171619**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jackie Upton**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171620**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mary E. Vandiver**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph E. Vestal**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobby Vigil**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Vigil**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171624**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Maria Vigil**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Georgia Ruth Vosloh**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

543 of 3075

---

**Buddy Walker**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Martha Warcup**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Tommy Warren**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Lee Wash**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Dale Watson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Reggie Watson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Cle Vestor Williams**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171633**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard S. Williams**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171634**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucille Wilson**
9442 Capital of Texas Hwy. North
Ste. 400
Austin, TX 78759

**Clm No 171635**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dennis M. Abbott**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171636**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 1-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Freddie Adams, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171637**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Charles E. Adcock**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171638**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Marshell Agnew**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171639**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carl J. Albert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171640**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Christopher Albrecht**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171641**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Albrecht**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171642**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Asenath Alexander**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171643**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert B. Allen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Bertha L. Anderson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David M. Anderson, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roslyn A. Andoleo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

550 of 3075

---

**Frederico Andracchio**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Joseph P. Anfuso**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**John Anthony**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John R. Antonacci**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Frank H. Apgar, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Billy Armes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robert W. Arnwine**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Max R. Arp**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dale Ashdown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Dana Atkins**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**John D. Back**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Michael N. Baer**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Ralph J. Baer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171660**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Cecil C. Baird**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171661**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Douglas M. Baker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171662**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Tom Bakie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Chester L. Ballew**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James C. Balliet**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

556 of 3075

---

**Julia A. Baltimore**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Michael Banahan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Louis A. Bandy, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171668**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James C. Barbely**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171669**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Louis Barber**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rex E. Barber**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joseph Barnes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Marilyn V. Barnes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Mary L. Barnes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Branard O'Brien Strichland**
c/o Jim O'Brien Strichland
214- E. Hightower St.
Sylacauga, AZ 35150

**Clm No 171675**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          16-Oct-2015
Bar Date
Claim Face Value

**Leonard Bartrum**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171676**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Ernestine D. Baskerville**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171677**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Robert Batton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Alice J. Batts**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Richard N. Bauder**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

### Claims Details

**William Baughman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**John S. Bean**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph Beck**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert L. Beck**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Gary L. Beets**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Albert A. Bell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Joseph L. Bennett, III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph R. Berger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John Bernathy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Cheryl Berry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171690**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Byrel Bible, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171691**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Harry Billingsley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171692**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | Unknown            |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Grady Black, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171693**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ernest M. Blackburn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171694**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph M. Blackburn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171695**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Roxie R. Blackwell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171696**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Calvin P. Bladen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171697**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Harold Bledsoe**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171698**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Kermie Bledsoe**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171699**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

**Arnold Bobrowsky**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171700**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

**Frances Bohrer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Alice R. Bonner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Arthur E. Bonstein**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William L. Boone**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**David G. Boozer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William J. Borum**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edward J. Bory**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Thurston Boshears**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**John Bossert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Barbara Boston**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Corine H. Boston**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ralph Bowen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Norman W. Bowlin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Clifton L. Bradley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Gary Bradley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Linda D. Bradshaw**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Goldie Brandon, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert E. Brandt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ernestine D. Branford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

Garlock Sealing Technologies LLC, et al.

3/16/2018 5:07:29 PM

*Claims Details*

**Virginia L. Brashears**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Claude A. Britt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James G. Brookins, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Allan L. Brooks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Milton F. Brooks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Ronald G. Brooks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Faye E. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gerry A. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Herbert J. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Jack L. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**John W. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Joyce G. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171731**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Timothy L. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171732**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Clarence Brunt, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171733**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Phyllis Bruton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171734**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Harvey Bryant**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171735**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Peter E. Buckheit**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171736**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Jose A. Buitron**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171737**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joseph A. Burger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171738**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard E. Burnette**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171739**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bynum Burnopp**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171740**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Leslie Burns**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Thomas Burress**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Danny D. Butcher**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Michael P. Buttram**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Steve A. Buttram**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jerry T. Byrd**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Patrick H. Byrd**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171747**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas Byrne**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171748**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Francesco Bubba**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joseph Barrall, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Augustine J. Mack, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Vernon S. Mackenzie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**Larry Mackereth, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Hiram Malicoat**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John W. Mandley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Brian D. Manley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John J. Manning**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Donald E. Marsh**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Anthony M. Martin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Sylvia J. Martin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Vincent Massa**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rodney Matthews**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Wayne Matthews**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William J. Mayberry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Russell J. Mazza**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert M. Mcbride**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carthage Mccall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jack M. Mccarty**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jesse J. Mcclurkin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Glenn M. Mccoy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

591 of 3075

---

**Dorothea T. Mccullers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gary L. Mcgaha**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas Mckee, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Charles P. Mckelvey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Hilda Mckemy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**David D. Mclemore**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robert K. Mcvicker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph Medernach**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jessie J. Medley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Carroll Mendenhall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David Meyers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Solomon Milburn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

595 of 3075

---

**Donald Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Garfield Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul W. Miller, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Regina Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert H. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roy E. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William D. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**George E. Mills**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James Millsaps**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**William Mitchell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171792**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Richard S. Moatz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171793**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Robert E. Moon, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171794**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

599 of 3075

---

**Michael D. Moore**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Wayne Moran**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Larry D. Morelock**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Christopher S. Morgan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171798**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Darryl C. Morgan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171799**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John Morgan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171800**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

| **Earl L. Morrow** | **Clm No 171801** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

| **Robert L. Mosley** | **Clm No 171802** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

| **Cornelius T. Moultrie** | **Clm No 171803** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Larry Mowell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Donald H. Mowery**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Ronald C. Moyer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Catherine M. Mrowka**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gary G. Mryncza**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Anna J. Murphy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Vivian Musser**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Warren C. Muth**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Marvin Mutter**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert S. Mynatt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Roy J. Nash**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Frank Neal**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

## Claims Details

606 of 3075

---

**Robert M. Nealy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William J. Neeld, III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Harvey P. Neeley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

607 of 3075

---

**Frank A. Nemeth**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert D. Newman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bobby J. Nicely**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**James Nicely**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Melvin Nicholson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**John E. Nielsen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gary Nies**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**George R. Nixon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Marvin G. Nobles**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jimmy R. Noland**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171828**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard A. Northey, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171829**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jerry M. Nothstein**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171830**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Frieda P. O'Barr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Clifford O'Connell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Marvin W. Odom, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Charles Off**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Chester M. Oliver**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert O'Neill**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Rosa O'Neill**                                   **Clm No 171837**    Filed In Cases: 607
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny          | Class | Claim Detail Amount | Final Allowed Amount |
100 North Charles St., 22nd Flr
Baltimore, MD 21201            | UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Aubrey B. Tasker**                               **Clm No 171838**    Filed In Cases: 607
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny          | Class | Claim Detail Amount | Final Allowed Amount |
100 North Charles St., 22nd Flr
Baltimore, MD 21201            | UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**William Tate**                                   **Clm No 171839**    Filed In Cases: 607
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny          | Class | Claim Detail Amount | Final Allowed Amount |
100 North Charles St., 22nd Flr
Baltimore, MD 21201            | UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Allie Taylor**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Clyde L. Taylor**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Mortimer E. Taylor**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Robert L. Taylor, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John E. Teats, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rodney J. Terry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Nikolaos Thanos**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171846**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donald E. Thomas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171847**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Evelyn Thomas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171848**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James A. Thomas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171849**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Otis C. Thomas, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171850**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Preston T. Thomas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171851**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Robert Thomas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Cornell M. Tilghman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gracie Tillar**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Doyle Tipton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171855**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Eddie G. Tittle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171856**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Clarence L. Toney**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171857**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Moses Townes**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rodney L. Tracey**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171859**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**David A. Trammel**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Thomas J. Trella**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John H. Trent, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Darrell L. Trivett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kaleb Tshamba**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171864**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Charles J. Tucker, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171865**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Melvin J. Tucker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171866**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Robert J. Tucker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171867**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Samuel C. Tucker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171868**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**William Turlington**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171869**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Betty A. Turner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gathel D. Turner, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mardell Turner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Robert L. Turner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Edward Loy Twigg**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas F. Updegrove**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lester L. Van Horn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles W. Van Kirk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ralph Vance**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Daniel W. Vanim**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert B. Vaughan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ronald L. Vaught**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mattie Veale**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171882**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**George Vennie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Leonard J. Verrastro**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary L. Vesta**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Kevin C. Kalkbrenner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Thomas K. Kalnas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

630 of 3075

---

**George Karellas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171888**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**George Katsafanas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171889**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Claudette B. Keane**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171890**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Joseph E. Keen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John Kefauver**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jeffrey L. Kegley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Thomas E. Kelley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Judith A. Kelly**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roger F. Kelly**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William J. Kels**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edward Kemfert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Phyllis Kennedy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ernest S. Kerney**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

**Harry L. Kiel, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

**Gibbons A. King, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

635 of 3075

---

**Ronald F. King**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171903**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Wilfred O. King**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171904**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Tammy D. Kipp**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171905**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Buddy E. Kirk**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Charles J. Kline**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Karl Klotz**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 171908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert C. Knibbs**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas L. Koehler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kenneth R. Koker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Koo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171912**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Joseph A. Kovash**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171913**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Robert E. Krause**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171914**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Richard L. Kumher**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Karl K. Kuntzman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard G. Laboard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Allen F. Lambert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elouise Langley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Hardy Lassiter**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Charles B. Laster**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James L. Laughter**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Billy James Lawson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Donald R. Lawson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jackie C. Lawson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James E. Leach**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Aaron Lee**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171927**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carolyn Lee**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171928**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James Lee**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171929**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

644 of 3075

---

**Chester R. Lehmann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Isiac Lemon, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sherron O Levrone**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ernest L. Levroney, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Beverly Lewis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donald Lewis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**William A. Lewis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Alfred Liason, III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**William H. Light**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Stephen J. Lisinichia**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Douglas E. Lively**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Salvatore Lizzio**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Junior L. Locklear**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Edgar Long**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Fred L. Long**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Johnny W. Long**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roger L. Long**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carl J. Lopez**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John R. Lowery, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles A. Lurz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James F. Lurz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**John M. Lurz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Ronald K. Lygren**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Randy G. Lynn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Johnny L. Cabbage**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Billy R. Caldwell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William Caldwell Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Fred C. Calhoun**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William S. Calvert, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jerry Cantrell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Roger D. Carico**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Maureen Carper**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Bobby J. Carroll**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**James W. Cathcart**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171963**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gerald Catlett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171964**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Londo H. Centi**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171965**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Paul Chambers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171966**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Ralph Champ**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171967**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James Chandler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171968**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Earl Chappel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bobby W. Chavis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171970**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley Cherry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Virgnia L. Cherry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171972**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Albert E. Childs, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Louis D. Christmas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171974**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Frank H. Christopher, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171975**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John P. Chulik**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171976**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carl F. Cioffi**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171977**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

660 of 3075

---

**Donald Clark**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Hubert V. Clark**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**James A. Clayton, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

### Claims Details

---

**Robert S. Cobb**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robbie J. Cobble**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Alvin D. Cofer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary E. Cohen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**A C Coleman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John Coleman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Billy A. Collins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard T. Collura**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Eugene Colston**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Floyd M. Conaway, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171990**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Catherine Conyers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171991**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dale D. Cook**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171992**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Larry W. Cooling**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dianne L. Coston**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul H. Coty**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Barbara A. Cowman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Gene W. Cox**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**James Cradic, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Jerry U. Cradic**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 171999**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Roy H. Craighead**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172000**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**James S. Crawford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172001**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Maggie L. Crawford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Roger J. Crawford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Stephan W. Cross**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Verlin R. Cross**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172005**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**David T. Cummins III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172006**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Jack A. Curry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172007**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carlton Cusick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172008**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Farit C. Dalie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172009**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Don E. Dalton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172010**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Freddie R. Daniels**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Percy W. Darden**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Roscoe Darden, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Fred E. Darnell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Mohamed R. Dashtizadeh**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Lonnie Daugherty**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

### Cleveland J. Davis

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

### Doreatha Davis

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

### James Davis

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

674 of 3075

---

**James I. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lawrence E. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ronald W. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sandra A. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Charles R. Dean**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Robert L. Dean**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172025**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**David W. Dearholt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John B. Dearing**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jimmy R. Debord**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

---

**George Delss, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Paul Demers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Arlin R. Demming**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Harold Denby**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172032**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**George W. Dennis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172033**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Russell Wayne Denny, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172034**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**William E. Derk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172035**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edward J. Deutsch**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172036**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gary K. Diamond**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172037**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Mark G. Dietsch**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172038**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Giuseppe Difrancesca**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Peter Dillon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donald R. Dimmick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John Harvey Dixon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert E. Dixon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**John Dolinsky**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Norma Domneys**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carol Donahoo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Douglas P. Donnelly**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Norman Dorsey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172048**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles R. Dossett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172049**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ervin Dotson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172050**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Catherine H. Douglas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Ronald E Dove**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Robert T Downey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**John C Doyle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Albert L. Drenner, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frank Dudley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172056**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rigby Dukes Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172057**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Lowell Duncan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172058**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Laurel Glenn Dunn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William Duren**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Jerry W Dyer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172061**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dennis J Eckes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lamont Eckhart**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Larry R Edwards**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Charles W Ehrhart**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Derrell E Ellis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jerry R Elrod**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Arnold Enix**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172068**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Henry E Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172069**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Doyle Everett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172070**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Tyree J Everett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mark H Ewell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elbert B Fair**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Edwin Falk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mark H Fandl**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James Farrar**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Elliet Farwell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172077**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Craig W Fenoff**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172078**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bill Ferandes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172079**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**George A Ferguson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Leonard Ferguson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Regina Ferguson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Kenneth D Fields**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**John G Figueiredo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Harold L Fike**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Geraldine Flanagan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Antonio Foca**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David Fogle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Richard J Follweiler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Anthony Fortebuono**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kenneth A frable**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James B Franczkowski**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Maxine Franklin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Chaneta B Frazier**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Mary A. Frazier**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Clm No 172095 | Filed In Cases: 607 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Danny D. Freeman, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Clm No 172096 | Filed In Cases: 607 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Henry C. Freeman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Clm No 172097 | Filed In Cases: 607 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James A. Freshour**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Herman Gadson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert L. Gale**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

## Claims Details

---

**Charlie R. Gallaher**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172101**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John G. Garcia, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172102**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James E. Gardner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172103**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Raymond Garrison**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172104**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**David M. Gawlick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172105**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Thomas L. Gebhardt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172106**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Leonard Gee**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**James Gentry**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Charles F. George**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Henry C. Gibby**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Danny R. Gibson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mary A. Gillespie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Philip K. Gilpin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172113**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Doris Gischel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172114**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Richard M. Glancy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172115**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Otis G. Goins**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Mark Golaszewski**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Carl Good Jr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

---

**Gwendolyn Goodman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**James S. Gosnell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**William H. Gouge**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Willie Graham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172122**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John E. Grams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172123**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Terrence Granger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172124**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Arthur Grasso, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172125**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Dennis W. Graves**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172126**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Charles Gray**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Charles D. Gray**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172128**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Floyd D. Gray**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172129**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Jack M. Graybeal**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172130**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Roger K. Greear**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Crystal Green**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Donald Green**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donnie Green**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Tommy L. Green**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William N. Gresham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Frances G. Griffin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Donald C. Griffith**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Lucille Gross**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Timothy Grothe**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Phillip L. Guinn**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Billy R. Gunter**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Wayne W. Hagan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Robert C. Hale, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Lorraine V. Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary A. Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Michael Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard A. Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Ronald Hall, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Ronald W. Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas H. Hall, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Carol A. Hammond**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172152**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Max Hammond**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172153**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Loren G. Hamon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172154**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Henry E. Hansen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172155**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Terry L. Harding**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172156**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Melvin Hargrove**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172157**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Samuel Harkless**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Hillard M. Harless, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William C. Harness**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172160**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joann J. Harris**

**Clm No 172161**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Joseph Harris**

**Clm No 172162**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**James C. Hart**

**Clm No 172163**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**Irvin K. Harvey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172164**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Paul A. Hatmaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172165**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James Hauer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172166**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ronald J. Hawk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**J W Sherel Hawkins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James C. Hawkins, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kenneth S. Hawkins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Inez V. Hawks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Frank Hayman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Hazle L. Hazelwood**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert B. Heffelfinger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kurt Henningsen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Joan Henry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Luther Henry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Anna A. Hensen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**William Herd**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert C. Hess**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles Robert Hicks, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Randy G. Hicks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Gail Hill**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Jimmy K. Hilton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Francis N. Hinkle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Dennis C. Hodges**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Edward F. Hoffman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kenneth F. Hoffner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Louis Holliday**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Linell Hollis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**William L. Holmes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172191**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kenneth Holtzhafer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172192**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James C. Holzem**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172193**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Norman L. Horsey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172194**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Clifford E. Howard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172195**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**James D. Howard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172196**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

733 of 3075

---

**John E. Howard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172197**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Martin M. Howard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172198**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**James Hudley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172199**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Glenn R. Huffaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172200**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Andrew J. Hughes, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**A Louise Humbles**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*Claims Details*

---

**Clifford Hurst**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172203**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Glenn E. Hurt, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172204**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**William Iacovone**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172205**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

Garlock Sealing Technologies LLC, et al.

3/16/2018 5:07:29 PM

### Claims Details

---

**David H. Irvine**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172206**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gerald Isaac, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172207**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ralph Isabell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172208**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Michael R. Isham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Watfah W. Issa**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Arthur Jackson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**John Jackson, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Michael B. Jackson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Edwina E. Jacobs**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**John J. Jacoby**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Michael Jangali**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James H. Jarrard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Richard L. Jenkins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172218**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mary Johns**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172219**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bruce Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172220**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**David C. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Douglas E. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Florence E. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Humphrey B. Johnson, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172224**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172225**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Jerry L. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172226**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Monica Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172227**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mozelle E. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172228**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ollie Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172229**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**David B. Jones, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172230**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Dorothy Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172231**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**George W. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172232**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Henry Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John D. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mary A. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Roger L. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Walter Jones, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Louis C. Jordan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172239**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Glen R. Joyner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172240**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Karen K. Sowell, P.R. of the**
Estate of Paul Acker
c/o Law Offices of Peter G. Angelos, P.C.
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172241**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Cynthia Jean Adams, P.R. of the**
Estate of Thomas Adams
c/o Law Offices of Peter G. Angelos, P.C.
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ernie L. Adkins, P.R. of the Estate of Erna Adkins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mildred J. Allen, surviving spouse of Ernest E. Allen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Vernita Alston, P.R. of the Estate of Johnny Alston**

**Clm No 172245**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Catherine I. Anderson, P.R. of the Estate of Elmer E Anderson Sr.**

**Clm No 172246**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Helen A. Anderson, P.R. of the Estate of William G. Anderson Sr.**

**Clm No 172247**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Alfonsina Poliszuk, P.R. of the Estate of Michael G. Andresini**

Clm No 172248     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Leila M. Arnold, P.R. of the Estate of Franklin Delano Arnold**

Clm No 172249     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Reva S. Arwood, surviving spouse of Robert L. Arwood**

Clm No 172250     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patsy L. Asher, surviving spouse of Donald L. Asher**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Tarita Baltimore, P.R. of the Estate of Dayton E. Baltimore**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Michael H. Barnes, P.R. of the Estate of Ben Barnes**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Margaret L. Barnes, surviving spouse of Thomas M. Barnes**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Victoria Bartakovits, P.R. of the Estate of Charles L. Bartakovits**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Marsha Bastfield, P.R. of the Estate of Lloyd T. Bastfield**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joby Bauer, P.R. of the Estate of Joseph C. Bauer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172257**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Liza Belen Pierce, P.R. of the Estate of Elisa Belen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172258**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David L. Best, P.R. of the Estate of David L. Best**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172259**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Florence K. Bigelow, P.R. of the Estate of Paul L. Bigelow**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carol Baldwin, P.R. of the Estate of Wilson P. Billingsley**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Martha L. Bishop, surviving spouse of Larry D. Bishop**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Donna Dockery, for the case of Lawson Bishop**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172263**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Thomas Lee Blackburn, P.R. of the Estate of Joseph G. Blackburn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172264**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Mary Jane Blydenburgh, P.R. of the Estate of Raymond Blydenburgh III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172265**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Charles M. Boblitz, Jr., P.R. of the Estate of Charles M. Bobliz, Sr.**

**Clm No 172266**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Cheryl F. Boykin, P.R. of the Estate of Leroy Boykin**

**Clm No 172267**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Carolyn V. Bradshaw, surviving spouse of Lynn D. Bradshaw**

**Clm No 172268**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carole A. Brandenburg, P.R. of the Estate of James M. Brandenburg**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rowena G. Brinton, P.R. of the Estate of James L. Brinton**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gloria Bilinski, P.R. of the Estate of Delores Brockman**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**David J. Billingsley, P.R. of the Estate of Elizabeth Brooks**

**Clm No 172272**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Terica Welch, P.R. of the Estate of Charles Brown Jr.**

**Clm No 172273**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carolene Brown, P.R. of the Estate of Charles Brown**

**Clm No 172274**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joyce Brown, P.R. of the Estate of Harold M. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172275**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Nandell Brown, P.R. of the Estate of Milton J. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172276**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gloria Brown, P.R. of the Estate of Ralph A. Brown Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172277**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Linda F. Brunner, P.R. of the Estate of William G. Brunner**

**Clm No 172278**      Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Valetta D. Brunt, P.R. of the Estate of Clarence E. Brunt Sr.**

**Clm No 172279**      Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Shirley A. Bryant, surviving spouse of Clyde C. Bryant**

**Clm No 172280**      Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary T. Bryant, P.R. of the Estate of Stanley Bryant**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172281**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Frances M. Buch, P.R. of the Estate of James R. Buch Jr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172282**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Lillian D. Burch, P.R. of the Estate of Floyd D. Burch**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172283**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Trishia Burgess, surviving spouse of Mitchell Burgess**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carol G. Butta, P.R. of the Estate of Michael A. Butta**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty L. Byers, P.R. of the Estate of Jack Byers**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**David R. Callahan, P.R. of the Estate of George R. Callahan**

**Clm No 172287**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Mara M. Campbell, P.R. of the Estate of Robert Campbell**

**Clm No 172288**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Dorothy Canterbury, P.R. of the Estate of Thomas Canterbury**

**Clm No 172289**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Richard S. Carlucci, P.R. of the Estate of John A. Carlucci Sr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Patricia Diggs, P.R. of the Estate of Robert C. Carter**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Douglas Beery, P.R. of the Estate of Randall G. Casner**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Carmel L. Castagna, P.R. of the Estate of Bart C. Castagna**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Adriana Catanzaro, P.R. of the Estate of Salvatore J. Catanzaro**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Karen L. Cawley, P.R. of the Estate of Paul C. Cawley**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Zelma M. Cheatham, P.R. of the Estate of Levi Cheatham**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Joyce Chegwidden, P.R. of the Estate of Earl L. Chegwidden**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Brian K. Christian, P.R. of the Estate of Leonard Christian**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Carmen Christy, P.R. of the Estate of Christine C. Christy**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Deborah K. Class, P.R. of the Estate of Melva M. Class**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Heyward Tindall, P.R. of the Estate of Valestine V. Cole Tindall**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

768 of 3075

---

**Joan White, P.R. of the Estate of Zelma Collins**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rowena Bethea Cook,  P.R. of the Estate of Allen Cook Jr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Lula B. Cook, surviving spouse of Bernard D. Cook**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--------------|-----------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Linda P. Wright, P.R. of the Estate of Francis L. Cook Sr.**

**Clm No 172305**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**P.R. pending estate of George Cook**

**Clm No 172306**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**P.R. pending Estate of Wilfred Chadderton**

**Clm No 172307**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carla J. Bussard, P.R of the Estate of Leroy Crampton**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172308**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**P.R. pending estate of Jason Culp**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172309**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Sonya H. Skarupsky, P.R. of the Estate of Herman T. Cunningham**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172310**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**P.R. pending the estate of Joseph C. Cunningham**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Douglas C. Currin, P.R. of the Estate of Robert F. Currin**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Sandra F. Curtis, surviving spouse of Lewis Curtis**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Peter M. Daly, P.R. of the Estate of Frances Daly**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172314**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Sandra Darnell Letterman, for the case of Cecil B. Darnell**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172315**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Joseph R. Darnell Jr.,  P.R. of the Estate of Joseph R. Darnell**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172316**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|-------|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**David Daugherty, for the case of Mary Daugherty**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172317**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Irene Davis, P.R. of the Estate of Bennett P. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172318**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Michelle Manning,  P.R. of the Estate of Charles W. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172319**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Lorenzo T. Dennis, P.R. of the Estate of Cassie L. Dennis**

**Clm No 172320**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Uganda S. Mirabella, P.R. of the Estate of John W. Denton**

**Clm No 172321**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Myrna B. Devitt, P.R. of the Estate of Howard C. Devitt**

**Clm No 172322**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Mary E. DeWitt, P.R. of the Estate of Larry G. Dewitt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kimberly S. Schaefer, P.R. of the Estate of Donald Dietz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Paul B. Diggs, P.R. of the Estate of Bernard Solomon Diggs**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Michele J. DiGuiseppe, P.R. of the Estate of Billagean DiGuiseppe**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172326**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Diane Dilauro, P.R. of the Estate of Carl Dilauro**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172327**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Margaret A. Dills, Surviving Spouse of Roy Dills**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172328**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Jerry Dishner, P.R. of the Estate of David L. Dishner Sr.**

**Clm No 172329**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Cheryl D. Dixon, P.R. of the Estate of Walton Dixon III**

**Clm No 172330**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Nancy Margaret Herbert, P.R. of the Estate of Robert Donald Jr.**

**Clm No 172331**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

---

**Robert T. Downey, P.R. of the Estate of Elizabeth Downey**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172332**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Phyllis Downey,  P.R. of the Estate of John M. Downey**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172333**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mitchell B. Dunlap, P.R. of the Estate of Wayne A. Dunlap**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172334**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Michael J. Dunn, P.R. of the Estate of James W. Dunn**

**Clm No 172335**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Barry L. Durst, P.R. of the Estate of Glenn L. Durst**

**Clm No 172336**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Linda M. Eberlein, Surviving Spouse of Roland C. Eberlein**

**Clm No 172337**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**LaShaun R. Ellerbe, P.R. of the Estate Of Jerrard Ellerbe**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172338**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles A. Ellis, For the Case of Mary L. Ellis**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172339**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ruth Escourt, P.R. of the Estate of Norton Escourt**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172340**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Donna H. Esdale, P.R. of the Robert W. Esdale, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Marc D. Evans, P.R. of the Estate of John J. Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jacqueline Evans, Surviving Spouse of John H. Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Teresa A. Evans, P.R. of the Estate of Robert Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Nicole Marie Bogari, P.R. of the Estate of Gary L. Everitt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Judy E. Falzone, Survivng Spouse of Thomas A. Falzone**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

### Robert E. Farrell, P.R. of the Estate of Demaris Farrell

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

### Klara Feather, P.R. of the Estate of William E. Feather, Jr.

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

### Shauntrese S. Felder, P.R. of the Estate of James D. Felder

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Tonya Whitt, For the Case of Willard C. Flatt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elaine Ford, Survivng Spouse of Billy J. Ford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dorothea Merryman Ford, P.R. of the Estate of Grayson Ford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Martin E. Foust, P.R. of the Estate of Howard J. Foust**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charlotte T. Franklin, P.R. of the Estate of William S. Franklin**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert A. Fritz, P.R. of the Estate of Mary P. Fritz**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Carol Debbie Shifflett, P.R. of the Estate of Carol L. Fuller**

**Clm No 172356**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Barbara Galford Graham, P.R. of the Estate of James Galford**

**Clm No 172357**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edna J. Gallaher, Surviving Spouse of Ronald L. Gallaher**

**Clm No 172358**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Susann Boyd-Locy, P.R. of the Estate of Robert E. Gardiner**

**Clm No 172359**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ludema Garza, P.R. of the Estate of Refugio C. Garza**

**Clm No 172360**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard C. Gearinger, JR. P.R. of the Estate of Richard C. Gearinger, Sr.**

**Clm No 172361**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Martha Gensler, P.R. of the Estate of Daniel G. Gensler**

**Clm No 172362**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Barbara J. German, Survivng Spouse of Howard E. German**

**Clm No 172363**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Richard J. Kromer, P.R. of the Estate of Eugene H. Getz**

**Clm No 172364**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Eureka R. Hopkins, P.R. of the Estate of Betty Gibbs**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Jonathan Gibson, P.R. of the Estate of David E. Gibson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Cathie G. Crow, P.R. of the Estate of John O. Gilbreath**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sophia Gilland, P.R. of the Estate of Robert L. Gilland**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Amanda Gilliard, P.R. of the Estate of Jimmie L. Gilliard, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Michelle Wilkinson, P.R. of the Estate of Bobby Glenn**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Marian G. Glick, P.R. of the Estate of Edward H. Glick**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Penny G. Nunley, For the Case of Ernest J. Godwin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Penny G. Nunley, For the Case of Naomi R. Godwin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Marie Ann Godwin, P.R. of the Estate of William Godwin**

**Clm No 172374**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**E. Jane Gooden, P.R. of the Estate of James Gooden**

**Clm No 172375**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kevin S. Goodrich Jr., P.R. of the Estate of Kevin S. Goodrich**

**Clm No 172376**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

---

**Mark Joseph Gorth, P.R. of the Estate of Nancy M. Gorth**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**James M. Gossage, P.R. of the Estate of William J. Gossage, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Debra M. Cochran, P.R. of the Estate of Norton Gough**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William D. Graves, P.R. of the Estate of Alfred Graves, Jr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley C. Green, P.R. of the Estate of Charles F. Green**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**P.R. Pending Estate of Clifton Alexander Green**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Carolyn J. Green, P.R. of the Estate of John W. Green**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Deanna Green, Surviving Spouse of Lowell Green**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bruce Green, P.R. of the Estate of Reese Green, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Vernon A. Greene, P.R. of the Estate of James A. Greene, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Alice L. Greene, Surving Spouse of William R. Greene**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elizabeth E. Gren, P.R. of the Estate of Jan F. Gren**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jean L. Gresh, P.R. of the Estate of Morris Gresh**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Louise H. Grier, P.R. of the Estate of John Grier**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Frances J. Griffin, P.R. of the Estate of Herbert D. Griffin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| **Duane A. Grove, P.R. of the Estate of Donald M. Grove** | **Clm No 172392** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Lynda Sue Ritter, P.R. of the Estate of John A. Grubb** | **Clm No 172393** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Donna Jean Grubbs, P.R. of the Estate of Charles Grubbs** | **Clm No 172394** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joe M. Cox, II P.R. of the Estate of C. David Haacke**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172395**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Mary E. Haas, P.R. of the Estate of Larry Haas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172396**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Naomi R. Hackmann, Surviving Spouse of Henry J. Hackmann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172397**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**
**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**
**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary L. Halford, P.R. of the Estate of John Halford, Jr.**

**Clm No 172398**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**David Hall, P.R. of the Estate of William Hall**

**Clm No 172399**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Vanessa Ann Green, P.R. of the Estate of Donald K. Hamilton**

**Clm No 172400**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**P.R. Pending Estate of Earl T. Hammel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rhonda Neahusan, P.R. of the Estate of John J. Hanekamp**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Ollie B. Harges, P.R. of the Estate of Troy W. Harges, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jackie Wagner, P.R. Of the Estate Of John H. Harold, Jr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**P.R. Pending Estate of Johnie Harris**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Barbara Harris, Surviving Spouse of Marvon E Harris**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

803 of 3075

---

**P.R. Pending Estate of William J. Harry Bey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley M. Hartranft, P.R. Of the Estate Of Jacob R. Hartranft**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Linda H. Roche, P.R. Of the Estate Of Robert Harvey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Judith A. Martin, P.R. Of the Estate Of Frederick Haslup**

**Clm No 172410**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kathy Deavers, P.R. Of the Estate Of John O. Hauser, Jr**

**Clm No 172411**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Robert Gannon, P.R. Of the Estate Of Linda Hauser**

**Clm No 172412**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

---

**Adrienne Wilson, P.R. Of the Estate Of Julia T. Hawkins**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172413**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Mary L. Hawse, P.R. Of the Estate Of Richard W. Hawse, Sr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172414**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**James T. Heavener, P.R. Of the Estate Of Carol A. Heavener**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172415**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Jessica Heil, P.R. Of the Estate Of David Heil**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Alice J. Heneberry, P.R. Of the Estate Of William H. Heneberry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172417**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Golda J. Henry , Survivng Spouse Of Carl E. Henry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172418**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Steven M. Herbert, P.R. Of the Estate Of Pearl J. Herbert**

**Clm No 172419**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Pamela Hidalgo, P.R. Of the Estate Of Fernando Hidalgo**

**Clm No 172420**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Basil H. Matthews, P.R. Of the Estate Of Barbara A. Hill**

**Clm No 172421**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Barbara J. Hill, P.R. Of the Estate Of Robert Hill**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Viola A. Hill, P.R. Of the Estate Of William J. Hill, Sr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edith Hinton, P.R. Of the Estate Of Albert Hinton, Jr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172424**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

### Claims Details

---

**Judy A. Hoeffler, P.R. Of the Estate Of Martin L. Hoeffler, Jr**

**Clm No 172425**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Carolyn M. Pfaff, P.R. Of the Estate Of Anna Hornberger**

**Clm No 172426**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Brenda Horton, Survivng Spouse Of Johnny Horton**

**Clm No 172427**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ward E. Hostetler, P.R. Of the Estate Of Eli C. Hostetler**

**Clm No 172428**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dennis C. Hower, P.R. Of the Estate Of Claude C. Hower**

**Clm No 172429**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James R. Hurt, Jr, For the Case Of James R. Hurt**

**Clm No 172430**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**R. Elaine Hutzell, P.R. Of the Estate Of Clyde R. Hutzell**

**Clm No 172431**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rennetta M. Jackson, P.R. Of the Estate Of Gregory Jackson**

**Clm No 172432**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Gary R. Jackson, P.R. Of the Estate Of Leroy Jackson**

**Clm No 172433**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**DeLori Trice, P.R. Of the Estate Of Edward Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Annita G. Staples, P.R. Of the Estate Of John E. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donna M. Jones, P.R. Of the Estate Of Steve G. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Patricia Morgan, P.R. Of the Estate Of James D. Joyner**

**Clm No 172437**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Frieda P. O'Barr, Surviving Spouse Of Walter L. O'Barr**

**Clm No 172438**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Victoria E. Ohle, P.R. Of the Estate Of Harry J. Ohle**

**Clm No 172439**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Brenda E. Bossard, P.R. Of the Estate Of Theresa J. Ohm**

**Clm No 172440**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date |  |
| Claim Face Value |  |

---

**Lucy Olivetti, P.R. Of the Estate Of Norman J. Olivetti**

**Clm No 172441**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date |  |
| Claim Face Value |  |

---

**Jean Orse, P.R. Of the Estate Of William J. Orse**

**Clm No 172442**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Sue Ann Greaves, P.R. Of the Estate Of Ann D. Ossman**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172443**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Craig Owens, P.R. Of the Estate Of Wilbert H. Owens**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172444**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Pamela D. Parker, P.R. of the Estate of James Parker**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172445**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Pamela Denise Parker, P.R. of the Estate of Mable Parker**

**Clm No 172446**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Alice V. Parker, Surviving Spouse of Robert L. Parker**

**Clm No 172447**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Teresa T. Parsons, P.R. of the Estate of Francis Parsons**

**Clm No 172448**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Brenda J. Patterson, P.R. of the Estate of John L. Patterson**

**Clm No 172449**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Felicia Payne-Sauders, P.R. of the Estate of Irma Payne**

**Clm No 172450**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Andris M. Paza, P.R. of the Estate of Janis Paza**

**Clm No 172451**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Jerry Wade Franks, Jr., P.R. of the Estate of Betsy C. Peach**

**Clm No 172452**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Yvonne H. Pearce, P.R. of the Estate of John F. Pearce**

**Clm No 172453**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Esther Phelps, P.R. of the Estate of William Phelps**

**Clm No 172454**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dorothy Truitt, P.R. of the Estate of Howard G. Plumb**

**Clm No 172455**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gregory Lynn O'Berry, P.R. of the Estate of Kenneth R. Poorbaugh**

**Clm No 172456**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lily W. Porter, P.R. of the Estate of Lewis E. Porter**

**Clm No 172457**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kimberly A. Rakes, P.R. Of the Estate Of John H. Rakes, Jr**

**Clm No 172458**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Marie S. Ramos, P.R. Of the Estate Of Edwin P. Ramos**

**Clm No 172459**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Nani Ramsey, P.R. Of the Estate Of Owen Ramsey**

**Clm No 172460**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joseph T. Williams, P.R. Of the Estate Of Linzie Reaves**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kathy F. Eaton, P.R. Of the Estate Of Daniel R. Rentzel**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Norman Resh**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Katherine Rickard, Surviving Spouse Of R B Rickard**

**Clm No 172464**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Linda Egly, P.R. Of the Estate Of Eleanor J. Rims**

**Clm No 172465**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mattie M. Roberts, P.R. Of the Estate Of George P. Roberts**

**Clm No 172466**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Gladys R. Roberts, Survivng Spouse Of Kelly R. Roberts**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172467**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**George R. Green, Jr., P.R. Of the Estate Of Bert Robinson**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172468**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Allis J. Robinson, P.R. Of the Estate Of James B E Robinson**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172469**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patricia Holmes, P.R. Of the Estate Of Lucille J. Robinson**

**Clm No 172470**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Christi Renee Barbee, For the Case Of Dilmus M. Rogers**

**Clm No 172471**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Dorothea Rogers, P.R. Of the Estate Of Kevin Rogers**

**Clm No 172472**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

825 of 3075

---

**W. Curtis Russell, Sr, P.R. Of the Estate Of John E. Russell**

| | **Clm No 172473** | Filed In Cases: 607 |

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Margareta A. Ruszala, P.R. Of the Estate Of Richard J. Ruszala**

| | **Clm No 172474** | Filed In Cases: 607 |

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Lyle R. Ryan, Jr., P.R. Of the Estate Of Glenn E. Ryan**

| | **Clm No 172475** | Filed In Cases: 607 |

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Dolores K. Sabatine, P.R. Of the Estate Of Michael F. Sabatine**

**Clm No 172476**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Allen R. Sadler, Sr., P.R. Of the Estate Of Barbara F, Sadler**

**Clm No 172477**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Jerry L. Samples**

**Clm No 172478**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Csilla Sarkozy, P.R. Of the Estate Of Joseph Sarkozy**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Marjorie J. Saunders, P.R. Of the Estate Of Robert D. Saunders**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Diane D. Savage, P.R. Of the Estate Of James W. Savage**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

---

**Laverne C. Sayre, Survivng Spouse Of Ernest J. Sayre, Jr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Francis X. Borgerding, Jr., P.R. Of the Estate Of John W. Schaaf**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Linda Schlereth, P.R. Of the Estate Of Leroy Schlereth**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Maria Schmidt, P.R. Of the Estate Of Theodor Schmidt**

Clm No 172485   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Bonnie Lee. Hoffman, P.R. Of the Estate Of Donald W. Schneehagen**

Clm No 172486   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Michael J. Schober, P.R. Of the Estate Of Linda C. Schober**

Clm No 172487   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

830 of 3075

---

**Sandra J. Schreiber, P.R. Of the Estate Of Thomas W. Schreiber**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Kimberly A. Schulz, P.R. Of the Estate Of Bernard R. Schulz Jr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Paul L. Sellers, Surviving Spouse Of Brenda F. Sellers**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Laura R. Settles, Surviving Spouse Of Ralph A. Settles**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172491**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Geraldine Shaneybrook, P.R. Of the Estate Of Walter Shaneybrook, Jr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172492**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Bonnie L. Reimer, P.R. Of the Estate Of Carl Shankweiler**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172493**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kimberly Dauber, P.R. Of the Estate Of William P. Shea**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Gertrude Sherwood, P.R. Of the Estate Of George Sherwood, Jr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Rosemary Shifflett, P.R. Of the Estate Of Alfred L. Shifflett**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| --- | --- |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Margarette Shipley, Surviving Spouse Of Marion Shipley**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172497**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Wayne E. Shook, P.R. Of the Estate Of Wayne E. Shook**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172498**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Charles W. Siegel**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172499**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dennis L. Wilson, P.R. Of the Estate Of Paulette Siler Wilson**

**Clm No 172500**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Albin W. Simokat, P.R. Of the Estate Of Patricia A. Simokat**

**Clm No 172501**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard Dale Simons, Jr., P.R. Of the Estate Of Richard D. Simons**

**Clm No 172502**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Dorothy C. Simpson, P.R. Of the Estate Of Francis R. Simpson**

**Clm No 172503**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Michael Thomas Skinner, P.R. Of the Estate Of Stephen Skinner**

**Clm No 172504**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Joseph Garrish, P.R. Of the Estate Of Glenn Smallwood**

**Clm No 172505**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Denise M. Mattingly, P.R. Of the Estate Of Bernard E. Smith**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172506**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Della Mae Lamb, P.R. Of the Estate Of Cecil E. Smith**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172507**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ronnie Ranier, P.R. Of the Estate Of Charles H. Smith**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172508**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Marilyn H. Smith, P.R. Of the Estate Of Donald R. Smith**

**Clm No 172509**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Margaret Mae Smith, P.R. Of the Estate Of Lloyd R. Smith**

**Clm No 172510**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Barbara Snyder, P.R. of the Estate Of Ronald Snyder**

**Clm No 172511**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Tiffany Lindsey, P.R. Of the Estate Of Deborah L. Sorrell**

<u>Clm No 172512</u>    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sharon Spangler, P.R. Of the Estate Of Charles M. Spangler**

<u>Clm No 172513</u>    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Virginia A. Spangler, P.R. Of the Estate Of Frank B. Spangler**

<u>Clm No 172514</u>    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Charlotte Spencer, P.R. Of the Estate Of Richard L. Spencer**

**Clm No 172515**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Linda D. Miller, P.R. Of the Estate Of Ray Spoonire**

**Clm No 172516**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Stefanie Stefanski, P.R. Of the Estate Of John D. Stefanski, Ii**

**Clm No 172517**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Darrell L. Sterling, P.R. Of the Estate Of Thomas Sterling**

Clm No 172518    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Frankie L Stone**

Clm No 172519    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gail P. Stone, Surviving Spouse Of William Y. Stone, Sr**

Clm No 172520    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dorothy Marie Stumpf, P.R. Of the Estate Of John J. Stumpf, Jr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Glory Ann French, P.R. Of the Estate Of Fredrick C. Swope**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**P.R. Pending Estate of  Arthur Taylor**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Wanita E. Litsinger, P.R. Of the Estate of Howard K. Taylor**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Nikelle Tucker, P.R. Of the Estate of Stanley W. Taylor**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Regina J. Darden, P.R. of the Estate of Thelma Taylor**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joel C. Tedder Jr., P.R. of the Estate of Joel C. Tedder**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rita Tepperman, P.R. Of the Estate of Morton A. Tepperman**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Betty V. Brewer, P.R. of the Estate of Arline Theofiles**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Preston T. Thomas, Surviving Spouse of Barbara A. Thomas**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carmel A. Thomas, P.R. of the Estate of Joseph W. Thomas**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Debbie Thomas, P.R. of the Estate of William H. Thomas, IV**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Deloris Floyd, P.R. of the Estate of Alfred Thompson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Theresa H. Tockash, P.R. of the Estate of Michael J. Tockash**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kai Ann Petry, P.R. of the Estate of Ragner Tougjas**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172535**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William E. Trammell Jr., For the Case of Clarence L. Trammell**

**Clm No 172536**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Audrey J. Schild, P.R. of the Estate of Ruth W. Trinkle**

**Clm No 172537**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Jeanette M. Trittipoe, P.R. of the Estate of Walter T. Trittipoe, III**

**Clm No 172538**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| **Martha L. Tucker, Surviving Spouse of Frederick L. Tucker** | **Clm No 172539** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Samuel C. Tucker, P.R. of the Estate of Marilyn G. Tucker** | **Clm No 172540** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Tina Aphin, For the Case of Jerry W. Turbeville** | **Clm No 172541** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Laverne Turner, P.R. of the Estate of George Turner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172542**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Calvin Turner, For the Case of Lester Turner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172543**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Donald D Tyson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172544**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Gloria J. Vaughn, P.R. of the Estate of Robert Vaughn**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172545**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Thomas E. Vent, P.R. of the Estate of Jo Ann H. Vent**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172546**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Sherri Brown, For the Case of Lloyd B. Voiles**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172547**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Valerie Parks, P.R. of the Estate of Gale Walker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**P.R. Pending Estate of Roosevelt Walker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Paula M. Manuel, P.R. Of the Estate of Nancy Wallace**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Bettie Tabb Forster, P.R. Of the Estate of Rosemarie Wallace**

**Clm No 172551**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Debbie A. Walpole, P.R. of the Estate of Richard C. Walpole**

**Clm No 172552**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Vivian Starr Walton, P.R. of the Estate of Charles Walton**

**Clm No 172553**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Wilhemina Santiful, P.R. of the Estate of William E. Ward**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172554**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Armand J. Volta, Jr., P.R. of the Estate of Walter W. Watkins**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Patricia C. Weaver, P.R. of the Estate of Jack Weaver**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Hattie L. Webster, Surviving Spouse of Willie Webster**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Marlene Wescoat, P.R. of the Estate of Paul Wescoat**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Claudette Whetstone, P.R. of the Estate of William Whetstone**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Betty S. White, Surviving Spouse of Harvey R. White**

**Clm No 172560**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Maggie R. White, P.R. of the Estate of Phillip I. White, Jr.**

**Clm No 172561**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William H. Williams, P.R. of the Estate of George D. Williams**

**Clm No 172562**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Margaret Williams, Surviving Spouse of John Williams, Sr.**

**Clm No 172563**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Sherry A. Williams, Suriving Spouse of Marvin E. Williams**

**Clm No 172564**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Angela L. Williams, P.R. of the Estate of Thurmon L. Williams**

**Clm No 172565**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

856 of 3075

---

**Tamarah Willingham, P.R. of the Estate of Michael F. Willingham**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172566**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Lula B. Willis, P.R. of the Estate of Bascomb Willis**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Denise Million, For the Case of James Wilson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Frances M. Wilson, P.R. of the Estate of Orie F. Wilson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of William R. Wilson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Richard W. Wiltraut**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert W. Windsor, P.R. of the Estate of Woodrow W. Windsor**

**Clm No 172572**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dorothy Wyatt, P.R. of the Estate of Walter W. Womble**

**Clm No 172573**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charlene S. Woods, P.R. of the Estate of Donald R. Woods**

**Clm No 172574**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**G. Daniel Arnold, P.R. of the Estate of John G. Workman**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172575**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Linda W. McPeters, For the Case of Helen L. Wyatt**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Lela Wyatt, Surviving Spouse of Howard Wyatt**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Sloan, For the Case of Clovis E. Yates**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rose Anne Young, P.R. of the Estate of Harry L. Young Sr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Ruth A. Zaun, P.R. of the Estate of William F. Zaun**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joyce Zelinski, P.R. of the Estate of Robert E. Zelinski**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Renae B. Ziegler, P.R. of the Estate of Harry Ziegler**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kyriacou Kacoyianni, P.R. of the Estate of Neophetos Kacoyianni**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kelly J. Bechdel, P.R. of the Estate of Harry Kaetzel**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172584**      Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Nancy Kane, P.R. of the Estate of Robert Thomas Kane**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172585**      Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Jodi K. Kern, P.R. of the Estate of Richard Kassin**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172586**      Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**P.R. Pending Estate of Patrick J. Kearns**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Mary Keller, P.R. of the Estate of Russell W. Keller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**P.R. Pending Estate of Joseph P. Kelly**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Ruth F. King, Surviving Spouse of Elmer H. King**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Theresa A. Kistner, P.R. of the Estate of Joseph A. Kistner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Charles Martin, P.R. of the Estate of Milton J. Kolodziej**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Patricia E. Kramer, P.R. of the Estate of Henry Kramer**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sandra Hopkins, P.R. of the Estate of Daniel W. Kreiner**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Kurt G. Krouse, P.R. of the Estate of Donald J. Krouse**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Barbara Harka, P.R. of the Estate of Stephen P. Lakits**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Arlene Lane, P.R. of the Estate of Neil S. Lane**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Terry Lawson, For the Case of Michael J. Lawson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Patricia Radford, P.R. of the Estate of Eugene Lay**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value |            |

---

**Tammy Elliott, For the Case of Floyd H. Leach**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value |            |

---

**Lena B. Lee, P.R of the Estate of Simpkin Lee**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value |            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kathleen B. Leese, P.R. of the Estate of Earl L. Leese**

**Clm No 172602**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Stephen G. Legradi, Jr., P.R. of the Estate of Stephen G. Legradi**

**Clm No 172603**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Dottie W. Leonard, P.R. of the Estate of Charles J. Leonard**

**Clm No 172604**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carole A. Bellhorn, P.R. of the Estate of Joseph S. Lesko**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Janice Lewis, P.R. of the Estate of Ruth M. Lewis**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Patricia A. Logsdon, P.R. of the Estate of Michael Logsdon**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172607**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

870 of 3075

---

**Helen Long, For the Case of Thomas I. Long**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Julie Lovrinic Smith, P.R. of the Estate of Kathleen B. Lovrinic**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Bonnie L.F. Lennox, P.R. of the Estate of Mary Lowe**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Marcus J. Lucas, P.R. of the Estate of Wade Lucas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Maria Luciani, P.R. of the Estate of Raffaele Luciani**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Margarita Lopez, P.R. of the Estate of Narcisco Lugo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anthony B. Lukasavage, P.R. of the Estate of Anthony G. Lukasavage**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

---

**June E. Mabry, P.R. Of the Estate Of Willard M. Mabry, Sr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

---

**P.R. Pending Estate of Ruby Mack**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**P.R. Pending Estate of Donald D. Mackenzie**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172617**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Russ Robinson, III, P.R. Of the Estate Of Laura Magaha**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172618**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Dorothy Ann M. Singletary, P.R. Of the Estate Of George Major**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172619**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Steven Cutsail, P.R. Of the Estate Of Elmer Maney**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Betty L. Manning, P.R. Of the Estate Of Howard W. Manning**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas J. Manning, P.R. Of the Estate Of Thomas J. Manning**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Linda Maples, Suriving Spouse Of James C. Maples**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**P.R. Pending Estate of James A. Marol**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172624**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Nathaniel Thomas, P.R. Of the Estate Of Arlee Marshall**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Montrell Spence, P.R. Of the Estate Of Karl B. Marshall**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Deborah J. Martin, P.R. Of the Estate Of Ray A. Martin**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**P.R. Pending Estate of Herbert Massie**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Marian L. Stumpf, P.R. Of the Estate Of Henry A. Mast**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Mary L. Brooks, P.R. Of the Estate Of James M. Matsago**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Ola B. Mauk, Surviving Spouse Of Edward R. Mauk**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Deborah A. Azzarello, P.R. Of the Estate Of Billy May**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Linda May, P.R. Of the Estate Of Morris A. May**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Gwendolyn Mayo, P.R. Of the Estate Of James J. Mayo**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Claretha McAllister, P.R. Of the Estate Of James Mcallister**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Lolita A. McClain, P.R. Of the Estate Of William D. Mcclain**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Linda A. McClung, P.R. Of the Estate Of Frederick R. Mcclung**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172637**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Cynthia Jill Gilliam, For the Case of Jack Mcconnell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172638**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Anita McCurley, P.R. Of the Estate Of Patrick G. Mccurley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172639**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Kenneth McDaniel, P.R. Of the Estate Of Larry McDaniel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172640**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Margaret S. McGee, Surviving Spouse Of Bud D. Mcgee**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172641**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Margaret A. Saffran, P.R. Of the Estate Of William Mclaughlin**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172642**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Audrey D. McNew, Surviving Spouse Of Kenneth N. Mcnew**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172643**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Ralph E. Meade, P.R. Of the Estate Of Warren G H. Meade**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Doris Medley, Suriving Spouse Of Lemuel L. Medley**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Marian Meilinger, P.R. Of the Estate Of Frank J. Meilinger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lynda Schrack, P.R. Of the Estate Of George A. Michie**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Mary Congo, P.R. Of the Estate Of Hercules Mikel**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rose W. Preston, P.R. Of the Estate Of Albert Miles**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Deloris Miller, P.R. Of the Estate Of Charles E. Miller, Jr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lillian M. Miller, P.R. Of the Estate Of Charles Miller**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Barbara Miller, P.R. Of the Estate Of John Miller**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Nancy M. Miller, P.R. Of the Estate Of Wayne R. Miller**

**Clm No 172653**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Brenda Lee Misner, P.R. Of the Estate Of Arthur E. Misner**

**Clm No 172654**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ralph Montoney, P.R Of the Estate Of Maureen Montoney**

**Clm No 172655**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Earl Moore, Jr., P.R. Of the Estate Of Earl Moore, Sr**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172656**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Phyllis  E. Moore, Suriving Spouse Of Woody S. Moore**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172657**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Wayne L. Morris, Sr., P.R. Of the Estate Of Warren Morris**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172658**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**Peter J. Manning, P.R. Of the Estate Of Charles Morrison**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Carole Morsberger, P.R. Of the Estate Of Ronald Morsberger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kenneth R. Mory, P.R. Of the Estate Of William D. Mory, Sr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Ruth Mulligan, P.R. Of the Estate Of Ralph J. Mulligan**

**Clm No 172662**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carolyn Snow, For the Case Of Ray Mullins**

**Clm No 172663**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Vivian Mullins, Surviving Spouse Of Samuel D. Mullins**

**Clm No 172664**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Doris V. Mundy, P.R. Of the Estate Of Walter D. Mundy**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**John Edward Munnelly, P.R. Of the Estate Of John Munnelly**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rachel L. Sutphin, P.R. Of the Estate Of James Narrington**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Keirsten Johnson-Nelms, For the Case Of John R. Nelms**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172668**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Eleanor H. Nichols, P.R. Of the Estate Of Donald L. Nichols**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172669**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Mark C. Nichols, P.R. of the Estate Of Robert A. Nichols**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172670**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Elizabeth Niess, P.R. Of the Estate Of John S. Niess**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Arnstein Nordaas, P.R. Of the Estate Of Betty L. Nordaas**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Melanie Daly, P.R. Of the Estate Of James Norfolk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Mildred G. Norris, P.R. Of the Estate Of Willie E. Norris**

**Clm No 172674**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Edna M. Norton, Surviving Spouse Of Beach C. Norton**

**Clm No 172675**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Judy S. Norton, Surviving Spouse Of John W. Norton**

**Clm No 172676**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Allen R. Sadler, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jessie Salinaz, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Samuel B. Salvero**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Levern Samuel**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Dennis W. Sandidge**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Joseph J. Sandruck**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

895 of 3075

---

**Joseph P. Sauder**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roland W. Scheppske, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ed Schimunek**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles R. Schlimm**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Michael J. Schlitz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Calvin H. Schoeberlein**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kimberly A. Schulz**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Glenn T. Scott**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Darel C. Schwartz**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Malcolm R. Scott**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sheila Scott**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roger L. Seiber**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William S. Seig**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gertie Session**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Eston D. Shaffer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Robert L. Shifflet**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172698**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Anthony Shifflett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172699**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Wilbert Tyrone Shifflett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172700**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

901 of 3075

---

**Norman L. Shoemaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William Shoup**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carl M. Shrieves**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Thurman H. Shuler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Donald C. Siekierka**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Paulette Sigulinsky**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Vance Simms**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jasper T. Simpson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert Henry Sines**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Isaac Singleton**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William Sirbaugh**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Victor M. Sisolak**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Gary W. Sizemore**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Peter F. Skrapits**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ronnie L. Smalls**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John J. Smialkowski, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Allen B. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carla M. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Charles D. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Charles E. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Dana B. Smith, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Eugene H. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Evelyn Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Harry Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joan Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Ray L. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**William A. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William R. Smith**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Richard Sommer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**David L. Southerland, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Spearman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172731**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David D. Spears**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172732**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James Speight**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172733**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

912 of 3075

---

**Leonard Spence**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Peter Stankiewicz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gary Starnes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Christopher L. Steele**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Walter Stem**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert Sterling**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Timothy Stevens**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Daniel E. Stinchcomb, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John W. Stinnett, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Thomas Stocklem**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

**Odell W. Stokes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

**Charles Stowers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Howard N. Strange**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172746**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Gary W. Strauss**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172747**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Walter L. Strawser**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172748**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Michael G. Sudal**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172749**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Charles E. Swaim**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172750**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Robyn Swartz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172751**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Darrel F. Swauger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172752**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Anthony J. Swede**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172753**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert A. Swiecicki**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172754**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lawrence D. Swinburn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172755**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gary E. Swindell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172756**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James P. Orfield**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172757**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Wilson Ornduff**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Dexter K. Orrick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Henry E. Outlaw, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

Garlock Sealing Technologies LLC, et al.

*Claims Details*

---

**Tommie Outman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Anna T. Owens**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**George F. Owens**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

922 of 3075

---

**Jerome Patterson, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Luther C. Patterson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James A. Payne**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

923 of 3075

---

**Curtis E. Peace, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Melvin H. Peake**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Debra Pedrick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Michael E. Pell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Winston Pemberton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James E. Peoples**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**              **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**James T. Perry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172773**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Reno J. Pesaresi**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172774**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**John Peters**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172775**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Earl Pettie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Frank J. Pettie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Billie Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Homer H. Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard L. Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Tommie E. Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Tommy Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172782**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Wayne Phillips**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172783**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Robert A. Piccione**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172784**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

929 *of* 3075

---

**James Pierce, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Robert I. Pindell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Doris Pitsnogle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jay Pittenger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172788**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Stanley Poole**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172789**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Charles A. Porter**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172790**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Powell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul J. Powell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elmer C. Price, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert L. Price**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James T. Pruss, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donald J. Pulley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

933 of 3075

---

**Jacqueline Quickley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roy L. Rafter**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Woodard Rains**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Gene A. Ramey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William R. Rankin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172801**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Anderson C. Raub**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172802**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gerald A. Rawlings**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172803**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Donald G. Ray**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172804**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William N. Raynor**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172805**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Frank J. Recker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172806**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Patricia M. Redemann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172807**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John Redin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172808**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jack E. Redman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sandra Reese**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Willie Richardson, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Tyrone Richburg**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172812**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**John J. Ridenour**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172813**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Ronnie L. Ridenour**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172814**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William L. Rider**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Helen Ringer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Julia Ripka**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Kenneth R. Ritchie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Marion Rivers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Billy J. Robbins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Daniel K. Robinette**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carl W. Rogers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dana Rogers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Charles T. Romanisko**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172824**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Douglas B. Rose**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172825**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Willie D. Rose, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172826**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

943 of 3075

**Charles Rowlette, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Austin Rudy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Jerry E. Rumley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

944 of 3075

---

**Jeffrey C. Russell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Willard Rutherford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Raymond C. Wolford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Walter L. Womack**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard C. Wood**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert W. Wooddell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frederick E. Woodland, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 5-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value|            |

---

**Frederick Woodley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 5-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value|            |

---

**Beverly Woodridge**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed      | 5-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value|            |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lee E. Woods**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jonathan P. Worley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William Wright**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**William Yankowy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Billie Young**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Jerry D. Young**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rex A. Young**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Shirley M. Young**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Barry Youngbar**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

950 of 3075

---

**James J. Youngkin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Richard Zaicko**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**William A. Zarnon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James H. Zellers, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172851**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Raymond J. Zeiler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172852**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Stephen V. Zeiler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172853**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James W. Ziegenfus**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172854**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Melvin C. Williams, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172855**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rosemary E. Williams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172856**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sheila P. Williams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley A. Williams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Roger Williamson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172859**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Harold R. Wills**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Elbert Wilson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Gary L. Wilson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Paul Wilson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172863**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Vada Wilson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172864**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gregory A. Wireman**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 172865**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Larry Wishop**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Bernard Wodarczyk**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John A. Wolff, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172868**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Charlotte M. Weems**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Cecil D. Welch**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Clifton Wells**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Thomas A. Welsch**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Edward F. Wenker, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Marlin A. Wert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Glenn E. Westfall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**George E. Whitaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Charles White, III**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed        | 5-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  |            |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

## Claims Details

**James E. White**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172878**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Joan White**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172879**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley White**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172880**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed       5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**William E. Wilkins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Donald H. Williams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172882**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James L. Williams, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Mary Williams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Dewey Waldrop**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Steve G. Wargo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Quincy Waters**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172887**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William Waters**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172888**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dudley D. Watford**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172889**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Claud Watson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jimmy A. Watson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lawrence E. Watson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rodney Watts**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Eddie W. Way**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Charles M. Weaver**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William J. Weber, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 172896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Dawn Abbott**
11267 Cloverhill Circle East
Jacksonville, FL 32257

**Clm No 172897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Constance Abbott**
67 Tampa Street
Lewiston, ME 04210

**Clm No 172898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
601 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Abel**
8534 Arpin Sherry Road
Arpin, WI 54410

**Clm No 172901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Hortensia Abella**
3408 Sunrise Villas Court South
Tampa, FL 33614

**Clm No 172902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Stanley Abernathy**
117 Jennings Lane
Sikeston, MO 63801

**Clm No 172904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Robert Abrams**
RR 5
Salem, MO 655560

**Clm No 172905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ruth Absher**
4365 NE 131 Lane
Anthony, FL 32617

**Clm No 172906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eva Accarpio**
266 Savage Hill Road
Berlin, CT 06037

**Clm No 172907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Ackerman**
1087 Norton Road
Berlin, CT 06037

**Clm No 172908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Raymond Ackerman**
6032 Warwick Hills Way
Banning, CA 92220

**Clm No 172909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Honore Acosta**
9374 Wild Lariat Avenue
Las Vegas, NV 89178-5522

**Clm No 172910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Adair, P.A., Cindy**
814 West Lantana Road
Suite 3
Lantana, FL 33462

**Clm No 172912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Etheridge Adams**
5341 Taylor Road
Lutz, FL 33558

**Clm No 172913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cynthia Ann Adams**
222 Norcross Street
Manchester, NH 03109

**Clm No 172915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Larry Adams**
516 Riverfron Drive
Bullhead City, AZ 86442-6202

**Clm No 172917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Adams**
PO Box 64731
Gary, IN 46401

**Clm No 172918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Monica Adamson**
19625 NW 9th Avenue
Miami, FL 33169-3142

**Clm No 172919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kathleen Powers**
261 Vineland Avenue
E. Longmeadow, MA 01028

**Clm No 172920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**James Agness**
3310 Cook Creek Road
Russellville, AL 35654-0000

**Clm No 172923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Algro**
2211 North 57 Terrace
Hollywood, FL 33021

**Clm No 172924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margarete Aguiar**
6937 County Road 575
Bushnell, FL 33513

**Clm No 172925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Vernon Ahles**
7611 North Circle Drive
Wisconsin Rapids, WI 54494

**Clm No 172926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Aisenbrey**
3005 North Crow Road
Ronan, MT 59864

**Clm No 172928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

---

*Claims Details*

**Linda Marcum**
2050 Garden Springs Drive
Apt 1007
Lexington, KY 40504

**Clm No 172929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Akins**
4244 Van Buren Street
Gary, IN 46408

**Clm No 172930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Maureen Alaimo**
3 Poole Street
Pittston, PA 18640-7982

**Clm No 172932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Micheal Alb**
7926 Delmar Avenue
Hammond, IN 46324-0000

**Clm No 172933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Phyllis Albert**
609 Lincoln Street
Rock Falls, IL 61071

**Clm No 172935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olanthus Albert**
5013 South 21st Place
Phoenix, AZ 85040

**Clm No 172936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Alberti**
11984 Rosetree Terrace
Boynton Beach, FL 33437

**Clm No 172937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Dorothy Alexander**
191 Rockspring Road
Warrior, AL 35180

**Clm No 172940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Dona Townsend**
PO Box 15074
Panama City, FL 32406

**Clm No 172941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Walter Alexander**
6630 Rhode Island Avenue
Hammond, IN 46323

**Clm No 172944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Andrew Alexandrovich**
3617 N. Standard
Spokane, WA 99207-0000

**Clm No 172945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Jean Alexis**
40645 South Rhodes Avenue
Chicago, IL 60628

**Clm No 172946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

983 of 3075

---

**Ruth Alfonso**
11021 NW 2nd Avenue
Miami Shores, FL 33161

**Clm No 172947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Aliotta**
9353 SW 94th Loop
Ocala, FL 34481

**Clm No 172948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Allan**
1321 West Falls Avenue
Kennewick, WA 99336

**Clm No 172949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Allen**
348 Iywood Lane
Naples, FL 34112

**Clm No 172954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillie Allen**
700 Hamilton Street
Thomasville, AL 36784

**Clm No 172955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Carl Allen**
301 E. Chapel Road
Pocatello, ID 83201

**Clm No 172956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Marjorie Allion**
9521 E. Briar Court
Inverness, FL 34453

**Clm No 172957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Larry Allport**
40 Arrow Head Ct.
Dahinda, IL 61428

**Clm No 172958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Allyn**
91 Flanden Road
Bethlehem, CT 06751

**Clm No 172960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Allyn**
5375 Harvest Drive South
Lafayette, IN 47905

**Clm No 172961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Kenneth Almeroth**
1262 N. Linden Avenue
Palatine, IL 60074

**Clm No 172962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Nancy Alpino**
6 Hummingbird Lane
Aliso Viejo, CA 92656

**Clm No 172963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Claytea Alston**
84 Lawrence Street
New Haven, CT 06511

**Clm No 172964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jean Altobello**
165 Fairwood Drive
Pembroke, MA 02359

**Clm No 172966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Alvarado**
120 SE 5th Avenue
Apt # 237
Boca Raton, FL 33432

**Clm No 172967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**joseph Alves**
383 Catherine Street
Bridgeport, CT 06604

**Clm No 172969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Amari**
1 Richardson Street
Woburn, MA 01801-5534

**Clm No 172970**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Ambrose**
461 Cook Avenue
Meriden, CT 06451-6240

**Clm No 172972**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Amie**
1000 Maenpah Street
Las Vegas, NV 89106

**Clm No 172973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**Frances Amore**
520 South Easy Street
Sebastian, FL 32958

**Clm No 172974**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Louise Anders**
P.O. Box 192
Twin Bridges,Mo 59754

**Clm No 172975**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan Andersen**
5302 Avenue
West Haven, CT 06516

**Clm No 172976**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

994 of 3075

---

**Gene Anderson**
1521 Clyde Avenue
Wisconsin Rapids, WI 54494

**Clm No 172980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lawayne  Anderson**
83125 1/4 street
Chetek,WI 54728-5821

**Clm No 172981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Ann Anderson**
2556 Mendon Road
Cumberland, Ri 02864

**Clm No 172982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary Anderson**
7172 Timber Drive
Apt #140
Greenville,Mi 48830

**Clm No 172983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 172984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Anderson**
8901 Big Bear Pines Ave
Las Vegas ,NV 89143

**Clm No 172985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

996 of 3075

**Mary Anderson**
1650 SW 124 Terrace
Apt# D-108
Pembroke Pines,FL 33027

**Clm No 172986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anderson,Irene**
N 3382 Country P, Landysmith,
Wi 54848

**Clm No 172987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Anderson**
14058 Sundance Drive
Huntley ,IL 60142

**Clm No 172988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Sharon Anderson**
7823 Walnut Avenue
Hammond, IN 46324-0000

**Clm No 172989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bunice Anderson**
5017 West 7Th Avenue
Hammond,IN 46406-0000

**Clm No 172990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 172991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dorothy Andrews**

5201-9th street North St. Petersburg  FL, 33703

**Clm No 172992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Iavalle, Paula**

P.O. Box 335, North Berwick
Me 03906

**Clm No 172993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Andrews**

451 SE 15Th Avenue
Pompano Beach
FL 33060

**Clm No 172994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Walter Andrews**

2543 S. 25th w., Lebanon

IN 46052-9748

**Clm No 172995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dwight Andrews**

65243 Crawford Road

Pearl River, LA 70452

**Clm No 172996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dana Andrews**

19072 Florida Street

APT#9

Hunnigton Beach Ca,92648

**Clm No 172997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**James Andrysiak**
25637 S 99th Drive
Sun Lakes, AZ 85248-6703

**Clm No 172998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joan Angyalfy**
P.O. Box 1974
St.Augustines
FL 32085

**Clm No 172999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arline Aniello**
19 High Tower Drive
South Windsor
Ct 06074

**Clm No 173000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Barbara Ankley**
2645 North Evergreen Avenue
Waukegan, IL 60087

**Clm No 173001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Anschuetz**
5501 47th North Kenneth City
FL, 33709-0000

**Clm No 173002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Antholz**
27567 Country Road M,
Daolores ,CO 81323

**Clm No 173003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Brockman, Penny**
W1731 Lau Road
Kaukauna ,WI 54130

**Clm No 173004**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julie Anthony**
5302 West harris
Chicago, IL 60644

**Clm No 173005**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 173006**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Estell Apperwhite**
53 Rockwell Street
Boston, MA 02124

**Clm No 173007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hyland, Lisa**
4400 17th street
Racune, WI 53405

**Clm No 173008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arambasich Richard`**
26851Westwood Drive
Channahon IL,60410

**Clm No 173009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 173010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite 3800
Miami, FL 33131

**Clm No 173011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Jerry Arbogast**
7901 W. Clearwater #202
Kennewick, WA 99336

**Clm No 173012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Nancy Archibald**
407 Powell Avenue
Clarks Summit, PA 18411

**Clm No 173013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Marie Ardire**
84 Brink Terrace
Palisades Park,NJ 07650

**Clm No 173014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jack Armes**
7630 North fox Hollow Road
Bloomigton, IN 47408

**Clm No 173015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John Armiger**
P.O. Box 127
Tonopath, AZ 85354-0127

**Clm No 173016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**Ernest Armijo**
8709 Sun Avenue
southwest Albuquerque, NM 87121

**Clm No 173017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**Linda Armstead**
P.O. Box 208
Leighton, AL 35646

**Clm No 173018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**james Armstrong**
456 Franklin Pierce Highway
Barrigton, NH 03825

**Clm No 173019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**kenneth Armstrong**
420 Prescott Road ,
Valparaiso, IN 46385

**Clm No 173020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Duncan Armstrong**
129 Delmar Drive,
Boilingbrook,IL 60440-0000

**Clm No 173021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Suzanne Arrowood**
W9616 Country Road F
Antigo, WI 54409

**Clm No 173025**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Geroge Arthur**
P.O. Box 26121
West Haven, CT 06513

**Clm No 173026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Gaye Arthur**
P.O. Box 824
Edgewater FL, 32132

**Clm No 173027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Delmas Arthur**
P.O. Box 26121
West Haven, CT 06513

**Clm No 173028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Vernon Arviso**
636 Hazel Drive
Gallup, NM,87301

**Clm No 173031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Favre, Robert**
38 North maple Avenue
Park Ridge,NJ 07656

**Clm No 173032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Asher**
781 south 575 West
Hebron,IN 46431

**Clm No 173033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lilly Ashley**
10841 SW 158th street
Miami FL,33157

**Clm No 173034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Willie Askew**
88 Willow Brook Road,
Cromwell, CT 06416

**Clm No 173035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Vernell Attaway**
7327 Campflower Road
Youngstown,FL 32466

**Clm No 173037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173038**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Raymond Aubin**
38 Falmouth Drive,
Shelton,CT,06484

**Clm No 173039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Megner,Carol**
17 Hill Street
lakeiville, MA 02347

**Clm No 173040**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theresa**
68 Long Hill Road
P.O. Box #D-185
Middlefield,CT 06455

**Clm No 173041**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roscoe Austin**
4660 Hayes Street,
Gary,IN 46408-3725

**Clm No 173042**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Priscilla Austin**
P.O. Box #379
Parrish, AL 35580

**Clm No 173043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Franklin Austin**
409 West Anderson Court
Crown Point, IN 46307-3030

**Clm No 173045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles Austin**
1219 Park Road
Davenport,WA 99122

**Clm No 173046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Wilhelmine Avery**
8605 Bailey Drive
Clermont, FL34711

**Clm No 173048**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173049**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Avery**
12011 Hemlock Avenue
Brookwood,AL 35444

**Clm No 173050**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Susan Awve**
1419 Lower Forest Court
West Bend,WI 53090-1073

**Clm No 173051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ayers,Margaret**
131 Dark Run Road Lot#141
Elliston,Va 24087

**Clm No 173052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Fern Baca**
1879 Hwy 170
La Plata, NM 87418

**Clm No 173055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173056**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Baccus Estelle**
16945 SE 65th Street
Ocklawaha,FL 32179

**Clm No 173057**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Backman**
155 High Ridge Road
Dingmans Ferry,PA 18328

**Clm No 173059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**John baehr**
4212 North 5th Avenue
Phoenix,AZ 85013

Clm No 173061    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helmut Baer**
1300 Willow Lane,
Schereville,IN 46375

Clm No 173062    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Bailey**
1683 South Main Street
Cheshiire,CT 06410

Clm No 173063    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Nancy Bailey**
5248 SW 92nd Terrace,
Copper City,FL 33328

**Clm No 173064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teresea bailey**
6351 Rook Driverbungstown,
FL 32466

**Clm No 173065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Baillie**
30 Old hawletville Road
Bethel,CT 06801

**Clm No 173067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bair**
2139 Inner Circle
Munster, IN 46321

**Clm No 173068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Martha Baker**
12167 St. Augustines Road
jacksonville, FL 32258

**Clm No 173070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Deborah Baker**
9914 east Ellicotts Street
Tampa, Fl 33610

**Clm No 173071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnny Baker**
92 Sunset beach Drive
Watsonville,Ca 95076

**Clm No 173072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Baker**
3181 Hope Street
Hapeville, GA 30354

**Clm No 173074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Baker**
46 Old US Hwy.50E
Bedford,IN47421

**Clm No 173075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jay Baker**
5974 Old Highway 54
Philpot,KY 42366

**Clm No 173076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Baker**
11701 N. east Drive
Camby,IN 46113-0000

**Clm No 173077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Roger baker**
5657 Hwy 93.S
Whitefish,MT 59937-0000

**Clm No 173078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173079**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Florence Baker**
3110 57th street
Sarasota, FL 34243

**Clm No 173080**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Baldwin,Nancy**
27 Lafayette Gree 7C
Clinton,CT 06413

**Clm No 173081**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**brooks Baldwin**
9159 SE 118 Loop,
Summerfield,FL,34491-1637

**Clm No 173082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

c/o David Jagolinzer, ESQ.
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

c/o David Jagolinzer, ESQ.
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, ESQ.
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Evelyn Ball**
3001 Dawson Stree
Anchorage, AK 99503-3841

**Clm No 173088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George ball**
232 West Lakeview Drive
Loqwll,IN 46356

**Clm No 173089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Geroge Ballard**
27 River Street
Amersbury ,MA 01913

**Clm No 173090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Laura Ballard**
10708 Hyannis Court lot #158
New Port Richey,Fl 34654-1448

**Clm No 173091**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173092**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**will Bankhead**
P.O. Box 48
Sulligent,AL 35586

**Clm No 173093**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**jacqueline Bannon**
541 Foster St
S Windssor, CT 06074

**Clm No 173095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Bannon**
550 Madison Avenue
Peru,IN 46970

**Clm No 173096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Bantel,William**
124 Shore Court Unite#103
N.Palm Beach,FL 33408

**Clm No 173097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Ruth babdora**
1 Rock Road
Farmingham,MA 01701

**Clm No 173099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dorothy Barber**
4047 SE 25th Drive
Okeechobee, FL 34974

**Clm No 173100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris barboni**
70 Oakdale Road
newton center,MA 02459

**Clm No 173102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Eliseo barbosa**
106 Minter Drive
Griffith,IN 46319

**Clm No 173103**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173104**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel barclay**
PO Box #618
Island park,ID 83429-0618

**Clm No 173105**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173106**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irene Barese**
14348 Sandhurst Street
Brooksville,FL 34613

**Clm No 173107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barefield ruth**
1812 Winewood Road
Brimington,AL 35215

**Clm No 173108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Sidney barfield**
505 N. Berthe Avenue,
Panama City, FL 32406

**Clm No 173109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**margaret barker**
9 kelsey Street,
Darien,CT 06820

**Clm No 173110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**carrie barker**
262 SW Jack Glenn
Lake City ,FL32024

Clm No 173112    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Barker**
12130 US 41 south
Gibsonton, FL 33534

Clm No 173113    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James barker**
P.O. Box 486
Townville,Sc 29689

Clm No 173114    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Loretta Barnard**
186 Niantic River Road
Waterford,CT 06385

**Clm No 173116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Barnes**
3747 Carswell Avenue Extension
Waycross, GA 31503

**Clm No 173117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elsie Barnes**
P.O. Box # 827
Bagdad , FL 32530

**Clm No 173119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Barnes**
1633 Cox Street
Southport, FL 32409-1437

**Clm No 173120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barenett, Darryl**
13818 Burks Pkwy
Northport,AL 35475-3461

**Clm No 173122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Barnett**
12 Highfield Drive
Canton,CT 06019

**Clm No 173123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Barnett, Douglas**
847 North Hermitage Unit C
Chicago , IL 60622

**Clm No 173124**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Ardith Barentt**
107 Montieth Street
Joliet, IL 60433

**Clm No 173125**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173126**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Barnhill, Bonnie**
5253 Kayser Mill Road
Baker, FL 32537

**Clm No 173127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**margaret Barrett**
43 Spaford Road
Milton, MA 02186

**Clm No 173130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Barry**
3880 N. Caribou Street
Wasilla, AK 99654-4349

**Clm No 173134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**marion Barsh**
3168 South Peninsula Drive
Daytona Beach, FL 32118

**Clm No 173135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**cecil Barton**
1950 Barton Road
Westville,FL 32464

**Clm No 173138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby barton**
524 Peachtree Lane
Bowling Grenn, KY 42103

**Clm No 173140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**mary Barwick**
5780 Green Acres Drive
Anderson, CA 96007

**Clm No 173141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frank Barys**
48 Jeffery Lane
Newington, CT 06111

**Clm No 173142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bass, James**
16 Mountain view Terrace
Northford, CT 06472

**Clm No 173145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Toini Bassell**
341 Churchill Drive
Newington, CT 06111

**Clm No 173147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Margaret Bates**
1534 Sundbend Falls
San Antonio, TX 78224

**Clm No 173149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Earl  Bates**
5 Paul heights
Southington, Ct 06489

**Clm No 173150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Saull,Melody**
c/o Michael D Horlick
1314 E Venice Avenue
Suite D

**Clm No 173151**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Mary Batson**
126 Congress street
Duxbury, MA 02332

**Clm No 173152**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173153**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Dolores Baudino**
1525 Marquette Road
Joliet, IL 60435

**Clm No 173154**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Baudreau**
11911 66th Street
Lot#103
Largo , FL 33773

**Clm No 173155**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173156**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Janet Bauer**
1518 20th Ave
Elk Mound ,WI 54703

**Clm No 173157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Julius Bauer**
704 Paw Paw Parkway
Westville,IN 46391

**Clm No 173158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**John Bauer**
1407 South 65th Avenue
Eau Claire, WI 54703

**Clm No 173159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173160**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Baumer**
1860 North Cecilia
Green Valley,AZ 85614-0000

**Clm No 173161**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173162**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Norbert Baus**
830 kenyon Street
Cashton ,WI 54619

**Clm No 173163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Baxter**
2913 Wickwire Street
jacksonville, FL 32254

**Clm No 173164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam beam**
15 Old Bedford Farms Road
Killingworth, CT 06419

**Clm No 173168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

**Claims Details**

---

**Beam-Weaver Martha**
404 S. Mulberry Street,
Cherryville,NC 2802

**Clm No 173169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Beard**
432 Palm Way
Gerogetown,FL 32139

**Clm No 173173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Beard**
432 Palm Way
Gerogetown,FL 32139

**Clm No 173174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Bearse**
6208 Travis Road
Tampa,FL 33610

**Clm No 173176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maple Beasley**
50 Beasley Drive
Camden,AL 36726

**Clm No 173177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Bobby Beasley**
157 Carolina Street
P.O Box #221
Mocksville,NC 27028

**Clm No 173178**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jesse Beasley**
1170 Hamlin Chaple Road
Hartford,KY 42347

**Clm No 173179**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Beasley**
2136 W. Minnehaha Street,
Tampa,FL 33064

**Clm No 173180**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Carole Beauchene**
14 Sandusky Road
South Dayton, FL 33064

**Clm No 173181**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Beaudoin**
P.O. Box #2045
Biddeford, MA 04005

**Clm No 173182**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Beaulieu**
16 Tulip Street
Bristol , CT 06010

**Clm No 173183**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Beaulieu Theresa**
63 Kenney St
Forestville, CT 06010

**Clm No 173184**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bryan Beaver**
4313 Lorna Place
Las Vegas, NV 89107

**Clm No 173185**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173186**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jose Becerra**
2304 San Eduardo Avenue
Laredo,Tx 78040-4224

**Clm No 173187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**John Becker**
7223 E. Starla Drive
Scottsdale,AZ 85225-3494

**Clm No 173188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Beckman carl**
117 Franklin Street
Berea,Oh 44017

**Clm No 173189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maureen Bedard**
30 Island View Dr
Tiverton, RI 02878

**Clm No 173192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Patricia Bedell**
8724 Cadler Place
North Tampa,FL 33604-2215

**Clm No 173193**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173194**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173195**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Charles Beeby**
4601 North 56th Lane
Phoenix ,AZ 85031-1609

**Clm No 173196**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Naney Beeman**
315 Gipple Street
Bloomsburg, PA 17815

**Clm No 173197**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Beers**
5370 Saddlebag Lake Road
Lake Wales, FL 33853

**Clm No 173198**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Gaylyn Beesley**
32 Bay Point Road
Center Ossioee,NH 03814-6300

**Clm No 173199**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Josephine Begani**
6419 Berkshire Court
Lisle,IL 60532

**Clm No 173200**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Deborah Sullivan,**
147 Spring Street
Bridgewater, MA 032324

**Clm No 173201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Isadore Behar**
18 hoabrt Pl
Garefield, NJ 07026

**Clm No 173202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michalene behm**
RR 3 Box#188
Harveys lake, PA 18618

**Clm No 173203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Behr**
P.O. Box # 446
venice ,FL 34284

**Clm No 173204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Ralph Behrens**
101 Obtuse Hill Road
Brookfield,CT 06804

**Clm No 173205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie Beissek**
2327 Sisson Drive
La Crosse, WI 54601

**Clm No 173207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Richard Belden**
925 Leonard Drive
Eau Claire, WI 54703

**Clm No 173209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Margaret Beliveau**
230 Blueberry Lane
W. Kingston,RI 02892

**Clm No 173210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Cathy Bell**
30 Iamson Road
Windsor, ME 04363

**Clm No 173211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sammy Bell**
P.O Box #223
Midway,WV 25878

**Clm No 173212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosaline Bell**
8661 E.Delilah Avenue
Mesa,AZ 85208

**Clm No 173213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Bellamy**
3211 Liberty Drive
Crown Point, IN 46307-3030

**Clm No 173215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Bellamy**
915 Lower Pruce Road
Jeffersonville,Ky 40337-0000

**Clm No 173216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Roy Bellante**
135 Blacks Road
Cheshire,CT 06410

**Clm No 173217**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Demora,Susuan**
P.O Box#1333
Pawcatucka,CT 06379

**Clm No 173218**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Belles-Foltz,Lousie**
902 N Palm Drive
Plant City,FL 33563-3949

**Clm No 173219**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Daniel Bellini**
71 Old Farms Place
kensignton,Ct 06037

**Clm No 173220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford bembenek**
1566 brilowski Road
North stevens Point,WI 54481

**Clm No 173222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**David Bemis**
34 Higbie drive
East hartford,Ct 06108

**Clm No 173223**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard,Elizabeth**
6787 Rio Grande Ave
Portage,IN 46368

**Clm No 173224**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173225**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**Amerigo Bendetti**
614 Northland
Pacatello,ID 83201

**Clm No 173226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benedick, Linda**
602 N Salem Road
Ridgefield, Ct 06877

**Clm No 173227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ines Benedicto**
6152 verde Trail N. Apt# B226
Boca Raton , FL 33433-2483

**Clm No 173228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Benke Thomas**
6 Donbush Road
St.Paul, MN 55127

**Clm No 173229**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Williamson, Margaret**
1908 Rosewood Drive
Melbourne Beach,FL 32951

**Clm No 173230**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Dorthy E. Bennett**
P.O. Box #383
Goshen,NH 03752-0383

**Clm No 173231**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Sheila Bennett**
126 Mountain View
East Long Medow,MA 01028

**Clm No 173232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Philip Benoit**
12 Glastonbury Avenue
Rocky Hill,CT 06067

**Clm No 173238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Olive Bentley**
210 Grant Road
Newmarket,NH 03857

**Clm No 173240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Irene Bentley**
115 Glancy Road
barre,MA 01005

**Clm No 173241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mona bentley**
713 Pheasant Run
Sherman,IL 62684

**Clm No 173242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Benton**
13320 Cover Circle,
Anchorage, AK 99515

**Clm No 173243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Theodore Benza**
6570 4th Street
Bloomsburg,PA 17815

**Clm No 173244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Berard**
300 New Dam road
Sanford,ME 04073

**Clm No 173245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louise Berdeaux**
1020 Valley view Drive
Great Falls ,MT 59404

**Clm No 173246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joann Bergland ,olson**
424 High Street
Emmons,MN 56029

**Clm No 173248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lauretta Bergman**
9 Boyden Drive
Foxboro ,MA 02035

**Clm No 173249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**N. Gene Bergstorm**
3561 Valley Road
Pacatello,ID 83201

**Clm No 173250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Migdalia Bernal**
615 West 172nd Street
Suite# 5F
New York, NY 10032

**Clm No 173252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**walter Bernier**
33 White Plains Road
Norwich ,CT 06360

**Clm No 173254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janice Bernier**
56 Theroux Drive
Chicopee,MA 01020

**Clm No 173255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Raymond Berrier**
945 North 200 West
Valparaiso,IN 46383

**Clm No 173256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Berry , Daniel**
117 Cherry Street
Geneva,Ny 14456

**Clm No 173257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Arlene Berry**
50 Aspen way
North Hampton,NH 03862

**Clm No 173258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ronnie Berry**
920472 S. 3430 Road
Chandler,OK 74832

**Clm No 173259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**vernan Berry**
22 Second Street
Barrington,NH 03825

**Clm No 173260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Berry**
1211 E. Lyons Ave
APT#86
Spokane,WA 99208-5171

**Clm No 173261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Fred Berry**
2717 E 21 Place
Gary, IN 46407

**Clm No 173262**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Carl Berry**
1569 Roosevelt Street
Gary,IN 46404

**Clm No 173263**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Berta, Donald**
1756 Carib Lane, Mt
Prospect, IL 60065

**Clm No 173264**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

**John Berta**
6647 Rhode Island
Hammond,IN 46406-0000

**Clm No 173265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Bertino, Michael**
275 W. Elm Street
Coal City,IL 60416-1815

**Clm No 173266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**karen Bess**
1000 Central Avenue
APT#13B
Waycross,GA 31502

**Clm No 173267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Best**
2424 South 1050 east
Lafayette,IN 47905

**Clm No 173269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**kenneth Bethune**
137 Palmetto Drive
Ricon,GA 31326-5112

**Clm No 173270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Floyd Betty**
13285 North walton Road
Pacatello,ID 83202

**Clm No 173271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Richard Bichard**
7257 Plainfield Road
Kimbolton, OH 43749

**Clm No 173274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Cole,Robert**
Law office of Cole&Gilday P.C
P.O. Box # 249
Stanwood, WA 98292

**Clm No 173275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**hester Bickford-Deceased**
6202 Rolling view Drive
Eldersburg, MD 21784

**Clm No 173276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Constance Bicknell**
12 Rutherglen avenue
Providence,RI 02907

**Clm No 173277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Biedenbender**
west 278 South
11005 Fairview Circle Mukwango ,WI 53149

**Clm No 173278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Faith Biederer**
11240 vera Drive
Jacksonville,FL 32218

**Clm No 173279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173280**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Biehle**
920 East Morgan
Kokomo, In 46901

**Clm No 173281**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Bielak**
3221 Maple drive
Highland, In 46322

**Clm No 173282**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

1095 of 3075

---

**Ingrid Bielunis**
274  Bay Road
Hadley ,MA 01035

**Clm No 173283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dora Bigham**
15 Apple Blossom Lane
Danbury,Ct 06811

**Clm No 173284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Billingahm,Mary**
c/o Michael gilbert
1311 North main Street
Crown Point,IN 46307

**Clm No 173286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**vernon Billingsley**
1951 west 13th Avenue
Gary ,In 46404

**Clm No 173287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**veronica Bird**
66 newbury Pl
Riverdale,NJ 07457

**Clm No 173290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*                                                                  1098 of 3075

---

**Vera Birr**                                  **Clm No 173292**    Filed In Cases: 607
1065 North street
neenah,WI 54956                                Class                Claim Detail Amount        Final Allowed Amount

UNS                          $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**c/o David Jagolinzer, ESQ.**                 **Clm No 173293**    Filed In Cases: 607
600 Brickwell Avenue
suite#3800                                     Class                Claim Detail Amount        Final Allowed Amount
Miami, FL 33131
                                               UNS                          $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**c/o David Jagolinzer, ESQ.**                 **Clm No 173294**    Filed In Cases: 607
600 Brickwell Avenue
suite#3800                                     Class                Claim Detail Amount        Final Allowed Amount
Miami, FL 33131
                                               UNS                          $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**kelly Robert**
Kelly Law Office's
21 Franklin Street
Quincy,MA 02169

**Clm No 173296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Bivins**
101 Nicholas Lane
Greenville KY, 42345

**Clm No 173297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Black,Gary**
9 Crandle Drive
Carlisle,PA 17015

**Clm No 173298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**La Don Black**
12419 Highway59 South
Marshall,TX 75672

**Clm No 173299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Black**
13318 Robin Lane
Wheatfield,IN 46392

**Clm No 173300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Eugene Black**
636 County Road 1318
Bardwell,KY 42023

**Clm No 173301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Black**
716 pennsylvania St
Gary,IN 46402

**Clm No 173302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tracey Blackwood**
4000 NW 33rd Avenue
Launderdale Lakes,FL 33309

**Clm No 173303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pete Blair**
P.O Box #72204
Fairbanks ,AK 99707

**Clm No 173305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Blake**
P.O Box #2067
Page,AZ 86040-2067

**Clm No 173306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**William Blakely**
578 Broadway APT#715
Gary.IN 46402

**Clm No 173307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Glen Blanchette**
99 Blackwater Road
Somnersworth,NH 03878

**Clm No 173310**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anita Blanchfield**
7345 Laurel Brook Loop
Casselberry,FL 32707

**Clm No 173311**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marcella Bland**
507 South simpson Street
Mount Dora, FL 32757

**Clm No 173312**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jane Blank**
125 shust Road
Greenfield Township,PA 18407

**Clm No 173313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Mary Blanton**
655 N edgewater
Plant City ,FL 33565

**Clm No 173314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Ann Marie**
105 Jones Street
Wilkes-Barre, PA 18702

**Clm No 173315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**Julis Bledsoe**
13225 Allisonville Road
Fishers,IN 46038-0000

**Clm No 173316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blevins James**
209 River Drive
E. Palatka , FL 32131

**Clm No 173318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Larry Blevins**
2872 Wells Branch,
Grayson,KY 41143

**Clm No 173319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zorn,Dr.Jamie**
28 Lakeshore Drive APT# B2
Farmington, CT 06032

**Clm No 173320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Walter Blocker**
P.O Box #401
Fellsmere,FL 32948

**Clm No 173322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leland Blohm**
P.O. Box #41
Burrows,IN 46916-0041

**Clm No 173323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Plentz, Barbara**
1413 Daytona Avenue
Daytona Beach, FL 32117

**Clm No 173324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Rouleau,Jeanne**
241 Sunrise Road
Davennport,FL 33837

**Clm No 173325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Linda Blue**
326 Sullivan Drive
Savannah ,GA 31406

**Clm No 173326**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Blue, Thomas**
12964 SE Papaya Street
Hope Sound, FL 33455

**Clm No 173327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Blue,Thomas**
17593 Winterhawk Trail
Jupiter,FL 33478

**Clm No 173328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ardythe Bly**
9007 Scarsdale Court Unite A
West Melbourne,FL 33478

**Clm No 173330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**George Blystone**
2770 Hancock Street
Lake Station,IN 46405

**Clm No 173331**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173332**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Buby,David**
12291 70th Street
North Largo,FL 33773

**Clm No 173333**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Shelie bodie**
7900 Whitmire Drive
Pensacola, FL 32145

**Clm No 173334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Kenneth Bodnicki**
2550 S. Ellsworth Road
Unit#551
Mesa , AZ 85209

**Clm No 173335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Edmund Bodwell**
6 Spring Street
Kennebunk, ME 04043

**Clm No 173336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bernice Boehm**
5342 Stafford Circle
Pace,FL 32571

**Clm No 173337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joel Boeldt**
P.O. Box #1305
Leicester,NC 28748

**Clm No 173338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Boguw Dorthy**
Burton M.Weinstein, ESQ
350 Fairfield Ave P.O Box #9177
Bridgeport,CT 06601

**Clm No 173339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Boies**
219 Tennesse Avenue
St.Cloud,FL 34769

**Clm No 173341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ryan,Donna**
41 Edgewood Avenue
Walpole,MA 02081

**Clm No 173342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Osbourne,Tammy**
110 Meaderboro Road
New Durham,NH 03855

**Clm No 173343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Ruth Boles**
22 Putnam Road
Foxboro ,MA  02035

**Clm No 173345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Wendell Bolin**
219 N Ohio Street
Martinsville,IN 46151-0000

**Clm No 173346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Bolmanski**
422 Chautaugua Boulevard
Erie,PA 16511-1113

**Clm No 173348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Bologa**
12352 Talpa Street,
Spring Hill,FL 34608

**Clm No 173349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burns Bolstridge**
74 Crest Drive
Somersworth,NH 03878

**Clm No 173350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bolton-Munach Lorin**
10370 S.Lake vista Circle
Davie,FL 33328

**Clm No 173353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Bon Durant**
31148 Ave Drive West
Bradenton,FL 34207

**Clm No 173354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Barbara Bonacci**
421 Boulevard Avenue
Dickson City,PA 18519

**Clm No 173355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Bonanno**
1 Elaine Street
Bozrah,CT 06334

**Clm No 173356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Irene Bonanno**
20 Newton Court
Weymouth,MA 02191

**Clm No 173357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bond,Vera**
6764 Arrow wood Court
West Jordan,Ut 84084

**Clm No 173358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Irene Bond**
283 Bond Rd
Defuniak Spring, FL 32433

**Clm No 173359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Bone**
2370 Bohler Road Northwest
Atlanta,GA 30327

**Clm No 173362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James Bono**
5417 East Escodio Circle
Mesa,AZ 85206-0000

**Clm No 173364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ruby Booth**
2305 Wimont Avenue
Jacksville,FL 32218

**Clm No 173367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Boquist**
1299 48th Ave#8
East Molinw,IL 61244

**Clm No 173368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Dolores Boquist**
14 Crestview Drive
Coal Valley,IL 61244

**Clm No 173369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Fred Borboa**
3300 West Calle Cisne
Tuscon, AZ 85746

**Clm No 173370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Dennis Borders**
1019 Cypress Avenue
Panama City, FL 32401

**Clm No 173371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Regine Borders**
2178 Horseshoe Cove Road
Waverly, GA 31565-2150

**Clm No 173372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Borem**
3528 East 109th
Crown Point,IN 46307-0000

**Clm No 173374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Carylon Borland**
P.O Box #423
Pinckard,Al 36371

**Clm No 173377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**william Borofsky**
455 Barrack Hill Road
Ridgefield,CT 06877

**Clm No 173378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Hauk,Donna**
35 Marjorie Street
Warcester,MA 01604

**Clm No 173379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerogia Boorman**
C/o Judy Mullis
13320 US Hwy 441 S.E.
Okeechobee,FL 34974

**Clm No 173380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Borynack**
208 Fern Street APT# 312
Wst palm Beach,FL 33401

**Clm No 173381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**kenneth Bosley**
P.O. Box #81
Hunnigton,UT 84528

**Clm No 173382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jessie Boston**
1022 W 11th st
Hobart,IN 46342-0000

**Clm No 173383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Carolyn Boswell**
814 Landon Avenue
Winthorp Harbor,IL 60096

**Clm No 173384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bothwick.JR**
504 River Road APT#3B
Manchester,NH 03104

**Clm No 173386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Bottorff**
817 Whitlock Avenue
Crawfordwille,IN 47933

**Clm No 173387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvia Bouchard**
1309 Alfred Road
Lyman,ME 04002

**Clm No 173389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Norman Boulanger**
180 Country Road
Southampron,MA 01073

**Clm No 173392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Stacia hanover-Bourasso**
1 Blueridge Circle
Stratham,NH 03885-4206

**Clm No 173393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Bousquet**
115 Laurel Hill Avenue
Norwhich ,CT 06360

**Clm No 173394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shoemaker,Dawn**
970 West Keller Street
Hernando,FL 3442

**Clm No 173395**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorene Boutwell**
3841 Cypress Trails Drive
Dawn J. Moore-Daughter
Polk city,FL 33868-9410

**Clm No 173396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Natalie bowen**
249 Williams St
Taunton,MA 02780

**Clm No 173397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Bowers**
726 Birch lane
Paw Paw,MI 49079

**Clm No 173399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Boyd Bowers**
252 east 350 North
Blackfoot,ID 83221-0000

**Clm No 173400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**mary Bowmer**
5704 Norde Drive West
Jacksonville ,FL32244

**Clm No 173401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Boyd**
105 valley Drive
Longwood,FL 32779

**Clm No 173404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Boyd**
7206 Colorado Street
Marriville,IN 46410

**Clm No 173405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lois Boyer**
45 South Green Street
East Stroudsburg,PA 18301

**Clm No 173406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Boyers**
4201 Mountain Rose Avenue
Norht Las Vegas ,NV 89031,3651

**Clm No 173407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Boyington Hust,Donna**
1418 Swarst Fairbanks RD
Monroe,LA 71203

**Clm No 173409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Michael Boyle**
28 Ardmore Street,
Braintreet,MA 02184

**Clm No 173411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Eamonn Boyle**
1338 East Sequoia Drive
Phoeniz,AZ 85024

**Clm No 173412**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173413**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**katie Boyels**
273 New Hope Kokomo Road
Foxworth,MS 39483

**Clm No 173414**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Boyles,Garry**
1605 Raintree Street
Baytown,TX 77520-3661

**Clm No 173415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pat Bozarth**
16855 Old Colonial Road
Bloomington,IL 61704-5957

**Clm No 173416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Opal Bozeman**
5454 Alliance Rd
Marianna,FL 32448

**Clm No 173417**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Joseph Bozich**
5481 Fairview Road
Fond Du Lac, WI 54937

**Clm No 173418**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173419**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173420**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Beulah Bradley**
662 Stanton Street
Mobile, AL 36617

**Clm No 173421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila Bradley**
509 winwood Drive
Cheasapeak, VA 23323

**Clm No 173422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Freeman Bragdon**
3880 Connecticut Street
Gary,IN 46409

**Clm No 173424**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Bragg**
9315 W. Marquette Lane
Crystal River,FL 34428-0000

**Clm No 173425**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173426**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**May Brandt**
2804 Prarie Iris Drive
Land O Lakes,FL 34638-7212

**Clm No 173428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Branham-Pope Deidre**
202 Silverfox Drive
Louisa,KY 41230

**Clm No 173429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Michale Branham**
18801 Oakwood
Country Club Hills,IL 60478

**Clm No 173430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edna Branson**
1725 Sycamore Drive
Wasco,Ca 93280

**Clm No 173431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Brant**
403 Rockwood Street
La Porte, IN 46350

**Clm No 173432**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Carolyn Bentley**
5331 HWY 10
Monetvallo,AL 35115

**Clm No 173433**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bill Brasell**
165 Scenic Valley Road #43
Kerrville,TX 78028-7931

**Clm No 173434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Coupland,Linda**
1140 Long Leaf Lake Drive
Bessemer,AL 35022-4345

**Clm No 173435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Catherine Braswell**
304 Kenwood Cirlce
Gadsden,AL 35904

**Clm No 173436**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Braver**
310 North Airport Road
New Smyrna Beach,FL 32168

**Clm No 173437**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Arnold Breitbach**
6507 East Paradise Drive
Scottdale ,AZ 85254

**Clm No 173438**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Elizabeth Brennan**
2 School st .P.O box #605
Albion,RI 02802

**Clm No 173439**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Noreen Brennan**
15 South medown Road
East Longmedow,MA 01028

**Clm No 173440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Merle Brent**
P.O. Box #223
Ulm,MT 59485-0223

**Clm No 173441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Norma Breshears**
270 Tatum Salt Dome Road
Lumberton ,MS 39455

**Clm No 173442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Richard Breske**
7152 Savoy Court
Seminole,FL 33776

**Clm No 173443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Walter Breslin**
1551 Fieldbrook Street
Henderson,NV 89052-0000

**Clm No 173444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Carol Bressette**
397 Main Street
Hampden,MA 01036

**Clm No 173445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Virginia Bressler**
202 Leda Circle
Taylor,PA 18517

**Clm No 173446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Clarence Brethauer**
130 Penrose Lane
Yerington,NV 89447

**Clm No 173447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oneal Brewer**
P.O Box #93
Sheffield,AL 35560

**Clm No 173449**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Billy Brewer**
1935 Greenleaf Drive
Lexington,KY 40505

**Clm No 173451**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Brewer**
P.O box# 91808
Anchorage,AK 99509

**Clm No 173452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Breweur,Edward**
404 Scenic Park Drive
Creve Coeur,IL 61610

**Clm No 173453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Allen Brewster**
28 Poplar Drive
Shelton,CT,06484

**Clm No 173454**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brewton ,Alyce**
C/o Judy Mullis
suite#3800
Miami, FL 33131

**Clm No 173455**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kelly Brey**
2626 West parish Avenue APT#206
Ownesboro,KY 42301-3313

**Clm No 173456**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173457**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brickle,Rose**
400 S.Delaware Street APT#B-2
Butler,MO 64730-2362

**Clm No 173458**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Brickman**
3700 14th Ave Se Unit#172
Olympia,WA 98501-7405

**Clm No 173459**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bridge,William**
P.O. Box#228
Pontaic,IL 61764

**Clm No 173460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Bridge**
2435 Felt Street SP #113
Santa Cruz,CA 95062-5259

**Clm No 173461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Mary Briere**
84 Peckham Road
Little Compton,RI 02837

**Clm No 173463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Donald Briesemeister**
972 South Market
Shakopee,MN 5579

**Clm No 173464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Dennis Brilla**
52 Mounth Vernon Road
Plantsville,CT 06479

**Clm No 173465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Carmella Brillo**
60 Germain Avenue
Quincy,MA 02169

**Clm No 173466**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Payton,Sonya**
11909 Black Peak Drive
Cotpus Cristi,TX 78410

**Clm No 173467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Trudy Brinkman**
2 Tamarack Drive
South Berwick,ME 03908

**Clm No 173468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Curley Briscoe**
4321 West 22nd plaza
Gary,IN 46404

**Clm No 173469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Alan Bristol**
107 General Hardee Way
Blufton,SC 29909

**Clm No 173470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173471**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

1158 of 3075

---

**Britt,Page**
359 Burks Lane
Tallahassee ,FL 32304

**Clm No 173472**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173473**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Roger Britten**
8245 Wilkinson Road
Drummond,WI 54832

**Clm No 173474**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Steve Brkovich**
16219 Druham street
Fort Myers, FL 33908

**Clm No 173475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Broadwater**
8542 Cross Timbers Drive West
Jacksonville,FL32244

**Clm No 173476**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brochu,Adrienne**
34 Birch Mill Trail
Essex ,CT 06426

**Clm No 173477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Sandra Broker**
c/o Stacey Coker
2566 Shauna Drive
Montgomery,IL 60538

**Clm No 173481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Liane Bromberg**
4 Delia Walker Avenue
S.Weymouth,MA 02109

**Clm No 173482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brookman,Carolyn**
1079 Pecan Grove Place
Lawrenceville,GA 30045-5517

**Clm No 173483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Franklin Brooks**
3 Anita Avenue
Waterford,CT 06385

**Clm No 173484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Hurley,Jeanie**
3039 W. Morrow Drive
Phoenix ,AZ 85027

**Clm No 173485**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173486**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kathryn**
3100 North East 49 Street APT#805
Ft Lauderdale,FL 33308

**Clm No 173487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**william Broughton**
569 Great Swamp Road
Glastobury,CT 06033

**Clm No 173489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis brown**
7156 Enterprise Drive
Las Vegas ,NV 89147

**Clm No 173491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brown,James**
1546 Mosslake drive
Desoto,TX 75115-7710

**Clm No 173492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*                                                                                                   1165 of 3075

---

**Rickey Brown**                                      **Clm No 173493**    Filed In Cases: 607
301 West Sterrett Street
Columbiana, AL 35051                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Helen Brown**                                       **Clm No 173494**    Filed In Cases: 607
428 Shore Dr
Palmygra,WI 53156                          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Walter Brown**                                      **Clm No 173495**    Filed In Cases: 607
91 South Main street
East Grandby,CT 06026                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Willie Brown**
P.O Box #891
Quitman,GA 31643

**Clm No 173496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**brown,bernice**
2901 N.W. 183rd street
Miami Gardens,FL 33056

**Clm No 173497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173498**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Bernardine Brown**
5515 S.Nordica Avenue
Chicago,IL 60638

**Clm No 173499**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173500**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Yvonne Brown**
2200 Pratt Drive
Mobile,AL 36605

**Clm No 173502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thelma Brown**
3808 Boardwalk Place#248
Ruskin,FL 33570

**Clm No 173503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Georgia Brown**
102Lewis Drive
Hueytown,AL 35023

**Clm No 173504**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**betty Brown**
943 21St Street
South St,Petersburg,FL 33712

**Clm No 173505**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brown-Biven,Claretha**
31401 Jessie Road
Spanish fort ,AL 36527

**Clm No 173506**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173507**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**samuel Brown**
1615 Ferndell Road
Orlando,FL 32808

**Clm No 173508**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Elbert Brown**
16285 S.E 62nd place
Ocklawaha,FL 32179

**Clm No 173509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Hollis Brown**
7495 west Charlston Blvd Apt#63
Las Vegas ,NV 89117

**Clm No 173510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**James Brown**
10E. Hawthorne Pkwy,APT#201
Vernon Hills,IL 60061

**Clm No 173511**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Brown**
2031 gardner Road
Hamilton,OH 45013

**Clm No 173512**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Brown**
P.O. Box #2267
Gary,IN 46409-0000

**Clm No 173513**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Elmer Brown**
P.O. Box #241
Smithton,PA 15479-0241

**Clm No 173514**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Hattie,Brown**
P.O Box # 494
Columbian,AL 35051

**Clm No 173516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**James Brown**
1101 NE 14th Avenue
Gainesville,FL 32601,4562

**Clm No 173517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**David brown**
1208 North Lee Street Lot #105
Leesburg, FL 34748

**Clm No 173518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**james Brown**
355 Coe Avenue APT# 153
Meriden,CT 06451

**Clm No 173519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**kenneth Brown**
1284 Upland Drive
Sandpoint, ID 83864

**Clm No 173520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Browning**
520 Weeping Willow Lane
St. Augustine, FL 32080-7143

**Clm No 173522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Betty Brownwell**
1437 peak Road
Westville,FL 32464

**Clm No 173523**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Brubacher**
1925 wren Drive
Munster,IN 46321

**Clm No 173524**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonnne Brubaker**
811 Meadowood Blvd
Madioson,OH 44057-2913

**Clm No 173525**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**alfred Bruce**
15 Livingston Road
Gilbertsville,KY 42044

**Clm No 173527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fris Elizabeth**
409 Douglas Street
Joliet,IL 60435

**Clm No 173528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Patricia brundle**
c/o Pattie Brundle
1484 Walnut Drive
Salt lake city,UT 84116

**Clm No 173529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jane Brunelle**
3309 US-19-S lot#207
Perry,FL 32348

**Clm No 173530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Galen Bruscia**
8965 SW 157th street
Palmetto Bay,FL 33157

**Clm No 173532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Brusda**
3642 South 90th street
Milwaukee,WI 53228

**Clm No 173533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles brush**
p.o. box# 1004
Flora vista,NM 87415

**Clm No 173534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Floyd Bryan**
2818 Ahbury Road
Manchester,TN 37355-0000

**Clm No 173535**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Bryant**
3517 Sharon Blvd.
Quinton,AL 35130

**Clm No 173536**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Delmar Bryant**
5839 Hicks Road
Ashland,KY 42462

**Clm No 173537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Michele Brynelsen**
2720 Colonial Drive
Elgin,IL 60124

**Clm No 173538**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173539**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**karren Bryson**
13249 Tall Pine Circle
Fort Myers,FL 33907

**Clm No 173540**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Nicholas Bua**
138 center brook Road
Hamden, CT 06518

**Clm No 173541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00


**Juanita Buchanan**

Waverly, KY 42462

**Clm No 173542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00


**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173543**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Bucher**
6444 Gracely Drive
Cincinnati,OH45233

**Clm No 173544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harley Buchholz**
820 Spence
Green Bay,WI54304

**Clm No 173545**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**kathleen Buck**
8178 Sturbridge Court
Weekiwachee,FL 34613

**Clm No 173547**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jonah Buck**
p.o box#1396
Church Rock ,NM 87311

**Clm No 173548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Anna Buckeles**
2120 Jungle Road
New Smyrna Beach, FL 32168

**Clm No 173550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Buckland**
766 Wolcott hill Road
Wethersfield, CT 06109

**Clm No 173551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pamela Buckley**
104 Leeds Junction Road
Leeds, ME 04263

**Clm No 173552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Josalyn langh**
1084 E 36th Ave
Gary,IN 46409

**Clm No 173553**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Buckner Joan**
14589 Rialto Avenue
Brooksville,FL 34613

**Clm No 173554**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Buechele**
1414 indiana Avenue
Lousiville, Ky 40213

**Clm No 173555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**kenneth Buehler**
203 Timberlake Drive
Eneterprise,AL 36330

**Clm No 173556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reabert Buggs**
4736 Elm
Hammond,IN 46327-0000

**Clm No 173557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Bullion**
894 Tanglewood Place
The Villages, FL 32162

**Clm No 173560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Virgil Bullion**
2922 west Kirby Flats Road
Ashland,KY 41102

**Clm No 173561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**patsy Bullock**
2219 waterview Trail
Quinton,AL 35130

**Clm No 173562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Loyal Bullock**
650 jackson street
Gary,IN 46062

**Clm No 173563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**james Bullock**
514 Central street
Belxoni ,MS 39038-0000

**Clm No 173564**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**kathleen Bulthus**
13200 Forest View In
Crestwood,IL 60455

**Clm No 173565**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Bumgarner**
box 167303 Pine
Concord,IL 62631

**Clm No 173566**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorraine Bunk**
85325 Crews Road
Fernandina Beach,FL 32034

**Clm No 173567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Michael buono**
8135 Grace Place
Highland,IN 46322-0000

**Clm No 173571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Burch**
1229 marshall street
Gary,IN 46404

**Clm No 173573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Burcham**
20 Country Road 373
Glen,MS 38846

**Clm No 173574**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Burdette**
3555 South Bullocktown Road
Boonville,IN 47601

**Clm No 173575**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marlene Burke**
166 Olde chester Turnpike
Chester,NH 03036

**Clm No 173578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Burke**
1300 Burnham Avenue
Calumet City,IL 60409

**Clm No 173579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia burkett**
260 meadow Beauty Terrace
Sanford,FL 32771-6482

**Clm No 173581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Douglas Burkhart**
14023 East mallon
Spokane,WA 99216

**Clm No 173583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**willie Burks**
2226 Whiterock lane
Little elm,TX 75068

**Clm No 173584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Shirley Burnside**
210 S. Tyler Street
Beverly Hills .FL 34465

**Clm No 173585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Frances Buros**
411 N.Sunset Avenue
Rockford,IL 61101

**Clm No 173586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Burrell, Paul**
8428 Jackson Court
Munster,IN 46321

**Clm No 173588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Keith Burrell**
8670 W 3150 S
Magna,UT 84044

**Clm No 173589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Burrill**
139 St .James Circle
E. Springfield ,MA 01104

**Clm No 173590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosevelt Burrs**
1523 palm Beach Lakes Blvd
West Palms Beach,FL 33401

**Clm No 173591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Scott,Annie**
3086 melrose Avenue South ST
Petersburge,FL 33712

**Clm No 173593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Burton**
2805 s High Street
Munice,IN 47302-0000

**Clm No 173594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Oscar Burton**
621 east 4th street
Erie,PA 16507

**Clm No 173595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Bush**
9382 Tradewinds Ave
Seminole,FL 34606

**Clm No 173597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lynn Butler**
4480 elliot Avenue
titusville,FL 32780

**Clm No 173599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Butler**
306 Morgan Avenue
North augusta,SC 29840

**Clm No 173600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**allen Butler**
576 Gerry Street
Gary,IN 46406

**Clm No 173601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucille Butler**
4253 Hoffman Avenue
Spring Hill,FL 34606

**Clm No 173602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert Butterfield**
303 N. Lindsay Road , Lot N-15
Mesa,AZ 85213

**Clm No 173604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Esther Butts**
1223 Midway Boulevard
Daytona Beach ,FL 32114

**Clm No 173606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Charles Buxton**
300 Lowell Street Apt#2
Manchester,NH 03104

**Clm No 173607**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fredrick Buzzell**
357 Honeyspot Road
Stratford,CT 06615

**Clm No 173608**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Buzzell**
47 New rochester Rd APT#13
Dover,NH 03820

**Clm No 173609**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Billy Byrd**
160 Byrd Road
Ponce De Leon ,FL 32455

**Clm No 173610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cadle Lorena**
4485 west Chipper lane
lecando Hills,FL 33461

**Clm No 173614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Calderwood**
720 E Center
Orem,UT 84097

**Clm No 173615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Duane Andersen**
1430 Entrada Bonita Southwest
Albuquerque, NM 87105-5933

**Clm No 173618**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Dennis Cahill**
1531 East Cedar Street
Tempa, AZ 85281

**Clm No 173619**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joan Caiazzo**
12st Anthony Lane
Scotia, NY 12302

**Clm No 173620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Emily Cail**
874 Mapleton Terrace
Jackssonville, FL 32207

**Clm No 173621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jay Cain**
P.O. Box 1003
Fayette, AL 35555

**Clm No 173622**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Cain ,Mary**
414 Aselford Court BOX#176
Byron,IL 61010

**Clm No 173623**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Robert Caldon**
P.O Box 5913
Bradenton,FL 34281

**Clm No 173624**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Victor Caldrin**
8956 103rd Court
Vero Beach,FL 32967-3085

**Clm No 173625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**carol calistro**
33 Hickory crossing
Dracut,MA 01826

**Clm No 173629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Frank Callahan**
1505 harrisville Road
Jackson Center, PA 16133

**Clm No 173631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Callen**
556 Tanglewood Trail
Estill Springs TN 37330-0000

**Clm No 173632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Calliham**
1218 East Norfolk Street
Tampa ,FL 33604

**Clm No 173633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Calvino**
26 Marys Lane
Salem,NH 03079

**Clm No 173636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Gillow,Faye**
1468 Starlight Cove
Tarpon Springs,FL 34689

**Clm No 173637**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Cameron**
7410 Country Road 203
Danville,AL 35619

**Clm No 173638**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cathrine Camillucci**
28 Wayne Street
Norwhich ,CT 06360

**Clm No 173639**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173640**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janet Cammack**
46 Alan-A-Dale Road
Brewer,ME 04412

**Clm No 173641**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eileen Cammarata**
70 Haith Street
Revere,MA 02151

**Clm No 173642**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Wayne Camp**
16 Olmsted Street APT#1R
East hartford,Ct 06108

**Clm No 173643**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gladis Campbell**
5250 Skyline Drive
Warrior,AL 35180

**Clm No 173644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beulah Campbell**
882 Chevis Road
Savannah,GA 31419

**Clm No 173645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Melodee Campo**
5530 White Eye lake Road
carndo,WI 54520-8945

**Clm No 173646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cane**
1700 SE 2nd Street SPT#W
Pompano Beach,FL 33060

**Clm No 173647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney Cannady**
P.O Box# 1773
Tybee island ,GA 31328-1773

**Clm No 173648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**cannon ,Timothy**
P.O. Box #1153
Cross City,FL 32628

**Clm No 173650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leighton Canoy**
112 Riverview 7 West
Great falls,MT 59404-0000

**Clm No 173651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Raymond Baker**
220 Bedford Street, E-3
Bridgewater, MA 02324

**Clm No 173652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Cantrell**
1158 Longwood oaks Boulevard
lakeland,FL 33811-2342

**Clm No 173653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**marilyn Capen**
1682 Backcreek Lane
Gastonia,NC 28054

**Clm No 173654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Caplan,Elanor**
1400 Saint Charles Place APT#712
Pembroke Pines,FL 33026

**Clm No 173655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Capoldo**
5 Sunset lane
Andover,CT 06232

**Clm No 173656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Cappellieri**
272 Culloden Road
Stamfor,CT 06906

**Clm No 173657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

1220 of 3075

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnson ,Cheryl**
906 Woodcliffe Avenue
Tampa,FL 33613

**Clm No 173660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John Card**
North 7942 CTH-D
Holmen, WI 54636

**Clm No 173661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173662**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Cardoni**
419 N Main Street apt #102
Wilkes-barre, PA 18702

**Clm No 173663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Essie Cardwell**
84 Little Texas Road
Tuskegee,AL 36083

**Clm No 173664**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Margaret D. Carey**
430 sigsbee Road
Orange park,FL 32073

**Clm No 173665**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Winifred carey**
10000 Columbian Avenue
APT#1342
Munster,IN 46321

**Clm No 173666**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**James Carey**
460 North college Street
Harrodsburg,KY 40330-1142

**Clm No 173667**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Irene Carleton**
16 Lemay Avenue
Lewiston,ME 04240

**Clm No 173668**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Carlow**
163 Pecan Circle
Headland,AL 36345

**Clm No 173669**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carlson-Merkel Barbara**
145 Club House Lane
Madison,AL 35757

**Clm No 173670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Richard Carlson**
986 Long Cove Road
Gales Ferry,CT 06335

**Clm No 173671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Richter,Patricia**
1311 South hamilton Street
Lockport,IL 60441

**Clm No 173672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Debra carmichael**
4425 Blonigen Avenue
Orlando,FL 32812

**Clm No 173674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Carnaroli**
9 Highland Drive
Middlebary,CT 06762

**Clm No 173675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Carney**
c/o Patricia Kelliher
79 Tennyson St.
W. Roxbury, MA 02132

**Clm No 173677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deborah Caron**
2415 Shepard Ave APT#48
Hamden,CT 06518

**Clm No 173678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Henry Carpenter**
P.O Box #1010
Andalusia,AL 36420

**Clm No 173679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Carrano**
525 Whitney Ave
New haven,CT 06511

**Clm No 173684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sharon Carrell**
919 N. Lawrence street
Gibson City,IL 60936-1164

**Clm No 173685**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173686**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Agnes Carrol**
4515 Middle Street
Mulga,AL 35118

**Clm No 173687**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Patrick Carroll**

40 Bots ford hill Road

New Town ,CT 06470

**Clm No 173688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robin Carroll**

17 Bayton Road

N,Brookfield ,MA 01535-1203

**Clm No 173689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Carroll**

265 NE,Bickle Drive

Lake City,FL 32055

**Clm No 173690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Leo Carroll**
2921 185th Street APT# 1-A
Lansing,IL 60438

**Clm No 173691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Carsto**
136 S Shamakin Street
Shamokin,PA 18872

**Clm No 173694**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diana carswell**
203 Wakefield Rd
Union,NH 03887

**Clm No 173695**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isabel cartaya**
13370 S.W 49 Street
Miami,FL 33175

**Clm No 173696**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley carter**
P.O Box #741
N.Hampton ,NH 03862

**Clm No 173698**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Carter**
P.O Box#512
Brewton,AL 36427

**Clm No 173699**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173700**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harriet Carter**
c/o Michel carter
220 Lumber Street
Hopkinton,MA 01748

**Clm No 173701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William Carter**
6717 West Glendale Avenue
Glendale,AZ 85303

**Clm No 173703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Collin Carter**
Box# 807
Eaver,UT 84713

**Clm No 173704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rosemarie Caruso**
27 Brich Ridge Trail
Nashua,NH 03062

**Clm No 173705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joseph Carusone**
5 Pentway lane
North haven,CT 06473

**Clm No 173706**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Carver**
8227 Bagley Road
Dora,AL 335062

**Clm No 173707**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**carver,Vivian**
214 Cheswick Drive
Madison,AL 35757

**Clm No 173708**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Gina Casasanta**
137 Stonehedge Drive
Newington,CT 06111

**Clm No 173709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ned Casebier**
3613 Carla drive
Cheyenne,WY 82009-5435

**Clm No 173710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Casey-chmiel,Carolyn**
100 Cable Avenue
Salisbury,MA 01952

**Clm No 173711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| **Walter Casey** | **Clm No 173712** | Filed In Cases: 607 | |
| 9939 South Throop | Class | Claim Detail Amount | Final Allowed Amount |
| Chicago,IL 60643 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Denis Casey** | **Clm No 173713** | Filed In Cases: 607 | |
| 304 Plaza Dr #11 | Class | Claim Detail Amount | Final Allowed Amount |
| dover,NH 03820 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Harold Casey** | **Clm No 173714** | Filed In Cases: 607 | |
| 2938 State Correctional Road | Class | Claim Detail Amount | Final Allowed Amount |
| marrianna,FL 32466 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**patricia Cashin**
144 winter St
manchester,NH 03102

**Clm No 173715**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173716**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Sheehan marie**
241645  Cottage gate
Olmsted Falls,OH 44138

**Clm No 173717**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Cassens,Thomas**
440 south avenue
New Canaan,CT 06840

**Clm No 173718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gail Castagnetti**
95 Temple Street
West Boylston,MA 01583

**Clm No 173720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Pam Castaldo**
30 E 34th street
Bayonne,NJ 07002

**Clm No 173721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Robert Castater**
10821 NW 18th Street
Pembroke Pines,FL 33026

**Clm No 173722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Roy Caster**
710 West 21st street
casper,WY 82601

**Clm No 173723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lumaire castiglione**
1821 SE Mantua St
Port St ,Lucie ,FL 34952

**Clm No 173724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Cavalieri**
434 S. Main Avenue
Sceanton,Pa 18504

**Clm No 173725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Cavalieri**
179 Woodbury Avenue
Portsmouth,NH 03801

**Clm No 173726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Dennis Cavallo**
36 Hamilton Drive
Berlin,CT 06037

**Clm No 173727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Cathrine Cavallo**
1205 N.Main Avenue
Scranton,PA 18508

**Clm No 173728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Shirley Cavellier**
264 East second street APT A
Oswego,NY 13126

**Clm No 173729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

1244 of 3075

---

**Zella Cavender**
401 Maxanna Drive
Anniston, AL 36206

**Clm No 173730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Elsie Cebulla**
143 Jones Road
Shapleigh, ME 04076

**Clm No 173731**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Janet Celino**
18 Cottage Lane
Pembroke, MA 02359

**Clm No 173732**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Gary Cerenzia**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173733**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Mary Cesan**
240 Chapin Road
Hempden, MA 01036

**Clm No 173734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**George Chaber**
112 Obtuse Hill
Brookfield,CT 06804

**Clm No 173735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Susan Christiansen**
Box 697 Rowell Hill Road
Berlin, VT 05602

**Clm No 173736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Herman Chambers**
75 Chambers Lane
Jeffersonville, KY 40337

**Clm No 173738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Typhenes Elly Chance**
7405 Impala Lane
Jacksonville, FL 32244

**Clm No 173739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ila Chandler**
40 24 SR-71-S
Kinard, FL 32449

**Clm No 173740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jimmy Chandler**
12205 Choctaw Island Trail
Culver, IN 46511

**Clm No 173741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ila Chandler**
4024 State Road 71L
Kinard, FL 32449

**Clm No 173742**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Chandler**
611 Elm
Anaconda, MT 59711

**Clm No 173743**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Chandler**
3630 Ash Street
Portage, IN 46368

**Clm No 173744**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Channell**
530 Ivy Drive
Jessup, GA 31545

**Clm No 173746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173747**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Agustin Chapa**
794 Hovey Street
Gary, IN 46406

**Clm No 173748**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Chaplinsky**
165 Hitchcock Road
Southington, Ct 06489

**Clm No 173749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chapman**
1299 Neipsic Road
Glastobury,CT 06033

**Clm No 173750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Walter Chapman**
11 Julian Drive
Preston, CT 06365

**Clm No 173751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobby Chapman**
601 First Street P.O. Box 249
Jackson, SC 29831

**Clm No 173752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Audrey Charlie**
3420 NW 169th Terrace
Miami, FL 33056

**Clm No 173754**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ronald Charlson**
612 Grant Blvd.
Los Lunas, NM 87031

**Clm No 173755**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Johni Kochel**
10007 Kooley Drive, KP N
Gig Harbor, WA 98329

**Clm No 173756**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lorraine Charron**
59 Pinedale Street
Manchester, NH 03102

**Clm No 173757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Deborah Chase**
P.O. Box 292
104 Summer Street
Lanesboro, MA 01237

**Clm No 173758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Chatterton**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Ruben Chavez**
1156 Summer Street
Hammond,IN 46320-0000

**Clm No 173763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ned Chavez**
P.O. Box 252
Nageezi, NM 87037

**Clm No 173764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Trinidad Chavez**
4504 Glendale NW
Albuquerque, NM 87105

**Clm No 173765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary Chenevert**
142 Dover Point Road
Dover, NH 03820

**Clm No 173766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathy Chenier**
5308 County Road ZZ
Dodgeville, WI 53533

**Clm No 173767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Cherry**
131 Private Road #1504
Ozark, AL 36360

**Clm No 173768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ron Chesley**
545 South 5th Street
Globe, AZ 85501

**Clm No 173769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Chiavaroli**
184 Central Street
Avon, MA 02322-1504

**Clm No 173770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Chick**
P.O. Box 984
Cheyenne, WY 82003

**Clm No 173771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173772**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173773**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173774**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Wanda Childs**
P.O Box 1084
Martinsburg, WV 25402

**Clm No 173775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Marion Chilson**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Sondra Chirillo**
P.O Box 142
Hull, MA 02045

**Clm No 173778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Joyce Choquet-Ormond**
471 Merrit Island Cswy
Unit 7
Merrit Island, FL 32952

**Clm No 173779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Robert Chormann**
2827 Christie Lane
Lakeland, FL 33813-3106

**Clm No 173780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Dennis Chris**
906 East Washington Street
Knox, IN 46534

**Clm No 173781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Charles Christensen**
904 South Wolf Road
Des Plaines, IL 60016

**Clm No 173782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Arleigh Christensen**
5518 46th Avenue
Kenosha, WI 53144

**Clm No 173783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Betty Christianson**
c/o THE FERRARO LAW FIRM
Attn: Stephen U. McCloskey
600 Brickell Ave
Miami, FL 33131

**Clm No 173784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Phil Christianson**
25 South 500 East
Spanish Fork, UT 84660

**Clm No 173785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**James Christison**
188 Detroiter Avenue
Murray, UT 84107

**Clm No 173786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**John Christopher**
P.O. Box 1702
Lafayette, IN 47902

**Clm No 173787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**June Church**
8875 SE 141 Street Loop
Summerfield, FL 34491

**Clm No 173788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mildred Church**
7410 Oak Haven Drive
Lakeland, FL 33810

**Clm No 173789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ellen Ciambriello**
230 North Federal Highway
Unit 306
Deerfield Beach, FL 33441

**Clm No 173790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Frank Ciancanelli Jr.**
1317 North Balboa Drive
Gilbert, IL 85234-1500

**Clm No 173791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Frank Cierpich**
7895 NE Kubitis Ave Box 837
Arcadia, FL 34266

**Clm No 173793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Cifaldi**
6220 South Elaine Ave.
Cudahy, WI 53110

**Clm No 173795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Louis Cifone**
174 Glen Hill Road
Meriden,CT 06951

**Clm No 173796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**John Cinnamon**
10144 North Hwy 1247
Eubank, KY 42567

**Clm No 173798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Arthur Ciotoli**
312 Dunn Blvd.
Erie,PA 16507

**Clm No 173799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Ciotti**
1 Idlewood Lane
Trailer 4
Kittery, ME 03904-5517

**Clm No 173800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173801**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Laura Benjamin**
2401 SW 131th Terrace
Davie, FL 33325

**Clm No 173802**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173803**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Doris Clarin**
15436 SW 146th Terrace
Miami, FL 33196

**Clm No 173804**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Frank Clark**
345 Monson Road
Stafford Springs, CT 06076

**Clm No 173805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Samuel Clark**
973 Wingate Drive
Pocatello, ID 83201

**Clm No 173806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| | | | |
|---|---|---|---|
| **Valarie Campbell (Special)** | **Clm No 173808** | Filed In Cases: 607 | |
| 6544 Moret Drive South | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville, FL 32244 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Charles Thrift** | **Clm No 173809** | Filed In Cases: 607 | |
| Jacksonville, FL 32208 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **c/o David Jagolinzer, ESQ.** | **Clm No 173810** | Filed In Cases: 607 | |
| 600 Brickwell Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| suite#3800 | UNS | $1.00 | |
| Miami, FL 33131 | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Clark**
701 E. Green Drive
Apt. 615
Highpoint, NC 27260

**Clm No 173813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Clark**
121 Margo Drive
Johnson City, TN 37601-6266

**Clm No 173816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Arthur Clark**
2290 Maryland Street
Gary, IN 46407

**Clm No 173817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clyde Clark**
2505 Beech St.
Ashland, KY 41101

**Clm No 173818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Clark**
4268 East Shepard Street
Demotte, IN 46310

**Clm No 173819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Clark**
P.O. Box 365
5597 Bells Branch Road
Dillsboro, IN 47018

**Clm No 173822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Marian Clark**
4003 Ellisfield Drive
Durham, NC 27705

**Clm No 173823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Clark**
18120 Parker Road
Mokena, IL 60448

**Clm No 173824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Clark**
9127 Villa Palma Lane
Palm Beach Gardens, FL 33418

**Clm No 173825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Margaret Clarkson**
472 Main Street
Walpole, MA 02081

**Clm No 173826**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marjorie Claud**
35150 W. Griffin Drive
Fruitland Park, FL 34731-5066

**Clm No 173827**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Claudy**
7015 Red Bug Lake Road
Apartment 328
Oviedo, FL 32765-5059

**Clm No 173828**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jackie Claxton**
5412 Yucca Drive
Mobile, AL 36693

**Clm No 173829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ethel Clayton**
5401 Oates Avenue
Port Orange, FL 32127

**Clm No 173830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bridget Clayton**
204 Ferry Road
Columbiana, AL 35051

**Clm No 173831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Dorothy Clayton**
280 Newtonville Avenue #308
Newtonville, MA 02460

**Clm No 173832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Wilbert Clemans**
8735 N 500 E
Denver, IN 46926-0000

**Clm No 173833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite #3800
Miami, FL 33131

**Clm No 173834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Allen,Viola**
15 Guy Devours drive
Bankston,AL 35542

**Clm No 173835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Clewis, gary**
113 Lansing Avenue
Maryland height ,MO 63043

**Clm No 173838**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**James Clewis**
2522 Canal Avenue
Lynn Haven,FL 32444

**Clm No 173839**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Gay Clifford**
27 park garden APT C
Scarton,PA 18509-1459

**Clm No 173840**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Susan Clifton**
215 Greensway
ellabelle,GA 31308

**Clm No 173841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen Clink**
6476 Big creek pkwy
Parma hts,OH 44130

**Clm No 173842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Charles Clotz**
10 Logston heights
Berea,KY 40403-0000

**Clm No 173844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Cloud**
672 Gossom Lane
Milton,KY 40045-8339

**Clm No 173845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Cloutier,Richard**
51 Payne Street
Springville,ME 04083

**Clm No 173847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Doris Cloutier**
124 Gooseneck Hill Road
Cantubry,CT 06331

**Clm No 173848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jayne Cloutier**
7 folsom Drive
Biddefor,ME 04005

**Clm No 173849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Robert Cloyd**
2787 Whittier Street
Portage,IN 46368

**Clm No 173850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Mildred M .Cluff**
Box #123 Long Cabin Road
Kennebunkport,ME 04046

**Clm No 173851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Louise Clutter**
418 South Minstrel avenue
Inverness,FL 34450

**Clm No 173852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Barbara cobbett**
c/o Camp,Fiornte matthews
555 west georgia Street 4th floor
Vancouver ,BC v6b1z6

**Clm No 173853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donna Cochefski**
48 Hopkins Drive
Newington,CT 06111

**Clm No 173854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jane Cody**
3620 Bluebell Lane
Holiday,FL 34691

**Clm No 173855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173856**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**marcia coffee**
888 E preston McDaniel Road
Pickens,SC 29671-2917

**Clm No 173857**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Coffman**
734 E Roehill Street ,
Lecanto,FL 34461

**Clm No 173858**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite #3800
Miami, FL 33131

**Clm No 173859**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillian coggins**
50 Southhampton Blvd
Auburndale,FL 33823

**Clm No 173860**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173861**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Etta Cohen**
13779 Via aurora Apt#c
Delray Beach,FL 33484

**Clm No 173862**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 173863**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173864**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Minnie Colanei**
16 head drive
Fredericktown,MO 63645

**Clm No 173866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Frank Colavolpe**
21432 Diamonte Drive
Land O' Lakes,FL 34637

**Clm No 173867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**darlene cole**
Route # 1 Box # 200
Tibbie,AL 36583

**Clm No 173868**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Betty cole**
341713 Country Road 121
hilliard,FL 32046

**Clm No 173869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Nina Coleman**
6327 Townstead Road
Jackstonville ,FL 32244

**Clm No 173870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Coleman**
4967 Connecticut street
gary,IN 46409

**Clm No 173872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecil Coleman**
1092 E 780 N
Shelley,ID 60085

**Clm No 173873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**helen coleman**
P.O. Box#412
Waukegan,IL 60085

**Clm No 173874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**William Coles**
972 Hobard
Gary ,In 46404

**Clm No 173876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grace Collies**
123 Holcomb st
East Grawby,CT 06026

**Clm No 173878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Collins charles**
37 Collie lane
Alamogordo,NM 88310-9413

**Clm No 173880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**rose Collins**
P.O Box#7507
Spanish Fort,AL 36577

**Clm No 173881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**mary Collins**
6 maya Drive
Gransevoort,NT 12831

**Clm No 173882**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

1295 of 3075

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**mary janes collins**
471 Dakota drive
Camp verde,AZ 86322

**Clm No 173885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Thelma collins**
562 Big Bear Hwy
Benton,KY 42025

**Clm No 173886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Collins**
2353 walton Avenue
Shasta lake ,CA 96019

**Clm No 173887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Collins**
W 7301 Timberlane
Iron Mountain,MI 49801

**Clm No 173888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Floyd Collinsworth**
1710 N. Riverside Lane
Colfax,WA 99111

**Clm No 173889**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Colmane**
41 Fourth street
LaSalle,IL 61301

**Clm No 173890**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173891**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robertson,Colette**
9237 SE Olympus Street
Hobe Sound,FL 33455

**Clm No 173892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Germanous Colopy**
1000 Patricia Rd
Zanesville,OH 43701

**Clm No 173893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debbie Comer**
129 E Canal Avenue
Ottawa ,IL 61350

**Clm No 173894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Harmon Compton**
1466 Highway 185
Westville,FL 32464

**Clm No 173898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Helen Comstock**
226 laurel terrace
Tobyhana,PA 18466

**Clm No 173900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**George Comstock**
205 E. Diamond# 278
Anchorage,AK 99515

**Clm No 173901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Conant**
12 Water Street
Oxford,MA 01540

**Clm No 173902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dorothy Cone**
3991 Cone Drive SE
Bessemer,AL 35022-4345

**Clm No 173904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Congrove**
2868 Northhave Rd
Davenport,IA 52804

**Clm No 173905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Conkright**
P.O Box # 263
Ownesboro,KY 42302

**Clm No 173906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Dianne Conley**
425 West 93rd Place APT# 113
Crown Point,IN 46307-0000

**Clm No 173907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathleen connaughton**
27 Anthony Road
Tewksbury,MA 01876

**Clm No 173908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Conneely**
9 laura Drive
hebron,CT 06248

**Clm No 173909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Walter Connelley**
2061 New Orleans Drive
Lexington ,KY 40505

**Clm No 173910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Conner**
1107 West 5th Avenue APT# d5
Kennewick,WA 99336-5560

**Clm No 173911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Connor**
210 West ^th street
Wesr Lebonon,IN 47991

**Clm No 173912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Considine,James**
4 gridley Bryant Road,
Scituate,MA 02066-1817

**Clm No 173913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elpis constantinides**
6712 N.W. 3rd street
Margate,FL 33063

**Clm No 173914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marie conti**
17 Forum RD
Quincy,MA 02169

**Clm No 173915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**bellovin,barry**
131 E. Broadway Blvd
tuson,AZ 85701

**Clm No 173916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Conway**
11116 Worth avenue
Worth,IL 60482

**Clm No 173917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Conway**
1 Chestnut Street Apt# 102
Providence,RI 02903

**Clm No 173918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jean cook**
90 Niantic River Road
Waterford,CT 06385

**Clm No 173919**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**collins,Pat**
891 Glenwood Road,
Morris,AL 35116-1708

**Clm No 173920**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Annie cook**
7619 John F. Kennedy drive
jacksonville,FL 32219

**Clm No 173921**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**leona cook**
2151 Nuangola Road
Mountaintop,PA,18707

**Clm No 173922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Stephen Cook**
11221 mallard Drive
Rochester,IL 62563

**Clm No 173923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**reder,Lori**
4060 Pineway Drive
Midland,MI48642

**Clm No 173924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Cook**
729 Charleston Road
Raleigh,NC 22606

**Clm No 173926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Cook**
P.O Box# 350
Walron,IN46994

**Clm No 173927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Peter Cooke**
48 Barbuda Street
Toms River,NJ 085757

**Clm No 173928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Cool**
P.O. Box # 196
Rossville,IN 46065

**Clm No 173929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooney**
3511 Priscilla Drive
Erie,PA 16506

**Clm No 173930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**cooper,Marva**
225 waterbury Court
Westland,MI48186

**Clm No 173932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Walter cooper**
3820 Deal Street
East Chicago,IN 46312-0000

**Clm No 173934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Cooper**
4722 Westwind Drive
Plant City,FL 33566

**Clm No 173935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Cooper**
38 newlinville Rd
Coatesville,PA 19320-4203

**Clm No 173936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Henry Corbin**
P.O . Box 3 87-7150
Wasilla,AK 99687

**Clm No 173940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cord,Everitt**
103 Jolomic lane
georgetown,KY 40324

**Clm No 173941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daryl Cordell**
808 Hilltop Cir
De Soto,TX 75115-4517

**Clm No 173942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Ernesto Cordero**
Rurbanizacion Las Lomas
1686 avenida Amwerico
Miranda San Juan pr21

**Clm No 173943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Robert Corey**
7203 colorado Street
Merrillville,IN 46410

**Clm No 173944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Leonie M. Cormier**
11 Theresa Avenue
Leominster,MA 01453

**Clm No 173945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Loren Cornette**
514 cornette Road
Greenville,KY 42345

**Clm No 173947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret D. Carey**
34 cherry lane
South Weymouth,MA 02190

**Clm No 173948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Charles corrado**

3 cross Road

Waterford,CT 06385

**Clm No 173949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015

Bar Date

Claim Face Value          $1.00

---

**Salvatore Corrado**

P.O. Box # 762

Boulder,MT 59632

**Clm No 173950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015

Bar Date

Claim Face Value          $1.00

---

**Daniel Corrales**

4125 Grace street

east chicago,IN 46312-2924

**Clm No 173951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**maria Correa**
2919 W Saint Conrad  St
tampa ,FL 33607

**Clm No 173952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**George Corrie**
608 Hickory street NW
Demotte,IN 46310

**Clm No 173955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ellen Corrigan**
16 porter street
quaker Hill,CT 06375

**Clm No 173956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Corson**
10937 E Pueblo Avenue
mesa,AZ 85208-3907

**Clm No 173957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**willie Cosby**
6110 dogtown rroad
nauvoo,AL 35578

**Clm No 173958**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Cosentio**
15 Hyde park road
Franklin,CT 06254

**Clm No 173959**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Coss**
7255 Wilson Road
West palms beach,FL 33413

**Clm No 173960**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Carl Costa**
15 patton Road
wallington,CT 06492

**Clm No 173961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**maria Costa**
273 warren street
Fall River,MA 02721

**Clm No 173962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Costello**
72 elm street
Scituate,MA 02066

**Clm No 173963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**James Cotant**
2517 east marshall
Spokane,WA 99207-5414

**Clm No 173964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**McEachern,Duncan**
McEachern&thornhill Attrnys@law
10 Walker street,Kittery,ME99207

**Clm No 173965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Frank Cothron**
16126 east lake Burrell Drive
Lutz,FL 33549

**Clm No 173966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lois Cotton**
302 Valley road APT# 9
Appleton,WI 54915

**Clm No 173967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alycia,Cotton**
8233 maple street
Gary,IN 46403

**Clm No 173968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Coughlin**
15 Ox Yoke Drive
Weathersfield,CT 06109

**Clm No 173969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Warren Coughlin**
4131 West Christy Drive
Phoenix,AZ  85029

**Clm No 173970**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Couillard**
128 B2 Campus Avenue
Lewiston,ME 04240

**Clm No 173971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Coulombe**
117 Tri City Road#17
Somersworth,NH 03878-1325

**Clm No 173972**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Coulter,Eugene**
15300 water oak Court
Punta Gorda,FL 33982

**Clm No 173973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Counard**
9561 Gravel Pit Road
Brussels,WI 54204

**Clm No 173974**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lonnie Counts**
B#84 Brighton Road
Flintville,TN 37335-0000

**Clm No 173975**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Valarie Cousino**
Valeri G,Cousino 33334

**Clm No 173977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Melvan Cousins**
3608 S.E. 59
Oklahoma City,OK 73135

**Clm No 173978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Silviana couto**
46 chidsey Drive
North Branford,CT 06471

**Clm No 173979**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173980**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katherine Cowan**
1725 Elm street
S. Milwaukee,WI 53172

**Clm No 173981**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Eddie Cowart**
4630 North Miami avenue
Miami ,FL 33131

**Clm No 173982**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Cowell**
16189 Tacosa Avenue
brooksville,FL 34604

**Clm No 173983**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173984**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**cathy Snow**
2200 38th Avenue 511
Bradonton,FL 34205

**Clm No 173985**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mcelhannon,M,Scott**
401 cathey Street
Anderson,SC 29621-3614

**Clm No 173986**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Eugene Cox**
1119 Clark street
Rock Springs,WY 82901

**Clm No 173987**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**John Cox**
2378 Demaret Drive
Dunedin,FL 34698

**Clm No 173988**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Garnett Cox**
800 North Bethany Road
McDonough,GA 30252

**Clm No 173989**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Georgianna Coyman**
109 Byrne street
hackensack,NJ 07601

**Clm No 173990**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Michael Coyne**
16605 Judgement Place
Hughesville,MD 20637

**Clm No 173991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**carol Crabtree**
100 Newton Road
West Park ,FL 33023-6649

**Clm No 173992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cragwick,Larry**
P.O Box# 506
Salom,ID 83467

**Clm No 173993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Craig ,Michael**
57 George Lommis Road
Southwick,MA 01077

**Clm No 173994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Caryle Crandall**
1867 S. 135 Avenue
Omaha,NE 68144-2401

**Clm No 173995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly,Crane**
59 Pomona Ave
Milford,CT 06460

**Clm No 173996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 173997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ruth Crank**
1200 E. partridge Street
Unit # 58-A
Metamora,IL 61548-8718

**Clm No 173998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Cranor**
308 Licolnway
La Porte,IN 46350-2413

**Clm No 173999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles Crapse**
1950 Cokesbury ,Drive
Savannah,GA 31406-0000

**Clm No 174000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Crave,John**
10908 Templeton Dr
philadelphia,PA 19154

**Clm No 174001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Craver**
709 Craver Rd
Boaz,KY 42027

**Clm No 174002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Michael Crawford**
2912 Ashland Avenue
Racine, WI 53403

**Clm No 174003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evan Crawforth**
1910 Windsor Way
Reno, NV 89503-0000

**Clm No 174004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie creason**
6635 125th Avenue
Pleasant Prairie, WI 53158

**Clm No 174005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Patricia Creger**
P.O. Box #1102
Round Lake Beach,IL 60073

**Clm No 174006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexis Cretella**
52Fieldstone Court
North haven,CT 06473

**Clm No 174007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gary Crews**
13923 Central Avenue
Hoboken,GA 31542-2129

**Clm No 174008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**viola Crews**
5148 Private Road 1511
Ponoma,MO 65789

**Clm No 174009**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174010**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174011**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Baker,Jeasnitta**
2915 Mt. Pisgah Road
New Richmond OH ,45157-9731

**Clm No 174012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Connie croce**
187 North Farm Road
Middlebury ,CT 06762

**Clm No 174013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Croft**
96338 Maranatha Road
Yulee,FL 32097

**Clm No 174014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Timothy Cronin**
9 Springs Street
Prospect,CT 06712

**Clm No 174015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Cronister**
125 Joan Drive
Divernon,IL 62530

**Clm No 174016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvester,Janet**
91 Bourne Road
Plymouth,MA  02360-2807

**Clm No 174017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Greer,Christie**
P.O Box#86
Elba ,AL 36323

**Clm No 174018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Croshaw**
3 Gloria Road
Salem ,NH 03079

**Clm No 174020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Crosley,Rita**
Route 1 north Morgan Road
Box# 72C1 Chubbuck,ID 83202

**Clm No 174021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**cossley david**
84 Hedley Avenue
Johnston,RI 02919

**Clm No 174023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Crossman**
52 Sherburne Road
Portsmouth,NH 03801

**Clm No 174025**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Crowe**
1304 14th Street West APT 305
Jasper, AL 35501

**Clm No 174028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jolene crowe**
1509 Jacinto Court
The Villages,FL 32159

**Clm No 174029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ruth Crowley**
26121 Tocantins Court
Punta Gord,FL 33983

**Clm No 174030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lurana crowley**
216 Froest Street
Rockland,MA 02370

**Clm No 174031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**christine Crum**
571 31st street
Cairo,IL 62914

**Clm No 174034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**sally crump**
107 east lake shore trail
glastonbury,CT 06033

**Clm No 174035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Joseph Crump**
2612 carlsbad Drive N.W
Huntville,AL 35810-0000

**Clm No 174036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**beverly cruthird**
P.O Box # 104
Rockland ,MA 02370

**Clm No 174038**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Lois Cruz**
133 Scotland St
W. Bridgewater, MA 02379

**Clm No 174039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Cruz**
137 south main street
W . Bridgewater, MA 02379

**Clm No 174040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Angel Cruz**
condomino Tropicana Apt#603-B
Isla Verde, PR 979

**Clm No 174042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carmelo Cruz**
H.C #1 Box 4114
Yabucoa,PR 00767-9603

**Clm No 174043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**connie cuffe-shuler**
610 west 2nd street
Cle Elum,WA 98922

**Clm No 174045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Culbertson**
#8 Road 5368
Farmington,NM 87401

**Clm No 174047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**cullins, charles**
6510 ike smith road
Plant City,FL 33566

**Clm No 174048**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Edwin culp**
69333 highway 111 SPC#39
Catherdal city,CA 92234

**Clm No 174049**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Keyser,Co PR Joyse E.C**
637 morrill Street #A
Gilford ,NH 03249

**Clm No 174050**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Alfred Cummings**
527 Hillcrest cross roads
canton,GA 30115

**Clm No 174051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Cunningham**
395 Mendon Road
North Smithfield, RI 02896

**Clm No 174052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jaqueline Curella**
3948 east Double J Acres Road
LaBelle,FL 33935

**Clm No 174054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Curran**
7089 Beaconway Court
Mainville,OH 45039

**Clm No 174055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174056**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174057**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**patricia Cutright**
428 Emerald Drive
Indian cove Beach,FL 32937

**Clm No 174058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**mildred cutright**
44 douglas Druve
Washington ,IN 47501

**Clm No 174059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Cybulski Charles**
27 Somers Roas
Enfield ,CT 06082

**Clm No 174060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Judith Czapor**
P.O Box#8
14 west street goshen,CT 06756

**Clm No 174061**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**frank Dacato**
26 liberty Avenue
east haven ,CT 06512

**Clm No 174064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn D'addabbo**
243 Toll Gate Road
berlin,CT 06037

**Clm No 174065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**barbara daley**
26 Cottonwood Rd
Harwhich, MA 02645

**Clm No 174066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dalton, june**
516 kemper Road
Danville, VA 24541

**Clm No 174068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Regina Daly**
50 Briggs Street
Melrose, MA 02176-1244

**Clm No 174069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael daly**
6720 NW 65th terrace
Parkland,FL 33067

**Clm No 174070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**mary daly**
3401 E Fort king street Apt#206
Ocala,FL 34470

**Clm No 174071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**seltzer lauri**
139 adondance drive
palm beach garedens,FL 33410

**Clm No 174072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Dame**
299 stone Mountain Road
West Halifax,VT 05358

**Clm No 174073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**maragaret**
5083 1st Road
lake worth ,FL 33467

**Clm No 174074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John Damico**
10 indian hill road
northford,CT 06472

**Clm No 174075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00

---

**Martin D'amico**
188 Baldwin Avenue
Meriden ,CT 06472

**Clm No 174076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00

---

**Dampier,Gerald**
1015 Old jesup Road
Lot#42A
brunswick,GA 31520

**Clm No 174077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Damron 3 ,Gerome**
27422 yalaha cut off road
Yalaha,FL 34797

**Clm No 174078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**marth Danahy**
115 Phyllis Road
Traynham,MA 02767

**Clm No 174079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**Frank Dancil**
734 West Porland street
Phoenix,AZ 85007

**Clm No 174080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward daniels**
5675 Travlers Way
Ft.Pierce,FL 34982

**Clm No 174086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Smith, Deryle**
47334 Vista Court
Sterling,VA 20165

**Clm No 174087**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
Suite#3800
Miami, FL 33131

**Clm No 174088**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gry,Cathrine**
2741 east 19th court
panamo City,FL 32405

**Clm No 174089**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Darrow**
9729 Wildwood Court
Unite# 1D
Highland,IN 46322-0000

**Clm No 174092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Myrna Dashney**
6369 Portofino Court
Rockford, IL 61107

**Clm No 174093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jimmy Daugherty**
PO Box 84
Kinston, AL 36453

**Clm No 174095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rochelle davis**
1013 North jackson Street
Litchfield,IL 62056

**Clm No 174098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Davies, Frances**
1230 North east 20th street
Pcala,FL 34470

**Clm No 174099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**elsie davis**
1205 marie Ann Blvd
Panama city,FL 32401

**Clm No 174101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

1368 of 3075

---

**hagedorn**
8338 NW Overland Drive
kansas City, MO 64151

**Clm No 174102**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Etta Davis**
80 Mullis Creek
Pike Road ,AL 36064

**Clm No 174103**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Estelle,Davis**
80 turnpike avenue
Portsmouth,RI 02871

**Clm No 174104**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**barbara davis**
8140 Ambersweet Place
Land 'O Lakes ,FL 34637-7542

**Clm No 174105**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Susan Davis**
W198N,17011 Ridgeway,Dr
jackson,WI 53037

**Clm No 174106**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Mary Davis**
1 Chauncey Walker Road
Blechertown,MA 01007

**Clm No 174108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ronald Davis**
1171 North black cat road
Luna,ID 83634

**Clm No 174110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Clemmie Davis**
3415 North Cord Street
Tampa ,FL 33605

**Clm No 174111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James davis,Sr.**
7234 Mapletree Drive
Jacksonville,FL 32277

**Clm No 174112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Rita Dawkins**
7202 Hosford Road
Quincy,FL 32351

**Clm No 174114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita dawson**
8947 48th street
Live oak,FL 32060

**Clm No 174115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Richard Dawson**
P.O box#462
trutle Lake,ND 58575

**Clm No 174117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Dazzo, Frank**
5220 Trenton Street
Metairie, LA 70006

**Clm No 174120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, ESQ.**
600 Brickwell Avenue
suite#3800
Miami, FL 33131

**Clm No 174121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Alphons De Vos**
P.O Box #259
Amusville,OR 97325-0259

**Clm No 174122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Phyllis Dean**
18697 Grannys Brand Road
Peoples valley,AZ 86332

**Clm No 174123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Dean**
129 Pinecrest Drive
Waterbury,CT 06708

**Clm No 174124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Dearmore**
510 Canyonville riddle Road
Riddle,OR 97469

**Clm No 174125**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Joan DeBarba**
17 Midwood Avenue
Wolcott,CT 06716

**Clm No 174126**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**lawrence DeBarros**
1266 River oaks Drive Apt#12C
Myrtle Beach ,SC 29579

**Clm No 174127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen DeBie**
14141 Dalia Avenue
Fort Pierce,FL 34951

**Clm No 174128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Gladys Deboard**
5508 Clem Road
Portage, IN 46368-1403

**Clm No 174129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Victoria Decoff**
PO Box 208
Harmony, ME 04942

**Clm No 174130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dusanek, Phyllis**
222 8 Street
Fairview, NJ 07022

**Clm No 174131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joy Dehan**
120 Tacome Lane
palm beach gardens,FL 33404

**Clm No 174132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Dehetre**
PO Box 7049
Lewiston,ME 04243

**Clm No 174133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dehoyas, Sara**
1601 West 99th Ave.
Crown Point,IN 46307

**Clm No 174134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Anna DeJoseph**
1056 Stonedown Lane
Stallings, NC 28104

**Clm No 174135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Finn, James**
130 Highland Oaks Court
S Lake, TX 76092

**Clm No 174136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Patricia Delaney**
41 Davis Street
Plymouth,MA  02360

**Clm No 174137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

**Claims Details**

---

**Caterine Delaney**
PO Box 428
Center Ossipee, NH 03814-0428

**Clm No 174138**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Efren Delgado**
PO Box 777
Peoria, AZ 85345

**Clm No 174139**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen DelGaudio**
2301 Lucaya Lane, Apartment J4
Coconut Creek, FL 33066

**Clm No 174140**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Chella, Joseph**
17 Great Pond Road
Weymouth, MA 02190

**Clm No 174141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Della Camera**
600 Washington Ave., Unit C7
North Haven, CT 06473

**Clm No 174142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra DeLong**
30426 2600 North Avenue
La Moille, IL 61330

**Clm No 174143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Delory,Denise**
PO Box 26
Machiasport, ME 04655

**Clm No 174144**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Patricia Deloughrey**
45 Day St.
N. Easton, MA 02356

**Clm No 174145**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**May Delsignore**
141 Putnam Road
Holden, MA 01520

**Clm No 174146**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Johnson, Kathleen**
21501 Homer
Dearborn, MI 48124

**Clm No 174147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dembowski Mills, Tracy Ann**
240 Bear Creek Blvd.
Wilkes-Barre, PA 18702

**Clm No 174148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Diane DeMelo**
12850 W. State Road 84-3-13
Davie, FL 33325

**Clm No 174150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Demers-Edwards**
112 Denn Field Lane
Dunn, NC 28334

**Clm No 174151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Dempsey**
190 Swanson Ave.
Stratford, CT 06614

**Clm No 174154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**John Dennerley**
30 Kinney Hollow Road
Union, CT 06076

**Clm No 174156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Parker, Don**
524 S. Gibson St.
Princeton, IN 47670

**Clm No 174157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Spencer Derbidge**
2791 S. 2420 E.
Salt Lake City, UT 84109

**Clm No 174159**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Schoonover, Linda**
111 Hunters Trail
Longwood, FL 32779

**Clm No 174160**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Derwin**
31 Southwick Ave.
Waterbury, CT 06705

**Clm No 174161**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Mary Desimone**
8 Kimpall Rd.
Lexington, MA 02421-4320

**Clm No 174162**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen M. Deslauriers**
14 Eagle St.
Ware, MA 01082

**Clm No 174163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 174164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Frederick Deuter**
3726 E. Birchwood Ave.
Cudaly, WI 53110

**Clm No 174165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Deveau**
18 Ethel St.
Rosindale, MA 02131

**Clm No 174166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Dever**
80 N. Mill St.
Hopkinton, MA 01748

**Clm No 174167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Mary Devincentis**
172 Budington Road
Shelton, CT 06484

**Clm No 174168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ambrose Devlin**
PO Box 124
San Mateo, FL 32187

**Clm No 174169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**CHARLES DEVOE**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MALINDA DEWBRE**
RURAL ROUTE 2
PO BOX 311
MARLOW, OK 73055

**Clm No 174171**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**DAVID HUTTON**
1205 CHERRY LANE
MACON, MO 63552

**Clm No 174172**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**LESLIE DEWITT**
2163 LIMA LOOP
PMB071-138
LARAGO, TX 78045

**Clm No 174173**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**DONALD DHEIN**
3031 32NS ST SOUTH
WISCONSIN RAPIDS, WI 54494

**Clm No 174174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**SANDRA SHINSKY**
727 N BANK LANE
LAKE FOREST , IL 60045

**Clm No 174175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**CAROL DI PIETRANTONIO**
12340 W SOMERSET DRIVE
FRANKLIN, WI 53132

**Clm No 174176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**WILLIAM DIAMOND**
2861 SOMERSET DR
LAUDERDALE LAKES, FL 33311

**Clm No 174177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**SAVINO DIAZ**
215 E PALM AVE APT 207
TAMPA, FL 33602

**Clm No 174178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**GAIL DEBARO**
19 ROCKLAND CT
AUBURN, MA 01501

**Clm No 174179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**VINCENT DICARLO**
17 MARTIN TERRACE
ANSONIA, CT 06401

**Clm No 174180**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIAM DICE**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174181**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**LAUREN DICENSO**
C/O JOSEPHINE BONO
201 CHELSEA ST., APT. 605
EVERETT, ma 02149

**Clm No 174182**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**KENNETH DICICCO**
16 WETWARD CIRCLE
NORTH READING, MA 01864

**Clm No 174183**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY DICKERSON**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174184**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCIEL DICKEY**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174185**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**CLARANCE DICKMAN**
2117 CLAREGLEN DRIVE
APT. 204
CRESENT SPRINGS, KY 41017

**Clm No 174186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**FRANCIS DICKSON**
9460 DICKSON RD
NEW CONCORD, OH 43762

**Clm No 174187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**OLIVE DICRISTOFORO**
45 MELLO STREET WEST
WARWICK, RI 02893

**Clm No 174188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**SALVATORE DIFEDE**
7777 SW 86TH ST
APT 215
MIAMI, FL 33131

**Clm No 174189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DELORES DIGUADIO**
3523 FORTUNA DR
ORANGE PARK, FL 32065

**Clm No 174190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SUZANNE DIGNOTI**
50 MILL STREET EXTENSION
APT 211
NEWINGTON, CT 06111

**Clm No 174191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOHN DIKUN**
600 BRICKELL AVE
SUITE 3800
MIAMI, FL 33131

**Clm No 174192**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATHY DILDY BAYLESS**
BOX 212
COUNTY RD 713
CORINTH, MS 38834

**Clm No 174193**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSEMANY DIMIELE**
13012 S MOODY STREET
PALOS HEIGHTS, IL 600463

**Clm No 174194**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**CHARLES DILL**
C/O QUEEN TARVIN
PO BOX 261
PARRISH, AL 35580

**Clm No 174195**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Dillard**
105 Brandi Cir
Riggins, ID 83549

**Clm No 174196**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUIS DILLENBERG**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MARY DILLON**
131 DOWNER AVE
HINGMAN, MA 02043

**Clm No 174198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE DILLON**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174199**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DON DILLON**
617 SOUTH 32RD AVE
YAKIMA, WA 98902

**Clm No 174200**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ANTHONY DILLUVIO**
103 GEDNEY ST
APT 4-L
NYACK, NY 10960

**Clm No 174201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DORTHEA DILORENZO**
175 EDDY ST
SPRINGFIELD, MA 01104

**Clm No 174202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DIMITRI**
6722 OHIO AVE
HAMMOND, IN 46323

**Clm No 174203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**DENNIS DIMOND**
438 CARTIER STREET
MANCHESTER, NH 03102

**Clm No 174204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**PHILLIP DINECOLA**
11822 CLINE DR
BAKER, LA 70714

**Clm No 174205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RICHARD DION**
22 CENTER WOOD RD
SIMSBURY, CT 06070

**Clm No 174206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

Garlock Sealing Technologies LLC, et al.

3/16/2018 5:07:29 PM

*Claims Details*

---

**NANCY DIONNE**
44 ROLLINS RD
ROLLINSFORD, NH 03869

**Clm No 174207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT DISABELLA**
104 NORTH DUKE ST
HUMMELSTOWN, PA 17036

**Clm No 174208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SYLVIA DISORI**
414 EAST SPRUCE ST
SHAMOKIN, PA 17872

**Clm No 174209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**HILMER DITTMAR**
5090 SANDLAKE RD
EAGLE RIVER, WI 54521

**Clm No 174210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RUTH DIVENS**
214 BUSCH DR
RICHLANDS, NC 28574

**Clm No 174211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DEBRA DIVER-INGRAM**
142 E SON QUIXOTE ST
PALATKA, FL 32177

**Clm No 174212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ELLEN M DIXON**
1312 CHASON RD
GREEN COVE SPRINGS, FL 32043

**Clm No 174213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DIXON**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARCHIE DIXON**
26651 GLENWOOD DR
WESLEY CHAPLE, FL 33544

**Clm No 174215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**CLYDE DIXON**
55845 DOGWOOD RD
MISHAWAKA, IN 46545

**Clm No 174216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MARGARET DOBBINS**
3460 HIGHWAY 101
WOODRUFF, SC 29388

**Clm No 174217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN DOBBS**
6212 FOX AVENUE
LOUISVILLE, KY 40272

**Clm No 174218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

| **HOWARD DOBRINDT** | **Clm No 174219** | Filed In Cases: 607 | |
|---|---|---|---|
| 213 BUDDING RIDGE | Class | Claim Detail Amount | Final Allowed Amount |
| SOUTHINGTON, CT 06489 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **ROBERT DOBSON** | **Clm No 174220** | Filed In Cases: 607 | |
|---|---|---|---|
| PO BOX 771144 | Class | Claim Detail Amount | Final Allowed Amount |
| EAGLE RIVER, AK 99577 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **ERNIE DODD** | **Clm No 174221** | Filed In Cases: 607 | |
|---|---|---|---|
| 4201 S VANCOUVER | Class | Claim Detail Amount | Final Allowed Amount |
| KENNEWICK, WA 99337 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**ROBERT DOERGER**
3302 MOONRIDGE DR
CINCINNATI, oh 45248

**Clm No 174222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Loretta Doherty**
C/O Shawn Doherty
62 South Acton Road
Stow, MA 01775

**Clm No 174223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BEVERLY DOIRON**
10 LAVALLEY RD
SANFORD, ME 04073

**Clm No 174224**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**AUDREY DOKAS**
975 CORBIN AVE
APT 17
NEW BRITIAN, CT 06052

**Clm No 174225**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANN M DOLAN**
2308 COMETYS AVE
SCRANTON, PA 18509

**Clm No 174226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDMUND DOLATOWSKI**
5721 TAFT PLACE
MERRILLVILLE, IN 46410

**Clm No 174227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**RICHARD DOLBER**

C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ANDREW DOLICH**

2717 STONEFIELD DR
FULTONDALE, AL 303368

**Clm No 174229**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**RAYMOND DOLYAK**

85 OAK RIDGE RD
STRATFORD, CT 06614

**Clm No 174230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**EILEEN DOMBROFF**
360 NORTHHAMPTON RD
WEST PALM BEACH, FL 33417

**Clm No 174231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPH DOMBROWSKI**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD DOMBROWSKI**
3222 MARCIN AVE
ERIE, PA 16504

**Clm No 174233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**ARMONDO DOMINQUEZ**
241 LOGAN ST
GREENRIVER, WY 82935

**Clm No 174234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JAMES DOMORAS**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**BYRON DONALDSON**
220 BLAKE RD
SAMSON, AL 36477

**Clm No 174236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**BARBARA DONATACCI**
1004 REDWOOD DR
BREINIGSVILLE, PA 18031

**Clm No 174237**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NANCY DONEGAN**
1307 PINE RIDGE
BUSHKILL, PA 18324

**Clm No 174238**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM DONOGHUE**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174239**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**JOE DONOHO**
1182 E STATE RD 38
FRANKFORT, IN 46041

**Clm No 174240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUGENE DONOVAN**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD DONOVAN**
33 SOUTH 4TH AVE
TAFTVILLE, CT 06380

**Clm No 174242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**EDWARD DONOVAN**
8 WAYNE ST
NORWICH, CT 06360

**Clm No 174243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK DONOVAN**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VICTORIA DONOVAN**
47 WOODLAND ST
LAWRENCE, MA 01841

**Clm No 174245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Roxanne Doogan**
12115 W. 179th Street
Mokena, IL 60448

**Clm No 174246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD DOOLIN**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BETTY LOE DOPP**
3132 S 107TH ST
WEST ALLIS, WI 53227

**Clm No 174248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**JERRY HUPKE**
1313 HUNTER LN
CELINA, TX 75009

**Clm No 174249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLADYS DORFMAN**
301 EAST 63RD STREET, 14G
NEW YORK CITY, NY 10021

**Clm No 174250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOSEPHINE DORSE**
17210 SW 121 AVE
MIAMI, FL 33177

**Clm No 174251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| | | | |
|---|---|---|---|
| **HELEN DOSTIE** | **Clm No 174252** | Filed In Cases: 607 | |
| PO BOX 377 | Class | Claim Detail Amount | Final Allowed Amount |
| SANFORD, ME 04073 | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

| | | | |
|---|---|---|---|
| **EARL DOUD** | **Clm No 174253** | Filed In Cases: 607 | |
| 125 RYE BLUFF #211 | Class | Claim Detail Amount | Final Allowed Amount |
| BLACK RIVER FALLS, WI 54615 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

| | | | |
|---|---|---|---|
| **ARTHUR DOUGHERTY** | **Clm No 174254** | Filed In Cases: 607 | |
| C/O DAVID JAGOLINZER, ESQ. | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE., SUITE 3800 | UNS | $10,000.00 | |
| MIAMI, FL 33131 | | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**JOHN DOUGLAS**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**ROSA DOUGLAS**
3402 N 48TH STREET
TAMPA, FL 33605

**Clm No 174256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**ARLENE DOUYLLIEZ**
511 MYRTLE AVE
GREENCOVE SPRINGS, FL 32043

**Clm No 174257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**THERESA DOW**
12 GREENWOOD AVE
E WEYMOUTH, MA 02189

**Clm No 174258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY LYNN**
36 MOCKINGBIRD LN
LAKE ARIEL, PA 18436

**Clm No 174259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**REFENIA DOWLING**
591 STEWART ST
RIDGEFIELD, NJ 07657

**Clm No 174260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**LOUIS DOWLING**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 6-Oct-2015 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**NAOMI DOWNING**
740 MCcARGO ST SOUTH
JACKSONVILLE, FL 32221

**Clm No 174262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 6-Oct-2015 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**TERRY DOWNES**
8812 S SHADOW BAY DR
ORLANDO, FL 32825

**Clm No 174263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 6-Oct-2015 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**SANDRA GUIBORD**
PO BOX 139
BRISTOL, ME 04539

**Clm No 174264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BOBBY DOWNS**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEO DOYLE**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**EVERETT DOZIER**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRENE DRAPEAU**
152 LOWELL ST
ROCHEST, NH 03867

**Clm No 174268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACOB DRAUS**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ROGER DRESSEL**
10520 COUNTY HIGHWAY K
CADOTT, WI 54727

**Clm No 174270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DREW**
C/O DAVID JAGOLINZER, ESQ.
600 BRICKELL AVE., SUITE 3800
MIAMI, FL 33131

**Clm No 174271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAY DREW**
50 NORTH MANTOR AVE
TITUSVILLE, FL 32796

**Clm No 174272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**NANCY DRIGGERS**
1201 JORDAN LOOP
OKEECHOBEE, FL 34974

**Clm No 174273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DEANNE FLINT**
555 NORTH VENTERAL ST EAST
BRIDGEWATER, MA 02333

**Clm No 174274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SWANICE DRUMMOND**
1217 W MILLMAN
PEORIA, IL 61605

**Clm No 174275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JAMES DRURY**
38 CLIFFSIDE DR
WALLINGFORD, CT 06492

**Clm No 174276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**THOMAS DRY**
9715 N EDNA ST
SPOKANE, WA 99208

**Clm No 174277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**GLORIA DUBE**
656 MERIDEN WATERBURY TURNPIKE
SOUTHINGTON, CT 06489

**Clm No 174278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sonya Dube**
55 Bernis St
Berlin, NH 03570

**Clm No 174279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eunice Dubose**
3300 Joe Ashton Road
Lot H
St. Augustine, FL 32092-2525

**Clm No 174280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Lavoie, Doris**
56 Sebbins Pond Drive
Bedford, NH 03110

**Clm No 174282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**David Dudley**
3935 Fallon Drive
West Richland, WA 99352

**Clm No 174284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Marlene Duffy**
290 Winslow Street
Marshfield, MA 02050

**Clm No 174285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Mary Duke**
2023 Dellwood Avenue
JACKSONVILLE, FL 32204

**Clm No 174287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Bowie, Arthur**
1218 Crescent Avenue
Anniston, AL 36207

**Clm No 174288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Johney Dumas**
1850 Sonny Mixon Road
Slocomb, AL 36375

**Clm No 174289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**
**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**
**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Lyle Dunigan**
2700 Old Hobart Road
Lake Station, IN 46405

**Clm No 174292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Gary Dunlap**
6775 Sunnydell Drive
Hueytown, AL 35023

**Clm No 174293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**GEORGE Dunleavy**
114 Pisgah Road
Oxford, CT 06478

**Clm No 174294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Ellen**
37 Burt Road
Westhampton, MA 01027

**Clm No 174295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ROBERT Dunn**
68 Maple Street
Seymour, CT 06483-3655

**Clm No 174296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dorothy Dunn**
12816 Clet Harvey Road
Glen St. Mary, FL 32040

**Clm No 174297**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Linda Dunn**
129 Rainbow Drive
Nicholasville, KY 40356

**Clm No 174298**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**EDMUND Dunn**
119293 German Guloch Rd
Siverbow, MT 59750

**Clm No 174299**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**John Dunn**
2035 Highway 92 South
Fayetteville, GA 30215

**Clm No 174300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Clarence Dunston**
2632 Holland Street
Erie, PA 16509

**Clm No 174301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Cynthia Duoba**
331 Littleton Road
Harvard, MA 01451

**Clm No 174302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD Dupont**
51 Glenwood Drive
Leominster, MA 01453

**Clm No 174304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Dupont**
94 Wilsonville Road
N. Grosvenordl, CT 06255-1224

**Clm No 174305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Suzanne Durand**
1246 Springdale Drive
Rochelle, IL 61068

**Clm No 174306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Geraldine Dushaw**
18150 Logan Drive
Walton Hill, OH 44146

**Clm No 174309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Dutcher**
6 Trelane Drive
Springvale, ME 04083

**Clm No 174311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Alicer Dwyer**
23 Ramkin Street
Worcester, MA 01605

**Clm No 174312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------|------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Dycus**
273 Stoneridge Court
Chesterton, IN 46304

**Clm No 174313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------|------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------|------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Dyjak**
77 Atwoodville Road
Mansfield Center, CT 06250

**Clm No 174316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tommy Dykes**
PO Box 654
Estero, FL 33928

**Clm No 174317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Llyod Earle**
34 Highland Street
Hammond, IN 46320

**Clm No 174320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Easterlin**
9 Hearthstone Drive
Franklin, CT 06254

**Clm No 174323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

c/o David Jagolinzer, Esq.

600 Brickell Avenue, Suite 3800

Miami, FL 33131

**Clm No 174324**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Eastwood**

400 Hunting Club Avenue

Clewiston, FL 33440

**Clm No 174325**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Eastwood**

21 Brophy Way, Lot 16 Shady drive

Shady Cove, OR 97539

**Clm No 174326**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Eatman-Daniels Danita**
3075 Tussahaw Crossing
Mcdonough, GA 30253

**Clm No 174327**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Eaton**
103 Village Ct, Lot 76
Winter Haven, FL 33880

**Clm No 174328**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifton Ebarb**
1279 North Line Lane
Las Vegas, NV 89110

**Clm No 174329**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Geraldine Ebler**
734 Fuller Road
Gurnee, IL 60031

**Clm No 174330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Ecker-Anderson Elizabeth**
2124 NW 36th Way
Jenning, FL 32053

**Clm No 174331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174333**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olive Edgell**
34212A Canal Drive
Pinellas Park, FL 33781

**Clm No 174334**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Edgerton**
PO Box 80102
Fairbanks, AK 99708

**Clm No 174335**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Edwards**
PO Box 09796
Milawaukee, WI 5309

**Clm No 174337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwards, Ruby**
3297 Dam Road
PO  Box 227
Errol, NH 03579

**Clm No 174338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwards, Brian**
159 West Palfrey
San Antonio, TX 78223

**Clm No 174341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Edward Edwards**
209 Douglass
Richland, WA 99352

**Clm No 174342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Phillip Edwards**
PO Box 59306
Orlando, FL 32856

**Clm No 174343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Russell Ehlert**
8950 Veterans Memorial Drive
Miccosukee, FL 32309

**Clm No 174345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnell Eland**
1522 Jefferson
PO Box 318
Montezuma, IN 47862

**Clm No 174346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Elder**
2225 Hayden Bridge Road
Owensboro, KU 42301

**Clm No 174347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**William Elder**
4135 Ivy Street
East Chicago, IN 46312

**Clm No 174348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elderkin, Ruby**
6091 SE 148 Terr.
Morriston, FL 32668

**Clm No 174349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eldredge, David**
925 W. Governor Street
Springfield, IL 62704

**Clm No 174350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Grace Elridge**
2010 N. Highway 181
Westville, FL 32464

**Clm No 174351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herlindo Elias**
4028 Carey Street
East Chicago, IN 46312

**Clm No 174352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elipolus, Constance**
94 Elm Street
Worcester, MA 01609

**Clm No 174353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Larry Eller**
PO Box 1186
Copperhill, TN 37317

**Clm No 174354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Elliott**
1620 S. Walker Road
Brimley, MI 49715

**Clm No 174355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Glen Elliott**
E. 4915 Big Meadows Road
Chattaroy, WA 99003

**Clm No 174356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Elliott**
3115 Kanas Street
Paducah, KY 42001

**Clm No 174357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mary Ellis**
10059 South Indiana Avenue
Chicago, IL 60628

**Clm No 174358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Eugene Ellis**
PO Box 481
Camp Hill, AL 36850

**Clm No 174359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Ellis**
38 Brookside Drive
Wilbraham, MA 01095

**Clm No 174362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ann Ellison**
459 South 9th Street
Elko, NV 89801

**Clm No 174363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**James Ely**
2170 South Street
Oviedo, FL 32765

**Clm No 174365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Dixie Emerson**
123 Granary Road
Kalispell, MT 59901-2765

Clm No 174366    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Enderson**
14031 Street Hwy. 178
Jim Falls, WI 54748

Clm No 174367    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

Clm No 174368    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Allred**
11350 Randion Hills Road Suite 700
Fairfax, VA 22030

**Clm No 174369**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174370**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Robert English**
209 Ireland Avenue
Cincinnatti, Oh 45218

**Clm No 174371**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary English**
12757 Railroad Street
Live Oak, FL 32060

**Clm No 174372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**James  Enright**
101 Sugarhill Drive
Grantville SC 29829

**Clm No 174373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rita Alexander**
15964 E. Bates Place
Aurora, CO 80013

**Clm No 174375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Eleanor Erdman**
2600 Harden Blvd #322
Lakerland, FL 33807

**Clm No 174377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Arthur Erickson**
442 Pembroke Road
Valparaiso, IN 46383-0000

**Clm No 174379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Nacy Hilzinger- Erts**
1905 Robalo Drive
Vero Beach, FL 32960

**Clm No 174380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $10,000.00 |

Rust Consulting | Omni Bankruptcy    Visit us on the Web at www.omnimgt.com    PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100    E-mail: claimsmanager@omnimgt.com    FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Esse, Peter**
103 Corrinne Court
San Ramon, CA 94583

**Clm No 174383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Bert Estep**
1321 171st Place
Hammod, IN 46324

**Clm No 174384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Margaret Ethier**
803 Cottage St
Pawtucket, RI 02861

**Clm No 174385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Decurtis Eubanks**
775 E. Decatur Street
Decatur, IL62521

**Clm No 174387**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Donald Eustice**
1150 West Platinum
Butte, MT 59701

**Clm No 174388**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Odessa Evans**
2740 Evergreen Lane
East Chicago, IN 46312

**Clm No 174389**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Janet Evens**
41 N. Spencer Road
Spencer, MA 01562

**Clm No 174390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Evans**
7951 Pinncake Ave NE
Elm River, MN 55330

**Clm No 174392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jesse  Evans**
P.O. Box 344
Ellenwood, GA 30294-000

**Clm No 174393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mike Evanyo**
7479 Broadway
Merrilville, In 46410

**Clm No 174394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Evarts**
774 Laurel Street
East Haven, CT 06512

**Clm No 174395**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Irene Evascher**
1830 Rodman Street
Hollywood, FL 33020

**Clm No 174396**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Everman**
12 Coral Road
Grayson, KY 41143

**Clm No 174397**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174398**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Richard Ewing**
1829 Pleasantview Drive East
Jacksonville, Fl 32225

**Clm No 174399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Margaret Ann**
167 Mildred Avenue
Springfield, MA 01104

**Clm No 174400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lynn Facenda**
46 Delawan Avenue,
West Hacen, CT 06516

**Clm No 174401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary Fachko**
45088 Zidell Road
Callahan, FL 32011

**Clm No 174402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Faddish**
116 Ohio Road
Lake Worth, FL 33467

**Clm No 174403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arlene Faehnrich**
2400W. Talcott Road
Park Ridge, IL 60068-3771

**Clm No 174404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robert Fahey**
35 B Brook Wood Drive
Rocky Hill, CT 06067

**Clm No 174405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Fainer**
3 Oakwood drive
Semour, CT 06483

**Clm No 174406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Joseph Falduto**
4834 North 74th Place
Scottsdale, AZ 85251-0000

**Clm No 174408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Fantozzi**
77 Whitney Drive
Meriden, CT 06450

**Clm No 174410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alda Farone**
10 Bailey Ave
Wallington, CT 06492

**Clm No 174412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darrell Farr**
1511 South 16th Street
Manitowoc, WI 06492

**Clm No 174413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nieves, Filomena**
459 Shasta Drive, Apt# 303
Bridgewater, NY 08807

**Clm No 174416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Darlene Faucher**
18 Sizer Drive
Wales, MA 01081

**Clm No 174417**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kristie Faultersack**
81529 46th Avenue
Coloma, MI 49038

**Clm No 174418**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174419**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Guerra,Ellen**
93 Winter Street,
Bridgewater, NY 02333

**Clm No 174420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Fear**
510 E. 3rd Street
Momence, IL 60954

**Clm No 174421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Feick**
3602 Lansing Way
Erie, PA 16506

**Clm No 174422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Fein, Michelle**
605 Congressional Way
Deerfield Beach, Fl

**Clm No 174423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami FL, 33131

**Clm No 174424**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Felder,Theresa**
2377 camden Highway
Bishopville, SC 29010

**Clm No 174425**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Shelley Felske**
28848 E 1870th Street
Erie, IL 61250

**Clm No 174426**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Richard Felton**
3225 Sixth Street, #22
Lewiston, ID 72401

**Clm No 174427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Anna M. Fenuccio**
84 Angel Brook Drive
W. Boylston, MA 01583

**Clm No 174428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dolores Fergus**
3031 Southwood Drive
Racine WI 53406

**Clm No 174429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Ferguson, Ruth**
306 Grand Avenue,
Loves Park, IL 61111

**Clm No 174430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**John Ferguson**
P.O. Box 2673
Joliet, IL 60434-2673

**Clm No 174431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Magaly Fernandez**
3220 NW 14th Terrace
Miami FL, 33125

**Clm No 174432**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Joseph Fernicola**
211 East Main Street Apt. 36C
Branford, CT 06405

**Clm No 174433**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174434**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jack Ferraiolo**
2 Damen Drive
East Haven, CT 06512

**Clm No 174435**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Ferraro**
388 Courtland Avenue, Apt.3-C
Standford, CT 06906

**Clm No 174436**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Priscilla Ferrell**
3874 East Arbor Lakes Drive
Hernando, Fl 34442

**Clm No 174437**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lori Ferrell**
1100 Biscayne Blvd Apt #2201
Miami,Fl 33132

**Clm No 174438**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Salvador Ferreri**
8407 East Angus Drive
Scottsdale, AZ 85251-0000

**Clm No 174439**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Ferris**
8381 Johnson Street
Pembroke Pines, FL 33024

**Clm No 174440**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

**Anne Fettig**
3850 Douglas Road
Downers Grove, IL 60515

**Clm No 174441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  Fiane**
1255 Bens Way
Kaukauna, WI 54130

**Clm No 174442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Fick**
3260 Whittier Street
Portage, IN

**Clm No 174443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joyce Ficklin**
184 Southwest Tall Pine Court
Lake City, FL 302024

**Clm No 174444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fidler-Dorn, Rita**
7441 SW 129th Avenue
Miami Fl, 33183

**Clm No 174445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ida Fidlin**
P.O. Box 784
Waldport, OR 97394

**Clm No 174446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami,Fl 33131

**Clm No 174447**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Debra Feilding**
42 Rock Hill St
MedFord, MA 02155

**Clm No 174448**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami,Fl 33131

**Clm No 174449**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Arthur Fields**
545 Licoln Street
Gary, IN 46402

**Clm No 174450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174451**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Howard Fields**
701 Pennyroyal Place
Brandon, FL 33510-2976

**Clm No 174452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174454**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Fifield**
6214 East Minten Place
Mesa, AZ 85215

**Clm No 174455**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174456**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Figg**
526 N. Utah
Davenport, IA 52804

**Clm No 174457**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ebert Fike**
252 Lowell Drive
Yuma, AZ 85364

**Clm No 174458**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Arthur  Filardi**
1744 S.E. Manth Lane
Port St. Lucie, FL 34983

**Clm No 174459**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Betty File**
212 Redwood Street
Harrisburg, PA 17109

**Clm No 174460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickwell Avenue, Suite 3800
Miami,Fl 33131

**Clm No 174461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Nancy Fillingim**
3098 Highway 196
Molino, FL 32577

**Clm No 174462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudia FilsAime**
1590 NW 123rd Street
Miami, FL 33167

**Clm No 174463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Karey Finch**
2100 Rambo Avenue S.W.
Birmingham, AL 35211

**Clm No 174464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174465**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jody Finch-Milliken**
PSC 500 Box 20
FPO, AP 96515

**Clm No 174466**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Fine**
8441 Leeway Lane
Boynton Beach, FL 33436

**Clm No 174467**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Russell  Fink**
3472 South 16 Street
Milwaukee, IL 53215

**Clm No 174469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert  Fioravanti**
15600 University Avenue
Dolton, IL 60419

**Clm No 174470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Francesco Fioretti**
5026 Exeter Road
Erie, PA 16509

**Clm No 174471**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174472**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174473**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

c/o David Jagolinzer, Esq
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174474**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Fiscus**
2665 Airport Road
Portage, IN 46368

**Clm No 174475**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Fish**
700 Badrock Dr
Columbia Falls, MT 59912

**Clm No 174476**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Fisher, Joseph**
1524 Lokhorst Street
Balwin, WI 54002

**Clm No 174477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Betty Fisher**
13701 S.W. 12th St. #A-114
Pembroke Pines, FL 33027

**Clm No 174478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 6-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Carol Fisher**
212 Colfax Avenue
Scranton, PA 18510

**Clm No 174479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 6-Oct-2015  |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Fisk**
35844 East Lake Seneca
Eustis, FL 32736

**Clm No 174481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fitzgerald, Donna**
590 Winthrop Street
Taunton, MA 02780

**Clm No 174482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Flack, Deborah**
2593 Alesandro Blvd.
Harrisburg, PA 17110

**Clm No 174483**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174484**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Flanagan**
11203 American Lane
Jacksonville, FL 32218

**Clm No 174485**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Nelson Flanigan**
510 Goshen Hill Road
Lebanon, CT 06249

**Clm No 174486**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Flater, Mary**
12130 Lugner Road
Hayward, WI 54843

**Clm No 174488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John  Fleming**
170 Four Hills Drive
Yakima, WA 98908

**Clm No 174489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Gerald Fleming**
7519 W. Kimberly Way
Glendale, AZ 85308

**Clm No 174490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Ramona Lee**
203 Westwood
Rincon GA 31326

**Clm No 174491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Fletcher**
1020 W. Walnut
Jacksonville, IL 62650

**Clm No 174492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Flick**
17741 Canal Cove Court,
Ft. Meyers Beach, FL 33931

**Clm No 174493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Flintrop**
405 N 39th Street Apt 7N
Milwaukee, WI 53208

**Clm No 174494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Flood**
128 Derby Ave.  Apt C
New Haven, CT 06511

**Clm No 174496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn Florence**
3 East Shore Road
Lake Hopatcong, NJ 07849

**Clm No 174497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Mercela Flores**
1957 Hamilton Lane
Carmel, IN 46032

**Clm No 174498**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Flower**
10689 President Drive
Blane, MN 55434

**Clm No 174499**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert  Flowers**
201 Inverness St
Summerville, OR 97876

**Clm No 174500**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Judith Flowers**
1100 South Belcher Road
Unit # 784
Largo, FL 33771

**Clm No 174501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Patricia Floyd**
1588 Lantana Lane
Big Pine Key, FL 33043

**Clm No 174503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174504**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cindy Floyd**
P.O. Box 591
110 Stanley Drive
Freeport, FL 32439

**Clm No 174505**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174506**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Flynn, Michael**
770 Boylston St. Apt 2H
Boston, MA 02199

**Clm No 174507**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave. Suite 3800
Miami, FL 33131

**Clm No 174508**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Leo Foley**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Janice Follet**
10658 Federal Rd
Howard City, FL 49329

**Clm No 174510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave. Suite 3800
Miami, FL 33131

**Clm No 174511**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Patricia Foltz**
25 East Southview Dr.
Martinsville, IN 46151

**Clm No 174512**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave. Suite 3800
Miami, FL 33131

**Clm No 174513**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Fontaine**
8668 Wellington Loop
Kissimmee, FL 34747

**Clm No 174514**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garry Foote**
6258 West 3570 South
West Valley City, UT 84128-2515

**Clm No 174515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ronald Forbes**
560 6th St
Dover, NH 03820

**Clm No 174516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvia Janice**
150 Main St.
Dighton, MA 02715

**Clm No 174517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Michael Ford**
171 West Old Route 6
Hampton, CT 06247

**Clm No 174519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beverley Forest**
26 Morning Side Dr.
Dover,  NH 03820-4536

**Clm No 174524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Donald Forrest**
1740 Condor Lane, Apt #109
Greenbay, WI 54313-7777

**Clm No 174525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hansen, Faye**
3220 N. Frontage Rd.
Plant City, FL 33566

**Clm No 174526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julia Forshey**
245 Rodgers St.
Barry, IL 62312

**Clm No 174527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Barry, Helen Jeanne**
4901 SW 173 Way
SW Ranches, FL 33331

**Clm No 174528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Simone Fortin**
247 Northeast Sunshine Lane
Jensen Beach, FL 34957

**Clm No 174529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Violet Fortner**
5304 Bankhead Highway
Adamsville, AL 35005

**Clm No 174530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Harold Fossitt**
Box 93
North Bend, OH 45052

**Clm No 174531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Sandra Foster**
12400 Park Blvd, Unit 318
Seminole, FL 33772

**Clm No 174532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Douglas Foster**
14 Overlook Lane
Solon, ME 04979

**Clm No 174533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

| | **Clm No 174534** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o David Jagolinzer, Esq. | Class | Claim Detail Amount | Final Allowed Amount |
| 600 Brickell Ave, Suite 3800 | | | |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

| **Kathy Foster** | **Clm No 174535** | Filed In Cases: 607 | |
|---|---|---|---|
| 2 Kendall St | Class | Claim Detail Amount | Final Allowed Amount |
| Rochester, NH 03867 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

| **Willie Foster** | **Clm No 174536** | Filed In Cases: 607 | |
|---|---|---|---|
| 3786 W. 21st Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Gary, IN 46404-2849 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value            $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wilson Foster**
7362 W. Georgia Ave.
Glendale, AZ 85303

**Clm No 174537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Foster**
East 14315 Hoopper
Spokane, WA 99217-0000

**Clm No 174538**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roberta Fountain**
P.O. Box 15
Fountain, FL 32438

**Clm No 174539**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ruth Fountain**
16 Elzey Lane
Crisfield, MD 21817

**Clm No 174540**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Fowler**
408 Sulphur Ave.
Eminence, KY 40019

**Clm No 174542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jennifer Fox**
13148 E. Playfield
Crestwood, IL 60445

**Clm No 174543**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Handley, Becky**
1052 N. Oak Lane Road.
Springfield, IL 62707

**Clm No 174544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C. Fox**
705 South Tyndall Parkway
Callaway, FL 32404-6929

**Clm No 174545**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Keith Fox**
1194 Road 136
Cheyenne, WY 82009

**Clm No 174546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Fraiser**
5110 Old Kings Road
Jacksonville, FL 32254

**Clm No 174547**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Grace Francis**
112 Fort St
East Providence, RI 02914

**Clm No 174549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**James Francis**
P.O. Box 354
Newport, WA 99156-0000

**Clm No 174550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rex Francis**
4820 Reed St.
Pocatello, ID 83202-3400

**Clm No 174551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Clara Francisco**
5022 N Austin Ave. #1-H
Chicago, IL 60630

**Clm No 174552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorraine Franckiewicz**
3641 Bear Creek Blvd.
Wilkes-Barre, PA 18702

**Clm No 174553**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dana Franco**
1822 W. 49th St.
Davenport, IA 52806-3518

**Clm No 174554**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Betty Frank**
202 Pine Circle
Brunswick, GA 31520

**Clm No 174555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kippen, Barbara**
8139 Clairborne Dr.
Frederick, MD 21702

**Clm No 174557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dorothy Franklin**
19342 Country Road 4
Florala, AL 36442

**Clm No 174558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Franklin, Mark**
2600 Southern Oaks Dr.
Cantonment, FL 32533

**Clm No 174560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Tom Franklin**
Box#21
Page, AZ 86040

**Clm No 174561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lockie Franklin**
P.O.Box 222
Vance, AL 35490

**Clm No 174562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joseph Franks**
3056 Wavecrest Way
Hot Springs, AR 71913

**Clm No 174564**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephanie Franks**
391 Bass St.
Ontario, OR 97914

**Clm No 174565**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Frano**
188 Woodbine Rd
Colchester, CT 06415

**Clm No 174566**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Charles Fraser**
7321 East 19 St.
Tucson, AZ 85710

**Clm No 174568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Emily Frazier**
46 Horne Way
Millbury, MA 01527

**Clm No 174571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Frazier**
4715 Mount Pleasant Ave.
Grant, FL 32949

**Clm No 174572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Barbara Frazier**
4760 Parkstone Dr.
Rockledge, FL 32955

**Clm No 174573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Laura Frazier**
1781 NW 40th St.
Miami, FL 33142

**Clm No 174574**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Frazier, Lotoya**
250 East 47th St.
Jacksonville, FL 32208

**Clm No 174575**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Roule, Jr., Arthur**
P.O.Box 1816
La Porte, IN 46352-1611

**Clm No 174576**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174577**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Belli, Linda**
3 NW Gate Rd.
Harwich, MA 02645

**Clm No 174578**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174579**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174580**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Boone, Sarah**
P.O. Box 235
Uriah, AL 36480

**Clm No 174581**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Thomas French**
93 Salt Shed Rd
Charleston, NH 03603

**Clm No 174584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Anna Phlips-Frendt**
160 Mount Pleasant Road, Unit 10
Newton, CT 06470-1433

**Clm No 174585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Freund**
9103 NW 72nd St.
Tamarac, FL 33321

**Clm No 174586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Frew**
4892 Shoreline Circle
Sanford, FL 32771-7177

**Clm No 174587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**James Fried**
50 Terri Circle Drive.
Holmen, WI 54636

**Clm No 174588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Patrick Frischmon**
8202 Polk St Northeast
Spring Lake Park, MN 55432

**Clm No 174590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Angela Frisenda**
6300 Colonial Dr.
Margate, FL 33063

**Clm No 174591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Frostad**
4115 Kingston Dr.
Anchorage, AK 99504

**Clm No 174595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darlene Frugoli**
695 Alpine Ave.
Chubbuck, ID 83202

**Clm No 174596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John Frye**
206 West Wallnut St. Apt C.
Nappanee, IN 46550

**Clm No 174597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Fullard**
48 Moulton Dr.
Byron, GA 31008

**Clm No 174598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn Fuller**
2115 Lakeshore Dr.
Kansasville, WI 53139-9555

**Clm No 174599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Fuller**
920 Legion St.
Wildwood, FL 34785

**Clm No 174600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Katie Fullwood**
1324 Church St.
Blackshear, GA 31516

**Clm No 174601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Regis Fulmer**
1000 Century Dr.
Wildwood, FL 34785

**Clm No 174602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave. Suite 3800
Miami, FL 33131

**Clm No 174603**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Gloria Fultz**
3001 Norwood Blvd.
Birmingham, AL 35234

**Clm No 174604**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Thomas Funston**
P.O. Box # 66
Waterflow, NM 37421

**Clm No 174605**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James Furlow**
Route 2 Box 74B
Goshen, AL 36035

**Clm No 174606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**David Fussell**
1034 Lake Shore Dr.
Lakeland, FL 33805

**Clm No 174607**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Futreal, Jerry**
P.O. Box 1492
Burgaw, NC 28425-0000

**Clm No 174608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Cecil Gabbert**
7445 New Hampshire Ave.
Hammond, IN 46323

**Clm No 174609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gabianelli**
424 Barn Hill Road
Monroe, CT 06468

**Clm No 174610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berkley Gadwah**
49 Bee St
Meriden, CT 06450

**Clm No 174611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Helen Gage**
44 Bunker LN
Madbury, NH 03823

**Clm No 174612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gage, Hildegard**
1325 W. Birch Court
Milwaukee, WI 53209

**Clm No 174613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carmela Gagliardi**
42 Albion St.
Waterbury, CT 06705

**Clm No 174614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 174616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Lossie Gainer**
P.O. Box 446 528 Williamsburge Rd.
Wewahitchka, FL 32465

**Clm No 174617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Barbara Gainer**
516 South Eastland Dr.
Duncan, OK 73533

**Clm No 174618**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ruth Gallagher**
19 Boulevard Road
Wellesley, MA 02181

**Clm No 174619**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174620**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Gallagher**
4704 West Shore Drive
Bremen, IN 46506

**Clm No 174621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Margarita Gallegos**
2095 El Dorado Loop
Bosque Farms, NM 87068

**Clm No 174623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Eugene Gallegos**
1123 North Gabaldon Road
Belen, NM 87002

**Clm No 174624**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jay Galli**
2850 Highland Loop Cir.
Kamas, UT 84036

**Clm No 174625**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Dolores Gallo**
423 W. Poplar
Shenandoah, PA 17976

**Clm No 174626**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Irma Galloway**
21629 Virginia Drive
Astor, FL 32102

**Clm No 174628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Joseph Gallucci**
30 Tower Road
East Hartford, CT 06108-3037

**Clm No 174629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Doris Gallups**
P.O. Box 741
Pell City, AL 35125

**Clm No 174630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Joseph Galluzzo**
46 Glenwood Avenue, Apt #1
Norwalk, CT 06854

**Clm No 174631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Davis, Marsha**
91 Pleasant View Avenue
Haverhill, MA 01832

**Clm No 174632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**Bessie Gamas**
135 William Gannon Drive
Manchester, NH 03104

**Clm No 174633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Gamble**
12014 Ridgeway Rd.
McCalla, AL 35111

**Clm No 174634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Sutton, Michelle**
11475 Knox Street
Crown Point, IN 46307-7822

**Clm No 174636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174637**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Willard Ganga**
722 West 70th Avenue
Merrillville, IN 46410

**Clm No 174638**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174639**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula Gannon**
86 Colonial Ave.
Waltham, MA 02154

**Clm No 174640**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Gantt**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174641**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Werner, Joanne**
11000 SW 131 Terrace
Miami, FL 33176

**Clm No 174642**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174643**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marcelle Garcia**
848 Wren Road
Jacksonville, FL 32216

**Clm No 174644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Hector Garcia**
1809 Palm Valley Dr. W.
Harlingen, TX 78552-0000

**Clm No 174645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Garcia**
3427 Elm Street
East Chicago, IN 46312

**Clm No 174646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Gardner**
905 Cedar Street
Marshall, IL 62441-1921

**Clm No 174647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**David Gardner**
20795 East Cedar Drive
Mayer, AZ 86333-0000

**Clm No 174648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Garfield**
2850 Lost Prairie Road
Marion, MT 59925

**Clm No 174649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Garfield**
314 Morey Street
Waukesha, WI 53188-0000

**Clm No 174650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Gargis**
2070 Gargis Lane
Tuscumbia, AL 35674

**Clm No 174651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Garguilo**
8 Jardin Drive
East Haven, CT 06512

**Clm No 174652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garland, Josephine**
955 51st Street N. #103
St. Petersburg, FL 33710

**Clm No 174653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Sammie Garner-Smith**
425 Ewing Drive
Nashville, TN 37207

**Clm No 174654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Garner**
P.O. Box 70291
Tuscaloosa, AL 35407

**Clm No 174655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Smith, James**
941 West Rulane Drive
Midwest City,OK 73110

**Clm No 174656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Bolivia Garrido**
1390 NW 29th Avenue
Miami, FL 33125-2028

**Clm No 174658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Bettie Garrison**
1408 South 8th
Pekin, IL 61554

**Clm No 174659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Cynthia Garrison**
1061 Hollygate Lane
Naples, FL 34109

**Clm No 174660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**David Garth**
25 Carrington Avenue
Milford, CT 06460

**Clm No 174662**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jake Garth**
1150 North Elmer
South Bend, IN 46628

**Clm No 174663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Juan Garza**
2113 Cardinal Drive
East Chicago, IN 46312-0000

**Clm No 174666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Gaskin**
2915 Cox Mill Road Apt. L3
Hopkinsville, KY 42240-1288

**Clm No 174667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Gatchell**
1346 Barefoot Circle
Barefoot Bay, FL 32976

**Clm No 174668**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Kenneth Gates**
10660 Bowling Green Road
Morgantown, KY 42261

**Clm No 174669**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gordan Gates**
890 Bechannas Road
Belton, KY 42324-0000

**Clm No 174670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Gatesman**
108 Grimard Street
Luclow, MA 01056-2263

**Clm No 174671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

## Claims Details

| Jimmy Gatos | **Clm No 174672** | Filed In Cases: 607 | |
|---|---|---|---|
| 1535 Poplar Drive, P-22 | Class | Claim Detail Amount | Final Allowed Amount |
| Grand Junction, CO 81505-1583 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Cellucci, Lisa | **Clm No 174673** | Filed In Cases: 607 | |
|---|---|---|---|
| 124 Walnut Street | Class | Claim Detail Amount | Final Allowed Amount |
| Douglas, MA 01516 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jeanne Gaudette | **Clm No 174674** | Filed In Cases: 607 | |
|---|---|---|---|
| 8 Helen Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Southampton, MA 01073 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Gawronski**
951 North 100 West
Chesterton, IN 46304-0000

**Clm No 174676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Gay**
1571 S. Shore Drive
Orange Park, FL 32003

**Clm No 174677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Judy Gay**
8732 East Bay Head Court
Youngstown, FL 32466

**Clm No 174678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gayhart, James**
6734 Wildacre Drive
Sugarland, TX 77479

**Clm No 174680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William Gaynor**
12706 West Ballad Drive
Sun City West, AZ 85375

**Clm No 174681**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174682**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clara Geddes**
C/O Thomas F. Williams,Esquire
21 McGrath Highway Suite 501
Quincy, MA 02169

**Clm No 174683**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Gene Geiger**
722 South Wiggins Road
Plant City, FL 33566

**Clm No 174685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Shirley Geitz**
18 Cobblers lane
Norwalk, CT 06851

**Clm No 174686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Mildred Gelmini**
210 Robindale Dr.
Kensington, CT 06037

**Clm No 174687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Raymond Gentry**
190 Kolski Drive
Crescent City, FL 32112

**Clm No 174688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Lynn Gentry**
358 Anna Ave.
Waterbuty, CT 06708

**Clm No 174689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Margaret Genz**
812 3rd Avenue
Sterling, IL 61081

**Clm No 174690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bettie George**
3612 Viola Avenue S.W.
Birmingham, AL 35221

**Clm No 174691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Everett George**
126 Idlewind Drive
Paris, KY 40361-0000

**Clm No 174692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sammie George**
301 North Flower
Anchorage, AK 99504-0000

**Clm No 174694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thelma George**
3 Green St. Waldron Towers Apt. 504
Dover, NH 03820

**Clm No 174695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Susan Gerstel**
108 Peach Street
Braintree, MA 02184

**Clm No 174696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $10,000.00

---

**Donald Gervais**
319 Michele Avenue
Crown Point, IN 46307-0000

**Clm No 174698**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Donald Gesswin**
87 Tunxis Street
Windsor, CT 06095

**Clm No 174699**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Diana Getchell**
871 Middle Road
Sabattus, ME 04280

**Clm No 174700**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**GHOLSON, BRADLEY**
10510 BLANDVILLE ROAD
WEST PADUCAH, KY 42086

**Clm No 174702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY GIAIMO**
122 BELMONT AVE
LAKE VILLA, IL 60046

**Clm No 174703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELAINE GIANGIOBBE**
16940 TIMBERWORK ROAD
SPRING, TX 77379

**Clm No 174704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH GIBBS**
556 CONNECTICUT STREET
GARY, IN 46402-0000

**Clm No 174706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY GIBBS**
653 KEMP CEMETERY ROAD
WEWAHITCHKA, FL 32465-2411

**Clm No 174707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**LOUISE GIBSON**
10733 CYPRESS AVENUE
HOWARD CITY, MI 49329

**Clm No 174708**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**ADAMS, SHARON**
5444 KEYSTONE DRIVE S
JACKSONVILLE, FL 32207-5148

**Clm No 174709**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174710**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEFFERS, NEVA**
455 POOLE CREEK ROAD
LAUREL, MS 39443

**Clm No 174712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHELBY GIBSON**
2297 WOODWARD STREET
PORTAGE, IN 46368

**Clm No 174713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUNE GIDDINGS**
56 NEW HAVEN STREET
WEST ROXBURY, MA 02132

**Clm No 174715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GIESE, WILLIAM**
911 93RD STREET SE
EVERETT, WA 98208

**Clm No 174716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**HEIDI GIEZEY**
119 MOUNTAIN TOP DRIVE
TAMASSEE, SC 29686-2309

**Clm No 174717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT GIFFORD**
17390 SE 70TH ROYAL PINE COURT
THE VILLAGES, FL 32162

**Clm No 174718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD GIGSTEAD**
5919 EAST HIGHWAY 54
ELGOMA, WI 54201

**Clm No 174719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**GILBERT, BEVERLY**
9720 HIGHWAY 269
PARRISH, AL 35580

**Clm No 174720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DAVIS GILBERT**
1177 COUNTY HIGHWAY 8
BRILLIANT, AL 35548

**Clm No 174721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MONIQUE GILBERT**
424 ELMWOOD DRIVE
WINDSOR LOCKS, CT 06096

**Clm No 174722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**HARVEY GILBRIDE**
36 VIKING STREET
EAST HAVEN, CT 06512

**Clm No 174723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**COVARRUBIAS, RHONDA**
239 ALLEN AVENUE
WEST CHICAGO, IL 60185

**Clm No 174724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOHN GILHULY**
905 SOUTH 23 AVENUE
YAKIMA, WA 98902

**Clm No 174726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THEODORE GILL**
319 SMITH STREET
SOUTH WINDSOR, CT 06074

**Clm No 174727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**CARMEL GILL**
69 DONALD DRIVE
GOFFSTOWN, NH 03045

**Clm No 174729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GILLIAM**
14 WELLER LANE
PALM COAST, FL 32164-7869

**Clm No 174731**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174732**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLIVER GILLIAM**
1525 RUTLEDGE STREET
GARY, IN 46404

**Clm No 174733**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALMA GILLIS**
21 PONDUIEU DRIVE
EAST SANDWICH, MA 02537

**Clm No 174734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**ANNE GILLIS**
205 LINDEN PONDS WAY
UNIT 309
HINGHAM, MA 02043

**Clm No 174735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**DONALD GILMORE**
1159 HOMEWOOD DRIVE
FRANKFORT, IN 46041

**Clm No 174738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MERNA GINGHER**
8476 IMPERIAL CIRCLE
PALMETTO, FL 34221

**Clm No 174739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH GIONFRIDDO**
819 MATIANUCK AVENUE
WINDSOR, CT 06095

**Clm No 174740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOSEPH GIOVINCO**
142 PENINSULA ROAD
PITTSBURG, CA 94565

**Clm No 174741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GIRARD, RICHARD**
26 DEMER STREET
BERLIN, NH 03570

**Clm No 174742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD GIRARD**
7224 BIRCH AVENUE
HAMMOND, IN 46324

**Clm No 174743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**CONNIE GLADHILL**
4108 RUSSELL LANE
PANAMA CITY, FL 32404

**Clm No 174744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
36 BINGHAM ROAD
CANTERBURY, CT 06331

**Clm No 174745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GLASCO**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| JEFFERY GLENN | **Clm No 174747** | Filed In Cases: 607 | |
|---|---|---|---|
| 150 BARTLETT STREET | Class | Claim Detail Amount | Final Allowed Amount |
| APT 1 | | | |
| PORTSMOUTH, NH 03801 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| THELMA GLENN | **Clm No 174748** | Filed In Cases: 607 | |
|---|---|---|---|
| C/O BERL HENDERSON | Class | Claim Detail Amount | Final Allowed Amount |
| 1004 HAMILTON AVENUE | | | |
| PANAMA CITY, FL 32401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| RICHARD GLESSING | **Clm No 174749** | Filed In Cases: 607 | |
|---|---|---|---|
| 330-9TH STREET | Class | Claim Detail Amount | Final Allowed Amount |
| PO BOX 525 | | | |
| HOWARD LAKE, MN 55349 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**ARNOLD GLINES**
3285 WOODBRIDGE BLVD
#300
GRAND ISLAND, NE 68801

**Clm No 174750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM GLOVER**
PO BOX 9712
DOTHAN, AL 36303

**Clm No 174751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEVEN GLOVER**
1416 MEETING HOUSE LAN
KNOXVILLE, TN 37931

**Clm No 174752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**WILLIAM GLUCK**
200 DOW ROAD
PLAINFIELD, CT 06374

**Clm No 174753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEANNE GOBEIL**
147 HIGH HOPE ROAD
SULPHUR, LA 70663-0235

**Clm No 174754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HELMUT GODEJOHANN**
6537 S 118 STREET
FRANKLIN, WI 53132

**Clm No 174755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHIRLEY GODREAU**
C/O LINDA PELLETIER
11485 OAKHURST ROAD 200/201
LARGO, FL 33774

**Clm No 174757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**THOMAS GOETZ**
2600 COVE RD
NAVARRE, FL 32566

**Clm No 174759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**GOINGS, ROBERT**
52 MEADOWLARK DRIVE
CRAWFORDVILLE, FL 32327

**Clm No 174760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Garfield Goins**
4033 S. Chickasaw Trail
Orlando, FL 32829

**Clm No 174761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Golliver**
125 Pansy Lane
Defuniak Springs, FL 32433

**Clm No 174763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvia Gomes**
388 Orms Street
Providence, RI 02908

**Clm No 174764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frances Gomez**
1307 Richmond Street
Joliet, IL 60435

**Clm No 174765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerardo Gomez**
1819 South Colfax Street
Griffith, IN 46319-3444

**Clm No 174766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Gomez**
3902 Euclid Avenue
East Chicago, IN 46312-0000

**Clm No 174767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pedro Gonzalez**
4309 NW 34 Drive
Gainesville, FL 32604-0000

**Clm No 174769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Charles Gonzalez**
7830 Hanley Street
Schererville, IN 46375-3368

**Clm No 174771**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Othelia Gonzalez**
3920 Grand Boulevard
East Chicago, IN 46312

**Clm No 174772**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174773**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ellen Good**
47 Reservoir Avenue
Lupay, VA 22835

**Clm No 174774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Troy Goode**
7832 Juniper Ave
Gary, IN 46403

**Clm No 174776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| Lillian Goodman | Clm No 174777 | Filed In Cases: 607 | |
|---|---|---|---|
| 500 Three Islands Blvd | **Class** | **Claim Detail Amount** | **Final Allowed Amount** |
| Apt. 703 | | | |
| Hallandale Beach, FL 33009-2840 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Richard Goodreau | Clm No 174778 | Filed In Cases: 607 | |
|---|---|---|---|
| 43 Miller Street | **Class** | **Claim Detail Amount** | **Final Allowed Amount** |
| Ludlow, MA 01056 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Kandyleigh Provencher | Clm No 174779 | Filed In Cases: 607 | |
|---|---|---|---|
| 112 Indigo Hill Road | **Class** | **Claim Detail Amount** | **Final Allowed Amount** |
| Somersworth, NH 03878 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patricia Goodson**
6270 Hawkes Bluss Avenue
Davie, FL 33331

**Clm No 174780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debra Goodson**
223 Flagler Drive
Interlachen, FL 32033

**Clm No 174781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Michael Goodwin**
285 Wynns Ferry Road
Dover, TN 37058

**Clm No 174783**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Goodwin**
4651 NE 1 Avenue
Gainesville, FL 32641

**Clm No 174784**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Goodwin**
333 W 400 N
Valparaiso, IN 46385-9240

**Clm No 174785**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Verl Goodwin**
6008 West Argent
Pasco, WA 99301

**Clm No 174786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Gordon**
48 Sid Hall Drive
North Berwick, ME 03906

**Clm No 174787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**David Gordon**
6 Beech Tree Drive
Wethersfield, CT 06109

**Clm No 174788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Lewis Gordon**
110 Herzog Lane
Paducah, KY 42003

**Clm No 174789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Gordon**
15 Roxbury Street
Hartford, CT 06114

**Clm No 174790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Marie Gordon**
13582 East Highway 40-163
Silver Spring, FL 34488

**Clm No 174792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Louis Gordon**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Vicki Gorman**
7006 W. 15th Avenue
Kennewick, WA 99338

**Clm No 174795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dolores Gorman**
3258 Meadow Run
Venice, FL 34293

**Clm No 174796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donna Gosnell**
1 King Street Ext.
Wilmington, MA 01887

**Clm No 174797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary Goss**
106 Valley Circle
Anniston, AL 36201

**Clm No 174798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Shirley Gottlin**
13775 SE 102nd Court
Belleview, FL 34420

**Clm No 174799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lowell Goubeaux**
2730 Martha Street
Highland, IN 46322

**Clm No 174800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Vivian M. Gould**
33 Colbert Street
Leominster, MA 01453

**Clm No 174801**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Goulden**
7924 San Miguel Drive
Port Richey, FL 34668

**Clm No 174802**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ward Gowing**
45 Osborne Street
Stratford, CT 06614

**Clm No 174803**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Raymond Graczyk**
15 West Street
Windsor Locks, CT 06614

**Clm No 174804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Gradel**
3928 Coyt Drive
Cottage Grove, WI 53527

**Clm No 174805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William Graham**
661 Linden Bluff Road
Jesup, GA 31545-6560

**Clm No 174807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joan Graham**
c/o Cathy Holmes
1386 US Highway 82
Georgetown, GA 39854

**Clm No 174810**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Gramazio-Tierney**
5 Bobwhite Lane
Norfolk, MA 02056

**Clm No 174811**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vonda Wiegland**
2233 Trowbridge Road
Springfield, IL 62703

**Clm No 174812**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

**David Grandalski**
4207 Roxanna Drive
Erie, PA 16510

**Clm No 174813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arla Grandick**
115 Henrie Lane A
Williamstown, WV 26187

**Clm No 174814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Lorrine Graney**
12348 SW Kindsway Circle
Lake Suzy, FL 34266

**Clm No 174816**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174817**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharlene Cunningham**
15675 S. Star Lake Drive
Baldwin, MI 49304-7764

**Clm No 174818**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174819**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Irene Graves**
174 Wilbraham Road
Hampden, MA 01036

**Clm No 174820**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Teresa Gravitt**
66 Park Street
Anniston, AL 36201

**Clm No 174821**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Lawrence Gray**
1 Dragonfly Lane
Shapleigh, ME 04076

**Clm No 174822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pam Gray**
129 Sixth Street
Dover, NH 03820

**Clm No 174823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roxanne Gray**
521 Wylie School Road
Voluntown, CT 06384

**Clm No 174824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Gray**
53 SE Railroad Street
McRae, GA 31055

**Clm No 174826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Miriam Gray**
606 US Route 3
North Stratford, NH 03590

**Clm No 174827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Grazioso**
4 Curtis Avenue
Quincy, MA 02169

**Clm No 174829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Greaney**
703 Casper Avenue
Port Orange, FL 32129

**Clm No 174830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Elaine Greaser**
16867 NW 284th Street
Okeechobee, FL 34972

**Clm No 174831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Ulrike Veronika Greaves**
937 Fern Drive
Delray Beach, FL 33483

**Clm No 174833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Randal Green**
20732 Dickerson Road
Fountain, FL 32438

**Clm No 174834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Marlene Green**
1410 Lot #14 Old Dixie Highway
Titusville, FL 32796

**Clm No 174835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Charlene Green**
2713 E. Lartigue Avenue
Mobile, AL 36605

**Clm No 174836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Geraldine Green**
72 Tall Trees Drive
Amelia, OH 45102-1669

**Clm No 174837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Green, Co-Executor**
134 Kelly Drive
Slidell, LA 70458

**Clm No 174839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ruth Green**
735 Wade Hampton Boulevard
Greenville, SC 29609

**Clm No 174840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Volney Green**
788 W 66 S
Idaho Falls, ID 83402-5869

**Clm No 174841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Green**
Box 1264
Columbia Falls, MT 59912-0000

**Clm No 174844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeannie Greenberg**
160 Simsbury Rd., Apt 204
West Hartford, CT 06117-1470

**Clm No 174845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Brenda Greene**
10039 Lake Louisa Road
Clermont, FL 34711

**Clm No 174846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Nita Greene**
184 Chicago Ave
Valparaiso, FL 32580

**Clm No 174847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

### Claims Details

**Richard Greenslade**
Box 56
Soda Springs, ID 83276

**Clm No 174849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Alma Greenwood**
1236 E. 37th Court
Des Moines, IA 50317

**Clm No 174850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ted Gregerson**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Sharon Gregory**
4433 Chantilly Way
Milton, FL 32583

**Clm No 174852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Nell Gregory**
6795 W. 84th Circle, #4
Arvada, CO 80003

**Clm No 174853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Archie Gregory**
16 East Burgess Road
Pensacola, FL 32503-0000

**Clm No 174854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Doris Grenier**
613 W. Lakeshore Drive
CoCoa, FL 32926-3262

**Clm No 174856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174859**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Griffin**
1210 Boston Turnpike
Coventry, CT 06238

**Clm No 174860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Virginia Griffin**
15 Wayside Road
Portland, ME 04102

**Clm No 174861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Scott Griffin**
1805 Camphor Drive
Lakeland, FL 33803

**Clm No 174862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**John Griffing**
44 Tomlinson Avenue
Plainville, CT 06062

**Clm No 174863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Thomas Griffis**
6600 Chelsea Street
Pensacola, FL 32506-4550

**Clm No 174864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Carol Griffith**
1608 SW Lincoln
Topeka, KS 66604

**Clm No 174865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James Griglak**
701 West 2nd Street North
Ladysmith, WI 54848

**Clm No 174867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harley Grimes**
2637 Flat Branch Road
Tracy City, TN 37387-4810

**Clm No 174868**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Alice Griner**                          **Clm No 174870**      Filed In Cases: 607
2312 Palm Avenue
Seffner, FL 33584                          Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value              $1.00

---

**c/o David Jagolinzer, Esq.**            **Clm No 174871**      Filed In Cases: 607
600 Brickell Avenue
Suite 3800                                 Class              Claim Detail Amount        Final Allowed Amount
Miami, FL 33131
                                           UNS                      $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value              $1.00

---

**Joan Grobe**                            **Clm No 174872**      Filed In Cases: 607
W180-S8641 Cottage Circle East
Apt. 1053                                  Class              Claim Detail Amount        Final Allowed Amount
Muskego, WI 53150
                                           UNS                      $1.00
                                                                    $1.00

Date Filed              6-Oct-2015
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Joseph Groh**
N 77 W 17700 Lake Park Drive
Apt. 208
Menomonee Falls, WI 53051

**Clm No 174873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Groleau**
47 Glazier Street
Boylston, MA 01505

**Clm No 174874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norma Gronblom**
21 John Dee Road
Sterling, MA 01564

**Clm No 174875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Joan Groom**
9211 Highway 269
Parrish, AL 35580

**Clm No 174876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Gross**
741 Skylark Drive
Oconomowoc, WI 53066

**Clm No 174877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Gross**
500 W Goldfield Avenue
Space #22
Yerington, NV 89447-3314

**Clm No 174878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174882**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Delbert Grunstead**
1855 18th Street
Sparks, NV 89431

**Clm No 174884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Edward Gryga, Jr.**
198 N. Cherry Street
Wallingford, CT 16492

**Clm No 174885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Farnitano**
399 Whitebridge Road
Hampstead, NC 28443

**Clm No 174886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Crispin Guagardo**
6426 Monroe Avenue
Hammond, IN 46324-0000

**Clm No 174887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Carol M. Guerin**
37 Hampton Town Estates
Hampton, NH 03842

**Clm No 174888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Victor Guernier**
7749 Belmont Street
Hammond, IN 46324-3310

**Clm No 174889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Guertin**
P.O. Box 6154
Wolcott, CT 06716

**Clm No 174890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jeffrey Guest**
819 Second Avenue
New Smyrna Beach, FL 32169

**Clm No 174891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Sheila Guilder**
333 Las Olas Way
Apt 410
Ft. Lauderdale, FL 33301

**Clm No 174892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bruce Guimont**
2990 Eagle Street
Carson City, NV 89704

**Clm No 174893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Marjorie Guinn**
P.O. Boc 7993
Alexandria, LA 71306-0993

**Clm No 174894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwenneth Neal**
4815 Airway Drive N.E. Lot 1
Moses Lake, WA 98837

**Clm No 174895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melinda Claudette**
1698 Highway 19 South
Meansville, GA 30256

**Clm No 174896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Guriak, Jr.**
12259 Mayors Drive
Jaksconville, FL 32223

**Clm No 174898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Gurney**
42 Portland Road
Braintree, MA 02184

**Clm No 174899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Eleanor Gushes**
21300 W. Conifer Drive
Plainfield, IL 60544-5610

**Clm No 174900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Bobbie Gunthrie**
C/O Donald Gunthrie
680 Scott Cematary Road
Carbon Hill, AL 35549

**Clm No 174901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Carol Gutzman**
500 S. Third Street
Marquette, MI 49855

**Clm No 174902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Debra Guyton- King**
211 Pine Bluff Road
Lot #73
Albany, GA 31705

**Clm No 174903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mae Gwozdz**
c/o Carol Davis
18 Dorset Road
New Britain, CT 06052

**Clm No 174904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**James Andrew Haas**
426 W Franklin
Naperville, IL 60540

**Clm No 174906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Diana Habbe**
5009 West Colonial Drive #3
Tampa, FL 33611-6767

**Clm No 174907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174909**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terry Hadden**
402 Borghild Drive
Maryville, TN 37801

**Clm No 174910**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillian Haffey**
St. Mary of the Woods
35755 Detroit Road #211
Avon, OH 44011

**Clm No 174911**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Gail Hagan**
5109 Blue Heron Drive
New Port Richey, FL 34652

**Clm No 174912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myra Hagel**
5700 Mercer Lane
Missoula, MT 59808

**Clm No 174913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**ArleneHaggerty**
11 Boyden Drive
Foxboro, MA 02035

**Clm No 174915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Alan Hake**
P.O. Box 651
Preston, ID 83263

**Clm No 174918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00


**Cedric Hakian**
31 Noor Drive
Coventry, CT 06238

**Clm No 174919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00


**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Chester Hale**
53-1 Mile Creek Road
Old Lyme, CT 06371

**Clm No 174921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Ann Haley**
301 N. Progree Ave, Apt E-3
Harrisburg, PA 17109

**Clm No 174923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Halko**
523 Dupont Street
Moosic, PA 18507

**Clm No 174925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Hall**
621 Salerno Drive
Deltona, FL 32725-8449

**Clm No 174926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Jamely Hall**
2256 Red Mountain Terrace South
Birmingham, AL 35205

**Clm No 174927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hall**
2136 East Hwy 52
Hartford, Al 36344

**Clm No 174928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Hall**
4917 Mercedes Circle
Bessemer, AL 35022

**Clm No 174929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Ronnie Hall**
319 Suncrest Blvd
Savannah, GA 31410

**Clm No 174930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Hall**
762 Capitol Rd.
Valparaiso, IN 46385-9240

**Clm No 174932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174933**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hall**
119 Indiana Ave
South Bend, IN 46616

**Clm No 174934**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Hall**
27 North Connecticut Street
Hobart, IN 46342

**Clm No 174935**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Eugene Hall**
620 Cherry Street
Anaconda, MT 59711

**Clm No 174936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Hall**
7450 North 400 West
Rensselaer, IN 47978

**Clm No 174937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Hallebo**
13400 SW 80th Avenue
Miami, FL 33156

**Clm No 174938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Gary Hallett**
59151 Overseas Highway
Lot 51
Marathon, FL 33050

**Clm No 174939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joewayne Hallum**
5068 Bryn Mawr Court
Anchorage, AK 99508-4722

**Clm No 174940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Halowich**
672 Route 29
Harveys Lake, PA 18618

**Clm No 174941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Hamel**
12 Baptist Ave
Chicopee, MA 01013

**Clm No 174943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Hamerski**
1225 Edgewood Avenue
Stevens Point, WI 54481

**Clm No 174944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert Hames**
814 Minnesota Avenue
P.O. Box 81
Vailer, MT 59486

**Clm No 174945**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cynthia Seay**
292 Gail Street
Dallas, GA 30132

**Clm No 174946**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Hamilton**
103 Wheatland Circle
Eutaw, AL 35462

**Clm No 174947**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mayomie Hamilton**
9447 US Highway 62
Benton, KY 42025

**Clm No 174949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 174950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Roberta Hammett**
76 Pinson Road
Anniston, AL 36201

**Clm No 174951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Shirley Hammock**
214 Thracher Road
Plant City, FL 33566

**Clm No 174952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Lucretia Milbrecht**
2510 Park Plaza
Sebring, Fl 33870

**Clm No 174953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Lunnie Hammond**
3001 Granville Avenue
Bessemer, AL 35020

**Clm No 174954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hamnik**
712 Oakside Drive
Schererville, IN 46375-0000

**Clm No 174955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Hancock**
PO Box 126
Obrien, FL 32071

**Clm No 174958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Hancock**
6510 Old Melbourn Highway
Saint Cloud, FL 34771-0000

**Clm No 174959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174960**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alma Hand**
16844 Country Road 51
Jemison, AL 35085

**Clm No 174961**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Noble Hand**
224 South Center Street
Bremen, IN 46506

**Clm No 174962**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deloris Handley**
833 Idlewood Road
Birmingham, AL 32535

**Clm No 174964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**Nelda Hanley**
204 Barney Loop
Cardova, AL 35550-4441

**Clm No 174966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hanlon**
4301 Clemson Cir #B
Eagan, MN 55122-1882

**Clm No 174967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Hazel Hannah**
C/o Linda Hannah
PO Box 327
Cottondale, AL 35453

**Clm No 174969**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174970**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Hannan**
500 Victory Highway Apt. 15
North Smithfield, RI 02896

**Clm No 174971**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174972**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Hannifin**
158 Newington Avenue
Hartford, CT 06106

**Clm No 174973**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mozelle Hansen**
812 Plainfield Avenue
Orange Park, FL 32073

**Clm No 174974**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ferreira, Brenda**
33359 Cortez Blvd
Ridge Manor, FL 33523

**Clm No 174975**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Priscilla Hanson**
2945 Mia Drive
Grand Junction, CO 81503

**Clm No 174977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Roger Harbour**
85 Main Street
Sandisfield, MA 01255

**Clm No 174978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jody Kleutgen**
3116 63rd Street
Woodridge, IL 60517

**Clm No 174980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 174981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Harden**
1289 East Wisconsin Avenue
Deland, FL 32724

**Clm No 174982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PAUL HARDING**
55 ROUND HILL ROAD
KINSTON, MA 02364

**Clm No 174983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MARGUERITE MUNZEL**
521 BLUE HERON DRIVE
PANAMA CITY, FL 32404-2801

**Clm No 174984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUTH HARE**
6873 PLYMOUTH DR S
LAKE WORTH, FL 33462

**Clm No 174985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRIETTA HARGABUS**
816 LOCKLEAR AVENUE
SARASOTA, FL 34237

**Clm No 174986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**HAROLD HARGETT**
6034 CAROLE DRIVE
MILFORD, OH 45150

**Clm No 174987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**GARY HARMONY**
2350 TAPANZEE LANE
LAWRENCEVILLE, GA 30044

**Clm No 174990**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**DONALD HARNESS**
10666 REUTEZL DRIVE
BOISE, ID 38709

**Clm No 174991**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**SANDRA HARNEY**
4180 SHIRLEY LANE
MORRIS, IL 60450

**Clm No 174992**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ANGELA HARNEY**
52 UNDERWOOD ST.
FALL RIVER, MA 02720

**Clm No 174993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**JAMES HARPER**
5341 SCOTT DRIVE
PINSON, AL 35126

**Clm No 174994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**RONNIE HINNANT**
12821 PLUMMER GRAND ROAD
JACKSONVILLE, FL 32258

**Clm No 174995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**JOHN HARRELL**
1198 COUNTY ROAD 18
OZARK, AL 36360

**Clm No 174996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 174998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**ESTELLE HARRIMAN**
203 LAKESIDE LANDING ROAD
GLENBURN, ME 04401

**Clm No 174999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLOTENE HARRINGTON**
4575 HEATH STREET
PADUCAH, KY 42003

**Clm No 175000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HARRINGTON**
32 GREENWOOD TERRACE
CHICOPEE, MA 01022-1114

**Clm No 175001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**RONALD HARRIS**
153 BERKSHIRE DRIVE
OZARK, AL 36360

**Clm No 175002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HARRIS**
6366 ALLEGAN ROAD
VERMONTVILLE, MI 49096

**Clm No 175003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARIA HARRIS**
3385 WINDSOR LANE
JOLIET, IL 60431

**Clm No 175004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**BERNICE HARRIS**
PO BOX 3543
JACKSONVILLE, FL 32206-3743

**Clm No 175005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN HARRIS**
25 ARMADILLO
TRL #25
LAKE PLACID, FL 33852-6272

**Clm No 175007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ronald HARRIS**
2531 Plainview Road
Cheyenne, WY 82009

**Clm No 175008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Albert HARRIS**
2848 East 79th Street, 1st Floor
Chicago, IL 60649-5232

**Clm No 175009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**REBECCA HARRISON**
4928 BREAM BLVD
VERNON, FL 32462

**Clm No 175012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**FRANK HARRISON**
2728 HART ROAD
HIGHLAND, IN 46322-0000

**Clm No 175014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIAM HARRYMAN**
760 NORTH 2ND WEST
SPANISH FORK, UT 84660

**Clm No 175016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

c/o David Jagolinzer, Esq.
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRONELLA HART**
PO BOX 18
CRAYNE, KY 412033

**Clm No 175018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWINA HARTFORD**
180 KEARSARGE STREET
PORTSMOUTH, NH 03801

**Clm No 175019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**RUSSELL HARTLEY**
1364 ROBIN ROAD
MUSKEGAN, MI 49445

**Clm No 175020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SANDY BAKER**
9375 ASHWOOD COURT
MOBILE, AL 36695

**Clm No 175021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK HARTLEY**
1130 RED DANDY DR.
ORLANDO, FL 32818

**Clm No 175022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**FRANCES HARTMAN**
214 E CRESTWOOD
MORTON, IL 61550

**Clm No 175023**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**JOHN HARTMAN**
6836 WOODMAN AVENUE
HAMMOND, IN 46323

**Clm No 175024**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Forrest Hartson**
144 Luna Trail
SOUTHBURY, CT 06488

**Clm No 175025**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE HARVARD**
1037 CARACARA CIRCLE NORTH
LAKELAND, FL 33809

**Clm No 175027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY HARWOOD**
1203 SOUTH 22ND AVE
YAKIMA, WA 98902

**Clm No 175028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH HASCUP**
666 RINGWOOD AVENUE
APT. 13
WANAQUE, NJ 07465

**Clm No 175030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD HASENOHRL**
444 GLENWOOD HEIGHTS
WISCONSIN RAPIDS, WI 54494

**Clm No 175031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**EILEEN HASLAM**
1064 BEDFORD STREET
APT #2
ABINGTON, MA 02351-1260

**Clm No 175032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUIS HASZA**
1826 EAST DIVISION STREET
HOBART, IN 46342

**Clm No 175033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGARET S. HATCHER**
10393 HIGHWAY 115
MAYNARD, AR 72444-9110

**Clm No 175034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175038**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOAN HAY**
228 SOUTH ASHBURNHAM ROAD
WESTMINSTER, MA 01473

**Clm No 175039**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES HAYDEN**
9521 JOHNSON ROAD
PHILPOT, KY 42366

**Clm No 175040**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**RUBY HAYES**
301 STERLING BOULEVARD
SHEFFIELD, AL 35660

**Clm No 175041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALONZO HAYES**
H.C. 61
BOX 985
ARGILLITE, KY 41121

**Clm No 175042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELESSIE HAYES**
5636 CONNECTICUT STREET
MERRILLVILLE, IN 46410

**Clm No 175043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MARY HAZEN**
20 FARVIEW DRIVE
SANFORD, ME 04073

**Clm No 175044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**JAMES HAZLIP**
903 JANET AVENUE
INTERLACHEN, FL 32148

**Clm No 175045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**LESLIE HEAD**
4002 WEST HIDALGO
PHOENIX, AZ 85041

**Clm No 175046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**DONALD HEAGY**
3340 13TH AVENUE SOUTH
GREAT FALLS, MT 59405-0000

**Clm No 175047**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHARON HEALY**
11 RONALD DRIVE
WORCESTER, MA 01604

**Clm No 175048**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARGARET HEALY**
350 TRENSCH
NEW MILFOD, NJ 07646

**Clm No 175049**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**CLARENCE HEDGE**
PO BOX 2587
COLUMBIA FALLS, MT 59912-0000

**Clm No 175050**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175051**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK HEEMSBERGEN**
403 FREMONT STREET
PENROSE, CO 891240

**Clm No 175052**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**LILLIAN HEIKKINEN**
C/O PAUL N POTTI, ESQ. AHO & POTTI, LLP
23629 LIBERTY, SUITE 100
FARMINGTON, MI 48335

**Clm No 175056**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175057**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT HEISE**
217 SHERHAM WAY
ROCK HILL, SC 29732

**Clm No 175058**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175059**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOANNE HEITZMAN**
9 PEPER RD
TOWACO, NJ 07082

**Clm No 175060**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOAN HELIN**
848 NORTH NORTHWEST HIGHWAY
PARK RIDGE, IL 60068

**Clm No 175061**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**SUZY JAFINE**
3460 S. OCEAN BLVD.
APT 512
PALM BEACH, FL 33480-5908

**Clm No 175062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LILLIAN HELLEY**
158 RANGER ROAD
SOMERSET, MA 02726

**Clm No 175063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**FRANCES HELMS**
910 N 8TH ST
CLINTON, IN 47842

**Clm No 175065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**C/O DAVID JAGOLINZER, ESQ**
600 BRICKELL AVENUE
SUITE 3800
MIAMI, FL 33131

**Clm No 175066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY HENDERSON**
428 DARST AVENUE
PUNTA GORDA, FL 33950

**Clm No 175067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henderson, Kathleen**
164 Woodbridge Circle
Daytona Beach, FL 32119

**Clm No 175070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Maggie Henderson (Alzheimers)**
805 26th Street SW
Birmingham, AL 32535

**Clm No 175071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Phyllis Henderson**
7610 Southwest 188th Avenue
Dunnellon, FL 34432

**Clm No 175072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Eugene Henderson**
4921 Carey St.
East Chicago, IN 46312-0000

**Clm No 175073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary Henley**

Panama City Beach, FL

**Clm No 175074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna M. Hennis**

702 Ferncroft Tower
Middleton, MA 01949

**Clm No 175075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry, Scott**

3190 Highway 95, Apt. 401
Bullhead, AZ 86442

**Clm No 175076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hensley**
11781 North Buffalo
Chubbuck, ID 83202

**Clm No 175078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cannon, Cheryl**
3264 Cooley Street
Portage, IN 46368

**Clm No 175079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

| Rebecca Herbert, Sr. | | **Clm No 175080** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 24 NE Village Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Concord, NH 03301 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Herbon | | **Clm No 175081** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 558 Meadow Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Dixon, IL 61021 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jeffrey Herman | | **Clm No 175082** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 2613 Dwight Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Racine, WI 53403-0000 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**James Hermann**
221 Vine Street
Hammond, IN 46324

**Clm No 175083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jane Herrera**
Lot 106, 534 E. 27th Avenue
Hobart, IN 46342-2250

**Clm No 175085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Herrera**
P.O. box 2673
Fewrnley, NV 89408-0000

**Clm No 175087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herrick, Jayne**
352 E. 51 Street, Apt. 2-F
New York, NY 10022

**Clm No 175088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Alonzo Herrin**
12475 Fry Road Northeast
Aurora, OR 97002-9428

**Clm No 175089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Herring**
651 Lasster Road
Silas, AL 36919

**Clm No 175090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Williams, Helen**
2616 Respectful Court
Las Vegas, NV 89031

**Clm No 175095**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Kenneth Hester**
60 Surrey Lane
Windsor, CT 06095

**Clm No 175096**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Hester**
4886 FM 462 South
Hondo, TX 78861-0000

**Clm No 175097**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Theadoris Hester**
609 North Carroll Parkway
Glenwood, IL 60425-1173

**Clm No 175098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carla Hettinger**
132 Highway Drive
Yorkville, IL 60560

**Clm No 175099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Heward**
9407 East 142nd Avenue
Herbron, IN 46341

**Clm No 175100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Hewitt**
1819 Monroe
Butte, MT 59701

**Clm No 175101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Heyburn, Donna**
1714 Ridge Avenue
Holly Hill, FL 32117

**Clm No 175102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest  Heyse**
19485 Detroit Avenue
South Bend, IN 46614-5639

**Clm No 175103**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Brenda Heyworth**
22258 South Galahad Drive
Joliet, IL 60404

**Clm No 175104**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Hiam**
2909 Elizabeth Warren Avenue
Butte, MT 59701-3907

**Clm No 175105**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hicken**
PO Box 4
Hanna, UT 84031

**Clm No 175106**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Hickey**
28 Mellon Road
Warwick, RI 02889-8232

**Clm No 175108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jeanie Hickox**
27 McKinley Circle
PO Box 271
Marlborough, NH 03455

**Clm No 175110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Gail Hicks**
170 Clear Lake Circle
Sanford, FL 32773

**Clm No 175111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Victor Hicks**
5132 East Sweetwater
Scottsdale, AZ 85254

**Clm No 175112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Eddie Hicks**
735 Hwy. 469
Martha, KY 41159

**Clm No 175113**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Moore, Dawn**
54 Tredeau Street
Hartford, CT 06114

**Clm No 175114**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Marie Cole**
2747 Highway 28E Apt.706
Pineville, LA 71360-5746

**Clm No 175115**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Marie Hidden**
24 Hall Street
Revere, MA 02151

**Clm No 175116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Higginbotham, Delene**
3883 Galicia Road
Jacksonville, FL 32217

**Clm No 175117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Catherine Higgins**
5993 Campo Drive
Keystone Heights, FL 32656

**Clm No 175118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Norman Higgins**
160 Hopewell Road
South Glastonbury, CT 06073

**Clm No 175119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosner, Waynes**
28 Linda Street
S. Hadley, MA 01075

**Clm No 175120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Higgns, Paul**
100 Sprague Street
Portsmouth, RI 02871

**Clm No 175121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dianne M. Hightower**
3N536 Linda
Addison, IL 60101

**Clm No 175122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Hildebrand**
21 Berry Lane
Bourbanrais, IL 60914-0000

**Clm No 175123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Lina Hill**
495 Emerald Road
Ocala, FL 34472

**Clm No 175125**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hill**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175126**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Colette Hill**
102 East Towne Plaza
Titusville, FL 32796

**Clm No 175127**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Palmer Hill**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Hill**
1024 Frazier Street
Jacksonville, FL 32209

**Clm No 175129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudine Hill**
750 Yale Street
Apt. 203
Harrisburg, PA 17111

**Clm No 175130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Clinton Hill**
2527 East Blanche Drive
Phoenix, AZ 85032

**Clm No 175131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hill**
17630 North 35th Street
Phoenix, AZ 85032-2014

**Clm No 175132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Hill**
4220 East Hamblin Drive
Phoenix, AZ 85024

**Clm No 175133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Rex, James**
1000 S. Ocean Boulevard
Apartment 17K
Pompano Beach, FL 33062-6651

**Clm No 175134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Hille**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hill, Lois**
12 Bicknell Street
Kittery, ME 03904

**Clm No 175136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Henry Hilton**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sheri Hilton**
8450 South 1575 East
Sandy, UT 84093

**Clm No 175138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**June M. Hines**
880 Beach Avenue
Atlantic Beach, FL 32233

**Clm No 175139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Adrianne Hinsdale**
1115 Butternut Road
Glen Mills, PA 19342

**Clm No 175140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Juliet Hinson**
25994 U.S. Highway 43
Gallion, AL 36742

**Clm No 175141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Virginia Hiott**
271 Vista Ridge
West Blocton, AL 35184

**Clm No 175142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Fredrick Hobbs**

c/o David Jagolinzer, Esq.

600 Brickell Avenue, Suite 3800

Miami, FL 33131

**Clm No 175143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hobby**

c/o David Jagolinzer, Esq.

600 Brickell Avenue, Suite 3800

Miami, FL 33131

**Clm No 175144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hodge**

6 Spinn Aker Road

Waterford, CT 06385

**Clm No 175145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Everett Hodge**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175146**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Hodge**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175147**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Hodges**
1737 North Graceland Avenue
Decatur, IL 62526-4035

**Clm No 175148**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Howard Hodgson**
1610 West Pinto
Colbert, WA 99005-9797

**Clm No 175149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Hoebbel**
9101 Kopp Lane
Cleves, OH 45002

**Clm No 175150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronald Hoff**
1041 S Archers Way
Nekoosa, WI 54457

**Clm No 175151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Betty Hoffie**
1508 Windsor Drive
Harrison, AR 72601

**Clm No 175152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Hoffman**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armella Hoffmann**
5065 Scottie Court
New Franken, WI 54229

**Clm No 175154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Richard Hofstetter**
7786 Maple Lane
Fremont, WI 54940

**Clm No 175155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Hogue**
211 5th Avenue
Prescott, IA 50859

**Clm No 175156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hogue**
11244 North 200 East
Morristown, IN 46161

**Clm No 175157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Edward Hohrein**
16453 Hollow Drive
Caldwell, ID 83607-8644

**Clm No 175158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dolores Hoida**
10635 W. Allwood Drive
Franklin, WI 53132

**Clm No 175159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Miles Holcomb**
18 Martinka Drive
Shelton, CT 06484

**Clm No 175160**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Minnie Johnson-Holcomb**
348 Indian Village Rd
Slidell, LA 70461

**Clm No 175161**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**James Holcombe**
32691 Hwy 31 S.
Calera, AL 35040

**Clm No 175162**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Davis,Carol**
187 MT. Lebanon Church Road
Greer, SC 29651

**Clm No 175163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Gary Holen**
W19501 N. River Road
Whitehall, WI 54773

**Clm No 175164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Deborah Holladay**
8764 SW 51st Court
Cooper City, FL 33328

**Clm No 175165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Sandra Holland**
4147 E. Cottonwood Road
Dothan, AL 36301

**Clm No 175166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**William Hollaway**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Holley, Gordon**
10615 Buffalo Bend
Houston, TX 77064

**Clm No 175168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilford Holley**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kenneth Holley**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Holliday, Patrick**
300 Herrell Road
Villa Rica, GA 30180

**Clm No 175171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hollifield**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Hollingworth**
251 Shawna Lane
Hillsboro, TN 37342-0000

**Clm No 175173**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Marion Holloman**
192 Cain Court North
Douglasville, GA 30134

**Clm No 175174**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Robert Holman**
1395 West Van Buren Avenue
Salt Lake City, UT 84104-2915

**Clm No 175175**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Shirley Holmes**
15 G Ruthmary Avenue
Brinybreezey, FL 33435-7375

**Clm No 175176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Lynne Holmes**
7 Magnolia Drive
Enfield, CT 06082

**Clm No 175177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Robert Holmes**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Willie Holt**
102 Oak Forest Drive
Birmingham, AL 35217

**Clm No 175179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Holt**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Holzschuh**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Homer, Anna**
7 Roosevelt Circle
South Easton, MA 02375

**Clm No 175182**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hood**
8839 Ed Lee Road
Panama City, FL 32404-0000

**Clm No 175183**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hooker**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175184**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jane Hooper**
56 Eaton Road
Framingham, MA 01701

**Clm No 175185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Hopkins**
35 Pepperidge Road
Paramus, NJ 07652

**Clm No 175186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Hopkins**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Margaret Hoppe**
9 Brigatine Lane
Grays Lake, IL 60030

**Clm No 175188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Hoppe**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Hopper**
3908 Midway Road
Beaver Dam, KY 42320-0000

**Clm No 175190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Edward Horan**
35 Crestview Drive
Newington, CT 06111

**Clm No 175191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Horan**
46 Olney Road
Wethersfield, CT 06109

**Clm No 175192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Horan, James**
P.O. Box 7480
Avon, CO 81620

**Clm No 175193**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Hernandez, Debora**
P.O. Box 82062
Tampa, FL 33682-2062

**Clm No 175194**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Horne**
9930 Highway 10
Butte, MT 59701

**Clm No 175195**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Horney**
10928 Happy Hollow CIR
Suches, GA 30572-2325

**Clm No 175196**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Donald Horntvedt**
219605 East Perkins Road
Kennewick, WA 99336

**Clm No 175197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Danny Hortman**
3468 Bailey Road
Dacula, GA 30211

**Clm No 175198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Moquin, Louise**
73 Plaine Street
Worcester, MA 01605

**Clm No 175199**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary Horton**
C/O Linda Atanasoff
47921 S. Fremont Road
Kennewick, WA 99337-9145

**Clm No 175200**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Horton**
8736 Monroe Avenue
Munster, IN 46321

**Clm No 175201**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Horton**
4359 Shady Bend Drive
Dallas, TX 75244-7448

**Clm No 175202**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Sandor Horvath**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175203**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Haigh, Doris**
120 Celestial Way #110
Juno Beach, FL 33408

**Clm No 175204**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Royce Houchens**
929 Coopertown Road
Russelville, KY 42276

**Clm No 175205**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bettye House (Deceased)**
7058 I1 Route 72 E
Skillman Valley, IL 61084-9621

**Clm No 175206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry House**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred House**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Marshall House**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nellie House**
1300 Jasma Lane
Pensacoa, FL 32534

**Clm No 175210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marvin House**
1594 Apache Way
Ogden, UT 84403

**Clm No 175211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James House**
2911 Old Oxford Road
Hamilton, OH 45013

**Clm No 175212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hovermale**
1108 West 8th Street
Mishawake, IN 46541

**Clm No 175213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Addis Howard**
600 Perry Dr. 462
Ashburn, GA 31714-5423

**Clm No 175214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Howard, Timothy**
8633 Don Ray Way
Ootewah, TN 37363

**Clm No 175215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolyn Howard**
3456 Sring Glen Road
Jacksonville, FL 32207

**Clm No 175216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eleanor Howard**
212 E Park Box 64
Minier, IL 91759

**Clm No 175217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Barbara Howard**
28540 Old Mill Road
Wesley Chapel, FL 33544

**Clm No 175218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Charles Howard**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175219**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Stalbaum, Debra**
4105 South, 250 West
North Judson, IN 46366

**Clm No 175220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Irma Howard**
P.O. Box 7480
Philpot, KY 42366

**Clm No 175221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**L. Charles Howard**
1134 Trent Drive
South Jordan, UT 84095

**Clm No 175222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Claude Howard**
H.C. 61 Box 634
Salyersville, KY 41465

**Clm No 175223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Susan Howarth**
147 Swain Road
Barrington, NH 03825

**Clm No 175224**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Bernice Howe**
P.O. Box 629
Greene, ME 04236

**Clm No 175225**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Paul Howe**
18219 North Sterling Drive
Surprise, AZ 85374

**Clm No 175226**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ruth Howe**
301 N. Boling Avenue
Luverne, AL 36049-4633

**Clm No 175227**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Howell**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175228**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Howell**
350 Tompkins Street
Heflin, AL 36264

**Clm No 175229**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**George Howell**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Darrell Howell**
1136 West Pampa Avenue
Mesa, AZ 85210

**Clm No 175231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Hoy**
19 Evergreen Lane
Oakdale, CT 06370

**Clm No 175232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lisa Hoyle**
216 Wilimantic Road
Batic, CT 06330

**Clm No 175233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Hrinko**
1 Bradley Place
Palm Coast, FL 32137

**Clm No 175234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubbard-Matthews, Andrea**
204 Highgate St.
Needham, MA 02492

**Clm No 175235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Miles Hubbard**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Alfred Huber**
1955 Sager Road
Valparaiso, IN 46383

**Clm No 175237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Norman Huddler**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Emma Hudson**
RR1 Box 133A
Sawyerville, AL 36776

**Clm No 175239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmer Hudson**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donna Hudson**
17625 North Sixth Street
Phoenix, AZ 85022

**Clm No 175241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Madelyn Huelsberg**
560 West May Street
Benton Harbor, MI 49022

**Clm No 175242**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Huerkamp**
505 N. Badger Street
Apt 107
Caledonia, MN 55921-1557

**Clm No 175243**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danny Huff**
180 Malone Road
Chillicothe, OH 45601-8597

**Clm No 175244**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Huffer, Judy**
PO Box 33
Lynchburg, TN 37352-0033

**Clm No 175245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lillian Huffine**
5932 Mayo Street
Hollywood, FL 33023

**Clm No 175246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Huffman**
8609 East Cactus Road
Scottsdale, AZ 85260

**Clm No 175247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Leonard Hufstetler**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dorothy Huggard**
965 N 400 E
Lehi, UT 84043

**Clm No 175249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Hughes**
281 Cotton Hill Road
New Hartford, CT 06057

**Clm No 175250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lilton Hughes**
1610 Rhode Island
Gary, IN 46407

**Clm No 175251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hughes**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Hughes**
100 N. Rodeo Gulch Road
SPC 54
Soque, CA 95073-2060

**Clm No 175253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Rebecca Hughett**
2975 St. Vincent Ave.
LaSalle, IL 61301

**Clm No 175254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hugya**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nicholas Huisman**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

---

*Claims Details*

---

**Robert Hulback**
North 941 State Hwy 40
New Auburn, WI 54757

**Clm No 175257**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Harry Hull**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175258**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Weir Humes**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175259**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Elfriede Hummel**
1740 Hartford Turnpike
North Haven, CT 06473

**Clm No 175260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**James Humphrey**
727 Lawson Drive
Lafayette, IN 47905-4422

**Clm No 175261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Patrick Hunt**
19 Winona Street
Peabody, MA 01960

**Clm No 175262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**William Hunt**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sonya Hunter**
2109 Magee Street
Prichard, AL 36610

**Clm No 175264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Hunter**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Moses Hunter**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hunter**
4841 E 25th Pl
Lake Station, IN 46405

**Clm No 175267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Hunter**
2437 W. 63rd Avenue
Merrillvile, IN 46410-0000

**Clm No 175268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jean Huntington**
29 Leonard Terrace
Wayne, NJ 07470

**Clm No 175269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bert Huntington**
473 East 3050 North
Provo, UT 84604

**Clm No 175270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Hurley**
18650 W. Observatory Road
New Berin, WI 53146

**Clm No 175271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Keith Hursh**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hurst**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Huse**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Charles Huseby**
725 Liberty Street #1
Kalispell, MT 59901-3055

**Clm No 175275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Huss**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gene Husted**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jones, Vicky**
1930 Bay Tree Court
Port Orange, FL 32128

**Clm No 175278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Hutchens**
11019 Fathke Road
Crown Point, IN 46307-8849

**Clm No 175279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Hutcherson**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Eldon Hutchins**
407 E H Street
Lot 13
Deer Park, WA 99006

**Clm No 175281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Darla Hutton**
420 S. Mazon Street
Coal City, IL 60416

**Clm No 175282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Delmar Hyatt**
2036 South Glen Eagle Terrace
Lecanto, FL 34461-8210

**Clm No 175283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**James Hyde**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hylek**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ricky Hylton**
RR3 Box 365
Bluefield, VW 24701

**Clm No 175286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**David Iannaccone**
3250 East Sheridan St.
Phoenix, AZ 85008

**Clm No 175287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Julie Imperl**
2983 S. 96 Street
W. Allis, WI 53227

**Clm No 175288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Judith Imschweiler**
10 Ronald Avenue
Potsville, PA 17801

**Clm No 175289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Haydee Infante**
9321 NW 7 Street
Apt. 203
Miami, FL 33126

**Clm No 175290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bobby Ingalls**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ingle**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Betty Ingram**
509 9th Street
Port St. Joe, FL 32456

**Clm No 175293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Ingram**
4322 NW 11th Court
Miami, FL 33127

**Clm No 175294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Ingram**
104 Ames Road
Brockton, MA 02402

**Clm No 175295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Ingram**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**William Ingram**
P. O. Box 220
Waynesville, GA 31566-0220

**Clm No 175297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**ANNA INGUAGGIATO**
31 BOWLING GREEN DR
NORTH HAVEN, CT, 06473

**Clm No 175298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**HERMENE INORIO**
3 WHITE OAK DR
CLINTON, CT, 06413

**Clm No 175299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE INZER**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HELEN IOAKIMIDIS**
1300 MACKINAW PLACE
SCHERERVILLE, IN, 46375

**Clm No 175301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**BETTY IOVINO**
629 EPWORTH PL,
OTTAWA, IL, 61350

**Clm No 175302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**JANET IRWIN**
2218 PRESQUE ISLE AVE
MARQUETTE, MI, 49855

**Clm No 175303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**CHRIS IRWIN**
913 PARKVIEW DR
BISMARCK, ND, 58501

**Clm No 175304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**CHRISTINE ISABELLE**
160 SPRINGS RD
BEDFORD, MA, 01730

**Clm No 175305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**JAMES ISRAEL**
10301 N DELAWARE ST
INDIANAPOLIS, IN, 46280

**Clm No 175306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**NICK IVANCEVICH**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**ROSEMARY IVANOFF**
117 HOMESTEAD DR
ROARING BROOK TOWNSHIP, PA, 18444

**Clm No 175308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLEN IVERSEN**
4 WALNUT ST
LITTLE FALLS, NJ, 07424

**Clm No 175309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK JACCOD**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**DANIEL JACK**
85 BUCK ROAD
HARRISON, ME, 04040

**Clm No 175311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RADMILA JACKOVICH**
2005 W 75 PLACE
BLDG 4 UNIT 23
MERILLVILLE, IN, 46410

**Clm No 175312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD JACKSON**
2421 E OLIVE RD
PENSACOLA, FL, 32514

**Clm No 175313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JOHN JACKSON**
C/O NANCY L PAYNE
PO BOX 323
MICHIGAN CITY, IN, 46360

**Clm No 175314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT JACKSON**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRENT JACKSON**
139 CARSON AVE
EAST CARBON, UT, 84520

**Clm No 175316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MARK JACKSON**
140 E 54TH AVE
APT #202
MERILLVILLE, IN, 46410

**Clm No 175317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN DONALDSON**
PO BOX 961
CHIEFLAND, FL, 32644

**Clm No 175318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN JACKSON**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**DENNIS JACKSON**
W254 SO 6710 RIDGE RD
WAUKESHA, WI, 53209

**Clm No 175320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LARRY JACKSON**
4050 N 19TH PLACE
MILWAUKEE, WI, 53209

**Clm No 175321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ADELLA JACKSON**
245 PALMER CIRCLE
LEROY, AL, 36548

**Clm No 175322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**PATSY JACKSON**
709 COUNTY RD 574
HANCEVILLE, AL, 35077

**Clm No 175323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JACKSON**
2035 AMERICUS AVE
PENSACOLA, FL, 32507

**Clm No 175324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OLIVIA MCCRAY**
C/O MITCHELL A SPEARS, ATTORNEY AT LAW
PO BOX 119
MONTEVALLO AL 35115

**Clm No 175325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MIA JACKSON**
86185 PINEWOOD DR
YULEE, FL, 32097

**Clm No 175326**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JANICE JACKSON**
3342 N LAURA ST
JACSONVILLE, FL, 32206

**Clm No 175327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUTH JACOB**
659 WELLS LANDING DR
ORANGE PARK, FL, 32073

**Clm No 175328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**FRANCES JACOBS**
2851 LEONARD DR
APT J-506
AVENTURA, FL, 33160

**Clm No 175329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JEANNETT JACQUES**
180 SCHOOL ST
TAUNTON, MA, 02780

**Clm No 175330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKEY JAHN**
613 W MONROE ST G
DARDEEVILLE, WI, 53954

**Clm No 175331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**GERALD JAHNKE**
429 RIVER HTS
SHAWANO, WI, 54166

**Clm No 175332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERTA JAMES**
1304 S 105TH PL,
APT 1029
MESA, AZ, 85209

**Clm No 175333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY JAMES**
1004 E 13TH CT
PANAMA CITY, FL. 32401

**Clm No 175334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**SIDNEY JAMES**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SALLY JAMES**
1209 OBISPO AVE
CORAL GABLES, FL, 33133

**Clm No 175336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VIVIAN HERMAN**
33805 S DESERT BLUFF
TUCSON, AZ, 85739

**Clm No 175337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**CLAUDE JAMESON**
7577 N 550 EAST
ROCHESTER, IN, 46975-7485

**Clm No 175338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**DEBRA JAMIESON**
400 GEHRING RD
TOLLAND, CT, 06084

**Clm No 175339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**GERALD JANKE**
N 482 PARK DR
NEW AUBURN, WI, 54757

**Clm No 175340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**MABEL JASON**
624 PATRICIA LN
HENRY, IL, 61537

**Clm No 175341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD JASPER**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JASPER JASPERSON**
406 S MCARTHUR
PANAMA CITY, FL. 32401

**Clm No 175343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JOHN JAWORSKI**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175344**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PRISCILLA JEAN**
19 LAKESHORE DR
BARRINGTON, NH, 03825

**Clm No 175345**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOANNE JEAN**
89 MASCUPIC TR
TYNGSBORO, MA, 01879

**Clm No 175346**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**TERESA BRIDGES**
301 MADISON OAKS DR,
RINCON, GA, 31326

**Clm No 175347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**JACQUELINE JEFFERSON**
5101 KING DR
ADAMSVILLE, AL, 35005

**Clm No 175348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**RUSSELL JEMISON**
C/O DAVID JAGOLINZER, ESQ
600 BRICKELL AVE ST3 3800
MIAMI FL 33131

**Clm No 175349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**LEO JENCKS**
916 SUNSHINE WAY SW
WINTER HAVEN, FL, 33880

**Clm No 175350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY JENKIN**
1302 W GIBSON ST
SCRANTON, PA, 18504

**Clm No 175351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR JENKINS**
8543 5TH AVE N
BIRMINGHAM, AL, 35206

**Clm No 175352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Bricker Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Jennings**
Dolan Road
Milbury, MA 01527

**Clm No 175354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Puch, Cummings Regina**
2836 Guinn Drive
Panama Sity, Fl 32406-2424

**Clm No 175355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Norma Jennings**
512 172 Street North
East Moline, IL 61244

**Clm No 175356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe Jennings**
815 West Diamond Street.
Butte, MT 59701-1526

**Clm No 175357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Moyra Jenrette**
510 Sea Gulf Court
Edgewater, FL 32141

**Clm No 175358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mae Jensen**
50 Kotar Roada
Pleasant Mount, PA 18453

**Clm No 175359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lloyd Jensen**
8090Ralight Place
Westtminster, CO 80030

**Clm No 175360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jackie Jent**
P.O Box 1055
Portage, IN 46368

**Clm No 175361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lorraine Jerrier**
Box 1287
Plymouth, MA 02362

**Clm No 175362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickert Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fannie Jewell**
190 Thompson Street
Springfield, MA 01109

**Clm No 175364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John Jewett**
P.O Box 6
Thayer, IN 46831

**Clm No 175365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Jiles**
855 La Fond Avenue
Dayton, NV 89403

**Clm No 175366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ricardo Jimenez**
116 Continental
Henderson, NV 89015-0000

**Clm No 175367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Antonio Jimenez**
402 W. 14 Street
Apt 149
Hobert, IN 46342

**Clm No 175368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Jinks**
P.O Box 782
Haleyville, Al 35565

**Clm No 175369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Jinks**
P.O Box 782
Haleyville, Al 35565

**Clm No 175370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Joan Levins Jirkovsky**
23310 NW County Road
Alachua, Fl 32615

**Clm No 175371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen Jobien**
105 Benhurst Road
New Bern, NC 28560

**Clm No 175372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marcy Johansen**
6 Pinewood gardens
Homosassa, FL 34446

**Clm No 175373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Deborah Johnson**
66 King Street
Johnstom, RI 02919

**Clm No 175374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Janet Gardner**
352 Killouga Drive
Birmingham, Al 35215

**Clm No 175375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Martha Johnson**
47 Smith Road
Mansfield, MA02048

**Clm No 175377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Johnson**
102 Massey
St. Booneville, MS 38829

**Clm No 175378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

## Claims Details

**karen Johnson**
116 Dean Creek Trail
Fort McCoy, FL 32134

**Clm No 175380**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Johnson**
12 Davidson Hill Street.
Parrish, AL 35580

**Clm No 175381**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Johnson**
371 Cedar Ln.
Symsonia, KY 42082

**Clm No 175382**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William Johnson**
554 Carmel Drive
Melbourne, Fl 32940

**Clm No 175383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**J Johnson**
P.O Box 316
Sipsey, Al 35584

**Clm No 175384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Johnson**
158 Chester Street
East Hartford, CT 06108

**Clm No 175386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patty Johnson**
2473 Dianne Drive
Cocoa, FL 32926

**Clm No 175387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Johnson**
4922 Mccook Ave
East Chicago, IN 46312

**Clm No 175388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Phillip Johnson**
P.O Box 130
Seville, Fl 32190

**Clm No 175389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Johnson**
402 W. 14th Street
#243
Hobert, IN 46442

**Clm No 175390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelly Johsnon- Fleet**
813 Valparaisi Blvd
Nicefille, FL 32578

**Clm No 175391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Bobby Jones**
3922 Chotaw Street
Anniston, AL 36206

**Clm No 175392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Sonja. C. Johnson**
5104 Martha Ann Drive
Jacksonville, FL 32207

**Clm No 175393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Mary Johnson**
720 W. Breen Avenue
Kingsford, MI 49802

**Clm No 175394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175395**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Johnson**
11216 Leeds street
Panama City, Fl 32404

**Clm No 175396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Johnson**
P.O Box 783
Defuniak Springs, Fl 32435

**Clm No 175397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175401**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175402**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Johnson**
1011 14th Street South
Wisconsin Rapids, WI 54494

**Clm No 175403**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Gordon Johnson**
1118 vaugh Ave
Ashland, WI 54806

**Clm No 175404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Johnson**
30 North Cuthroat Pl
Hoodsport, WA 98548

**Clm No 175405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Merlin Johnson**
458 North 125 East
North Salt Lake, UT 84054

**Clm No 175406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**James Johnson**
1608 Central Avenue
Fgreat Falls, MT 59401

**Clm No 175407**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Johnson**
P.O Box 2786
Kirtkand, NM 87417

**Clm No 175408**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Johnson**
Williamsburg, 3rd N 132 W.
Room 222
Logan City, UT 84321

**Clm No 175409**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Johnson**
1612 Indian trail Drive
Napeville, IL 60565

**Clm No 175411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Miami, FL 33131

**Clm No 175412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Johnson**
13669 County Highway F
Bloomer, WI 54724

**Clm No 175414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Johnson**
1911 Orange Tree Dr.
Edgewater, FL 32141-3919

**Clm No 175415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Donald Johnson**
333 Highway 151 South
Calhoun, LA 71203-0000

**Clm No 175416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin  Johnson**
4422 West Townie Avenue
Glendae,AZ 85302-5335

**Clm No 175417**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Johnson**
4742 County Road F
Auburndale, WI 85302-5335

**Clm No 175418**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ronald Johnson**
P.O Box 123
Alcova, WY 82620-0123

**Clm No 175419**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Johnson**
P.O Box 428
Ft. Defiance, ZA 86504

**Clm No 175420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Johnston**
15620 B 26th Avenue North
Plumouth, MN 55447

**Clm No 175423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Johnston**
484 W Wise Ave
Decatur, IL 62526

**Clm No 175424**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Morris Joiner**
1748 Chase Stree
Gary, IN 46404

**Clm No 175425**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Joncas**
3621-5 Mile Road
Apt D
Racine, WI 53402

**Clm No 175426**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy D. Jones**
97448 Pirates Way
Yulee, FL 32097

**Clm No 175427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Mary Jones**
49 Old South Street
#607
N. Hampton, MA 01060

**Clm No 175428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Jones**
100 Balance Rock Road
Lanesboro, MA 01237-1749

**Clm No 175429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edna Jones**
314 Brake Street.
Warrior, Al 35180

**Clm No 175430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Mildred Jones**
541879 Lem Turner Roas
Callahan, FL 32011-4583

**Clm No 175431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda A. Jones**
609 Southbranch Drive
St. Johns, Fl 32259

**Clm No 175432**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jones**
6943 41st Avenue North
Riviera Beach, FL 33404

**Clm No 175433**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Jones**
11437 SW 85 Court
Ocala, Fl 34481

**Clm No 175435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Jones**
705 24th Avenue
Phenix City, AL 36869

**Clm No 175436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Irene Tart**
8165 Jim Tom Circle
Wilmer, Al 36587

**Clm No 175437**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Josephine Key**
5122 Eastbourn Drive
Indianapolis, IN 46226

**Clm No 175438**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Francis Jones**
15 Farnum Drive
Holyoke, MA 01040

**Clm No 175439**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Vanda Blaxton**
1309 20th Street
Haleyville, Al 35565

**Clm No 175440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda  Jones**
P.O Box 523
Shelby, Al 35143

**Clm No 175441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**eris Jones**
112 10th Strret. S. E
Cullman, AL 35055

**Clm No 175442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Amy Jones**
81 Karen Street
Inglis, Fl 34449

**Clm No 175443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Regina Ricks-Jones**
P.O Box 1225
Clarsville, TX 75426

**Clm No 175445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Jones**
2517 Indiana Avenue
Lansing, Il 60438

**Clm No 175448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

| Howard Jones | **Clm No 175449** | Filed In Cases: 607 | |
|---|---|---|---|
| 2524 Citation Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Owensboro, KY 42301-4253 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Madrid Jones | **Clm No 175450** | Filed In Cases: 607 | |
|---|---|---|---|
| 73240 Penn Mill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Covington, LA 70325 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John  Jones | **Clm No 175451** | Filed In Cases: 607 | |
|---|---|---|---|
| P.O Box 2306 | Class | Claim Detail Amount | Final Allowed Amount |
| Deland, FL 32721 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joseph Jones**
P.O Box 573
Benton, KY 42025-0573

**Clm No 175452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Nathaniel Jones**
440 7th Avenue
Gary, IN 46403

**Clm No 175453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Bienville Ellis Jones**
213 Ottawa Street.
Joliet, IL 60436-2227

**Clm No 175454**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175455**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175456**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jones**
1306 Elmwood Court
Cheyenne, Wy 82007

**Clm No 175457**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Connie Jones**
2251 Church Street
Sanford, Fl 32771

**Clm No 175458**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175459**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deanna Smith**
4848 Randee Circle
Pensacola, Fl 32526

**Clm No 175460**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Andrea Jorgenson**
113 superior Street
L'Anse, MI 49946

**Clm No 175461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Jouppi**
13614-235th Avenue
Bloomer, WI 54724

**Clm No 175463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE:** (818) 906-8300
**FAX:** (818) 783-2737

**Garlock Sealing Technologies LLC, et al.**

## *Claims Details*

---

**Lorraine Joy**
1293 Olympic Circle
West Palm Beach, Fl

**Clm No 175464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grace Joy**
139 Witchtrot Road
South Berwick, ME 0390

**Clm No 175465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Martin**
P.O box 1054
Portland, ME 0414-1054

**Clm No 175466**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daphine Jubito**
1303 Camelia St
Atlantic Beach, FL 32233

**Clm No 175468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175471**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Jukanovich**
4003 Poitn Drive NE
Marysville, WA 98270

**Clm No 175472**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joel Junokas**
77 Parker Hill Road South
Higganum, Ct 06441

**Clm No 175473**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Jurhs**
120 Mars Court
Indialantic, Fl 32903

**Clm No 175474**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Juriga**
1537 Warwcik Avenue
Whittin, IN 46394

**Clm No 175475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ann Usher**
10200 1st Avenue
Inglewood, CA 90303-1749

**Clm No 175476**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Kaczmarczyk**
159 Jobs Hill Road
Ellington, Ct 06029

**Clm No 175477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Kazcmarek**
218 Phoenetia Drive
At. Augistine, FL 32086

**Clm No 175478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arden Kafka**
4344-41 avenue South
Minneapolis, MN 55406

**Clm No 175480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julia Kahler**
62 Ruggles Street
Quincy, MA 02169

**Clm No 175481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**kaiser-Do not speak, Lois**
C/O Barbara L. Calvin
4727 Spinnaker Dr.
Bradenton, FL 34208

**Clm No 175482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Faith Kaminski**
5344 Woodland lakes Drive
palm Beach, FL 33418

**Clm No 175484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jean Kammer**
1360 Dogwood Lane
Fort Myers, FL 33931

**Clm No 175485**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith kane**
3 Dixon Avenue
Auburn, MA 01501

**Clm No 175486**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Kane**
6710 North 81St Street
Milwauke, WI 53223

**Clm No 175487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lilia Sulam**
1653 W. 256 Street
Harbor City, CA 90710

**Clm No 175488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Angelo Karaleftheres**
13240 Lincoln St
Crow Point, IN 46307

**Clm No 175489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Irene Karcher**
167 NE Twilite Terrace
Port St. Lucie, Fl 34983

**Clm No 175491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Kardoulias**
326 East 60th Court
Merilville, IN 46410

**Clm No 175492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175494**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lavere Karren**
244 North 4700East
Rigby, ID 83442-5943

**Clm No 175495**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Kaskeski**
63 Hollow Road
Brimfield, MA 01010

**Clm No 175496**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Sue Kassner**
9599 Bent Oak Court
Jacksonville, FL 32257

**Clm No 175497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marjorie Kast**
1202 Summer
Wheaton, IL 60187

**Clm No 175498**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Kasten**
W7578 Kremlin RD.
Niagara, WI 54151

**Clm No 175499**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175500**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**John Kaufman**
355 Highway K245
Morrill, KS 66515-9400

**Clm No 175502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Miami, Fl 33331

**Clm No 175503**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ingeborg Kavanaugh**
826 Beech Road
West Palm Beach, Fl 33409

**Clm No 175504**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Judith Daley**
412 Altamont
Marquette, MI 49855

**Clm No 175505**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Edward Keating**
P.O Box 1529
Cape Canaveral, Fl 32920

**Clm No 175506**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Keegan**
77 Sandro Drive
Warwick, RI 02886

**Clm No 175507**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Orville Keelen**
5607 East Newcomer Avenue
terre Haute, IN 47805-9456

**Clm No 175508**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Keenan**
P.O Box 331
Granby, Ct 06035

**Clm No 175510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wanda Kegley**
Route 2 Box 131
Marion, AL 36756

**Clm No 175511**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**James Kehoe**
20 Faxon Street
Melrose, MA 21796

**Clm No 175512**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175513**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Keifer**
5467 Rattlesnake Hammock Road
Apt C
Naples, FL 34113

**Clm No 175514**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carrol Keigher**
6090 W White Tie Road
Coal City, IL 60416

**Clm No 175515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Ruth keil**
1004 South 13th
Pekin, IL 61554

**Clm No 175516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jacqueline Keister**
P.O Box 3668
Erie, OA 16509-3668

**Clm No 175517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ann Kelliher**
4092 Fairbanks Dr.
Chipley, FL 32428

**Clm No 175518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00


**John Kelleher, II**
204 Wentworth Avenue
Lowell, MA 01852

**Clm No 175519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00


**Emma Keller**
4003 Clyde Drive
Jacksonville, FL 32208

**Clm No 175520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value   $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

1841 of 3075

---

**Jack  Keller**
1628 Dallas Avenue
Cincinatti, OH 45239-4929

**Clm No 175521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Richard Kelley**
6083 La Costa Dr
Ocala, Fl 34472

**Clm No 175522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Geraldine Kelley**
P.O Box 52
Slocomb, Al 36375

**Clm No 175523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Arleen Kelley**
1939 Victory Street
La Crosse, WI 54601

**Clm No 175524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Harmon Kelley**
3300 Lot H Joe Ashton St
Augustine, FL 32092

**Clm No 175525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Mary Kelley**
34 Colburn Street
Westwood, MA 02090

**Clm No 175526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Susan Kelly**
P.O Box 757
Manomet, MA 02345-0757

**Clm No 175527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brian kelly**
20 Merigan Way
Foxboro, MA 02035

**Clm No 175528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sahron kelly**
7318 Maitai Drive
Orlando, FL 32822

**Clm No 175529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

1844 of 3075

---

**Sue Kelly**
22 Woodfield Crossing
Gladstonbury, CT 06033

**Clm No 175530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Kelly**
4285 N 133rd Street
Brookfield, WI 53005

**Clm No 175531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Doris kelow**
503 Littleton Street
Camden, SC 29020

**Clm No 175533**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175534**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Kelvington**
P.O Box 1347
Bronson, Fl 32621

**Clm No 175535**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Geneva Kennedy**
303 South Jackson Street
Tullahoma, TN 37388

**Clm No 175536**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Kennedy**
14079 Pullman Dr.
Spring Hill, Fl 34609

**Clm No 175537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175538**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175539**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillian Kennedy**
285 Camber Court.
Beverly Hills, FL 34465

**Clm No 175540**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Kennedy**
8 Breezewood Lane
Walpole, MA 01081

**Clm No 175541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Genevieve Kennedy**
1044 Arbor Green Ct.
Arbor Vitae, WI 54568

**Clm No 175542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marshall Kennedy**
4000 Vermont St
Gary, IN 46409

**Clm No 175543**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ora Kennedy**
3901 Evergreen Street
East Chicago, IN 46312

**Clm No 175544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175545**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Geraldine Kennedy-Cotsonis**
4030 Burbank Drive
Pensacola, Fl 32504

**Clm No 175546**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175547**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**William Kenny**
8015 Buccaneer Drive
Fort Neyers Beach, FL 33931-5201

**Clm No 175548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Watkins**
211 Athens School Road
Gaston, SC 29053

**Clm No 175549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Keoppen**
115 Willow Lane
Leesburg, FL 34748

**Clm No 175550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Patricia Keough**
1825 Hyde Park Avenue
Boston, MA 02136

**Clm No 175551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Kerr**
986 Orange Avenue
Marseilles, IL 61341

**Clm No 175552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myron Kerr**
3322 E Garrison Lane
Mead, WA 99021-9436

**Clm No 175553**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175554**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33132

**Clm No 175555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fritz Kesselring**
403 North Losey Blvd.
La Crosse, WI 54601

**Clm No 175556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Alma Ketterer**
5840 St. Road 25 North
Lafayette, IN 47905

**Clm No 175557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virgie Key**
809 3rd Street N.W
Carbon Hill, AL 35549

**Clm No 175559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Charlie Key**
66 Highway 65
Phoenix, AZ 36869-7938

**Clm No 175560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pauline Keyes**
9 Purdue Rd.
Parlin, NJ 08859-1219

**Clm No 175561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lilian Khoury**
78 Arcadia Rd.
Swansea, MA 02777

**Clm No 175562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Richard Kibbie**
P.O Box 135
Ft. Shaw, MT 59443

**Clm No 175563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Kidd-Larkin**
121 McBride Street
Mobile, AL 36607

**Clm No 175564**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175565**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Joan M. Kiely**
P.O Box 74
47 Hollow Brook rd.
Poquonock, CT 06064

**Clm No 175566**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Sue Kiley**
10 E. Back Street
Savannah, GA 31419

**Clm No 175568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed             6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175569**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Kilpatrick**
3945 Sunnydale Drive #2850 E.
Salt Lake City, UT 84124-2046

**Clm No 175570**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis McCabe**
1624  Radio Ave.
Yulee, FL 32097

**Clm No 175571**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Kenneth Kincaid**
205 Walter St. Box 124
Hillsboro, IN 47949

**Clm No 175572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Kind**
7514 Alpha Ct. East
Lake Clarke Shores, FL 33406

**Clm No 175573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Kindle**
342 E. 3rd Street
Waterford, PA 16441

**Clm No 175574**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175575**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan King**
603 10th Ave.
Mendota, IL 61342

**Clm No 175576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bridget King**
490 Glasgow Rd.
Birmingham, AL 35224

**Clm No 175577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William King**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herschel King**
2205 N. Coleman Rd.
Spokane, WA 99212-0685

**Clm No 175579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie King**
2754 Brown Street
Portage, IN 46368

**Clm No 175580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Ellen Cormier**
P.O Box 429
684 Main Street
Winsted, CT 06098

**Clm No 175581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
601 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Mary King**
c/o Stephen V. Schoo, Esq.
2615 Taylorsville Rd.
Louisville, KY 40205

**Clm No 175584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Bessie King**
344 Finney Avenue SW
Grand Rapids, MI 49503

**Clm No 175586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**James King**
Box 635
Occoe, FL 34761

**Clm No 175587**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175588**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175589**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rosa Kirkland**
524 College Street
Nashville, GA 31639

**Clm No 175590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kirkpatrick**
P.O Box 244
Carbon Hill, AL 35549

**Clm No 175591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kisluk**
65 Forestville Ave.
Plainville, CT 06062

**Clm No 175594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Queen Kitchen**
1867 Bessie Circle S.
Jacksonville, FL 32209

**Clm No 175595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175596**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jimmy Kitchens**
6027 Navajo Way
Orlando, FL 32807

**Clm No 175597**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Kitchens**
2758 Tropical Lake Dr.
Kissimmee, FL 34741

**Clm No 175598**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Katherine Klaila**
400 Marion Rd.
Middleboro, MA 02346

**Clm No 175599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lockie klewin**
29 Pequotsepos Center Rd.
Mystic, CT 06355

**Clm No 175603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Boyd Kliewer**
1022 State Hwy 85
Geneva, AL 36360

**Clm No 175604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Andrew Klimchuck**
189 Martha Terr.
Portsmouth, NH 03801-6037

**Clm No 175605**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rosemarie Kline**
940 West 105 Street Ocean
Marathon, FL 33050

**Clm No 175606**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175607**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Marion Klish**
793 Nash Rd.
Dracut, MA 01826

**Clm No 175609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Helen Klomfas**
3792 W. 33 Street
Cleveland, OH 44109

**Clm No 175610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Kmiecik**
101 North US 421
Michigan City, IN 46360

**Clm No 175612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laverna Knapp**
3026 Manitoba Ln.
Bismark, ND 58503

**Clm No 175613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Paula Sipinski**
2825 Randall Ridge Dr.
Elgin, IL 60123

**Clm No 175614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Knight**
5127 Warrior Jasper Rd.
Dora, AL 35062

**Clm No 175615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Delores Camacho**
1890 Apping Forest Way S.
Jacksonville, Fl 32217

**Clm No 175616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mathel Knight**
105 Huntingdon Ct.
Tyrone, GA 30290

**Clm No 175618**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33133

**Clm No 175619**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Leland  Knisley**
1142 Via Paraiso
Salinas, CA 93901-3811

**Clm No 175621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Imogene Knoll**
c/o Jeffrey Knoll
8155 38th Ave. North
St. Petersburg, FL 33710

**Clm No 175622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Alan Knowles**
10349 NW 44th Ct. Blg. 4
Sunrise, FL 33351

**Clm No 175623**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jewell Knowles**
4831 S.E Edison Ave.
Stuart, FL 34997

**Clm No 175624**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Knox**
4040 Cresthill Lane
New Smyrna Beach, FL 32168

**Clm No 175625**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Gay Knudson**
45 Colonial Park Dr.
Santa Rosa, CA 95403-1140

**Clm No 175626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Koch**
1860 Tolbert Rd.
Hamilton, OH 45011

**Clm No 175628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Paul Kochan**
2507 Sessions Street
Eau Claire, WI 59701

**Clm No 175629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 175630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Karen Auten**
1417 W. Adams Rd.
Pentwater, MI 49449

**Clm No 175631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Alan Koebel**
1632 Claxton Rd.
Dawson Springs, KY 42408

**Clm No 175632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Koebel**
1632 Claxton Rd.
Dawson Springs, KY 42408

**Clm No 175633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbra Koeferl**
3846 S. 73rd Street
Milwaukee, WI 53220

**Clm No 175634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Maria Koehler**
7370 Isleton Ave. South
Cottage Grove, TX 55016

**Clm No 175635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Arthur Koeller**
10 Cedar Circle
Beacon Falls, CT 06403

**Clm No 175636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175637**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Brian Kofnetka**
412 4th Street
Neenah, WI 54956-2863

**Clm No 175638**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Antoinette Kohl**
35 Bush Hill Dr.
Niantic, CT 06357

**Clm No 175639**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Theodore Kolosky**
10 Furnace Hollow Rd.
Stafford Springs, CT 06076-4306

**Clm No 175640**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**John Komarmy**
4053 SW 7th Street
Plantation, FL 33317

**Clm No 175641**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jo-Ann Knoreski**
151 So. New Road
Hamden, CT 06518

**Clm No 175642**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175643**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175644**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Koon**
11580 Stolen Rock Ct.
Missoula, MT 59808

**Clm No 175645**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Koos**
85 Park Ave.
Enfield, CT 06082

**Clm No 175646**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Dale Kopf**
800 West Upham
Marshfield, WI 54449

**Clm No 175648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Bruce Korenkiewcz**
P.O Box 47
North Franklin, CT 06254

**Clm No 175649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Ann Korte**
200 Sequoia Dr.
Byesville, OH 43723

**Clm No 175651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Russell Koss**
861 Mount View Rd.
Mosinee, WI 54455-9351

**Clm No 175652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Nick Kostidis**
9419 Cleveland St.
Crown Point, IN 46307

**Clm No 175653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carole Koutsky**
4N 621 Chateaugay Lane
Elburn, IL 60119

**Clm No 175654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Kovach**
3700 S. Westport Ave.#1937
Sioux Falls, SD 57106

**Clm No 175655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Kovash**
10017 E. 4th Ave.
Spokane, WA 99206

**Clm No 175656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**William Koveck**
3761 Rochester St.
Portage, IN 46368

**Clm No 175657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Nick Kovel**
3224 East 37 Ave.
Lake Station, IN 46405

**Clm No 175658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Stephen Kovzel**
10 Ancient Highway
Oxford, CT 06478

**Clm No 175659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathleen Kovzelove**
45 Perimeter Drive
Eaglewood, FL 34223

**Clm No 175660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beverly Johnston**
c/o johnston & johnston Law office
250 Pierce Street
Kinston, PA 18704

**Clm No 175661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lawrence Kozlik**
P.O Box 135
Bondsville, MA 01009

**Clm No 175662**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Krafchak-Bialoszynski**
9150 N County Rd.
Hayward, WI 54843-7684

**Clm No 175663**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Kraft**
N6135 Dorwin's Mill Rd.
Durant, WI 54736

**Clm No 175664**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Sharon Krampeter**
34574 Old Woman Spring Rd.
Lucerne Valley, CA 92356-7710

**Clm No 175665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Krapf**
432 Owen Street
Swoyerville, PA 18704

**Clm No 175666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Kraus**
1807 Southern Ave.
Fairbanks, AK 99709

**Clm No 175667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175668**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Krauses**
10711 Tonapa Loop
Port Richey, FL 34668

**Clm No 175669**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Phyllis Krause**
2801 9th Street East
Bradenton, FL 34208

**Clm No 175670**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175671**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175672**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175673**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Lora Kraynick**
10934 Lippizan Dr.
Jacksonville, FL 32257

**Clm No 175674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen Kreuzer**
c/o John Kreuzer
118 Ridgecrest Drive
Mountaintop, PA 18707

**Clm No 175675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Johanna Krieger**
3489 Rossi Court
West Palm Beach, FL 33417

**Clm No 175676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Joe  Kring**
1552 E. Flossmoor Circle
Mesa, AZ 85204

**Clm No 175677**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Naira Kristmann**
901 Hillary Court
Orlando, FL 32804

**Clm No 175678**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175679**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Richard Kronick**
83 Applegate Rd.
Fairfield, CT 06825

**Clm No 175680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lenora Avin**
122 S. 13 Street
Easton, PA 18042

**Clm No 175681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Daniel Krug**
32 Emily Lane
Ft. Meyer Beach, FL 33931-2933

**Clm No 175682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Cecile Kruger**
1500 Jack Street
Tavares, FL 32778

**Clm No 175683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Arloh Krumm**
150 Live Oak Dr.
Whitney, TX 76692

**Clm No 175684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Shophie Kubacki**
51 Briggs Street
East Hampton, MA 01027

**Clm No 175685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Richard Kubiaczky**
400 West Walker St.
Wittenberg, WI 54499

**Clm No 175686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Lawrence Kuchinski**
1323 Garfield Street
Niagara, WI 54151

**Clm No 175688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Maria Kuehne**
8532 SE Driftwood Street
Hobe Sound, FL 33455

**Clm No 175689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Kuhn**
4008 67th Ave. North
Pinellas Park, FL 33781

**Clm No 175690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Kulekowskis**
15218 E Hillside Dr.
Fountain Hills, AZ 85268

**Clm No 175691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Nikkola Kunac**
11689 Ave. Anacapa
El Cajon, CA 92019

**Clm No 175692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Kunz**
56825 State Rd. 27
Augusta, WI 54722

**Clm No 175693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Richard Kveset**
5844 Portsmouth Dr.
Tampa, FL 33615-3734

**Clm No 175695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Gregg La Bonne**
12069 Holly Street NW
Coon Rapids, MN 55448

**Clm No 175696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Myrna LaBombard**
1267 Stowersville Rd.
Westport, NY 12993

**Clm No 175698**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Labore**
8 Willow Pond Dr.
Goffstown, NH 03045

**Clm No 175699**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Labus**
7282 E. Caminito Contento
Tucson, AZ 85710

**Clm No 175700**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Barbara Lacey**
141 Baker Rd.
Springfield, VT 05156

**Clm No 175701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James LaChapelle**
12348 Henry Lane
Cecil, WI 54111

**Clm No 175703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Montalbano**
c/o Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886

**Clm No 175705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Susan Laffey**
1250 Logan Blvd. South
Naples, FL 34116

**Clm No 175707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LeeAnn Lafleur**
P.O Box 174
East Livermore, ME 04228

**Clm No 175709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Linda Lagoy**
9 E. Windsor Rd.
Worthington, MA 01098

**Clm No 175710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Laiti**
3490 Sandvik Rd.
Fairbanks, AK 99709

**Clm No 175711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Georgette Cormier**
62 Blaine Rd.
Hollowell, ME 04347

**Clm No 175712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Yvonne Lajoie**
213 Eight Rod Rd.
Augusta, ME 04330

**Clm No 175713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Anna Altic**
702 Newhall Dr.
Nashville, TN 37276

**Clm No 175714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Marilyn Lally**
P.O Box 206
38 Alvern Rd.
Bryantville, MA 02327

**Clm No 175715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Patricia Lambert**
163 Dudley Rd.
Oxford, MA 01540

**Clm No 175716**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Lambert**
187 Centennial Ln.
Daytona Beach, FL 32119

**Clm No 175717**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marlene Lambert**
10924 Central Park Ave.
New Port Richey, FL 34655

**Clm No 175718**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Elizabeth Lambert**
2795 Stonghenge Dr.
Sierra Vista, AZ 85650

**Clm No 175719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Lamke**
529 Kirchner Rd.
Dalton, MA 01226

**Clm No 175720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lamken**
P.O Box 38
Lake Tomahawk, WI 54539

**Clm No 175721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Landers**
3521 Hazen Circle
Anchorage, AK 99515

**Clm No 175724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Leslie Landers**
16491 Hwy 68 East
Hardin, KY 42048

**Clm No 175725**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Landis**
1925 46th Avenue#149
Capitola, CA 95010

**Clm No 175726**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berta Landrian**
1228 South St.
Key West, FL 33040-6360

**Clm No 175727**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Betty Landry**
c/o Thomas J Tessier, Esq.
76 Webster St. #2
Manchester, NH 03104-2505

**Clm No 175728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Lane**
37 Meadow Lane
Ogunquit, ME 03907

**Clm No 175729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Lane**
5040 Porter Rd.
St. Augustine, FL. 32095

**Clm No 175730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

| **Thomas Langdon** | | **Clm No 175731** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 892 West River Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Milford, CT 06461 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **c/o David Jagolinzer,Esq.** | | **Clm No 175732** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 600 Brickell Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Suite 3800 | | UNS | $1.00 | |
| Miami, FL 33131 | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Paul Lange** | | **Clm No 175733** | Filed In Cases: 607 | |
|---|---|---|---|---|
| 307 Benham Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Wallingford, CT 06492 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Langley**
125 County Rd.  Apt. 223
Plympton, MA 02367

**Clm No 175735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Viola Lanzi**
112 Hicks Street
East Providence, RI 02914

**Clm No 175739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Gertrude Lapham**
476 Main Street N
Searsmont, ME 04973

**Clm No 175740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kara LaPierre**
201 S. 4th Street #442A
San Jose, CA 95112

**Clm No 175741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Irene Lardner**
10 Flagstaff Hill Terr.
Canton, MA 02021

**Clm No 175743**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175744**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175745**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175746**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175747**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Leann Larson**
43445 North Rain Tree Rd.
Antioch, IL 60002

**Clm No 175748**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Howard Larson**
8087 Simon Rd.
Cloquet, MN 55720

**Clm No 175749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Larson**
436 23rd Ave. NE
Great Falls, MT 59404

**Clm No 175751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Sandra Lasanska**
758 Log Yard Rd.
Condon, MT 59826

**Clm No 175752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucky Lasater**
#17 Road 3118
Aztec, NM 87410

**Clm No 175753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steve Lascola**
2709 Arch Street
Tampa, Fl 33607

**Clm No 175754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Mincello-Vaghan**
2603 West Market St.
Greensboro, NC 27403

**Clm No 175756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry  Lathan**
76 Seneca Springs Dr.
Trinity, AL 35673

**Clm No 175757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carol Lathrop**
15 Valerie St.
Waterford, CT 06385

**Clm No 175758**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Yuk Wai**
13734 Melanie Ave.
Hudson, FL 34667-1549

**Clm No 175759**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175760**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Steven Lucero**
950 Mansanita Street
Los Angeles, CA 90029

**Clm No 175761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Judith Lauze**
P.O Box 284
North Berwick, ME 03906

**Clm No 175762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Louis Lavertu**
71 Hillard Rd.
Chichester, NH 03234

**Clm No 175763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**William Lavery**
18 Maplewood STREET
Maiden, MA 02148

**Clm No 175764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Lavett**
1337 3rd Ave.
Alabaster, AL 35007

**Clm No 175765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Lavoie**
286 Wilder Hill Rd.
Norrigdewock, ME 04957

**Clm No 175766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Bernett Law**
37 Wood Edge Rd.
Bethlehem, CT 06751

**Clm No 175767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys Chysttelle**
529 Little Texas Rd.
Tuskegee, AL 36083

**Clm No 175768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**David Lawrence**
P.O Box 147
Townley, AL 35587-0147

**Clm No 175770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Lawson**
423 Hidden Lakes Trail
Defuniak Springs, FL 32433

**Clm No 175771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Paul Lawson**
202 Plainview Dr.
Hardinsburg, KY 40143

**Clm No 175773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clara Lawton**
355 Fern St.
Township of Washington,NJ 07675

**Clm No 175774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kenneth Leab**
10720 McIntosh Rd.
Thonotosassa, FL 33592

**Clm No 175775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wayne Leach**
392 Main Street #8
Biddeford, ME 04005-2207

**Clm No 175776**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Frances Leadman**
5425 101 Street
Jacksonville, FL 32210

**Clm No 175777**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Mary Leahy**
52 Pakachoag Village
Auburn, MA 01501

**Clm No 175778**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kathleen Lydon**
348 Holmes St.
Hanson, MA 02341

**Clm No 175779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Christine  Leahy**
346 Springfield Street
Palmer, MA 01069

**Clm No 175780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Leconche**
164 West Avon Rd.
Farmington, CT 06032

**Clm No 175784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lisa Leconche**
9 Overlook Terrace
Rocky Hill, CT 06067

**Clm No 175785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Ledbetter**
328 Odom Rd.
Meansville, GA 30256-2615

**Clm No 175786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Leduc**
3909 Witmer Rd.
Suite 128
Niagara Falls, NY 14305

**Clm No 175787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Wilmot Lee**
46 F. Edstrom Rd.
Marlborough, CT 06447

**Clm No 175788**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175789**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Lee**
3912 Ellis Ave.
Birmingham, AL 35221

**Clm No 175790**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Lee**
12 N. 12 Street
Selah, WA 98942

**Clm No 175792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Lee**
23 Walnut Street
Monongahela, PA 15063

**Clm No 175793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Lee**
43 Barnum Rd.
New Fairfield, CT 06812

**Clm No 175794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Lee**
528 Camp Bistino Rd.
Dogline, LA 71023

**Clm No 175795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Legault**
1004 Imperial Palm Dr.
Largo, FL 33771

**Clm No 175796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lynn Leger**
507 Cow Hill Rd
Mistic, CT 06355

**Clm No 175797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sanford Legere**
17 Knollwood Dr. B 3
East Falmouth, MA 02536

**Clm No 175798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Mckee**
P.O Box 5682
DeCatur, AL 35601

**Clm No 175799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Theresa Leggett**
18 Richard Street
Winooski, VT 05404

**Clm No 175800**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Dennis Legrand**
703 Covington St.
Bowling Green, KY 42103

**Clm No 175801**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Terry Lehman**
632 Bonita Rd.
Winter Springs, FL 32708

**Clm No 175802**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**George Leidel**
2027 NE Lakeview Dr.
Sebring, FL 33870

**Clm No 175803**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Leigh**
41 Jackson Way
Decatur, AL 35603

**Clm No 175804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Leiner**
27 Rutherford St.
New Britain, CT 06051

**Clm No 175805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert Leininger**
10 Shamrock Lane
Great Falls, MT 59405

**Clm No 175806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Leland**
7932 Sailboat Key Blvd. S
#706
South Pasadena, FL 33707

**Clm No 175807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eileen Lemay**
139 Hollis Ave. Apt. 2
North Quincy, MA 02171

**Clm No 175810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Simone Lemelin**
417 Rock Valley Rd.
Holyoke, MA 01040

**Clm No 175811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anthony Lemes**
461 W. Elm Park Ave.
Elmhurst, IL 60126-3129

**Clm No 175812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Lemier**
6620 22nd Dr. NE
Tulalip, WA 98271

**Clm No 175813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Lemoine**
64 Maple Ave.
South Grafton, MA 01560

**Clm No 175814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Robert Lemoine**
2822 Desert Dr.
Great Falls, MT 59405

**Clm No 175815**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arnold Lemon**
220 Newfield St.
Apt. 401
Middletown, CT 06457

**Clm No 175816**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175817**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Daniel Lemons**
7382 N. 300 West
Michigan City, IN 46360

**Clm No 175818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Richard Burke**
c/o Charles T. Rennick, Jr. Esq.
48 Wood Cove Dr.
Coventry, RI 02816

**Clm No 175819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Cristobal Leon**
4229 Ivy Street
East Chicago, IN 46312

**Clm No 175821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Sidney Leon**
5214 N. Belt
Spokane, WA 99205

**Clm No 175822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Josephine Lepore**
56 Hammond Place
Woburn, MA 01801

**Clm No 175824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Duane Leqve**
731 Bucher Rd.
Maitland, FL

**Clm No 175825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Llona Lesko**
60 S. St Andrews Dr.
Ormond Beach, FL 32174

**Clm No 175828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Antoinette Lesser**
11631 Scenic River Dr.
Houston, TX 77044

**Clm No 175829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**David Lester**
23 Dibble Rd.
Old Saybrook, CT 06475

**Clm No 175830**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith LeVesque**
32 Cow Hill Rd.
Clinton, CT 06413

**Clm No 175831**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Levine**
37 Brewster Rd
Stoughton, MA 02072

**Clm No 175832**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jean Lewinki**
E106 Oak Hill Village
1800 Kensington Dr.
Waukesha, WI 53188

**Clm No 175834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Susan Lewis**
308 Lincoln St
Norwell, MA 02011

**Clm No 175835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Ronnie Lewis**
413 33rd Street S.
Bessemer, AL 35020-4448

**Clm No 175836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Minnie Lewis**
6401 Zeigler Blvd.
Mobile, AL 36608

**Clm No 175838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Merle Lewis**
15425 Lakeshore Villas St. #36
Tampa, FL 33613

**Clm No 175841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Lewis**
P.O Box 3631
Springfield, FL 32401

**Clm No 175843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**George Lewis**
2555 Blue Buck Creek Rd.
Duck River, TN 38454

**Clm No 175845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lawrence Lewis**
118 Smith Street
Pittsboro, IN 46167

**Clm No 175846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Daniel Lewis**
4205 North Ammon Rd.
Idaho Falls, ID 83401

**Clm No 175847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kathyn Lewkowicz**
74 Dead Hill Rd. Apt R
Durham, CT 06422

**Clm No 175848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Lezon**
90 Saner Rd.
Marlborough, CT 06447

**Clm No 175849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cindy White**
9 C kearsage Ave.
Woburn, MA 01801

**Clm No 175850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jay Lichtman**
860 E. Broadway Apt. 51
Long Beach, NY 11561

**Clm No 175851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Liebel**
664 First  Street
Jefferson, WI 53549

**Clm No 175852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Lien**
1508 North Hill Dr.
Fort Wayne, IN 46825-2104

**Clm No 175853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Kimberly Liker**
504 Legair Circle
Pensacola, FL 32505

**Clm No 175854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer,Esq.**
600 Brickell Ave.
Suite 3800
Miami, FL 33131

**Clm No 175855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Marie**
224 Main St. #332
South Berwick, ME 03908

**Clm No 175856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Autry Lindley**
1970 Trammell Motor Way
Sylacauga, AL 35150

**Clm No 175857**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Lindsay**
29 Priscilla Circle
Weymouth, MA 02188

**Clm No 175858**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steve Lindsay**
17200 W. Bell Road #775
Surprise, AZ 85374

**Clm No 175859**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Dorothy Lindsey**
6334 Coolidge Street
Jacksonville, FL 32219

**Clm No 175862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Daniel Lipinski**
1375 Corbin Avenue
New Britain, CT 06053

**Clm No 175864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Lipscomb**
6631 East 6th Ave.
Anchorage, AK 99504-0000

**Clm No 175865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Seipel, Helene**
136 Changebridge Road Condo N2
Montville, NJ 07045

**Clm No 175866**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Little**
123 Time Street Southwest
Bessemer, AL 35022

**Clm No 175867**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Little**
P.O. Box 473
North Port, AL 35476

**Clm No 175868**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Judy Little**
8051 SW 107th Place
Ocala, FL 34481

**Clm No 175869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Littlefield**
87 Sheffield Road
Portsmouth, NH 03801

**Clm No 175870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharman Littlefield**
10 W. 5th Street
North Berwick, ME 03906

**Clm No 175871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Littlefiled**
269 West Main Street
Niantic, CT 06357

**Clm No 175873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Karen Liuzzo**
7754 Puttygut Road
Casco, MI 48064

**Clm No 175875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Theresa Lizotte**
P.O. Box 544
Faco, ME 04072

**Clm No 175878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lena Lizotte**
6 Brookside Drive
Merrimack, NH 03054

**Clm No 175879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Miguel Llanes**
1423 West 81st Street
Hialeah, FL 33014

**Clm No 175880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Barbara Lloyd**
389 E. Yorkfield Avenue
Elmhurst, IL 60126

**Clm No 175881**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George Lloyd**
3510 South Avenue
Missoula, MT 59804-0000

**Clm No 175882**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ruth Lockenvitz**
33016 E. North RD
Colfax, IL 61728

**Clm No 175883**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Meronica Lockett**
205 Ridgewood Avenue
Fairfield, AL 35064

**Clm No 175884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Locklear**
149 Rasberry Lane
Lumberton, NC 28360-9375

**Clm No 175885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Musetta Loeffelholz**
26821 Julia Street
Wind Lake, WI 53185-34112

**Clm No 175886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Emily Loewen**
401 Charlemagne Blvd. #110-C
Naples, FL 34112

**Clm No 175887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Loftus**
11 Dewey Avenue
Woburn, MA 01801

**Clm No 175888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shingledecker, Linda**
3060 Nicholson Drive
Winter Park, FL 32792

**Clm No 175889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rudolph Logue**
P.O. Box 686-34973
Okeechobee, FL 34974-0000

**Clm No 175891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clark Martin, Kathleen**
83 Spice Hill Drive
Wallingford, CT 06492

**Clm No 175892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Bernadette Lohrke**
10 Mountain Ridge Road
Surgarloaf, PA 18249-3639

**Clm No 175893**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175894**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joan Lomupo**
1429 Pine Tree Drive
Edgewater, FL 32132

**Clm No 175895**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Michael Lonardo**
254 Half Mile Road
East Haven, CT 06512

**Clm No 175896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara London**
2256 State Route 29
Hunlock Creek, PA 18621

**Clm No 175897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Long, Fred**
167 Slope Crest Drive
Quinton, AL 35130

**Clm No 175898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kathy Long**
5 Timber Oaks Rd
McLoud, OK 74851

**Clm No 175899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Long**
594 Oliver Drive
New Smyrna Beach, FL 32168

**Clm No 175900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Long, Billy**
202 Camelot Estate
Portage,  IN 46368

**Clm No 175905**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Longoni**
101 Fillmore Way
Reno, NV 89509-0000

**Clm No 175906**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Lonkey**
12035 - 144 Lane North
Largo, FL 33774-3351

**Clm No 175907**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Looney, Kenneth**
211 Pine Avenue
Adamsville, AL 35005

**Clm No 175908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Entrekin, Beverly**
P.O. Box 11144
Chickasaw, AL 35005

**Clm No 175909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francisco Lopez**
3239 170th Place
Hammond, IN 46323-0000

**Clm No 175910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Domingo Lopez**
4390 Elsworth Place
Gary, IN 46408-3136

**Clm No 175911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Avonne Lopez**
49 Forrest Circle
Hollywood, FL 33026-1101

**Clm No 175912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Eveilo Lopez**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gaines, Juanita**
10040 Vaughan Avenue
Hastings, FL 32145

**Clm No 175915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dierdre Loring, Jr**
2783 Cold Springs Road
Monterey, MA 01245

**Clm No 175917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lott**
P.O. Box 382
Livermore, KY 42352

**Clm No 175918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Keegan, Mary**
12 Greenfield Lane
Scituate, MA 02066

**Clm No 175919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Joseph Love**
1308 14th Street South
Great Falls, MT 59405-0000

**Clm No 175920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Loveday**
108 Jamesford Street
Goose Creek, SC 29445

**Clm No 175921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Lovello**
358 Den Road
Stamford, CT 06903

**Clm No 175922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Marie Lovett**
304 Bolton Avenue
Sylacauga, AL 35150

**Clm No 175923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Lowder**
169 Prospector Road
Dayton, NV 89403

**Clm No 175924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

**Lowery-Johnston, Doris**
1843 Cotton Ln
Loganville, GA 30052

**Clm No 175926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Lowry**
9476 Parman Road
Jacksonville, FL 32222

**Clm No 175927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Lowry**
402 16th St. NW
Mandan, ND 58554-1847

**Clm No 175928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joseph Lowry**
2635 Duluth Street
Highland, IN 46322

**Clm No 175929**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Juanita Lowther**
240 Panorama Dr.
Benicia, CA 94510

**Clm No 175930**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $10,000.00

---

**Dretsch, Brenda**
1339 S. Orange Street
River Falls, WI 54022

**Clm No 175931**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**c/o David Jagolinzer, Esq**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 175932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vincent Lucci**
98 Barry Place
Rocky Hill, CT 06067

**Clm No 175933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Lucci**
6871 NW 43rd Avenue
Coconut Creek, FL 33073

**Clm No 175934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Janice Lucente**
1719 Locke Lane
Vernon Hills, IL 60061

**Clm No 175935**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Laura Lucia**
11 suncrest Ct.
Tornnington, CT 06790

**Clm No 175936**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Gary Luedtke**
W 310 S10369 Hy I
Mukwonago, WI 53149

**Clm No 175937**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Rogelia Fernandez**
3630 Galicia Road Apt. #308
Jacksonville, FL 32217

**Clm No 175938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Lukanc**
1330 Cumberland Circle West
Elk Grove Village, IL 60007

**Clm No 175939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diana Lukaszewicz**
20 Woodrow Ave
Norwich, CT 06360

**Clm No 175940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Alexander Luna**
Box 183
Lakeside, MT 59922-0000

**Clm No 175941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lorraine Lunning**
212 Wydowood Dr.
Oshkosh, WI 54904

**Clm No 175942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Brian Luparell**
C/O Steve Didiavonnaq
13901 Linda Ave
Athens, IL 62613

**Clm No 175943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Helen Lupinacci**
433 Washington Ave
Belleville, NJ 07109

**Clm No 175944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Silvestro Lupo**
5739 Pilgrim Dr
Erie, PA 16509

**Clm No 175946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Luria**
16070 La Costa Drive
Weston, Fl 33326

**Clm No 175947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Lutomski**
6190 Madre Mesa Dr
Las Vegas, NV 89108-3813

**Clm No 175948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephanie Lutz**
1002 N Fitzpatrick Ave
Inverness, FL 34453-0662

**Clm No 175949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Patricia Lyautey**
2970 Wildhorse Rd
Orlando, FL 32822

**Clm No 175950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jerald Lyda**
17223 Community St.
Lansing, IL 60438-1339

**Clm No 175951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Lydecker**
38710 Youpon Trail
Eustis, FL 32736

**Clm No 175952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Frances M. Lyden**
2 Huge Street
Bath, ME 04530

**Clm No 175953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Lykins**
Route 2 Box 518
Rush, KY 41168

**Clm No 175954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Stephanie Lyles**
261 Gene Drive
ledbetter, KY 42058

**Clm No 175955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Lynch**
156 Woodley Avenue
West Roxbury, MA 02132

**Clm No 175957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Lynch**
P.o Box 3209
Big River, CA 92242

**Clm No 175958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**John Lynch**
P.O Box 573
Bloomingdale, GA 31302

**Clm No 175959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lynda Lynn**
3361 Barlow Road
Wickliffe, KY 42087

**Clm No 175960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**Tommie Lyons**
3818 Wexford Street.
Portage, IN 46368-5354

**Clm No 175965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lauren Scarboro**
N61W24189 Oak Court
Sussex, WI 53089

**Clm No 175966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Macdougall**
137 Carolyn Road
Weymouth, MA 02190

**Clm No 175967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Lorraine Machnik**
171 Pleaset View Ave.
Apt 301
Smithfield, RI 02917-1794

**Clm No 175968**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Dennis Machol**
195 Camp Avenue
Newington, CT 06111

**Clm No 175969**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175970**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Joan Mackay**
14 Eaton road
Quincy, MA 02169

**Clm No 175972**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Sandra MacKenzie**
2 Maverick Circle
Billerica, MA 01821

**Clm No 175973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Richard Macko**
77 Jones Street
Wilkes- Barre, PA 18702

**Clm No 175974**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Pricilla Macomber**
445 Seaside Ave
Apt 820 Box 016
Honolulu, HI 96815

**Clm No 175975**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Austine Maddaleni**
7 Mead Street
Everett, MA 02149

**Clm No 175976**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robbie Madden**
4628 Calvert Rd
Calvert City, KY 42029

**Clm No 175978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Margaret Madigan**
Tr4 Box 4232
Moscow, PA 18444

**Clm No 175980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Maduskuie**
P.O Box 413
South Street rentham, MA 02093

**Clm No 175981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Highe Magarain III**
P.O Box 686 C
Slocomb, Al 36375

**Clm No 175982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ronald Magdos**
718 Forsythis Street
Southeast De Moter IN, 46310

**Clm No 175983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sean Maguire**
16021 N Pierce ferry Road
PMB 100
Dolan Springs, AZ 86441-7502

**Clm No 175985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Thomas Mahan**
44 Lancashire
Mansfield, MA 02048

**Clm No 175986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Mahaney**
206 South Marieta St
#320
Verona, WI 53595

**Clm No 175987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rozellia Mahoney**
24 Poole Road
Hedgeville, WI 25427

**Clm No 175990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Mahoney**
333 Universit Blvd. N bldg1
Apt 417
Jacksonville, FL 32277

**Clm No 175991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lucille Maida**
3106 Eder St
Higland, IN 46322

**Clm No 175992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Mailloux**
2403 SW Marquis Terrace
Stuart, FL 34997-1354

**Clm No 175993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Majewski**
P.O Box 2072
Mountainview, AR 72560

**Clm No 175994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**C/O David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800
Miami, Fl 33331

**Clm No 175995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mladen Maksimovich**
8919 Porter Court.
Crown Point, IN 46307

**Clm No 175996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Malcom**
54171 Northwod Drive
Elkhart, IN 46514-1666

**Clm No 175997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**

600 Brickell Ave. Suite 3800

Miami, FL 33131

**Clm No 175998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hester Malinchak**

107 Malinchak Lane

Greenfield Township, PA 18407

**Clm No 175999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cornelius Mallette**

P.O. Box 396

Piegeon Forge, TN 37868

**Clm No 176000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Phyllis Malloy**
59 Magnolia Dr.
Westwood, MA 02090

**Clm No 176001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Genevieve Maluska**
8771 Waterfront Dr. Unit 1B
Palos Park, IL 60465

**Clm No 176003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carol Malvestuto**
319 Molokai Lane
Largo, FL 33770-1511

**Clm No 176004**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Melvin Malvitz**
937 Rhode Island St.
Sturgeon Bay, WI 54235

**Clm No 176005**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Brenda Mamlock**
5603 State Road 64 E
Bradenton, FL 34208

**Clm No 176006**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ellen Mancil**
95083 Stingray Lane
Fernandina Beach, FL 32034

**Clm No 176007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Muriel Mandile**
337 McCoy Dr.
Lake Placid, FL 33852

**Clm No 176010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Lilian Mangel**
1035 North Wilmar Place
Centerville, UT 84014

**Clm No 176011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**Robert Mangrum**
4443 Farmwood St
Ladson, SC 29456

**Clm No 176012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176013**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176014**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Mannon**
4330 S. Eastern Ave Apt 168
Las Vegas, NV 89119-6098

**Clm No 176015**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dorothy Manoogian**
515 River Road
Windham, ME 04063

**Clm No 176016**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Mansfield**
131 Riverside Trail
Satsuma, FL 32189

**Clm No 176017**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Mantovani**
19 Cole Road
Hamden, CT 06518

**Clm No 176018**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Ann Manzo**
208 Cobia CT
Barefoot Day, FL 32976

**Clm No 176019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Maples**
2402 South 9th St
Manitowoc, WI 54220

**Clm No 176021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Marie Marcellino**
158 Waltham G
West Palm Beach, FL 33417

**Clm No 176022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33132

**Clm No 176025**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Anita Marion**
4237 Willow Brook Circle
Birmingham, AL 35215

**Clm No 176026**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Marion**
4114 Radio Station Road
Nashville, GA 31639

**Clm No 176027**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33132

**Clm No 176028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Markham**
218 South Greeley Highway, Lot 40
Cheyenne, WY 82007

**Clm No 176029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Markham**
3932 Jester Dr
Murray, UT 84123

**Clm No 176030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2012 of 3075

---

**Frank Marovich**
5419 US 6
Porage, IN 46368

**Clm No 176034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Sylvia Marr**
3651 Highway 32
Bristol, GA 31518

**Clm No 176035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joan Marsh**
11409 Crystal View Court
Clermont, FL 34711

**Clm No 176037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Cleamon Marsh**
4720 Railroad Ave, Apt 615
East Chicago, IN 46312

**Clm No 176038**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Co-Executor, Joyce Cox**
24 Isaac Sprague Dr.
Hingham, MA 02043

**Clm No 176039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2014 of 3075

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Edythe Martel**
98 E. Beardswirth Road
Tiverton, RI 02878-1653

**Clm No 176041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Dallas Martel**
81 N Washington St.
Plainville, CT 06062

**Clm No 176042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Elaine Martell**
41 Lodge Road
Newton, MA 02165

**Clm No 176043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eldys Martin**
533 N Fox Ave
Panama City, FL 32404

**Clm No 176044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theresa A. Martin**
107 Roaw Lane
Pomona Park, FL  32181

**Clm No 176047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Martin**
5206 Venita Dr.
Las Vegas, NV 89120-1439

**Clm No 176048**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Despault, Alex**
P.O. Box 32
Mount Pelier, VT 05601

**Clm No 176049**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Martin**
3641 6 Mile Road
Athens, MI 49011

**Clm No 176050**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176051**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carole Martin**
8 Sherwood Meadows
Pembroke, NH 03275

**Clm No 176052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Carolyn Martin**
6626 Florida Ave.
New Port Richey, FL 34653

**Clm No 176054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176055**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Martin**
11 Evergreen Lane
Sanford, ME 04073

**Clm No 176056**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bill Martin**
6327 Old Porter Rd
Portage, IN 46368

**Clm No 176057**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ropp, Karen**
5007 High St
Logansport, IN 46947

**Clm No 176058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Martin**
1370 Inverness Farms Road
Martinsville, IN 46151

**Clm No 176060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Davies, Nancy**
340 S. Ridgewood Apt. P3
Daytona Beach, FL 32114

**Clm No 176061**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shiley martin**
3934 Tuskegee Dr.
Lanatana, FL 33462

**Clm No 176062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martine, Jenna**
166 Pinebrook Road
Lincoln Park, NJ 07035

**Clm No 176063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Francis Martinez**
600 Brickell Ave, Suite 3800
Jesup, GA 31545

**Clm No 176064**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176065**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norma Martinez**
1502 S. 113th St.

**Clm No 176066**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Nicolas Martinez**
4011 East County Road #210
Knox, IN 046534-000

**Clm No 176067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Martinez**
5817 Lamar Ave
Portage, IN 46368-0000

**Clm No 176068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luis Martinez**
6846 Ohio Ave,
Hammond, IN 46323-0000

**Clm No 176069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

### Claims Details

**Lewis Martino**
9 Old Farm Road
Oxford, CT 06478

**Clm No 176070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Campahusen, Barbara**
406 S 4th St.
Saint Clair, MI 48079-5012

**Clm No 176071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Mascola**
37 Flat Rock Road
Brandford, CT 06405

**Clm No 176072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

---

c/o David Jagolinzer, Esq.
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176073**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Charles Mason**
P.O. Box 1139
Gleenn, NH 03838-1139

**Clm No 176074**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**William Mason**
89 W 1100 N
Chesterton, IN 46304-0000

**Clm No 176075**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Michael Massaro**
14 Marlborough Road
North Haven, CT 06473

**Clm No 176076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Wilson, Co-Executor, Carol**
150 Mediterranean Dr. Apt 22
Weymouth, MA 02188

**Clm No 176078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Carmella Mastroianni**
26 Upland Road, P.O. Box 366
Middlebury, CT 06762

**Clm No 176079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juengling, Linda**
8283 Westberry CT.
West Chester, OH 45069

**Clm No 176080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lee, Betty**
132 Horseshoe Dr
Chiopee, MA 01022-1175

**Clm No 176081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Maureen Mathers**
70 Nash Hill Road
Williamsburg, MA 01096

**Clm No 176082**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matherson, Edward**
1217 Fairfax Ave.
Bessemer, AL 35020

**Clm No 176083**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176084**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Anita Mathieu**
130 Chaucer Driver
North Kingstown, RI 02852

**Clm No 176085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grace Mathis**
1787 E. 26 St
Jacksonville, FL 32206

**Clm No 176086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Matiska**
5260 NW 55th Blvd Apt 301
Coconut Creek, FL 33073

**Clm No 176087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 31331

**Clm No 176088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Paul Matteodo**
225 Club House Road
Sylacauga, AL 35150

**Clm No 176089**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wilford Mattfield**
1343 Summerdale Road
Corvalis, MT 59828

**Clm No 176090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Charles Matthews**
991 Winstone Ave
Elba, AL 36323

**Clm No 176091**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freida Matthews**
188 Albatross Rd
Quincy, MA 02169

**Clm No 176092**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Matthews**
4707 Wesch Blvd
Jacksonville, FL 32207

**Clm No 176093**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mattiello, Gloria**
1804 Shearers Dr.
Lancaster, PA 17601

**Clm No 176094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nancy Mauritz**
142 Running Brook
Huntington, CT 06484

**Clm No 176095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**James Maxwell**
5318 David Street
Lakeland, FL 33813

**Clm No 176097**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Gladys Maxwell**
140 Clemson St
Spartanburg, SC 29307

**Clm No 176098**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Marjorie May**
7 May Lane
Fredericksburg, PA 17026

**Clm No 176099**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Leander May**
831 W. Court St.
Belle Plaine, MN 56011

**Clm No 176100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Pearce, Brenda**
11911 Burch St. Apt 154
Overland Park, KS 66211

**Clm No 176101**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathleen Mayes**
1308 Grace Dr.
Savannah, GA 31406

**Clm No 176102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Patricia Maynard**
53 Tabby Cat Dr
Lucedale, MS 39452

**Clm No 176103**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moreland, Donald**
106 Meadowcreek
Barboursville, WV 25504

**Clm No 176104**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176105**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Steve Mazak**
1409 Charta Court
Orlando, FL 32804

**Clm No 176106**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mazlack, Lawrence**
814 Dunore Road
Cincinnatti, OH 45220

**Clm No 176107**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Mazola**
6433 Sycamore Street
Greendale, WI 53129

**Clm No 176108**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Coy McAdams**
2039 River Oaks Drive
Quinton, AL 35130

**Clm No 176109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty McAloon**
1045 Oak Street, Apt. 1502
Jacksonville, FL 32204

**Clm No 176110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**McAnulty, Mary Anne**
22 Walden Drive, Unit 9
Natick, MA 01760

**Clm No 176112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Meta McBride**
PO Box 427
Hartford, KY 42347

**Clm No 176115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph McBryne**
7730 Indian Oak Drive, F 306
Vero Beach, FL 32966

**Clm No 176116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor McCabe**
411 Scott Street
Wilkes- Barre, PA 18702

**Clm No 176117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Patricia McCabe**
4321 Shore Line Drive
New port Richey, FL 34652

**Clm No 176118**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen McCaffrey**
PO Box 4063
Ithaca, NY 14852

**Clm No 176119**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clark, Diedra**
316 Spring Street
Ashland, KY 41101

**Clm No 176120**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Margaret McCallum**
11 Minor Road
Wolcott, CT 06716

**Clm No 176121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jerry McCarley**
1147 Flowery Branch Road
Kingston, GA 30145-1259

**Clm No 176123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Paul McCarty**
780 N. Williams Ln.
Cedar City, UT 84720

**Clm No 176124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reed, Belinda**
443 NE Sims Drive
Lake City, FL 32055

**Clm No 176125**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther McClanahan**
4830 S. Meade Street
Denver, CO 80123

**Clm No 176126**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Barry McClellan**
408 Lovett Lane
Sylacauga, AL 35151

**Clm No 176127**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary McClure**
1508 Bellview Road
Cocoa, FL 32922

**Clm No 176128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Pam McCollough**
669 Herman Driggers Drive
Elba, AL 36323

**Clm No 176130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary McCollough**
PO Box 155
Ashford, AL 36312

**Clm No 176131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katherine McCombs**
PO Box 276
Eastham, MA 02642

**Clm No 176132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Evelyn McCombs**
PO Box 764
Sayre, AL 35139

**Clm No 176133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Florence McCue**
104 S. Allen Street
Riverton, IL 62561

**Clm No 176138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Donald McCulley**
7907 East Natal Avenue
Mesa, AZ 85208-6162

**Clm No 176139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**

600 Brickell Avenue, Suite 3800

Miami, FL 33131

**Clm No 176145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Colvin McDaniel**

770 E. 100 South

Alpine, UT 84004-1731

**Clm No 176146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McDaniel, Linda**

6446 Kingsley Court

Liberty Township, OH 45011

**Clm No 176147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudie McDonald**
2071 Leonard's Chapel Road
Carbon Hill, AL 35549

**Clm No 176149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine McDonald**
92 Furnish Avenue Unit #22
Stafford Springs, CT 06076

**Clm No 176150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary McDonald**
140 Gas Lane
Lucedale, MS 39452

**Clm No 176152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis McDonald**
425 E. 53rd Ct
Merrillville, IN 46410

**Clm No 176153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Annie McElvin**
3241 Wolcott Place
Orlando, FL 32805

**Clm No 176154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy McFadden**
PO Box 36
Jefferson City, MT 59638

**Clm No 176155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McFadden**
55 Maple Lane
Pleasant Grove, UT 84062

**Clm No 176156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Helen McFadin**
3526 W. Capitol Drive
Peoria, IL 61614

**Clm No 176157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Lawrence McFarlin**
7620 Aranico Drive
Jacksonville, FL 32244

**Clm No 176158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Ellen McFate**
1724 20th Street
Bettendorf, IA 52722

**Clm No 176159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Eddie McFerrin**
3928 Deal Street
East Chicago, IN 46312

**Clm No 176160**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lorette McGarrell**
65 P Street
South Boston, MA 02127

**Clm No 176161**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen McGee**
270 First Street
Melrosa, MA 02176

**Clm No 176162**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Helen McGee**
1126 Wyoming Street
Gary,  IN 46403-0906

**Clm No 176163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubert McGee**
920 North Vermillon Street
Gary,  IN 46403-0906

**Clm No 176164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cherrie McGee**
565 Spruce Street
Aurora, IL 60506

**Clm No 176165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray McGhee**
6105 Trent Street
Pensacola, FL 32503-7147

**Clm No 176167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Barbara McGinnis**
727 McKinley Road
ottawa, IL 61350

**Clm No 176169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith McGinty**
40 Halifax Ct. Apt. C
Springfield, MA 01108

**Clm No 176170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marlene McGivney**
211 Cross Street
Hanson, MA 02341

**Clm No 176171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Marinell McGonnell**
1870 S. Milwaukee Street
Denver, CO 80210

**Clm No 176172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McGovern, Nicholas**
3670 Berger Road
Lutz, FL 33548

**Clm No 176173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Odette McGrath**
207 Palm Drive
Satsuma, FL 32189

**Clm No 176176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald  McGuire**
1999 Kyles Ford Hwy
Sneedville, TN 37863-3417

**Clm No 176177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Audis McGuire**
2122 Ashland Street
Jacksonville, FL 32207

**Clm No 176178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bartkowiak Patricia**
298 Prospect Drive
Stratford, CT 06615

**Clm No 176179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Doris McInerney**
91 Penny Brook Road
Lynn, MA 01905

**Clm No 176181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Doris Mcintosh**
4823 Northeast 255 Drive
Melrose, FL 32666

**Clm No 176182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Agatha McKeen**
1200 Randolph Avenue
Milton, MA 02186

**Clm No 176183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mary McKenna**
1 Scott Place
South Boston, MA 02127

**Clm No 176184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Farrell McKenna**
PO Box 45
Hinkley, UT 84635

**Clm No 176185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Margaret McKenzie**
95 Shelby Street W. PO Box 57
Montevallo, AL 35115

**Clm No 176187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley McKerley**
Daniel Webster Highway
PO Box 3015
Boscanen, NH 03303

**Clm No 176189**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Erald McKibben**
7026 West Calle Lejos
Peoria, AZ 85383

**Clm No 176190**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Downey, Laura**
323 Ponemah Trail
Buckley, MI 49620

**Clm No 176192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Mary McKinnon**
PO Box 36
York, ME 03910

**Clm No 176193**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176194**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mart McLeod**
5010 Brookside Lane
Newport Richey, FL 34653

**Clm No 176195**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176196**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Richard McLeod**
2728 West 14th Street
Erie, PA 16505

**Clm No 176197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**James McLeod**
119130 Lone Pine GI Road
Route 3, Box 14
Butte, MT 59701

**Clm No 176198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176199**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth McMahon**
5152 Boggy Creek Road Lot C5
Saint Cloud, FL 34771

**Clm No 176200**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan McMahon**
N603 Hillcrest Road
Pardeeville, WI 53954

**Clm No 176201**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dorothy McManus**
1553 Morning Rose Place
Trinity, FL 34655

**Clm No 176202**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara McMellon**
33 Judith Drive
Milford, CT 06460

**Clm No 176203**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara McMickens**
1215 Star Lane
Mulga, AL 35118

**Clm No 176204**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carrie McMillan**
3008 1/2 E. Osborne Ave.
Tampa, FL 33610

**Clm No 176205**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176206**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Kay McMonigal**
1150 6th Avenue
Steelton, PA 17113

**Clm No 176207**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Willie McMulin**
427 60th Street
Fairfield, AL 35064

**Clm No 176208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robert McNeil**
17343 N. Havasupai Drive
Surprise, AZ 85375

**Clm No 176209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rachael McNeil**
See Pr
Jacksonville, FL 32244

**Clm No 176210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Charlie McNeil**
8304 Highway 22
Panama City, FL 32404

**Clm No 176211**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albra  McNeil**
PO Box 3596
Panama City, FL 32401

**Clm No 176212**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas McNorton**
5511 Beacon Ridge
Lowell, IN 46356

**Clm No 176213**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 176215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jane McQuoid**
1 Tuttle Road
Sterling, MA 01564

**Clm No 176216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John McVeigh**
1538 Route 12, #C19
Gales Ferry, CT 06335

**Clm No 176217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Mecham**
382 East 400 North
Genola, UT 84655

**Clm No 176219**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kimberly Medina**
357 Navarre Drive
Miami Springs, FL 33166

**Clm No 176220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $10,000.00

---

**Wanda Meeks**
2416 Philpot Road
West Monroe, LA 71292-2670

**Clm No 176222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jackie Meeks**
5172 SR 50
Pelham, TN 37366

**Clm No 176223**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Meeks**
510 South Kentucky Avenue
Evansville, IN, 47714-1015

**Clm No 176224**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barthie, Sharon**
18129 Hancock Bluff Road
Dade City, FL, 33523

**Clm No 176225**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Pauline Meese**
120 Alexander Blvd.
Blackfoot, ID 83221

**Clm No 176226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Meisenbach, Irma**
Liberty Village of Peru
Hawthorne Inn 1101 31st
Street, Peru, IL 61354

**Clm No 176229**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Melchionno**
99 West Spring Street
Avon, MA 02322

**Clm No 176231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Meldoff, Sharon**
8868 Old 60 Hwy
Roaring River, NC 98669

**Clm No 176232**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rosemarie Melee**
650 Washington Road Apt. 516
Sayerville, NJ 08872

**Clm No 176233**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Louis Melfi**
103 Delaware Road,
Easton, CT 06612

**Clm No 176234**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Phyllis Melton**
135 Dundee Road
Daytona Beach, FL 32118

**Clm No 176235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peggy Melton**
620 Taylor Drive
Henderson, KY 42420

**Clm No 176236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Keith Melzer**
609 South Ridge Lane,
Appleton, WI 54914

**Clm No 176237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Rosinski, Marie**
22384 S.W. 57th Circle
Boca Raton, FL 33428

**Clm No 176241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Meola**
36 Gaffney Place
Yonkers, NY 10704

**Clm No 176242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Elizabeth Mercier**
80 Graff Road
Canterbury, CT 06331

**Clm No 176244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilifred Merifield**
P.O Box 237
Theodore, AL 36582

**Clm No 176245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Merkl**
9950 Redwood St. NW Apt 303
Minneapolis, MN 55433

**Clm No 176246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Richard Merold**
3305 SE 22nd Street, Apt. 6
De Moines, IA 50320

**Clm No 176247**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Merritt**
293 Society Hill Circle
The Village, FL 32162

**Clm No 176248**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176249**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Christine Mertens**
745 Lardo Drive
Port Orange, FL 32129

**Clm No 176250**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Merz**
4100 Englewood Ave Apt. 307
Yakima, WA 98908-4324

**Clm No 176251**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Meserve, Helen**
1307 NE 21st Court
Ocala FL 34470

**Clm No 176252**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Angeline Messier**
15 Old Gilbertville Road
Ware, MA 01082

**Clm No 176253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Deceased Helen**
37 Indian Trail
Pembroke, MA 02359

**Clm No 176254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Grady Metcalf**
3411 Pineridge DR.
Newburgh, IN 47630

**Clm No 176255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Robert Metcalf**
458 Meadow FRK
Millstone, KY 41838

**Clm No 176256**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176257**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Charles Metz**
1270 Lana Road
Yulee, FL 32097-4631

**Clm No 176258**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Meunier**
504 South Quaker Lane
Elmwood, CT 06110

**Clm No 176260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Meyer, David**
42 B. Dale Road
Hooksett, NH 03106

**Clm No 176262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Mary Meyer**
230 Brett Circle
Waucanda, IL 60084

**Clm No 176263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2089 of 3075

---

**Cronkrite, Marsha**
26745 S. McKinley Woods Road
Channahon, IL 60410

**Clm No 176265**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176266**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Miaczynski**
3815 Perry Street
Erie, PA 16504-2371

**Clm No 176267**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dana Michaels**
212 Magnolia Circle
Eustis, FL 32726-6911

**Clm No 176268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Michaud**
3 Orchard Hill Drive
Granby, CT 06035

**Clm No 176269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucien Michaud**
34 Stoney Hill Road
Hampden, MA 01036

**Clm No 176270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176271**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176272**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176273**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rose Migliosi**
727 Tunkhannock Avenue
West Pittston, PA 18643

**Clm No 176274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys Migues**
1621 NW 143 Terrace
Pembroke Pines, FL 33028

**Clm No 176275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Antonietta**
1572 Eastwood Drive
Brentwood, TN 37027

**Clm No 176277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**John Milender**
407 North 6th Street Apt. C-3
Thermoplis, WY 82443

**Clm No 176279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McBride, Kathleen**
P.O Box 98
Lake Alfred, FL 33850

**Clm No 176281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Miller**
2577 West 9th Avenue
Gary, IN 46404-2138

**Clm No 176282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Gloria Miller**
43 Garwood Court N
Garfield, NJ 07026

**Clm No 176283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Miller**
935 Viscaya Blvd
St. Augustine, FL 32086

**Clm No 176285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mavis Miller**
13895 West Bottom Road
Granviller, IL 61326

**Clm No 176286**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peggy Miller**
2214 Boulevard Avenue
Scranton, PA 18509

**Clm No 176287**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Hugh Miller**
1000 Airport Rd, Apt. 308
Godfrey, IL 62035

**Clm No 176288**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Billy Miller**
1380 Vanburen Street
Gary, IN 46407

**Clm No 176289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan Miller**
2602A Highway 13
Adams, WI 53910

**Clm No 176290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rudolph Miller**
9340 Old Hwy 24
Neely, MS 39461

**Clm No 176291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherman Miller**
221 Olivet Street
La Crosse, WI 54603

**Clm No 176293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mattie Miller**
210 County Road 594
Hillsboro, AL 35643

**Clm No 176294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Terry Onetha**
582 Brantley Terrace Way
Unit 101
Altamonte Springs, FL 32714

**Clm No 176295**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176296**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Miller**
6109 Randy Jay Street
Schofield, WI 54476

**Clm No 176297**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles Miller**
1925 Maryland Street
Gary, IN 46407-0000

**Clm No 176298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Miller**
6026 East Pershing Boulevard
Cheyenne, WY 82001

**Clm No 176299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mills, William**
2557 K-Ville Avenue
Auburndale, FL 33823

**Clm No 176300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joe Milota**
109 Coal Miners Road
Spring Valle, IL 61362-1000

**Clm No 176303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Gail Milton**
8107 Donegal Lane
Jacksonville, FL 32244-6263

**Clm No 176304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Milward, Brian**
11 Fiske Road
Saugus, MA 01906-3358

**Clm No 176305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $10,000.00

---

**Linda Mimbs**
P.O Box 2514
Reidsville, GA 30453

**Clm No 176306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**White Georgianne**
68 Beaver Dam Road
Scituate, MA 02066

**Clm No 176307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Minesal**
2709 Eagles Court
West Bend, WI 53095

**Clm No 176308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Minneci**
740 Victoria Street South
Apt. 219 St. Paul MN 55102

**Clm No 176309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ashby Minnick**
3013 Reef View Street
Las Vegas, NV 89117-0137

**Clm No 176310**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176311**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Minor**
81 Oak Knoll Drive
Hampden, MA 01036

**Clm No 176312**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Mirabella**
3419 Marston Drive
Orlando, FL 32812

**Clm No 176314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ubaldo Miranda**
4307 Euclid Avenue
East Chicago, IN 46312-0000

**Clm No 176315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Miller Mistilien**
2116 Beecher Street
Orlando, FL 32808

**Clm No 176316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucia Mitchell**
117 Bellmont Court
Paducah, KY 42003

**Clm No 176317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kelly, Joan**
45 Pine Ridge Road
Arlington, MA 02476

**Clm No 176318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Mitchell**
659 Fleming Boulevard
Rensselaer, IN

**Clm No 176321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**David Mitchell**
1115 8th Ave South
Great Falls, MT 59405-0000

**Clm No 176322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Mitsakos**
42 Gordon Street E.
Haven, CT 06512

**Clm No 176323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Mixon-Adams, Kim**
104 Cooper Road
Conatonment, FL 32533

**Clm No 176325**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176326**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176327**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Ethel Mizell**
Route 1 Box 301
Vinegar Bend, AL 36584

**Clm No 176328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Mizzell**
12361 Hagan Creek Drive
Jacksonville, FL 32244-6263

**Clm No 176329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Waldo Moberly**
71068 Swan Route,
Bigfork, MT 59911

**Clm No 176330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Modglin**
62505 Katson Ave NE
Albuquerque, NM 87109

**Clm No 176332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leland Moe**
17 N Hudson Avenue
Sturgeon Bay, WI 54235

**Clm No 176333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ruby Moersch**
758 Lake Shr Dr
Escanaba, MI 49829

**Clm No 176334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Portia Moffett**
41410 Sunshine Avenue
Umatilla, FL 32784

**Clm No 176335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Moffitt**
7425 Harrison Avenue
Hammond, IN 46324-0000

**Clm No 176336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Wayne Molina**
24857 Southwest 127th Path
Princeton, FL 33032

**Clm No 176337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Molloy**
125 College Highway
Southwick, MA 01077

**Clm No 176338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Shirley Molnar**
602 Viewcrest
Byron, IL 61010

**Clm No 176339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Monaco, Henry**
1522 North Prospect Ave #504
Milwaukee, WI 53202

**Clm No 176340**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gertrude Monahan**
203 N Capri Drive
Duncanville, TX 75116

**Clm No 176341**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Monarch**
7809 Canna Drive
Louisville, KY 40258-2417

**Clm No 176342**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Constance Mondor**
29 Wakefield Avenue
Saco, ME 04072

**Clm No 176343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerard Monfils**
10519 Ledge Road
Brussels, WI 54204

**Clm No 176345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Monroe, Dorothy**
739 Hemlock Street
Pocatello, ID 83201

**Clm No 176346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosie Montagino**
910 Stallion Way
Valrico, FL 33510

**Clm No 176347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Monteforte, James**
132 Albion Street
Old Forge, PA 18518-1342

**Clm No 176348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Monteiro, Mary**
60 N. Main Street 2nd Floor
Waterbury, CT 06702

**Clm No 176349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Marcelino Montejano**
237 Doty Street
Hammond, IN 46324-0000

**Clm No 176350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Karen Montesano**
1952 Lake Lotela Drive
Avon Parl, FL 33825

**Clm No 176351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 6-Oct-2015 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wilma Montgomery**
1053 Sunshine Village Court,
Lot #6 Ashland, KY 41102

**Clm No 176352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Sonia Echevarria**
18450 NW 62nd Avenue Apt. 203
Miami, FL 33015-8214

**Clm No 176355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Clair Montminy**
34 Higgins Street
Manchester, NH 03102

**Clm No 176356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ruth Moody**
7601 Sonia Drive
Jacksonville, FL 32244-6263

**Clm No 176358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Moody**
1205 Madison Avenue
Las Vegas, NV 89106-0000

**Clm No 176359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Moolick**
24820 East Joseph Avenue
Otis Orchards, WA 99027

**Clm No 176360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Moon, Kathleen**
1600 W. Marion Avenue Apt. 215
Punta Gorda, FL 33950

**Clm No 176361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Moon**
38964 Stapeley Circle
Zephyrhills, FL 33540

**Clm No 176362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Mooney**
120 Pulaski Blvd
Toms river, NJ 08757-6426

**Clm No 176363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Catherine Moore**
121 Prospect Street
Canton, MA 02021

**Clm No 176364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Moore**
49 Bullfinch CT
Magnolia, DE 19962

**Clm No 176365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwendolyn Moore**
5246 Moncrief Road W.
Jacksonville, FL 32209

**Clm No 176366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Insley, Barbara**
14 Valasia Road,
Poquoson, VA 23662-1550

**Clm No 176367**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176368**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Blackwood Rhonda**
7901 SW 176 Street
Miami, FL 33157-0000

**Clm No 176369**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Beverly Moore**
78 East Brimfield Rd
Holland, MA 01521

**Clm No 176371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Moore**
3171 E. Southview Drive
Wasilla, AK 99654

**Clm No 176372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Willie Moore**
1179 Bigger Street
Gary, IN 46404

**Clm No 176373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Fred Moore**
2830 Upper Second Creek Road
Hazard, KY 41701

**Clm No 176374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Warren Moore**
3625 Johonson Street
Gary, IN 46407

**Clm No 176375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Mary Alice Moore**
4914 Hargrove Road E.
Tuscaloosa, AL 35405-7719

**Clm No 176376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Moorhead**
6543 North 131st Drive
Glendale, AZ 85307

**Clm No 176377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Carolyn Morang**
488 County Road 709
Riceville, TN 37370

**Clm No 176379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Morang**
59 Brook Road
Portland, ME 04103

**Clm No 176380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Milton Morgan**
6404 Kinlocke Drive West
Jacksonville, Fl 32219

**Clm No 176383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**evelyn Morgan**
9323 Danville Avenue
Jacksonville, FL 32209

**Clm No 176386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Willie Morgan**
P.O Box 74
Rincon, GA 31326-0000

**Clm No 176387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brashaw, Debbie**
14859 US Highway 52
Mt. Carroll, IL 61053

**Clm No 176389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan Morin**
72 Line Street, P.O Box 391
Southampton, MA 01073

**Clm No 176390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lauria M. Morneault**
P.O Box 233
Broak Brook, CT 06016-0233

**Clm No 176391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dressler, Joanne**
93331 Brown Gelley Drive
Huntersviller, NC 28076

**Clm No 176393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lillian Morrill**
20 Main Street P.O Box 5656
Salisbury, MA 01952

**Clm No 176394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Morris**
255 Robert Street
Westport, MA 02790

**Clm No 176395**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorcas Morris**
631 North Street
Daytona Beach, FL 32114

**Clm No 176396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Small, Delinda**
916 Carlene Drive
Harlem, GA 30814

**Clm No 176400**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Morris**
4730 Euclid
East Chicago, IN 46312

**Clm No 176401**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blythe Morrison**
P.O Box 583
Dilver, NH 03821

**Clm No 176402**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Susanne Morrison**
10 Henry Street
North Billerica, MA 01862

**Clm No 176403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Coleene Morrison**
514 Sean Court
Apopka, FL 32712

**Clm No 176404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rick Morrison**
876 Jennifel Dr
Greenwood, IN 46143-8457

**Clm No 176405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Janet Morrison**
10807 West11 Street
Hewitt, WI 54441

**Clm No 176406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Nancy Morrissette**
1408 Rockridge Road, Apt. 268
Waukesha, WI 53188

**Clm No 176407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Florence Morrow**
1260 Mountain View Rd
Cordova, AL 35550-4026

**Clm No 176408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

2137 of 3075

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Christopher Mortensen**
64 Little Road
Berwick, ME 03901

**Clm No 176410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Morton**
560 East Street
Mansfield, MA 02048

**Clm No 176411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Gerald Moser**
3820 West County Road #4
Berthoud, CO 80513-8508

**Clm No 176412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Moses**
1070 W. Wallula Avenue
Walla Walla, WA 99362-8164

**Clm No 176413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anne Moss**
92 Dascomb Road
Andover, MA 01810

**Clm No 176414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Clifford Mostiller**
724 Madison Avenue
Daytona Beach, FL 32114

**Clm No 176415**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176416**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Motte**
1204 Kennesaw Drive
Johnson City, TN 37615

**Clm No 176417**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176418**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pinner, Brenda**
110 Robin Road,
Palatka, FL 32177

**Clm No 176419**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debra Moulton**
46 Graves Street
South Dearfield, MA 01373

**Clm No 176420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Carol Moxley**
P.O Box 212, 89
Stoddards Wharf Road
Ledyard, CT 06339

**Clm No 176421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moyer, Rachel**
1061 Oak Forest Circle
Port Orange, FL 32129

**Clm No 176423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jane Mozingo**
6950 Clark Dale Road #356
Meridian, MS 39301

**Clm No 176424**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Kendell Muckey**
11411 Thunderbrush Circle
Anchorage, AK 99516

**Clm No 176425**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Payne, Linda**
187 Wakelee Avenue,
Ansonia, CT 06401

**Clm No 176426**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176427**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176428**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Mullin**
69 Summer Lane
Rocky Hill, CT 06067

**Clm No 176429**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**larry Mullins**
812 North 450 W.
Valparaiso, IN 46383

**Clm No 176431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176432**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Doris Mulvey**
931 Fox Hollow Drive
Hudson, NH 03051

**Clm No 176433**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Gundell, Carolyn**
80 Sugarloaf Drive
Wilton. CT 06897

**Clm No 176434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**c/o David Jagolinzer, Esq**
60 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Maria Galvez**
15763 SW 44th Terrace
Miami , FL 33185

**Clm No 176436**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lorraine Munk**
4229 NW 43rd Street Apt. #H58
Gainsville, FL 32606

**Clm No 176437**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176438**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Martha Munsell**
414 West State Street
Astoria, IL 61501

**Clm No 176439**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Edward  Murawski**
15705 West 138th Street
Lockport, IL 60441

**Clm No 176440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Charlotte Murawski**
365 New Ludlow Road
Chicopee, MA 01020

**Clm No 176441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William  Murch**
228 Mistuxet Avenue
Mystic, CT 06355

**Clm No 176442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Murdock**
P.O. Box 154
Cedar Point, IL 61316

**Clm No 176443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Murphy**
7425 Tippin Ave.
Pensacola, FL 32504

**Clm No 176444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Evelyn Murphy**
7 Rockwell Place
Milton, MA 02086

**Clm No 176445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Murphy**
115 Donbray Road
Springfield, MA 01119

**Clm No 176446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Kathleen Murphy**
7 Sherman Street N.
Chelmsford, MA 01863

**Clm No 176448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**John Murray**
12 Pinewood Drive
Webster, MA 01570

**Clm No 176449**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ruth Murray**
16088 N. E. 17th Avenue
Starke, FL 32091

**Clm No 176450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Murray, Rita**
7285 Vrain Street
Westminster, CO 80030-5111

**Clm No 176451**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Crawford  Murray**
1231 Delaware Avenue
Kissimme, FL 34744

**Clm No 176452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Melvin Murry**
25 Gladstone Street
Springfield, MA 01119

**Clm No 176453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Crowell, Deborah**
540 Hayden Hill Road
Torrington, CT 06790

**Clm No 176454**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carlo Muscarello**
720 NW 71 Avenue
Plantation, FL 33317-1125

**Clm No 176455**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Mutter**
2445 Dianne Drive
Cocoa, FL 32926

**Clm No 176456**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

c/o David Jagolinzer, Esq
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176457**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, Esq
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176458**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, Esq
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176459**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Dwight Myers**
409 East 23rd Avenue
Kennewick, WA 99337-5510

**Clm No 176460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherry Myers**
1299 Sugar Ridge Road
Morris, AL 35116

**Clm No 176461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Myrick**
410 County Road 426
Killen, AL 35645

**Clm No 176462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Gerald  Myrter**
1071 Northeast Santa Cruz Drive
Jensen Beach, FL 34957

**Clm No 176463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Mitchell, Carol**
6934 N. Albina Avenue
Portland, OR 97217

**Clm No 176464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Gloria Naegeli**
31 Cross Road
Mont Vernon, NH 03057-1206

**Clm No 176466**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Nagrocki**
54 East 67th Ave.
Merrillville, IN 46410

**Clm No 176467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stella Nall**
8 Quaker Drive
Derry, NH 03038

**Clm No 176468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Vera Nalls**
P.O. Box 655
Fayette, AL 35555

**Clm No 176469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerard  Nantel**
71 Underhill Street
Nashua, NH 03060

**Clm No 176471**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Anna Narciso**
166 Terre Mar Drive N.
Kingstown, RI 02852

**Clm No 176472**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Naroian**
443 Quinapoxet Street
Jefferson, MA 01522

**Clm No 176473**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mollie Nash**
4265 N. Island Rd.
Pace, FL 32571

**Clm No 176474**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Nash, Carole**
69 Great Republic Avenue,
S. Weymouth, MA 02190

**Clm No 176475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert  Nasiatka**
7033 Crestlake Drive
Orlando, FL 32819

**Clm No 176476**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jordan  Nastovski**
13282 Lincoln Street
Crown Point, IN 46307-9049

**Clm No 176477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**Betty Nasworthy**
161 Hillcrest Street, Apt.106A
Tallassee, AL  36078

**Clm No 176478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Leland  Naugle**
160 Coral Way
Broomfield, CO 80020

**Clm No 176479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Richard Nault**
P.O. Box 362
Baileyville, ME 04694

**Clm No 176480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Antonio  Navarro**
6933 Eisenhower Avenue
Portage, IN 46368

**Clm No 176481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Patricia Neal**
1349 Bailey Avenue
Deltona, FL 32725

**Clm No 176482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Nathan Nebel**
6529  Jackson Avenue
Hammond, IN 46324-0000

**Clm No 176483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carmen Necuze**
11771 SW 25th Terrace
Miami, FL 33175

**Clm No 176484**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth  Nedyidek**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176485**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Needham**
4125 Hojack Place
Nanjemoy, MD 20662

**Clm No 176486**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maxine Neidlinger**
8836 Stevensville Baroda Road
Baroda, MI 49101-9342

**Clm No 176488**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kady Neilsen**
14187 Bayou Royal Drive
Coden, Al 36523

**Clm No 176489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Sherry Neise**
P.O. Box 304
Columbia Falls, MT 59912-0000

**Clm No 176490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Belknap, Cheryl**
1171 Talbot Street
Port Charlotte, FL, 33952-2872

**Clm No 176491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry  Nelsen**
225 South Beaumont Road
Prairie Du Chien, WI 53821

**Clm No 176492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Herbert Nelson**
4416 Cedar Avenue South
Minneapolis, MN 55407-3628

**Clm No 176493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Nelson**
4447 Lambing Road
Jacksonville, FL 32210

**Clm No 176494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis  Nelson**
1221 South 8th Avenue
Wausau, WI 54401

**Clm No 176495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Earl  Nelson**
550 Williams Br
Morehead, KY 40351

**Clm No 176496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Carroll  Nelson**
Rural Route 3, Box 306
Calfornia, KY 41007-000

**Clm No 176497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Barbara Nelson**
4612 Wedgewood Court
Lisle, IL 60532

**Clm No 176498**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176499**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles  Nelson**
510 Pearl Street
Kemmerer, WY 83101

**Clm No 176500**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alma Nelson**
561 Roosevelt St.
American Falls, ID 83211-1341

**Clm No 176501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 3078 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Isabelle Nepil**
31 Robin Ln.
Barnegat, NJ 08005-2133

**Clm No 176502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Nesland**
1695 Taft Street
Lakewood, CO 80215

**Clm No 176503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nessel Ganemco-Executrice, Linda**
41 Fuller Road
Pleasant Valley, CT 06063

**Clm No 176504**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gordon  Nesten**
229 Kingsway Rd.
Kalispell, MT 59901-0000

**Clm No 176505**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor  Neto**
905 Col. Ledyard Hwy.
Ledyard, CT 06339

**Clm No 176506**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nettles, Faye**
P.O. Box 121
Sanderson, FL 32087

**Clm No 176507**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Armin Neubert**
207 Pine Canyon Road
Salinas, CA 93908-8746

**Clm No 176508**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jan Neumuth**
8 Bear Swamp Road
Andover, CT 06232

**Clm No 176509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene  Nevrkla**
1836 Sandpiper Drive
West Lafayett IN, 47906

**Clm No 176510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Jandra Newcomb**
19 Woodland Road
Dover, MA 02030-2557

**Clm No 176511**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Shirley Newell**
1209 Mallard Drive
Elgin, IL 60123

**Clm No 176512**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**William  Newlin**
7344 S. Marshall Drive
Ninevah, IN 46164-8664

**Clm No 176513**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 6-Oct-2015  |
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

c/o David Jagolinzer, Esq

600 Brickell Avenue

Suite 3800, Miami, FL 33131

**Clm No 176514**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, Esq

600 Brickell Avenue

Suite 3800, Miami, FL 33131

**Clm No 176515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, Esq

600 Brickell Avenue

Suite 3800, Miami, FL 33131

**Clm No 176516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James  Newman**
2923 South 13th Street
Niles, MI 49120

**Clm No 176517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marjorie Newton**
2463 Larchwood Street
Orange Park, FL 32065

**Clm No 176519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald  Newton**
P.O. Box 489
Inkom, ID 83245

**Clm No 176521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  Niblett**
1519 Richard St.
Mesquite, TX 75149

**Clm No 176522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Theodora Nicholas**
1355 Wilson Drive
Brookfield, WI 53005

**Clm No 176524**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Nicholaus**
98 Arnold Street
Providence, RI 02906

**Clm No 176525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Samuel  Nichols**
141 NW 10th Drive
Mulberry, FL 33860

**Clm No 176526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Patricia Nichols**
63 Wakefield Road
Union, NH 03887

**Clm No 176527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald  Nichols**
4675 Jefferson Place
Gary, IN 46408

**Clm No 176528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Gene  Nichols**
229 Tudor Boulevard
Paducah, NY 42003-0000

**Clm No 176529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James  Nickerson**
2052 County Road 38
Ozark, AL 36360

**Clm No 176530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ward, Alicia**
210 Sand Pine Drive
Midway, FL 32343

**Clm No 176531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Peter  Nicolard**
19121 Jamie Drive
Eagle River, AK 99577

**Clm No 176532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Devine, Linda**
1511 Lacosta Drive East
Pembroke Pines, FL 33027

**Clm No 176533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Iris Nielsen**
3 Amidan Avenue
Newington, CT 06111

**Clm No 176534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Arthur Nielsen**
679 South 500 East
Payson, UT 84651

**Clm No 176535**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nielson**
7619 47 Avenue
Kenosha, WI 53142-0000

**Clm No 176536**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cora M. Niemi**
605 Moss Drive
Crestview, FL 32536

**Clm No 176537**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

| **Dorothy Niemitz** | **Clm No 176538** | Filed In Cases: 607 | |
|---|---|---|---|
| 49 Strong Road | Class | Claim Detail Amount | Final Allowed Amount |
| South Windsor, CT 06074 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Alejandrina Nieves** | **Clm No 176539** | Filed In Cases: 607 | |
|---|---|---|---|
| 2318 Saint Francis Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Schererville, IN 46375 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Niezgorski** | **Clm No 176540** | Filed In Cases: 607 | |
|---|---|---|---|
| 58 Walnut Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Wallingford, CT 06492 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Stephen  Nigro**
8211 Ambrose Cove Way
Orlando, FL 32819-5080

**Clm No 176541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176543**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Kenneth  Nixon**
2668 Monnier St.
Portage, IN 46368

**Clm No 176544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald  Nixon**
2829 Decatur Street
Lake Station, IN 46405

**Clm No 176545**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Noble, Helen**
211 Noble Avenue
Crossett, AK 71635

**Clm No 176546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Nociasta, Joseph**
184 Tulip Road
Harvey's Lake, PA 18618

**Clm No 176547**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roderick  Noggle**
1852 US-27 South, Apt A-11
Avon Park, FL 33825

**Clm No 176548**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nolen, Virginia**
P.O. Box 2989
Semmes, AL 36575

**Clm No 176549**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William  Nondorf**
936 Sweet Cicely Dr
Westville, IN 46391

**Clm No 176551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Nonnenberg**
1222 Sweet Drive
Ruskin, FL 33570

**Clm No 176552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

| | | |
|---|---|---|
| **Eugene  Norder** | **Clm No 176553** | Filed In Cases: 607 |
| 390 E. Hibbard Road | | |
| Owosso, MI 48867 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **c/o David Jagolinzer, Esq** | **Clm No 176554** | Filed In Cases: 607 |
| 600 Brickell Avenue | | |
| Suite 3800, Miami, FL 33131 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **James  Norris** | **Clm No 176555** | Filed In Cases: 607 |
| 878 Road 55 | | |
| Berry, AL 35546 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Gloria Nottingham**
1401 SW Oklahoma Avenue
Lawton, AL 73501

**Clm No 176556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Novak**
267 Independence Avenue
Palm Harbor, FL 34684-0000

**Clm No 176557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Norma Novick**
7992 SW 81st Loop
Ocala, FL 34476

**Clm No 176559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Nowicki**
14 Moreland Rd.
N Weymouth, MA 02191

**Clm No 176561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Eleanor Nugent**
199 Lake Shore Road
Brighton, MA 02135-6364

**Clm No 176562**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy  Nugent**
604 Laurel Street
Marksville, LA 71351-0000

**Clm No 176563**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176564**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Grace Nunemaker**
N 34 W. 23853 Unit C Grace Avenue
Pewaukee, WI 53072-5737

**Clm No 176565**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176566**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176567**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jean Oakes**
3306 Silver Palm Drive
Edgewater, Fl 32141

**Clm No 176568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Redmond, Sharon**
9640 Farmcrest Drive
West Chester, OH 45069

**Clm No 176570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2191 of 3075

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Oberding**
525 Otten Lane
Anna, IL 62906

**Clm No 176572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carmel O'Brien**
34 Jerome Lane
Milford CT 06460

**Clm No 176573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Gregory  O'Brien**
1038 San Simeon Drive
Sierra Vista, AZ 85635

**Clm No 176574**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David  O'Brien**
P.O. Box 2301
Bloomfield, NM 87413

**Clm No 176575**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Obuhosky**
1550 Ransom Road
Dallas, PA 18612

**Clm No 176576**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ralph  Ochs**
604 E 77th Avenue
Schererville, IN 46375

**Clm No 176577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Ochwat**
471 Kettletown Road
Southbury, CT 06488

**Clm No 176578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Edward O'Connell**
369 Century Drive
Marco, Island, FL 34145

**Clm No 176580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Martha O'Connell**
17 Nason Street
St. Albans, VT 05479

**Clm No 176581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**John  O'Connell**
5548 Eugene Drive
Zephyrhills, FL 33542

**Clm No 176582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Elizabeth O'Connor**
1061 Pleasant Street
E. Weymouth, MA 02189

**Clm No 176583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Margaret O'Connor**
30 Fairmont Avenue
Waltham, MA 02154

**Clm No 176585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Robert O'Daniel**
13080 Teddy Drive
McCalla, AL 35111

**Clm No 176586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Cathy O'Dell**
4 Millbrook Court, Unit 4
Newington, CT 06111

**Clm No 176589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernace Odom**
401 Old Highway 31
Flomation, AL 36441-5929

**Clm No 176590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kelly, Kerry**
14650 South Sawyer Street
Midlothian, IL 60445

**Clm No 176591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Newman, Alberta**
1621 14 Ave.
Tuscaloosa, AL 35401

**Clm No 176592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Louis  Offutt**
4001 Brentler Road
Louisville, KY 40241

**Clm No 176593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Joan Ogle**
8815 Sheldon West Drive
Tampa, FL 33626

**Clm No 176594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Kenneth  Ogle**
6040 Powell Road
Indianapolis, IN 46221-0000

**Clm No 176595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Mary O'Grady**
5221 S. Mulligan
Chicago, IL 60638

**Clm No 176596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Oldaker, Mary**
1041 Mace Avenue
Baltimore, MD 21221

**Clm No 176598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

Date Filed       6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o Cheryl Miller**
2005  West Porter Avenue
Chesterson, IN 46304

**Clm No 176599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

Date Filed       6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Samuel  Olive**
1759 Airport Road
Centerville, IN 47330

**Clm No 176600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|--------------------:|
| UNS   | $1.00               |                     |
|       | $1.00               |                     |

Date Filed       6-Oct-2015
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Birdie Oliver**
3355 Wisconsin Street
Lake Station, IN 46405

**Clm No 176602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Valarie Oliver**
4897 Raleigh Street Apt. 2
Orlando, FL 3281

**Clm No 176603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Barbara Olsen**
2401 Anderson Road, #7
Coral Gables, FL 33

**Clm No 176604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Margaret Olson**
12301 Willaburn Drive
Burnsville, MN 55337

**Clm No 176606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Miles  Olson**
1119 Maple Street
La Crosse, WI 54601

**Clm No 176607**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John O'Mara**
34 Newport Avenue
West Hartford, CT 06107

**Clm No 176608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank  Omboli**
1255 Autumn Hills Drive
Reno, NV 89511

**Clm No 176609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Santerelli, Sandra**
17315 Spangler Rd
Elwood, IL 60421-9597

**Clm No 176610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Pauline O'Neal**
96003 Crown Court
Yulee, FL 32097

**Clm No 176611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  O'Neal**
281 Fleming Road
Vincent, AL 35178

**Clm No 176612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Linda O'Neal**
3822 Cardinal Blvd.
Port Orange, FL 32127

**Clm No 176613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |


**Claude  Ooms**
3110 197 Street
Lynwood, IL 60411-0000

**Clm No 176614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Marcia Orban**
78 Fillow Street
Norwalk, CT 06850

**Clm No 176615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Susan Orchulek**
86 Sroka Lane
Ludlow, MA 01056

**Clm No 176616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Marianne Orecchio**
401 Dercole Court, Apt#131
Norwood, NJ 07648

**Clm No 176618**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176619**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Lucia Orlowicz**
3600 Harbor Drive,
Largo, FL 33774

**Clm No 176622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Orsini**
1953 Litchfield Road
Watertown, CT 06795

**Clm No 176623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Orth**
P.O. Box 3495
Soldonta, AK 99669-3495

**Clm No 176624**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Lorraine Orth**
3734 Dove Drive
Pocatello, ID 83201

**Clm No 176625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carmen Ortiz**
1024 Ronlin Street
Haines City, FL 33844

**Clm No 176626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Susan Orttel**
55 N. 8th Ave
Canton, IL 61520

**Clm No 176627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176628**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Lynda Osborne**
16 Samoset Avenue
Marshfield, MA 02050-3943

**Clm No 176629**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176630**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Wilton Oster**
12003 Edding Ct.
Jacksonville, FL 32246

**Clm No 176631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  Ostromecky**
19 Lake Avenue
Spencer, MA 01562

**Clm No 176632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Ostrowski**
91 Old Toll Road
W. Bartwitable, MA 02668

**Clm No 176633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**George  Osweiler**
12625 Lacey Drive
New Port Richey, FL 34654

**Clm No 176634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Berta Owen-Holland**
P.O. Box 363
Douglas, AL 35964

**Clm No 176636**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Maurice  Owen**
P.O. Box #294
Quaker Hill, CT 06375

**Clm No 176637**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  Owen**
4144 Gilbertsville Highway
Calvert City, KY 42029

**Clm No 176638**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Owens**
6382 Blue Arrow Drive
Marianna, FL 32446

**Clm No 176639**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176640**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Barbara Owens**
302 Pony Avenue
Battle Creek, MI 49014

**Clm No 176641**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176642**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176643**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Langley  Owsley**
82 Dewey Drive
Bulan, KY 41722

**Clm No 176644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Miller, Betty**
1212 Newton
Kingsford, MI 49802

**Clm No 176645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jack  Pace**
7426 North Devon Drive
Tamarac, FL 33321

**Clm No 176646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Margaret Pace**
22 Weed Avenue
Norwalk, CT 06850

**Clm No 176647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Jean Pacenta**
135 Navajo Drive
Auburn, PA 17922

**Clm No 176648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dorothy Ann Pacetti**
29 Village Las Palmas Circle
St. Augustine, FL 32080-3593

**Clm No 176649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ilean Pacione**
151 N. Orlando Avenue Apt # 115
Winter Park, FL 32789

**Clm No 176652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Wilcox**
1122 North 15 Street #809
Canyon City, CO 81212-4641

**Clm No 176653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Padgett**
15405 Laskeshore Villa Pl.
Tampa, FL 33613

**Clm No 176654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Padilla, Adrian**
P.O. Box 50399
Minneapolis, MN 55405

**Clm No 176655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Padilla**
3308 Siringo Road
Santa FE, NM 87505

**Clm No 176656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Amado Padron**
141 Cole Road W.
Jacksonville, FL 32218

**Clm No 176658**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Morris Pagan**
P.O. Box 1345
Hobbs, NM 88241-1345

**Clm No 176659**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176660**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq**
600 Brickell Avenue
Suite 3800, Miami, FL 33131

**Clm No 176661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James  Pagliaro**
266 W. Squantum Street
North Quincy, MA 02171-2823

**Clm No 176662**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Pagnotta**
5272 Fox Trace
West Palm Beach, FL 33417

**Clm No 176663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Mary Pagonico**
3787 NW 35th Street
Coconut Creek, FL 33066

**Clm No 176664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elaine Pajuk**
18 Stuart Circle
Westfield, MA 01085

**Clm No 176665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myers, Lynn**
2804 W. Hoffman Avenue
Spokane, WA 99205

**Clm No 176666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Mildred Pall**
26 Pall Road
Hunlock Creek, PA 18621

**Clm No 176667**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeanne Palm**
111 State Route 286 Lot #40
Seabrook, NH 03874

**Clm No 176668**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Michael Palmer**
220 Middlieburg Road
Watertown, CT 06795

**Clm No 176669**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Phyllis Palmer**
100 N. Pennsylvania Ave.
Big Lake, TX 76932

**Clm No 176670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Palmer**
P.O. Box 536
Aromas, CA 95004

**Clm No 176671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Flora Palmeter**
429 Madison Ave. Apt 18H
Orange Park, FL 32065

**Clm No 176672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joseph Paluso**
69 Route 87
Andover, CT 06232

**Clm No 176673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Beverly Pantalone**
867 Calle Menuda
Englewood, FL 34224

**Clm No 176674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Panzara, Paul**
906 Martin Dr
Jessup, PA 18434

**Clm No 176675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2226 of 3075

---

**Michael Papa**
44 Ash Dr
Northford, CT 06472

**Clm No 176676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Minichiello, Paula**
14 Sunset Dr.
Burlington, MA 01803

**Clm No 176677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Bajger, Therese**
234 Seabreeze Cir.
Jupiter, FL 33477

**Clm No 176679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Larry Paquin**
498 Marlboro Road N14
Brattleboro, VT 05301

**Clm No 176680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2228 of 3075

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Dennis Paradiso**
191 Wuaker Farms Road
Oxford, CT 06478

**Clm No 176683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Vanderhouten, Charlene**
317 Kingsway Road South
Seffner, FL 33584

**Clm No 176684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joseph Parini**
1742 Longfellow
Butte, MT 59701-0000

**Clm No 176685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Atkinson, Sherry**
130 Sheffield Road
Columbian, AL 35051

**Clm No 176686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lennell Parker**
7166 Luke St
jacksonville, FL 32210

**Clm No 176687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Linda Parker**
2630 Purslane Dr.
Fort Myers, FL 33905

**Clm No 176688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Peggy Parker**
203 Blackfoot Trail
Weatherford, TX 76087-9352

**Clm No 176689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2231 of 3075

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Norma Parker**
2200 Hickory Court
St Cloud, FL 34772

**Clm No 176692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Emma Parker**
1016 East Jackson Ave.
Mount Doar, FL 32757

**Clm No 176693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2232 of 3075

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Florida 31331

**Clm No 176694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry parker**
7905 SW 7th St.
Gainesville, FL 32608-0000

**Clm No 176695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Parkins**
N. 26310 Darknell Road
Chattaroy, WA 99003-000

**Clm No 176696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jean Parks**
1601 Central Ave.
Northbrook, IL 60062

**Clm No 176697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Judith Parks**
28 Torch Wood Court
Lafayette, IN 47905-5214

**Clm No 176698**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Burchfield, James**
D'Amico-Burchfield, LLP
536 Awells Ave
Providence, RI 02909

**Clm No 176699**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ramona Parrish**
4330 Redtail Hawk Drive
Jacksonville, FL 32257

**Clm No 176700**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Parrish, Randal**
3303 West Denga
Midland, TX 79709

**Clm No 176701**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freeman, Patricia**
6270 Williams Road
Tallahassee, FL 32311

**Clm No 176702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kenneth Parrish**
PO Box 1655
Pine, AZ 85544-1655

**Clm No 176703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janette Parsons**
PO Box 132
Oxford, ME 04270

**Clm No 176705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Laura Parsons**
PO Box 85, 26 Daisy Drive E.
Wakefield, NH 03830-0085

**Clm No 176706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Parsons**
21 Thurley Road
Center Ossipee, NH 03814-6713

**Clm No 176707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**Parthie, Mary**
1025 Pine Beach Road
Marinette, WI 54143

**Clm No 176709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Pascarelli**
36 Veterans Road
Hull, MA 02045

**Clm No 176710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Pasquale**
9 Roman Drive
Shrewbury, MA 01545

**Clm No 176713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Evelyn Pasquine**
14226 Pullman Dr.
Spring Hill, FL 34609

**Clm No 176714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Patch, Wayne**
80 Belle Marsh Road
South Berwick, ME 03908

**Clm No 176716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Arthur Patrick**
PO Box
Lynn Haven, FL 32444

**Clm No 176718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Patrick**
2886 Blackarrow Court
Lexington, KY 40503

**Clm No 176719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danny Patrick**
3012 Vince Road
Nicholasville, KY 40356

**Clm No 176720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave., Suite 3800
Miami, FL 33131

**Clm No 176722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Patti**
1102 Boston Harbor
Schaumburg, IL 60193

**Clm No 176723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Harvey, Stacy**
9858 Sims Harris Road
Ooltewah, TN 37363

**Clm No 176724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Patton**
126 Front St.
Anniston, AL 36201-5951

**Clm No 176725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, Fl 33131

**Clm No 176728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Paul, Cynthia**
162 Webberbrook Road
Oxford, ME 04270

**Clm No 176729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Amy Paul**
6820 Mariner St. #103
Racine, WI 53406

**Clm No 176730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Katherine Paul**
29 Baterman St.
Roslindale, MA 02131

**Clm No 176731**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Thomas Paul**
Box 1594
Shiprock, NM 87420

**Clm No 176732**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176733**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Paulino**
28 Audubon Road
Norwood, MA 02062

**Clm No 176734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Paul Pavlakis**
301 Mt Rose St. Apt 8
Reno, NV 89509-0000

**Clm No 176736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Pawenski**
8203 Rosewood Ct
Highland, IN 46322-1019

**Clm No 176737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Pawlendzio**
277 Water St. Apt 106
Exeter, NH 03833-1723

**Clm No 176738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Ellen Payden**
1313 SW 21st St.
Boynton Beach, FL 33426

**Clm No 176739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vivienne Paymiller**
728 Aster Lane
Paradise, CA 95969

**Clm No 176740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Payne**
9 Hilton Dr.
Merrimack, NH 03054

**Clm No 176741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie payton**
Route 1, Box 31
Weogufka, AL 35183

**Clm No 176743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Moulton, Peggy**
2609 W. Southern Ave. Lot 320
Temple, AZ 85282

**Clm No 176745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Tillman, Carolyn**
6031 Kurt St.
Brooksville, FL 34604

**Clm No 176746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eula Pearson**
468 Greer St.
Lincoln, AL 35096

**Clm No 176747**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Monroe Pearson**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176748**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leland Pearson**
5712 Unit D Waterbury Way
Salt Lake City, UT 84121

**Clm No 176749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Pechmann**
29 Hickory Court
Wallingford, CT 06492

**Clm No 176750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Claire Peck**
52 Fielding Terrace
Uncasville, CT 06382

**Clm No 176751**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Pecoraro**
3164 River Bluff Lane
Littleriver, SC 29566

**Clm No 176752**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yugo Pecoski**
7549 Wring St.
Merrillville, IN 46410

**Clm No 176753**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeanne Pedulla**
5 Chequesett Bluff Road
Wellfleet, MA 02667

**Clm No 176755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Pelican**
P.O. Box 692
Mead, WA 99021-0000

**Clm No 176756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Sandra Pelland**
40 Wyoming Ave.
Brockton, MA 02301

**Clm No 176757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Pelland**
1819 Maine Avenue
Lynn Haven, FL 32444

**Clm No 176758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176759**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Janet Pemberton**
3308 Lori Lane
New Port Richie, FL 34655

**Clm No 176760**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Charles Pence**
3440 Baranof Ave.
Ketchikan, AK 99901-5420

**Clm No 176761**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rennie Pendleton**
437  Spring Meadows Dr.
Taylorsville, KY 40071

**Clm No 176762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marcia Penkalski**
5227 S. 20th St.
Milwaukee, WI 53221-3853

**Clm No 176764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Norma Pepe**
858 Pisa Lane
Kissimmee, FL 34758

**Clm No 176767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Beatrice Pereira**
208 Washington St.
Taunton, MA 02780

**Clm No 176769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Esther Pereira**
1023 Poplar Ridge Road
White House, TN 37188

**Clm No 176770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darlene Pereira**
58 Burnham St.
Enfield, CT 06082

**Clm No 176771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Felix Perez**
#L 7 Calle 10 Urb Las Vegas
Catano, PR 632

**Clm No 176772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Perez**
826 West Woodside Dr.
Griffith, IN 46319-0000

**Clm No 176773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Perin**
776 Field St.
Naugatuck, CT 06770

**Clm No 176774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Bonnie Perkins**
41 Longrale Park Apt. F
Bangor, ME 04401

**Clm No 176775**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Brenda Perkins**
4175 Levine Ave.
Sayre, AL 35139

**Clm No 176776**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Peroutka**
423 Wildwood Ct.
Marshfield, WI 54449-4867

**Clm No 176777**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Susanne Perry**
20 S. Barton Trail
Batavia, IL 60510

**Clm No 176778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Isabel Perry**
5555 N. Ocean Blvd #35
Lauderdale By the Sea, FL 33308

**Clm No 176779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Wanda Perry**
c/o Sharon Magers 10510 Evanwood Dr.
Louisville, KY 40228

**Clm No 176782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Randall Perry**
3388 Rockeshire Circle.
North Vernon, IN 47265

**Clm No 176783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Perry, John**
401 North Spokane Ave, Apt #11
Newport Washington, ID 99156

**Clm No 176784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Natalie D. Perzan**
85 Caron Lane
Auburn, ME 04210-4288

**Clm No 176786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patricia Peter**
29 Howland Circle
Stoughton, MA 02072

**Clm No 176787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Horace Peters**
Route 2 Box 601
Ozark, AL 36360

**Clm No 176788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Ronald Peters**
D 2000 County Line Road.
Auburndale, WI 54412-9431

**Clm No 176790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Petersen**
60 Townfarm Road, P. O. Box 2152
New Milford, CT 06776

**Clm No 176791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Peterson**
3609 N. Rockwood.
Peoria, IL 61604

**Clm No 176792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robert Peterson**
864 South 80th St.
Meza, AZ 85208

**Clm No 176793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Delphine Peterson**
P.O. Box 44
South Wilmington, IL 60474

**Clm No 176794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Peterson**
1424 maryland St.
Gary, IN 46407

**Clm No 176795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Glen Peterson**
5601 Gurholt Road
Scandinavia, WI 54977

**Clm No 176796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Caroline Petrillo**
1308 St. Ann St.
Scranton, PA 18504

**Clm No 176798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kristin Petrillo**
4568 Hunters Run Circle
Grant, FL 32949

**Clm No 176799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Petrovsky, Stanley**
1019 Lincoln Ave.
Blakely, PA 18447

**Clm No 176800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Annette Pettersen**
178 Malcolm Road
West Haven, CT 06516

**Clm No 176801**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frances Pettit**
16120 SW 88 Ave. Road
Miami, FL 33157-3506

**Clm No 176802**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Wesley Pettway**
2701 Beverly T. Washington St.
Eight Mile, AL 36613

**Clm No 176803**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Conner, Charles**
404 Seekamp St.
Dayton, TX 77535

**Clm No 176805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Laura Pezzi**
N67 W22208 Willow Ln. G22
Sussex, WI 53089

**Clm No 176806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Ave, Suite 3800
Miami, FL 33131

**Clm No 176807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Charles Phiester**
524 Meadowbrooks Drive
Lawrenceburg, IN 47025

**Clm No 176808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Philbrick**
64 Suzanne Drive
Portsmouth, NH 03801

**Clm No 176809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Phillips**
399 Washington Street APT 11C
Norwell, MA 02061-2033

**Clm No 176810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Barbara Phillips**
2194 Shelby Drive
Melbourne, FL 32935

**Clm No 176811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eugene Phillips**
12 Cook Street
Riviera Beach, FL 33404-2340

**Clm No 176812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Phillips**
15 Lake View Heights
Niantic, CT 06357

**Clm No 176813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Paul Phillips**
703 West Junean Street
Tampa, FL 33604

**Clm No 176814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Debrah Phillips**
162 Lake Drive
West Greenwich, RI 02817

**Clm No 176816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2273 of 3075

---

**Henry Phillips**
4849 W Sarah Myers Drive
West Terre Haute, IN
47885-0000

**Clm No 176817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Jule Philpot**
141 Allie Run
Nicholasville, KY
40356-7400

**Clm No 176818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Peggy Phipps**
3851 Camden Road
Fayetteville, NC 28306

**Clm No 176819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helene Picard**
67 Richard Eger Drive
Holyoke, MA 01040

**Clm No 176821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Domenica Picinich**
222 E. Palisades Blvd
Palisades Park, NJ 07650

**Clm No 176822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ronald Pick**
9001 Lido Lane
Port Richey, FL 34668

Clm No 176823    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Elvis Pickle**
42732 Sing Road
Macomb, OK 74852-6213

Clm No 176824    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Shirley Picklo**
2674 Royal Ridge Drive
Spring Hill, FL 34606

Clm No 176825    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Ruthanne Pierce**
PO BOX 8176
Paducah, KY 42002

**Clm No 176826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Pierce**
674 SW Ivanhoe Drive
Port St. Lucie, FL 34983

**Clm No 176827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurice Pierson**
851 Newman Avenue
Seekonk, MA 02771

**Clm No 176828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Marjorie Piesco**
15 Crystal Water Drive
E. Bridgewater, MA 02333

**Clm No 176829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Thomasina Pigeon**
3408 Green Street
Middleboro, MA 02346

**Clm No 176830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Constance Romano**
1791 Wedgewood Court
Crown Point, IN 46307

**Clm No 176831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**James Pindell**
38 Holloway Road
Wheatland, WY 82201

**Clm No 176832**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Antonio Pinero**
3115 Dewey
Tampa, FL 33607

**Clm No 176833**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Terry Pinkham**
116 Mark Ginn Road
Orland, ME 04472

**Clm No 176834**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Linda Pinkham**
15 Pinkham Road
Glenburn, ME 04401

**Clm No 176835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Betty Ann**
707 Golden Avenue
Secaucus, NJ 07094

**Clm No 176836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Manuel Pino**
3737 West Byron Place
Denver, CO 80211-4419

**Clm No 176837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mona Piper**
11744 Camp Oliver Road
Adger, AL 35006

**Clm No 176838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Ruth Pipkins, Alzheimers**
3457 Cor 708
Enterprise, AL 36330

**Clm No 176839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Tracy Pippen, Not Spouse**
5752 Country Club Drive
Birmingham, AL 35228-3655

**Clm No 176840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dannie Pippin**
2532 Wakulla Avenue
Panama City, FL 32405-0000

**Clm No 176841**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Piquette**
89 6th Avenue
Chicopee, MA 01020

**Clm No 176842**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katharine Piquette**
258 Circle Drive
West Springfield, MA 01089

**Clm No 176843**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

**Evelyn Pirozzi**
9 Park Road APT #1
Belmont, MA 02478

**Clm No 176844**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Daniel Pisani**
348 Knob Hill Road
Menden, CT 06451

**Clm No 176845**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Phillip Piscitello**
1501 East Forrest Avenue
Wheaton, IL 60187

**Clm No 176846**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Yvonne Pisz**
2142 Champions Way
North Lauderdale, FL 33068

**Clm No 176847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Roger Pittman**
3137 Minnesota Lane
Milton, FL 32570

**Clm No 176848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby Pittman**
PO BOX 2093
Yulee, FL 32041

**Clm No 176849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Juliana Pittman**
1351 East McKinnon Street
New Brockton, AL 36351

**Clm No 176851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Marcus Pitts**
3135 Kings Drive
Panama City, FL 32405

**Clm No 176852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Louis Pitts**
111 Lucia Avenue
Port St. Joe, FL 32456

**Clm No 176853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Harolene Pitts**
PO BOX 737
Silver City, NM 88062

**Clm No 176854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Annette M. Plante**
193A Blackwater Road
Dover, NH 03820

**Clm No 176856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Planty**
7315 Emma Road
Bradenton, FL 34209

**Clm No 176857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Platt**
35 Orchard Street
New London, CT 06320

**Clm No 176858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Robert Plessis**
8 Crystal Lane
Turner, ME 04282

**Clm No 176859**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Plocha**
231 Lynn Rich Drive
Thomastion, CT 06787

**Clm No 176860**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176861**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Dale Plourde**
44 Maple Street
Rochester, NH 03867

**Clm No 176863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Eddie Poag**
8771 Highway 31 South
Hanceville, AL 35077

**Clm No 176864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ruth Podhola**
1908 E Cedarwood
Round Lake Heights, IL 60073

**Clm No 176865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Podolak**
12801 - 2650 East Street
Princeton, IL 60356

**Clm No 176866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Wilfred Poirier**
1779 Little Meadow Road
Guilford, CT 06437

**Clm No 176868**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Poissant**
PO BOX 488, 12 Edge Hill Road
Linerick, ME 04048

**Clm No 176869**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176870**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Polashenski**
224 St. John Road
Drums, PA 18222

**Clm No 176871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joseph Ponchak**
1002 Clifton Drive
Erie, PA 16505

**Clm No 176873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Pool**
105 West Park Drive
Lombard, IL 60148

**Clm No 176875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecelia Poole**
11 Reed Street South
Bel Air, MD 21014

**Clm No 176876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Dorothy Poole**
9 Danielle Avenue
Benton, ME 04901

**Clm No 176877**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jules Poolson**
11793 Old Course Road
Cantonment, FL 32533

**Clm No 176878**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronnie Pope**
2718 Old Hartford Road
Owensboro, KY 42303

**Clm No 176879**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**William Popovich**
1115 East Lake Street
Griffith, IN 46319-2819

**Clm No 176880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Dee Popp**
205 Nice Road
Halifax, PA 17032

**Clm No 176881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Alice Popp**
10 Peggotty Beach Road
Scituate, MA 02066

**Clm No 176882**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Valerie Popp**
437 Chesnut Street
Township of Washington, NJ
07676-4951

**Clm No 176883**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Poppell**
531 McIntosh Drive
Darian, GA 31305

**Clm No 176884**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176886**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Elaine Blaylock**
15594 NE 150th Court
Ft. McCoy, FL 32134

**Clm No 176887**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Porter**
622 Warwick Drive
Owensboro, KY 42303

**Clm No 176888**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**James Porter**
12936 East Wheeler Road
Dover, FL 33527

**Clm No 176889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arthur Cooper**
1464 Country Road 21 North
Prattville, AL 36067

**Clm No 176891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Neil Postel**
PO BOX 1705, 1207 NE Madrone
Grant Pass, OR 97526

**Clm No 176892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Postl**
36 Plum Hollow Way
Berlin, CT 06037

**Clm No 176893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Richard Pottinger**
1063 Buckland Place
Florence, KY 41042

**Clm No 176895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Potts**
4855 St. Andrew Arc.
Leesburg, FL 34748

**Clm No 176896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Guy Potvin**
31 J.R. Lane
Buxton, ME 04093

**Clm No 176898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lyse Poulin**
12 James Street
Sandwich, MA 02563

**Clm No 176899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Debbie Pounders**
115 Pounders Lane
Russellville, AL 35654

**Clm No 176900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**David Pounds**
34 Brewer Street
Cordova, AL 35550

**Clm No 176901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Pounds**
1638 Boston Post Road
Darien, CT 06820

**Clm No 176902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Povlinski**
5835 Springfield Avenue
Portage, IN 46368

**Clm No 176903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Marise Powell**
7433 Fleming Island Drive
Fleming Island, FL 32003

**Clm No 176904**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bonnie Stopa-Hill**
161 Main Street
Limestone, ME 04750

**Clm No 176905**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudia Pozzi**
36 Loring Street
Belmont, MA 02478-4713

**Clm No 176906**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joanette Pragano**
9 Marc Drive
Wallingford, CT 06492

**Clm No 176907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Prasch**
60 Hamburg Street
Manchester, NH 03102

**Clm No 176908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Prazak**
1003 West 53 Street
Anchorage, AK 99518

**Clm No 176912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Jean M. Predella**
40 Hawthorn Road
Braintree, MA 02184

**Clm No 176913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Noel Preston**
1403 White Cedar Blvd
Portsmouth, NH 03801

**Clm No 176915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Robert Preston**
6609 43 Avenue
Kenosha, WI 53142-0000

**Clm No 176916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Presutti**
121 Livingstone Avenue
Beverly, MA 01915

**Clm No 176917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daisy Prevatt**
1218 Laggers Way SW
Decatur, AL 35603

**Clm No 176918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Price**
186 Country Road 346
Luka, MS 38852

**Clm No 176920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Price**
1292 South Burnt Fork Road
Stevensville, MT 59870

**Clm No 176921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Emma Prichard**
2208 N. Prichard Road
Peoria, IL 61615

**Clm No 176922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Replogie**
829 S. 29th Street
Lafayette, IN 47904

**Clm No 176924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

**Darrell Prims**
2930 191st Place
Lansing, IL 60438

**Clm No 176925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dan Prince**
10734 W. Quail Avenue
Sun City, AZ 85373-8739

**Clm No 176926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosemary Prindle**
423 Union Avenue
West Haven, CT 06516

**Clm No 176927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Randy Prinz**
16210 West Cherry Lynn Road
Goodyear, AZ 85395-7304

**Clm No 176928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Paul Prison**
137 North 200 East
Richmond, UT 84333

**Clm No 176929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lester Proctor**
4825 2nd Street
Panama City, FL 32404-0000

**Clm No 176931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lingle**
1257 Armour Road
Bourbonnais, IL 60914

**Clm No 176932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Proto**
37 Piscitello Drive
Branford, CT 06405

**Clm No 176933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Priscilla Pruitt**
210 Hilltop Trail
Satsuma, FL 32189

**Clm No 176934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Glenda Pruitt**
1961 Crystal Lane
St. Cloud, FL 34769

**Clm No 176935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arvel Pruitt**
392 Midway Drive
Valparaiso, IN 46383

**Clm No 176936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**Claims Details**

---

**Wanda Prusak**
14216 West Sun Valley Drive
New Berlin, WI 53151

**Clm No 176937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Marceline Pry IS DECEASED**
33908 N. Wilson Road
Ingelside, IL 60041

**Clm No 176938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Michael Przybyla**
13751 Plati Court
Estero, FL 33928

**Clm No 176939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Janice Puett**
2380 Sumack Court #B
Delray Beach, FL 33445

**Clm No 176940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Holly Royce**
301 174th Street #518
Miami Beach, FL 33160

**Clm No 176941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Edna Puleo**
1108 Avenue D Southeast
Cullman, AL 35055

**Clm No 176942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Julia Puliafico**
30 Elda Road
Framingham, MA 01701

**Clm No 176943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Shirley Punch**
482 Derby-Milford Road
Orange, CT 06477

**Clm No 176944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Danielle Johnson**
13428 Scharber Road
Dade City, FL 33525

**Clm No 176945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Andrew Puopolo**
120 Endicogg Street APT 302
Boston, MA 02113

**Clm No 176946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vera Putman**
1002 35th Street
Haleyville, AL 35565

**Clm No 176948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Joseph Pyzynski**
9730 West State Road 14
Fair Oaks, IN 47943-0000

**Clm No 176949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mario Quaranto**
23 Stono Drive
Greenville, SC 29609-3932

**Clm No 176951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Faye Quinlan**
1013 Troy Drive
Madison, WI 53704

**Clm No 176952**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jerry Quinn**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176953**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176954**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Quinn**
4-South 27 Street APT 6
Lafayette, IN 47904

**Clm No 176956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwyna De Quinones**
2603 SW 10 Street APT 185
Ocala, FL 34474-8686

**Clm No 176957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Debbie Quintana**
c/o Kathleen K. Lucero, Esq.
909 Calle Armada
Espanola, NM 87532

**Clm No 176958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Quintana**
PO BOX 3
Espanola, NM 87532

**Clm No 176959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mildred Rabion**
10003 US 301 South
Hampton, FL 32044

**Clm No 176960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Helen Rachford**
10 McLean Lane
Springfield, IL 62704

**Clm No 176961**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosa Rackston**
921 South Georgia Avenue
Rockledge, FL 32955

**Clm No 176962**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milan Radakovich**
1118 Walnut
Dearborn, MI 48124

**Clm No 176963**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Martha Radcliff**
9524 E. 71st. Street APT 131
Tulsa, OK 74133

**Clm No 176964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Radcliffe**
945 S. 5th Street APT 615
Louisville, KY 40203

**Clm No 176965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Radowiecki**
86 Morris Avenue
West Haven, CT 06516

**Clm No 176969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Arline Zako**
1237 Hillsboro Mile APT 304
Hillsboro Beach, FL 33062

**Clm No 176970**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Raffalo**
2 Neptune Drive
Old Saybrook, CT 06475

**Clm No 176971**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Rafter**
62 Doran Town Road
Covington, PA 18444

**Clm No 176972**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Roy Rainwaters**
2880 Hancock Street
Lake Station, IN 46405

**Clm No 176973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Emily Rakowski**
N77 W22249 Wooded Hills Drive
Sussex, WI 53089

**Clm No 176974**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Bernetha Ralston**
5035 Hummingbird Trail
Lovers Park, IL 61111

**Clm No 176975**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Ramazetti**
3452 Grand Forks Drive
Land O Lakers, FL 34639

**Clm No 176977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jose Ramirez**
2541 Beaumont Avenue
McAllen, TX 78501

**Clm No 176979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Buddy Ramsay**
2518 East 61st Place
Hobart, IN 46342

**Clm No 176980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
| --- | --- |
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Loretta Rancourt**
c/o Eric Gingerella
701 N. Penobscot Road
Penoscot, ME 04476

**Clm No 176983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| | |
| --- | --- |
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| | |
| --- | --- |
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jack Randles**
1438 Rachel Lane
Springfield, IL 62711

**Clm No 176985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Randolph**
2153 Edenwood Drive
Haeytown, AL 35023

**Clm No 176986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Judy Bithell**
431 South 1400 East
Fruit Heights, UT 84037

**Clm No 176988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rances Rannacher**
27 Wayland Avenue
Taunton, MA 02780

**Clm No 176990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176991**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176992**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clara Rasco**
245 Chelsea Road
PENDING CLOSURE
Columbia, AL 35051

**Clm No 176993**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Victoria Rathbun**
2719 Pearl
Peru, IL 61354

**Clm No 176994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Rauch**
10 Warren Avenue
Shelburne Falls, MA
01370-1222

**Clm No 176995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby Raulerson**
2204 43rd Street
Tampa, FL 33605-4651

**Clm No 176996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176997**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Ray**
17 Colby Road
Kingston, NH 03848-3423

**Clm No 176998**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 176999**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Ann Rayford**
1229 Dudley Lane
Bossier City, LA 71112

**Clm No 177000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Lester Raymond**
1 Mountain Road
Easthampton, MA 01027

**Clm No 177001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Hugh Raymond**
650 S. AvenueB Lot #70
Yuma, AZ 85364-2773

**Clm No 177002**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mary Reardon**
20 Eileen Lane
Enfield, CT 06082

**Clm No 177004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Kenneth Rector**
1409 Haigs Creek Drive
Elgin, SC 29045

**Clm No 177006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Rector**
19 Hammond Street
Rockville, CT 06066

**Clm No 177007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Rector**
3070 State Road 47
Crawfordsville, IN 47933

**Clm No 177008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Patricia Reed**
149 Zelinger Lane
Antioch, IL 60002

**Clm No 177009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Reed**
5815 West 122nd Street
Crown Point, IN 46307

**Clm No 177010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Cooper**
11116 Ft. Caroline Road
Jacksonville, FL 32225

**Clm No 177011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

Case 10-31607     Doc 6279-17     Filed 04/13/18     Entered 04/13/18 15:13:29     Desc  Part 18     Page 2338 of 3075

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Janet Reese**
3026 Chief Ridaught Trail
Middleburg, FL 32068

**Clm No 177012**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Gregory Reese**
541 School Street
Daytona Beach, FL 32114

**Clm No 177013**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Pamela Reese**
440 Lake Carol Drive
West Palm Beach, FL 33411

**Clm No 177014**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Reeves**
245 Peregrine Court
Jacksonville, FL 32225

**Clm No 177016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Regalado**
3517 South Austin Blvd
Cicero, IL 60804-0000

**Clm No 177019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Leonard Silva**
25 Basin Street
Prtsmouth, RI 02871

**Clm No 177021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Roy Rego**
10513 West Gulf Hills Drive
Sun City, AZ 85351-0000

**Clm No 177022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Alfred Reid**
2909 River Woods Drive
Parrish, FL 34219-8950

**Clm No 177024**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177025**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Reimel**
115 N. Eaton Street
Berwick, PA 18603

**Clm No 177026**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

2343 of 3075

---

**Robert Rellstab**
10 N. Dewberry Lane
Rochester, NH 03867-5215

**Clm No 177027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rendle**
1000 Southern Artery APT 830
Quincy, MA 02169

**Clm No 177028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Renfrew**
25 Cedar Lane
Northford, CT 06472

**Clm No 177029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Edith Renfroe**
PO BOX 551453
Jacksonville, FL 32255

**Clm No 177030**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Renfrow**
1720 Franklin Drive
Owensboro, KY 42303-0000

**Clm No 177031**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosalie Renner**
482 Rulison Terrarce
Loda, IL 60948

**Clm No 177032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Alice Repay**
55 Pierce Avenue
Bridgeport, CT 06604

**Clm No 177033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Resser**
5704 Scenery Road
Waterford, WI 53185

**Clm No 177034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Todd Retherford**
5742 River Road
Fairfield, OH 45014

**Clm No 177036**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Rettig**
2807 West 39th Place
Gary, IN 46408-0000

**Clm No 177037**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlie Reynolds**
12818 Whitcomb Street
Crown Point, IN 46307-0000

**Clm No 177038**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177039**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Rhoda**
19245 Prospect Road
Strongsville, OH 44149

**Clm No 177040**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheree Rhodes**
97 Ridge Street
Manchester, CT 06040

**Clm No 177041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Julia Ribas**
116 Harlem Avenue
Bridgeport, CT 06606

**Clm No 177042**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roland Riberdy**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177043**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandy Ribnick**
19 Bluegrass Avenue Suite 3800
Miami, FL 33131

**Clm No 177044**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Stella Rice**
59 Cornell Drive
Livingston, NJ 07039

**Clm No 177045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joan Rice**
45 Leaport Road
Mt. Sidney, VA 24467

**Clm No 177046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Abby Rich**
3301 Aruba Way; C2
Coconut Creek, FL 33066

**Clm No 177047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2350 of 3075

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177048**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Allen**
11702 O.C. Horn Road
Sanderson, FL 32087

**Clm No 177049**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Richards**
5 Amsterdam Circle
Litchfield, NH 03052

**Clm No 177050**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Wanda Richard**
1434 Kingsley Road
Havertwon, PA 19083

**Clm No 177051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Richardson**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry RIchardson**
148 Hubbard Street
Glastonbury, CT 06033

**Clm No 177053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jimmie Richardson**
3594 Notch Road
Jericho, VT 05465

**Clm No 177054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Occaletta Richardson**
6850 Park Drive
Daphne, AL 36526

**Clm No 177055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177056**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Willie Dorsey**
PO BOX 364231
North Las Vegas, NV 89036

**Clm No 177057**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Richardson**
167 Fox Glen Drive
Naples, FL 34101

**Clm No 177058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Donald Richardson**
3332 West Windsor Avenue
Phoenix, AZ 85009-1408

**Clm No 177060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobbie Richmond**
1620 Sunset Road
Pocatello, ID 83204

**Clm No 177061**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Yvonne Ricker**
74 Osprey Drive
Portsmouth, NH 03801

**Clm No 177063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Nancy Ricks**
67 Owen Street
Lafayette, IN 47905

**Clm No 177064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Robert Riddle**
102 West North F
Gas City, IN 46933

**Clm No 177065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

---

**Charley Riddles**
1305 N. 14th Street
Duncan, OK 73533

**Clm No 177066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sally Wolford**
32035 SW Chestnut Lane
Sorrento, FL 32776

**Clm No 177068**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Michael Riffle**
7068 N. Graham Road
Madison, IN 47250

**Clm No 177069**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Shirley Rigsby**
119 Rigsby Loop
Jasper, AL 35503

**Clm No 177070**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177071**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Billy Riley**
220 Holmes Drive
Paducah, KY 42003

**Clm No 177072**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Riley**
630 Old Hickory
Panama City, FL 32404-0000

**Clm No 177073**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dorothy Riley**
37 Solaris Road
High Park, MA 02136

**Clm No 177074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Rimes, John Jr. & Lessie**
PO BOX 22
Worthington Springs, FL 32697

**Clm No 177075**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177076**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177077**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mattie Ringer**
c/o Janice Ringer-Long
1502 Old Dutch Road
Little Mountain, SC 29075

**Clm No 177078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lynn Riser**
80 W. 665 S.
Tremonton, UT 84337

**Clm No 177079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Rish**
1249 Mountain View Drive
Dallas, PA 18612

**Clm No 177080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Olive Risher**
PO BOX 101
Inglis, FL 34449

**Clm No 177081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Risley**
2605 Fairview Spur
Owensboro, KY 42303

**Clm No 177082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrea Ritchie**
10 Forbes Hill Road
Quincy, MA 02170

**Clm No 177083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Epifanio Rivera**
207 Dallas Street
Gary, In 46406

**Clm No 177087**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Rivers**
4507 Trenton Drive North
Jacksonville, FL 32209

**Clm No 177088**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Rivers**
PO BOX 146
Christmas, FL 32709

**Clm No 177089**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Christine Rivord**
438 Craig Street
Marquette, MI 49855

**Clm No 177090**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Carole Robinson**
15 Autumm Brook Lane
Cape Neddick, ME 03902

**Clm No 177091**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Rizzute**
7526 West Cameron Drive
Peoria, AZ 85345-0000

**Clm No 177092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Roach**
57 Cushman Drive
Manchester, CT 06042

**Clm No 177093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alma Robbins**
7131 Highway 195
Jasper, AL 35503

**Clm No 177097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Robbins**
127 E 250 S.
Valparaiso, IN 46383

**Clm No 177098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Robert Roberson**
1551 Cliff Rose Road
Prescott, AZ 86305

**Clm No 177099**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177100**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Spencer Roberts**
1070 Spring Street
Oberlin, PA 17113

**Clm No 177101**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Pamela Roberts**
1420 Napoleon Street
Palatka, FL 32177

**Clm No 177102**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Anna Roberts**
1029 Sugarloaf Lane
Anniston, AL 36207

**Clm No 177103**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Arthur Roberts III**
10 Merton Street
Somerset, MA 02726

**Clm No 177104**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177105**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ira Roberts**
PO BOX 566
Quincy, FL 32351

**Clm No 177106**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Roberts**
c/o Mr. Allan M. Cane
325 Reef Road #212
Fairfield, CT 06824

**Clm No 177107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Charles Roberts**
3845 Rambler Avenue
Saint Cloud, Fl 34772

**Clm No 177108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Tillis Roberts**
3897 Honeycreek
Gleenwood, IN 46142

**Clm No 177109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Patrick Roberts**
657 West 100 South
Hebron, IN 46142

**Clm No 177110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2371 of 3075

---

**Bert Robertson**
3100 Lightfoot Drive
Springfield, IL 62707

**Clm No 177111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Sylvester Robey**
3763 W 20th Avenue
Gary, IN 46404

**Clm No 177114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angelina Robidas**
3 Ansonia Road
New Fairfield, CT 06812

**Clm No 177115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**George Robinson**
828 Ten Rod Road
Farmington, NH 03835

**Clm No 177117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elsie Robinson**
273 Country Road 449
Rienzi, MS 35565

**Clm No 177118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Robinson**
526 Goebel Road
Ravenna, MI 49451

**Clm No 177119**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2374 of 3075

---

**Shirley Robinson**
801 8th Avenue East
Oneonta, AL 35121

**Clm No 177120**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 6-Oct-2015 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Queen Robinson**
5670 Doeboy Street
Jacksonville, FL 32208

**Clm No 177121**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 6-Oct-2015 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 6-Oct-2015 |
|-------------------|-----------|
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ruth Robinson**
3 Stonehill Terrace
Walpole, MA 02081

**Clm No 177123**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177124**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Paul Robinson**
1821 Hartman Drive
South Bend, IN 46617

**Clm No 177125**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Linda Seay**
805 Burgess Street
Russellville, AL 35653

**Clm No 177126**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Naomi Rocchi**
13420 SW 71st Court
Ocala, FL 34473

**Clm No 177127**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Colleen Rochefort**
12 Brandywine Road
West Boylston, MA 01583

**Clm No 177128**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Foye Rockett**
113 Croatan Street
Savannah, GA 31406-0000

**Clm No 177129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jose Rodrigues**
97 Alfred Street
Ludlow, MA 01056

**Clm No 177130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edith Rodriguez**
17600 NW 55 Court
Miami, FL 33055

**Clm No 177131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ann Roeser**
PO BOX 7814
Indian Lake Estates, FL 33855

**Clm No 177136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Cundiff**
10947 Capitola Place NW
Silverade, WA 98383-8063

**Clm No 177137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Lilli Rogers**
PO BOX 58
Choccolocco, AL 36254

**Clm No 177138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teri Lynn Rogers**
26 White Street
Rockville, CT 06066

**Clm No 177139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virgil Rogers**
19 North Lessie Street
Worthington, IN 47471-1318

**Clm No 177140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177141**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Rogers**
1914 Hwy 260
Maylene, AL 35114

**Clm No 177142**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Roggia**
1125 S Main Street
Butte, MT 59701

**Clm No 177143**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Agnes Rohal**
411 4th St. Box 8
Stratton, OH 43961

**Clm No 177144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Rohan**
37 Caroline Drive
Milton, MA 02186

**Clm No 177145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Blanche Roller**
220 Cody Road N
Le Claire, IA 52743

**Clm No 177147**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Selena Rollins**
689 Roberts Road
Henegar, AL 35978

**Clm No 177148**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177149**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Theresa Roman**
17 Maransky Road
Sweet Valley, PA 18656

**Clm No 177150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ena Romano**
734 Cathrine Street
Salt Lake City, UT 84116

**Clm No 177151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177152**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177153**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Romine**
1203 Mt. Hebron Road
Blountsville, AL 35031

**Clm No 177154**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Sylvia Rooney**
7 Woodland Dell Road
Wibraham, MA 01095

**Clm No 177156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby Roper**
66 Burnham Street
Hartford, CT 06810

**Clm No 177157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Rosato**
7 Longridge Road
Danbury, CT 06810

**Clm No 177158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Robert Rosato**
150 Bradenburg Way
Fayettville, GA 30215

**Clm No 177159**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00


**Betty Rose**
80 Elizabeth Street
New Haven, CT 06511

**Clm No 177160**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00


**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177161**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Deborah Rose**
996 Harbor Pines Drive
Merrit Island, FL 32952

**Clm No 177162**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Rose**
6967 Fort King Road
Zephyrhills, FL 33541

**Clm No 177163**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Rosenbaum**
3305 Hemlock Drive
Valparaiso, IN 46383

**Clm No 177164**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $10,000.00

---

**Sheila Rosenson**
2855 West Broward Blvd APT 439
Fort Lauderdale, FL 33309

**Clm No 177166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Angela Ross**
658 River Road
Selma, AL 36703

**Clm No 177168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Opal Ross**
400 Lauderdale Street HE
Russellville, AL 35653

**Clm No 177169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Sylvester Ross**
4715 Thomas Road
Cheyenne, WY 82009

**Clm No 177170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Barton Rossworn**
2608 W. Broad Avenue
Spokane, WA 99205-5708

**Clm No 177172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Rowe Jr.**
4008 Xavier Court
Ocean Spring, MS 39564

**Clm No 177179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Melvin Rowley**
706 Long Cove Road
Gales Ferry, CT 06335

**Clm No 177183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elain Roy**
18 Windemere Road
Worcester, MA 01602

**Clm No 177184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Roy**
23 1/2 Slocum Street
Acushnet, MA 02743

**Clm No 177185**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Daryl Roy**
1363 East Clarendon Avenue
Phoenix, AZ 85014

**Clm No 177186**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177187**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177188**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

### Claims Details

**Charles Rozelle**
3207 Moran Road
Tampa, FL 33618

**Clm No 177189** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177190** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joan Ruble**
99 Soquili Trl
Maggie Valley, NC 28751

**Clm No 177191** Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Betty Rudd**
1818 Bayview Avenue
Panama City, FL 32405

**Clm No 177192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177193**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Rudd**
12206 Happyville Road
Youngstown, FL 32466

**Clm No 177194**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177195**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177196**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Susan Runey**
10345 111th Place North
Largo, FL 33773

**Clm No 177198**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177199**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willa Runnerstrom**
42 Hawthorne Lane
Streamwood, IL 60107

**Clm No 177200**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Colleen Rush**
1539 Dean Gap Road
Blairsville, GA 30512

**Clm No 177202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe Rush**
2411 Rue Road
West Palm, FL 33415

**Clm No 177203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joe Rush**
6185 W. Gunn Club Road
West Palm Beach, FL 33415

**Clm No 177204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendy Rushing**
239 Beverly Court
Melbourne Beach, FL 32951

**Clm No 177205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys Rushlow**
PO BOX 174
York, ME 03909

**Clm No 177206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Warren Ruska**
249 Winthrop Street
Quincy, MA 02169

**Clm No 177207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janet Truckly**
586 Kappler Road
Heath, OH 43056

**Clm No 177208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Russell**
100 Alden Street Unit 203
Provincetow, MA 02657

**Clm No 177209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carolyn Russell**
154 Robbins Road
Hope, ME 04847

**Clm No 177210**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Sarah M. Russell**
1600 Rockcress Drive
Jamison, PA 18929

**Clm No 177211**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Craig Russell**
139 Martesia Way
Indian Harbor Beach, FL
32937

**Clm No 177212**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Russo**
2049 Cornwall C
Boca Raton, FL 33434

**Clm No 177214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Patricia Ryan**
2015 Driving Park
Wheaton, IL 60187

**Clm No 177216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Melvin Ryan**
1715 Maryland St.
Gary, IN 46407

**Clm No 177218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Adele Rybski**
418 Homestead Ave.
Holyoke, MA 01040

**Clm No 177219**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Audrey Saale**
1280+ SE Angus Street
Vancouver, WA 98683-3813

**Clm No 177220**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Dorian Sccoccio**
15310 Aron Circle
Port Charlotte, FL 33981

**Clm No 177221**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lionel Sacon**
9851 Sandall Blvd APT 204
Boca Raton, FL 33428

**Clm No 177222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Evelyn Saczawa**
c/o Joann McNair
12816 Caliburn Court
Fihers, IN 46038

**Clm No 177223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mark Sadler**
253 Burton Drive
Bartlett, IL 60103

**Clm No 177224**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

---

*Claims Details*

**Vincent Sadosky**
11 LittlePoint Street
Essex, CT 06426

**Clm No 177225**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Leonard Sagan**
3658 South 93rd Street
Milwaukee, WI 53228

**Clm No 177227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Salemi**
51 Deep River Road
Centerbrook, CT 06409

**Clm No 177229**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Salinas**
10359 Avenue M
Chicago, IL 60617

**Clm No 177230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Lillian Salonen**
1549 W. Franklin Street
Iron River, MI 49935

**Clm No 177231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Salter**
20435 County Road 6
Castleberry, AL 36432

**Clm No 177232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willow Salter**
697 David Street
Melter, GA 30439

**Clm No 177233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--------------|-----------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Glennie Salter**
806 East Park Avenue
Enterprise, AL 36330

**Clm No 177234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Saltzman**
525 Old Leitchfield Road
Whitesville, KY 42378-0000

**Clm No 177235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carol Salvato**
70 Coley Road
Wilton, CT 06897

**Clm No 177236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Irone Salvatore**
126 Anthony Drive
Bristol, CT 06010

**Clm No 177237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dorothy Laflam**
6 Allen Coit Road
Huntington, MA 01050

**Clm No 177238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Robert Samm**
1215 Dreiser SQ
Terre Haute, IN 47802

**Clm No 177240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patsy Townsend**
PO BOX 185
Vanceboro, NC 28586

**Clm No 177241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Sammons**
845 Doss Avenue
Orlando, FL 32809-5880

**Clm No 177242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Alberta Sampson**
1 Sawmill Park APT 203
Southwick, MA 01077

**Clm No 177243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Samuel**
PO BOX 535
Fairfield, AL 35064

**Clm No 177245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Donald Sanchez**
2706 Edgecliff Drive
Farmington, NM 87402

**Clm No 177246**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francisco Sanchez**
H.C. 1, Box 4227
Yabucoa, PR 767

**Clm No 177247**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177248**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Anna Sanders**
5210 NW 110th Avenue
Coral Springs, FL 33076-2758

**Clm No 177250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John Sanders**
3426 Elm Street
East Chicago, IL 46312-0000

**Clm No 177252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Sanderson**
72 East Street North
Suffield, CT 06078

**Clm No 177254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Allison Langston**
1500 Dodson Road
Winfield, AL 35594

**Clm No 177255**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Eleanor Sandonato**
6 Mayflower Avenue
Hull, MA 02045

**Clm No 177256**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Trudy Sanford**
25 Donna Terrace
Tauton, MA 02780

**Clm No 177257**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wilbur Sanger**
70 Crestview Drive
Lebanon, PA 17042

**Clm No 177259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ofilia Santiago**
4720 NE 1st Avenue
Miami, FL 33137

**Clm No 177260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

c/o David Jagolinzer, Esq.
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

c/o David Jagolinzer, Esq.
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

Karen Sansom
13 Huntington Avenue
Norwich, CT 06360

**Clm No 177263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Delores Santopolo**
1801 Elainie Drive
Clearwater, FL 33760

**Clm No 177265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**August Santos**
91 Plympton Street
Middleboro, MA 02346

**Clm No 177266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dolores Sapp**
10648 Wake Forest Avenue
Jacksonville, FL 32218-5456

**Clm No 177267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Seigel**
7522 E. Mariposa Drive
Scottsdale, AZ 85251

**Clm No 177268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Saragossa**
620 Spencer Place
Hobart, IN 46342

**Clm No 177269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

3/16/2018 5:07:29 PM

*Claims Details*

---

**Juanita Saranko**
9550 Edison Road
Lithia, FL 33547

**Clm No 177270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Sargent**
291 North Street
Cordova, AL 35550

**Clm No 177271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Sargent**
1732 Pleasant Valley Road
Silver Creek, GA 30173

**Clm No 177272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Rita Sasiewicz**
PO BOX 82
Pomfret, CT 06258

**Clm No 177273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lonnie Saunders**
7901 Northwest 21st Court
Sunrise, FL 33322

**Clm No 177274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Terry Sausman**
9351 28th Street E #22
Yuma, AZ 85365-8655

**Clm No 177275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Loretta Savard**
22 Davis Street
Portland, ME 04102

**Clm No 177276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila Sawyer**
195 College Hill Road
Enola, PA 17025

**Clm No 177277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Saxe**
34 Royal Oaks Estate
Lafayette, IN 47909

**Clm No 177278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Sbory**
5043 SW 89th Avenue
Cooper City, FL 33328

**Clm No 177281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Mary Scaff**
130 Confederate Point Road
Palatka, FL 32177

**Clm No 177282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Scaggs**
244 N. Liberty Street
Lowell, IN 46356

**Clm No 177283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Scaife**
1041 Albert Avenue
Muskegon, MI 49442

**Clm No 177284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Andrew Scalamonti**
403 Grassy Island Avenue
Jessup, PA 18434-1087

**Clm No 177285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Diane Scarlett**
6 Cedar Trace Pass
Ocala, FL 34472

**Clm No 177286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Yvonne Scavella**
875 Avenue of the Americas
Suite 800
New York City, NY 10001

**Clm No 177287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Schaefer**
66 Rhoades Circle
Hingham, MA 02043

**Clm No 177289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Schaeffer**
11303 122 Terrace
Largo, FL 33778

**Clm No 177290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Obie Schaeffer**
7100 Ulmerton Road, Lot 296
Largo, FL 33771

**Clm No 177291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ben Schafer**
1007 Querida Drive
Colorado Springs, CO 80909-4114

**Clm No 177292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Priscilla Schanda**
211 Grant Road
New Market, NH 03857-2145

**Clm No 177293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Larry Pfeiffer**
850 Lewis Street
Columbus, WI 53925

**Clm No 177294**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nancy Schauer**
5429 145th Avenue NW
Ramsey, MN 55303

**Clm No 177295**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Scheideler**
195 Ruby Centerpoint Road
Centerpoint, LA 71323

**Clm No 177296**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Arvel Schenks**
26606 Sedona Drive
Sun Lakes, AZ 85248

**Clm No 177297**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Phyllis Scheper**
110 Highland Avenue
Hartford, WI 53027

**Clm No 177298**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Maria Scher**
20 Edgewood Avenue
West Boyleston, MA 01583

**Clm No 177299**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Carolyn Gayle**
857 Schaub Avenue
Mobile, AL 36609

**Clm No 177300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Schillaci**
11200 South Helena Drive
Palos Hills, IL 60465-0000

**Clm No 177301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Schiller**
7112 Cranlyn Drive
Inglewood, OH 45322

**Clm No 177302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lucy Schlageter**
1900 Waterview Place
Hollywood, FL 33020

**Clm No 177303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Schleicher**
117 Deep Creek Road
Livingston, MT 59047

**Clm No 177304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roseanne Schlossberg**
8317 Patreota Drive
Benbrook, TX 76126

**Clm No 177305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William Schmalz**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deborah Parrott**
11024 North Tall Oak Lane
Peoria, IL 61612

**Clm No 177307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Loretta Schmidt**
1106 Jefferson Street
Mendota, IL 61342

**Clm No 177308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**LaCinda Miller**
1985 Dalmation Drive
Idaho Falls, ID 83402-2467

**Clm No 177309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harriett Schmitt**
8616 W. Schmitt Lane
Edwards, IL 61528

**Clm No 177310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Schmitt**
1127 Green Valley Drive
Waukesha, WI 53189

**Clm No 177311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177312**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177313**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Schnidt**
35 Monticello Drive N.E.
Albuquerque, NM 87123-0000

**Clm No 177314**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jacob Schock**
PO BOX 7318
Great Falls, MT 59406-7318

**Clm No 177315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dale Schremmer**
226 River Road
Shelton, CT 06484

**Clm No 177317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John Schroeder**
540 South Harding Street
Warsaw, IN 46580-0000

**Clm No 177318**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177319**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Schuh**
E 10365 Lombard Road
Wetby, WI 54410

**Clm No 177320**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Rocio Schulte**
19563 Colorado Cirlce
Boca Raton, FL 33434

**Clm No 177321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Schultz**
7410 Highway HH
Arpin, WI 54410

**Clm No 177322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Schultz**
803 Roberts Street
Wakefield, MI 49968

**Clm No 177323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Shirley Schultz**
301 N. Harris Street
Deland, FL 32724-4608

**Clm No 177324**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mary Schultz (incompasitated)**
1920 Victory Street APT 11
Lacrosse, WI 54601

**Clm No 177325**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177326**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Daria Schuster**
1408 West Locust Street
Scranton, PA 18504

**Clm No 177327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Schutz**
32 Valley View Drive
Pringle, PA 18704

**Clm No 177328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Romeo Schutze**
912 Town Street
Prentice, WI 54556

**Clm No 177329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Estelle Schwartz**
6080 Bay Isles Drive
Boynton Beach, FL 33437

**Clm No 177331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Schwartz**
852 Kenmare Parkway
Crown Point, IN 46307

**Clm No 177332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Louis Sciglimpaglia**
100 Richards Avenue
Norwalk, CT 06854

**Clm No 177333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Glynda Scott**
183 Second Avenue SE
Graysville, AL 35073

**Clm No 177336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Edward Scott**
4870 Three Lake Waterford Way
Melbourne, FL 32901

**Clm No 177337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Marcus Scott**
PO BOX 84
Daleville, IN 47334

**Clm No 177338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Paul Leath**
3512 Cone Court
Tampa, FL 33605-4651

**Clm No 177339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jon Scott**
8678 East Portland Street
Scottsdale, AZ 85257

**Clm No 177341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Richard Scott**
PO BOX 1190
Concho, AZ 85936

**Clm No 177342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janie Goldberg**
3110 Priddy Court
Barboursville, VA 22923

**Clm No 177343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Mary Seaberg**
3 Pillsbury Lane
Georgetown, MA 01833

**Clm No 177345**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177346**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Hazel Sears**
7650 Harmony Lane
Denham Springs, LA 70726

**Clm No 177347**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Nora Seay**
2628 W. 10th Avenue
Gary, IN 46404

**Clm No 177348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Seber**
2918 West 73rd Place
Merrillville, IN 46410-0000

**Clm No 177349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Secchi**
87 Grumman Avenue
Norwalk, CT 06851

**Clm No 177350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177351**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $10,000.00

---

**Gloria Secrest**
375 Church Road
Orrtanna, PA 17353

**Clm No 177352**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Thomas Sedivy**
11077 W Forest Home Ave.
APT 1065 Hales Corners, WI
53130

**Clm No 177353**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

**John Seebecker**
4985 Highway 95, Lot #176
Parker, AZ 85344

**Clm No 177354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Seemann**
926 A Pacific Street
New Milford, NJ 07646

**Clm No 177355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**William Segrue**
1229 Chevy Chase Drive
Sun City Center, FL 33573

**Clm No 177357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Dennis Seifert**
6420 East Tropicana Ave. APT 204
Las Vegas, NV 89122-0000

**Clm No 177359**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rose Marie Selensky**
1524 Shoemaker Avenue
West Wyoming, PA 18644

**Clm No 177360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Victoria Collins**
1290 Belmont Street
Dubuque, IA 52001-4303

**Clm No 177362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177363**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Sepich**
PO BOX 675
Harrison, ME 04040

**Clm No 177364**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hiram Seppi**
3826 Adonis Drive
Salt Lake City, UT 84124

**Clm No 177365**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Jose Serna**
3715 Parrish Avenue
East Chicago, IL 46312-0000

**Clm No 177366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Migdalia Gonzalez**
Calle Heda 2T #24
Lomas Verde Bayamon, PR
zip 00956

**Clm No 177368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Jacqueline Sewing**
346 Kennedy Street
Iselin, NJ 08830

**Clm No 177369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177371**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Judith Shaffer**
920 N. Bitterroot Road
Marion, MT 59925

**Clm No 177372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Shafier**
621 South Lakeview Drive
Lowell, IN 46356-1335

**Clm No 177373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**George Shaia**
47 Sheeran Road
Bristol, CT 06010

**Clm No 177374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177375**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joanne Shamas**
46 Stephanie Circle
Trumbull, CT 06611

**Clm No 177376**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mahalia Shamburger**
4907 Cold Springs Drive
Lilburn, GA 30047

**Clm No 177377**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dorthy Madden (sister)**
502 E. Sixth Street
S. Boston, MA 02127

**Clm No 177378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Linda Sharp**
30780 Lower Rome Road
Springfield, LA 70462

**Clm No 177381**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177382**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Sharp**
335 Southeast 34th Avenue
Boynton Beach, FL 33435

**Clm No 177383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jean Shaw**
8675 North Tempest Drive
Citrus Springs, FL 34433

**Clm No 177384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Jean Shaw**
223 Stoney Brook Road
Orangeville, PA 17859

**Clm No 177385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Shaw**
116 Blackhawk Drive
Daleville, AL 36322

**Clm No 177386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Donald Shaw**
1824 West Orchid Lane
Phoenix, AZ 85021

**Clm No 177387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myles Shea**
99 Lodge Street
Manchester, NH 03104

**Clm No 177388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Shedd**
2299 Leonards Chapel Road
Carbon Hill, AL 35549

**Clm No 177389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Thomas Sheehan**
1626 Hobson Avenue
Butte, MT 59701

**Clm No 177390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Sheffield**
PO BOX 121
Trafford, AL 35172

**Clm No 177391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Sheffield**
93 Grandview Drive
Newington, CT 06111

**Clm No 177392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Larry Sheffield**
9820 Harmony Ridge Drive
Semmes, AL 36575

**Clm No 177393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 3313

**Clm No 177394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lynn Montero**
1581 Brickell Avenue APT 906
Miami, FL 22120

**Clm No 177395**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles Sheldon**
3039 West 23rd Street
Erie, PA 16506

**Clm No 177396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ida Shepard**
510 Sea Hawk Court
Edgewater, FL 32141

**Clm No 177397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virgina M. Shepard**
2 Wilson Road
West Yarrmouth, MA 02673

**Clm No 177398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Martha Shepherd**
2672 East Emory Drive APT B
West Palm Beach, FL 33415

**Clm No 177399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mary Sheridan**
718 Oxford Street
Auburn, MA 01501

**Clm No 177400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robert Sherman**
5 Oak Street
Plainfield, CT 06374

**Clm No 177401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Harry Sherman**
2014 Central Street
Lafayette, IN 47905

**Clm No 177402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beverly Englert**
455 S. 19th Street
Sebring, OH 44672-1824

**Clm No 177403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Shingary**
7331 Julia Drive
North Royalton, OH 44133

**Clm No 177404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Judith Shingleton**
6959 Hillridge Avenue N.E.
Canton, OH 44672-1824

**Clm No 177405**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bonnie David**
7141 Juliette Low Lane
Hugesville, MD 20637

**Clm No 177406**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Don Shipley**
4341 Country Club Blvd
Cape Coral, FL 33904

**Clm No 177407**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Vivian Shirley**
26 Brock Avenue
Sanford, ME 04073

**Clm No 177408**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Freda Shoemaker**
RR #1
Marseilles, IL 61341

**Clm No 177409**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Sholtis**
2308 Haybarger Avenue
Erie, PA 16502

**Clm No 177410**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joy Shook**
96657 Chester Road
Yulee, FL 32097

**Clm No 177411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Marcia Short**
14601 Sunset Lane
Southwest Ranches, FL 33330

**Clm No 177412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Gail Short**
137 Bedford Drive
Port Charlotte, FL 33952

**Clm No 177413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Fae Shurtz**
432 Ermine Street SE
Albany, OR 97321

**Clm No 177414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryl Wytenus**
95 June Street
Northbridge, MA 01534

**Clm No 177416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dorthy Seigel**
29 Gunwale Way
Yarmouth Port, MA 02675

**Clm No 177417**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Toby Seigel**
102 Venetian Lane
Royal Palm Beach, FL 33411

**Clm No 177418**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beatrice Siegel**
11657 Dove Hollow Avenue
Boynton Beach, FL 33437

**Clm No 177419**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Andrew Sikorowicz**
8 Waterslide Lane
Clinton, CT 06413

**Clm No 177420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hugh Siler**
376 W Flaming Gorge Way
Green River, WY 82935

**Clm No 177421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177422**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177423**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myrajean Cutts**
501 Haley Road
Kittery Point, ME 03905-5621

**Clm No 177424**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177425**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Susan Silva**
716 East Street South
Suffield, CT 06078

**Clm No 177426**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tammy Silvia**
4 Candlewood Drive
Norwich, CT 06370

**Clm No 177428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Dennis Silvia**
391 Lindsey Street
Fall River, MA 02720

**Clm No 177429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Silvis**
PO BOX 104
Augusta, MT 59410

**Clm No 177430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RIchard Simko**
6157 Brie Street
Portage, IN 46368

**Clm No 177431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Beva Simle**
902 N High Point Road APT 254
Madison, WI 53717

**Clm No 177432**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Ellsworth Simmonds**
192 Peck Street
New Haven, CT 06513

**Clm No 177433**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Mary Coleman**
68 5th Place N.E.
Graysville, AL 35073

**Clm No 177434**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Dorothea Simmons**
PO BOX 836
Century, FL 32535

**Clm No 177435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Simmons**
PO BOX 297
Docena, AL 35060

**Clm No 177436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Harry Simmons**
5921 Arthur Street
Merrillville, IN 46410-0000

**Clm No 177437**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Allen Simmons**
7243 Beechland Avenue
Louisville, KY 40258

**Clm No 177438**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Simmons**
3070 South East Limetree Terrace
Stuart, FL 34997

**Clm No 177439**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Esther Simmons**
545 Third Avenue
Datonya Beach, FL 32114

**Clm No 177440**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Martha Simms**
477 Cooper's Cove Road
St. Augustine, FL 32095

**Clm No 177441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Simms**
2484 Harbour Drive
Punta Gorda, FL 33983

**Clm No 177442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Simoneau**
11 Rocky Point Road
Hewitt, NJ 07421

**Clm No 177443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Jimmy Simpson**
8142 Bristol Bay Avenue
Lakeland, FL 33810

**Clm No 177444**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177445**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Simpson**
2456 Linbergh Drive
Louisville, KY 40208-1051

**Clm No 177446**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Guy Sims**
1807 East Powhattan Avenue
Tampa, FL 33610

**Clm No 177447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Sims**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moses Sims**
1511 Kentucky Street
Gary, IN 46407-0000

**Clm No 177449**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177450**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Sinclair**
23655 S Cottonwood Court
Minooka, IL 60447

**Clm No 177451**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Sinclair**
274 Jobin Drive
Manchester, NH 03103-3951

**Clm No 177452**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177453**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marlena Singer**
4216 Concord Street
Harrisburg, PA 17109

**Clm No 177454**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Singletary**
4401 S.W. 13th  Avenue
Okeechobee, FL 34974-7612

**Clm No 177455**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Madelyn Thomas**
218 ST. Matthews Lane
Spartanburg, SC 29301

**Clm No 177456**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL, 33131

**Clm No 177457**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gail Sinibaldi**
23 Jewel Street
Gorham, NH 03581

**Clm No 177458**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Gerald Sippel**
W 3026 County Road P.P.
Sheboygan Falls, WI 53086

**Clm No 177459**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Siress**
358 Serenity Shores
Benton, KY 42025

**Clm No 177460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Sirmons**
PO BOX 157
Webb, AL 36376

**Clm No 177461**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Norma Sisk**
500 W. Daisy Place
Coal City, IL 60416

**Clm No 177462**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Siverling**
1343 116th Street
Chippewa Falls, WI 54729

**Clm No 177463**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Sizemore**
4001 Griffin Road Lot 22
Ft. Lauderdale, FL 33314

**Clm No 177464**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Roy Sizemore**
4749 Hickory Avenue
Hammond, IN 46327

**Clm No 177465**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Donald Skaar**
1680 Alpha Drive
Neenah, WI 54956

**Clm No 177466**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Helene Skelac**
2908 Center Avenue
Fort Lauderdale, FL 33308

**Clm No 177467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Charlotte Skidmore**
560 Southpoint Drive
Lexington, KY 40515-5120

**Clm No 177468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Skogstad**
133 East Harvard Avenue
Anchorage, AK 99501-1140

**Clm No 177470**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Kathleen Skok**
28 Easy Street
Milford, CT 06460

**Clm No 177471**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodore Skora**
1801 Valencia Drive APT 41
Crown Point, IN 46307

**Clm No 177472**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nicholas Skyllas**
c/o Michelle Skyllas
3503 West 76 Lane
Merrilville, IN 46410

**Clm No 177473**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Lisa Reynolds**
6134 Pieper Road
Girard, PA 16417-9428

**Clm No 177474**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Slater**
55 Cram Hill Road
Lyndeborough, NH 03082

**Clm No 177475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Elsie Slater**
300 Canby Circle
Spring Hill, FL 34606

**Clm No 177476**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Gordon Slater**
34 Slater Road
Roundup, MT 59072

**Clm No 177477**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Slattery**
54 Old Gilbertville Road
Ware, MA 01082

**Clm No 177478**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Slavey**
433 Nantucket Road
Valparaiso, IN 46383

**Clm No 177479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Edwin Slawson**
3600 Ocean Beach Blvd
Cocoa Beach, FL 32931

**Clm No 177480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JaneSlaymaker**
833 South High Street
Deland, FL 32720

**Clm No 177481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Sledge**
11600 Frances Elaine Circle
Ankorage, AK 99515

**Clm No 177482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Barbara Sliva**
96 Ridgeview Avenue
Trumbull, CT 06611

**Clm No 177483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Sliwa**
46 Meadowbrook Lane
Torrington, CT 06790

**Clm No 177484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Sloan**
1721 Reeds Ferry Road
Quinton, AL 35130

**Clm No 177485**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

| | | | |
|---|---|---|---|
| **c/o David Jagolinzer, Esq.** | **Clm No 177486** | Filed In Cases: 607 | |
| 600 Brickell Avenue Suite 3800 | Class | Claim Detail Amount | Final Allowed Amount |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Howard Sloan** | **Clm No 177487** | Filed In Cases: 607 | |
| PO BOX 246 | Class | Claim Detail Amount | Final Allowed Amount |
| Woodinville, WA 98072 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Kathy Slubowski** | **Clm No 177488** | Filed In Cases: 607 | |
| 52 David Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Guilfort, CT 06437 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Douglas Slusser**
615 Ranger Road
Nekoosa, WI 54457

**Clm No 177489**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edgar Sly**
Box 77
Union Mills, IN 43682

**Clm No 177490**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Slyne**
263 Skinner Road
Vernon, CT 06066

**Clm No 177491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177492**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marry Smidt**
20052 Crystal Lake Way
Frankfort, IL 60423

**Clm No 177493**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177494**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Irene DeStefano**
202 SW Oakridge Drive
Port Saint Lucie, FL 34984

**Clm No 177495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Edward Smith**
One Aline Street
Dracut, MA 01826

**Clm No 177497**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ruby Smith**
43227 Ratliff Road
Callahan, FL 32011

**Clm No 177498**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernadine**
1 Ileberry Path
Palm Coast, FL 32164

**Clm No 177499**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Johanna Smith**
1107 31st Street APT 343
Peru, IL 61354

**Clm No 177500**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Kim Smith**
22 Love Lane
Kittery, ME 03904

**Clm No 177501**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carole Smith**
27 Fairway Drive
W. Newton, MA 02465

**Clm No 177502**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177504**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177505**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Smith**
755 Farmdale Drive
Tuscaloosa, AL 35405

**Clm No 177506**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177507**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mechelle Smith**
488 Meadow Branch Road
Reidsville, NC 27320-9534

**Clm No 177508**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cartherine H. Smith**
PO BOX 114
Trenton, KY 42286

**Clm No 177509**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177510**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy A. Smith**
841 Gardiner Road
Wales, ME 04280

**Clm No 177511**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Smith**
12028 NE 209th Ave.
Lake Butler, FL 32054

**Clm No 177512**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joe Smith**
501 Elm Street
Twin City, GA 30471

**Clm No 177513**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Smith**
1706 Art Museum Drive
Building A-5
Jacksonville, FL 32207

**Clm No 177514**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janie Legg**
4639 Brook Forest Drive
Panama City, FL 32404

**Clm No 177515**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

2506 of 3075

---

**Anna Smith**
Hancock House #510
45 School Street
Quincy, MA 02169

**Clm No 177516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Marlene Smith**
268 Cape Sable Drive
Naples, FL 34101

**Clm No 177517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177518**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177519**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177520**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Leonard Smith**
1811 Juniper Street
Payson, AZ 85541-4529

**Clm No 177522**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Smith**
522 Lomond Lane
Billings, MT 59101

**Clm No 177523**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Smith**
395 South Howard Street
Gary, IN 46403

**Clm No 177524**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Billy Smith**
5914 Friendship Road
Catlettsburg, KY 41129

**Clm No 177525**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Smith**
25 Magic Way
Carmel, ME 04419-3825

**Clm No 177526**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177527**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177528**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177529**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177530**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joy Smith**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vaughn Smith**
1469 Cottage Avenue
Pocatello, ID 83201

**Clm No 177533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Edward Smith**
319 East El Camino Drive
Phoenix, AZ 85020

**Clm No 177534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Givens**
15442 Drexell Avenue
Dolton, IL 60419

**Clm No 177535**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Smith**
4087 Reed Street
Palatka, FL 32177

**Clm No 177536**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Annie Smith**
PO BOX 88
Leighton, AL 35646

**Clm No 177537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Smith**
35830 Thrill Hill Road
Eustis, FL 32736

**Clm No 177538**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Smith**
5694 Owens Road
Patterson, GA 31557

**Clm No 177539**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Patricia Smith**
46 Pace Street
Larksville, PA 18704

**Clm No 177540**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Catherine H. Smith**
51 Marlborough Street
Springfield, MA 01109

**Clm No 177541**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Patricia Smith**
9775 Leahy Road
Jacksonville, FL 32246

**Clm No 177542**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ann Tabb**
714 Jillian Place
Bay Minette, AL 36507-3316

**Clm No 177543**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Annette Smith**
1537 Mill Dam Road APT 213
Virginia Beach, Va 23454-1348

**Clm No 177544**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177545**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177546**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Smith**
1119 North 8 Street
Layafett, IN 47904

**Clm No 177547**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177548**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Teena Hamilton**
207 Beach Drive
Florahome, FL 32140

**Clm No 177549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claire Smothers**
PO BOX 211, 16 Wilson Road
Kittery, ME 03904

**Clm No 177550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2518 of 3075

---

**Earl Snedegar**
485 McCullough Lane
Winchester, KY 40391

**Clm No 177552**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177553**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177554**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Snook**
3921 188th Street NW
Stanwood, WA 98292

**Clm No 177556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John Snowwhite**
37w199 Olwn Ave.
Elgin, IL 60124

**Clm No 177558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Snyder**
131 Mandrake Street
Middleburg, FL 32068

**Clm No 177559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terry Snyder**
2675 State Route 225
Herndon, PA 17830

**Clm No 177560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Terry Snyder**
916 Strawberry Lane APT 106
Clayton, NY 13624

**Clm No 177561**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177562**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Snyder**
1955 Badger
North Pole, AK 99705

**Clm No 177563**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ronald Synder**
722 S Washington
Hobart, IN 46342

**Clm No 177564**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Ivey**
178 Faith Lane
Calvert City, KY 42029

**Clm No 177565**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Nyola Klimek**
1905 Vigo Street
Lake Station, IN 46405

**Clm No 177566**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Walter Sokoloski**
3339 W. Prospect Road
Fort Collins, CO 80526-6933

**Clm No 177567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gerald Vasko**
14660 Belshaw Road
Lowell, IN 46356

**Clm No 177568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Shirley Sokolowski**
44 Old Plains Road
Willimantic, CT 06226

**Clm No 177569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177570**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Carl Solano**
5 Barrister Court
Haverford, PA 19041

**Clm No 177571**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Christopher Solari**
PO BOX 462
Moody, ME 04054

**Clm No 177572**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Dietlinde Sole**
22 Paul Lane
Palm Coast, FL 32164

**Clm No 177573**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guadalupe Soliz**
17285 W. Morning Glory Street
Goodyear, AZ 85338-6032

**Clm No 177574**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Solleder**
805 Kearney Place
Paramus, NJ 07656

**Clm No 177575**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------|------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Mary Soller**
96072 Staghorn Lane
Fernandina Beach, FL 32034

**Clm No 177576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Songer**
PO BOX 827
East Helena, MT 59635

**Clm No 177577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Soracin**
58 Housatonic Drive
Sandy Hook, CT 06482

**Clm No 177578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Andrea Sorenson**
45 Running Hill Road
Scarborough, ME 04074

**Clm No 177579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Sorton**
One Elizabeth Street
Matamoras, PA 18336

**Clm No 177580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Jeannette Souders**
4S380 Harter Road
Sugar Grove, IL 60554

**Clm No 177582**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Xanthi Soulious**
14 Greystone Terrace
Hooksett, NH 03106

**Clm No 177583**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Raymond Sousa**
604 Merrow Road
Coventry, CT 06238

**Clm No 177584**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

**Billy South**
PO BOX 1529
Noxon, MT 59853-1529

**Clm No 177585**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177586**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177587**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kathleen Souza**
c/o Rita Jensen
237 Jaurez Way
Lady Lake, FL 32159

**Clm No 177588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Souza**
916 NW 79th Terrace
Plantation, FL 33324

**Clm No 177589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Sowards**
c/o Margaret Royce Galvin
5253 Hohman Avenue
Hammond, IN 46320

**Clm No 177590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Vonnie Sowell**
19620 Vaughn Road
Seminole, AL 36574

**Clm No 177591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Spangler**
2124 East 41st Street
Erie, PA 16510-36574

**Clm No 177592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Spann**
2686 West 63rd Ave.
Merrillville, IN 46410-0000

**Clm No 177593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Theresa Sparks**
45 Forsythia Lane
Westport, MA 02790

**Clm No 177594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Sparks**
1191 Fulton Road
Wynchester, KY 40391

**Clm No 177595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Helen Speake**
10343 106 Avenue
Largo, FL 33773

**Clm No 177596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Spearman**
1040 Hidden Forest Drive
Montevallo, AL 35115

**Clm No 177598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Speller**
6 Breckenridge Court
Enterprise, AL 36330-1205

**Clm No 177599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177600**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177601**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dora Spencer**
6 Manor Road
East Haven, CT 06512

**Clm No 177602**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Raphaele Spencer**
6555 Cold Stream Drive
Cumming, GA 30040

**Clm No 177603**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kimberly Heffner**
403 Martin Drive
Lakeland, FL 33809

**Clm No 177604**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Daniel Spencer**
2028 58th Way North
Clearwater, FL 33760

**Clm No 177605**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

2536 of 3075

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177606**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Spiezio**
406 W. Sturgeon Street
Iron River, MI 49935

**Clm No 177607**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dominic Spinelli**
139 Uconn Drive
Burlington, CT 06013

**Clm No 177608**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Priscilla Spinney**
55 Beech Road
Eliot, ME 03903

**Clm No 177609**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177610**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terri Spoons**
1704 East Poinsettia
Tampa, FL 33612

**Clm No 177611**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Kathleen Spring**
40 Richfield Street
Quincy, MA 02171

**Clm No 177612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Patricia Spring**
153 Norfolk Street
Wollaston, MA 02170

**Clm No 177613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Charles Spurgeon**
911 Thompson Street
Rensselaer, IN 47978

**Clm No 177614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Robert Spurlock**
605 Dauphin Street
Harrisbug, PA 17102

**Clm No 177615**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177616**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00 | |
|       | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret St. Germain**
525 Swanson Crescent
Milford, CT 06460

**Clm No 177617**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ronald Stack**
69 Wilcox Avenue
East Berlin, CT 06023

**Clm No 177618**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelia Stack**
375 Allyn St., Unit 33
Mystic, CT 06255

**Clm No 177619**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Catherine Staedter**
304 West Lakeview Drive
Mukwonago, WI 53149

**Clm No 177620**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kathryn Stafford**
9949 Allene Road
Jacksonville, FL 32219

**Clm No 177621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Stalker**
N 9443 County Road
Boyceville, WI 54725

**Clm No 177622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Stallworth**
1006 East Hatton Street
Pensacola, FL 32503

**Clm No 177623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Myron Stam**
9683 South 1600 West
South Jordan, UT 84095-2390

**Clm No 177624**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Carl Stamm**
6575 Lasley Shore Drive
Winnecone, WI 54986

**Clm No 177625**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Wanda Stamp**
647 East Chicago Street
Bronson, MI 49028

**Clm No 177626**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Terea Sparkers**
401 Park Avenue
Irvine, KY 40336

**Clm No 177627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathryn King**
4544 Cumberland Road
Fayetterville, NC 28304

**Clm No 177628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary Standifer**
2391 Waite Street
Gary, IN 46404

**Clm No 177629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mary Standridge**
427 N. Milton Avenue
Springfield, IL 62702

**Clm No 177630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lisa Stanford**
5603 Auld Lane
Holiday, FL 34690

**Clm No 177631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Laurette Staples**
12 Evanthin Drive
Biddeford, ME 04005

**Clm No 177632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Stapleton**
4411 Dearborn Avenue
Hammond, IN 46327

**Clm No 177633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Barabara Starnes**
290 Sitton Road
Hayden, AL 35079

**Clm No 177634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Kimberly Stead**
302 Washington Street Box 440
San Diego, CA 92103

**Clm No 177636**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lorren Stearman**
532 Aloha Way
Sun Valley, NV 89433-7511

**Clm No 177637**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177638**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177639**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Steere**
PO BOX 7285
Gonic, NH 03839

**Clm No 177640**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Borden Steeves**
918 Reed Canal Road, Lot #347
South Daytona, FL 32119

**Clm No 177641**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Walter Stefaniak**
60925 Crumstown Highway
North Liberty, IN 46554

**Clm No 177642**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Steger**
211 Emmons Street
Caledonia, MI 49316

**Clm No 177643**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marcia Stein**
8873 W Layton Avenue
Greenfield, WI 53228

**Clm No 177644**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Stelter**
635 South K, Lot 73
Sparta, WI 54656

**Clm No 177647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Evelyn Stemberger**
8610 Strawbridge Circle
Macedonia, OH 44056

**Clm No 177648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Lowrey**
c/o Keyna Lowrey Klabzuba, Esquire
2135 Pine Tree Lane
Gray Summit, MO 63039

**Clm No 177649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarlotte Stephens**
92 Country Club Drive West
Destin, FL 32541

**Clm No 177650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Varser Stephens**
2717 Doyle Circle
Lakeland, FL 33801

**Clm No 177651**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillian Stephens**
246 Olive Drive
Vares, FL 32778

**Clm No 177652**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Stephenson**
176 Country Road 497
Cullman, AL 35055

**Clm No 177653**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**David Stepp**
49 Medalist Way
Xenia, OH 45385

**Clm No 177654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Dale Sterling**
PO BOX 1182
Valparaiso, IN 45385

**Clm No 177655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Lillian Stern**
c/o Lynnell Stern 68 Webb St.
Lexington, MA 02420

**Clm No 177656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Genevieve Stevens**
341 Laurel Street
East Haven, CT 06512

**Clm No 177657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marjorie Stevens**
c/o Paul Cox, Esq.
225 Washington Street, POB 608
Dover, NH 03821-0608

**Clm No 177658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Daniel Stevens**
5105 Darius Court
Fort Wayne, IN 46806

**Clm No 177659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Janice Stevens**
383 South McMullen Booth Road
APT 65 Clearwater, FL 33759

**Clm No 177660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177662**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Leroy Stevens**
H.C. 75 Box 575
Sandy Hook, KY 41171

**Clm No 177663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Stewart**
3602 South Greeley Highway
Cheyenne, WY 82007

**Clm No 177664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jacob Stickelmeyer**
107 Bank Street PO BOX 1227
Wallace, ID 83873-0000

**Clm No 177665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Wallace Stickelmeyer**
1503 North Feits
Spokane, WA 99206-0000

**Clm No 177666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barabara Stidsen**
148 Grove Street
Paxton, MA 01612

**Clm No 177667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Stiffler**
15193 West Taylor Street
Goodyear, AZ 85338

**Clm No 177668**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lawrence Stifle**
662 West 700 North
Hobart, IN 46342

**Clm No 177669**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Thomas Stiles**
c/o Lynn Stiles
Beach Haven Way
Waretown, NJ 08758

**Clm No 177670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Nancy Stiles**
c/o Walter G. Stiles
59 Cliff Street
Tiverton, RI 02878

**Clm No 177671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Lendon Stilley**
1808 8th Street Southeast
De Motte, IN 46310

**Clm No 177672**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Stillwell**
3870 Acworth Due West Road
Acworth GA 30101

**Clm No 177673**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Stinnett**
2174 Vigo Street
Lake Stineet, IN 46405

**Clm No 177674**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Stojakovich**
27 Indial Trail
Merrillville, IN 46410-0000

**Clm No 177676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mildred Stolz**
17950 South Virginia Street
Reno, NV 89521

**Clm No 177677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rose Stone**
2070 Foster Lane
Mobile, AL 36605

**Clm No 177680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Betty Jean**
267 Raymond Road
Pooler, GA 31322

**Clm No 177681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-----------|
| Date Filed      | 6-Oct-2015 |
| Bar Date        |           |
| Claim Face Value | $1.00    |

---

**Robert Stonebraker**
822 Lower Halls Mill Road
Shelbyville, TN 37160-6946

**Clm No 177682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-----------|
| Date Filed      | 6-Oct-2015 |
| Bar Date        |           |
| Claim Face Value | $1.00    |

---

**Elizabeth Stordahl**
13504 Fanshowe Road
Jacksonville, FL 32246

**Clm No 177683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-----------|
| Date Filed      | 6-Oct-2015 |
| Bar Date        |           |
| Claim Face Value | $1.00    |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Francis Stotler**
52744 E. U.S. Highway 60 SP95
Miami, AZ 85539

**Clm No 177684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Bill Stott**
5079 West Kingbird Street
Tucson, AZ 85742

**Clm No 177685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Charles Stout**
2005 Dawn Heights Drive
Lakeland, FL 33801-9366

**Clm No 177686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177687**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|-----------:|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177688**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|-----------:|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Brenda Stowe**
587 Canaan Road
Fayette, AL 35555

**Clm No 177689**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|-----------:|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Jacob Stoyakovich**
9005 Bryan Street
Crown Point, IN 46307

**Clm No 177690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Stram**
217 Glenwood Avenue
Stratford, CT 06614

**Clm No 177692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dwaine Strand**
10508 W. Shadow Rock Street
Boise, ID 83714-9572

**Clm No 177693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dora Strickland**
200 Country Road 220
Corinth, MS 38834

**Clm No 177696**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177697**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Striffler**
6152 Isla Street
West Melbourne, FL 32904

**Clm No 177698**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177699**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Strobel**
5925 Kentucky Highway 144
Owensboro, KY 42303

**Clm No 177700**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fabian Strong**
W194S7810 Overlook Bay Road
Unit 9G, Muskego, WI 53150

**Clm No 177701**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Willie Strong**
16354 Ella Blvd APT 4102
Houston, TX 77090

**Clm No 177702**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Strother**
615 Slopes Drive
Odenville, AL 35120

**Clm No 177703**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177704**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Veronica Stroy**
6712 Gaspar Circle East
Jacksonville, FL 32209

**Clm No 177706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Struble**
5703 Fieldstone TRL
McHenry, IL 60050

**Clm No 177707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Jean Stuber**
373 New York Blvd
Effort, PA 18330

**Clm No 177709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Jimmy Stuckman**
2851 Fir Road
Bremen, IN 46506-0000

**Clm No 177710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177711**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Nancy Sturgill**
10941 N.W. 17th Court
Pembroke Pines, FL 33026

**Clm No 177712**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177713**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Charlie Suazo**
2618 South Decaur Street
Denver, CO 80219

**Clm No 177714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Suggs**
22314 N.W. 22nd Avenue
Newberry, FL 32669-3500

**Clm No 177716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177717**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Gail Dodge**
119 York Street
York, ME 03909

**Clm No 177718**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Muriel Sulivan**
24 Parkwood Drive
Halifax, MA 02338

**Clm No 177719**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Donna Sullivan**
135 Granville Road
Southwick, MA 01077

**Clm No 177720**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janice M. Sullivan**
84 Sibley Avenue Suite 3800
Miami, FL 33131

**Clm No 177721**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177722**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Louise Sullivan**
218 Crossword Road
Branford, CT 06405

**Clm No 177723**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177724**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lou Sullivan**
907 36 Avenue
Tuscaloosa, AL 35401

**Clm No 177725**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Joan Sullivan**
101 Cedar Road
Charlestown, RI 02813

**Clm No 177726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Sullivan**
6533 South Point Drive
Boynton Beach, FL 33472

**Clm No 177727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Raymond Sullivan**
2243 Chukar Lane
Clarkston, WA 99403

**Clm No 177729**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177730**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rita Summers**
146 Stamford Drive
Pittsboro, IN 46167

**Clm No 177731**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2578 of 3075

---

**Merrill Summers**
PO BOX 374 Rathdrum, ID
83858-0374

**Clm No 177732**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Summers**
PO BOX 45 Mill Street
Tracy City, TN 37387-0000

**Clm No 177733**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Sumner**
2145 Rayon Road
Fernandina Beach, FL 32034

**Clm No 177734**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Janice Sunderland**
110 Beach Plum Road
Narragensett, RI 02882

**Clm No 177735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Paul Surprenant**
257 S. Alma
Kankakee, IL 60901

**Clm No 177737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Chester Hinckley**
124 Old North Road
Gardiner, ME 04345

**Clm No 177738**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Sutton**
8175 Meahl Cates Road
Robards, KY 42452

**Clm No 177739**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177740**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joyce Martel**
1051 Mountain Crest Drive
Kings Mountain, NC 28086

**Clm No 177741**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margo Swan**
30 Heisz Street APT A
Edwardsville, PA 18704

**Clm No 177742**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula Swann**
3352 White Road
Dora, AL 35062

**Clm No 177743**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Mildred Swanner**
406 N Cass Avenue
Westmont, IL 60559

**Clm No 177744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Swanson**
55 Opening Hill Road
Madison, CT 06451

**Clm No 177745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Nicole Telfer**
121 Twilight Lane APT #2W
New Lenox, IL 60451

**Clm No 177747**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Swartz**
725 North Lincoln Avenue
Scranton, PA 18504

**Clm No 177748**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177749**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Margaret Swatts**
670 Lee Road 672
Auburn, AL 36830

**Clm No 177750**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David Swearingen**
2274 Creakview Drive
Abrams, WI 54101

**Clm No 177751**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronda Patterson**
608 Baisden Road
Jacksonville, FL 32218-5456

**Clm No 177752**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Dorothy Sweeney**
79 Chestnut Avenue
Halifax, MA 02338

**Clm No 177753**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Sweeney**
13070 Cross Creek Court #502
Ft. Myers, FL 33912

**Clm No 177754**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Emily Sweeney**
47 Alger Place
New London, CT 06320

**Clm No 177755**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Brenda Swesey**
4340 East Tennessee Lane
Hernando, FL 34442

**Clm No 177756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**John Swift**
11008 N. Landing Road
Monticello, IN 47960-8139

**Clm No 177757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Mary Swim**
1400 Lincoln Avenue
Salem, OH 44460

**Clm No 177758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 6-Oct-2015 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Betty Lee**
6 Aberdeen St.
Fall River, MA 02721

**Clm No 177759**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Barbara Swingel**
209 N Western Avenue
Ladd, IL 61329

**Clm No 177760**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177761**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Swinyar**
5404 Mary Street
Zephyrhills, FL 33542

**Clm No 177762**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Elizabeth Switzer**
RR #1, Box 277
Falls, PA 18615

**Clm No 177763**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177764**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Dale Syvertson**
4816 Oakbrooke Place
Orlando, FL 32812

**Clm No 177765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Tabele**
2606 43rd Street West
Bradenton, FL 34209

**Clm No 177767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Tackett**
5000 Blounts Ridge Road
Mims, FL 32754-4659

**Clm No 177769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Tague**
905 Short Street
Loves Park, IL 61111

**Clm No 177770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**LaVerne Talboom**
54769 Mayflower Road
South Bend, IN 46628

**Clm No 177771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Talian**
524 North Wisconsin Street
Hobart, IN 46342

**Clm No 177772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Tallent**
1684 Mercer Avenue APT A
Atlanta, GA 30337

**Clm No 177773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Marcel Tancrede**
20 Mandela Drive
Rochester, NH 03868

**Clm No 177774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Vivian Tanner**
7759 Carver Court
Seminole, FL 33772

**Clm No 177775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Oland Tanner**
606 Pebble Creek Lane
Enterprise, AL 36330

**Clm No 177776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Theresa Gibson**
1055 19th Avenue North
St. Petersburg, FL 33704

**Clm No 177777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Tanner**
7241 Begonia Street
Wewahitchka, FL 32465

**Clm No 177779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dennis Tapp**
2260 W 27th Avenue
Eugene, OR 97405

**Clm No 177780**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Tappan**
5512 Lakeside Drive
Lake Wales, FL 33853-8813

**Clm No 177781**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stasia Taricani**
40 Sterling Drive
Kensington, CT 06037

**Clm No 177782**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Carolyn Tarkowski**
1769 Arash Circle
Port Orange, FL 32128-7332

**Clm No 177783**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177784**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Chrysanthe Tatakis**
1642 Hawthorne Place
Wellington, FL 33414

**Clm No 177785**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Robert Tate**
5010 Groter Court
Ruskin, FL 33570

**Clm No 177786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gordon Tatro, Sr.**
178-A Falcon Drive
Westfield, MA 01085

**Clm No 177787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Konrad Tauber**
61 Morris Road
Prospect, CT 06712

**Clm No 177788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177789**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Stewart**
Horace Bushnell Congregate Homes
51 Vine Street, Apt. 203
Hartford, CT 06112-2205

**Clm No 177790**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Raymond James**
Rural Route 4
Attica, IN 47918

**Clm No 177791**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2598 of 3075

---

**James Kardoulias**
326 East 60th Court
Merrilville, IN 46410

**Clm No 177792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Sybil Taylor**
2744 Hard Labor Rd.Ct.
Chipley, FL 32428

**Clm No 177794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue Suite 3800
Miami, FL 33131

**Clm No 177795**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Harper**
215 Richard Williams Road
Baxley, GA 31513

**Clm No 177796**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Roy Taylor**
11345 NW 16th Street
Pembroke Pines, FL 33026

**Clm No 177797**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Elbert Taylor**
7309 Stonehurst Rd North
Jacksonville, FL 32211

**Clm No 177798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Taylor**
P.O. Box 503
Sycamore, AL 35149-0503

**Clm No 177799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Glenda Taylor**
244 Deepwood Estates
Cadiz, KY 42211

**Clm No 177800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177801**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177802**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Taylor**
1618 Marvin Avenue
Port Saint Joe, FL 32456

**Clm No 177803**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Sara Taylor**
508 Meadowoaks Drive
Dripping Springs, TX 78620

**Clm No 177804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Taylor**
782 Washington Avenue
Orange Park, FL 32065-6656

**Clm No 177805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathryn Taylor**
C/O Amanda Dunden
1747 8th St North
Jacksonville Beach, FL 32250

**Clm No 177806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

2603 of 3075

---

**Orville Taylor**
2020 FM 2933
McKinney, TX 75071-0339

**Clm No 177807**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teachey, Jr., Leon**
3454 Wayne Memorial Drive
Goldsboro, NC 27534

**Clm No 177808**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177809**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Caroline Tecco**
4765 Aston Gerdens Way
Apt 303
Naples, FL 34109

**Clm No 177810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Robert Teigen**
W24053 Miland Road
Eleva, WI 53092

**Clm No 177811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Libby Temkin**
1901 West Hidden Reserve Court
Milwaukee, WI 53092

**Clm No 177812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177813**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn Terrell**
P.O. Box 1686
Dunnellon, FL 34430

**Clm No 177814**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177815**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Terrizzi**
2405 Homer Avenue
Erie, PA 16506

**Clm No 177816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Natalie Terry**
4 Roberts Avenue
Waterville, ME 04901

**Clm No 177817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Robert Tessitore**
71 Algonqui Drive
Wallingford, CT 06492

**Clm No 177819**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177820**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mieczyslawa Tesz**
53 Amidon Avenue
Newington, CT 06111

**Clm No 177822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Dather Tewari**
460 Lake Kathryn Circle
Casselberry, FL 32707

**Clm No 177823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Lisette Thibaudeau**
11769-3E Avenue
St George Beauc
Quebec G5Y1V

**Clm No 177824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Terrill Thibert**
10638 W. Alabama Avenue
Sun City, AZ 85351-3506

**Clm No 177825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Deborah Thomas**
9787 Tranquility Lake Circle
Apt. 110
Riverview, FL 33612

**Clm No 177828**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Thomas**
3807 Greenhurst Drive
Louisville, KY 40299-6509

**Clm No 177829**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Thomas**
12360 State Road 62
St. Croix, IN 47576

**Clm No 177830**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Mary Thomas**
100 Hancock Lake Road
Dade City, FL 33525

**Clm No 177831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rita Thomas**
4212 East 11th Place
Gary, IN 46403

**Clm No 177832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Betty Thomas**
1923 West 44th Street
Jacksonville, FL 32209

**Clm No 177833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Jeremiah Thomas**
965 Bates St. S.E.
Grand Rapids, MI 49506

**Clm No 177834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gayle Thomas**
P.O. Box 1388
Marysville, WA 98270-1388

**Clm No 177835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Hires, Donna**
1809 W Sitka Street
Tampa, FL 33604-2721

**Clm No 177836**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Aundress Thomas**
2011 Seaman Road
Tampa, FL 33612

**Clm No 177837**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deltrice Thomasson**
384 State Route 348 West
Symsonia, KY 42082

**Clm No 177838**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Thompson**
130 Summerville Estates Lane
Jasper, AL 35504

**Clm No 177839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Thompson, Adeline**
20244 N. 101 Avenue
#2066
Peoria, AZ 85382

**Clm No 177840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thompson, Robert**
P.O. Box 534
Bowie, AZ 85605

**Clm No 177841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Esther Thompson**
PO Box 105
Escatawpa, MS 39552

**Clm No 177842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Morocco, Marjorie**
980 Hudson Trail
Lake Geneva, WI 53147

**Clm No 177843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joan Thompson**
75 Beach Drive
Prospect, CT 06712

**Clm No 177846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Verna Thon**
342 Ashford Circle
Unit 4
Bartlett, IL 60103

**Clm No 177848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Thorn, Thyra**
P.O. Box 100
Wray, CO 80758-0100

**Clm No 177849**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Thorner**
Woodland Towers, Bldg. 1
113 Chapola Avenue, Unit 712
Deland, FL 32720

**Clm No 177850**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Griffin, Delta**
3003 N. 12th Avenue
Pensacola, FL 32503-4005

**Clm No 177851**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**William Thorp**
8 Lambert Parkway
Norwich, CT 06360

**Clm No 177852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Thorpe**
2616 Greenwald Street
Green Bay, WI 54301

**Clm No 177853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Thrasher**
18967 SE 55th Place
Ocklawaha, FL 32179

**Clm No 177854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Russell Thuleen**
147 Crossbrook Drive
Chelsea, AL 35043-0000

**Clm No 177855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thurston, William**
7140 SE 171st Pond Lane
Lady Lake, FL 32162

**Clm No 177856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Tibbetts**
PO Box 7287
Laconia, NH 03247

**Clm No 177857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mary Tiberio**
11 Pinoak Lane
Ansonia, CT 06401

**Clm No 177858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Marie Tiberio**
660 Goose Lane
Guilford, CT 06437

**Clm No 177859**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Elizabeth Whitcomb**
8821 East Jayjay Drive
Palominas, AZ 85615

**Clm No 177860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Tiedmann**
3825 East Esther Street
Orlando, FL 32812-0000

**Clm No 177862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Klein, Susan**
133 Westbrook Way
Eugene, OR 97405

**Clm No 177864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albritton, Beth**
636 Sacre Coeur Drive
Melbourne, FL 32935

**Clm No 177865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177866**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177867**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Tillison**
956 Dove Welch Road
Wellington, AL 36279

**Clm No 177868**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Caridad Tillman**
1080 SW Carl Wilson Road
Fort White, FL 32038-8868

**Clm No 177869**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177870**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty  Tillman**
1952 Tillman Lane
Pensacola, FL 32503

**Clm No 177871**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tinari, Phyllis**
580 Horizons
Apt 108
Boyton Beach, FL 33435

**Clm No 177874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Tirck, Wendy**
6 George Road
Peabody, MA 01960

**Clm No 177877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Tis**
19505 Quosada Avenue
Apt. HH-205
Port Charlotte, FL 33948

**Clm No 177878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Toigo**
258 Housatoaic Drive
Milford, CT 06460

**Clm No 177880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Toman, Marilee**
4645 North 159th Street
Brookfield, WI 53005

**Clm No 177881**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Tomei, Robert**
217 W. Shpard Avenue
Hamden, CT 06514

**Clm No 177882**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Tomkiewicz**
24 Alban Road
Enfield, CT 06082

**Clm No 177883**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Tomza**
426 Park Drive
Middletown, NJ 07748

**Clm No 177884**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Tonn, Leroy**
322 Sout Eva Street
Port, WA 53074

**Clm No 177885**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allan Tonnessen**
466 South Flat Hill Road
Southbury, CT 06488

**Clm No 177886**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeanette Tooey**
914 A Dunbarton Drive
Lakewood, NJ 08701

**Clm No 177887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Maryanne Toomey**
76 Plymouth St.
New Bedford, MA 02740

**Clm No 177889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $1.00

---

**Luigi Torchia**
148 Charter Road
Wethersfield, CT 06109

**Clm No 177890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Mildred Torielli**
92 Great Plain Road
Danbury, CT 06811

**Clm No 177891**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177892**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Martha Torres**
6402 SW 150th Court
Miami, FL 33193

**Clm No 177894**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177895**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Puala Torres**
57 E. 47th Street
Hialeah, FL 33012

**Clm No 177896**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francisco Torres**
1609 Justice Drive
Crown Point, IN 46307

**Clm No 177898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Tortessi**
510 Brown Ave.
Pueblo, CO 81004

**Clm No 177899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Alice Toth**
39 Plaza Drive
Ormond Beach, FL 32176

**Clm No 177900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Totin**
2755 Cheyenne Drive
Grand Junction, CO 81503

**Clm No 177901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Towns**
PO Box 2273
Silver Springs, FL 34489-2273

**Clm No 177902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Tracy**
29 Barton Hill
East Hampton, CT 06242

**Clm No 177904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Traill, Scott**
197 Province Road
Barrington, NH 03825

**Clm No 177905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Lois Trainor**
15537 Bowie Drive
Westfield, IN 46074

**Clm No 177906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sardilli, Lorana**
10 Deerpark Road
Bristol, CT 06010

**Clm No 177907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Trevino**
917 Hawthorne Road
Anna, TX 75409

**Clm No 177908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rene Trevino**
1118 E Eaton Street
Hammond, IN 46320-0000

**Clm No 177909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Praxedis Trevino**
1171 Sawgrass Drive
Griffith, IN 46319

**Clm No 177910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mike Triebe**
236 Locust Lane
New Lenox, IL 60451

**Clm No 177911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Emma Trimble**

Trinity Towers

218 East Trinity Place #406

Decatur, GA 30030

**Clm No 177912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Suzanne Trinchini**

P.O. Box 241

Feeding Hill, MA 01030

**Clm No 177913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evans, Gail**

54560 Bittersweet Road

Michawaka, IN 46545

**Clm No 177914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Thomas Triscritti**
145 Platts Mill Road
Naugatuck, CT 06770

**Clm No 177915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennett, Joanne**
20 Debra Drive
Tewksburty, MA 01876

**Clm No 177917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Robert Trujillo**
1620 West 2nd Street
Lot # 3
Rock Springs, WY 82901

**Clm No 177918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ann Trouve**
108 Massachusetts Street
Cranston, RI 02920

**Clm No 177921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Trowsse**
C/O Debre Nevitt
5801 63rd Avenue
Pinellas Park, FL 33781

**Clm No 177922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wanda Trumble**
110 W. Hughitt
Iron Mountain, MI 49801

**Clm No 177923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Johnny Tubbs**
2309 Hendricks Street
Gary,IN 46404

**Clm No 177924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Tube**
9 Piccolo Place
Olmsted Township, OH 44138

**Clm No 177925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Tubolino**
P.O. Box 2005
Inverness, FL 34451

**Clm No 177926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Tucker, Maria**
4744 Ward Basin Road
Milton, FL 32583

**Clm No 177927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Nancy Tully**
245 Knoll Dr
Park Ridge, NJ 07656

**Clm No 177928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Turley**
Rural Route #1
Demossville, KY 41033

**Clm No 177929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Mary Brady**
816 SW 158 Terrace
Sunrise, FL 33326

**Clm No 177930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Natalia Turner**
2625 Sweet Springs
Deltona, FL 32738

**Clm No 177931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Margaret Turner**
103 Ohio Street
LaCrosse, IN 46348

**Clm No 177932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

2645 of 3075

---

**Roger Turner**
3185 Upshur Northern Road
Eaton, OH 45320

**Clm No 177933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Turner**
P.O. Box 1505
Yulee, FL 32041

**Clm No 177934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Shirley**
1028 Apollo Beach Blvd.
Apt #109
Apollo Beach, FL 33572

**Clm No 177936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Tuten**
2315 Forest Blvd.
Jacksonville, FL 32245-3407

**Clm No 177937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jo Ann Tuttin**
501 Hallowell Circle
Orlando, FL 32828-8641

**Clm No 177938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Dale Twitchell**
1730 West Quinn, #243
Pocatello, ID 83202

**Clm No 177939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Tyler, David**
15 Florida Street
Lowell, MA 01852

**Clm No 177940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Melvin Tyrolt**
11036 Stadt Road
Marshfield, WI 54449

**Clm No 177941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         6-Oct-2015
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Umbenhen, Margaret**
C/o Fred Zerbe
95 Harris Avenue
Pine Grove, PA 17963

**Clm No 177942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Underwood, Robert**
470 South Amhurst Place
Englewood, TN 37329-3144

**Clm No 177943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Uplinger**
23 Old St. Johns Lane
Drums, PA 18222

**Clm No 177944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Robert Urbanczyk**
9118 West 143rd Place
Cedar Lake, IN 46303

**Clm No 177945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Urbanek, Carol**
205 Boswell Circle
Apt F-3
Sparta, TN 38583

**Clm No 177946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Salvatore Urso**
3840 River Bluff Road
Union, KY 41091

**Clm No 177947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Theresa Usle**
112 Maple Avenue
Barre, VT 05641

**Clm No 177948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William Vaclavik**
1626 Brookview Ct
Hobart, IN 46342

**Clm No 177951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Juanita Ann**
1904 Calhoun Avenue
Panama City, FL 32405

**Clm No 177952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Geralinde Valante**
9432 Amidon Street
Spring Hill, FL 34608

**Clm No 177953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Eunice Valdes**
13620 Lake Magdalene Court
Unit 103, Box 3
Tampa, FL 33618

**Clm No 177954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maria Valencia**
5651 S.W. 130th Place
Miami, FL 33183

**Clm No 177955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy Valentine**
5125 Cedar SpringDrive #104
Naples, FL 34110

**Clm No 177958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fernando Valenzuela**
1540 Forsythe Street #3
Beaumont, TX 77701

**Clm No 177959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Ernesto Valladolid**
4023 Main Street
East Chicago, IN 46312-0000

**Clm No 177960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard  Valle**
1720 Merritt Park
Orlando, FL 32803

**Clm No 177961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Vallee**
2014 South Lone Street
Kennewick, WA 99337

**Clm No 177962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Valukis**
7 Country Side Rd
Bellingham, MA 02019

**Clm No 177964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Herman Van Buren**
580 Johnson Street
Gary, IN 46402-1717

**Clm No 177965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Pieter Van De Merwe**
Number 6 Rose Circle
Murray, UT 84107

**Clm No 177966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Delphine Van Lyssel**
9239 Riverview Lane
Fremont, WI 54940

**Clm No 177968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kathleen Van Meter**
4876 North Pink Poppy Drive
,FL 34465

**Clm No 177969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila Van Riper**
747 N. Cloud Road
Pearce, AZ 85625

**Clm No 177970**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Livingston, Penny**
14872 W. Laughery Creek Road
Dillsboro, IN 47018

**Clm No 177971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177972**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Vancour**
96 Manor Drive
Portsmouth, NH 03801

**Clm No 177973**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Vande Voort**
5850 Rocky Road
Jacksonville, FL 32244

**Clm No 177974**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Vanderbilt, Virginia**
1927 Fieldcrest Court South
Salem, OR 97306

**Clm No 177975**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Madeleine Vandervort**
5006 Shirley Circle
Zephyrhills, FL 33542-5335

**Clm No 177976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Viola Vanderzwalm**
983 BoxWood Court
Mahwah, NJ 07430

**Clm No 177977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Cynthia Vandeusen**
223 Keith Avenue Extension
Brockton, MA 02301

**Clm No 177978**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Vandriessche**
1519 Baylor Drive
Colorado Springs, CO 80909

**Clm No 177979**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arine Vanzant**
1441 West 17th Avenue
Gary, IN 46407

**Clm No 177980**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Marie Vargo**
300 South Washington Avenue
Lot 155
Fort Meade, FL 33841-3158

**Clm No 177981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Vaughn**
601 College Street
Providence, KY  42450-0000

**Clm No 177985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Aleck Vavas**
3224 Kennedy Avenue
Butte, MT 59701

**Clm No 177987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Vavrik**
17233 School Street
South Holland, IL 60473-0000

**Clm No 177988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis Vayda**
1003 Elizabeth Lane
Lakeland, FL 33809

**Clm No 177989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Vazquez, Oscar**
10011 Margeux Drive
Orlando, FL 32825

**Clm No 177990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucy Vega**
C/O Victoria Noonan
2772 S. 68th Street
Milwaukee, WI 53215

**Clm No 177991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Glenda Vega**
476 Farmington Ave
Hartford, CT 06105

**Clm No 177992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Anthony Velardi**
700 Voluntown Road
Griswold, CT 06351

**Clm No 177993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Velasquez**
P.O. Box 415
Glen Rock, WY 82637

**Clm No 177994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kimball, Judy**
8820 Walther Blvd.
Apt 2405
Parkville, MD 21234

**Clm No 177995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Vivian Venditti**
C/O Judith Bryant
P.O. Box 337
Voluntown, CT 06384

**Clm No 177996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Venezia, Robert**
P.O. Box 151671
Cape Coral, FL 33915

**Clm No 177997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ann Ventura**
44 Briarwood Drive
North Branford, CT 06471

**Clm No 177998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 177999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**John Verbeek**
16319 South Park
South Holland, IL 60473-0000

**Clm No 178000**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Vereen**
1804 East 23rd Street
Jacksonville, FL 32206

**Clm No 178001**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Gennaro Vergato**
25 Orpington Street
Hamden, CT 06514

**Clm No 178002**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Shirley Vernarec**
19 B Elmwood Terrace
Elmwood Park, NJ 07407

**Clm No 178003**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Alfredo Vernucci**
1892 High Ridge Road
Stamford, CT 06903

**Clm No 178004**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jane Verona**
90 Hayden Station Road
Windsor, CT 06095

**Clm No 178005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Verrier**
20 Haskull Avenue
Clinton, MA 01510

**Clm No 178006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Kathryn Vey**
5 Parkwood Drive
P.O. Box 3042
Wareham, MA 02571

**Clm No 178008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vicars, Sharon**
407 West 7th Street #309
San Pedro, CA

**Clm No 178009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Vice**
520-A1 Shady Pine Way
Greenacres, FL 3341

**Clm No 178010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janet Vickers**
28201 Black Gold Way
Tehachapi, CA 93561

**Clm No 178013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Sula Vickers**
5210 Judgelogue Road
Newton, AL 36352

**Clm No 178014**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178015**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vilardebo, Robert**
27549 Baybrook Loop
Zephyrhills, FL 33543-8717

**Clm No 178016**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Joe Vilatoro**
4955 Amy Road
Palomino, NV 89510-9793

**Clm No 178017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Villagran, Steve**
2205 Shallowford Drive
Valparaiso, IN 46383

**Clm No 178018**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**William Vincent**
1124 Chestnut Street
Nanticoke, PA 18634

**Clm No 178019**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Nina Vincent**
140 Warren Avenue
Anniston, AL 36201

**Clm No 178020**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Vincent**
P.O. Box 551
Berwick, ME 03701-0551

**Clm No 178021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Vincent**
3239 Edenburg Drive
Hueytown, AL 35023

**Clm No 178022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Vincent**
Box 280
Wartrace, TN 37183

**Clm No 178024**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Joseph Viner**
620 Washington Drive
Shorewood, IL 60404

**Clm No 178025**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178026**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Viola**
22 Cassella Drive
Wallingford, CT 06492

**Clm No 178028**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ray Virden**
R.R. #1 P.O. Box 7
Lathan, IL 62543

**Clm No 178029**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rose Virgo**
1420 Saint Marys Circle
Hobart, IN 46342

**Clm No 178030**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Vitale, John**
316 Knight Lane
Orange, CT 06477

**Clm No 178031**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**John Vitale**
14 Carolyn Lane
East Swanzey, NH 03446

**Clm No 178032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Vitelli**
135 Putnam Ave.
Apt 847
Hamden, CT 06517

**Clm No 178033**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marcia Vitello**
16402 N 33rd Place
Phoenix, AZ 85032

**Clm No 178034**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178035**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178036**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Volz, Wanda**
116 Resina Drive
Springfield, IL 62703

**Clm No 178037**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jonny Vonhusen**
25 Colonial Village
Somerworth, NE 03878

**Clm No 178038**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178039**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Vosgerchian**
57 Sprague St
Brockton, MA 02402

**Clm No 178040**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Frank Voyak**
12126 Clark St.
Crown Point, IN 46307

**Clm No 178041**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Vukadinovich**
9660 Northcote Avenue
St. John, IN 46373

**Clm No 178042**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Vusich**
2601 Logan Drive
Santa  Maria, CA 93455

**Clm No 178043**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

---

**Wadsworth, Jesse**
P.O. Box 73
Fort Hali, ID 83203

**Clm No 178044**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178045**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178046**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Wagner, Jerry**
5140 Burton Road
West Point, IN 47992

**Clm No 178047**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mack Wagstaff**
975 South 300 East
Lehi, UT 84043

**Clm No 178048**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178049**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Patricia Walczak**
9 Brow Hill Road
Somers, CT 06071

**Clm No 178050**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Waldie**
44 C River Road
Cromwell, CT 06416

**Clm No 178051**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Waldon**
552 Peterson Place
Orlando, FL 32805

**Clm No 178052**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178053**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Walker**
245 Natchez Trace Rd.
Methiston, MS 39572

**Clm No 178054**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Walker**
3520 Lake Oak Ridge Drive
Enterprise, AL 36330

**Clm No 178055**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Margaret Walker**
40 Cottage Avenue
Southampton, MA 01073

**Clm No 178056**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Jaqueline Walker**
624 10th Street
Birmingham, AL 35204

**Clm No 178057**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178058**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178059**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178060**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Curtis Walker**
1098 Spring Hill Road
Wesson, MS 39191

**Clm No 178061**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Thomas Walker**
11500 North Dale Mabry Hwy.
Apt 602
Tampa, FL 33618

**Clm No 178062**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Walker**
1705 N. Road 36
Pasco, WA 99301

**Clm No 178063**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Walker**
412 W. Cramer Street
Fort Atkinson, WI 53538

**Clm No 178064**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jimmie Walker**
767 Walker Road
Apt. C
Jackson, TN 38305-3675

**Clm No 178065**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jill Walker**
P.O. Box 1063
Woodville, FL 32362

**Clm No 178066**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cobb, Bobbie**
c/o Terrie Kirk
7601 Cottonridge Road
Trussville, AL 35173

**Clm No 178067**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**James  Wallace**
193505 E. 247 PR. SE
Kennewick, WA 99337-6342

**Clm No 178068**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178069**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sally Waller**
3988 Wod Duck Trail
Chipley, FL 32428

**Clm No 178070**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Darrell Waller**
3304 Kentucky St.
Titusville, FL 32796-0000

**Clm No 178071**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178072**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178073**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Glenna Walsh**
400 North Surf Road #903
Hollywood, FL 33019

**Clm No 178074**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178075**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Fay Walsh**
C/o Vincent A. Wenners, Jr.
27 Bay Street
Manchester, NH 03104

**Clm No 178076**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178077**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178078**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Terry Ward**
67 Ross Road
Preston, CT 063665

**Clm No 178079**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Gerald Ward**
114 Okatee Drive
Savannah, GA 31410

**Clm No 178080**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Ward**
1902 East 73rd
Merrillville, IN 46410

**Clm No 178081**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Wardanski**
4163 Cumberland Road
Erie, PA 16510

**Clm No 178082**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178083**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178084**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178085**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Shirley Wasenda**
2189 Main Road
Hunlock Creek, PA 18621

**Clm No 178086**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Washburn**
c/o Pamela Zemke
12075 SW 9th Street
Beaverton, OR 97005

**Clm No 178087**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Washington**
21 Norton Street
West Savannah, GA 31404

**Clm No 178088**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178089**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178090**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mildred Waters**
7520 County Road 1
Daleville, AL 36322

**Clm No 178091**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charlie Waters**
1245 Low Ground Road
Guyton, GA 31312-0000

**Clm No 178092**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178093**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Watkins**
352 Blissfield Drive
Wilowick, OH 44095

**Clm No 178094**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Alvin Watkins**
6512 Old Salem Road
Springfield, IL 62711

**Clm No 178095**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178096**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Thomas Watson**
180 2nd Street
Russelville, AL 35653

**Clm No 178097**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Alcious Watson**
30 Burlington Street
Hartford, CT 06112

**Clm No 178098**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178099**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen Watson**
3944 E. White Oak Road
Appling, GA 30802

**Clm No 178100**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Douglas Watson**
4590 Highway 79
Cordova, AL 35550-5638

**Clm No 178101**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lottie Watson**
851 30th Avenue West
Palmetto, FL 34221

**Clm No 178102**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David Watson**
1369 Dublin
Pueblo, CO 81006

**Clm No 178103**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178104**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wesley Watts**
P.O. Box 711834
Salt Lake City, UT 84171-1834

**Clm No 178105**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Wearin**
92 Clear Creek Road
Boise, ID 83716

**Clm No 178106**  Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Walter Weaver**
337 3rd Avenue West
Kalispell, MT 59901-0000

**Clm No 178107**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178108**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178109**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Eva Webb**
5873 NW 62nd Place
P.O. Box 770323
Ocala, FL 34477

**Clm No 178110**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Webb, Jr., James**
3522 Maywood Lane, #4
Suiteland, MD 20746

**Clm No 178111**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Webb**
1844 Bunker Hill Drive
Irving, TX 75061

**Clm No 178112**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Carolyn Weber**
1612 Oasis Court #B
Great Falls, MT 59405

**Clm No 178113**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Terry Weber**
45707 Davison Avenue
Kenai, AK 99611

**Clm No 178114**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dorothy Weber**
6559 Sandy Acre Drive
West Bend, WI 53090-2832

**Clm No 178115**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Eulalia Weddle**
P.O. Box 27
Geneva, FL 32732

**Clm No 178116**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Weesies**
1017 Pennoyer Avenue
Grand Haven, MI 49417

**Clm No 178117**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roberta Weigert**
19 Arthur Drive
Unit 5
South Windsor, CT 06074

**Clm No 178118**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178119**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Weigum**
5406 N. Oakland Road
Otis Orchids, WA 99027-0000

**Clm No 178120**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Weik**
1305 Lowell Avenue
Rock Springs, WY 82901

**Clm No 178121**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Gladys, Weiland Sr.**
38 Cherrywood Court
Jefferson, GA 30549

**Clm No 178122**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178123**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178124**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Sally Welch**
162 Elgin Ave
Manchester, NH 03104

**Clm No 178125**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178126**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Lloydell Welford**
4427 W 10th Ave
Gary, IN 46404

**Clm No 178127**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178128**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178129**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jon Welke**
11232 40th Ave
Chippewa Falls, WI 54729

**Clm No 178130**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Elmer Wellington**
C.R.B. P.O. Box 8487
Tuscon, AZ 85738

**Clm No 178131**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Christine Wells**
1014 Revilla Lane
Rockledge, FL 32955

**Clm No 178132**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Wells**
385 Hills Street
East Hartford, CT 06118

**Clm No 178133**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Ruby Wells**
4611 Charter St.
Zephrhills, FL 33542

**Clm No 178134**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178135**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rudy Welsek**
18562 W. Woodland Terrace
Grandwood Park, IL 60031

**Clm No 178136**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Donna Welsh**
1740 Morin Street
Eustis, FL 32726-6127

**Clm No 178137**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Leland Welsh**
23108 Barbara Street
Chugiak, AK 99567-5659

**Clm No 178138**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nelida Weltzien**
10401 SW 50th Street
Cooper City, FL 3328

**Clm No 178139**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Oct-2015 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Wendel, Christopher**
14 Karen Rd
Woburn, MA 18101

**Clm No 178140**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178141**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Geraldine Wermann**
456 Long Hill Road
Guilford, CT 06437

**Clm No 178142**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Jack Werner**
W228 N255 Allen Lane
Waukesha, WI 53186

**Clm No 178143**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178144**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Wessel**
16001 E. Troon Circle
Miami Lakes, FL 33014

**Clm No 178145**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Sadie Mae West**
2100 29th Ave.
Hueytown, AL 35023

**Clm No 178146**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178147**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hull, Stacy**
8607 Hipps Road
Jacksonville, FL 32244

**Clm No 178148**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178149**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Westerhold**
304 Porrillo
Los Alamos, NM 87544

**Clm No 178150**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maria Westgate**
407 Greenleaf Ave.
Portsmouth, NH 03801

**Clm No 178151**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kent Westle**
1394 Firethorn Drive
Riffle, CO 81650

**Clm No 178152**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Westman**
PO Box 512
Caanan, ME 04924

**Clm No 178153**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Weston**
350 Peters Lane
Stratford, CT 06614

**Clm No 178154**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Debra Westrick**
18 Brustle Road
Nottingham, NH 03290

**Clm No 178155**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178156**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Wetzel**
W 220 N 8258 Townline Road
Menomonee Falls, WI 53051

**Clm No 178157**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Deceased Edith**
Sjoberg & Votta Law Offices
200 Centerville Road
Warwick, RI 02886

**Clm No 178158**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norma Weyant**
230 S.E. 3rd Terrace
Dania Beach, FL 33004

**Clm No 178159**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Johnson**
20667 N Lemon Drop Drive
Maricopa, AZ 85138-3149

**Clm No 178160**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Lillian Whaley**
10220 New Forest Court
Ellicott City, MD 21042

**Clm No 178161**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015   |
|------------------|--------------|
| Bar Date         |              |
| Claim Face Value | $10,000.00   |

**Frank Wheeler**
551 Hills Street
East Hartford, CT 06118

**Clm No 178162**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Wheeler, Glenna**
425 7th Street
Ferney, NV89408-8532

**Clm No 178163**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Gerald Wheeler**
361 N. Couty Line Road.
Hobart, IN 46342

**Clm No 178164**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Wheeler**
233 North 600 East
Price, UT 84501

**Clm No 178165**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wheeles-Calhoun, Vernie**
22921 Sterling Manor Loop
Lutz, FL 33549-4146

**Clm No 178166**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Charles Whelan**
2900 E Cleveland Ave.
Hobart, IN 46342

**Clm No 178167**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Neal Whelchel**
7110 East 276th Street
Atlanta, IN 46031

**Clm No 178168**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bersani, Co-Executor, Nancy**
11 Brook Road
Milton, MA 02186

**Clm No 178169**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Betty Wherley**
800 16th Avenue SE Apartment 74
Minot, ND 58701

**Clm No 178170**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Whidden**
6038 Beechwood Drive
Ridge Manor, FL 33523

**Clm No 178171**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Whidden**
P.O. Box 1342
Thomasville, GA 31799-0000

**Clm No 178172**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178173**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Florence White**
37 Westwood Drive
Westfield, MA 01085

**Clm No 178174**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James White**
42 Street
Quincy, MA 02169

**Clm No 178175**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Imogen White**
3500 Camp Street NE
Tuscaloosa, AL 35404

**Clm No 178176**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burl White**
425 Leavitt Street
Brazil, IN 47834-1957

**Clm No 178177**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor White**
331 Drake Hill Road
Strafford, NH 03884-6813

**Clm No 178178**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Cathleen White**
P.O. Box 291
Wrentham, MA 02093

**Clm No 178179**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-----|------------|-------|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178180**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-----|------------|-------|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178181**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-----|------------|-------|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Richard White**
P.O. Box 13
Healy, AK 99743

**Clm No 178182**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gail White**
26252 Queen Mary Lane
Bonita Springs, FL 34135

**Clm No 178183**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178184**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178185**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberta White**
713 Tennessee Street
Gary, IN 46402

**Clm No 178186**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert White**
1061 Macco Road
Cocoa, FL 32927

**Clm No 178187**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178188**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Sandra Whitehead**
610 Gabardine Avenue
Portage, MI 49002

**Clm No 178189**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Patricia Whitfield**
211 East Lake View Drive
Wewahitchka, FL 32465

**Clm No 178190**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Kathryn Whitford**
49 Cheney Lane
Newington, CT 06111

**Clm No 178191**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Malicki, Sylvia**
7510 Farmingdale Drive
Darien, IL 60561

**Clm No 178192**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Lola Whitley**
277 College Road
Fyffe, AL 35971

**Clm No 178193**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178194**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Odis Whitman**
70 Lee Road #921
Phenix City, AL 36870

**Clm No 178195**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Joan Whitney**
7 Woodham Avenue
Fort Walton Beach, FL 32547

**Clm No 178196**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 6-Oct-2015 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Janic Madden-Whitney**
14120 N. Green River Road
Evansville, IN 47725

**Clm No 178197**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reese Whitworth**
19471 McCloy Cir.
Brooksville, FL 34601

**Clm No 178198**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorraine Wickett**
4850 NE 147 Court
Williston, FL 32696

**Clm No 178199**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**John Wickham**
300 Wai Nani Way #111
Honolulu, HI 96815

**Clm No 178200**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronadl Wickson**
5 Sunset Avenue
Chester, CT 06412

**Clm No 178201**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Wiedermann**
2406 Harper Street
Santa Cruz, CA 95062-3171

**Clm No 178202**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Maria Wieland**
229 Chilmark Ridge Drive
Holly Springs, NC 27540

**Clm No 178203**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Wierbinksi**
319 Sanford Place
Erie, PA 16511-1057

**Clm No 178204**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marcia Wieringa**
138 Forest Lawn Drive
Cadillac, MI 49601

**Clm No 178205**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Thomas Wiest**
1550 West 36th Street
Erie, PA 16508

**Clm No 178206**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Kathy Wiggins**
20 Estates Road
Middleton, NH 03887

**Clm No 178207**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Corine Wiginton**
1341 South County Road 19
Samson, AL 36477

**Clm No 178208**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Annie Wilcox**
2870 Lantana Lake
Jacksonville, FL 32246

**Clm No 178209**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178210**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Kenneth Wilholt**
12050 9 Mile Road
Shelbyville, MI 49344

**Clm No 178211**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Bobby Wilkerson**
5018 Whitehouse Road
Jasper, AL 35501

**Clm No 178212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wilkinson, Kevin**
9 Lafayette Road
West Babylon, NY 11704

**Clm No 178213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Wilkinson**
46 Edgewood Street
Apt # 8
Stafford Springs, CT 06076

**Clm No 178214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Bill Willams**
217 Hemlock Court
Hobart, IN 46342

**Clm No 178215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Judie Williams**
400 East Madison
Apt. 202
Springfield, IL 62701

**Clm No 178216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Earline Williams**
Route 1 Box 253 C
Marion, AL 36756

**Clm No 178217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carrie Williams**
1693 Mohawk Trail
Gulf Breeze, FL 32563

**Clm No 178219**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathleen Wiliams**
19 Box Mountain Rd.
Bolton, CT 06043

**Clm No 178220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2741 of 3075

---

**Paul Williams**
80 Stough Ln.
Wickliffe, KY 42087

**Clm No 178221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Williams**
P.O. Box 924
Shaw, MS 38773

**Clm No 178222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Yvonne Williams**
1611 East 28th Street
Jacksonville, FL 32206

**Clm No 178223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Claims Details**

**McGee, Gwyn**
1171 Reed Road Southeast
Smyrna, GA 30082

**Clm No 178224**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178225**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178226**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Williams, Iris**
270 Franklin Street
Apt. # 2
Springfield, MA 01104

**Clm No 178227**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178228**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Mary Williams**
c/o Peter N. Muncey, Jr., Esq.
38 Resnik Road
Plymouth, MA 02360

**Clm No 178229**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Shirley Williams**
C/O Liane Alosa
1 Stark Drive
Allenstown, NH 03275

**Clm No 178230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Williams**
P.O. Box 892
Moulturie, GA 31776

**Clm No 178232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**              **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Marion Shirley Williams**
202 Huntington Hill Road
Litchfield, ME 04350

**Clm No 178233**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Williams, Sharon**
2468 W. 86th Ave
Merrillville, IN 46410

**Clm No 178234**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Cynthia Williams**
420 Park Circle
Talladesa, AL 35160

**Clm No 178235**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Nora Williams**
488 Redmill Saragossa Road
Jasper, AL 35503

**Clm No 178236**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178237**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178238**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

| c/o David Jagolinzer, Esq. | **Clm No 178239** | Filed In Cases: 607 | |
|---|---|---|---|
| 600 Brickell Avenue | | | |
| Suite 3800 | Class | Claim Detail Amount | Final Allowed Amount |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Mary Jo Williams** | **Clm No 178240** | Filed In Cases: 607 | |
|---|---|---|---|
| P.O. Box 1774 | | | |
| Washington, NC 27889 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| c/o David Jagolinzer, Esq. | **Clm No 178241** | Filed In Cases: 607 | |
|---|---|---|---|
| 600 Brickell Avenue | | | |
| Suite 3800 | Class | Claim Detail Amount | Final Allowed Amount |
| Miami, FL 33131 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 6-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Henderson, Carthel**
P.O. Box 372
Crofton, KY 42217

**Clm No 178242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Duane Williams**
506 Palm Avenue
Meritt Island, FL 32952

**Clm No 178244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Ralph Williams**
104 W 17th Street
Winamac, IN 46996-1051

**Clm No 178245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Clarence Williams**
104 Minton St
Joliet, IL 60436

**Clm No 178248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cleophus Williams**
242 Adams Drive
Crowley, TX 76036-3679

**Clm No 178249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Elizabeth Williamson**
412 Lisa Drive
Savannah, GA 31406

**Clm No 178251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Coghian, Donna**
173 Massey Road
Homer, GA 30547-1646

**Clm No 178253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**Cluadia Willis**
6314 Alabama Court
Lakeland, FL 33813

**Clm No 178254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Faye Willis**
825 Village Way
Palm Harbor, FL 34683

**Clm No 178256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rutherford, Tina**
1764 J Street
Hamilton, GA 31811

**Clm No 178257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Kathleen Willis**
13 Holt Street #58
Terryville, CT 06786

**Clm No 178258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**May Willis**
59 Hovsatonic Ave
Stratford, CT 06497

**Clm No 178259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**Bette Wills**
202 S 72nd Place
Mesa, AZ 85208

**Clm No 178260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frieda Wills**
8900 Justice Way
Louisville, KY 40229

**Clm No 178261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula Wilson**
1002 E. 14th Court
Panama City, FL 32401

**Clm No 178262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Percy Wilson**
3254 W. 7 Mile Road
Detroit, MI 48221

**Clm No 178263**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178264**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178265**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Wilson**
95 Broad Street
Apt #915
Weymouth, MA 02188

**Clm No 178267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson, Johnnie Mae**
45 Otter Lake Rd
Apt # 106
Panacea, FL 32346

**Clm No 178268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Wilson, Billy**
3461 Mainard Branch Court
Fleming Island, FL 32003

**Clm No 178269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kenneth Wilson**
2516 S. 371 Ave.
Tonopah, AZ 85354

**Clm No 178270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Wilson**
1721 Braim Circle Dr
Valparaiso, IN 46383

**Clm No 178273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Wilson**
3377 Stellar Lane
Oak Harbor, WA 98277-0000

**Clm No 178274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Fister, Margaret**
3452 Boston Road
Lexington, KY 40503

**Clm No 178275**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Juanita Wilson**
1502 Brackin Road
Westville, FL 32464

**Clm No 178276**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178277**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Robert Wilson**
8557 Wicklow Avenue
Cincinnati, OH 45236

**Clm No 178278**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $10,000.00  |

---

**Pearson, Fayetta**
1056 Morton Street
Gary, IN 46404

**Clm No 178279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Inez Wilton**
1705 Longwood Drive
Apt. 211
Sycamore, IL 60178

**Clm No 178280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015  |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Jaqueline Wiltzer**
4682 7th Street
Caledonia, MI 49316

**Clm No 178281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alford, Alma**
130 Hwy 134 East
Daleville, AL 36322

**Clm No 178282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Windham, Jr., James**
258 Rays Cove
Wetunpka, AL 36092

**Clm No 178283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Earl Wineck**
3501 Wyoming Drive #2
Anchorage, AK 99517

**Clm No 178284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Olga Winer**
5114 Avalon Gates
Trumbell, CT 06611

**Clm No 178285**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178286**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Winston**
C/o Kale Mitchell
325 South Crystal Springs Road
Eight Mile, AL 36613

**Clm No 178287**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alma Wireman**
302 N 9th Street
Rennsselaer, IN 47978

**Clm No 178288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Earl Wise**
7514 County Road 65 N
Coffee Springs, AL 36318

**Clm No 178290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Wisell**
18 Borkum Road
Spencer, MA 01562

**Clm No 178292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Wishmier**
5920 North County Road 901 E
Brownsburg, IN 46112

**Clm No 178293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Wisniewski**
P.O. Box 125
Chippewa Lake, MI 49320-0000

**Clm No 178294**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Witinski**
80 Holly Street
Peely, PA 18706

**Clm No 178295**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178296**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Fred Wittlake**
2665 Columbia Falls Stage
Columbia Falls, MT 59912-0000

**Clm No 178297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**David Wittman**
317 Progress Avenue
Hamilton, OH 45013

**Clm No 178298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178299**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Wnukowski**
8990 Storey Road
Northeast, PA 16428

**Clm No 178300**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Woerner**
280 Polly Mountain Road
Madisonville, TN 37354

**Clm No 178301**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Patricia Wojer**
31 Tenney Hill Road
Kitter Point, ME 03905

**Clm No 178302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Helen Wolak**
2138 S.E. 6th Ave.
Cape Coral, FL 33990

**Clm No 178303**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**John Wolcheski**
258 Woodhouse Avenue
Wallingford, CT 06492

**Clm No 178304**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Deborah Wold**
1270 N 35th Road
Ottawa, IL 61350

**Clm No 178305**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olga Wolfe**
1229 Winstead Road #60
Torrington, CT 06790

**Clm No 178306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frederick Wolff**
310 West Reed Street
Wittenberg, WI 54499-9262

**Clm No 178307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Womack, Franklin**
440 SW 81st Terrace
North Lauderdale, FL 33068

**Clm No 178309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlotte Wood**
300 South White
MacKinaw, IL 61755

**Clm No 178310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Wood**
631 S Monroe Street
Brooksfield, MO 64628

**Clm No 178313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Toni Woodard**
43313 Belle Brooke Circle
Shawnee, OK 74804

**Clm No 178315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Woodard**
77 Earley Street
Sumiton, AL 35148

**Clm No 178316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clark Woodard**
1915 Peevey
Forrest City, AR 72335

**Clm No 178318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Ernest Woodburn**
P.O. Box 53
Hampton, NH 03842

**Clm No 178320**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Woodfaulk, Brenda**
2475 Noble Street
Gary, IN 46404

**Clm No 178321**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Travis Woodham**
22936 Coronado Somerset Drive
Sorrento, FL 32776

**Clm No 178322**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Pettis, Sharon**
3924 Benbow Street
Panama City Beach, FL 32408

**Clm No 178323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Elizabeth Woods**
4001 Cliff Drive, #B
Jasper, AL 35504-4455

**Clm No 178324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Woods**
271 Pleasant Lane
Sylacauga, AL 35150

**Clm No 178325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Brenda Woods**
1776 50th Street West
Birmingham, AL 35208

**Clm No 178326**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178327**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Woodward**
8 Castine Drive
Old Orchard Beach, ME 04064

**Clm No 178328**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

## Claims Details

**Barbara Woosley**
8940 Via Prestigio West
Willington, FL 33411-6512

**Clm No 178329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Louis Woosley**
7530 Halifax Drive
Reno, NV 89506-0000

**Clm No 178330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Wooten**
130 Seale Road
Calera, AL 35040-4809

**Clm No 178331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Herrin, Joe**
228805 East Riek Road
Kennewick, WA 99337

**Clm No 178332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Jo-An Workman**
23 Kelwyn Park
Somensworth, NH 03878

**Clm No 178333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Brenda Wormald**
82 Plymouth Street
Halifax, MA 02338

**Clm No 178334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     6-Oct-2015
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Theodora Woronka**
5 Cherry Hill Circle
P.O. Box 102
Methuen, MA 01844

**Clm No 178335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Wozniak**
68 Coggeshall St.
N. Dartmouth, MA 02747

**Clm No 178336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Andrews, Barbara**
1104 Farmington Avenue
West Hartford, CT 06107

**Clm No 178337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Yvonne Wright**
135 Joe Boyles Road
Jamestown, TN 38556

**Clm No 178338**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Wright**
3018 Sharps Burg Circle
Birmingham, AL 352

**Clm No 178339**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178340**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178342**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Wright**
PO Box 218
North Liberty, IN 46554

**Clm No 178343**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178344**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Wright**
8229 Wicker Park Drive
Highland, IN 46322-0000

**Clm No 178345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**c/o David Jagolinzer, Esq.**
600 Brickell Avenue
Suite 3800
Miami, FL 33131

**Clm No 178346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Leslie Wulff**
17103 470 PR NW
Benton City, WA 99320

**Clm No 178347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Wurthner**
310 East Guiley Avenue
P.O. Box 301
Oakland, FL 34760

**Clm No 178348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Perry Wyatt**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Bobby Wyatt**
3219 Adams
Paducah, KY 42001

**Clm No 178350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe  Wyatt**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Tully, Nancy**
245 Knoll Dr.
Park Ridge, NJ 07656

**Clm No 178352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Maggie Wyman**
1002 Lewis Drive
Daytona Beach, FL 32117

**Clm No 178353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Gwendolyn Wynn**
c/o Cynthia Jaffee
3316 Cobbs Drive
Palm Harbor, FL 34684

**Clm No 178354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $1.00

---

**Charles Wynn**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**William Wynne**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Wypych**
10 Vlontis Avenue
Ware, MA 01082-1330

**Clm No 178357**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Wyszynski**
108 West Street
Granby, MA 01033

**Clm No 178358**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rosa Yaffrey**
3410 SW 7th Lane
Cape Coral, FL 33991

**Clm No 178359**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raleigh Yager**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178360**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Yahn**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178361**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Yancey, Jesse**
c/o David C. Sasser, Esq.
Johnston & Sasser, P.A.
Brooksville, FL 33131

**Clm No 178362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Armando Yanez**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Julia Yarb**
1070 Gillespie Drive
Palm Harbor, FL 34684-3009

**Clm No 178364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Edward Yarb**
12547 137th Street North
Largo, FL 33774

**Clm No 178365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

**Elsa Yarmac**
91 Main Road
Gill, MA 01376

**Clm No 178366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

**Thomas Kasabula**
64 Town farm Road
Sutton, MA 01590

**Clm No 178367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 6-Oct-2015  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Ernest Yeager**
P.O. Box 2681
Bloomfield, NM 87413

**Clm No 178368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Alfred Yeske**
532 New Britain Avenue
Hartford, CT 06106

**Clm No 178369**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Francis Yolda**
655 Crow Lane
Counce, TN 38326

**Clm No 178370**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Norman York**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178371**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Yorko**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178372**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jim Younce**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178373**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

**Young, Lavern**
920 Eaton Street
Hammond, IN 46320

**Clm No 178374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Young-Gerritsen, Colleen**
3626 La Sue Sue Street
Salt Lake City, UT 84119

**Clm No 178375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby M. Young**
836 Main Street, Apt #4
Sanford, ME 04073

**Clm No 178376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2793 of 3075

---

**Luther Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Young**
5760 Colima Place
Jacksonville, FL 32244

**Clm No 178379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178380**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas Young**
P.O. Box 1445
Glen Rock, WY 82637

**Clm No 178381**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178382**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Dorothy Young**
109 Broad St
# 404
Weymouth, MA 02188

**Clm No 178383**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rodney Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178384**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Therdo Young**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178385**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Gary Young**
1209 Russell Drive
Ocoee, FL 34761

**Clm No 178386**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sonia Yrayta**
71 Suffolk Drive
E. Hartford, CT 06118

**Clm No 178387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lillian Yurish**
8111 Bear Creek Blvd.
Bear Creek Township, PA 18702-9444

**Clm No 178388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Harry  Yust**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Joseph Zabka, Sr.**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178390**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Leo Zaborowski**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178391**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Zaborowski, Jr., John**
528 E 7th Street
Erie, PA 16503-1302

**Clm No 178392**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doborah Zacarelli**
23 Pepperbush Drive
Clinton, CT 06413

**Clm No 178393**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard  Zadora**
2 Wright Drive
Thompson, CT 06277

**Clm No 178394**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Stephen Zadora**
86 State Avenue
P.O. Box 137
Rogers, CT 06263

**Clm No 178395**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Zahara**
91 Shortwoods Road
New Fairfield, CT 06812

**Clm No 178396**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Valentin Zamudio**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178397**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joseph Zawisza**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zawisza, Alan**
246 Grove Street
Manchester, NH 03103

**Clm No 178399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nanxy Zboril**
1706 Wilcox
Crest Hill, IL 60435

**Clm No 178400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Walter Zdunczyk**
731 Eldred Street
Erie, PA 16511

**Clm No 178401**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Zealy**
2712 Carmel Avenue
Savannah, GA 31406-0000

**Clm No 178402**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Zedalis**
14 Bowdoin Street
Winthrop, MA 02152

**Clm No 178403**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Louis Zehms**
3972 Champeau Road
New Franken, WI 54229

**Clm No 178404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucille Zeigler**
Rt 3 Box 358 Island Road
Savannah, GA 31406

**Clm No 178405**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Marget Zeilik**
2816 Pintado Circle
Santa Fe, NM 87507

**Clm No 178406**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2803 of 3075

---

**Michael Zemlik**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178407**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Edward Zemljak**
320 Blacktail Canyon
Butte, MT 59701

**Clm No 178408**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Jurgen Ziegler**
1938 Kendall Avenue
North Pole, AK 99705

**Clm No 178409**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 6-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Tina M. Ziencina**
62 Crest Street
Ludlow, MA 01056

**Clm No 178410**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Zieseniss**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bouldton,, Howard**
P.O. Box 579
Danville, VA 24543

**Clm No 178412**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**Frank Zimmerman**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Zimmerman**
2038 Palm Street
Lot #328
Las Vegas, NV 89104-4818

**Clm No 178414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Maynard-Zimmerman**
8775 20th Street # 481
Vero Beach, FL 32966

**Clm No 178415**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Bruno Zimny**
5154 Canterbury Avenue
Portage, IN 46368

**Clm No 178416**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Panaway, Mary Ann**
38 Pearson Street
Wilkes Barre, PA 18706

**Clm No 178417**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Leren, Audrey**
4730 N 106th Street
Wauwatosa, WI 53225

**Clm No 178418**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 6-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Marguerite Zobka**
667 Franklin Street
Bondsville, MA 01009

**Clm No 178419**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marlow Zook**
P.O. Box 274
Vaughn, MT 59487

**Clm No 178420**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gertrude Zullinger**
P.O. Box 1657
Inverness, FL 34451

**Clm No 178421**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Aurel Zura**
c/o David Jagolinzer, Esq.
600 Brickell Avenue, Suite 3800
Miami, FL 33131

**Clm No 178422**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Zurofsky**
670 Davis Road
Lexington, TN 38351

**Clm No 178423**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrienne Zwetsloot**
38 Elinor Lane
Wells, ME 04090

**Clm No 178424**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carl Wright**
17900 Barney Dr.
Accekeek, MD 20607

**Clm No 178425**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          23-Sep-2015
Bar Date
Claim Face Value

---

**Betty Gomez**
148 Valley View Rd.
Georgetown, TX 78633

**Clm No 178426**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Sep-2015
Bar Date
Claim Face Value

---

**James Bryant**
4715 Collier
Beaumont, TX 77706

**Clm No 178427**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          24-Sep-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rebecca Morgan**
6732 19th Drive NE
Marysville, WA 98271

**Clm No 178428**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Sep-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Dayl Paris**
2912 Briar Lea Loop SE
Olympia, WA 98501

**Clm No 178429**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 24-Sep-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Wayne Robatcek**
5931 Valley View Ln.
Klamath Falls, OR 97601

**Clm No 178430**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ronald F. Abe**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178431**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Virgil Abe**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178432**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Absher Ronald**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178433**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ralph R. Ackernecht**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178434**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of James Frank Adams**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178435**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Charles W. Albert, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178436**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Stephanie M. Crockett P.R. of the Estate of Constantine Alexander**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178437**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Paul F. Tana P.R. of the Estate of Constantine Alexander**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178438**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Arutha Allen**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178439**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Richard W. Amos**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178440**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Stanely Anderson, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178441**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Wanda Barncord P.R. of the Estate of William M Anderson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178442**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Patsy J Kinser P.R. of the Estate of William M Anderson**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178443**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Jean E Andreas P.R. of the Estate of Karl R Andreas**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178444**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Anthony G. Anzick**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178445**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Kevin Arnold, Next of Kin, Estate of Ronnie L. Arnold**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178446**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**William G. Arnwine**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178447**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Pers. Rep. Pending, Estate of Glenn Aungst**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178448**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Virginia Y. Bach P.R. of the Estate of Henry Bach**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178449**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Angelo Baiaba**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178450**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Doretha Y. Baker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178451**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Richard D. Banks**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178452**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Sadie L. Barnett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178453**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**William T. Barrett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178454**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Phyllis Battles Johnson P.R. of the Estate of Albert H. Battle**

<u>Clm No 178455</u>          Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pamela B. Klima P.R. of the Estate of William D. Baynes**

<u>Clm No 178456</u>          Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rose Marie Beach P.R. of the Estate of Robert A. Beach**

<u>Clm No 178457</u>          Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Joseph G. Beahm**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178458**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jacob W. Beard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178459**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Norman E. Bechtel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178460**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

*Claims Details*

---

**Daryl Becker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178461**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard J. Bedingfield**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178462**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dawson H. Beers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178463**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Pers. Rep. Pending, Estate of Gladys Bell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178464**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**John Bendus**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178465**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Bryan G. Berlew**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178466**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Lisa J. Bernt P.R. of the Estate Of Leo J. Bernt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178467**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Pedro G. Billot**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178468**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Mark A. Biri**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178469**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Evelyn H. Bittner P.R. of the Estate of Charles E. Bittner**

**Clm No 178470**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Edward S. Black**

**Clm No 178471**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Yvette Landrum P.R. of the Estate of Everett Blackwell**

**Clm No 178472**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Clarence Blakely**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178473**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Sheila Roark P.R. of the Estate of Nellie Blevins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178474**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Roy Blevins P.R. of the Estate of Nellie Blevins**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178475**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Arbutus M Heishman P.R. of the Estate of Junior K Blizzard**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178476**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph A. Blout, Jr. P.R. of the Estate of Joseph A. Blout, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178477**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas G. Bodes**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178478**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Charles R. Bolden**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178479**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Stephen M. Boligitz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178480**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Patrick Bonner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178481**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Rodney T. Boone P.R. of the Estate of Ravon T. Boone**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178482**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Louise M. Booth P.R. of the Estate of George J. Booth, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178483**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph A. Botto, III**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178484**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Armand J. Volta Jr P.R. of the Estate of Eugene J. Bovello**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178485**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Eulease Bowman**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178486**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Michael Boyd**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178487**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

2830 of 3075

---

**Pers. Rep. Pending, Estate of John Boyle**

**Clm No 178488**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Bonnie Bradshaw Surviving Sp Estate Of Gary Bradshaw**

**Clm No 178489**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Angeline M. Pierce P.R. of the Estate of George W. Branch**

**Clm No 178490**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**John L. Brant P.R. of the Estate of Leroy Brant**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178491**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Sheryl Friend-Williams P.R. of the Estate of Luther Frank Braxton**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178492**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Frances Brechemin Surviving Sp Est. of Glen Brechemin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178493**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William Irvin Brenneman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178494**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James F. Brewer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178495**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Olester Brice**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178496**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ruth T. Milstred P.R. of the Estate of Myra Rose Bridgeman**

**Clm No 178497**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Susie Brock P.R. of the Estate of Peter Brock**

**Clm No 178498**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carolyn H. Brown**

**Clm No 178499**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Jeffrey E. Schlichting P.R.  Of the Estate of Edna L. Brown**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178500**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James E. Brown**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178501**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Crystal Brown P.R. of the Estate of Jerry Brown**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178502**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lawrence Brown, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178503**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Monte F. Brown**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178504**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Clarence K. Buckner**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178505**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Rosa M. Cruz P.R. of the Estate of Herberto Cruz Burgos**

**Clm No 178506**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Elaine Busfield, Surviving Sp. Est. of Alva Busfield**

**Clm No 178507**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Robert E. Buxton**

**Clm No 178508**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Roger Byington P.R. of the Estate of Jackie H. Byington**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178509**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

---

**Pers. Rep. Pending, Estate of Cleveland Byrdsong**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178510**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

---

**Henry V. Cambiotti, Jr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178511**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Joan E. Cameron P.R. of the Estate of David M Cameron**

**Clm No 178512**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Alberta Campbell**

**Clm No 178513**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**James T. Gayles P.R. of the Estate of Bernice M. Campbell**

**Clm No 178514**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Jeffrey Lee Campbell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178515**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gary L. Cannon**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178516**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul J. Carder P.R. Of the Estate of Paul Carder**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178517**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

2840 of 3075

---

**James Casseday**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178518**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Jeanette Certano P.R. of the Estate of Joseph D. Certano**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178519**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Clifford Chappell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178520**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

---

**Edward J. Cherkis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178521**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Jean B. Chilcote**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178522**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Sharon A. Childs P.R. of the Estate of Fred Childs**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178523**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Nancy Christoff P.R. of the Estate of Robert N. Christoff**

**Clm No 178524**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Cynthia C. McKellin P.R. of the Estate of John Chunko, Jr.**

**Clm No 178525**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Wayne Ciarpella**

**Clm No 178526**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Margaret M. Clark**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178527**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Larry W. Clowers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178528**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Harris Cobb P.R. of the Estate of Georgia Cobb**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178529**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Geraldine Coffman P.R. Of the Estate Of Samuel E. Coffman**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178531**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Ernesto Colon**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178532**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Patricia Coppinger P.R. Of the Estate Of Joseph Coppinger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178533**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**Mary Cornish**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178534**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

**James T. Cosgrove**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178535**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

**Lewis E. Coursen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178536**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Robert N. Cramer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178537**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Georgene R. Crockett P.R. Of the Estate Of William O. Crockett**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178538**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Diane Richter P.R. Of the Estate Of Vivian M. Curzi**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178539**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**William N. Mcclaren**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178540**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Lisa A. Clayton P.R. Of the Estate Of Vincent L. Mccord**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178541**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Mary E. Jones P.R. Of the Estate Of Elijah B. Mcdaniel, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178542**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Pers. Rep. Pending, Estate of Samuel McDowell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178543**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Leo W. Mcmillen, Sr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178544**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Agnes Rose McNally, S.N.D. P.R. Of the Estate Of John Mcnally**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178545**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Beverly A. Rider P.R. Of the Estate Of David E. Meadows**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178546**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**John H. Meckes**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178547**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Richard J. Menegus**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178548**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ronald W. Merryman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178549**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Glinna R. Michael P.R. Of the Estate Of Wilburn G. Michael**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178550**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Joseph S. Mickelson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178551**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2851 of 3075

---

**Harry E. Miles**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178552**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Glenn Franklin Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178553**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**George E. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178554**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James W. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178555**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Shirley Miller P.R. Of the Estate Of Merle M. Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178556**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Vincent Miller**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178557**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Donna J. Miller P.R. Of the Estate Of William J. Miller**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178558**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Kathleen Missouri**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178559**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Richard H. Mohr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178560**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Pers. Rep. Pending, Estate of Wade Montgomery**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178561**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**William D. Moon, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178562**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Danny J. Moore**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178563**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Patricia T. Moore P.R. Of the Estate Of Henry J. Moore**

**Clm No 178564**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donnetta C. Gingles P.R. Of the Estate Of Shirley Moses**

**Clm No 178565**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**John Mower**

**Clm No 178566**     Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2856 of 3075

---

**Vernon W. Mowry**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178567**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Thomas G. Mullin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178568**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Tammy M. Taylor P.R. Of the Estate Of Glenn H. Myers, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178569**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**James Nagle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178570**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Jeffrey C. Nagle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178571**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lawrence L. Nevitt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178572**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Pers. Rep. Pending, Estate of Joseph Newman**

**Clm No 178573**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Margie L. Northcraft P.R. Of the Estate Of William Earl Northcraft**

**Clm No 178574**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Pers. Rep. Pending, Estate of Theodore Novak**

**Clm No 178575**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Theodore P. Oakes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178576**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Hazel R. O'Brien P.R. Of the Estate Of Wayne A. O'Brien**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178577**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Sue A. Hurtt P.R. of the Estate Of Thomas L. Oglebay**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178578**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Pers. Rep. Pending, Estate of George Ohm**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178579**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert Oncheck**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178580**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**David J Onley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178581**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Bernard G Ours Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178582**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Donald Palmer**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178583**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Adrian Brown P.R. of the Estate of Louis Parham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178584**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2862 of 3075

---

**Royston L Parker**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178585**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Lorrie B. Rodski P.R. of the Estate of Norman B. Parrish**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178586**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Raymond James Patterson P.R. Of the Estate of Arthur Patterson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178587**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Dremalu Pavlesich Surv. Sp. Est. of Richard M Pavlesich**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178588**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Maurice Peterson  P.R. of the Estate of Levi Peterson, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178589**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Agnes E. Pesaresi Pers. Rep. Estate of Francis G. Pesaresi**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178590**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Anthony Pezzica**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178591**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Junior Pickens**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178592**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Andrew F Pingyar**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178593**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100            E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Nathan R Plowden Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178594**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Sharon M. Poole P.R. of the Estate of Allen J. Poole, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178595**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Edwin C Power**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178596**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Edward T Powers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178597**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Gaston E Powers**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178598**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Deborah C Logan P.R. of the Estate of Clarence C Pratt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178599**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Varnette D. Carr P.R. of the Estate of Ruby A. Prideaux**   **Clm No 178600**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Pers. Rep. Pending, Estate of Brenda Prince**   **Clm No 178601**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Randall W Prnce**   **Clm No 178602**   Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Robert L Pritts P.R. of the Estate of William Aaron Pritts**

**Clm No 178603**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Edward F. Pugh, Jr. P.R. of the Estate of Edward F. Pugh**

**Clm No 178604**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Gordon A. Pulley**

**Clm No 178605**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Alana C. Gaynor P.R. Of the Estate of Patrick Purbaugh, Jr.**

**Clm No 178606**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Robert Rainier Sr**

**Clm No 178607**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rhonda Lee Jones P.R. of the Estate of Robert B. Ralston, Jr.**

**Clm No 178608**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Marion H Randolph**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178609**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Isack Rapaport**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178610**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Barbara A. Rather P.R. of the Estate of Edward H. Rather**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178611**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Guy A Raybold**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178612**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Larry N Redemann P.R. of the Estate of Marion M Redemann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178613**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Larry G Reeder**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178614**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Thomas D Reenock**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178615**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**John M Reeser**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178616**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Clifford G Rehrig**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178617**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Sharon Kelmartin P.R. of the Estate of Clarence F Reinholdt**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178618**       Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Durrell Remaley**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178619**       Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul Fred Farrell P.R. of the Estate of Wilbert Rennie**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178620**       Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Arthur L Rice**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178621**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mille F. Rice P.R. Of the Estate of Paul M. Rice**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178622**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Thomas J Richmond**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178623**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**William Ronald Riggleman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178624**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ronald M Dallago**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178625**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Judith A. D'Amico P.R. of the Estate of Joseph P. D'Amico, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178626**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Charles Davidson Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178627**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Phyllis D. Ware P.R. of the Estate of Hillbrand C. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178628**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Homer E Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178629**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2877 of 3075

---

**James L.Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178630**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ricky D. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178631**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William S. Davis**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178632**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2878 of 3075

---

**Pers Rep. Pending, Estate of William Dean**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178633**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Richard D. Decarlo**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178634**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John L. Dewalt**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178635**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Wendy D. Teel P.R. Of the Estate Of Darrell Diehl**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178636**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Arlie B. Dolly, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178637**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Anthony P. Donofrio**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178638**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Eleanor R. Doolan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178639**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Donald T. Dougherty**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178640**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Richard Kenneth Duckworth**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178641**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**William E. Duckworth**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178642**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Michael E. Duffy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178643**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Patricia Duffy P.R. Of the Estate Of Paul G. Duffy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178644**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Lloyd Duncan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178645**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Cassandra Colon P.R. Of the Estate Of Richard P. Durfey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178646**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Linda Durham P.R. Of the Estate Of Willis M. Durham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178647**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Fred J. Ehrgott**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178648**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Margie Erkine P.R. Of the Estate Of Darrell E. Erskine**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178649**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gary W. Evans P.R. Of the Estate Of Joseph D. Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178650**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Norman J. Evans**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178651**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**William R. Fahnestock**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178652**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Florence Maccarthy, Esq For the Case of Frank Farrell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178653**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Robert Farrow**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178654**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**George W. Fawley, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178655**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gregory Clarence Fazenbaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178656**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**William G. Fazenbaker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178657**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending, Estate of Shirley Feagley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178658**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**William Feinberg**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178659**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Cynthia Y. Fenwick P.R. Of the Estate of David W. Fenwick**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178660**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Dennis G. Fertal**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178661**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Gerald L. Fike P.R. of the Estate Of Gloria Fike**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178662**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lee C. Fisher**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178663**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Gary L. Flanagan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178664**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Terrell E. Flanigan**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178665**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Jesus Flores**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178666**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Sharon Floyd P.R. Of the Estate Of Michael L. Floyd, Sr**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178667**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**John Folcarelli**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178668**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Clarence R. Forcino**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178669**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Carl H. Foster**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178670**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Edward Fowler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178671**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Eugene R. French**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178672**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Richard S. Frey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178673**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Jean E. Frey P.R. Of the Estate Of Richard D. Frey**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178674**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**George A. Fritz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178675**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert L. Fullington, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178676**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**DiVina C. Gallatin P.R. Of the Estate Of Henry Gallatin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178677**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Thomas J. Gallagher**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178678**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Elbert R. Gamble, Jr**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178679**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Paul N. Gangewere**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178680**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Ann Kelly P.R. of the Estate of Joseph A. Ganguzza**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178681**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Brian W. Gaugler**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178682**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Denise Gehring P.R. of the Estate of George J. Gehring, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178683**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Craig A. Geiger P.R. of the Estate of Robert L. Geiger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178684**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Steve W. Gerhart**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178685**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Harry C. Gerstenberg, Jr.**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178686**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**James B. Gheen**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178687**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Pers. Rep. Pending Estate of Rufus Gholson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178688**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Evelyn J. Gibby**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178689**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carolyn K. Gibson P.R. of the Estate of Caroline K. Gibson**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178690**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**John Brown P.R. of the Estate of Robert Gilbert**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178691**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**William A. Gilbert, Jr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178692**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Garlock Sealing Technologies LLC, et al.**

**Claims Details**

---

**Bernard J. Gillespie**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178693**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Lee F. Glab**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178694**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Eugene Glass**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178695**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Gwyna Tillman P.R. of the Estate of Sadie L. Goodall**

**Clm No 178696**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Ross H. Gordon**

**Clm No 178697**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Barbara L. Lubunyz P.R. of the Estate of Mary Graber**

**Clm No 178698**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Pers. Rep. Pending Estate of Durwood Graham**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178699**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Derek J. Graves**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178700**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Kelly W. Graves**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178701**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Kenneth Graves**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178702**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Ruth Gray P.R. of the Estate of Alonzo Gray**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178703**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Richard A. Gray P.R. of the Estate of Eric R. Gray**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178704**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Ronald A. Gregory**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178705**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Daniel A. Grissom, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178706**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Robert Gross Jr. Pers. Rep. Estate of Robert Gross**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178707**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rory Hahn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178708**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending Estate of Darrell Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178709**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Marguerite Hall P.R. of the Estate of Walter W. Hall**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178710**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**Jeffery Halleman P.R. of the Estate of Charles Halleman**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178711**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Martin Hammond**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178712**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Thomas Hanley**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178713**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**George M. Hanna**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178714**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Michael Hanson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178715**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Janice L. Harden P.R. of the Estate of Donald Ray Harden**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178716**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2906 of 3075

---

**Lorraine J. Scott P.R. of the Estate of John Hardin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178717**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ruby Jean Hardy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178718**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Sylvia M. Hardy P.R. of the Estate of Lorenzo M. Hardy**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178719**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Floyd Harkinson**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178720**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Robert K. Harnsberger P.R. of the Estate of Robert K. Harnsberger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178721**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Thomas A. Harnsberger P.R. Of the Estate of Robert K. Harnsberger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178722**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Leon Harris**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178723**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Betty Lou Hartman P.R. of the Estate of Francis A. Hartman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178724**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Robert E. Hartranft**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178725**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Drusilla Pierce P.R. of the Estate of David Edward Hawkins**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178726**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Alta J. Hedish P.R. of the Estate of John Hedish**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178727**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Lamar Hedrick**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178728**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dennis W. Hein**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178729**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard D. Helmick**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178730**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Mitchell Herman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178731**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2911 of 3075

---

**Philip L. Herman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178732**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Richard Hermann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178733**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Carl A. Hess**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178734**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2912 of 3075

---

**James F. Hickman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178735**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James W. Hoffert P.R. of the Estate of Terry J. Hoffert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178736**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending Estate of Sylvia Hoffman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178737**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2913 of 3075

---

**Jodi Leigh Holland, Next of Kin, Estate of Max Holland**

**Clm No 178738**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Ethel Hollenbach Surv. Sp. Est. of Barry R. Hollenbach**

**Clm No 178739**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**James H. Horne, Jr.**

**Clm No 178740**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James Franklin Houston**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178741**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Wayne D. Howard**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178742**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Lawrence A. Hughes**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178743**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Pers. Rep. Pending Estate of Jerry Hunley**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178744**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Elmer L. Hurd, Jr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178745**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Anne Marie Coakley P.R. of the Estate of Rose Marie Hurdle**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178746**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Mark James Irving, Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178747**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Howard J. Jacobs**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178748**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Mildred E. Jefferson P.R. of the Estate of David Jefferson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178749**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Carol J. Jenkins P.R. of the Estate of Clifton J. Jenkins, Sr.**

**Clm No 178750**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Kenneth M. Jenkins**

**Clm No 178751**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

---

**Leonard N. Jenkins**

**Clm No 178752**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015

Bar Date

Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Daniel F. Job P.R. Of the Estate of Foster Job**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178753**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**John Johnson P.R. of the Estate of Treva E. Johnson**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178754**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Marshall D. Jones, Jr. P.R. of the Estate of Marshall D. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178755**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**Thomas G. Jones**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178756**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Mary Ann Kametz P.R. of the Estate of John M. Kametz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178757**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**James R. Kates**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178758**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**James T. Kauffman P.R. of the Estate of Richard W. Kauffman, Sr.**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178759**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James Thomas Kegg**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178760**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Mary E. Sariti P.R. of the Estate of James V. Kennedy**

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178761**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

| **James V. Kennedy P.R. Of the Estate of James V. Kennedy** | **Clm No 178762** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

| **Michael D. Kennedy** | **Clm No 178763** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

| **Catherine Miller P.R. of the Estate of Raymond Faye Kiddy** | **Clm No 178764** | Filed In Cases: 607 | |
|---|---|---|---|
| c/o Law Offices of Peter G. Angelos, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Paul M. Matheny | | | |
| 100 North Charles St., 22nd Flr | UNS | Unknown | |
| Baltimore, MD 21201 | | | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Eva K. Kidwell**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178765**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Jimmy Richards P.R. of the Estate of Joe P. Kincaid**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178766**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Marion Kintz P.R. of the Estate of John Kintz**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178767**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**John C. Koch**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178768**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Miles C. Koger**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178769**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending Estate of Eric Kokosinski**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178770**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Cleo V. Kollmann**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178771**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**John D. Kontorousis**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178772**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Florence E. Kratochvil P.R. of the Estate of William A. Kratochvil**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178773**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**Eugene Krumenacker**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178774**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Dorothy Kuhn P.R. of the Estate of Alva W. Kuhn**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178775**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Doris Kunsman**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178776**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Nancy Labert P.R. of the Estate of Thomas Labert**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178777**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**William R. Lease**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178778**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Kaleva Leino**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178779**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**William R. Lerch Jr. P.R. of the Estate of William R. Lerch**

**Clm No 178780**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending Estate of Francis Letterio**

**Clm No 178781**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rhona Case P.R. of the Estate of Carl A. Lewis**

**Clm No 178782**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**William L. Pepple P.R. of the Estate of Kenneth R. Lewis**

**Clm No 178783**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Doris Lillard**

**Clm No 178784**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Robert A. Limons**

**Clm No 178785**    Filed In Cases: 607

c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

2929 of 3075

---

**John H. Little**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178786**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Donna Lobach-Berger P.R. of the Estate of Walter W. Lobach**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178787**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Paul Lonscak**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178788**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Garry H. Lovely**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178789**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**James E. Loving, Jr. P.R. of the Estate of James E. Loving Sr.**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178790**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Paul J. Lupcho**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178791**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Raymond E. Crawford P.R. of the Estate of Oliver N. Lynch**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178792**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Elaine Malloy P.R. of the Estate of Robert F. Malloy**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178793**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Elizabeth Manger P.R. of the Estate of Wayne Manger**

c/o Law Offices of Peter G. Angelos, P.C.

Attn: Paul M. Matheny

100 North Charles St., 22nd Flr

Baltimore, MD 21201

**Clm No 178794**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| | |
| --- | --- |
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**Pers. Rep. Pending Estate of Theodore Mann**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178795**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Melissa C. Ward P.R. of the Estate of Robert J. Mannel**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178796**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

**Sammy N. Martin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178797**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367
Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com
PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Steven J. Martin**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178798**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Carl O. May**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178799**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

---

**Pers. Rep. Pending Estate of Camillus Mays**
c/o Law Offices of Peter G. Angelos, P.C.
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178800**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            5-Oct-2015
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**ANGELO NARO**
Attn: DEIRDRE WOULFE PACHECO, ESQ.
C/O WILENTZ, GOLDMAN & SPITZER
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE, NJ 07095

**Clm No 178801**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**EVA CRUICKSHANK, PERS. REP. FOR DAVID L. CRUICKSHANK, JR.**
DAVID L. CRUICKSHANK JR.
C/O BRAYTON PURCELL, LLP.
222 RUSH LANDING ROAD
NOVATO, CA 94948-6169

**Clm No 178802**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**EVERETT LEVAR COLLIER, DECEASED**
C/O REAUD, MORGAN & QUINN, LLC
P.O. BOX 26005
BEAUMONT, TX 77720-6005

**Clm No 178803**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JIMMIE RAY SONNIER, DECEASED**
C/O REAUD, MORGAN & QUINN, LLC
P.O. BOX 26005
BEAUMONT, TX 77720-6005

**Clm No 178804**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**BILLY RAY TRAHAN, SR. DECEASED**
C/O REAUD, MORGAN & QUINN, LLC
P.O. BOX 26005
BEAUMONT, TX 77720-6005

**Clm No 178805**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**WARREN LEE GRIFFITH, DECEASED**
C/O REAUD, MORGAN & QUINN, LLC
P.O. BOX 26005
BEAUMONT, TX 77720-6005

**Clm No 178806**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**EDWARD SPRAYBERRY**
C/O ENVIRONMENTAL ATTORNEYS GROUP
4000 EAGLE POINT CORPORATE DRIVE
BIRMINGHAM, AL 35242

**Clm No 178807**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            6-Oct-2015
Bar Date
Claim Face Value

---

**DOLORES WASHINGTON BY STAR MARTIN**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178808**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            14-Oct-2015
Bar Date
Claim Face Value

Amend Claim No  179243

---

**DEWEY H. ROWE, JR. BY DOROTHY ROWE**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178809**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            14-Oct-2015
Bar Date
Claim Face Value

Amend Claim No  179252

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**ROBERT CARTER**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O.BOX 22929
JACKSON, MI 39225

**Clm No 178810**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            14-Oct-2015
Bar Date
Claim Face Value

Amend Claim No  179251

---

**JOHNNIE SHAW BY VICTORIA M. SHAW**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O.BOX 22929
JACKSON, MI 39225

**Clm No 178811**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            14-Oct-2015
Bar Date
Claim Face Value

Amend Claim No  179250

---

**JOSH MINOR**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O.BOX 22929
JACKSON, MI 39225

**Clm No 178812**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            14-Oct-2015
Bar Date
Claim Face Value

Amend Claim No  179248

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**NEAMIE MURRAY BY MARIE MURRAY**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178813**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

Amend Claim No  179249

---

**JAMES C. OLIVER BY DOROTHY OLIVER**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178814**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

Amend Claim No  179247

---

**JIMMIE JONES**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178815**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

Amend Claim No  179246

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**PAUL E. WHITFIELD BY MILDRED WHITFIELD**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178816**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             14-Oct-2015
Bar Date
Claim Face Value

Amending Claim No  179245

---

**TILOUS SMITH**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
P.O. BOX 22929
JACKSON, MI 39225

**Clm No 178817**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             14-Oct-2015
Bar Date
Claim Face Value

Amending Claim No  179244

---

**RUDY PEREZ**
271 MILLPOINT PL.
SALT LAKE CITY, UT 84115

**Clm No 178818**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             14-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**THOMAS E. GUE**
C/O LAW OFFICES OF PETER G. ANGELOS, P.C
Attn: Paul M. Matheny
100 North Charles St., 22nd Flr
Baltimore, MD 21201

**Clm No 178821**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**BRIAN LEE WATSON**
408 N. CAVENDISH ST.
QUEEN VALLEY, AZ 85118

**Clm No 178822**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 30-Sep-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**ANDRE LACOMBE**
31-635 PAUL-DOYON
BOUCHERVILLE, QC J4B 0A8
CANADA

**Clm No 178823**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| Date Filed | 5-Oct-2015 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**RICK L. MARSHALL**
990 LITTERAL FK RD
SAWYERSVILLE, KY 41465

**Clm No 178824**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 21-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Jocelyn Senechal**
1746 Maxwell
Jonquiere, QC G7S 3I5
Canada

**Clm No 178825**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 4-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Edward P. Pienta**
22483 Wood Branch Road
Gerogetown, DE 19947

**Clm No 178826**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--|--|
| Date Filed | 14-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

2942 of 3075

---

**Charles J. Carrone, Sr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178827**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Roy T. Plaisance**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178828**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Henry Patrolia**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178829**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2943 of 3075

---

**Felix A. Oubre**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178830**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            28-Oct-2015
Bar Date
Claim Face Value

---

**William A. Oddo, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178831**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            28-Oct-2015
Bar Date
Claim Face Value

---

**Mary L. Morvant**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178832**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            28-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2944 of 3075

---

**Louis M. Mohr**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178833**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Donnell J. Mire**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178834**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Paul O. Miller**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178835**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Lloyd A. Mahe**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178836**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Joseph L. Lirette, Sr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178837**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Joseph Laporte**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178838**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Frank V. Lapeyrolerie**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178839**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Merlin P. Landry**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178840**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Sam Klack**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178841**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**Otto King**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178842**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

**John Johnson, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178843**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

**John S. Jacobsen, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178844**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**Newal Hunter**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178845**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Donald N. Hebert**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178846**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Douglas L. Hayes**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178847**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**George Harvey**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178848**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Howard Hardenstein**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178849**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Henry L. Harden, Sr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178850**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

**Jimmy D. Hall, Sr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178851**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Louis Genusa**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178852**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Stanley J. Gaudet, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178853**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Carl Ford**

c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178854**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Iris Falgoust**

c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178855**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Templeton Evans**

c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178856**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          28-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

## *Claims Details*

**George Dubea**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178857**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Beverly Dowdle**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178858**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**John DiMiceli, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178859**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Alga Crowe**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178860**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        28-Oct-2015
Bar Date
Claim Face Value

---

**Albert Coulter**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178861**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        28-Oct-2015
Bar Date
Claim Face Value

---

**Nita Constant**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178862**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        28-Oct-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**Pauline Citizen**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178863**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Terry J. Charrier**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178864**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Charles Catalanotto**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178865**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Stephen A. Buquoi**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178866**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rufus Blow, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178867**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Melvin J. Ballard, III**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178868**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Luby A. Baio**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178869**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**John E. Bacques, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178870**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Leonard Abadie, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178871**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Dave Punch**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178872**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Jereiana Relf**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178873**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Julian Rivera**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178874**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**John R. Roucher, Sr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178875**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Gerald Schexnayder**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178876**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Neva Schexnayder**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178877**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Clarence C. Scott**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178878**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Deborah A. Searcy**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178879**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Dannal Sharp**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178880**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2960 of 3075

---

**Ernest J. Watson, Jr.**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178881**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Charles F. Wusthoff**
c/o Landry & Swarr, LLC
Attn: Mickey P. Landry
1010 Common St., Suite 2050
New Orleans, LA 70112-2459

**Clm No 178882**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Oct-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Alexander Starks**
Calvin L. Goodwin
205 Sunset Drive
Rock Hill, SC 29730

**Clm No 178883**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 9-Nov-2015 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Joseph W. Grier**
101 N. Tryon Steet, Suite 1240
Charlotte, NC 28246

**Clm No 178884**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          1-Jul-2015
Bar Date
Claim Face Value

---

**David Gold**
510 Ave. J.
Brooklyn, NY 11230

**Clm No 178885**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          7-Dec-2015
Bar Date
Claim Face Value

Duplicate Claim No   179022

---

**ERROL SHEEHY**
5555 CHEMIN SAINT-ANDRE, RR NO. 2
JONQUIERE, QUEBEC, G7X 7V4
CANADA

**Clm No 178886**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          7-Dec-2015
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**ART CHARLEBOIS**
1647 DOLLARD AVE.
SUDBURY, ONTARIO, P3A 4H1
CANADA

**Clm No 178887**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 7-Dec-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**PAT WILLIAMSON**
6143 12TH AVE.
NEW PRT RICHEY, FL 34653-5225

**Clm No 178888**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Nov-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORMA B. HENSLEY**
RE: RENFORD LEE HENSLEY
1039 MANORWOOD DR.
KERNERSVILLE, NC 27284

**Clm No 178889**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 16-Nov-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2963 of 3075

---

**LARRY E. WALDEN**
P.O. BOX 500-149502
GRADY, AR 71644

**Clm No 178890**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 16-Nov-2015 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Kenneth Harvey Jr**
103 Meadowlark Circle
Savannah, GA 31419

**Clm No 178893**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Michael Haskins**
3495 Collins Rd
Syracuse, NY 13215

**Clm No 178894**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| Date Filed | 2-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Ronald Lahr**
756 E. Montana Ave.
St Paul, MN 55106

**Clm No 178895**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 2-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**JAMES WHITLOW**
970 Angela
Diana, TX 75640

**Clm No 178896**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Marie Church**
4 Bennett Lane
Unit C
Norwalk, OH 44851

**Clm No 178897**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Shirlee J. Ferguson**
1737 Oakdale NW
Warren, OH 44485

**Clm No 178898**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Flora L. Hannan**
671 Landis Road
Freedom, PA 15042

**Clm No 178899**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Scott Montgomery**
P. O. Box 21
Watertown, MN 55388

**Clm No 178900**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Sandra I. Lopez**
7409 Serrano Ter
Delray Beach, FL 33446

**Clm No 178901**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value        $0.00

---

**Betty June Scott**
P. O. Box 205
Bridgeport, OH 43912

**Clm No 178902**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value        $0.00

---

**Jerry Jones**
1141 Calvert Beach Rd
St. Leonard, MD 20685

**Clm No 178903**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value        $0.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

**BETTY ELLERMAN**
5306 HAMLET AVE.
BALTIMORE, MD 21214

**Clm No 178904**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

**JANEEN NORRIS**
9005 NAYGALL RD.
BALTIMORE, MD 21234

**Clm No 178905**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

**WILLIAM JUDY**
110 WEST RD.
Suite #435
TOWSON, MD 21204

**Clm No 178906**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Sheryl Armstrong**
4000 Gypsy Lane
Apt 104
Philadelphia, PA 19129

**Clm No 178907**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Vincent D'Amico**
55 Dorchester Drive
Southampton, NJ 08088

**Clm No 178908**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Charles Hogan**
4212 Comly Street
Philadelphia, PA 19135

**Clm No 178909**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

## Claims Details

**Michael D'ignazio**
67 Todmorden Drive
Rose Valley, PA 19086

**Clm No 178910**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Betty McKeown**
417 Lincoln Avenue
Collingswood, NJ 08108

**Clm No 178911**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Catherine Price**
17 Kendall Blvd.
Oaklyn, NJ 07107

**Clm No 178912**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Bertha King**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178913**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $0.00

---

**Frederick Breaux**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178914**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $0.00

---

**Dorothy Jefferson**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178915**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed           6-Oct-2015
Bar Date
Claim Face Value     $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Betty Dyson**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178916**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

---

**Patsy Fornea**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178917**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

---

**Joseph Martin**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178918**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed        6-Oct-2015
Bar Date
Claim Face Value        $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

**Eddie Moses**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178919**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**Warren Pittman**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178920**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**John Roscoe**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178921**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**Louis Smith**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178922**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**Esther Stevens**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178923**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**Frank Strahan**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178924**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          6-Oct-2015
Bar Date
Claim Face Value          $0.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**Rufus Thomas**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178925**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Wiley Wilson**
516 N. Columbia St.
Covington, LA  70433

**Clm No 178926**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| Date Filed | 6-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**HEATHER N. ALEXANDER**
10061 DONALD LANE
GRANGER, IN 46530

**Clm No 178927**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**FEDERICO ALVARADO**
7339 ROSCOMMON LANE
DAVISON, MI 48423

**Clm No 178928**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**KIM AMES**
21961 AVON
OAK PARK, MI 48237

**Clm No 178929**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**MICHAEL BALENGER**
1505 DAKOTA AVENUE
GLADSTONE, MI 49837

**Clm No 178930**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**KAREN S. BALLARD**
5612 JEFFERSON ROAD
NORTH BRANCH, MI 48461

**Clm No 178931**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**MARLENE BARTON**
2677 BRADY ROAD
LUPTON, MI 48635

**Clm No 178932**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**JAMES BASAR,**
6990 AMES ROAD
PARMA, OH 44129

**Clm No 178933**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**THOMAS BENNETT**
6221 OAKHURST DRIVE
YPSILANTI, MI 48197

**Clm No 178934**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**SHENITA SMITH**
16300 W. 9 MILE ROAD,APT. 508
SOUTHFIELD, MI 48075

**Clm No 178935**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**DONNA BOWERS**
5005 MARCIEL DRIVE
ELIDA, OH 45807

**Clm No 178936**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ANNIA BANKS**
3004 RIDGECLIFFE DRIVE
FLINT, MI 48532

**Clm No 178937**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**RANDALL BRYAN**
21564 GREGORY
DEARBORN, MI 48124

**Clm No 178938**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**DONNA M. BURNS**
2500 HUFFORD AVENUE NW
GRAND RAPIDS, MI 49544

**Clm No 178939**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MICHAEL CANADA**
8370 LAKEVIEW DRIVE
YPSILANTI, MI 48198

**Clm No 178940**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**JAMES CHAMPION**
165 PALISADES DRIVE,APARTMENT 506
UNIVERSAL CITY, TX 78148

**Clm No 178941**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**SHIRLEY M BUTLER**
8411 CASSTOWN CLARK ROAD
CASSTOWN, OH 45312

**Clm No 178942**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**NINA E. CLOSURDO**
21050 33 MILE ROAD
ARMADA, MI 48005

**Clm No 178943**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

**LINDA COLEMAN**
213 S. SMITH STREET
EL DORADO, AR 71730

**Clm No 178944**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

**WARREN CORNOCK**
3688 OLD CREEK ROAD
ROCHESTER HILLS, MI 48307

**Clm No 178945**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

2981 of 3075

---

**DEBRA L. CRAWFORD**
P.O. BOX 362
CLAY CITY, KY 40312

**Clm No 178946**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**MICHAEL CRIBBINS**
11705 S. BLOCK ROAD
BIRCH RUN, MI 48415

**Clm No 178947**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**RICK DANGERFIELD**
1789 MT. ZION ROAD
ASHLAND CITY, TN 37015

**Clm No 178948**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

2982 of 3075

---

**ROSEANNE DETTLING**
2530 WATTS MILL RD
LINEVILLE, AL 36266

**Clm No 178949**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**JESSICA PARKS**
2445 WESTWOOD NORTHERN BLVD
APT. 6
CINCINNATI, OH 45211

**Clm No 178950**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**YOLANDA D. HAWTHORNE**
33330 S. MANOR DRIVE,APT. 104
FARMINGTON, MI 48336

**Clm No 178951**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ULYSESS FIELDS**
5500 MCCLELLAN STREET,APT. 124
DETROIT, MI 48213

**Clm No 178952**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**LOREN FROST**
2036 S. GENESEE ROAD
BURTON, MI 48519

**Clm No 178953**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**EARNEST GATHING**
829 N. PARK STREET
KALAMAZOO, MI 49007

**Clm No 178954**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**MAKEVA REED**
3152 RACETRACK ROAD
DIBERVILLE, MS 39540

**Clm No 178955**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**JUNE A GILLHESPY**
619 HOGAN
GRAND RAPIDS, MI 49507

**Clm No 178956**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**KAREN L. GREEN**
11570 BEHLKE RD
FIFE LAKE, MI 49633

**Clm No 178957**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**RAYMOND GREENWOOD**
1645 THALIA AVENUE
YOUNGSTOWN, OH 44514

**Clm No 178958**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**JAMES HAMMOND**
18405 FITZPATRICK STREET,APT. 207
DETROIT, MI 48228

**Clm No 178959**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**TERRY R. HARRIS**
1909 THUNDERBIRD BOULEVARD
EDMOND, OK 73013

**Clm No 178960**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**TERRY R. HARRIS**
1909 THUNDERBIRD BOULEVARD
EDMOND, OK 73013

**Clm No 178961**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed      5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**ALICE E. HARTSELL**
1395  OAK HILL DRIVE
ALGER, MI 48610

**Clm No 178962**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed      5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**ARTHUR HARVEY**
3325 W. WARREN STREET
DETROIT, MI 48208

**Clm No 178963**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed      5-Oct-2015
Bar Date
Claim Face Value      $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**LOUIS HATTEMER**
14495 YALE STREET
LIVONIA, MI 48154

**Clm No 178964**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**CHARLES HAY**
914 W. TAYLOR STREET
EL DORADO, AR 71730

**Clm No 178965**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**GERALD HENRY**
14154 HOBART AVENUE
WARREN, MI 48089

**Clm No 178966**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed        5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**ROBERT HENRY**
9250 BATAAN DRIVE
ST. LOUIS, MO 63134

**Clm No 178967**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**TERESA HENSLEY**
P.O. BOX 261
HARROGATE, TN 37752

**Clm No 178968**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**DEBORAH A. HILL**
20617 WILLIAMSBURG COURT
HARPER WOODS, MI 48225

**Clm No 178969**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**OTIS HOLMES**
6083 SILVERBROOK WEST
WEST BLOOMFIELD, MI 48322

**Clm No 178970**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**CLAYVENE HORTON**
232 APPLETREE LANE
WEST COLUMBIA, SC 29170

**Clm No 178971**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**SHERRY CONINE**
25775 P DRIVE SOUTH
HOMER, MI 49245

**Clm No 178972**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**ANNIE L. JACKSON**
513 S. 26TH STREET
SAGINAW, MI 48601

**Clm No 178973**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

---

**TONYA YARBROUGH**
18698 SCHAFER
DETROIT, MI 48235

**Clm No 178974**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

---

**LORRAINE E. JOHNSON**
34567 ELMWOOD, APT 704
WESTLAND, MI 48185

**Clm No 178975**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**SYLVIA E. JOHNSON**
18109 LOTUS DRIVE
CLEVELAND, OH 44128

**Clm No 178976**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**SANDRA L. JONES**
9762 BLOOMSBURG CIRCLE
NORTHVILLE, MI 48167

**Clm No 178977**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**JIHAN MOCKRIDGE**
6475 OBISPO AVE.
LONG BEACH, CA 90805

**Clm No 178978**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**MICHAEL KENT,**
26332 WARRINGTON STREET
DEARBORN HEIGHTS, MI 48127

**Clm No 178979**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**MARY D. BLEDSOE-LEAVETTE**
7851 KLEIN
DETROIT, MI 48211

**Clm No 178980**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**JOSEPH E. LINKE**
6730 MUNGER ROAD
YPSILANTI, MI 48917

**Clm No 178981**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed       | 5-Oct-2015 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $0.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**JAMES MCDONALD**
1669 VINE AVENUE
MUSKEGON, MI 49442

**Clm No 178982**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**WILLIAM McKENNA**
P.O. BOX 5051
ARIZONA CITY, AZ 85123

**Clm No 178983**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**MICHELLE HAMLIN**
2053 WEST U AVENUE
SCHOOLCRAFT, MI 49087

**Clm No 178984**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

2994 of 3075

---

**JACKIE MILLER**
5708 GIBSON ROAD
VICKSBURG, MS 39180

**Clm No 178985**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

---

**RUTH A. MIRACLE**
1656 LORAIN STREET,  #301
MONROE, MI 48162

**Clm No 178986**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

---

**JOHN MIRLING**
30107 S. STOCKTON DRIVE
FARMINGTON HILLS, MI 48336

**Clm No 178987**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Claims Details*

**JOHN MORGAN**
750 #2 KEENWAY CIRCLE
KALAMAZOO, MI 49003

**Clm No 178988**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

**ROBERT MULLINS**
11482 PORTLANCE STREET
DETROIT, MI 48205

**Clm No 178989**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

**JAMES OAKES**
15700 HIGHWAY 183
MARION, AL 36756

**Clm No 178990**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

Date Filed          5-Oct-2015
Bar Date
Claim Face Value          $0.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**DANIEL O'DELL**
24636 PRINCETON STREET
DEARBORN, MI 48124

**Clm No 178991**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**GEORGE OLIVER**
1644 N. KNIGHT ROAD
ESSEXVILLE, MI 48732

**Clm No 178992**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**VALERIA D. PENN**
11748 TRAILWOOD STREET
VICTORVILLE, CA 92392

**Clm No 178993**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**BRYAN PETERS**
31531 CHESTER
GARDEN CITY, MI 48135

**Clm No 178994**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**NORMA J. REYES**
19255 HARLOW STREET
MELVINDALE, MI 48122

**Clm No 178995**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**RENÉ C. RUSHLOW**
11660 TELEGRAPH ROAD
CARLETON, MI 48117

**Clm No 178996**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

**RONALD SALADA**
21070 S. NUNNELEY
CLINTON TOWNSHIP, MI 48035

**Clm No 178997**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**JUANITA SANCHEZ**
4105 ROHR ROAD
ORION, MI 48359

**Clm No 178998**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**RUTH SANKER**
106 FOREST PARK COURT
PRUDENVILLE, MI 48651

**Clm No 178999**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

**Claims Details**

---

**ROBERT SHANKIE**
16500 QUARRY ROAD, APT. 155
SOUTHGATE, MI 48195

**Clm No 179000**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**MICHAEL SIFTER**
35316 WEBSTER STREET
WESTLAND, MI 48185

**Clm No 179001**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**MARGARET M. SMITH**
3893 ORR DRIVE, APT. 1B
NORTH BRANCH, MI 48461

**Clm No 179002**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

Date Filed         5-Oct-2015
Bar Date
Claim Face Value       $0.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

**Claims Details**

---

**WALTER SMITH**
PO BOX 79
LUZERNE, MI 48636

**Clm No 179003**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**CHARLES STABILE**
4838 NIAGARA STREET
WAYNE, MI 48184

**Clm No 179004**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**LARRAINE P. STEWART**
12026 SOUTHGATE DRIVE
PLAINWELL, MI 49080

**Clm No 179005**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

3001 of 3075

---

**SHEILA L. THOMAS**
P.O. BOX 854
DAVENPORT, OK 74026

**Clm No 179006**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**STARLENE MARTZ**
16716 MANSFIELD STREET
DETROIT, MI 48235

**Clm No 179007**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**RAMON TREVINO**
7707 SECOR ROAD
LAMBERTVILLE, MI 48144

**Clm No 179008**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

**WILLIE TURNER**
14876 CRUSE STREET
DETROIT, MI 48227

**Clm No 179009**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**MARGARET R. WAGGONER**
1531 TIMBERCREST WAY
CRYSTAL RIVER, FL 34429

**Clm No 179010**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**MONICA WARD**
303 DEEPWOOD LANE
AMHERST, OH 44001

**Clm No 179011**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| | |
|--|--|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

3003 of 3075

---

**JAMES WATKINS**
11319 R DRIVE S, BOX 34
BURLINGTON, MI 49029

**Clm No 179012**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**JEANETTE ROBINSON**
713 16TH STREET SOUTH
BESSEMER, AL 35020

**Clm No 179013**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**PHILIP WENZEL**
2413 TWILIGHT STREET
JACKSON, MI 49203

**Clm No 179014**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**TIMOTHY L. WHEELER**
14158 POND BLUFF DR
BELLEVILLE, MI 48111

**Clm No 179015**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**DENNIS WIECHERT**
210 WEAVER DRIVE
HOUGHTON LAKE, MI 48629

**Clm No 179016**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**VENDETTA WILLIAMS**
48552 GLADSTONE ROAD
CANTON, MI 48188

**Clm No 179017**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**SHAR-REE A. MADDOX**
5061 N. 49TH STREET
MILWAUKEE, WI 53218

**Clm No 179018**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**PATRICIA D. WITHEM**
303 WOODLAWN DRIVE
TIPP CITY, OH 45371

**Clm No 179019**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**DENNIE WITHERSPOON**
11809 NEVINS ROAD
MOUNDVILLE, AL 35474

**Clm No 179020**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 5-Oct-2015 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JOHN A. YOUNG**
200 JAKWAY AVENUE
BENTON HARBOR, MI 49022

**Clm No 179021**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 5-Oct-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**DAVID GOLD**
510 AVE J
BROOKLYN, NY 11230

**Clm No 179022**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 7-Dec-2015 |
| Bar Date | |
| Claim Face Value | |
| Duplicate Claim No | 178885 |

---

**Kenneth Emmons**
119 Quiet Lane
Carbondale, IL 62901

**Clm No 179023**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 30-Sep-2015 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Charles D. Koller**
294 Hamby Lane
Walshville, IL 62091

**Clm No 179024**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

| Date Filed | 30-Sep-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**Leroy E. Feldman**
2716 W. Delmar Lt 3
Godfrey, IL 62035

**Clm No 179025**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

| Date Filed | 30-Sep-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**Terrence Barry**
718 Bull Valley
St. Charles, MO 63304

**Clm No 179026**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $0.00              |                    |
|       | $0.00              |                    |

| Date Filed | 30-Sep-2015 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**Mr. Henry Frank Pocan**
P.O. Box 8001111 North Road
P.O. Box 800
Mauston, WI 53948-0800

**Clm No 179027**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| SEC | $87,850,895.00 | $0.00 |
| PRI | $85,269,992.00 | $0.00 |
| UNS | $5,223,490.47 | |
| | $178,344,377.47 | $0.00 |

| Date Filed | 4-Jan-2016 |
| Bar Date | |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

Claim Face Value    $5,398,690.47

---

**Danny Hinson**
124 E. Fleming Farm Dr.
Youngsville, NJ 27596

**Clm No 179029**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | Unknown | |

| Date Filed | 7-Jan-2016 |
| Bar Date | |
| Claim Face Value | |

---

**JEFFREY W. KING**
5602 RAINTREE RIDGE
JEFFERSONVILLE, IN 47130

**Clm No 179032**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | Unknown | |

| Date Filed | 21-Mar-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**NEIL J. RIORDAN, JR.**
863 PLAINFIELD/NAPERVILLE ROAD
NAPERVILLE, IL 60540

**Clm No 179212**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 23-Sep-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ELIGER TUGLER, JR.**
202 LEE ST.
WEST MONROE, LA 71291

**Clm No 179213**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| PRI | $2,856.00 | $0.00 |
| SEC | $2,000,000.00 | $0.00 |
| UNS | Unknown | |
| SEC | Unknown | $0.00 |
| PRI | Unknown | $0.00 |
| | $2,002,856.00 | $0.00 |

| Date Filed | 11-Apr-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $2,000,000.00 |

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |

---

**JAMES J. TENANT**
16491 E. BERRY PL.
CENTENNIAL, CO 80015

**Clm No 179214**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 13-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOSEPH T. SMITH, JR**
3787 TOMMY RD
JENNINGS, LA 70546

**Clm No 179215**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 18-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OLIVER N. HARRIS III**
103 JEANIE AVE
BLACK MOUNTAIN, NC 28711

**Clm No 179216**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $250,000.00 | |

| Date Filed | 18-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $250,000.00 |

---

**MICHAEL W. FORTNER**
166 PRIVATE DR. 2265
SOUTH POINT, OH 45680

**Clm No 179217**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**AUTRY EARL BARNEY PRO SE.**
517 CHERRY AVENUE
JACKSON, AL 36545

**Clm No 179218**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $100,000.00 | |

Date Filed        25-Oct-2016
Bar Date
Claim Face Value    $100,000.00

---

**GLEN ROBERT FLOYD**
4130 CLAY AVE
ST. LOUIS, MO 63115

**Clm No 179219**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $500,000.00 | |

Date Filed        20-Oct-2016
Bar Date
Claim Face Value    $500,000.00

---

**JAMES WILLIAM AHERN**
2925 N CAMPELL
CHICAGO, IL 60706

**Clm No 179220**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        28-Oct-2016
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ALBERT GONZALEZ**
1003 ELM ST
ROSEVILLE, CA 93678

**Clm No 179221**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          19-Oct-2016
Bar Date
Claim Face Value

---

**HENRY D. NAGLE**
P.O. BOX 164
WILSEYVILLE, CA 95257

**Clm No 179222**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
| PRI   | $3,025.00           | $0.00                |
|       | $3,025.00           | $0.00                |

Date Filed          7-Nov-2016
Bar Date

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

Claim Face Value

---

**NANCY OPPERMAN**
13680 HWY 28 WEST
VIENNA, MO 65582

**Clm No 179223**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| PRI   | Unknown             | $0.00                |
| UNS   | Unknown             |                      |
| SEC   | Unknown             | $0.00                |
|       |                     | $0.00                |

Date Filed          7-Nov-2016
Bar Date

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**HECTOR C. TREVINO**
20155 PRIEST ROAD
ELMENDORE, TX 78112

**Clm No 179224**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| PRI | $21,164.00 | $0.00 |
| UNS | Unknown | |
| | $21,164.00 | $0.00 |

| Date Filed | 10-Nov-2016 |
| Bar Date | |

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |

Claim Face Value    $21,164.00

---

**WILLIAM JOSEPH MYATT**
1849 HWY 83 WEST
HEMPHILL, TX 75948

**Clm No 179225**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| PRI | Unknown | $0.00 |
| UNS | Unknown | |
| | | $0.00 |

| Date Filed | 10-Nov-2016 |
| Bar Date | |

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |

Claim Face Value

---

**HENRY C. ADAMS**
655 S. SANGA RD
CORDOVA, TN 38018

**Clm No 179226**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**FRANK ROBERTSON, JR**
1116 MAREED AVE.
YAZOO, MS 39194

**Clm No 179227**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWIN P. HUBERT**
P.O. BOX 810
BAYCLIFF, TX 77518

**Clm No 179228**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES A. PIZZEY**
325 MT. CRANDELL W. #109
LETHBRIDGE, ALTA  TIK-629
CANADA

**Clm No 179229**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 16-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**Tracy Rhodes**

No Address

**Clm No 179230**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 28-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**ROY GUY**

130 RUE DIONNE

MATANE, QC G4W 1G6

CANADA

**Clm No 179231**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |
|       | $100,000.00        |                    |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $100,000.00 |

---

**ROBERT E. JOHNSON**

4550 JANCAR DRIVE

BEAUMONT, TX 77708

**Clm No 179232**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 28-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

3016 of 3075

---

**JOHNNIE REED**
2614 COCKRILL AVE
PINE BLUFF, AR 71601

**Clm No 179233**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**HENRY FRANK POCAN**
1111 North Road
P.O. Box 800
Mauston, WI 53948-0800

**Clm No 179234**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |
| | $480,000,000.00 | |

| Date Filed | 28-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $480,000,000.00 |

---

**RAYMOND J. JASZCZAK, JR.**
1091 GRABER RD
RED HILL, PA 18076

**Clm No 179235**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 28-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**MILLER H. TABLER**
ATTN: MILLER H. TABLER
716 ANDOVER COURT
WINTER SPRINGS, FL 32708

**Clm No 179236**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 29-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HECTOR CARRIZALES TREVINO**
200 SPUR 113
TENGUE, TX 75860

**Clm No 179237**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
| PRI   | $16,200.00          | $0.00                |
|       | $16,200.00          | $0.00                |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $16,200.00 |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Gene Rinehart**
5106 S. Neenah Ave.
Chicago, IL 60638

**Clm No 179238**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**CALVIN CARTER**
3443 DENVER AVE.
LONG BEACH, CA 90810

**Clm No 179239**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | Unknown | |

| | |
|----|----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Francois Bush**
8 Sheepcamp Rd.
Dayton, NV 89403

**Clm No 179240**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| PRI | Unknown | $0.00 |
| UNS | $10,000.00 | |
| | $22,000.00 | $0.00 |

| | |
|----|----|
| Date Filed | 15-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**ROSIE L. COLEMAN**
164 SILVERVIEW CT.
VALLEJO, CA 94951

**Clm No 179241**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| SEC | $300,000,000.00 | $0.00 |
| UNS | $9,700,000,000.00 | |
| PRI | Unknown | $0.00 |
| | $10,000,000,000.00 | $0.00 |

| | |
|----|----|
| Date Filed | 2-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000,000,000.00 |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**BETTY WILLIAMS**
601 BROWN ST.
MONROE, NC 28110

**Clm No 179242**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $20,000.00 | |

| Date Filed | 2-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $20,000.00 |

---

**DOLORES WASHINGTON BY STAR MARTIN**
C/O LAW OFFICES OF DANNY E. CUPIT, PC
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179243**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

Amending Claim No  178808

---

**TILOUS SMITH**
C/O LAW OFFICES OF DANNY E. CUPIT
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179244**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

Amend Claim No  178817

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**PAUL WHITEFIELD BY MILDRED WHITFIELD**
C/O LAW OFFICES OF DANNY E. CUPIT
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179245**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amend Claim No  178816

---

**FLORENCE JONES BY JIMMIE JONES**
C/O LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179246**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amending Claim No  178815

---

**JAMES OLIVER BY DOROTHY OLIVER**
C/O LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179247**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amending Claim No  178814

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOSH MINOR**
C/O LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179248**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amending Claim No  178812

---

**NEAMIE MURRAY BY MARIE MURRAY**
C/O LAW OFFICES OF DANNY E. CUPIT
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179249**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amending Claim No  178813

---

**JOHNNIE SHAW BY VICTORIA SHAW**
C/O LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179250**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

Amending Claim No  178811

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ROBERT CARTER**
LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179251**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

Amending Claim No  178810

---

**DEWEY ROWE, JR., BY DOROTHY ROWE**
LAW OFFICES OF DANNY E. CUPIT, P.C.
ATTN: DANNY E. CUPIT
P.O. BOX 22929
JACKSON, MS 39225

**Clm No 179252**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

Amending Claim No  178809

---

**OLIVIA TAYLOR PULLER**
12120 CHIP SHOT LANE
UPPER MARLBORO, MD 20772

**Clm No 179253**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
|       | $10,000.00          |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**OTTO GYALLAI**
716 CHIMNEY ROCK DR.
TYLER, TX 75703

**Clm No 179254**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**GARY DARNELL LADAY**
135  BARRETT RD
CROSBY, TX 77532

**Clm No 179255**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**OLIVIA E. DRAKE**
ATTN: OLIVIA E. DRAKE
3000 CHESTNUT STREET, #42823
PHILADELPHIA, PA 19104

**Clm No 179256**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| SEC | Unknown | $0.00 |
| UNS | Unknown | |
| PRI | $38,550.00 | $0.00 |
| | $750,000.00 | $0.00 |

| | |
|---|---|
| Date Filed | 8-Dec-2016 |
| Bar Date | |
| Claim Face Value | $750,000.00 |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**ELAFLEX-GUMMI EHLERS GMBH**
121 SCHNACKENBURGALLEE
HAMBURG, DE 22525
GERMANY

**Clm No 179257**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10.46 | |
| | $10.46 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10.46 |
| Duplicate Claim No | 2613 |

---

**CAROL D. RUFFIN**
1319 24TH STREET
NEWPORT NEWS, VA 23607

**Clm No 179258**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 12-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**MARIO CHARLES GUERRERO**
225 YUMA ST.
GLOBE, AZ 85501

**Clm No 179259**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $100,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ROBERT LEE FELTON**
613 OLD MENAIR RD
FAYETTE, MS 39069

**Clm No 179260**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**GERALD E. JAWER**
808 S. WISCONSIN ST.
HOBART, IN 46342

**Clm No 179261**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 27-Feb-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Warren Stumpf**
336 Hemingway Rd.
New Windsor, NY 12553

**Clm No 179262**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 28-Feb-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ROBERT WAYNE COGBURN**
9209 JESKE ROAD
NEEDVILLE, TX 77461

**Clm No 179263**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 12-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KEVIN MOORE**
1325 KINGS PLACE
PHILADELPHIA, PA 19122

**Clm No 179264**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 12-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**MILDRED A. COLQUITT**
23 BENNING DELL DR.
COLUMBUS, GA 31903

**Clm No 179265**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| PRI   | Unknown             | $0.00                |
| UNS   | Unknown             |                      |
|       |                     | $0.00                |

| Date Filed | 16-Dec-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**RAYMOND SAGANICH**
179 W. RIDGE RD.
NOTTINGHAM, PA 19362

**Clm No 179266**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Dec-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THERESE PEDNEAULT**
C/O LOUISE DESGAGNES
101-12 RUE DES JARDINS-MERICI
QUEBEC QC G1S 4Z8
CANADA

**Clm No 179267**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 23-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

Amending Claim No  179267
Amend Claim No  179267

---

**HENRY MAE MCCOMBS**
C/O DEBRA ANN CREGGETT
3400 WHEELER CHAPEL RD.
PINE BLUFF, AR 71601

**Clm No 179268**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
|       | $480,000,000.00     |                      |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $480,000,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**SHIRLEY A. SHORTER JOHNSON**
6506 LITTLE DOVE DR.
PINE BLUFF, AR 71603

**Clm No 179269**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 28-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**JOE P. POTTS**
591 CRAWFORD SCHOOL RD.
DECATURVILLE, TN 38329

**Clm No 179270**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |
| | $4,800,000.00 | |

| | |
|---|---|
| Date Filed | 29-Dec-2016 |
| Bar Date | |
| Claim Face Value | $4,800,000.00 |

---

**NATHAN H. CARPENTER**
11804 E. EVANS AVENUE
N. LAS VEGAS, NV 89030

**Clm No 179271**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 16-Feb-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**RAYMOND S. CORDY**
971 S. ALLENDALE AVE.
SARASOTA, FL 34237

**Clm No 179272**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          21-Feb-2017
Bar Date
Claim Face Value

---

**DELORES PROVANCE**
C/O PENN RAKAUSKI
ATTN: STEVEN R. PENCE, ESQ.
927 MAIN ST
RACINE, WI 53403

**Clm No 179273**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          21-Feb-2017
Bar Date
Claim Face Value

---

**CAROL CANTWELL**
C/O PENN RAKAUSKI
ATTN: STEVEN R. PENN, ESQ.
927 MAIN ST.
RACINE, WI 53403

**Clm No 179274**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          21-Feb-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**KEVIN FRANKLIN**
3746 BUELL STREET
OAKLAND, CA 94619-2802

**Clm No 179275**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
| PRI   | $1,000,000.00       | $0.00                |
|       | $1,000,000.00       | $0.00                |

| Date Filed | 21-Feb-2017 |
|------------|-------------|
| Bar Date   |             |

| Objection Type | Objection Status  |
|----------------|-------------------|
| Different class | Objection Granted |

Claim Face Value    $1,000,000.00

---

**DORIS T. DAROCI**
20 BANSTEAD WAY
JACKSON, NJ 08527

**Clm No 179276**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed    21-Feb-2017
Bar Date
Claim Face Value

---

**JOE PERCY POTTS**
591 CRAWFORD SCHOOL RD.
DECATURVILLE, TN 38329

**Clm No 179277**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $3,000,000.00       |                      |
|       | $3,000,000.00       |                      |

Date Filed    23-Feb-2017
Bar Date
Claim Face Value    $3,000,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**JOSEPH RIBNICK**
19 BLUEGRASS AVE.
MIDDLEBURG, FL 32068

**Clm No 179279**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          7-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN MOORE**
1325 KINGS PLACE
PHILADELPHIA, PA 19122

**Clm No 179280**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          6-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE CASS**
1216 29TH AVE. SE
ALBANY, OR 97322

**Clm No 179281**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          30-Jan-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**GORDON AMERUD**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179282**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        10-Mar-2017
Bar Date
Claim Face Value

---

**GARY D. WHEELOCK AS TRUSTEE**
OF JOYCE WHEELOCK, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179283**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        10-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN KLING, PER REP.**
OF THE LOUIE WAJGEL ESTATE
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179284**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed        10-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**ROBERT UNCINI AS TRUSTEE FOR THE HEIRS**
OF ALVER J. UNCINI, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179285**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**CHERYL HANSEN, DAUGHTER AND HEIR**
OF LEROY TVEIT, DECEASED WIDOWER
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179286**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**JAMES TONINATO, SON AND HEIR**
OF BRUNO TONIATO, SINGLE AT TIME OF DEATH
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179287**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

3034 of 3075

---

**WILLIAM TOMCZAK**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179288**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**LEROY TAYLOR**
C/O SHERMOEN JAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179289**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**FRANK SWENDSEN AS TRUSTEE FOR THE HEIRS**
OF PAUL O. SWENDSEN, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179290**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**ARLLAN SKOGSTAD**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179291**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**EVA SIMONS AS SURVIVING SPOUSE OF**
LEROY SIMONS, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179292**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DERRICK SEITZ AS TRUSTEE OF THE HEIRS**
OF RICKY SEITZ, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179293**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**DONALD SCHMIDT**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179294**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**JOHN RUELLE**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179295**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ROSLEE**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179296**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MICHAEL ROMSLO**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179297**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DONALD POTTER**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179298**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DAVID PETERS**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179299**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**JAMES PALM**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179300**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**KAREN OUSTAD TRUSTEE FOR THE HEIRS**
OF NORMAN OUSTAD, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179301**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM OLSON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179302**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**DUANE OLSEN**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179303**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE OHLQUIST**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179304**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**KATHERINE NORDSTRAND, AS SURVIVING SPOUSE & HEIR**
OF KENNETH NORDSTRAND, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179305**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**BRUCE NESS**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179306**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**ANN DAVILA, DUAGHTER & HEIR**
OF SAMUEL NASH, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179307**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS MONREAN**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179308**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ERNEST LORENSON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179309**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT LONG**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179310**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**ALAN LINDHAG**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 566949

**Clm No 179311**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOHN C. LIND**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179312**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN LEE**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179313**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND LEPAGE**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179314**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

3043 of 3075

---

**ORVILLE LARSON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179315**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**EARL LARSON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179316**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**LELAND KRZOSKA**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179317**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**LARRY KEEP**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179318**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 10-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL KARSNIA**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179319**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 10-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**PAM KARPESH, DAUGHTER AND HEIR**
OF MIKE KARPESH, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179320**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 10-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**PATRICK JAKSA**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179321**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**BRIAN D. INGALLS, TRUSTEE FOR THE HEIRS**
OF GEORGE INGALLS, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179322**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**MICHELLE HOLENKO, DAUGHTER & HEIR**
OF JAMES HOLENKO, DECEASED WIDOWER
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179323**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**MARCELLA M. HALLAN, SURVIVING SPOUSE & HEIR**

OF GEORGE HALLAN

C/O SHERMOENJAKSA LAW, PLLC

ATTN: MICHAEL ANTHONY JAKSA

345 6TH AVE. - PO BOX 1072

INTERNATIONAL FALLS, MN 56649

**Clm No 179324**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017

Bar Date

Claim Face Value

---

**JOSEPH GOUIN**

C/O SHERMOENJAKSA LAW, PLLC

ATTN: MICHAEL ANTHONY JAKSA

345 6TH AVE. - PO BOX 1072

INTERNATIONAL FALLS, MN 56649

**Clm No 179325**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017

Bar Date

Claim Face Value

---

**RAYMOND GORDER**

C/O SHERMOENJAKSA LAW, PLLC

ATTN: MICHAEL ANTHONY JAKSA

345 6TH AVE. - PO BOX 1072

INTERNATIONAL FALLS, MN 56649

**Clm No 179326**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         10-Mar-2017

Bar Date

Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**JOHN GEARHART, TRUSTEE FOR THE HEIRS**
OF MICHAEL GEARHART, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179327**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DONALD FULTON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179328**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**KAREN ERICKSON, TRUSTEE FOR THE HEIRS**
OF RONALD L. ERICKSON, DECEASED
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JASKA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179329**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**PETER DION**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179330**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH DION**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179331**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**RODNEY DEHART**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179332**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

---

**JOHN CURRIER**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179333**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**DONALD CROSBY**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179334**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**CLIFFORD CARLSON**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179335**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**ALLAN BOQUIST**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179336**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK BOECKERS**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179337**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**BYRON BLAKE**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179338**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

**WILLIAM BLAIS**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179339**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

**CHARLES BERGSTEDT**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179340**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

**DONALD FRANK BELL**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179341**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          10-Mar-2017
Bar Date
Claim Face Value

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**LYNN BELANGER**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179342**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**RAYMOND BANNERT**
C/O SHERMOENJAKSA LAW, PLLC
ATTN: MICHAEL ANTHONY JAKSA
345 6TH AVE. - PO BOX 1072
INTERNATIONAL FALLS, MN 56649

**Clm No 179343**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**RONALD DEAN DURBIN**
2443 PERCH DR.
WILLITS, CA 95490

**Clm No 179344**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $20,000.00          |                      |
|       | $20,000.00          |                      |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $20,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**EDWARD F. RAINEY/FRANK EDWARD RAINEY**
C/O RAYBURN CORRECTIONAL CENTER
27268 HWY 21
ANGIE, LA 70426

**Clm No 179345**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 10-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MAJOREE BANKS, JR.**
C/O TAMIKO DESHOND DAVIDSON
801 TWIN BUTTES DRIVE
PROSPER, TX 75078

**Clm No 179346**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANCIS E. NEUZIL SR. NOW DECEASED**
C/O RUTH NEUZIL
1493 TURKEY CREEK DR. NE
PALM BAY, FL 32905

**Clm No 179347**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $144,000.00 | |
| | $144,000.00 | |

| | |
|---|---|
| Date Filed | 9-Mar-2017 |
| Bar Date | |
| Claim Face Value | $144,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**DEBORAH LYNN CANNON AS PERSONAL REPRESENTATIVE**

OF THE ESTATE OF DAVID E. CANNON (INJURED PARTY)

C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN

ATTN: J. DAVID BUTLER

1730 JACKSON STREET

BARNWELL, SC 29812

**Clm No 179348**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 17-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOHN PATRICK TUCKER**

2410 LOGAN ST.

HARRISBURG, PA 17110

**Clm No 179349**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $500,000.00         |                      |
|       | $500,000.00         |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $500,000.00 |

---

**DEBRA JOHNSON**

C/O PENN RAKAUSKI

ATTN: JILL A. RAKAUSKI

927 MAIN STREET

RACINE, WI 53403

**Clm No 179350**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

3055 of 3075

---

**RICK L. MARSHALL**
990 LITTERAL FK RD.
SALYERSVILLE, KY 41465

**Clm No 179351**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,000,000.00       |                      |
|       | $1,000,000.00       |                      |

| | |
|-------|-------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**WALTER JAMES MCCAINE**
C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.
ATTN: SHEILA HODE
PO DRAWER 21387
WACO, TX 76712

**Clm No 179352**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-------|-------|
| Date Filed | 21-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROBERT W. BRASHIER**
C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.
ATTN: SHEILA HODE
PO DRAWER 21387
WACO, TX 76712

**Clm No 179353**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|-------|-------|
| Date Filed | 21-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**JOHN ROBERT SCOTT**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179354**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HENRY COLUMBUS CHAVERS, SR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179355**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARVIN EDWARD COTTON**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179356**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**GUY TOUCHSTONE RYAN**

**Clm No 179357**    Filed In Cases: 607

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

**JERRY MIKE HOUSTON**

**Clm No 179358**    Filed In Cases: 607

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

**DONALD RAYBURN LEWIS**

**Clm No 179359**    Filed In Cases: 607

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**BENNIE LEE FEARS, SR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179360**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN MICHAEL WOODWARD**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179361**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HUELON GOODEN**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179362**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

---

**FOY TINSLEY**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179363**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WARREN MANFORD JOHNSON**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179364**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BOBBY EDWARD HILLERY, SR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179365**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*Garlock Sealing Technologies LLC, et al.*

## Claims Details

---

**THOMAS WAYNE MCAFEE**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179366**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**JAMES THOMAS MANN**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179367**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**NORMAN LESLIE ARCHER, SR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179368**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

| AVERY EARL ALLEN | **Clm No 179369** | Filed In Cases: 607 | |
|---|---|---|---|
| C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SHEILA HODE | UNS | Unknown | |
| PO DRAWER 21387 | | | |
| WACO, TX 76712 | | | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JAMES DAVIS | **Clm No 179370** | Filed In Cases: 607 | |
|---|---|---|---|
| C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SHEILA HODE | UNS | Unknown | |
| PO DRAWER 21387 | | | |
| WACO, TX 76712 | | | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| JOHNNY MACK JENNINGS | **Clm No 179371** | Filed In Cases: 607 | |
|---|---|---|---|
| C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C. | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: SHEILA HODE | UNS | Unknown | |
| PO DRAWER 21387 | | | |
| WACO, TX 76712 | | | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

### Claims Details

---

**ROBERT GERALD JERRY REED**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179372**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 21-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**HAROLD KENNETH JOINER**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179373**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 21-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM LEE TURNER**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179374**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 21-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**CHARLES LUTHER EUBANKS**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179375**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**HENRY EUGENE WRIGHT**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179376**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**SHELTON STANLEY PEARSON**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179377**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        21-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

*Claims Details*

---

**MORRIS LOWELL MOORE**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179378**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EZEKIEL HORTON, JR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179379**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RONALD ANTHONY PENTON, SR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179380**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 21-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**WILLIAM DANNY COLE**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179381**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE GREEN BROWN**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179382**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WOODROW BILLY SAUCIER**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179383**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### *Claims Details*

3066 of 3075

---

**FERDINAND JOSEPH JOHNSON**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179384**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

**JAMES PAYNE**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179385**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

**DANIEL ABEL WILLIAMS, JR.**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.

ATTN: SHEILA HODE

PO DRAWER 21387

WACO, TX 76712

**Clm No 179386**     Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          21-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**MARGARET WESTMORELAND**

C/O HARRISON, DAVIS, STEAKLEY, MORRISON, P.C.
ATTN: SHEILA HODE
PO DRAWER 21387
WACO, TX 76712

**Clm No 179387**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 21-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LORY K. BOONE**

10498 BROOKVIEW DR.
ZEELAND, MI 49464

**Clm No 179388**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |
| PRI   | Unknown             | $0.00                |
|       | $20,515.00          | $0.00                |

| Date Filed | 27-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $20,515.00 |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**DAVID K. WELCH**

1719 TROWMAN WAY
EMPORIA, KS  66801

**Clm No 179389**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 24-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## *Claims Details*

---

**LAKESHA THAMES**
110 BROWN ST.
LOUISVILLE, MS 39339

**Clm No 179390**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|--|--|
| Date Filed | 3-Apr-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CENTURY INDEMNITY CORPORATION**
C/O CROWELL & MORING LLP
ATTN: MARK D. PELVIN, ESQ
THREE EMBARCADERO CENTER, 26TH FLOOR
SAN FRANCISCO, CA 94111

**Clm No 179391**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $19,000,000.00 | |
| | $19,000,000.00 | |

| | |
|--|--|
| Date Filed | 24-Mar-2017 |
| Bar Date | |
| Claim Face Value | $19,000,000.00 |

---

**ELIGER TUGLER JR.**
202 LEE ST. W. MONROE
WEST MONROE, LA 71291

**Clm No 179392**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $199,997,144.00 | |
| PRI | $2,856.00 | |
| | $200,000,000.00 | |

| | |
|--|--|
| Date Filed | 28-Jul-2017 |
| Bar Date | |
| Claim Face Value | $200,000,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

**KENNETH JOSEPH IRONS**
BOYD UNIT 200 SPUR 113
TEAGUE, TX 75860

**Clm No 179393**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| PRI | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 28-Jul-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**ELIGER TUGLER JR.**
202 LEE ST. WEST MONROE
WEST MONROE, LA 71291

**Clm No 179394**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $2,000,000.00 | |
| PRI | Unknown | |
| | $2,000,000.00 | |

| | |
|---|---|
| Date Filed | 16-Aug-2017 |
| Bar Date | |
| Claim Face Value | $2,000,000.00 |

---

**Preston R. Conaway**
416 E. Fullers Cross Rd.
Winter Garden, FL 34787

**Clm No 179395**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 14-Aug-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*Garlock Sealing Technologies LLC, et al.*

### *Claims Details*

---

**LARRY W. CLAUSING**
6718 S. LEWIS #706
TULSA, OK 74136-4038

**Clm No 179396**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 25-Aug-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LYLE JOSEPH SUMMERFIELD**
560 LUTZKE ROAD
SAGINAW, MI 48609

**Clm No 179397**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $30,000.00          |                      |
|       | $30,000.00          |                      |

| Date Filed | 22-Aug-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $30,000.00 |

---

**RICHARD MAPP**
PO BOX 447
RAVIA, OK 73455

**Clm No 179398**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 28-Aug-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

*Claims Details*

---

**Roosevelt Phillips**
515 E 5th
McGregor, TX 76657

**Clm No 179399**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          31-Aug-2017
Bar Date
Claim Face Value

---

**RALPH DAVIS**
816 HYDE PARK RD.
ESSEX, MD 21221

**Clm No 179400**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          15-Sep-2017
Bar Date
Claim Face Value

---

**Mark K. Evans**
111 North Road, PO Box 800
Mauston, WI 53948-0800

**Clm No 179401**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $200,000,000.00     |                      |
|       | $200,000,000.00     |                      |

Date Filed          1-Sep-2017
Bar Date
Claim Face Value    $200,000,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Joseph Teel, Jr.**
630 West State St.
Trenton, ND 08618

**Clm No 179402**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-------|--------|
| Date Filed | 6-Sep-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Marshall Saulsberry**
103 Grove Dr B1
Jackson, AL 36545

**Clm No 179403**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,000,000.00 | |
| | $1,000,000.00 | |

| | |
|-------|--------|
| Date Filed | 11-Sep-2017 |
| Bar Date | |
| Claim Face Value | $1,000,000.00 |

---

**Dwight T. Kent**
Attn: Michael Barr
461 Hines Blvd, Unit 218
Chilicothe, OH 45601

**Clm No 179404**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000,000.00 | |
| | $10,000,000.00 | |

| | |
|-------|--------|
| Date Filed | 11-Sep-2017 |
| Bar Date | |
| Claim Face Value | $10,000,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

## Claims Details

**Hector C. Trevino**
20155 Priest Road
Elmendorf, TX 78112

**Clm No 179405**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| PRI | Unknown | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 18-Sep-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

**KATHERINE A. BURTON**
6707 LACKEY ROAD
VALE, NC 28168

**Clm No 179406**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 2-Oct-2017 |
| Bar Date | |
| Claim Face Value | |

**DEBORAH MCCLENDON**
1907 3RD AVE.
PRICHARD, AL 36610

**Clm No 179407**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 5-Oct-2017 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**KEVIN E. EVANS**
1503 W. PHILLIPS ST.
ALVIN, TX 77511

**Clm No 179408**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Oct-2017
Bar Date
Claim Face Value

---

**RICHARD A. KUNSMAN**
ATTN: MICHAEL L. BARR
461 HINES BLVD, #218
CHILLICOTHE, OH 45601

**Clm No 179409**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000,000.00      |                      |
|       | $10,000,000.00      |                      |

Date Filed         10-Oct-2017
Bar Date
Claim Face Value    $10,000,000.00

---

**STEVEN VARNER**
1931 ALHAMBRA ST.
NAVARRE, FL 32566

**Clm No 179410**   Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $50,000.00          |                      |
|       | $50,000.00          |                      |

Date Filed         23-Oct-2017
Bar Date
Claim Face Value    $50,000.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*Garlock Sealing Technologies LLC, et al.*

3/16/2018 5:07:29 PM

### Claims Details

---

**ERNEST L. IMSAND**
C/O DAVID S. CAIN, JR. ESQ.
P.O. BOX 66705
MOBILE, AL 36660

**Clm No 179411**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $11,000.00          |                      |
|       | $11,000.00          |                      |

| Date Filed | 1-Dec-2017 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $11,000.00 |

---

**O.Z. JOHNSON**
7634 HOPE DRIVE
FT. WAYNE, IN 46815

**Clm No 179413**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 22-Dec-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RANDELL WEATHERALL SR.**
C/O LASUSA & DEB, PLLC
ATTN: GITANJALI DEB
6440 N. CENTRAL EXPY., SUITE 211
DALLAS, TX 75206

**Clm No 179414**    Filed In Cases: 607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 26-Dec-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737